UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |  |
|---|---|---|---|
| ROBERT SIMPSON RICCI, et al., | ) | | |
| | ) | CA Nos. | 72-0469-T |
| Plaintiffs, | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| v. | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| ROBERT L. OKIN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME FOR REPONDING TO PLAINTIFFS' MOTION TO REOPEN AND RESTORE CASE TO ACTIVE DOCKET AND TO ENFORCE THE FINAL ORDER OF MAY 12, 1993

The defendants respectfully request a period of time up to and including August 13, 2004, in which to submit their response to the plaintiffs' July 14, 2004, Motion to Reopen and Restore Case to Active Docket and to Enforce the Final Order of May 12, 1993 ("Plaintiffs' Motion"). In support of their motion, the defendants state:

1. By their motion, the plaintiffs seek to reopen litigation that spanned more than 20 years, and has been closed for 11 years.

2. The motion was received on or about July 14. Therefore, under Local Rule 7.1(B)(2), the defendants' response would be due on July 28, which falls in the middle of the Democratic National Convention, a time when many people central to the preparation of the defendants' response are out of town on vacation.

2. The Plaintiffs' Motion includes 22 detailed exhibits running over 200 pages.

3. In order to compile a meaningful response to the Plaintiffs' Motion, the defendants require additional time to gather information and prepare affidavits.

For these reasons, the defendants respectfully request a period of time up to and including August 13, 2004, in which to submit their response to Plaintiffs' Motion.

Respectfully submitted,

DEFENDANTS

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

[S] Juliana deHaan Rice
_____
Robert L. Quinan, Jr., BBO No.553010
Juliana deHaan Rice, BBO No. 564918
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place – Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2554, 2062

Dated: July 27, 2004

Local Rule 7.1(A)(2) Statement

I, Juliana deHaan Rice, Assistant Attorney General, certify by my signature below that, on July 23, 2004, I spoke by telephone with the plaintiffs' counsel, Attorney Beryl Cohen, and requested his assent to this motion, which he provided.

[S] Juliana deHaan Rice
_____
Juliana deHaan Rice, BBO No. 564918
Assistant Attorney General