UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT L. OKIN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action Nos. 72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

**NOTICE OF APPEARANCE**
**OF LISA C. GOODHEART**

Please enter the appearance of the undersigned attorney on behalf of the plaintiffs in the above-referenced *Wrentham* and *Dever* cases, Civil Actions No. 75-5023-T and No. 75-5210-T, which are part of this consolidated litigation.

Respectfully submitted,

/s/ Lisa C. Goodheart (pti)
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: July 29, 2004

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD
FOR EACH OTHER PARTY BY MAIL
(BY HAND) ON 7/29/04
/s/ Lisa C. Goodheart (pti)

~BOST1:305533.v1
125-847