277 Ocean St. C1
Hyannis Mass
02601
8/4/04.

To Judge Joseph Tauro.

From Michael Noonan.
subject Fernald School Closing.

Your Honor.
We wish to thank you for your everlasting
courageous. and effective actions + decisions
in helping the Retarded at Fernald School. @

I am enclosing a copy of a letter that I have
sent to several state Legislators.

To use Tax Problems as an excuse to
Punish (+ persecute) the Defenseless Retarded
individuals is outrageous. Unfortunately very
so called leaders can not see beyond a dollar $
Sign. — Enough !!!

Judge Tauro. we thank you for your sincere
+ constructive help.
        Best wishes + God Bless you
                    Michael & Vivian Noonan

@ Without your intervention all those Retarded
Elderly "Children" would be Dead + Buried.
                    (over please)

My apologies for verbosity.

A Dumb. thought (I am not a lawyer)

Closing Fernald seems to be a violation
of the State law, regarding "Abuse
of the Elderly."

Sorry about the Handwriting.

August 3rd. 04

<u>Subject</u> Closing the Fernald School for the Mentally Retarded

I am schocked but Not Surprised. Fiscal Responibility !!! the Closing of Fernald will save the State One Million $1,000,000 a year (Sounds like another Big Dig problem) or 1/20 of some of Beloved Red-Sox Salaries.

I remember 50 Years ago when Fernald was truly a warehouse for the Retarded. Old Decrepit Buildings, patients sitting unclothed + unsupervised for lack of Staff. Families were voiceless + Immobilized + Helpless.

Thank God for Judge Tauro- He came along + after being schocked by the Living condition at Fernald - he demanded and got a Modernization of the School - plus staffing that brought Fernald into the 20th Century. - Simple - they developed a Cottage system with Bed Rooms - Bath Rooms. - Living area w/ TV's - plus Programs

II

and Motivated Staff that made "life" more Humane and with more Dignity

§11 What's the Problem Now? Well there are about 260 Elderly + profoundly Retarded patients (Male + Female) at Fernald! They have spent their "lives" there. Many are in their late Seventies and Early Eighties (age) their Parents are deceased, and their Siblings are also Elderly + Retired.

§ — DM+R states they will be placed in appropriate (Appropriate) Community Facilities — Nursing Homes - Foster Homes - etc. - No way!!! the Retarded cannot adjust to Dramatic (DRAMATIC) changes and any changes would be devastating

Why? Well years ago - in 1965 the VA Hospital at Rutland Hgy was closed and more than ( chronically ill Disabled · Competent (not mental) (+ probably WWI Veterans) were transferred to a Very good + comparable VA Hospital, However + years later I met the Chief Nurse from that Hospital + she said "She couldn't believe how quickly that most of these Veterans died within a few (3-4) months"

III

Why? No one had an Answer or Reason. Did they feel "Rejected" "Lost" "Depressed" "Unwanted" "Powerless"? Did they feel "No One Gives a Damn" "Nobody Cares" "Who Gives a Shit? This was not an isolated situation. It has been Rejected (REPEATED) over + over in similar situations of Dramatic change for Individuals + Groups.

So Is this what is going to happen to the Mentally Retarded at Fernald? They are helpless, they are voiceless, they can't resist, they are incapable, + they don't understand what is going on.

Will they also feel More confused, more powerless - more rejected - more unwanted - Who Cares? Who gives a Damn? Who gives a shit? Nobody?

But they are "God's Children"

Thank you for your help - interest and intervention