UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., ) | | |
| ) | CA Nos. | 72-0469-T |
| Plaintiffs, ) | | 74-2768-T |
| ) | | 75-3910-T |
| v. ) | | 75-5023-T |
| ) | | 75-5210-T |
| ROBERT L. OKIN, et al., ) | | |
| ) | | |
| Defendants. ) | | |

DEFENDANTS' MOTION FOR LEAVE TO FILE
OPPOSITION IN EXCESS OF 20 PAGES
**(Assented-to)**

The defendants respectfully request leave to file their Opposition to plaintiffs' July 14,

2004, Motion to Reopen and Restore Case to Active Docket and to Enforce the Final Order of

May 12, 1993, which runs 37 pages.  In support of their motion, the defendants state:

1. By their motion, the plaintiffs seek to reopen litigation that spanned more than 20 years, and has been closed for 11 years.

2. The plaintiffs' motion includes 22 detailed exhibits running over 200 pages.

3. In order to meaningfully address the allegations made in the plaintiffs' motion, the defendants require the requested page-number enlargement.

Respectfully submitted,

DEFENDANTS

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


Juliana deHaan Rice, BBO No. 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place – Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2062

Dated: August 16, 2004


Local Rule 7.1(A)(2) Statement

I, Juliana deHaan Rice, Assistant Attorney General, certify by my signature below that, on
August 16, 2004, I spoke by telephone with the plaintiffs' counsel, Attorney Beryl Cohen, and
requested his assent to this motion, which he provided.


Juliana deHaan Rice, BBO No. 564918
Assistant Attorney General


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)

on  8/16/04                                  .