September 2, 2004

Honorable G Joseph Tauro
U.S. District Court
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2300
Boston Ma. 02210

Dear Judge Tauro,

My name is Philip J Corrigan. I was the principal representative for the Fernald parent group during the 1975 through 1993 negotiation period.

<u>CLOSING FERNALD IS NOT THE ISSUE    IT IS A PIECE OF REAL ESTATE "CLOSING" IT REPRESENTS A PHYRRIC VICTORY FOR</u>

<u>IDEOLOGS. DEVELOPING AN ENCLAVE FOR THE LEVEL OF PERSONS IT NOW SERVES REPRESENTS THE HUMAN APPROACH</u>

<u>TOWARD MAINTAINING THE MOST EFFICIENT, ECONOMICAL SUPPORT SYSTEM ATTAINABLE WITHIN THE BOUNDS OF</u>

<u>BUDGETARY LIMITATIONS.</u>

In an effort to better help you understand my thinking about the current developing issues, I am the parent of two former residents of the Fernald/Templeton facilities.
   A mildly retarded daughter who has lived and worked in a community environment for a number of years with support from myself and her sister, both guardians. She lives in a private, contracted unit and worked in a non-profit (GWARC) daycare service for community retarded until successive budget reductions forced her on lack of work.
   A son living in a state operated community residence and returning to Templeton daily on a work program. His welfare is monitored by myself and his brother as Guardians.
   I regard their community placements as appropriate but have learned that the "Global" issues, ie staffing adequacy/turnover, meal prep, recreation, medication, etc., that were the perennial facilities complaints, are just as prevalent, tho less desernable in a fragmented community. Personal family involvement must replace established advocacy groups.

<u>THE CURRENT MOTION FOR A HEARING</u>

Because I am limited by physical mobility problems, I am eighty five years old, I have not attended the dozens of meetings leading up to the Fernald League's determination to obtain a fair hearing on ideology versus care and treatment of profoundly retarded persons. However I have been kept well informed since the mandated order to <u>CLOSE FERNALD</u> two years ago.

There can be no argument, in your presence, regarding the critical needs of profoundly retarded persons, whether at Fernald, Monson, Wrentham or Hogan. You came, you saw and

you critiqued.This small percentage of the MR population is still in a congregate care environment because the cost to duplicate their needs, as repeatedly identified via their Individual Service Plan(ISP),in fractionated community groupings,would not be met.Witness the reduction of two employees and a manager at GWARC day care due to successive budget cuts in this budget cycle.E nvision how that would impose on community based profoundly retarded persons.

## CLOSING FERNALD/SAVING FERNALD ARE MISNOMERS

The Governor wants Fernalds acerage for alternative uses.

The families of approximately two hundred seventy five profoundly retarded persons want them to remain in a treatment environment that has proven benificial.

To say that "they should enjoy the benefits/advantages of the community" is ludicrous and represents an uninformed administration that refused to see this population in person..

To say that the overhead cost of maintaining one hundred eighty eight acres plus closed structures must be included in their per capita cost is a specious argument to promote the growth of community contracting.

## REALITY AS I SEE IT

My experience in negotiating all the various issues of the 1975 to 1993 era permits me to feel that a series of discussions managed by a Court Monitor could resolve these conflicting positions.Let the Administration have the major portion of the land. The end product of the 1975 to 1993 Fernald development was the result of much creative development for sixteen hundred persons.Surely,with dozens of buildings available, a small portion of land can be allocated for the most vulnerable,dependant retarded persons. While I have not seen the State's response to Atty Beryl Cohens motion I suspect,from prior proposals,that the Commissioner is part way there in providing an enclave for some of Fernalds profoundly,medically fragile people.He is obviously hung up in labelling units..
To placate the "Closing Ideologs",.Units must no longer be labelled Fernald.
Families of Fernald residents have been emotionally charged for many many months.and need assurance that the tested and proven care and treatment that is practiced at Fernald will have continuity.After several years of experience in both contract and State operated community living for my two children I can assure you that even if the State would budget for the level of care necessary, profoundly retarded can not live in four bed units and be transported daily for therapy,medical ,dental and program needs.As to Intervention by the Disability Law Center I can only ask,WHERE HAVE THEY BEEN as the administration created the climate and conditions described in Atty.Cohen's motion to the Court.In other actions throughout the country it appears that they work to disengage retarded from ICFMR status to facilitate downleveling medicaid support and facilitate community contracting.Their claim as an interested party has just one focus.To assist in Closing Fernald.I maintain that is not the issue.Negotiating proven, current care and treatment modalities for medically fragile,profoundly retarded persons is the topic on the table.

Any discussion must center on what plan will accomadate Fernalds population in a small subdivision of the property separate from remaining land utilization.Ideally the DMR budget should benefit from alternative land development.Perhaps better than anyone else,your eighteen years of intimate involvement with the well being of this segment of society,will enable families of profoundly disabled people to protect "those who have no constituency".

Philip J Corrigan   *Philip J Corrigan* (signature)
23 Clipper Way
Newburyport,Ma.01950
978-465-2488