UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al.,<br>PLAINTIFFS<br><br>v.<br><br>ROBERT L. OKIN, et al.,<br>DEFENDANTS | CA Nos. 72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dover) |

## NOTICE OF APPEARANCE AND
## MOTION FOR ADMISSION PRO HAC VICE

THOMAS J. FRAIN, ESQ., a member of the bar of this Court, hereby appears as counsel to amici curiae The Voice of the Retarded ("VOR") and the Massachusetts Coalition of Families and Advocates for the Retarded, Inc. ("COFAR") pursuant to LR 83.5.2(a).

NOW COMES THOMAS J. FRAIN, ESQ., pursuant to LR 83.5.3(b), and hereby moves the admission of William J. Burke, Esq., a member of the New York Bar, to appear as counsel to VOR and COFAR, pro hac vice. The certificate required by LR 83.5.3(b) accompanies this motion.

Dated: October 21, 2004

Thomas J. Frain, Esquire
563 Main Street
Bolton, MA 01740
(978) 779-0749
BBO #567089