UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - -x

ROBERT SIMPSON RICCI, et al.,

        Plaintiffs,

- against -

ROBERT L. OKIN, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -x

CA Nos. 72-0469-T (Belchertown)
        74-2768-T (Fernald)
        75-3910-T (Monson)
        75-5023-T (Wrentham)
        75-5210-T (Dover)

## CERTIFICATE OF WILLIAM J. BURKE, ESQ., IN SUPPORT OF MOTION TO ADMIT HIM PRO HAC VICE

STATE OF NEW YORK    )
                                 :
COUNTY OF NEW YORK )

      WILLIAM J. BURKE, ESQ., certifies as follows under penalty of perjury, pursuant to 28 USC § 1746(2) and LR 83.5.3(b):

      1.    I am an attorney admitted to practice in the State of New York. I submit this affidavit in support of the motion of trial attorney Thomas Frain for permission for me to appear <u>pro hac vice</u> for <u>amici curiae</u> The Voice of the Retarded ("VOR") and the Massachusetts Coalition of Families for the Retarded ("COFAR").

2. Attached hereto as Exhibit A is a copy of a current certificate of my good standing as a member of the New York State bar. I was admitted to practice in 1968, and have been in good standing since then.

3. I am also a member of the bar of the Supreme Court of the United States; the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Eastern and Southern Districts of New York. I am in good standing in each of these bar associations.

4. I am not admitted to practice in any other jurisdiction.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the Judicial Code, 28 USC §§ 1 et seq.; the Federal Rules of Civil Procedure; the Federal Rules of Evidence; the Canons of Ethics, and the Local Rules of the United States District Court for the District of Massachusetts.

7. Accordingly, I request this Court, in its discretion, to grant Attorney Frain's motion to permit me to appear and practice in this Court, in these consolidated actions, as counsel to amici curiae VOR and COFAR.

_____
William J. Burke

Sworn to before me this
1st day of October 2004

_____
Notary Public

MELODY HAWKINS
Notary Public, State of New York
No. 4982836
Qualified in New York County
Commission Expires June 10, 2007

2

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## WILLIAM JAMES BURKE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 5th day of March, 1968 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 31, 2004



Clerk

8776