UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, *et al.* | Civil Action Nos. 72-0469-T (Belchertown) |
| Plaintiffs, | 74-2768-T (Fernald) |
| | 75-3910-T (Monson) |
| ROBERT L. OKIN, *et al.* | 75-5023-T (Wrentham) |
| | 75-5210-T (Dever) |
| Defendants. | |

## ASSENTED TO MOTION TO APPOINT BROWN RUDNICK BERLACK ISRAELS LLP AS CLASS COUNSEL FOR THE WRENTHAM CLASS OF PLAINTIFFS

In accordance with Fed. Rules of Civil Procedure 23(g), Brown Rudnick Berlack Israels LLP through Margaret Pinkham, moves to be appointed as class counsel for the Wrentham Class of Plaintiffs. In the support hereof, the undersigned states as follows:

1. Brown Rudnick Berlack Israels LLP has agreed to serve as class counsel for the Wrentham Plaintiffs on a pro bono basis, as it has become necessary for current class counsel, Lisa C. Goodheart of Piper Rudnick, formerly of Hill & Barlow, to withdraw as counsel of record for the Wrentham Plaintiffs.

2. While neither Brown Rudnick Berlack Israels nor Margaret Pinkham has identified or investigated the claims in this action, the undersigned is familiar with the May 25, 1993 Final Order, the pending Motion to Reopen the case, the issues raised in that Motion and the negotiations between the Wrentham Plaintiffs and the Department of Mental Retardation. The undersigned has met with the Class Representative, Colleen Lutkevitch and current class counsel to discuss the case.

3. Brown Rudnick Berlack Israels and Attorney Pinkham have significant experience in handling complex litigation, such as representing the Commonwealth of Massachusetts in the action filed against tobacco manufacturers seeking to recover expenditures for smoking - related illnesses, and in defending class action suits.

4. In addition to Attorney Pinkham, there are a number of other attorneys at Brown Rudnick Berlack who will participate in representing the Class.

5. In accordance with Local Rule 7.1(2), the undersigned certifies that she conferred with Assistant Attorney General Juliana Rice and other counsel of record regarding this Motion, and all counsel indicated their assent.

WHEREFORE, Brown Rudnick Berlack Israels respectfully requests that the Court appoint it as Class Counsel for the Wrentham Plaintiffs.

Respectfully submitted,

_____
Margaret M. Pinkham (BBO#561920)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: October __, 2004

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing document upon all counsel of record via first class mail to:

| | |
|---|---|
| Juliana Rice, Esq.<br>Assistant Attorney General<br>Government Bureau<br>Office of the Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Room 2019<br>Boston, MA  02108-1698 | Beryl Cohen, Esq.<br>11 Beacon Street<br>Boston, MA  02108 |
| Lisa Goodheart, Esq.<br>Piper Rudnick<br>One International Place<br>21st Floor<br>Boston, MA  02110-2613 | Stanley Eichner, Esq.<br>Disability Law Center, Inc.<br>11 Beacon Street<br>Suite 925<br>Boston, MA  02108 |
| Marianne Meacham, Esq.<br>General Counsel<br>Department of Mental Retardation<br>500 Harrison Avenue<br>Boston, MA  02118 | |

Dated: October ___, 2004

#1308343 v\1 - pinkhamm - s1$v01!.doc  l - 4/784