UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SIMPSON RICCI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT L. OKIN, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action Nos. 72-0469-T (Belchertown) <br> 74-2768-T (Fernald) <br> 75-3910-T (Monson) <br> 75-5023-T (Wrentham) <br> 75-5210-T (Dever) |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE
ON BEHALF OF THE WRENTHAM PLAINTIFFS**

The undersigned counsel, Lisa C. Goodheart, respectfully requests leave of Court to withdraw as counsel of record for the Wrentham Plaintiffs.

The Wrentham Plaintiffs will now be represented by attorney Margaret M. Pinkham of Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, Massachusetts, 02111. Ms. Pinkham's notice of appearance is submitted together with this motion. Ms. Pinkham has discussed this case with the undersigned counsel, is familiar with the pending motion to re-open this litigation, and is prepared to assume responsibility for this case on behalf of the Wrentham Plaintiffs.

The undersigned is currently counsel of record for the Wrentham Plaintiffs, the Dever Plaintiffs and the Association of Retarded Citizens of Massachusetts, Inc. (originally named in the complaint as Massachusetts Association for Retarded Citizens, Inc.) in this litigation. This motion for leave to withdraw pertains to the representation of the Wrentham Plaintiffs only.

Local Rule 83.5.2 requires a motion, rather than a notice of withdrawal, because there is a pending motion to re-open this consolidated litigation. The undersigned counsel has personally filed no motions in this case, either on behalf of the Wrentham Plaintiffs or any other party.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted, and that the Court grant leave to withdraw as counsel for the Wrentham Plaintiffs.

Respectfully submitted,

*/s/ Lisa C. Goodheart*
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6023 (*telephone*)
(617) 406-6123 (*fax*)

Dated:  October 22, 2004

2

~BOST1:311156.v1
125-847