# United States District Court
### DISTRICT OF MASSACHUSETTS

ROBERT RICCI, et al

                                          CA 72-00469-JLT

    V

ROBERT OKIN, et al

### NOTICE

The above-entitled case has been set for **a Motion Hearing, on November 10, 2004 at 10:30 A.M.** in Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE, 1 Courthouse Way, Boston, MA.


By the Court,

/s/ zal

Zita Lovett
Deputy Clerk

Date: November 3, 2004
CC:  All counsel of record