UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert Simpson Ricci *et al.* ) | | |
| Plaintiffs ) | Civil Action Nos. | 72-0469-T (Belchertown) |
| ) | | 74-2768-T (Fernald) |
| *v.* ) | | 75-3910-T (Monson) |
| ) | | 75-5023-T (Wrentham) |
| Robert L. Okin, et al. ) | | 75-5210-T (Dever) |
| Defendants ) | | |
| ) | | |
| ) | | |

**ASSENTED TO MOTION TO APPOINT CENTER FOR PUBLIC REPRESENTATION AS CLASS COUNSEL FOR THE ARC of MASSACHUSETTS, AS REPRESENTATIVE OF THE DEVER AND WRENTHAM PLAINTIFF CLASSES**

In accordance with Fed. Rules of Civil Procedure 23(g), the Center for Public Representation, through Cathy E. Costanzo, moves to be appointed as counsel for Arc of Massachusetts, one of the class representatives of the Wrentham and Dever plaintiff classes. In support of this Motion, the undersigned states as follows:

1. In 1975 this Court certified a class of current and future residents of the Wrentham State School (Case #75-5023 T), who were represented by both the Arc of Massachusetts and the Wrentham Parents Association. Recently, Leo Sarkissian has been the class representative for the Arc and Colleen Lutkevitch has been the class representative for the Wrentham Parents' Association. .

2. That same year, the Court certified a class of current and future residents of the Dever State School (75-5210-T), who were again represented by the Arc of

1

Massachusetts and the Dever Parents' Association. Leo Sarkissian has acted as the class representative for the Arc, and until recently, Florence Finkel has been the class representative of the Dever Parents' Association.

3. Nonnie Burnes, previously at Hill and Barlow, was the counsel of record for both plaintiff classes and all of the class representatives in the Wrentham and Dever cases. Subsequently, Lisa C. Goodheart of Piper Rudnick, formerly of Hill & Barlow, represented both classes and all class repressentatives.

4. It has now become necessary for Ms. Goodheart to withdraw as counsel of record for the Arc, in its representative capacity for both plaintiff classes and all parties in this case.

5. The Center for Public Representation has agreed to serve as counsel for the Arc, in its representative capacity for both plaintiff classes in the Wrentham and Dever cases.

6. The Center for Public Representation and Cathy E. Costanzo are familiar with the May 25, 1993 Final Order, the pending Motion to Reopen the case, the issues raised in the Motion and the negotiations between the Arc Plaintiffs and the Department of Mental Retardation. The undersigned have met with the Class Representative, Leo Sarkissian, executive director of the Arc of Massachusetts, the president of the Arc Board of Directors and current class counsel, to discuss the case.

7. The Center for Public Representation and Cathy Costanzo have significant experience in handling complex litigation including institutional reform and civil

2

rights cases involving persons with disabilities in Massachusetts and in other jurisdictions. Ms. Costanzo is currently lead counsel in *Evans v. Williams*, 459 F. Supp. 483 (D.C. 1978), co-lead counsel in *Rolland v. Cellucci*, 191 F.R.D. 3 (D.Mass. 2000) and *Rosie D. v. Swift,* 310 F.3d 230 (1st Cir 2001), and co-counsel in *Jackson v. Fort Stanton, 757 F.Supp. 1231 (D.N.M. 1990)*, and *Arnold v. Sarn*, 775 P.2d 593 (Ariz. 1989).

8. In addition to Attorney Costanzo, Steven Schwartz, the director of the Center for Public Representation will participate in representing the Arc. Mr. Schwartz also has extensive experience in complex class litigation and has represented plaintiff classes of persons with disabilities in more than ten cases in this district and elsewhere.

9. In accordance with Local Rule 7.1(2), the undersigned certifies that she conferred with Assistant Attorney General Juliana Rice and other counsel of record regarding this Motion, and all counsel indicated their assent.

WHEREFORE, the Center for Public Representation respectfully requests that the Court appoint it as Counsel for the Arc of Massachusetts.

Respectfully submitted,

*/s/ Cathy E. Costanzo*
Cathy E. Costanzo
Steven J. Schwartz
BBO# 553813
BBO#448440
Steven J. Schwartz
Center for Public Representation

3

22 Green Street
Northampton, MA 01060
(413) 586-6024