UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
**ROBERT SIMPSON RICCI, *et al.*,** )
) CA Nos.   72-0469-T (Belchertown)
   Plaintiffs, )          74-2768-T (Fernald)
)                         75-3910-T (Monson)
   v. )                   75-5023-T (Wrentham)
)                         75-5210-T (Dever)
**ROBERT L. OKIN, *et al.*,** )
)
   Defendants. )
)

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Intervenor, Disability Law Center, Inc., in the above-captioned case.

Respectfully submitted,
Disability Law Center, Inc.

*Christine M. Griffin (JKA)*
Christine M. Griffin (B.B.O. #564420)
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455, ext. 152

Dated: November 10, 2004

Certificate of Service

I, Jane K. Alper, hereby certify that on November 10, 2004 I served the foregoing Notice of Appearance upon the parties by sending a copy thereof postage prepaid to all counsel of record.

*Jane K. Alper*