UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.*, ) | | |
| ) | CA Nos. | 72-0469-T (Belchertown) |
| Plaintiffs, ) | | 74-2768-T (Fernald) |
| ) | | 75-3910-T (Monson) |
| v. ) | | 75-5023-T (Wrentham) |
| ) | | 75-5210-T (Dever) |
| ROBERT L. OKIN, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

### NOTICE OF WITHDRAWAL

The undersigned attorney, Bettina Toner, hereby withdraws from representation of the Intervenor, Disability Law Center, Inc., in the above-captioned case.

Respectfully submitted,

*Bettina Toner (/ea)*
Bettina Toner, Esq. (B.B.O. # 629300)
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455, ext. 152

Dated: November 10, 2004

Certificate of Service

I, Jane K. Alper, hereby certify that on November 10, 2004 I served a copy of the above-captioned notice upon all counsel of record by first class mail postage prepaid.

*Jane K. Alper*