UNITED STATES DISTRICT COURT     FILED
DISTRICT OF MASSACHUSETTS  CLERKS OFFICE

                                    2004 NOV 10  A 9:36

|  |  |
|---|---|
| ) | |
| ROBERT SIMPSON RICCI, *et al.*, ) | |
| ) | Civil Action Nos. 72-0469-T (Belchertown) |
| *Plaintiffs*, ) | 74-2768-T (Fernald) |
| ) | 75-3910-T (Monson) |
| v. ) | 75-5023-T (Wrentham) |
| ) | 75-5210-T (Dever) |
| ROBERT L. OKIN, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
## ON BEHALF OF THE DEVER PLAINTIFFS

The undersigned counsel, Lisa C. Goodheart, respectfully requests leave of Court

to withdraw as counsel of record for the Dever Plaintiffs.

Subject to the Court's approval, the Dever Plaintiffs will now be represented by

attorney Cornelius J. Moynihan, Jr. of Nixon Peabody LLP, 100 Summer Street, Boston,

Massachusetts, 02110. Mr. Moynihan's motion for appointment as class counsel for the

Dever Plaintiffs is submitted together with this motion. Mr. Moynihan has discussed this

case with the undersigned counsel, is familiar with the pending motion to re-open this

litigation, and is prepared to assume responsibility for this case on behalf of the Dever

Plaintiffs.

The undersigned is currently counsel of record for the Wrentham Plaintiffs, the

Dever Plaintiffs and the Association of Retarded Citizens of Massachusetts, Inc.

(originally named in the complaint as Massachusetts Association for Retarded Citizens,

Inc.) in this litigation. This motion for leave to withdraw pertains to the representation of

the Dever Plaintiffs only. A separate motion for leave to withdraw, and an accompanying

motion for appointment of new class counsel, was recently filed with respect to the representation of the Wrentham Plaintiffs.

Local Rule 83.5.2 requires a motion, rather than a notice of withdrawal, because there is a pending motion to re-open this consolidated litigation. The undersigned counsel has personally filed no motions in this case, either on behalf of the Dever Plaintiffs or any other party, with the exception of this motion and the previously referenced motion for leave to withdraw on behalf of the Wrentham Plaintiffs.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted, and that the Court grant leave to withdraw as counsel for the Dever Plaintiffs.

Respectfully submitted,

Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6023 (*telephone*)
(617) 406-6123 (*fax*)

Dated: November 4, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on November 9, 2004

~BOST1:312026.v1
125-847