

*The Commonwealth of Massachusetts*

HOUSE OF REPRESENTATIVES
STATE HOUSE, BOSTON 02133-1054

**REP. THOMAS M. STANLEY**
9TH MIDDLESEX DISTRICT
WALTHAM/LEXINGTON
ROOM 146, STATE HOUSE
TEL. (617) 722-2575
FAX (617) 722-2238

E-Mail: Rep.ThomasStanley@hou.state.ma.us

Committees on:
Post Audit and Oversight
Government Regulations
Science & Technology
————
ALLISON E. MARINO
LEGISLATIVE AIDE

November 10, 2004

US District Court Judge Joseph Tauro
John Joseph Moakley Court House
1 Court House Way
Boston, MA 02210

Dear Judge Tauro:

I am the state legislator representing the Fernald Center residents and live within a
quarter mile of the property. I attended today's hearing at the John Joseph Moakley
Court House concerning the fate of the Fernald Center and its residents.

As the author and chief negotiator of the Fernald Re-Use Committee language (see
attached), I want to clarify the intention and purpose of the committee. **While there are
many parties interested in the Fernald land, the re-use committee was not designed
to encourage redevelopment of the Fernald Center land or portions of it.** Should the
Fernald land or portions thereof be declared surplus, the committee would prevent
overdevelopment and ensure that Waltham residents and local officials would have
influence on the future use of the property through a public process.

In fact, the re-use language includes provisions to protect the Fernald residents, allows
for residents to remain living at the facility and ensures that any proceeds from the sale of
the property finance their well-being.

To the best of my knowledge, this is the first time such a committee has been created
before state-owned land has been declared surplus. The reason for this is because the
governor has been moving quickly to sell state-owned land to help balance state budgets.

Initially, the Governor's administration stated that $4 million would be saved by closing
the facility. This figure was revised to $2.2 million shortly thereafter. However, to date
the administration has not produced documentation to illustrate the cost savings.

SEIU

Personally, I do not know whether the residents of the Fernald would be better served in community-based settings or an institution. The guardians of the remaining residents believe strongly that the residents are well served by the Fernald Center. If there is no cost savings in relocating the residents and disrupting their lives, it seems we ought to allow them to live out their lives with dignity at the only home they have ever known.

I have also tried to ensure the Fernald Center received adequate funding to properly care for its resident. Among other budget amendments, I sponsored an amendment to restore the $5 million cut to the Department of Mental Retardation facilities line item that was referred to in today's hearing.

Since the beginning, it has been my hope that the remaining residents would be allowed to remain on the property and co-exist with whatever use is deemed appropriate.

I know that you have a difficult task to perform and I trust that Fernald residents and state taxpayers will be well served by your guidance. If I can be of assistance to you, please call me at (617) 722-2575.

Sincerely,

**Thomas M. Stanley**
State Representative
9th Middlesex District


Enc.

**Massachusetts General Court**

**Fiscal Year 2005 budget**

SECTION 402.    There is hereby established a Fernald Developmental Center land reuse committee. The committee shall include the mayor of the city of Waltham, who shall serve as chair of the committee, the ward councilor from the city of Waltham representing the ward in which the campus is located, who shall serve as vice-chair of the committee, the planning director of the city of Waltham, the commissioner of the Massachusetts department of mental retardation, a mentally retarded consumer who is a resident of Fernald, and who shall be appointed by the commissioner of mental retardation, the commissioner of the department of capital asset management and maintenance, 7 citizens of Waltham to be appointed by the mayor of the city of Waltham, of whom 4 shall be the citizens appointed to the committee during fiscal year 2004, the state representative from the ninth Middlesex house district, the state representative from the tenth Middlesex house district, and the senator from the third Middlesex senate district. The committee shall be responsible for representing the interests of the town in all negotiations with the division of capital asset maintenance and management and the department of mental retardation relative to the reuse and future development of the developmental center property. The committee shall, with the assistance of the division, develop a comprehensive reuse consensus plan for the Fernald Developmental Center state property, which shall provide a detailed description, by parcel, of how the property shall be developed upon closure of the Fernald campus. The plan shall include a description of any potential environmental degradation of the property, along with a proposal for environmental remediation, and a proposed cost for the cleanup including, but not limited to, any building demolition required on the site. The goals of the plan may include, but shall not be limited to, preservation of open space, creation of affordable housing, development of new business, the creation of recreational opportunities, the development of new community residences for the mentally retarded consumers of Fernald Center, and any other applicable community priorities. The plan may also provide for parcels of land, and specific facilities, to remain under the control of the department of mental retardation. In its deliberations, the re-use committee shall incorporate smart growth policies to the extent possible, and will be mindful of the rights of current Fernald residents, and their need for adequate and appropriate housing, clinical services and

appropriate staffing provided by the department of mental retardation. The committee shall examine and consider models for the provision of these services on a section of the Fernald property. The process the committee shall follow is to be determined by a majority vote of its members and shall include a public hearing at the beginning of the process to solicit comments, ideas and re-use proposals. The committee shall develop a framework, with guidelines and parameters, as to the re-use of the property. The committee may appoint subcommittees to review particular subjects within the framework of the study, and may assign a subcommittee to produce a detailed re-use proposal. At least two-thirds of the members of the subcommittee shall be Waltham residents or officials. The subcommittee shall present the re-use proposal to the committee which shall invite the public to comment at a public hearing. The committee may amend and revise the plan in order to reach a consensus on one concept. Upon approval by the re-use committee, the plan shall be presented to the Waltham city council for approval, and, if endorsed by majority vote of the council, filed with the division of capital asset management and maintenance. The plan shall also be submitted to the chairs of the house and senate committees on ways and means, and to the house and senate chairs of the joint committee on state administration, along with copies of enabling legislation, if any, necessary to effectuate the provisions of the re-use plan. If the re-use plan provides for the conveyance of land from the state to the city of Waltham, the legislation shall provide that the price paid for such parcel be the full and fair market value of the property as determined by independent appraisal, for the uses described in the plan including, but not limited to, any restrictions or and requirements imposed by the plan. The legislation shall ensure that proceeds from any sale are first applied to repay the commonwealth for the cost of any bonds issued for environmental remediation, consulting services or other closure costs. The legislation shall also provide that any remaining proceeds be provided to the department of mental retardation for capital improvements at Fernald, at other intermediate care facilities for the mentally retarded (ICF/MRs), or at community residential settings operated by the state. The re-use committee shall meet as necessary to complete said re-use plan, as determined by a majority of the committee.