UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"
11/10/04

------------------------------x

ROBERT SIMPSON RICCI, et al.,

        Plaintiffs,

- against -

ROBERT L. OKIN, et al.,

        Defendants.

------------------------------x

CA Nos. 72-0469-T (Belchertown)
         74-2768-T (Fernald)
         75-3910-T (Monson)
         75-5023-T (Wrentham)
         75-5210-T (Dover)

## MOTION OF PROPOSED AMICI CURIAE FOR LEAVE TO FILE A JOINT AMICUS BRIEF.

NOW COMES THOMAS J. FRAIN, ESQ., trial counsel for proposed amici curiae Voice of the Retarded ("VOR") and the Massachusetts Coalition of Families for the Retarded, Inc. ("COFAR"), and hereby moves to permit VOR and COFAR to appear as amici curiae, and for leave to file a joint amicus curiae brief herein on behalf of VOR and COFAR. A copy of the proposed brief is attached hereto.

Pursuant to LR 7.1(b)(1), movants here state the reasons for granting this motion.

*Allowed*

*J Tauro A.J.*
*11/10/04*

The United States Supreme Court's decision in <u>Olmstead</u> v. <u>L.C.</u>, 527 US 581 (1999), is dispositive in these actions. As an <u>amicus curiae</u> in <u>Olmstead</u>, VOR, joined by COFAR, submitted a brief which was quoted in the opinion of the court. Since the Supreme Court found VOR's presence helpful in <u>Olmstead</u>, we submit that it may assist this Court in the application of <u>Olmstead</u>. COFAR, a Massachusetts organization of parents, families and guardians, shares common goals with VOR and desires to join in its brief.

Conclusion

For the reasons advanced above, this Court should:

1. Grant <u>amicus curiae</u> status to VOR and COFAR.

2. Accept the attached joint <u>amicus curiae</u> brief for filing.

Respectfully submitted,

VOICE OF THE RETARDED

MASSACHUSETTS COALITION OF
FAMILIES FOR THE RETARDED, INC.,
by their attorneys:

_____
THOMAS J. FRAIN, ESQ.
BBO # 567089
Trial counsel to VOR and COFAR
563 Main Street
Bolton, MA 01740
978-779-0749

*William J. Burke by [illegible] (phone authority)*
_____
WILLIAM J. BURKE, ESQ.
Counsel pro hac vice to VOR and COFAR
370 Lexington Avenue
New York, New York 10017
212-697-6200

Dated: November 9, 2004