UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. ORKIN, et al.,<br><br>Defendants. | Civil Action Nos:  72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

## MOTION OR SUGGESTION REGARDING COUNSEL FOR DEVER PLAINTIFFS

The undersigned respectfully moves or suggests that he be designated as class counsel for the Dever plaintiffs on a pro bono basis.

Respectfully submitted,

_____
Cornelius J. Moynihan, Jr.
BBO No: 358840
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1315

Dated: November 9, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on Nov 9, 2004.

_____

Allowed
J. Tauro, J.
11/10/04

BOS1434794.1