UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON RICCI, et al., )
) Civil Action Nos. 72-0469-T (Belchertown)
Plaintiffs, )           74-2768-T (Fernald)
)           75-3910-T (Monson)
v. )           75-5023-T (Wrentham)
)           75-5210-T (Dever)
ROBERT L. OKIN, et al., )
)
Defendants. )
)

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL TO THE ARC OF MASSACHUSETTS, AS REPRESENTATIVE OF THE DEVER AND WRENTHAM PLAINTIFF CLASSES

The undersigned counsel, Lisa C. Goodheart, respectfully requests leave of Court to withdraw as counsel of record to the Association for Retarded Citizens of Massachusetts, Inc. ("ARC of Massachusetts," originally named "Massachusetts Association for Retarded Citizens, Inc."), as a representative of the Dever and Wrentham plaintiff classes.

Subject to the Court's approval, ARC of Massachusetts will now be represented by the Center for Public Representation ("CPR"), through attorneys Cathy E. Costanzo and Steven J. Schwartz. An assented-to motion to appoint CPR (and replace the undersigned) as counsel for the ARC of Massachusetts was filed with the Court on November 8, 2004. Ms. Costanzo and Mr. Schwartz have discussed this case with the undersigned counsel, are familiar with the pending motion to re-open this litigation, and are prepared to assume responsibility for this case on behalf of ARC of Massachusetts.

~BOST1:312026.v1
125-847

The undersigned is currently counsel of record for all of designated plaintiff representatives of the Wrentham and Dever plaintiff classes, including the ARC of Massachusetts, in this litigation. This motion for leave to withdraw pertains to the representation of ARC of Massachusetts only. A separate motion for leave to withdraw and an accompanying motion seeking the appointment of new counsel have already been filed with respect to the representation of the Wrentham Plaintiffs other than ARC of Massachusetts (*i.e.*, the Wrentham Association for Retarded Citizens, Inc. and the individual representatives of the Wrentham class). If the Court approves, those parties will henceforth be represented by Brown Rudnick Berlack Israels LLP. Similarly, a separate motion for leave to withdraw and an accompanying motion seeking the appointment of new counsel will very shortly be filed with respect to the representation of the Dever Plaintiffs other than ARC of Massachusetts (*i.e.*, the Paul A. Dever Association for Retarded Citizens, Inc. and the individual representatives of the Dever class). If the Court approves, those parties will henceforth be represented by Nixon Peabody LLP. In sum, the undersigned seeks to withdraw from this case entirely, and other qualified counsel stand ready to appear on behalf of all of the Wrentham and Dever class representatives, through the combination of this and other motions.

Beyond the requirements of Fed. R. Civ. P. 23(g), Local Rule 83.5.2 requires a motion for leave to withdraw, rather than a notice of withdrawal, because there is a pending motion to re-open this consolidated litigation. The undersigned counsel has personally filed no motions in this case, either on behalf of ARC of Massachusetts or any other party, with the exception of this motion and the above-referenced motions for leave

to withdraw on behalf of the other representatives of the Wrentham and Dever plaintiff classes.

The undersigned counsel further notes that neither she, individually, nor her law firm, Piper Rudnick LLP, have ever been appointed by this Court to serve as class counsel in this litigation. The undersigned counsel was a partner at the now-defunct law firm of Hill & Barlow, P.C., which served as class counsel for the Wrentham and Dever Plaintiffs, including ARC of Massachusetts, during the pendency of this litigation, and she informally assumed responsibility for the case after it had already been closed for a number of years and some time after Nonnie S. Burnes, who acted as lead counsel for the Wrentham and Dever classes while at Hill & Barlow, had become an Associate Justice of the Massachusetts Superior Court.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted, and that the Court grant leave to withdraw as counsel for the ARC of Massachusetts.

Respectfully submitted,

/s/ Lisa C. Goodheart
Lisa C. Goodheart (BBO #552755)
PIPER RUDNICK LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2613
(617) 406-6023 (*telephone*)
(617) 406-6123 (*fax*)

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY (BY MAIL) (BY HAND) ON 11/9/04
/s/ Lisa C. Goodheart

Dated: November 9, 2004