UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |  |
|---|---|---|---|
| ROBERT SIMPSON RICCI, et al., | ) | | |
| | ) | CA Nos. | 72-0469-T |
| Plaintiffs, | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| v. | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| ROBERT L. OKIN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

**NOTICE OF APPEARANCE**

Please enter on the docket the appearance of Robert L. Quinan, Jr., Assistant Attorney General, as co-counsel for the defendant Department of Mental Retardation. Assistant Attorney General Juliana Rice will retain her status as lead counsel of record for the Department of Mental Retardation and other defendants.

Respectfully submitted,

DEPARTMENT OF MENTAL RETARDATION

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

[s] Robert L. Quinan, Jr.
_____
Robert L. Quinan, Jr., BBO No. 553010
Assistant Attorney General
Office of the Attorney General
One Ashburton Place – Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2554

Dated:  November 23, 2004