

# FERNALD LEAGUE *for the* RETARDED, *Inc.*

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

Governor Mitt Romney
State House, Room 360
Boston, MA  02133

December 6, 2004

Dear Governor Romney:

    On behalf of the Board of Directors and more than 600 members of the Fernald League for the Retarded, a non-profit corporation which was established over fifty years ago for the purpose of advocating and promoting the general welfare of all individuals with mental retardation and developmental disabilities wherever they may reside, I am writing to request that you join United States District Court Judge Joseph Tauro in visiting the Fernald Center. We believe it is critical that you see first-hand the 250 residents and staff who are subject to your policy, announced on February 26, 2003, to permanently close Fernald and all other existing Intermediate Care Facilities for the mentally retarded located at the Glavin, Hogan, Monson, Templeton, and Wrentham sites to fully understand the impact your decision to close Fernald will have upon their lives.

    Many residents of Fernald are so disabled that they cannot feed themselves, walk, are blind, have multiple medical issues and are otherwise unable to care for themselves. Profoundly and severely retarded residents with developmental disabilities, many of whom have spent their lifetime at these facilities, together with their aging parents and relatives, are threatened with wholesale disruption in their lives and loss of long-term and familiar caring staff.

    From 1972 to 1993, Judge Joseph Tauro of the United States District Court developed and monitored a unique and comprehensive remedial program to meet the needs of mentally retarded persons in the Commonwealth, which provided a lifetime guarantee of services characterized by human dignity and opportunity for growth. The far-reaching effect of the Federal Court intervention is a testament to the persistent and caring efforts of Judge Tauro to improve the lives of the most-disadvantaged citizens in our society. Judge Joseph Tauro has earned the respect and affection of thousands of families whose struggles were eased by his unprecedented commitment to protect retarded citizens wherever they live.

    At present, there are 4, 269 retarded persons who, with their family members, continue to rely upon the existing Orders of the Federal Court to ensure compliance with the processes mandated by the Court.

    We regretfully believe that eleven years after the Order of the Court, the Commonwealth is not in substantial compliance with regard to systemic issues previously defined by the Court. There has been substantial erosion of the progress that has previously been made in continuing to provide needed comprehensive services to those retarded persons who are protected by the Federal Court.

Your policy for closure of these necessary facilities is totally contrary to the specific findings of the Report of the Department of Mental Retardation Facility Working Group published in May 2002, which determined that the projected future facility bed capacity needed in fiscal year 2011 ranged from 671 to 912 beds.

At a hearing held at the United States District Court on November 10, 2004, Judge Tauro states:

"...[A}re there conditions deteriorating from the time I last went there? I mean, are we living in a situation where we have got mice and rats and things like that, the way it was when I first visited Belchertown twenty something years ago that caused this whole case to become a very, very, active and a front burner item?...because I can find out by going to see. I can take a view. And I can invite the Governor to come with me and so we could both see, you know, because other governors have come.
Dukakis came with me. King came with me. Bill Weld, Speaker McGee, all kinds of people. They wanted to see for themselves. That is all I ever said to anybody, come and take a look and see what I see. If you don't see it, you don't see it the same way, you vote the way you want." (Reference: Transcript, page 55 lines 2-17.)

Further, Judge Tauro said:

"...I know there is nothing worse than to have a job and to have some federal judge tell you how to run it. But I had all these Governors who had no reason to tell me that they hated it, but on the other hand, we did a lot of good and they appreciated it. And that is Democrats and Republicans. And I see no reason why it can't be true with the Romney administration too.
You go back and tell the Governor what I had to say." (Reference: Transcript, page 84 lines 11-19.)

Governor Romney, you live within walking distance of the Fernald campus. It should be easy to immediately schedule a tour of Fernald consistent with Judge Tauro's availability.

We anxiously await your response.

Yours very truly,

Diane Booher
Sister of Randall and Ronald Russo,
Fernald residents for the past 46 years
President of the Fernald League for the
Retarded, Inc.

Cc: United States District Court Judge Joseph L. Tauro