FILED
IN CLERKS OFFICE

## Stipulation

2004 DEC 29 P 12: 32

WHEREAS on July 14, 2004, the Fernald Developmental Center Class Representatives (the "Fernald Plaintiffs") filed a *Motion to Re-open Case and Restore Case to Active Docket*;

WHEREAS the parties met in November and December 2004, at the direction of the United States District Court for Massachusetts (Tauro, J.) to resolve certain issues raised in said motion, including compliance with the Final Order dated May 25, 1993 ("the Final Order") regarding individual service plans ("ISPs");

WHEREAS the Fernald Plaintiffs and the Defendants, by and through the Department of Mental Retardation (collectively, "the Department"), have agreed to resolve certain issues related to the development of ISPs for Fernald residents and the placement planning process for those individuals in a manner consistent with the Court's Final Order and with federal law;

NOW THEN, the Fernald Plaintiffs and the Department agree and stipulate as follows:

1. This Stipulation and the agreements contained herein shall apply only to the Ricci Class Members currently living at the Fernald Developmental Center.

2. The Department, its representatives, and employees shall not discuss alternative placement,[1] nor develop a "Vision Statement" or an "Objective" related to alternative placement, for individuals at Fernald during the team meeting convened to develop the individual's annual ISP. The annual ISP meeting shall be limited to the identification and recording of the individual's current needs and supports.[2] The description of an individual's needs and supports as defined in the ISP shall be independent of any discussion regarding where the individual currently lives or what level or type of staffing exists there, and shall be based solely upon professional and direct care assessments done by persons in their assigned roles.

3. The Department shall by memorandum direct all Fernald staff that ISP team participants are not to discuss an individual's alternative placement at the annual ISP team meeting. If the individual, family member, guardian, or designated representative initiates discussion about placement in the annual ISP meeting, the Qualified Mental Retardation Professional ("QMRP") shall refer the individual, family member, guardian or designated representative to an Individual Transition Planning ("ITP") Team which, in conjunction with the ISP Team, including the individual, family member, guardian or designated representative, shall exchange relevant information to allow the Department to identify specific alternative placement(s) consistent with the

---

[1] The term "alternative placement" is defined herein as any placement for an individual residing at Fernald other than at the Fernald Developmental Center or Marquardt.
[2] The term "supports" is defined in 115 Code Mass Regs. § 6.20.

1

individual's clinical needs, relationships, geographic considerations, and compatibility with peers. Such a referral will be noted in the individual's client record (commonly referred to as the "Ames" record).

4. The Department, through its representatives and employees, will discuss alternative placement and present specific placement recommendation(s) for individuals at a separate ISP modification meeting held in compliance with the Department's existing ISP regulations. The ISP modification meeting will be held only after a specific placement site is identified. A transfer objective will be developed and all parties eligible to participate in the ISP modification will subsequently receive the 45-day letter required before a transfer may take place. This transfer process shall comply with the process outlined in 115 Code Mass. Regs. § 6.63 and M.G.L. c. 123B, § 3.

5. Within the next several weeks there shall be a joint presentation by Plaintiffs' Counsel and the Commissioner of the Department to Fernald family members, guardians, designated representative, and individuals regarding future plans for the Fernald Developmental Center and alternative placement options for individuals.

6. The Department and the Fernald Plaintiffs have agreed to continue discussions regarding: (a) the Department utilizing, in addition to the presentation discussed in ¶ 5 above, processes to facilitate exchanges of information and discussions with individuals, families and guardians about alternative placement options (site-specific and other) ; (b) procedures for the conduct of Fernald ISP meetings; (c) the development of a mutually agreeable mechanism to monitor the implementation of all ISPs at Fernald.

7. At least six weeks prior to the individual's ISP meeting, in each letter from the QMRP notifying the family, guardian or designated representative of the date of the ISP, the Department will mail a memo and authorization form to the individual, family, or guardian notifying them of the availability of a Fernald League representative to act as a designated representative to participate in the individual's annual ISP meeting. This memo has been developed and approved by counsel for the Department and the Fernald Plaintiffs.

8. Any participant's conduct during an ISP meeting at Fernald that is deemed inappropriate shall be reported to the Department's Commissioner or his designee.

9. The Department shall not effect any change in the services described in an individual's ISP without notification to the individual, family, guardian or designated representative even if the change does not require an ISP modification. When currently provided services are proposed to be reduced or modified, the individual, family, guardian or designated representative may request an additional assessment of the need for services. The Department

shall arrange for an independent assessment of the need for services by obtaining an assessment from a credentialed Department staff member who does not work at Fernald. The assessment will be completed and provided to the family, guardian or designated representative within sixty (60) days of the request, but in any event before the time scheduled for a Fair Hearing, if applicable. The clinician who completed the original assessment recommending the service reduction or modification will review this independent assessment. If agreement is not reached after this discussion, the ISP team will reconvene to review both sets of recommendations and decide how to proceed. Where new services are sought by the family or guardian for an individual at Fernald, but not recommended by the ISP team, the Department may, at the Regional Director's discretion, obtain an independent assessment.

IN WITNESS WHEREOF, the Fernald Plaintiffs and the Department, acting through counsel, have caused this Stipulation to be executed as of the dates subscribed below.

_____            December 29, 2004
Beryl W. Cohen, Esq.
11 Beacon Street
Boston, MA 02108
Tel.: (617) 742-3322
Fax: (617) 720-5652

_____            December 29, 2004
Marianne Meacham, Special Asst. Atty. General
 and General Counsel for the
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118
Tel.: (617) 624-7701
Fax: (617) 624-7573

3