UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON *RICCI*, et al. ) | Civil Action Nos. 72-0469-T (Belchertown) |
| ) | 74-2768-T (Fernald) |
| Plaintiffs, ) | 75-3910-T (Monson) |
| ) | 75-5023-T (Wrentham) |
| ROBERT L. OKIN, *et al.* ) | 75-5210-T (Dever) |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF DANIEL J. BROWN

Please enter the appearance of Daniel J. Brown of Brown Rudnick Berlack Israels, LLP, One Financial Center, Boston, Massachusetts (617-856-8200) on behalf of the Wrentham Class Members in the above-captioned matter.

                                WRENTHAM CLASS MEMBERS,
                                By their attorneys,

                                /s/ Daniel J. Brown
                                Margaret M. Pinkham (BBO #561920)
                                Daniel J. Brown (BBO #654459)
                                BROWN RUDNICK BERLACK ISRAELS LLP
                                One Financial Center
                                Boston, MA  02111
                                Telephone:  (617) 856-8200
                                Fax:  (617) 856-8201
DATED:  January 20, 2005            E-mail: dbrown@brownrudnick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St.
Boston, MA 02108

**ARC**
Cathy E. Costanzo
Center for Public Representation (CPR)
22 Green Street
Northampton, MA 01060

**Office of the Attorney General**
Juliana deHaan Rice, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Dever Class**
Neil Moynihan, Esq.
Nixon Peabody
101 Federal Street
Boston, MA 02110

**Disability Law Center**
Christine M. Griffin, Esq. (564420)
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

DATED: January 20, 2005

_____/s/ Daniel J. Brown_____
Daniel J. Brown

#1324135 v\1 - browndj - dpj01!.doc - 4/784