January 20, 2005

Memorandum

To:
Commissioner Gerald Morrissey,
DMR
500 Harrison Avenue
Boston, Ma. 02118

From:
William F. Gear
109 Neponset Avenue
Roslindale, Ma. 02132
Billyzone@aol.com

Re: ISP Procedural Irregularities/ Gena Gear/ Follow-up to 12 /31/04 memo

Previously I have written to you in order to obtain clarification of how the Modification (amendment) process of my daughter's 2002 ISP appeal, was transformed by the DMR into a 2004 ISP draft that I was required to accept or to appeal. (please see my previous letter of December 31).

You have not granted me the courtesy of a reply. As the December 31 memo also protested the refusal of the Region VI Director to accept my certified notice of appeal, on three separate occasions, I am particularly discouraged by your lack of response. I ask again, how did the working papers of an ISP Modification process following a finding favorable to the appellant of Gena Gear's 2002 ISP, somehow become the 2004 ISP? To my knowledge, there was never an ISP meeting for 2004.

To my dismay, when I disagreed with the working draft of the amended 2002 ISP, my successful appeal became an invitation to appeal... yet again. This is also more than a little irregular, as is your continued lack of response to my questions. I believe that this manner of stonewalling the guardian of a Ricci Class member is yet another example of the systemic unwillingness and/or inability of the DMR to honor the rights of Ricci Class members and to follow its own ISP regulations. Once again, I await the courtesy of a response.

*[signature]*

c.c. The Honorable Judge Joseph Tauro
  Attorney Beryl Cohen
  Co-Guardian
  Colleen Lutkevich - Executive Director - COFAR

Enclosure (12-31 memo)

December 31, 2004

From: William F. Gear
      Barbara Santella

To:   Gerald J. Morrissey Jr.
      Commissioner DMR
      500 Harrison Avenue
      Boston, MA 02118

Dear Commissioner Morrissey:

This letter is written to address one of many acts of discourtesy experienced by my daughter Gena Gear and her co-guardians in the matter of the appeal of Gena's 2002 ISP.

Although Gena has been assigned to Region VI for many years, during most of the past year, we have been involved in the modification stage of the appeal of Gena's 2002 ISP. As your records will indicate, we were notified by you that our appeal was allowed. Attached are your letter and the decision of the hearing officer.

The modification process was assigned to Mr. Mark Sanderson of Region V. As Mr. Sanderson and I, after a lengthy and civil discourse, could not reach agreement, Mr. Sanderson returned jurisdiction to Region VI. At that time he informed us that we had the option to appeal the modification document, which in his mind had assumed the status of a 2004 draft ISP. We believe on this last point he was in error, as his instructions to us to appeal the working papers of an existing appeal process is nonsensical. Nonetheless, under protest, we mailed notice of our intentions to exercise this appeal option as instructed by Mr. Sanderson.

We sent this certified notice of appeal to Ms. Gail Gillespie, Regional Director of Region VI. We have learned from the United States Postal Service that Ms. Gillespie refused to accept this certified letter on three separate occasions (11/23, 11/29/, 12/9). This unopened, unclaimed letter was returned to us on 12/27/2004

However, she wrote us concerning this matter. It appears to us that Ms. Gillespie learned of our appeal by way of a certified cc that we sent to Mr. Sanderson. We believe this is the latest example of bad faith and disrespectful treatment and non compliance with the DMR regulations regarding Gena Gear's ISP rights as a Ricci Class Client. I enclose all relevant correspondence.

Just prior to Christmas, and just after Christmas, Ms. Roberta Lewonis, acting for Ms. Gillespie, requested an appointment to visit with Gena. The DMR's usual process is to encourage the Service Coordinator to make such visits. The last Service Coordinator was reported to be Mr. Walter Astin. It makes us uncomfortable to receive either Ms. Lewonis or Ms. Gillespie with whom we have suffered literally years of mistreatment and

disrespect, and with whom we shall continue to engage in an adversarial process for years.

We ask that you instruct Ms. Gillespie to follow the DMR regulations in this matter and that the DMR follow the usual practice in this matter. We also ask that you or your legal staff provide us a written explanation of how the modification working papers of the 2002 ISP appeal has managed to be converted to a new appeal of a fictitious 2004 ISP.

There has been no 2004 ISP meeting and one has to ask how the appeal of the 2002 ISP was converted to an appeal of a nonexistent 2004 ISP. Gena has won her appeal and your staff has wished this reality out of existence.

We would be grateful for your response.

Cc: Honorable Judge Joseph Tauro
    Attorney Beryl Cohen
    Colleen Lutkevich COFAR