UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action Nos:    72-0469-T (Belchertown) |
| | ) | 74-2768-T (Fernald) |
| v. | ) | 75-3910-T (Monson) |
| | ) | 75-5023-T (Wrentham) |
| ROBERT L. ORKIN, et al., | ) | 75-5210-T (Dever) |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF DARYL CAMERON EVERY

1.    My name is Daryl Cameron Every. My address is 10 Morgan Street, Randolph, Massachusetts 02368. I presently serve as the Dever Class Action Representative for the Dever class in the above-captioned matter.

2.    In 1985, I was licensed by the Commonwealth of Massachusetts to practice law. I am admitted to practice in the U.S. District Court of Massachusetts, as well as the First Circuit Court of Appeals.

3.    I am a member and current Vice President of the Dever Association for the Retarded, Inc., (a/k/a Paul A. Dever Association for the Retarded, Inc.) which is a named plaintiff in this matter. I have been a member of the Dever Association for the Retarded, Inc. (Dever Association) for about 32 years.

4.    My older sister, Robin Every, was a resident of the former Dever Developmental Center and she is a Dever class member. Robin presently resides in a Department of Mental Retardation (DMR) operated group residence on the grounds of the Dever Campus in

Taunton, Massachusetts. Robin is 51-years old, profoundly mentally retarded and multiply handicapped. I am Robin's legal guardian.

5.    At its October 24, 2004 meeting, the Dever Association's Membership voted to appoint me as the Dever Association's new Class Action Representative to replace Florence Finkel, with thanks to Mrs. Finkel for her service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Daryl Cameron Every

Dated: _____1/21/05_____

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on January 21, 2005

BOS1455880.1