

# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA 02118

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Ronald Preston**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590

February 2, 2005

William Gear
109 Neponset Avenue
Roslindale, MA 02131

Barbara Santella
519 Ferry Street
Everett, MA 02149

Dear Mr. Gear and Ms. Santella:

I am writing to you in response to your letters of and December 31, 2004 and January 20, 2005 regarding your concerns about the individual service plan being developed for your daughter, Gena. As her father, Mr. Gear, you have shown a great commitment to Gena's care over the years, and the Department desires to work in partnership with you for the benefit of Gena.

Although I have not written to you personally since your last letter, I have asked my staff to address your request to have an ombudsman designated to attempt to resolve your concerns.

As you know, in early 2004, in response to your request, the Department designated Mark Sanderson from DMR's Southeast Region to facilitate the development of a new Individual Service Plan ("ISP") for Gena in accordance with the hearing officer's decision and the Department's regulations. Mr. Sanderson is assigned to the Southeast Region: you requested an out-of-region facilitator of the ISP, and Mr. Sanderson undertook the development of an ISP with you. Unfortunately, despite several meetings and a focus on a particular provider in the Southeast Region, you were not satisfied with the plan and have chosen to appeal it. You then requested an ombudsperson be appointed to conduct an informal conference of the ISP.

Moving forward, our mutual goal must be to develop an ISP for Gena that is consistent with the hearing officer's order, and that will meet Gena's needs as determined in the ISP process. In particular, we must assure that Gena's clinical needs are met in a manner that

is consistent with the recommendations of clinical professionals that know Gena, especially Dr. John Julian.

I have asked Jack Riley, a former DMR Facility Director and individual with great personal experience and expertise in the field of services to individuals with mental retardation, to act as Ombudsperson. As indicated in the letter (s) from the Metro Region Director Gail Gillespie dated January 6th and January 27th (enclosed herewith) Mr. Riley will be in touch with you to schedule whatever meetings are necessary. We look forward to working with you to meet Gena's needs.

Sincerely,

Gerald J. Morrissey, Jr.
Commissioner


Cc: The Honorable Judge Joseph Tauro
    Robert Quinan, AAG
    Marianne Meacham, General Counsel

# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation

**Metro Region**
200 Trapelo Road
Waltham, Massachusetts 02452

Tel. (781) 894-3600   Fax (781) 314 - 7579

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Ronald Preston**
*Secretary*

**Gerald J. Morrissey, Jr.**
*Commissioner*

**Gail Gillespie**
*Regional Director*

January 6, 2005

William Gear
109 Neponset Ave
Roslindale, MA 02131

Barbara Santella
519 Ferry St.
Everett, MA 02149

Re:   Appeal of Individual Support Plan
      Gena Gear

Dear Ms. Santella and Mr. Gear:

I am in receipt of your request for a session with a DMR ombudsperson. I have requested that an ombudsperson be assigned to hear the appeal of the Individual Support Plan for Gena Gear. The ombudsperson will contact you for a date for a meeting.
Please feel free to call me with any questions.

Sincerely,

Gail Gillespie
Regional Director
Metro Region



# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation

**Metro Region**
200 Trapelo Road
Waltham, Massachusetts 02452

Tel. (781) 894-3600  Fax (781) 314 - 7579

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Ronald Preston**
*Secretary*

**Gerald J. Morrissey, Jr.**
*Commissioner*

**Gail Gillespie**
*Regional Director*

January 27, 2005

William Gear
109 Neponset Avenue
Roslindale, MA 02131

Barbara Santella
519 Ferry Street
Everett, MA 02149

Dear Mr. Gear & Ms. Santella:

I am responding to your request for a hearing with an ombudsperson. Jack Riley has been appointed to hear your appeal as ombudsperson. He will call you to set up an appointment.

Please feel free to call me with questions.

Sincerely,

Regional Director
Metro Region