February 7, 2005

Ms. Diane Enochs
Assistant Commissioner, Facilities Management
Fernald Developmental Center
200 Trapelo Rd.
Waltham, MA 02452

Subject: Transportation Problems at Malone Park

Dear Ms. Enochs:

As the building representatives for Malone Park we are writing to you to express our deep concern over the transportation problems that continue to affect the residents of the Malone Park Intermediate Care Facilities #21, 22, 23 and 24. The transportation problems have resulted in cancellations of trips to the community, residents being denied the opportunity to go to work and residents traveling in unsafe vehicles.

Transportation problems include:

- No wheelchair van to transport the residents who cannot climb the steps of the regular van. This results in some residents having to remain home, while their apartment mates go on outings.
- A myriad of mechanical problems with the vans e.g., accelerator not working, brakes not working, no gasoline in the fuel tank, windshield wipers not working, seat belts not working, etc.
- Vans so dirty that direct care staff refuse to put the residents in the vehicle.

Mechanical problems with the vans have been ongoing throughout the past year while the lack of a wheelchair van has been a problem for even longer. [Note: the November 2004 Building Minutes contain a reported quote from the Division Director, Rona Waite, that she "has been working on this matter for two years."] Although staff has reported these problems to the administration, the administration has failed to respond in a timely manner.

Failure to address these issues violates DMR regulations: Standards to Promote Dignity 115 CMR section 5.03, General Principals; and Standards for All Services and Supports, and 115 CMR section 7.03, Outcomes for Individuals as well as services and supports documented within the residents' Individual Support Plans.

We are requesting a detailed action plan to be submitted to Dorothy O'Rourke, Chairperson of the Building Representatives' Committee, by close of business, Friday, February 18, 2005. The plan should address a resolution to all of the problems identified in this letter, as well as a preventive maintenance protocol for assuring the safety and cleanliness of the vehicles being used to transport residents, a plan for alternative transport in the event of unavoidable maintenance, a plan for purchase of a wheelchair van, and a back-up staffing plan to provide van drivers when needed.

In addition, each of us requests two quarterly reports for our individual wards. The first report should list all of the community outings scheduled for our ward during the last quarter (October – December 2004) and indicate whether he or she attended the outing. If our ward did not attend, please identify the reason for the absence. The second report should list the dates on which there was work available during the last quarter, whether our ward was present (separate morning and afternoon attendance), and if our ward was absent, the reason for the absence. We are requesting these reports to be delivered to us by the close of business Friday, February 18, 2005. We are requesting that in the future, these reports are sent to us at the conclusion of each quarter.

We are also requesting a meeting with you to discuss why this situation was allowed to deteriorate to the current level and what will be done to prevent these problems from happening in the future.

Thank you for your prompt attention to this matter.

Sincerely,

Regina Davidson
Marilyn Meagher
Diane Walsh


cc:     Gerald J. Morrissey Jr., Commissioner, DMR
        Gail Gillespie, Regional Director, DMR
        Linda Montminy, Facility Director, DMR
        Joseph Breen, Deputy Facility Director, DMR
        Judge Joseph L. Tauro, United States District Court
        Attorney Beryl Cohen
        Dorothy O'Rourke, Chairperson, Building Representatives' Committee
        Diane Booher, President, Fernald League
        Jenny Magidson, Fernald League