UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Simpson Ricci, et al. )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>Robert L. Okin, et al. )<br> )<br>Defendants. )<br> ) | CIVIL ACTION<br>Nos.  72-0469-T<br>74-2768-T<br>75-3910-T<br>75-5023-T<br>75-5210-T |

### JOINT MOTION FOR THE ENTRY OF AN ORDER
### FOR THE PROTECTION OF CONFIDENTIAL MATERIAL

In furtherance of this Court's directives of January 20, 2005, counsel for the Fernald Plaintiffs and for the Department of Mental Retardation ("DMR") have entered into a Stipulation, appended hereto, for the purpose of protecting confidential material consisting of documents and other data regarding persons who have been served or are being served by DMR, and which constitute confidential personal data pursuant to G.L. c. 123B, § 17; 115 C.M.R. §§ 4.00, et seq.; G.L. c. 66A, §§ 1 and 2; the Health Insurance Portability and Accountability Act, 42 U.S.C. §§ 1320d, et seq.; and/or regulations promulgated thereunder at 45 C.F.R. Parts 160 and 164. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Fernald Plaintiffs and DMR hereby jointly move the Court to enter the Protective Order incorporated as page 7 of the appended Stipulation and [Proposed] Order for the Protection of Confidential Material.

| COUNSEL FOR THE FERNALD,<br>MONSON & BELCHERTOWN<br>PLAINTIFFS: | COUNSEL FOR THE DEPARTMENT<br>OF MENTAL RETARDATION: |
|---|---|
| /s  Beryl W. Cohen | /s  Robert L. Quinan, Jr. |
| _____<br>Beryl W. Cohen, Esq.<br>Law Office of Beryl Cohen<br>11 Beacon Street<br>Boston, MA  02108 | _____<br>Robert L. Quinan, Jr.<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place, Room 2019<br>Boston, MA  02108 |

Dated:  February 11, 2005