UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action Nos. 72-0469-T |
| v. | * | 74-2768-T |
| | * | 75-3910-T |
| ROBERT L. OKIN, et al., | * | 75-5023-T |
| | * | 75-5210-T |
| Defendants. | * | |

ORDER

February 22, 2005

TAURO, J.

This court hereby orders that:

1.      On or before March 8, 2005, the Parties shall file comments with this court

concerning the letter submitted on behalf of Service Employees International

Union, Local 509 by its attorney, Katherine D. Shea [#46].

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　 /s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　United States District Judge