
BROWN
RUDNICK
BERLACK
ISRAELS LLP

**FILE COPY**

MARGARET M. PINKHAM, Esq.
direct dial: 617-856-8265
mpinkham@brownrudnick.com

November 17, 2004

Robert Quinlan, Esq.
Juliana Rice, Esq.
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108

RE:   **Ricci Class Action**

Dear Rob & Juliana:

    I am contacting you because it is my understanding that Marianne Meacham is out of the office, and I have a request for information. As you know, I represent the Wrentham Class of plaintiffs in the above-referenced action. I have been told that there are still approximately one thousand people in the Wrentham Class. My client has provided me with a spreadsheet entitled "Class Member with Guardian," identifying the facility of origin as the Wrentham State School. This database was apparently printed on May 14, 2003. It names the class member and guardian and provides the guardian's address, home phone, work phone and relationship. There are 728 names on this list, which leads me to request the following information:

- Current number of class members; and

- Name and address of all Wrentham Class members in addition to the name, address, phone number and relationship of their guardian, if any.

    I assume that the DMR keeps this information on a computer and request that it be downloaded onto a disk, so that my office does not have to re-type all of the information from the database onto our system in order to use it. I would very much appreciate your prompt attention to this matter.

    I look forward to hearing from you.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Margaret M. Pinkham

MMP/rsg
cc:   Colleen Lutkevich
#1313193 v\1 - pinkhamm - s59l01l.doc - 4/784

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence