

# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation
### 500 Harrison Ave.
### Boston, MA 02118

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Ronald Preston**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590
FAX: (617) 624-7575

December 2, 2004

Margaret M. Pinkham, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Re: Records Request

Dear Attorney Pinkham:

I am writing in response to your letter of November 17, 2004 to the Attorney General's Office seeking information. Specifically, your request was for the current number of class members and the name and address of all Wrentham Class members in addition to the name, address, phone number and relationship of their guardian. Your letter refers to a database printed on May 14, 2003 that included the class member and guardian along with the guardian's home address, home and work phone and relationship.

We have reviewed our records and files and cannot find any indication of any such database being generated and provided to Class Counsel in May of 2003. The last time a list of class members was provided to class counsel was in 2001. This list included the name, address and status of the class member only. We are in the process of updating this list which we will provide to you when completed.

As to the name, address and telephone number of each individual's guardian, if any, we do not compile such information centrally, as changes in guardianship status and changes in the guardians themselves are not infrequent and are recorded in the area offices and the Regional Legal Offices. Moreover, this information could not be shared in any event as this is "personal identifying information" which the Department is prohibited from disclosing under the Fair Information Practices Act, G.L. c. 66A, sec. 10, under the Health Insurance Portability and Accountability Act of 1996 (HIPAA, Title II or "the Act"), 42 U.S.C. 164.502, as well as under the Department's statutes and regulations, G.L. c. 123B, sec. 17 and 115 C.M.R. 4.06. In fact, we have never shared this information with Class Representatives or Class Counsel.

If you have any further questions, please do not hesitate to call.

Sincerely,

Kim M. LaDue
Assistant General Counsel
(781) 894-3600 x2108

cc: Marianne Meacham, General Counsel

bcc:  Maureen Waples
      James Bergeron