

# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA 02118

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Ronald Preston**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590

February 4, 2005

**BY FIRST CLASS MAIL**

Mr. Cornelius J. Moynihan, Jr.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02118

RE:   <u>Ricci et al. v. Okin et al. – Information Request</u>

Dear Mr. Moynihan:

    I am writing to you in response to your letter of January 25, 2005, in which you requested a broad range of information regarding the Dever Class Members.

    The Department understands and will treat your letter as a request for public information and is in the process of identifying documents in its possession that may be responsive to your request that are subject to disclosure. Additional documents in the possession of the Department of Mental Retardation may be responsive to your request but are not subject to disclosure, either because they are exempt from disclosure under the Public Records Law, G.L. c. 4, § 7, cl. 26; or because they contain "personal identifying information" which the Department is prohibited from disclosing under the Fair Information Practices Act, G.L. c. 66A, § 2, the Health Insurance Portability and Accountability Act of 1996 (HIPAA, Title II or "the Act"), 42 U.S.C. 164.502, as well as under the Department's statutes and regulations, G.L. c. 123B, § 17 and 115 CMR 4.06. The Department will advise you if it is in possession of documents responsive to your request but that are exempt from disclosure and the reasons therefore.

    Given the voluminous nature of the documents requested, it is likely that the cost of responding to your request will exceed $10.00, including a copying charge of $.20 per page for documents that will be produced, the cost of postage, and a charge for the time spent to collect, review and copy the documents that you have requested. I will notify you as soon as we have an estimate for the cost to respond to your request.

If you wish to challenge this response to your public records request, you may appeal to the Supervisor of Public Records, following the procedure set forth in 950 CMR 32.08. I have enclosed a copy of the regulations for your convenience.

I hope that this information is helpful to you. Feel free to contact me if you have any questions or require additional information.

Sincerely,

James Bergeron
Assistant General Counsel

cc: Gerald J. Morrissey, Jr., Commissioner
Marianne Meacham, General Counsel
Juliana deHann Rice, Assistant Attorney General
Robert L. Quinan, Jr., Assistant Attorney General
Margaret M. Pinkham, Esq.
Beryl W. Cohen, Esq.
Daryl Cameron Every, Esq.

File Correspondence