# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
### Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Ronald Preston**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590

February 11, 2005

**BY HAND AND FIRST CLASS MAIL**

Margaret M. Pinkham, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

RE: Wrentham Class Member and Guardian List

Dear Attorney Pinkham:

Attached, please find the list of the Wrentham Class Members and Guardians provided to you by the Department in accordance with the Order of Judge Tauro issued at the Status Conference of January 20, 2005, and subject to our Stipulation and Order for the Protection of Confidential Material.

The Department of Mental Retardation utilizes an electronic records system that organizes and manages the Department's client information. The system maintains accurate data concerning a wide variety of client information including health information, Department status, guardianship details, and billing records. By its very nature, however, because it operates on a monthly billing cycle, subtle differences may exist between data recorded in the system and any changes that have recently been entered into the system. Additionally, in some instances an individual may have a guardianship change that occurs through a private process of which the Department has no prior knowledge. In these instances, the system may not reflect the guardian change until the Department is notified of the occurrence and can update it into the system.

I hope that this information that we are providing to you is helpful. Feel free to contact me at (617) 624-7717 if you have any questions or require additional information.

Very truly yours,

James Bergeron
Assistant General Counsel

Enclosure

cc: Marianne Meacham, General Counsel
Robert Quinan, Assistant Attorney General (with enclosure)
Juliana deHann Rice, Assistant Attorney General (with enclosure)