

# FERNALD LEAGUE *for the* RETARDED, *Inc.*

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

March 8, 2005

The Honorable Judge Joseph Tauro
United States District Court District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02110

    Re:   Ricci, et al. V. Okin, et al.
           Civil Action Nos. 72-0469-T, 74-2768-T, 75-3910-T, 75-5023-T and
           75-5210-T

Dear Judge Tauro:

The following comments relate to the letter submitted on behalf of Service Employees International Union, Local 509, by its attorney, Katherine D. Shea on February 22, 2005; they concern Fernald Class Members living at Fernald Center.

Fernald Class Members have been adversely affected by the increased caseloads of Service Coordinators (called Qualified Mental Retardation Professionals, or QMRP's) at Fernald Center. Prior to the major reductions in force at Fernald in the spring, 2002, the average QMRP caseload was 16 residents. Since then, the average caseload has nearly doubled. This increase in caseload has been accomplished by a number of structural changes that have deviated from the ISP regulations and reduced the quality of care.

- QMRP's were told they were no longer "house managers." This means they no longer have authority over team members responsible for implementing the ISP's of the individuals in that residence.
- The Facility Director who began at Fernald on January 18, 2005, is now directly involved in the supervision of Direct Care staff. She is filling the void created by removing authority from the QMRP's and increasing the QMRP caseloads.
- In 2002, QMRP staff offices were moved out of the residences, and into a central building some distance away from the individuals they are assigned to serve.

- QMRP's are assigned to multiple residences, requiring them to travel more and communicate with multiple teams in serving the individuals assigned to them in their post-2002 caseloads.
- Accountability for the implementation of ISP's at Fernald Center has suffered as the QMRP's have been more removed from the residents and their teams.
- QMRP role has become much more clerical, much less supervisory.
- QMRP authority has been reduced by Fernald administration. ISP's are revised by management staff. QMRP's are not authorized to make any substantive changes in ISP's even when the team recommends these changes.
- At Fernald, the authority of the ISP team members to make clinical decisions is compromised. Instead, the QMRP heads a team charged with providing services within available resources, however scarce those resources may be.

The increase in caseload for QMRP's at Fernald Center has resulted in decreased QMRP monitoring of staff, weaker integration between the QMRP's and the ISP teams, reduced authority in the development of ISP's and lack of oversight in their implementation.

Sincerely,

Diane Booher
President


Cc:    Beryl Cohen