UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert Simpson Ricci *et al.* )<br>Plaintiffs )<br>)<br>*v.* )<br>)<br>Robert L. Okin, et al. )<br>Defendants )<br>)<br>) | Civil Action Nos. | 72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

MOTION OF THE MASSACHUSETTS ARC FOR LEAVE TO FILE A LATE RESPONSE TO THE SEIU SUBMISSION PURSUANT TO THE COURT'S FEBRUARY 22, 2005 ORDER

The Plaintiff Massachusetts Arc moves for leave to file a late response to the Court's February 22, 2005 Order. In support of this motion the Plaintiff asserts:

1. Counsel for the Massachusetts Arc was out of the country for an extended period and did not return until late the evening of the March 4, 2005, whereupon she was in the District of Columbia working on another case.

2. Upon learning of the Court's Order, Counsel conferred with the Massachusetts Arc and filed this motion forthwith.

WHEREFORE, the Massachusetts Arc on behalf of the Wrentham and Dever Plaintiffs request that the Court allow the late filing of this motion.

Respectfully submitted,

*/s/ Cathy E. Costanzo*
Cathy E. Costanzo
Steven J. Schwartz

BBO# 553813
BBO# 448440
Center for Public Representation
22 Green Street
Northampton, MA 01060
413-586-6024