UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert Simpson Ricci *et al.* ) | | |
| Plaintiffs ) | Civil Action Nos. | 72-0469-T (Belchertown) |
| ) | | 74-2768-T (Fernald) |
| *v.* ) | | 75-3910-T (Monson) |
| ) | | 75-5023-T (Wrentham) |
| Robert L. Okin, et al. ) | | 75-5210-T (Dever) |
| Defendants ) | | |

MASSACHUSETTS ARC'S RESPONSE ON BEHALF OF THE
WRENTHAM AND DEVER PLAINTIFFS TO THE SUBMISSION
OF THE SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU)

The Massachusetts Arc on behalf of the Wrentham and Dever Plaintiffs file the following comments and response to the SEIU, Local 509 letter of February 14, 2005, pursuant to the Court's Order of February 22, 2005:

1. The Massachusetts Arc is concerned with the allegations raised in the SEIU letter of February 14, 2005 and believe that they merit further investigation, notwithstanding concerns of non-parties corresponding with the Court about this matter.

2. The Massachusetts Arc has no reason to believe that the Department of Mental Retardation will not provide the parties with the information necessary to satisfy our concerns with the case management system.

3. The Massachusetts Arc suggests that this issue is more properly the subject of parties meetings at this juncture and that the Court's involvement at the present time is premature.

WHEREFORE, the Massachusetts Arc suggests that the regular parties meetings that occurred prior to the filing of the Fernald plaintiffs' motion should resume immediately and that

the issues raised by SEIU be placed on the agenda.

                                           Respectfully submitted,

                                           Cathy E. Costanzo
                                           Steven J. Schwartz
                                           BBO# 553813
                                           BBO# 448440
                                           Center for Public Representation
                                           22 Green Street
                                           Northampton, MA 01060
                                           413-586-6024