

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Cornelius J. Moynihan, Jr.
Direct Dial: (617) 345-1315
E-Mail: cmoynihan@nixonpeabody.com



RECEIVED
FEB 1 0 2005
GENERAL COUNSEL'S OFFICE
DEPT OF MENTAL RETARDATION

February 9, 2005

James Bergeron
Assistant General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

    RE:    Dever Class Action Representative

Dear Mr. Bergeron:

In response to your letter of February 4, 2005 it is our position that the Declaration of Daryl Cameron Every, an officer of the court, adequately explains her status.

It is not appropriate for DMR to be attempting to involve itself in the internal affairs of the Dever Association. DMR's motives are those of partisan, adversarial self-interest.

DMR's current inquiries into a plaintiff group's selection of its class action representative are unprecedented and inappropriate. It is my understanding that, over the past 30 years, the <u>Ricci</u> plaintiffs' organizations have named numerous individuals to serve as their respective class action representatives. DMR has not questioned the plaintiffs' various selections or insisted on internal documentation to support plaintiffs counsels' clear representations. Since the 1975 filing of the <u>Dever</u> suit, the Dever Association has designated on five separate occasions individuals to serve as its class action representative. Ms. Every's designation is no different. I invite DMR to show me the documentation which shows that DMR has made similar demands of proof concerning the appointment of other <u>Ricci</u> class action representatives – Benjamin Ricci, Philip Corrigan, Edward Stefaniak, George Marvidis, the late William Gauthier, Louise Johnson, Gertrude Pulsifer, Richard Krant, Colleen Lutkevich, Leo Sarkissian, Florence Finkel, Frank Every, William Powers, etc.

BOS1463831.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

NIXON PEABODY LLP

James Bergeron
Assistant General Counsel
Department of Mental Retardation
February 9, 2005
Page 2

      Finally, I appreciate DMR's disappointment about the change of Dever Class Action Representative. The previous representative, Mrs. Finkel, is a retired DMR employee and served for many years. Undoubtedly, DMR has a comfort level with this previous class action representative. Change can be difficult. Yet, DMR has demonstrated its ability to move forward and adapt when successor class action representatives assumed their duties.

      Very truly yours,

      Cornelius J. Moynihan, Jr.

CJM
Enclosure
cc:    Daryl Cameron Every, Esq.
       Beryl W. Cohen, Esq.
       Margaret M. Pinkham, Esq.
       Robert L. Quinan, Jr., Assistant Attorney General
       Juliana deHann Rice, Assistant Attorney General
       Gerald J. Morrissey, Jr., DMR Commissioner