

# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA 02118

**Ronald Preston**
Secretary

**Mitt Romney**
Governor

**Gerald J. Morrissey, Jr.**
Commissioner

**Kerry Healey**
Lieutenant Governor

February 17, 2005

Re: <u>Court Order Issued in *Ricci v. Okin*, U.S. District Court (Mass.) No. 72-0469-T</u>

Dear Family Member/Guardian:

    This letter is to inform you of a recent federal court order issued by Judge Joseph Tauro of the United States District Court in Massachusetts. Judge Tauro's order requires the Department of Mental Retardation (the "Department") to allow Attorney Beryl Cohen, who represents Ricci class members living at the Fernald Developmental Center, to view documents prepared in connection with the transfer of any individual who departed the Fernald Center from February 23, 2003, to the present. These records include portions of the individual's confidential client record. The order permits Attorney Cohen to view this information in the Department's offices for the purpose of ascertaining whether the individual who has been transferred out is receiving equal or better services to meet their needs in the new location, and that all ISP-recommended services for the individual's current needs as identified in the ISP are being provided at the new location. Unless the Court orders otherwise, he will not be permitted to make copies of the individual's confidential client record, without prior written authorization from you, and he is not authorized to contact the families or guardians of these individuals regarding the otherwise-confidential information to which he has been granted access.

    Massachusetts General Laws chapter 66A, §2(k), requires that the Department provide you with notice that your family member or ward's personal, confidential data will be accessed by a non-employee of the Department in this fashion. If you object, you may file a written objection with the United States District Court at the following address:

> The Hon. Joseph L. Tauro
> J.J. Moakley U.S. Courthouse
> Suite 7110
> One Courthouse Way
> Boston, MA 02210

Please reference <u>Ricci v. Okin</u> and Case No. 72-0469-T in any communication with the Court on this matter. If you choose to file an objection, you should do so promptly, and we ask that you send copies to:

Beryl W. Cohen, Esq.
Law Office of Beryl W. Cohen
11 Beacon Street, Suite 900
Boston, MA 02108

Marianne Meacham, Esq.
General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

Thank you for your attention to this matter.

Very truly yours,

*Marianne Meacham*

Marianne Meacham
General Counsel
Department of Mental Retardation