

# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation
### 500 Harrison Ave.
### Boston, MA 02118

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Ronald Preston**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590
FAX: (617) 624-7575

March 15, 2005

Beryl W. Cohen, Esq.
11 Beacon Street
Boston, MA 02108

    RE:    <u>Ricci v. Okin, et al.</u>
             U.S. Dist. Ct. (Mass.)
             C.A. Nos. 72-0469-T, et al.

Dear Attorney Cohen:

    Pursuant to the Court's Order of January 20, 2005, I am writing to notify you of several meetings at which the Department will engage in planning with families for alternative placement.

    First, we will begin having a series of afternoon teas for families to attend. The first tea is scheduled for March 31, 2005, from 3:00 – 5:00 p.m. at Hillside Building. Additional dates will be selected and we will provide notice to you.

    Second, we will be conducting informational meetings at various locations across the state by invitation to individuals and guardians to share information on facilities, state-operated homes and provider-operated homes. These meetings are informational and not intended to be individual planning meetings. As these dates are selected, notice will be provided to you.

    Third, we will begin scheduling individual meetings with the families and guardians along with the ITP and ISP teams to begin individual placement planning. Please identify the families or guardians that you represent so that we may provide you with notice of these individual meetings as we notify the families and guardians. Moreover, in accordance with the Court's order, see January 20, 2005 Transcript at 52, please provide us with copies of letters retaining your services.

    Thank you.

Sincerely,

Marianne Meacham
General Counsel

cc: Gerald J. Morrissey, Jr., Commissioner
Juliana deHaan Rice, Assistant Attorney General
Diane Enochs, Assistant Commissioner
Linda Montminy, Facility Director