## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

March 24, 2005

The Honorable Judge Joseph Tauro
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02110

  Re: Ricci, et al. v. Okin, et al.,
     Civil Action Nos. 72-0469-T, 74-2768-T, 75-3910-T, 75-5023- T and
     75-5210-T

Dear Judge Tauro:

  Service Employees International Union Local 509 submits this letter in response to the Department of Mental Retardation's Response to the submission of the Service Employees International Union and the Affidavits of Lawrence Tummino and Margaret Chow-Menzer. Local 509 wishes to be on record that it disputes the legal arguments made by DMR concerning The Public Records Law, M.G. L. c. 6, and exhaustion of administrative remedies under M.G.L. c. 150E, as well as the various factual assertions concerning both the history of labor-management discussions and the adequacy of Service Coordinator staffing. However, because it appears to the Union that the contentions regarding labor relations issues are entirely peripheral to the matters before the Court, the Union would file legal argument and supporting affidavits on these issues only if requested to do so by the Court.

  With respect to the adequacy of Service Coordinator staffing and Service Coordinator workload, the Union strongly disagrees that the actual workload of the Service Coordinators is within manageable limits despite average caseload numbers which, even with all vacancies filled, exceed fifty in six out of twenty-three area offices. See Exhibit B to Affidavit of Lawrence Tummino. Again, however, unless requested to do so by the Court, the Union will not provide further affidavits at this time. A

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

comparison of the Union's initial submission, especially the results of the workload survey attached as Exhibit C to the Affidavit of Stu Dickson, with the assertions made by DMR, reveals a factual dispute which would not be resolved on the basis of further affidavits.

If the Court does deem further submissions by the Union relevant and useful to the resolution of legal or factual issues before it, please notify undersigned counsel to the Union. Thank you.

Respectfully submitted,
SEIU, Local 509,
By its attorney,

*Katherine D. Shea*

Katherine D. Shea, BBO# 549771
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

KDS:cf

cc:   Marianne Meacham, Esq.
      Beryl W. Cohen, Esq.
      Margaret M. Pinkham, Esq.
      Juliana deHaan Rice, Esq.
      Cornelius Moynihan, Esq.
      Michael Grunko
      Cliff Cohn
      Colleen Doherty
      Stu Dickson
      Bud Whalon
      Gerry Villani
      Ernest Tarquinio