UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| _____ | ) | | |
| ROBERT SIMPSON RICCI, et al., | ) | | |
| | ) | CA Nos. | 72-0469-T |
| Plaintiffs, | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| v. | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| ROBERT L. OKIN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |
| _____ | ) | | |

DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

     In accordance with this Court's directions made at the April 7, 2005, hearing, the defendant, Department of Mental Retardation, hereby seeks the entry of the Order for Protection of Confidential Material, submitted herewith.

                                      Respectfully submitted,
                                      DEPARTMENT OF MENTAL RETARDATION,

                                      By its attorney,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                          s/Juliana deHaan Rice
                                      Juliana deHaan Rice, BBO No. 564918
                                      Assistant Attorney General
                                      Office of the Attorney General
                                      One Ashburton Place – Room 2019
                                      Boston, MA  02108
                                      (617) 727-2200, ext. 2062


                                      s/Marianne Meacham
                                      Marianne Meacham, BBO 550468
                                      Special Assistant Attorney General
                                      General Counsel
                                      Department of Mental Retardation
                                      500 Harrison Avenue
                                      Boston, MA  02118

(617) 727-5608

Dated: April 15, 2005

Certificate of Service

By my signature below, I hereby certify that I have served the within document on all parties by filing it electronically and by sending it by facsimile and first-class mail to Beryl Cohen, Esq., Counsel for the Fernald Plaintiffs, on this the 15th day of April, 2005.

S/Juliana deHaan Rice
_____
Juliana deHaan Rice, BBO 564918
Assistant Attorney General