UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| ROBERT SIMPSON RICCI, et al., | ) | | |
| | ) | CA Nos. | 72-0469-T |
| Plaintiffs, | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| v. | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| ROBERT L. OKIN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

### DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

     In accordance with this Court's directions made at the April 7, 2005, hearing, the defendant, Department of Mental Retardation, hereby seeks the entry of the Order for Protection of Confidential Material, submitted herewith.

                           Respectfully submitted,
                           DEPARTMENT OF MENTAL RETARDATION,

                           By its attorney,

                           THOMAS F. REILLY
                           ATTORNEY GENERAL

                              s/Juliana deHaan Rice
                           Juliana deHaan Rice, BBO No. 564918
                           Assistant Attorney General
                           Office of the Attorney General
                           One Ashburton Place – Room 2019
                           Boston, MA  02108
                           (617) 727-2200, ext. 2062

                            s/Marianne Meacham
                           Marianne Meacham, BBO 550468
                           Special Assistant Attorney General
                           General Counsel
                           Department of Mental Retardation
                           500 Harrison Avenue
                           Boston, MA  02118

(617) 727-5608

Dated:  April 19, 2005

Certificate of Service

By my signature below, I hereby certify that I have served the within document on all parties by filing it electronically and by sending it by facsimile and first-class mail to Beryl Cohen, Esq., Counsel for the Fernald Plaintiffs, on this the 19th day of April, 2005.

S/Juliana deHaan Rice

Juliana deHaan Rice, BBO 564918
Assistant Attorney General

Certification of Compliance with Local Rule 7.1(A)(2)

By my signature below, I hereby certify that the defendants and the Fernald Plaintiffs have met on many occasions to resolve or narrow the issues presented herein.  Those meetings are detailed in prior filings with this Court (see papers ## 59, 60, 62, 65) and remaining areas of disagreement were discussed at length with the Court on April 7, 2005.

S/Juliana deHaan Rice

Juliana deHaan Rice, BBO 564918
Assistant Attorney General