UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert Simpson Ricci, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>Robert L. Okin, et al., )<br>    Defendants ) | CA Nos. | 72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
### FOR ENTRY OF PROTECTIVE ORDER

NOW COME the Plaintiffs and Oppose the Defendants' Motion for Entry of Protective Order for the following reasons:

1. In the text of the proposed Order, as to the Use of Confidential Material (Paragraph 12), the Defendants have failed to apply the complete standard for transfer from the Fernald Developmental Center, as set forth in the Final Order of May 25, 1993, to wit, "until and unless the Superintendent of the transferring school…certifies that the individual to be transferred will receive equal or better services to meet their needs in the new location, and that all ISP-recommended services for the individual's current needs as identified in the ISP are available at the new location."

2. The Defendants have not complied with Local Rule 7.1(A)(2) that "No Motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." for reason that the specific proposed Order has not been conferenced by the Defendants' counsel with Plaintiffs' counsel in advance of filing.

3. In the text of the proposed Order, as to Persons to Whom Confidential Material May Be Disclosed (Paragraph 3), the Defendants have inserted a limitation that is not acceptable to the Plaintiffs, to wit: "Unless otherwise ordered by the Court, the Department may limit dissemination of Confidential Material to a subset of the above-listed persons."

4. In the text of the proposed Order, as to the Definitions (Paragraph 1), the Defendants have identified "Confidential Material" to include "all individual service plans completed since February, 2001" rather than "all individual service plans completed since February, 2000", as directed by the Court at the hearing held on April 7, 2005.

DATED: April 22, 2005

                                    Respectfully submitted,
                                    Belchertown, Monson and Fernald Plaintiffs
                                    By Their Attorney

                                    Beryl W. Cohen
                                    11 Beacon Street
                                    Boston, MA 02108
                                    (617) 742-3322
                                    BBO# 088620

CERTIFICATE OF SERVICE

I, Beryl W. Cohen, hereby certify that a true copy of the within Plaintiffs' Opposition To Defendants' Motion For Entry Of Protective Order has been served this day April 22, 2005, by first-class mail upon the Defendants' attorneys, Juliana deHaan Rice, Assistant Attorney General, Government Bureau, Office of the Attorney General, Commonwealth of Massachusetts, at her office at One Ashburton Place, Room 2019, Boston, MA 02108-1698 and Marianne Meacham, General Counsel, Department of Mental Retardation, 500 Harrison Avenue, Boston, MA 02118.

_____
Beryl W. Cohen