# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation

**Metro Region**
200 Trapelo Road
Waltham, Massachusetts 02452

Tel. (781) 894-3600   Fax (781) 314 - 7579

Mitt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Ronald Preston
*Secretary*

Gerald J. Morrissey, Jr.
*Commissioner*

Gail Gillespie
*Regional Director*

William Gear
109 Neponset Avenue
Roslindale, MA 02131

Barbara Santella
519 Ferry Street
Revere, MA 02149

May 11, 2005

Dear Mr. Gear and Ms. Santella:

    I am in receipt of Mr. Gear's letter of April 1, 2005. The Individual Support Plan which is dated October of 2004 for Gena Gear is the "reviewed and revised" June 2002 ISP as ordered by the Hearing Officer in her decision of December 9, 2003. This ISP was developed by Mark Sanderson, Community Systems Director of the Southeast Region. Mr. Sanderson agreed to develop the ISP as he had been involved in planning residential services for Gena in the Southeast Region with Nonotuck as had been requested by both Mr. Gear and Conrad O'Donnell. This plan was developed with Gena's attorney, Attorney Jerome Tichner, among others in response to the recommendations from the Hearing Officer. The process for this revised ISP began with the reconvened 2002 ISP meeting on March 16, 2004. The appeal process for ISPs is in place to address issues of disagreement, whether the appeal is pursuant to the annual review or modification of the ISP.

    Mr. Gear requested a review from an ombudsperson in lieu of the Informal Conference. Jack Riley was assigned and recommended a few changes in the ISP that were made. You have the right to further appeal. Therefore, if you continue to disagree with the plan, you must request a Fair Hearing to change it. If you do not request a Fair Hearing by the deadline date, we will begin implementation of the plan. You will certainly be informed and included in the implementation of the plan.

If you wish to petition for a Fair Hearing, you must complete the enclosed appeal form indicating the basis on which you are appealing and send it to:

Commissioner Gerald J. Morrissey
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

I will extend the deadline to June 1, 2005.

I will also take this opportunity to address your letter of April 14, 2005 regarding your request that the Department provide transportation in the form of a leased car or van for Gena. As has been our response in the past, Shriver, as the provider of services for Gena, is the responsible party for her transportation needs. When Gena moves to her new home, that provider will provide for her transportation needs. As Mark Sanderson informed you in an e-mail dated October 26, 2004, Conrad O'Donnell confirmed with him that Shriver Clinical Services would make arrangements for any transportation needs of Gena. Regarding your request for a vehicle for purposes of a vacation in Canada, I have requested Conrad O'Donnell to work with you on Gena's support and transportation needs within the current allocation.

Please let me know if you have any further questions.

Sincerely,

Gail Gillespie
Regional Director