UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert Simpson Ricci, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | NO.   72-0469-T |
| v. | ) | 74-2768-T |
| | ) | 75-3910-T |
| Robert L. Okin, et al. | ) | 75-5023-T |
| | ) | 75-5210-T |
| Defendants. | ) | |
| | ) | |

**Department of Mental Retardation's Response to Plaintiffs' Opposition to Defendants'
Motion for Entry of Protective Order**

The Department of Mental Retardation ("the Department") submits this

memorandum in response to the Plaintiffs' Opposition to Defendants' Motion for Entry

of Protective Order ("Plaintiffs' Oppsition"). The Department believes that the four

issues raised by the Plaintiff in their opposition have all been fully addressed, as

described below.   Because these issues have been addressed in the [Proposed] Order for

the Protection of Confidential Material, attached hereto, and to avoid further delays in

accomplishing the Court's clear directives, this court should approve the Proposed Order

forthwith.

1.    In Paragraph 1 of Plaintiffs' Opposition, Plaintiffs contend that the Department
      failed to utilize the complete standard for Fernald transfers in Paragraph 12 of
      the proposed protective order and request that the Department add "and that all
      ISP-recommended services for the individual's current needs as identified in the
      ISP are available at the new location." The Department agreed to Plaintiffs'
      demand and has added the requested provision to the proposed protective order.

(See attached Order for the Protection of Confidential Material at Paragraph 12).

2.  In Paragraph 2 of Plaintiffs' Opposition, Plaintiffs assert that the Department did not comply with Local Rule 7.1(A)(2) because there was no conference prior to the filing of the modified proposed protective order. A Certificate of Compliance with Rule 7.1 (A) was subsequently filed detailing the conferences on the issues. Moreover, since the April 7, 2005 Status Conference, and the submission of the Defendants' Proposed Protective Order, Defendants have attempted on numerous occasions in April and May to discuss these issues with Plaintiffs' Counsel. Most recently, Defendants have attempted on June 6, 7th and 8th to contact Plaintiffs' Counsel to confer on these matters in order to obviate the need for a Status Conference on June 15th, 2005, but have received no response. (See Exhibit B) These efforts more than adequately satisfy the requirements of Local Rule 7.1(A)(2).

3.  In Paragraph 3 of the Opposition, Plaintiffs' allege that the Department inserted an unacceptable limitation upon the dissemination of the Confidential Material into Paragraph 3 of the Protective Order. Plaintiffs previously agreed to this limitation in the prior Stipulation. See Joint Motion for the Entry of an Order for the Protection of Confidential Material signed by Class Counsel and the Defendants on February 11, 2005, and approved by the Court on February 16, 2005. Notwithstanding this precedent, Defendants have agreed to delete this limitation from the attached [Proposed] Protective Order.

4.  Access to Individual Service Plans. At the Status Conference of April 7, 2005, the Court advised the Department to provide Class Counsel and the Plaintiffs' Representatives with access to ISPs completed by the transferring facility since February 2001. See Transcript of April 7, 2005 Status Conference at page 24, line 17 to page 25, line 7 attached as Exhibit _A_. In accordance with the Court's directive, the Department modified the proposed protective order to reflect that it would provide ISPs for all individuals transferred from the Fernald Developmental Center after February 26, 2003 dating back to February 2001. Notwithstanding this, in Paragraph 4 of their Opposition, Plaintiffs contend that the Department must provide ISPs dating back to February, 2000.

2

After discussions with Plaintiffs' Counsel in which it was indicated that it would be acceptable to Plaintiffs for the Department to provide ISPs dating back to the year 2000 for those individuals who were transferred from Fernald to an alternative placement before December 31, 2003, the Department agreed to do so. (See attached [Proposed] Protective Order Paragraph 1).

Conclusion

For the foregoing reasons, the Department respectfully requests that the Court enter the attached [Proposed] Order for the Protection of Confidential Material.

