# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation

**Metro Region**
200 Trapelo Road
Waltham, Massachusetts 02452

Tel. (781) 894-3600   Fax (781) 314 - 7579

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Ronald Preston**
*Secretary*

**Gerald J. Morrissey, Jr.**
*Commissioner*

**Gail Gillespie**
*Regional Director*

July 1, 2005

William Gear
2494 New Campbellton Road
Cape Dauphin, Nova Scotia   B1X 1X9

Barbara Santella
519 Ferry Street
Everett, MA 02149

Dear Mr. Gear & Ms. Santella:

As you know, Shriver Clinical Services has given notice to the Department of its intention to end service delivery to Gena (2) weeks after Gena's return from vacation. Additionally, the Polus Center owner of the home Gena currently lives in has notified the Department of its intention to sell its property on Neponset Avenue where Gena currently resides. As both these actions could precipitate a crisis for Gena, the Department believes that we need to begin immediately to explore placement options for Gena in the Southeast Region and other interim arrangements so that she will have a place to live and services upon your return from Canada.

We would like to meet with you as soon as possible to plan for Gena's immediate future.

Please let me know your availability for a meeting via email or phone. Consistent with your stated preference and Gena's ISP, the meeting will include staff from the Plymouth Area Office (Area Director, Cyndy Miller and Service Coordinator, Ed Wilson) along with Mark Sanderson. As Mr. Gear is currently in Canada, the Department will facilitate a conference call with him if he is unable to attend in person. Hopefully, Ms. Santella will be able to attend the meeting. Mr. Gear, it may be necessary for you to make a trip in person during the summer to review possible living arrangements and services for Gena.

Please call or email me (gail.gillespie@dmr.state.ma.us) with some possible times within the next week. I will then be in touch with Mark Sanderson around coordinating the meeting to be held at the Plymouth Area Office.

Sincerely,

Gail Gillespie
Regional Director
Metro Region

July 19, 2005

Ms. Gail Gillespie
Regional Director DMR
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Gillespie;

On July 12, 2005 I received a letter dated July 1, 2005 from you. The gist of your letter was that understandable impatience has been expressed by the Polus Center, regarding the disposition of its property at 109 Neponset Avenue. This is the outcome of the DMR's inability or unwillingness to engage in a normal, good-faith modification of the 2002 ISP, consistent with the findings of the Hearing Officer in November, 2003 and in accord with the DMR ISP Appeal Regulations, as well as with the Final Ricci order.

Additionally, and yet another symptom of the DMR's unconscionable delay is the decision of Shriver Clinical to phase out of its involvement in this matter.

You had, and still have, a number of constructive options that would avoid crisis-driven decision-making and would return you to compliance with your own regulations. Specifically, you may rapidly review my previously submitted modifications to the 2002 ISP and attempt to reach consensus. This would be in stark contrast to your rigid, take it or leave it approach to the modification process. Then you could implement the 2002 ISP through the use of the DMR ISO process. This would provide us with safeguards from the sort of arbitrary and capricious decisions the DMR has made previously in this matter. It would also more fully empower Gena's Co-Guardians, so that the history of neglect and abuse Gena has suffered under the DMR and through its residential providers, since her discharge from Fernald, will not be repeated.

You have stated repeatedly that previous efforts to implement the 2002 ISP were made and that these efforts failed. You would succeed in these efforts if this time you would fully fund the elements of the ISP that the appellant has not contested, and use the ISO mechanism so that Gena's needs will take precedence over provider's preferences. You have never fully funded the 2002 ISP. In the summer of 2003, you indicated that only $106,000 would ever be available. You currently spend $186,000 per year, and still fail to implement the 2002 ISP, that you signed off on in June 2002. The current approaching crisis is entirely avoidable and you may not use it as an excuse to abrogate Gena's rights or to continue your constant efforts to separate her from her family.

Finally, I would like to know what efforts you have made to either replace Shriver or to extend their service to Gena.

Regarding Gena's housing, Polus has initiated no eviction process, and they state their disinclination to do so. I spoke with a representative of Polus today. In the event they do sell the house, Gena's Section 8 tenancy is then binding upon the new owner. I am surprised that your legal advisors have not already so informed both you and the Polus Center, on Gena's behalf.

I hope you will take the actions I recommend in this letter. In so doing, you can both bring this matter to successful closure and avoid the crisis that you feel is imminent.

Sincerely,

William F. Gear    Co-Guardian

CC:
Barbara Santella    Co-Guardian
Honorable Judge Joseph Tauro
Attorney Beryl Cohen
Colleen Lutkevich   COFAR