Helen T. Shaw
26 Van Buren Ave
Portsmouth, N.H.
03801

July 6, 2005

Mass Health
Board of Hearings
Two Boylston Street
Boston, Mass
02116

To Whom It May Concern:

This letter is to appeal the decision of the Department of Mental Retardation to move Kathleen Hussey from the Greene Building at Fernald Development Center to the Marquardt Nursing Facility.

I have enclosed the letter dated 6/8/05 from the DMR and received 6/11/05.

If you have any questions, or if I need to provide any further information, please let me know. My daytime phone number is 603-436-3081.

Sincerely,

Helen T. Shaw
Guardian

Enclosures (2)

cc Alan Beauschene, QMRP    Marquardt Nursing Facility
  Kay Schodek, LICSW     Mike Bradley
  Dr. Silver          Joan Hantman
  Karen Liazos        Springwell Elder Services
  Gerald J. Morrissey, Jr., Commissioner Diane Enochs, Assist. Comm.
  Attorney Beryl Cohen     Judge Joseph L. Tauro
  Fernald Legue for the Retarded



# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

METRO REGION
200 Trapelo Road
Waltham, Massachusetts 02452-6302

(781) 314-7596  Fax (781) 314-7579

**Ronald Preston.**
*Secretary*

**Gerald J. Morrissey, Jr.**
*Commissioner*

**Gail Gillespie**
*Regional Director*

6/8/05

Kathleen Hussey
200 Trapelo Road
Waltham, MA  02452

Dear Ms. Hussey

Federal law requires that all individuals believed to have mental retardation or other developmental disabilities who are seeking admission to a nursing facility be screened by the Department of Mental Retardation. This screening is done to determine if the individual has mental retardation or other developmental disabilities; to determine if nursing facility level of care is appropriate; and if so, to determine whether Specialized Services are recommended. Screening generally occurs prior to admission, whenever there is a significant change in the individual's condition, or annually.

The Department of Mental Retardation conducted a screening on 5/31/2005 which determined that nursing facility services are approved and Specialized Services are recommended.

Specialized Services are services provided or arranged by the state that are designed to address certain needs related to mental retardation or other developmental disabilities. A representative from the Department of Mental Retardation will contact you to discuss Specialized Services and, as appropriate, to arrange these services.

The finding that Specialized Services are recommended is subject to change if your condition changes or if you are found ineligible for services provided or arranged by the Department of Mental Retardation.

A copy of this letter will be forwarded to the nursing facility in which you reside, if known to the Department of Mental Retardation.

These decisions are based on federal requirements found at 42 USC 1396r(e)(7) and 42 CFR 483.100 et seq. This letter supersedes all previous notices, if any. You have the right to appeal these decisions. If you wish to appeal, your request must be received in writing within 30 days of receiving this notice. If you wish to appeal, please write to:

>     Mass Health
>     Board of Hearings
>     Two Boylston Street
>     Boston, MA 02116

If you have any questions about this notice, you may contact me, the Regional Nursing Facility Specialist, at 781-314-7596.

Thank you.

Sincerely,

*Mike Bradley*

Mike Bradley
DMR Regional Nursing Facility Specialist

cc:  Marquardt Nursing Facility 200 Trapelo Rd. Waltham, MA 02154
     Helen Shaw 26 Van Buren Ave. Portsmouth, NH 03801
     Joan Hantman 200 Trapelo Rd. Waltham, MA 02154
     Karen Laizos 200 Trapelo Rd. Waltham, MA 02154
     Springwell Elder Services 125 Walnut St Watertown, MA 02472