FAX: ATTENTION JUDGE JOSEPH L. TAURO
FAX: 617-748-9090
Clerk phone: 617-748-9131 — bob@mcp.com
FROM DONNA KULPA

RE: A CASE OF BENIGN NEGLECT THAT HAS ALMOST PHYSICALLY COST BOTH MY DAUGHTER AND MYSELF OUR LIVES AS WELL AS MENTAL WELL BEING AS WELL AS THE FUNDING FOLLOWING PERSON CONCEPT WITH DMR AS A PERSON LEAVES A RESIDENTIAL PLACEMENT TO A COMMUNITY PLACEMENT APPEARS TO HAVE TURNED INTO A DELIBERATE ATTEMPT TO STRIP MY DAUGHTER OF HER DMR FUNDING WHILE OTHERS UTILIZED IT!! PLEASE JUDGE TAURO ENOUGH IS ENOUGH!!!

Dear Judge Tauro,

   Enclosed please find a fax sent to the Commissioner of DMR, Congressman Bill Delahunt and the Governor whose offices I intend to make sure received the e-mail faxes.

   I had written to you before requesting that you look into opening an old DMR/ED Case regarding our daughters but at least specifically our youngest daughter Christina Kulpa as I was not sure with all the screw ups if she was a member of the Ritchie Class or Bullet group and we had never been notified or something because at

one time before June 2002 there was an unaccepted IEP with community waiver program marked off plus we had also had fears that maybe almost all the ED files missing with Dept of Ed might have been missing because what if our town was trying to claim funding for her having her on paper in some residential placement while we put out thousands of dollars for therapies and care but I don't want to sound paranoid it was just striking that all these files were missing.

However, shortly after our last correspondence and before the time period was too late I wrote the Governor telling him I did not want to give up my rights to a hearing with DMR as we were seeking to have Christina transitioned onto the Cape where she had been a student in a residential placement for three and a half years and as I noted in my correspondence we were seeking to have the money follow the person and Christina was trying to get into LIFE INC or Halyard supported living and keep attending Cape Cod due to meaningful ties.

Although unsuccessful in our bid for compensatory education due to missing files and no ATTY DMR kept Christina in

Riverview's GROW and Cape Cod Project Forward.

   Also, after faxing the Governor asking what we needed to do to have a hearing for Christina to be transitioned on the Cape and keep her DMR funds which according to rumored sources were quite a lot of money from Taunton/Attleboro to Cape Cod all in the same region but different offices In Feb we received the Commissioner's letter of assurance sent on instruction of the Governor to reassure me the transition would take place. By the way, Christina remained at GROW this summer but as you will read her physical, also her mental and even dental health have been jeopardized as a transfer was made on paper and then somehow Christina was blackballed out of LIFE, HAL, ARC and during all this suffered respiratory problems asthma attack and was having low breathing problems which we just learned that Thank God WE went down there and found a doctor to take her seriously and put her on inhalers, flonase and clarinex to clear up a respiratory problem that continued for two months and which in July a cardiologist admitted our daughter has a heart valve leak!

   We also found a therapist because anxiety as she was rejected and



sickness ignored as well as desire to get a job were ignored became too much stress!

    Just today since neither DMR, CORD nor Riverview GROW could help us find a dentist we found one in Sandwich and at least one if not a couple have teeth had holes in them!

    I will let you read my letter to Congressman Delahunt, Governor and Commissioner it is eight pages but I would like you to know it's worth reading if you ever for one minute considered helping several disabled people because my diabetic sugars have been all over the board (I take glucophage and actos) I am on Prozac and because the psychiatrist I'm leaving to seek somebody who can give me a written treatment plan and a better diagnosis then organically delusional (I have siblings who are bi-polar) PLUS he was afraid that I needed to be on 120 mg of Geodon so I wouldn't be so paranoid about those in the system not wanting to help my daughter or family and actually ripping my daughter off financially by taking advantage of her disability for them to claim funds while she received no supports which as you read this letter and realize that it appears it has been the Cape DMR's Office to leave my daughter with no housing or provider supports and seemingly twice others were given a placement she had reserved three years ago, on frivolous grounds of first evaluation which still considering a new evaluation was to be called for after this period in GROW's summer program living a little more independently and GROW says they feel she should go off into the community now!

