UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON RICCI, *et al.*,  )
                                 )
                                 ) CA Nos.   72-0469-T (Belchertown)
    Plaintiffs,                   )                 74-2768-T (Fernald)
                                 )                 75-3910-T (Monson)
v.                                 )                 75-5023-T (Wrentham)
                                 )                 75-5210-T (Dever)
ROBERT L. OKIN, *et al.*,       )
                                 )
    Defendants.               )
                                 )

## MOTION TO WITHDRAW CHRISTINE M. GRIFFIN AS COUNSEL OF RECORD FOR INTERVENOR DISABILITY LAW CENTER

Disability Law Center, Inc. ("DLC") respectfully moves this Court to allow Christine M. Griffin, one of the attorneys representing the Disability Law Center, intervenor in the above captioned action, to withdraw as counsel of record. In support of its motion, DLC states the following:

    1.     On August 30, 2004, this Court allowed the motion of the Disability Law Center, ("DLC") the designated Protection and Advocacy agency for Massachusetts, to intervene in this action. DLC has been represented by Christine M. Griffin, Executive Director of DLC and Stanley J. Eichner, Director of Litigation of DLC.

    2.     On December 9, 2005, Ms. Griffin left her employment with DLC to pursue a new position of employment in Washington, D.C.

3. In the beginning of this month, Ms. Griffin began her employment as one of the Commissioners at the Equal Employment Opportunity Commission ("EEOC") in Washington D.C.

4. Her co-counsel, Stanley J. Eichner, remains counsel for the DLC.

Wherefore, the Disability Law Center respectfully moves to withdraw the appearance of Christine M. Griffin as co-counsel for the Disability Law Center.

> Respectfully submitted,
>
> /s/ Stanley J. Eichner
> Stanley J. Eichner (B.B.O. #543139)
> Director of Litigation
> Disability Law Center, Inc.
> 11 Beacon Street, Suite 925
> Boston, MA 02108
> (617) 723-8455, ext. 152

Dated: January 30, 2006

## CERTIFICATE OF SERVICE

I, Stanley J. Eichner, hereby certify that on November 9, 2004, I served a copy of the Disability Law Center's Motion For Substitution of Counsel upon the following counsel of record, by sending a copy, by first-class mail postage prepaid to:

> Beryl W. Cohen, Esq.
> Lisa C. Goodheart, Esq.
> Cathy E. Constanzo, Esq.
> Thomas J. Frain, Esq.
> Margaret M. Pinkham
> Juliana deHaan Rice
> William J. Burke

_____
Stanley J. Eichner