54 Lowe Street
Leominster, MA 01453
January 27, 2006

Honorable Joseph Tauro
John Joseph Moakley Federal Courthouse
1 Courthouse Way
South Boston, MA 02210

Dear Judge Tauro:

I regret that it has taken me so long to thank you for helping my sister, Margaret Rouleau. Margaret was admitted to the Fernald School in Walthan on March 22, 1948, at the age of 19. As a child visiting my sister, I remember how dismal the School was and very frightening. We were allowed to visit on the first Sunday of each month only.

With your intervention in 1973, my sister's life changed. Her sadness turned into happiness, her bleak living quarters turned into a cottage setting, her shut-in life turned into van excursions and outdoor wheelchair walks, her tears to return home turned into an embrace of her new Fernald home, and we were allowed to visit at will. Because of you, a new world was created for my sister. DMR was required to change its methods and the state institutions for the mentally retarded and physically handicapped became enriched.

With your departure in 1993, circumstances have slowly changed. DMR is in charge, reducing the standards of living that you created. It is restructuring ISP content in order to justify community placement by diminishing services and supports. DMR is returning to its old methods. Only this time it is called community placement where adequate oversight is limited, where services and supports are diminished, where staff turnover is constant, where abuse is ever-present. Margaret's life is about to change again.

I am in admiration of your compassion for these fragile individuals. You made their lives better. You made a difference for them for 30 years. This is a fact and cannot be changed. Margaret and I are eternally grateful.

Respectfully yours,

Dorothy Rouleau