LAW OFFICES OF
# BERYL W. COHEN

Marianne Meacham
General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

11 BEACON STREET
BOSTON, MASS. 02108
617-742-3322
FAX 617-720-5652

August 18, 2005

By First Class Mail

RE:  Ricci, et al v. Okin, et al., Civil Action Nos. 72-0469-T (Belchertown);
     74-2768-T (Fernald); 75-3910-T (Monson); 75-5023-T (Wrentham);
     75-5210-T (Dever) (D. Mass.)

Dear Attorney Meacham:

During the course of my review of the Confidential Material relating to the transfer of the 43 Fernald Ricci class members who, between February 26, 2003 and June 28, 2005, have transferred from the Fernald Developmental Center to an alternate placement, I have determined that there is relevant information and documentation in the individual files that has not been made available to me concerning the fact that each individual is receiving equal or better services in the new location, and that all ISP-recommended services for the individual's current needs as identified in the ISP are available at the new location.

I am therefore requesting that the following documents be provided to me within the next week:

- Two ISP Attendance sheets for each of the 43 individuals (one documenting attendance at the last ISP meeting held at Fernald, and the other documenting attendance at the first ISP meeting by DMR at the receiving location)

- Certification of "Equal or Better": certifications by the Fernald Facility Director that the 43 individuals transferred are receiving equal or better services to meet their needs in the new location, and that all ISP-recommended services for the individual's current needs as identified in the ISP are available at the new location.

- "Notice and Request for Proposed Facility Transfer"

    - Template of letter entitled "Notice of Request for Proposed Facility Transfer", also referred to as the "45-day letter".

        a) Within the body of the 45-day notice, statements of how the proposed move will result in improved services and supports and quality of life for the individual (115 CMR 6.63(2)(c)1);

1

    b) Within the body of the 45-day notice, statements that the parties may visit and examine the proposed home at a time and in a manner not disruptive to individuals who may be living in the home (115 CMR 6.63(2)(c)3);

    c) Within the body of the 45-day notice, correspondence inviting the individual, guardian and other parties to consult with the service coordinator or other designated staff regarding the advantages and disadvantages of transfer (115 CMR 6.63(2)(c)4);

- Documentation by Guardians to DMR in which guardians request placement for their wards, as referenced in the "Notice of Request for Proposed Facility Transfer" letter of each individual transferred.

- The green USPS registered mail cards sent with the "Notice of Requests for Proposed Facility Transfer" letter and returned to DMR with guardian signature.

- Documentation that 45-day letter was sent to "individual's family, guardian, and designated representative, if any and providers of supports to the individual" per 115 CMR 6.24 (4)(a).

- Right of Return letters for all individuals transferred since April 7, 2005.

- Information about Home and Community-Based Program: documentation that was provided to guardians whose wards were transferring to community placements about the Home and Community-Based Program, how it compares to the Intermediate Care Facility model of care and documentation demonstrating that this written material was explained to guardians as it was provided to them.

- Advantages and Disadvantages of Proposed Transfer: documentation of the consultation between guardians and Fernald staff regarding the advantages and disadvantages of the proposed transfer, including a written record of the explanation of the intended outcome of transfer, the risks and alternatives.

    In addition, I am requesting that the following information regarding the 43 transferees be provided to me within the next week:

- Birth date
- If applicable, date of death and last address of residence
- Year each individual arrived and departed each DMR residence, including Fernald.

Yours very truly,

Beryl W. Cohen

cc:    Diane Booher
       George Mavridis

2