**Review of DMR Client Records, as ordered by the Court on January 20, 2005, of 43 individuals transferred from the Fernald Developmental Center to an Alternative Placement**

**Level 1 Transfer Audit**

Resident Name:_____  Audit Date:_____
Date of Transfer:_____  Auditor:_____
Transfer to:_____  Last Fernald Residence:_____

| Audit Criteria Present? | Yes | No |
|---|---|---|
| **Guardians** | | |
| Are the guardians the same in all ISP's before transfer? | | |
| Are the guardians after transfer the same as guardians before? | | |
| Are the guardians living out of state? | | |
| Is there a corporate guardian? | | |
| Is there a guardian who is elderly, in poor health or not closely involved with the ward? | | |
| If guardians have changed, does record indicate when changed? | | |
| If guardians have changed, does record indicate why? | | |
| | | |
| **45-day letter** | | |
| Are green return receipts present in record to document that 45-day letter was sent to **all** guardian(s)? 6.25 (4) (a) | | |
| Is there documentation that other parties received this notice? | | |
| If yes, note relation to resident. | | |
| Is there a designated representative? | | |
| If yes, did the designated representative receive a notice by registered mail? | | |
| Includes a statement of how the proposed move will result in improved services and supports and quality of life for the individual? 6.63 (2) (c) | | |
| Specifies location of proposed home? | | |
| Includes a statement that the parties may visit and examine proposed home at a time and in a manner not disruptive to individuals who may be living in the home? | | |
| Includes a request for consent to the proposed transfer? | | |
| Includes statement of rights of parties established by 115 CMR 6.63? | | |
| **Documentation of transition activities** | | |
| Tours with guardians? | | |
| Resident Visits? | | |
| Meetings between sending and receiving teams? | | |
| Is there documentation of a shortening of 45-day time line in accordance with 6.63 (d)? | | |

| Audit Criteria Present? | Yes | No |
|---|---|---|
| Is there documentation that guardian(s) requested this shortening of the 45-day timeline? | | |
| **Documentation in Transfer Packet** | | |
| Specific references to advantages of proposed location documented? | | |
| Specific references of disadvantages of proposed location documented? | | |
| Documentation that explanation was given to guardian(s)? | | |
| Documentation that "New Beginnings" booklet (revised) was given to Guardian(s)? | | |
| Documentation from guardian indicating receipt of booklet? | | |
| **Informed Consent** | | |
| Form present? | | |
| Signed by **all** guardian(s)? | | |
| Documents that copy was given to guardian(s) | | |
| Consent form cover letter in transfer packet? | | |
| Identifies name(s) of individual(s) securing consent? | | |
| Identifies position(s) of individual(s) securing consent? | | |
| Identifies affiliation of person securing consent? | | |
| Risks of transfer | | |
| Documents resident's historical reaction to change? | | |
| Documents changes in behavior anticipated as result of Transfer? | | |
| Documents alternatives to proposed transfer that offer less risk? | | |
| Explains that consent may be withheld or withdrawn at any time? | | |
| And that no punitive action will be taken against individual? | | |
| Offers to answer questions that individual or guardian may have regarding proposed transfer? | | |
| **"Right of Return Letter" (for transfers after April 7, 2005)** | | |
| Present in transfer packet? | | |
| Documentation that copy was given to each guardian? | | |
| Documentation that copy was given to other parties who received 45-day notice? | | |
| Letter documents limitation/conditions for return? | | |
| If yes, note these limitations and conditions: | | |

**Modification ISP's**

| Audit Criteria Present? | Yes | No |
|---|---|---|
| Letter present in record that notifies guardians of Mod. ISP meeting being held prior to transfer? | | |
| Was Mod. ISP meeting held to consider proposed transfer? | | |
| Was notice of transfer sent to guardians after this meeting? | | |
| Was modification meeting to consider proposed transfer waived by guardians? | | |
| If waived, does service coordinator document approval of guardians? | | |
| Was 2004 ISP amended to remove "Placement Objective," per Court order? | | |

**ISP Participation**

| Discipline | Before transfer? | After transfer? |
|---|---|---|
| MD or nurse practitioner? | | |
| Nurse | | |
| Direct care | | |
| Recreation therapy | | |
| Physical therapy | | |
| Occupational therapy | | |
| Speech therapy | | |
| Dietician | | |
| Day or Vocational program | | |
| Psychology | | |
| Social Work | | |
| **Nursing Care arrangements** | | |
| On site? | | |
| On grounds? | | |
| Licensed or registered nurse? | | |
| 24-hour nursing | | |

| 30-day ISP review after transfer | Yes | No |
|---|---|---|
| Documents appropriateness of transfer? | | |
| Letter of invitation to attend this ISP review | | |
|     Included in review materials? | | |
|     Sent to sending QMRP? | | |
|     Was sending ISP team invited to attend? | | |
| **Unmet Needs** | | |
|     Were any unmet needs documented in ISP before transfer? | | |
|     Were any unmet needs documented in ISP after transfer? | | |
| **Familiar staff** moved with resident? | | |
|     (which ones?) | | |

4

| Audit Criteria Present? | Yes | No |
|---|---|---|
| **Familiar peers** moved with resident? | | |
| **Objectives (after transfer compared to before transfer)** # objectives same or more? | | |
| Services delivered by staff person with equal or more training? | | |
| Services managed by off-site consultant? | | |
| Services managed by on-site staff with equal or more training? | | |
| Is the total duration of all objectives same or more? | | |
| Is total frequency of all objectives same or more? | | |
| Do the objectives cover same or more quality of life areas? | | |
| **Home and community transfers** Documentation that community model of care was explained to all parties? | | |
| Documentation of specific information given to guardians about community model of care? | | |
| Were parties given written material explaining the community model of care? | | |

Additional Records to be requested to complete this Audit:

Form developed 7/7/05