

# Department of Mental Retardation

**Fernald Developmental Center**
200 Trapelo Rd
Waltham, MA 02452

## Individual Support Plan

**NAME:**
**DATE OF MEETING:**

**Individual Vision**
Vision for the future of the individual that focuses on increasing the opportunities for the individual to have more positive experiences which are linked with the preferences of the individual and with opportunities available in the community.

1. Rights and Dignity

2. Individual Control

3. Community Membership

4. Relationships

5. Personal Growth & Accomplishments

6. Personal Well-Being


**Current Supports (Services, Settings, People)**
Identify the individual's supports in each category, including the services, settings and people that contribute to each support. What's going well? Why? Are changes needed? If yes, describe.

1. Residential

2. Work/Day

3. Health

4. Adaptive Equipment/Assistive Technology

5. Clinical

6. Relationships

7. Community

8. Transportation

9. Legal

**Significant Events/Recommended Changes:**
List any experiences/Significant events from the past two years that might affect the future, including but not limited to:
**Positive Issues:**


**Challenging Issues:**


**Unmet Support Needs:**


**Strategies to Meet Unmet Support Needs:**


**Eligibility:**


**Health and Dental:**


**Medications:**

**Behavior Modification Procedures:**

**Competency/Need for Decision-Making Support:**

**Safety/Risk:**

**Financial Status:**


## QOL Area: RIGHTS AND DIGNITY
GOAL:
MEASURABLE OBJECTIVE:
OBJECTIVE STATUS:
Who will implement:
Who will provide oversight:
Who will write notes:
Frequency of Progress Summaries:
STRATEGY:
Brief Statement of general approach:
Learning Style:
Setting:
Duration:
Frequency:
Data:
RESOURCES:

## QOL Area: INDIVIDUAL CONTROL
(Outline as above)

## QOL Area: COMMUNITY MEMBERSHIP
(Outline as above)

## QOL Area: RELATIONSHIPS
(Outline as above)

## QOL Area: PERSONAL GROWTH & ACCOMPLISHMENTS
(Outline as above)

## QOL Area: PERSONAL WELL-BEING
(Outline as above)