*Ricci v. Okin*

**Agenda for May 28, 2004 Meeting**
**Pursuant to ¶7 of the Final Order**

| Estimated/ Approx. Times | Topic |
|---|---|
| 9:00 - 9:30 | Introductions and Preliminary Remarks by Counsel |
| 9:30 - 10:30 | Periodic Independent Reviews of Community Programs |
| 10:30 - 11:30 | Fernald Closure / Process Issues |
| 11:30 - 12:30 | Facility Maintenance Issues |
| 12:30 - 1:00 | Lunch Break (lunch to be brought in) |
| 1:00 - 2:00 | Lack of Sufficient Adequately Trained and Experienced Personnel<br>(1) at Fernald<br>(2) in the community |
| 2:00 - 3:00 | "Equal or Better" Transfer Certifications |
| 3:00 - 4:00 | Budget Issues / General |
| 4:00 | Short Discussion of Plans for Second Meeting |