Respectfully Submitted,
Department of Mental Retardation

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


Marianne Meacham, BBO 550468
Special Assistant Attorney General
General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118
(617) 624-7701
Dated: June 9, 2005


CERTIFICATE OF SERVICE

I, Marianne Meacham, General Counsel for the Department of Mental Retardation and Special Assistant General Counsel, do hereby certify that I served a copy of the attached Department of Mental Retardation's Response to Plaintiffs' Opposition to Defendants' Motion for Entry of Protective Order, by mailing a copy thereof via first class, postage paid, mail to all counsel of record on this date.

Date: June 9, 2005

Marianne Meacham
Assistant General Counsel

3

## EXHIBIT A

8           MS. MEACHAM: The ISP portion of it seems

9    reasonable. I do not see -- I would question whether or
not

10    there is any relevance to ISPs five years ago and if we are

11    talking about --

12           THE COURT: They may not be. He may find
that

13    out and you may not hear from him with respect to -- he may

14    spot-check and see that it is going nowhere. There is

15    nothing to concern himself with. And it has its own shelf

16    life.

17           MS. MEACHAM: Are we talking about five years

18    from --

19           THE COURT: That date.

20           MS. MEACHAM: Well, within a transfer --

21           THE COURT: No, now. That would be three

22    years before Governor Romney --

23           MR. COHEN: That's correct.

24           MS. MEACHAM: So ISPs from 2001, 2002 and

25    2003? That's the scope that he is talking about?

25

1           MR. COHEN: Yes, Your Honor.

2           THE COURT: Yes.

3           MR. COHEN: The Court has it exactly the

4    way -- I'm only looking for the ISP. I am not looking for

5    other --

6           THE COURT: All right. Let's change the

7    language in the protective order to cover that.

8        What else?



# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
### Department of Mental Retardation
#### 500 Harrison Avenue
#### Boston, MA 02118

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Ronald Preston**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

Area Code (617) 727-5608
TTY:  (617) 624-7590

June 6, 2005

### BY FAX AND FIRST CLASS MAIL

Beryl W. Cohen, Esq.
11 Beacon Street
Boston, MA 02108

     RE:    <u>Ricci, et al v. Okin, et al</u>

Dear Attorney Cohen:

    Attached, please find a draft Proposed Protective Order pertaining to the confidential information of individuals who have completed an alternative placement from the Fernald Developmental Center since February 26, 2003.

    I hope that this information that we are providing to you is helpful.  The Department looks forward to receiving at your earliest convenience your comments regarding the attached draft Protective Order.

                 Very truly yours,

                 James Bergeron
                 Assistant General Counsel

Enclosure

cc:    Marianne Meacham, General Counsel (With Enclosure)
       Juliana deHann Rice, Assistant Attorney General (With Enclosure)

# Transmission Log

No Station Name                    Monday, 2005-06-06  17:28                    No Station Number

| Job # | Date | Time | Length | Speed | Station Name/Number | Type | Pgs | Status |
|-------|------|------|--------|-------|---------------------|------|-----|--------|
| 06648 | 2005-06-06 | 17:25 | 2:54 | 14400 | 6177205652 | SCAN | 10 | OK -- V.17 AM11 |



## The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA  02118

Mitt Romney
Governor

Kerry Healey
Lieutenant Governor

**DMR LEGAL OFFICE**
**FACSIMILE HEADER SHEET**

Ronald Preston
Secretary

Gerald J. Morrissey, Jr.
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590

SENT TO: Beryl W. Cohen, Esq.

FAX #: 617-720-5652

FROM: Jim Bergeron

DATE: June 6, 2005

RE: Ricci v. Okin, et al

NOTES: U.S. Dist. Ct. (MASS)
C. A. Nos. 72-0469-T. et al

____ Please copy and deliver to _____

____ The original is being sent to you by:

____ Regular Mail    ____ Overnight Mail

____ This is the only copy you will receive

____ This is for your information. No response necessary.

____ Notify upon receipt. Call (617) 727-5608, ext. ____

# of pages faxed (incl. Header) 10

Initials of Sender JB

**NOTE: The information contained in this transmission may be privileged and
confidential and is intended for the individual or entity named above.
If you received this communication in error, please notify the DMR Legal
Office at (617) 624-7702 immediately by telephone. Thank you.