    Anyway, now I appear to need a hearing, which obviously isn't going to happen by Aug. 12 or my daughter comes back as I'm in not great health, my husband is seeking a pension early to see if we can

help her more and I'm wondering if I can sell my house to move BUT next week is Aug. 12 SO the only thing I can think of to do is write to a judge for and request an administrative court order be issued to provide my daughter with routine echos and medical care and order the Cape's DMR Office to provide my daughter with housing and supports in an appropriate placement if the Governor, Commissioner and Congressman Delahunt do not have enough charm to talk LIFE's Board into providing her with the slot she reserved and deserved as well as appropriate slots we are not asking for aromatherapy here we are asking for basic skills, certification of child care assistant completion as well as vocational and advocacy supports. Our insurance plus Mass Health covers most medical except we only have Delta which we pay for dental.

    I don't want my daughter sick and I don't want to be sick or one less case through attrition due to death from bengin neglect of medical, educational and legal systems.

    We are hoping you issue the administrative consent order to preserve funding our daughter should be entitled to use leaving a residential placement and going into a community where she has meaningful ties.

    We are not even sure if we were ever plaintiffs not notified as we've been so damaged by so many systems BUT this child's as well as my physical and mental health were put into jeopardy and I have the e-mails and doctor's visits to prove it as well as Dr, Richard Ringle is now ready to release her medical records from 22 years ago which if subpoenaed would bring a whole new light to the medical, educational and legal systems running a family over!

Please I'm begging your help as many after the Boulet Settlement declared you a hero but now with no one but Ritchie Class individuals receiving funding someone

Sincerely
Donna Kulpa

**bobk**

| | |
|---|---|
| **From:** | "O'Meara, Rick (DMR)" <Rick.O'Meara@state.ma.us> |
| **To:** | "Bob Kulpa" <bobk@tmlp.com> |
| **Cc:** | "Messmer, Ernie (DMR)" <Ernie.Messmer@state.ma.us> |
| **Sent:** | Friday, June 24, 2005 7:51 AM |
| **Subject:** | Re: DMR SUPPORTS |

Donna, there are only two state staffed homes on the Cape, in Hyannis. There are no vacancies, and I believe the people who live there are much less capable than Christina. There are no future homes in development. Ernie and staff can introduce you to the ISO process and explain how it works. Then someone from the ISO can meet with you. Right now, the ISO is out for bid, so it could be the same provider or a different one. The ISO also comes with its challenges, and is a lot of work. But since the Cape has one person now, they should be able to tell you, generally, how it works.

*Received 8/5/2005*

**bobk**

| | |
|---|---|
| From: | "O'Meara, Rick (DMR)" <Rick.O'Meara@state.ma.us> |
| To: | "bobk" <bobk@tmlp.com> |
| Cc: | "Duffy, Ann (DMR)" <Ann.Duffy@state.ma.us>; "Jocelyn French" <jocelyn@cape.???>; Jeanne (DMR)" <Jeanne.Brown@state.ma.us>; "O'Meara, Rick (DMR)" <Rick.O'Meara@state.ma.us>; <polly@cape.com> |
| Sent: | Friday, August 05, 2005 6:58 AM |
| Subject: | Re: |

Donna, we are not going to respond to such emails any longer. If you want to work with us aruound specific planning efforts, DMR staff are, and have always been willing to do that. However we will not respond to emails of this nature going forward.

8/5/2005

617-737-9725

**bobk**

| | |
|---|---|
| From: | "bobk" <bobk@tmlp.com> |
| To: | <William.Delahunt@mail.house.gov> |
| Cc: | <Morrissey.Gerry@state.ma.us> |
| Sent: | Friday, August 05, 2005 1:17 AM |
| Attach: | ASAP_ RE_ MAJOR CONCERNS & CAPE DMR Meeting.eml |

8/4/2005
Dear Gentlemen,

   I'm also faxing the Governor realtive to events yesterday and today realative to my daughter Christina Marie Kulpa, 12-17-82 currently a student in GROW's Summer Program being paid for by DMR.

   First, I would like to relate a major concern as tonight we left Riverview GROW Campus after handing a doctor's order for CBC and Thyroid testing to be done at C Lab. There is one in Sandwich nearby. Dr. cavanaugh had written the order to save us from a trip to an Internist as a Cardiologist had recommended. But we were running from Christina's allergist, to therapist in Hyannis to a dentist on Cape Cod.

   We also left our daughter with all the inhalers, flonase and Clarinex and Orthoevera patch
she needed after picking the prescriptions up at Centerville CVS after Dr. Cavanaugh ran oxygen tests and noted her breathing was still low while sitting but she tested OK after running up and down the halls. We had been told by the cardiologist at Beth Israel Hospital to have this testing done and to monitor Christina's physical activities at GROW this Summer When informed GROW's Healthcare performed weekly blood pressure checks and pulse monitoring as we had been instructed to do.

   However, I'm concerned the more I think about that I left the doctor's orders with staff who had forgotten quite a few things. This is a health related issue and we also feel VERY VERY strongly Dr. Cavanaugh's intervention this summer (
when others including DMR and GROW and SOME Cape professionals were brushing off health issues or not transporting her to the doctor because they were worried I was strengthening my daughter's ties to the Cape) actually SAVED our daughter's life by putting her on those inhalers for low breathing problems and asthma that seemed to be totally ignored (by the way telling a child during a basketball game who is having a breathing problem to go get some water may in the future really cost a child's life!) right before we found out about her heart valve leak this July for a cardiologist at Beth Israel Deaconess Hospital! We've als found out our other daughter has one and other healt issues suddenly popping up!

   Anyway, as you recall I had written how other
professionals, DMR's two offices and the school DMR was paying for appeared to

be ignoring respiratory problems that lasted two months and even failed for two days until I drove down to the Cape myself and transported her to the doctors to take her to or make a doctor's appointment because they seemed more concerned that adding one more doctor as well as the therapist we had to fight for and pay ourselves when counciling was lacking due to the school's social worker's husband's accident would strengthening Cape ties.

Anyway, if Dr. Cavanaugh had brushed off our daughter as others were doing including some being paid by DMR I hate to think that Christina might not be here now as we just learned from this new cardiologist visit despite hearing heart murmurs were innocent that instead there is a valve leak. I guess if you actually do die then your compensated!

My point is I'm very worried because I left a staff person at GROW with the C-Lab test orders and this is the same staff person who did not at one junction last year see the importance of telling the Health Care Center that Christina was now on all this medicine!

Just last week, she along with another staff member had promised to pick up job applications for Christina and I'm wondering if another staff member ever kept her word to put in a good word with the interviewer at the Y who'd be getting back to Christina in two weeks! I learned tonight it was senseless to get the applications because my daughter wasn't going to be living on the Cape! Or what she meant was my daughter had NO housing on the Cape.

Well, I had been crying foul here and that I thought a paer tie was being done and that I could not get any answers on this huge chunk of money that it was rumored was transferred from Taunton/Attlebor to Cape Cod for our daughter's care so I guess hearing yesterday at about 4:30 p.m. that there was one slot left at LIFE for a student who had been on the Cape waiting three years and ASSUMING that Christina who three years ago paid for the last DMR slot in 2005 with then Executive Director Mary Ann Matthews was getting that slot. They just this year seemingly like two other providers blackballed my daughter BUT in their letter noted if more time in the more independent setting at GROW was spent which Christina spent this whole summer in Lavoie at GROW they'd reconsider her!

We were pleased when Christina told us last night tha two more students in GROW's summer program had been accepted to LIFE and I think one to Halyard Christina's dream. We were surprised that one of the students whose been three years with Christina was accepted to this supported living program based on some observations. However, I'm not going to advocate against a student BUT I'm going to request that if it is because of the limited DMR slot funding given the extreme housing shortage on the Cape that perhaps some of that rumored huge chunk of money (whose figure nobidy will give us and it dies not seem right that a student in a residential placement lose all her funding to go into the community when money is supposed to follow a person into the community and when it was open many with

8/5/2005

disabilities had the home of your own option closed off in 1995 to buy condos and houses.

The CORD Advocate let me know that she has been in contact with the Disability Law Center which has found my daughter's intake from two years ago when no one would help us with compensatory education proceedings and most of her records were lost by the Massachusetts Dept of Ed. We were very afraid that maybe the State or Town had tried to claim my two daughters
as wardsand collect money because of this loss of records and ambiguous comments. We badly wanted our daughter to have her educational.vocational opportunity and receive her childcare certificate from Cape Cod Project Forward and has dreamt of living at LIFE which she even told the Commissioner.

I have maintained that we felt our daughter who had paid for an application three years ago for June 2005 for LIFE,INC when Mary Ann Matthews had been the director of LIFE has been blackballed with Cape providers. In fact, yesterday we learned at 5 p.m. that there was one DMR funded slot left for a student whose been waiting on the Cape three years so we were assuming that the student was Christina and that LIFE was about to reevaluate her since she's spent this summer living in independent style Lavoie Dorm at GROW. However, today at the meeting at DMR informing us that GROW, LIFE and HAL were not an option after hearing from the therapist advocating with LIFE's Board on Christina's behalf that there was a slot in Mashpee where several of my daughter's friends have moved.

Also, although we sat down to discuss how an ISO worked we were given no ffigures to know how much was transferred from what was rumored to be a sizable amount thanks to many who reached out to advocate on behalf of my daughter to have a chance to continue at CCCC and at LIFE,INC. In fact, it was noted an ISO for us to be left figuring everything out couldn't even go into effect until Oct and frankly I was stunned by Mr, Mezimer;'s letter that GROW, LIFE and Halyard were closed out options because of no slots especially after knowing the commissioner had been trying to use his political charm with Executive Director Barry Schwartz and the LIFE Board including Dr. McCalvey from Boston's Children Hospital and then hearing about the one opening in Mashpee for a student whose been waiting three years we knew they must have realized how old Christina's original application reservation we prepaid from our own pocket was.

We were also surprsied when Christina mentioned a couple of other kids including a girl that has been at GROW about three years with her just accepted yesterday and so we assumed that we would hear at today's meeting Christina had been accepted to LIFE NOT that we might have to tell Barnstable that our daughter is homelees (we don't want her to be a state ward) to get a section eight certificate which is useless because there is no housing.

My daughter like this other student has been on the Cape for three and a half years and made many connections and I've literally created medical and social and

8/5/2005

educational support system for her which I knew would be easy for LIFE to maintain. Know it seems that DMR funding may have been used twice to see other students NOT Christina received slots in LIFE and realizing that our family has been put through hell by every single system in the state and sacrificed our physical and mental well being we THINK that perhaps in the spirit of interagency collaboration DMR. DMH and Dept of Public Health could help fund a slot in LIFE in Mashpee or a condo in Hyannis with MRC paying for her courses at CCCC Project Forward or Mainstreaming pottery and sign language. Our insurance is already paying for counseling, helath costs and some dental (which there was a huge hole filled by the Sandwich dentist who coincedentally lives next to a GROW staff member who could think of no area dentists even though my daughter had a hole in her tooth and was living in a residential 766 placement DMR was paying for-She needs more dental work which we are going to have done with him!) So I'm really worried about the doctor's orders!

I have no idea because we cant; get the figures we have been led to believe that many advocates efforts as well as the generosity of Taunton/Attleboro Area that a large chunk of money was transferred to the Cape in connection with our daughter transition. You will recall in Feb we received a letter from the Commissioner of DMR sent because the Governor wanted to ease my mind after several break downs suffered dealing with the Dept of ED that lost records and we had no Atty to try for compensatory ed case but we were lucky that Taunton and then Cape DMR contuned Christina at GROW and now she has one year left for her childcare certificate of Project Forward.Plus I'm already taken high dosages of anti-depressants to cope with the nighmare of the current systematic bureaucracy that through neglect has endangered our children more than once!

Confirmation that there are some on the Cape working to blackball our daughter from living on the Cape came tonight when the GROW staff member whose hold her medical testing paper when confronted that neither she or other GROW members had in a whole week picked up job applications or taken my daughter to the Cape Cod Mall or Boy's Club to fill out applications, said, "We didn't see any sense in getting Christina a job for two weeks SINCE she wouldn't be living on the Cape. What I mean is she didn't have any housing on the Cape."

Well you know WHAT my daughter has been a student on the Cape for three and a half years and three and a half years her application reservation was paid for out of our pockets when I advocated for another student! The GROW student who found out yesterday she's getting a slot in LIFE like a couple of others has been a GROW student on the Cape, too it is true but we know that we paid for that lost slot and if DMR were to check has probably placed two students at my request to get Christina placed!!!

I'm also not going to knock a student down even though I'd have some very serious concerns here!
I am going to say it is ironic that we can be sitting at a meeting and hear that providers were

8/5/2005

just rejecting us because of there is a getting to know you phase but now we are sending out this list of requirements BLIND to any provider that will accept!!

The requirements are heavy on case management which despite Christina being in a 766 residentail DMR slot to attain stronger lifeskills and vocational skills technically MIGHT have contributed to her death and has blocked her from following through on potential jobs I've sought out for my daughter! I thought that the emphasus was on direct care, training and acquiring jobs in the competitive job markey, I'm not sure whether a staff member actually followed through to see if Ms. Hike could continue with interview process started for my daughter which she overcame her telephone fear and called herself to try and push this job along! So I'd say my daughter certainly is doing self advocacy and as she put it I know the next time I'm playing basketball and have trouble breathing I'm not going to listen to people say get some water I'm calling 911!! So I guess she is learning some strong advocacy to survive skills!

She has her Cape transportation ID to take the Villager, Breeze and B-Bus! We were mostly asking to interact with a lot of volunteer organizations except her current reading teacher ias a tutor if we couldn't get something going with the Cape's Literacy Council which we hope the Governor comes through with funding to put a new Tech Center housing a learning reasource literacy center with teachers training volunteer totors in Wilson Reading and Singapore Mathematics, basic skills to earn GEDS and improve skills and adapt mainstream courses.Remember Governor Romney you noted back aways in your capitalization improvement plan that you were going to release funding for Cape Cod Community College to acquire their Tech Center. Although you are busy right now I think you should know many people from across the Nation were at CCCC's Project Forward Graduation Ceremony and being innovative in educational technology leader that Massachusetts is we would want to make sure that the Cape was not forgotten as far as a tech center went! Especially if you can combine it with a learning literacy resource center illustrating the we are making sure that NO Child IS LEFT BEHIND (So far not a single student I know of has been able to take advantage of this law or statement SO it'd be great to see an educational leader reaching out to make sure ALL have a chance at basic literacy skiils and thus help upgrade the workforce! It would also be worthwhile to expand the college waivers or allow MRC with DMR to pitch in and cover the cost of Project Forward which is a 2 to 3 year certificate program that builds lifeskills and competency in areas of concentration!

Also, sine you own all those Fortune 500 Companys it'd be nice to get that conference/banquet room. seniors restaurant/cafe going with corporations like Sheraton, Marriott, etc in joint partnership on the project both funds wise and training wise because they then could be utilizing this base on the Cape to train Massachusetts students to their specifications including Project Forward students rather than utilizing foreign students for the hospitality industry on the Cape and Nation.

Back to Christina her needs are heavy on maintaining case management requires housing and basic skills while our insurance and Mass Health has been saving medical costs! We are not asking like strange things like aromatic therapy we are

8/5/2005

asking for basic reading, math and help to have that job working with kids and non-profit agencys.This afternoon at her therapist after the DMR meetig I also realized her speech has deteriorated greatly with a lot of mumbly stuff which I'm not sure it's because she's a wreck about where she will live and her future or the stress everyone has put on her by ignoring her requests for help to do what she needs to stay on the Cape.

Her therapist was asking Christina if she thought she needed an anti-depressant from anxiety she's been feeling as the system continues to shaft her. I answered "NO because she has a touch stone of hope to cling to and she's suddenly on all this other medicine to worry about!

I'm very angry that we were trying to ask relatives who live on the Cape to rent or a sister in another region to rent while this weekend we are having our house assessed even if I sell this house I do not think I can find a place on the Cape. However, I was thinking that maybe I should write Christina's profile out and how she was shafted out of LIFE and Halyard and slots on the Cape and because housing is such a big crunch down there just take a bunch of flyers to the Church of Christ in Centerville and go to all the Masses.

Of course this is a very drastic step and the CORD Advocate assured me the Disability Law Center has my intake form if this needs to be a hearing and perhaps they might even figure out the litigation if malpractice from various hospitals and doctors as has been suggested that there are legal reasons why I was having medical records. Anyway, one would think someone would want to see this child whose educational, physical and mental well being have been continued to be jeporadized receive help.

Because we know there is a Family Support Law of 2002 it is our thought that if DMR feels a pinch (although our region was supposed to have transferred a huge chunk of money I heard through rumors) then perhaps MRC, Public Health and due to all my suffering DMH could chip in to see this student had a spot in LIFE by the Commissioner and even the legislators intervening wuth LIFE's current Director or especially Board member Dr. McCalvey at Children's Hospital whose daughter Amanda had before a spat over a boy been Christina's friend!

Luckily, right now I have not been sworn in by Dighton's City Clerk as Joint Transportation Group or SRPEDD Commissioner so I do not feel guilty if I need to find a part time job on the Cape as I make sure Christina gets to CCCC.

I am apalled that people might have contrived
to make sure that a student whose doctors, dentists and therapist as well as basic schooling and vocational aspirations were being denied while in a 766 residentail setting being paid for by DMR and at one time with two offices colaborating in the same region no less!!!

8/5/2005

   We hope LIFE at least has the decency to reevaluate Christina since GROW now feels she has reached the maturity that she does not require an academic/vocational residential setting and LIFE had expressed concerns about Christina's abilities to at least have a trial period in their independent supported living program.
Christina has matured quite a bit this summer! Halyard, Inc had offered to reevaluate her too but I cannot rush my mother in law into the grave or tap into my husband's retirement early in Nov to get a condo on the Cape although that is our intention and why we have requested my husband's information on his pension from Rayhteon two years earlier than when we'd get full benefits!

   Once again I'm hoping the Commissioner and perhaps both Congressman Delahunt (who I pray is not on vacation) as well as the Governor might utilize their negotiating skills with LIFE's Executive Director Barry Schwartz at this point so she can live in a cluster housing unit with friends she knows especially since Halyard is not a DMR provider and would require us purchasing a housing unit.We did keep our daughter on the Barnstable Housing list and although we badly need housing for her we do NOT want the State to say she is a ward because DMR has no housing after Aug. 12 if you three gentlemen don't come through!

   I really thought this summer during these periods of public comment on transportation plan that I would be trying to rally groups around public housing and community issues including Cape Cod Community's Tech Center with a Learning Resource Center that teachers training tutors in Wilson (Ortingam Gillian) Reading method as well as Singapore Basic Mathematics-I had wanted help in implementing that Computer recycling/literacy outreach bus pass program which several months ago recylcer Sean Morre thought could be done on the Cape just as easily as anywhere else!

   Im sure as the Governor and you, Congressman Delahunt think about this election year my daughter's plight might seem trivial but to every parent who cares about their children to have to suffer more than one time as the medical, educational and legal community absolved themselves of neglect is quite a lot!!!

   Like many people with "invisible disabilities" I am often very trusting, extremly literal and loyal to family and friends! Right now knowing that having to "find a shack" somewhere and have no rights for help under DMR Cape although here I am 52 years old with epilepsy, diabetes and taking medicine for depression already with a 58 year old husband who can probably never retire and two of my three kids with valve leaks and other problems and being in a situation where my daughter seems to be being locked out of this LIFE program she has struggled hard to learn to be in is a lot to hear someone tell me that they wouldn't even pick her up a job application because she wasn't going to be living on the Cape or someone else say "Do not think of workshops when it's not settled where she's going to be yet!"

   These two comments by very different people connected to various systems

would lead any rational person to assume THAT I was quite correct that reluctantly the Cape was making a change of area office on paper and then through some type of systematic flaw there appears to be a deliberate attempt to lock my daughter out of housing with providers. I'm also hoping I misunderstood one comment made to me this summer that sometimes mistakes are made in transition.

I have done a lot of advocacy but as my homelife is being destroyed to see Christina settled on the Cape I need someone to try and intervene with LIFE,INC Board and if twice her slots been given away then we need to look at the condos they are building perhaps or purchasing a unit for her since I'm pretty sure there is more than one law suit here after this child's physical and I mean it could have cost her life was risked for a chance to live and learn with her friends on the Cape!!

Sincerly,
Donna Kulpa
PS I have no problem in packing my bags and leaving tommorrow if it means Christina has a good life with educational/vocational opportunities and friends!

8/5/2005