

*Commonwealth of Massachusetts*

# Disabled Persons Protection Commission

## FISCAL YEAR 2004

# DPPC ANNUAL REPORT

### DPPC Mission Statement

*"To protect adults with disabilities from the abusive acts or omissions of their caregivers through investigation, oversight, public awareness and prevention"*

**Inside the Report:**

| | |
|---|---|
| Commissioners' Letter | 2 |
| Executive Director's Letter | 3 |
| DPPC Hotline | 4 |
| Investigation Unit | 6 |
| Oversight Unit | 8 |
| Outreach & Prevention Unit | 9 |
| Legal Unit | 10 |
| The State Police | 11 |
| Building Partnerships | 13 |
| FY2004 In Review | 14 |
| 19C Investigations | 16 |
| Webber Seavey Award | 18 |
| In Closing | 20 |

Mitt Romney — Governor
Kerry Healey — Lieutenant Governor
Jack McCarthy — Chairman
Carla A. Goodwin, Ph.D. — Commissioner
James M. Borghesani — Commissioner
Nancy A. Alterio — Executive Director

DPPC
50 Ross Way, Quincy, MA 02169
Phone: 617-727-6465 V/TTY
       800-245-0062 V/TTY
Fax:   617-727-6469
Web:   http://www.state.ma.us/dppc
Hotline: 800-426-9009 V/TTY

Report suspected abuse of persons with disabilities to the DPPC 24-Hour Hotline
**1-800-426-9009 V/TTY**

*Disabled Persons Protection Commission*
*Annual Report 2004*

Page 2

# LETTER FROM COMMISSIONERS

Dear Reader:

The Disabled Persons Protection Commission (DPPC) saw a continued increase in cases during Fiscal Year 2004 amid a workforce reduction caused by the state's budget difficulties. The Commission received 12,927 hotline calls in fiscal 2004, a three percent increase over the previous fiscal year. It is important to note that the 12,927 hotline calls received last year represents a staggering 281 percent increase over the number of calls received just four years ago. It is a great tribute to the DPPC staff that they performed so well amid the tough fiscal climate of the past year.

But reduced staffing and increased caseloads posed significant challenges. In fiscal year 2004, DPPC oversight officers averaged 373 cases each. This is a truly unmanageable number of cases for an oversight officer to ensure that all victims are safe and protected. Fortunately, additional funding in the fiscal 2005 budget, as proposed by Governor Romney and approved by the House and Senate, will allow DPPC to add additional staffing and reduce the strain of high caseloads over the next year.

Despite the budget difficulties and high caseloads, the Commission achieved several laudable goals in fiscal 2004, including coding and filing all investigations, case files and forms in a centralized electronic database; creating formal and informal collaborations with various state and local agencies and organizations; conducting a 40-hour 19C basic investigation training at the state police academy; and redrafting the Commission's enabling legislation all in an effort to enhance protection of victims with disabilities.

The achievements of the Commission are the result of many; from those that report abuse to those that implement the protective services. The Commissioners are grateful to all of you for your dedication and role in enhancing the quality of lives of victims with disabilities. Thank you for your interest in the DPPC and if you would like more information please contact the agency or visit our website.

Yours truly,



Jack L. McCarthy
Chairperson

Carla A. Goodwin, Ph.D.
Commissioner



James M. Borghesani
Commissioner

# LETTER FROM EXECUTIVE DIRECTOR

Dear Supporters of Adult Protective Services:



Fiscal year 2004 was another eventful year at the Disabled Persons Protection Commission (DPPC). The year began on a challenging note for DPPC as it was forced to downsize once again. In the midst of the State's multi-year fiscal crisis, DPPC received an unprecedented increase in its caseloads while simultaneously experiencing a steady decline in budget appropriations resulting in a 21% reduction in its staffing levels. As the Commonwealth's primary point of access for the reporting of abuse committed against persons with disabilities, DPPC experienced dramatic growth in the number of abuse reports. The number of calls processed by DPPC in fiscal year 2004 was forty percent (40%) higher than in fiscal year 2002. The increase in the number of calls received by DPPC's Hotline impacted every aspect of DPPC activity including investigations and protective services.

DPPC's fiscal year 2005 appropriation, recommended by the Governor and later supported by the House and Senate, will begin to address some of the challenges faced by DPPC constraints of years past. The Governor, recognizing the need to protect victims with disabilities and the essential work of the Commission, recommended an almost 8% increase in DPPC's fiscal year 2005 appropriation. The additional funding will enable DPPC to begin recording Hotline calls, reinstate background checks on potential employees assigned to work with individuals with disabilities as well as begin to backfill some of its vacant positions. Everyone at DPPC is sincerely appreciative of the generous efforts by the Governor and Legislature.

The dedicated staff of DPPC, in partnership with the investigative staff of the Department of Mental Retardation (DMR), the Department of Mental Health (DMH) and the Massachusetts Rehabilitation Commission (MRC), persevered the unparalleled challenges and routed over 12,000 calls, processed 5,979 abuse reports and 659 death reports, assigned over 1,700 19C investigations, completed over 1,000 19C investigations and provided protective services to over 2,000 individuals with disabilities. Staff's commitment to DPPC cases is apparent and noteworthy. Their devoted effort is truly making a difference in the lives of victims with disabilities.

DPPC welcomed a new commander to its State Police Detective Unit, Lieutenant Richard L. Nagle, during the latter half of the fiscal year. Lt. Nagle came to DPPC with a wealth of experience and knowledge. Most impressive, under his leadership, DPPC experienced an increase in the number of cases identified as criminal and an increase in criminal charges being filed against those that committed crimes against persons with disabilities. Through the efforts of Lt. Nagle access to the criminal justice system has been enhanced for crime victims with disabilities.

I encourage you to take the time to review DPPC's Fiscal Year 2004 Annual Report as it will provide you with more information about the activities of the staff involved in protecting persons with disabilities from abuse and neglect.

Sincerely,

*Nancy A. Alterio*

Nancy A. Alterio
Executive Director

# DPPC HOTLINE



*From left: Berkys Kazimierczak, Ann Murray, Greg Bolger, Kerry Joyce and Heidi Cresta*

The Disabled Persons Protection Commission (DPPC) operates a 24-hour Hotline to which citizens of the Commonwealth can report incidents of suspected abuse involving adults with disabilities by dialing 1-800-426-9009. A written report form is also available. The DPPC Hotline and the Intake/Oversight Unit staff who operate it are a vital part of the Commission's efforts to protect adults with disabilities, who are dependant upon others, from abuse and neglect.

Three DPPC Intake Operators staff the Hotline between 9:00 a.m. and 5:00 p.m. on business days. An after-hours vendor contracted, trained, and monitored by DPPC staff, answers the Hotline after 5:00 p.m. and before 9:00 a.m. on business days. The vendor also answers the Hotline on weekends and holidays. During the time that the after-hours vendor answers the Hotline there are DPPC staff members readily available to manage emergency or complicated situations. Bilingual (Spanish – English) Oversight Officers are available to take abuse reports, and all staff members are trained to communicate via TTY. Staff members working on the DPPC Hotline are responsible for receiving, documenting and evaluating information provided by reporters. DPPC management staff members review each report of abuse to determine the response needed to ensure the safety of the individuals involved. Reports are also evaluated to determine whether the situation meets the statutory criteria that establish jurisdiction under M.G.L. c. 19C.

**The criteria requires that the victim of the alleged abuse must:**

- Be between the ages of 18 and 59 years
- Be disabled by means of mental illness, mental retardation or physical impairment
- Require the assistance of a caregiver to accomplish daily living needs as a result of the disability

To establish jurisdiction, the Hotline staff must also examine the nature of the incident. M.G.L. c. 19C and the DPPC regulations 118 CMR require that the incident must:

- Involve an individual with a disability
- Include an act or omission by a caregiver
- Result in a serious physical or emotional injury

Information gathered by Hotline staff is entered into the DPPC database. The information is available for review each time a subsequent report is made involving a particular individual, alleged abuser or program. All relevant information is documented on a DPPC Intake Form and is forwarded to an investigator in situations that meet the jurisdictional criteria.



ABUSE REPORTING TO DPPC HOTLINE 1987 - 2004*

| Year | Reports |
|---|---|
| 1987 | 389 |
| 1988 | 1016 |
| 1989 | 1485 |
| 1990 | 1642 |
| 1991 | 1948 |
| 1992 | 2749 |
| 1993 | 3293 |
| 1994 | 3366 |
| 1995 | 3259 |
| 1996 | 3487 |
| 1997 | 3840 |
| 1998 | 3976 |
| 1999 | 3684 |
| 2000 | 4203 |
| 2001 | 4605 |
| 2002 | 5445 |
| 2003 | 5773 |
| 2004 | 5979 |

*Does NOT include Death Reports and Information & Referral Calls

# DPPC HOTLINE CONTINUED...



**HOTLINE ACTIVITY REPORT INFORMATION**
Number of Reports Screened In for 19C Investigation: 1759
Number of Reports Not Under 19c Jurisdiction: 4220
Total of Reports Received: 5979



**DEATH REPORTS FOR FY2004**
REPORTED: 659
INVESTIGATED: 23
UNSUBSTANTIATED: 14
SUBSTANTIATED: 5
PENDING: 4

If a reported situation does not meet the criteria to establish jurisdiction under M.G.L. c. 19C, a copy of the DPPC Intake Form is forwarded to the service agency appropriate to the individual's age or disability for review and action (see graph below).

A member of the State Police Detective Unit (SPDU) assigned to the DPPC reviews every report made to the DPPC Hotline. The review by the SPDU is to determine whether the information suggests a crime may have occurred and whether a criminal investigation is necessary. Suspected criminal activity is reported by the SPDU to the appropriate District Attorney's office for their review and action when needed.

The DPPC Hotline received an average of 498 abuse reports each month during fiscal year 2004. In addition, the Hotline staff answered questions and provided information and referral services to an additional 525 callers monthly.

The DPPC statute provides that any caregiver that is a state agency or subdivision of the Commonwealth or private agency contracting with the Commonwealth shall immediately orally notify the DPPC and local law enforcement of the death of any person under their care. A written report of such deaths must also be forwarded to DPPC within 24 hours of the death. Hotline staff received 659 death reports during fiscal year 2004 (see graph above right). Each report of a death is entered into a database specifically for this purpose. This information is assessed to make a determination of whether the cause of death may be related to abuse, and if so, an investigation is conducted.

The goal of the DPPC Hotline is to provide every citizen of the Commonwealth a resource to which they can report abuse of persons with disabilities. DPPC trains its staff to be efficient, effective, and courteous so that reporters can feel positive about their decision to report what they suspect to be abuse.



**CASES REFERRED TO OTHER AGENCIES**
DSS: 57
DPH: 205
EOEA: 1788
DMR: 510
DMH: 1064
MRC: 468
DOC: 23
OTHER: 85

**Disabled Persons Protection Commission**
**Annual Report 2004**

Page 6

# DPPC INVESTIGATION UNIT

Reports of alleged abuse determined to be within the jurisdiction of the Commission are immediately assigned to a 19C Investigator and a DPPC Oversight Officer. The 19C Investigator may be one of DPPC's three Investigators or an Investigator from the Department of Mental Retardation (DMR), Department of Mental Health (DMH) or the Massachusetts Rehabilitation Commission (MRC). The DPPC Investigation Unit and the Investigation Units of DMR, DMH and MRC conduct abuse investigations under the authority of M.G.L. c. 19C. The DPPC regulations, 118 CMR, further clarify and operationalize the criteria established by the statute.

The most important goal of any 19C investigation is to provide protection to anyone who has been or is at risk of abuse by his or her caregiver. To accomplish this protection, the DPPC relies on the services of other state agencies like DMR, DMH and MRC. Working collaboratively with staff from these agencies, the DPPC is able to develop effective protection plans for people with a range of disabilities. Investigators also look for systemic issues that may contribute or lead to abuse.

19C investigators conduct civil investigations. They work in collaboration with DPPC Oversight Officers, service providers and law enforcement to ensure that victims of abuse are protected. Investigators collect information by interviewing witnesses, reviewing relevant documents and collecting all of the information necessary to develop an appropriate course of action to protect victims of abuse.

Based upon the collected information, the investigator completes an investigation report. In the report, the investigator documents his or her activities and presents conclusions based on the facts. When the facts indicate that an abusive situation does exist, the investigator must include specific recommendations in the investigation report designed to resolve any circumstances that create risk for adults with disabilities who are the subject of the investigation.


*DPPC Investigators Karen Manson and David Viens*

The DPPC receives reports of abuse from various sources. Some reporters of abuse are mandated to make reports of suspected abuse. A mandated reporter who reports suspected abuse to the DPPC is protected and cannot be held liable for making the report. M.G.L. c. 19C, section 11, creates protection for people who provide information to the DPPC regarding abuse of an adult with a disability. DPPC investigators investigate allegations of retaliation against anyone who provides information to the DPPC in the course of an abuse investigation. Such retaliation is a crime and is punishable by up to $1000.00 fine, or up to one (1) year in jail, or both.

## DPPC HOTLINE UPDATE 2004

- Negotiated changes in script with after-hours vendor
- Added additional field to Intake Form to sort cases by DMR region
- Continued restoring data lost during 1993 software conversion
- Served on DMR's Central Office Mortality Review Committee
- Updated Death database fields
- Received reports on allegations of retaliation through the Hotline
- Interfaced regularly with troopers from the State Police Detective Unit at DPPC regarding cases involving criminal activity
- Relocated all Hotline staff to one office area
- Revised reporter letters

# DPPC INVESTIGATION UNIT CONTINUED...

## DPPC INVESTIGATIONS UNIT UPDATE 2004

- Investigated allegations of physical, emotional and sexual abuse and neglect of alleged victims with varying disabilities in private and public settings

- 19C Investigators of DPPC, DMR, DMH and MRC were assigned 1,779 civil investigations in Fiscal Year 2004

- 19C Investigators completed 1066 civil investigations

- As of June 2004, 609 19C civil investigations were overdue

- DPPC Investigators conducted 5.4% of the 19C abuse investigations conducted in FY2004

- DMR Investigators conducted 62.4% of the 19C abuse investigations conducted in FY2004

- DMH Investigators conducted 15.5% of the 19C abuse investigations conducted in FY2004

- MRC Investigators conducted 16.7% of the 19C abuse investigations conducted in FY2004

- 19C Investigators conducted 23 death investigations

- DPPC Investigators conducted four (4) DOC investigations in FY2004

- DPPC Investigators conducted six (6) retaliation investigations in FY2004

- 19C Investigators from DPPC, DMR, DMH and MRC attended a 40-hour 19C Basic Investigation training conducted at the State Police Academy from May 17-21, 2004



INVESTIGATION STATUS

Substantiated: 252; Unsubstantiated: 1,233; Pending: 294

2004 Total: 1,779



ABUSE REPORTS BY DISABILITY FY 2004

Alzheimers: 42; Cerebral Palsy: 262; Hearing Impairment: 139; Head Injury: 130; Mental Illness: 1741; Mobility Impairment: 1290; Mental Retardation: 3428; Multiple Sclerosis: 104; Seizures: 323; Visual Impairment: 192

The total number of disabilities listed in this chart exceeds the total number of abuse reports to the DPPC Hotline because some individuals are diagnosed with more than one disability.

"The primary focus of all 19C Investigations is the protection of vulnerable individuals."

# DPPC OVERSIGHT UNIT



Top Row (left to right): Heidi Cresta, Andy Zamagni, Seana Miller, Lisa Bukow, Jim Abreu
Bottom Row (left to right): Susan Love, Ada Diaz

The DPPC Oversight Unit maintains an open caseload averaging 600 – 800 cases. These cases are monitored according to the statute and regulations. The type of monitoring/oversight necessary for each of the cases is dependent on the nature of the case, and is determined on a case-by-case basis. The Oversight Unit also works in collaboration with the State Police Detective Unit (SPDU) assigned to the Commission.

> "The overall goal of the Intake/Oversight Unit is to ensure that individuals that are identified as victims of abuse are protected."

The overall goal of the Oversight Unit is to ensure that individuals that are identified as victims of abuse are protected. The Oversight Officer is available to the Investigator and service providers as a resource, supplementing their work and providing another perspective. An Oversight Officer may at times accompany an Investigator on site visits or interviews during the course of an investigation.

The DPPC Oversight Unit is primarily responsible for the following:

- Assessing risk to victims throughout the investigative process
- Answering the 24-hour abuse Hotline, collecting and evaluating information from reporters and making decisions regarding the actions necessary
- Maintaining an extensive database of reports of abuse and of deaths
- Reviewing completed 19C investigation reports for compliance with governing statute and regulations
- Evaluating recommendations and protective service actions made during and as a result of an investigation
- Ensuring that appropriate and adequate protective service measures are put in place

An Oversight Officer's activities may include, but are not limited to:

- Site visits to assess risk to victim and other consumers
- Attendance at meetings where service planning for a victim will be discussed
- Direct contact with an investigator or service provider for the purpose of developing a protective service plan
- Accompanying an Investigator to the site of abuse or to interviews
- Conducting death investigations
- Conducting retaliation investigations

### DPPC OVERSIGHT UNIT UPDATE 2004

- During Fiscal Year 2004, DPPC Oversight Officers:
  ○ Averaged 373 protective service cases
  ○ Closed 1,287 cases
  ○ Had 954 active cases, as of June 2004
- Changed file system from alphabetical to chronological to facilitate archiving of files
- Reorganized unit to dedicate one Oversight Officer to monitor the more difficult protective service cases
- Initiated electronic transfer of Initial Responses and 19C Investigation Reports
- Enhanced quality of data entry by dedicating a single staff person and establishing a single point of entry for all documents
- Attended DMR Seniors' Meetings on quarterly basis
- Developed a Memorandum of Understanding regarding protective service issues with MRC
- Maintained additional caseload with decrease in staffing level
- Assigned investigations to Senior Oversight Officer in addition to maintaining a full oversight caseload
- Centralized all criminal cases, dedicating two Oversight Officers to monitor all cases being investigated criminally

# DPPC OUTREACH & PREVENTION UNIT



*DPPC Abuse Prevention & Outreach Coordinator Susan Love*

DPPC defines prevention as:

*"Any action taken to prevent abuse or neglect from occurring …or, any action taken to protect the individual from risk of further abuse, once it has already occurred."*

DPPC is committed to addressing the problem of abuse as it relates to persons with disabilities. To accomplish this, DPPC created an Abuse Prevention Unit and included abuse prevention as part of the agency mission. DPPC uses education and awareness as primary tools in its efforts to stop abuse. However, abuse prevention encompasses a wide range of activities.

What follows is a sample of some DPPC prevention activities.

- Development of an Abuse Prevention Library. The library contains articles, videos, training curricula and other materials that can be accessed by anyone interested in developing a better understanding of the issue of abuse of persons with disabilities.

- Curricula development and presentations used to educate mandated reporters, caregivers and other professionals regarding the reporting of abuse and issues related to abuse of persons with disabilities. One available curriculum is "Identifying Stress & Preventing Abuse."

- Providing consultation or information to other agencies interested in the development of abuse prevention programs.

- Collaboration with other agencies to develop presentations, programs and services related to abuse prevention and the quality of life of persons with disabilities.

- Development and distribution of educational materials to introduce DPPC operations, the role of the Mandated Reporter and indicators of abuse & neglect.

- Represents the DPPC on collaborative projects with other agencies to further the mission of the DPPC in the protection of persons with disabilities.

As DPPC continues to identify new ways to effectively educate people about the problem of abuse of persons with disabilities, the most important role that anyone can perform is to report suspected abuse to the:

**DPPC Hotline at
1-800-426-9009.**

### The charts below depict the prevention activities for fiscal year 2004.

| Professionals Trained FY2004 | | Materials Distributed FY2004 | |
|---|---|---|---|
| POLICE | 338 | POLICE | 5,506 |
| MEDICAL | 309 | MEDICAL | 3,981 |
| DIRECT CARE | 1,501 | DIRECT CARE | 32,932 |
| OTHER | 225 | OTHER | 4,152 |
| TOTAL | 2,373 | TOTAL | 46,571 |

### DPPC OUTREACH & PREVENTION UNIT UPDATE 2004

- Participated in Building Partnerships Municipal Police training Committee trainings
- Conducted seven (7) trainings in collaboration with SANE to educate emergency room staff
- Collaborated with Building Partnerships initiative and conducted Municipal Police training Committee trainings for police and recruits at five (5) police academies.
- Provided training and outreach materials statewide to various mandated reporters
- Translated the Mandated Reporter brochure into Portuguese, Vietnamese and Chinese and also to audio tape.
- Created new Judicial brochure and PowerPoint
- Conducted three (3) trainings for court personnel
- Exhibited and provided outreach materials to attendees at the ADDP, CALCASA, DMR Human Rights, Jane Doe Annual Diversity, MOVA, NAPSA, Vermont Statewide conferences and the MDDC Legislative Reception

# DPPC LEGAL UNIT

The DPPC's Legal Unit provides legal advice and guidance on matters before the Commission. This includes assistance provided during investigations to DPPC staff and staff of the Department of Mental Retardation, the Department of Mental Health and the Massachusetts Rehabilitation Commission.

In addition, the Legal Unit performs the following functions within the Commission:

- Secures Access Warrants when law enforcement and/or 19C investigators are unreasonably denied access to an alleged victim of abuse
- Obtains Judicial Protective Orders when an alleged victim of abuse is at immediate risk of harm and is not able to consent to the provision of protective services due to a mental or physical impairment
- Responds to reports of Mandated Reporters' failure to report abuse as required by M.G.L. c. 19C §10
- Conducts appeal reviews for the Executive Director when the alleged victim, the alleged abuser or another party involved in an investigation, requests a review of the investigation findings
- Acts as the Commission's Keeper of Records and ensures that all responses to requests for Commission records are compliant with all statutory requirements

## DPPC LEGAL UNIT UPDATE 2004

- Extensively revised the Commission's Regulations in preparation of their publication in Fiscal Year 2005
- Aggressively pursued passage of House Bill 3241. The Bill increases the penalties for retaliation. The Bill was passed by both the House and Senate and signed by the Governor on August 13, 2004
- Revised and updated all the Advisory Memoranda issued by the Commission
- Revised and updated all Legal Unit protocols
- The General Counsel served as the Commission's designee on the Violence Justice and Accountability Subcommittee of the Governor's Commission on Sexual and Domestic Violence
- Created and presented, under the auspices of the Massachusetts District Attorneys Association, a statewide training on abuse of persons with disabilities for the Judicial Court officers and Americans with Disabilities Act Coordinators
- Presented at a statewide In-Service on M.G.L. c. 19C investigations for 19C Investigators
- Completed 51 Appeal Decisions

## DPPC LEGISLATIVE ACTIVITY UPDATE

During the 2003-2004 legislative session the Commission undertook an aggressive legislative agenda proposing five (5) separate bills to amend its enabling statute, M.G.L. c. 19C:

*House Bill 2068* A bill that proposed several changes to make M.G.L. c. 19C consistent with the current operations of the Commission. Also included in this Bill was an expansion of the definition of "Mandated Reporter" to included firefighters, paramedics, emergency medical technicians and correctional officers.

*House Bill 2069* Modeled on M.G.L. c. 19A § 23, the Bill provided the same protection to confidential information held by the Executive Office of Elder Affairs, thus making the statute consistent with the Opinion of the Supervisor of Public records that the records of the Commission are not public records.

*House Bill 3175* The Bill modified the definition of "Disabled Person" to include disabled elders (over the age of 59) who reside in institutions and provider programs; thereby providing to institutionalized elders with disabilities the protections of independent investigations of abuse and oversight of protective services.

*House Bill 3186* The Bill amended the current language contained in M.G.L. c. 19C § 5(1). Modeled on M.G.L. c. 119 § 51B (the Child Protection statute), the Bill enhanced the Commission's ability to access information required to conduct its investigations of abuse of persons with disabilities.

*House Bill 3241* The Bill modeled on M.G.L. c. 119 § 51A (the Child Protection statute), ads a civil penalty to the already exisiting penalty for those persons who retaliate against individuals who provide information or cooperate with the Commission during an investigation of abuse of a person with a disability.

All the above Bills, except House Bill 3186 which was referred to study by the Committee on the Judiciary, were favorably reported out and referred to the House Committee on Ways and Means. House Bill 3241 was successfully passed by both the House and Senate with amendments and was signed by the Governor on August 13, 2004.

# DPPC STATE POLICE DETECTIVE UNIT

The State Police Detective Unit (SPDU) assigned to the DPPC is comprised of a Lieutenant, Sergeant and three troopers and became fully operational on May 1, 1998. The SPDU provides a statewide mechanism to ensure an effective and rapid response to criminal complaints of abuse and neglect against persons with disabilities by coordinating the efforts of human services, state and local law enforcement and the Commonwealth's District Attorney's Offices.

The SPDU assigned to DPPC reviews 100% of all abuse reports to determine which ones constitute criminal activity. Reports identified as criminal are referred to the applicable district attorney's office. As defined in each Memorandum of Understanding (MOU) established in each of the eleven district attorney jurisdictions, the SPDU assigned to DPPC, the state police liaisons within each of the eleven district attorney's offices and the municipal police are assigned to investigate crimes against persons with disabilities as determined by the district attorney. The SPDU at DPPC tracks the criminal investigation from intake to prosecution on a statewide basis and analyzes the types of crimes involved in the abuse reports received by the DPPC Hotline. The information tracked includes, but is not limited to, the type of criminal activity, location of criminal activity, investigating officer and criminal charges brought.



*From left: Trooper Timothy Grant, Trooper Thomas Minghella and Sergeant James Connor*

Within Fiscal Year 2004 the SPDU reviewed 5,979 allegations of abuse. Of the 5,979 reports reviewed, 880 or 15% were referred to the District Attorney for assignment of the criminal investigation.

The graph on the left is a breakdown by county of:

° Number of reports received by the DPPC Hotline

° Reports meeting the jurisdiction for 19C investigation

° Number of reports referred to the District Attorney for criminal investigation.

The SPDU assigned to DPPC tracks the types of crimes involved in the abuse reports received by the DPPC Hotline.



**HOTLINE CALL BREAKDOWN PER COUNTY FOR FY2004**

- Total Reports Received by Hotline: 5979
- Total Reports Investigated Under 19c Jurisdiction: 1759
- Total Reports Involving Criminal Activity: 880

By county (Total / 19c / Criminal):
- BARNSTABLE: 126 / 39 / 20
- BERKSHIRE: 127 / 43 / 20
- BRISTOL: 564 / 163 / 79
- DUKES: 110 / 91 / 41
- ESSEX: 752 / 205 / 110
- FRANKLIN: 110 / 41 / 16
- HAMPDEN: 607 / 196 / 110
- HAMPSHIRE: 172 / 56 / 24
- MIDDLESEX: 1088 / 304 / 212
- NANTUCKET: 123 / — / —
- NORFOLK: 608 / 174 / 110
- OUT OF STATE: 376 / 83 / 58
- PLYMOUTH: 656 / 127 / 58
- SUFFOLK: 161 / 152 / —
- WORCESTER: 789 / 247 / 102

**Disabled Persons Protection Commission**
**Annual Report 2004**

Page 12

# DPPC STATE POLICE DETECTIVE UNIT CONTINUED...

The following chart presents the types of criminal activity reported during Fiscal Year 2004. Consistently, a significant percentage of the criminal activity is sexual in nature.

| CRIMINAL ACTIVITY | 2004 |
|---|---|
| ASSAULT AND BATTERY | 367 |
| SEXUAL ASSAULT | 350 |
| LARCENY | 95 |
| DEATH | 16 |
| OTHER | 52 |
| TOTAL CASES | 880 |

There has been an increase in the report of incidents of Domestic Violence involving persons with disabilities. Domestic violence is abuse that often takes place where the person lives. Domestic violence can be any type of abuse including sexual assault and rape, emotional, psychological or financial. Domestic violence involves family and household members' who are or were married, living together, related by blood, parents of a common child or involved in a substantive dating relationship. During Fiscal Year 2004, it was determined that **241** reports made to the DPPC Hotline involved domestic violence abuse. These reports require the State Police Detective Unit to notify law enforcement immediately to ensure the safety of the individuals involved and assist in the issuance of restraining orders and criminal prosecution of offenders if warranted.

As well as actively investigating criminal complaints against persons with disabilities, the SPDU continues to be involved in training human service and law enforcement professionals. Training is provided on recognizing and reporting abuse and on what to do and what not to do when a crime is suspected against a person with a disability. Training has been provided at the request of the Municipal Police Training Committee (formerly known as the Criminal Justice Training Council) to recruits and seasoned officers throughout the Commonwealth.



## DPPC Welcomes a New Commander to the State Police Detective Unit

In February 2004, to enhance protection of crime victims with disabilities, Lieutenant Richard L. Nagle joined forces with the Disabled Persons Protection Commission to command the State Police Detective Unit (SPDU) assigned to the DPPC. Detective Lieutenant Paula Loud, the unit's former commander retired after twenty-four years on the State Police. Lieutenant Nagle brings a wealth of knowledge and experience to DPPC having headed up the Cold Case Squad for six years, served in the Norfolk and Plymouth County District Attorneys' Offices State Police Detective Units and also volunteering his time to prepare persons with disabilities for their G.E.D. Under Lieutenant Nagle's command more cases are being identified as criminal and referred for criminal investigation. In addition, more cases are being assigned and investigated by the SPDU and these cases are resulting in more arrests. This is a significant accomplishment especially given that Lieutenant Nagle only recently took command of the unit.

A recent case investigated under Lieutenant Nagle's command involved a woman with a developmental disability who is deaf and non-verbal and was sexually assaulted by her transportation driver. As a result of Lieutenant Nagle's leadership and the good investigative skills of Trooper Timothy Grant of the Unit and Detective Manning from the Duxbury Police Department, the abuser confessed, was arrested and was charged with five counts of rape. As this case illustrates, cases involving victims with disabilities are often challenging, complex and time consuming.



*Lieutenant Richard L. Nagle*

However, no matter how taxing the case may be the SPDU assigned to the DPPC and other law enforcement agencies are ready to accept the challenge. Lieutenant Nagle's dedication and the dedication of other law enforcement professionals to victims with disabilities is apparent and noteworthy.

The Commission staff is proud and honored to have someone of Lieutenant Nagle's caliber and integrity commanding the State Police Detective Unit assigned to the DPPC. His efforts are truly making a difference in the lives of crime victims with disabilities.

# MASSACHUSETTS AGENCIES PARTNER FOR CRIME VICTIMS WITH DISABILITIES

In May of 1999 a partnership was formed in Massachusetts between law enforcement and human service agencies in an effort to effectively and efficiently address abuse, neglect and crimes committed against persons with disabilities. "Building Partnerships for the Protection of Persons with Disabilities," is a unique initiative which affords equal access to the criminal justice system for crime victims with disabilities. The initiative, which uses a multidisciplinary approach to address crimes against persons with disabilities, was conceived and implemented thanks to the foresight of Elizabeth D. Scheibel, District Attorney of the Northwestern District and Gerald J. Morrissey, Jr., Commissioner of the Department of Mental Retardation (DMR), through the commitment of Nancy A. Alterio, Executive Director of the Disabled Persons Protection Commission (DPPC) and through the support of William D. O'Leary, then Secretary of the Executive Office of Health and Human Services (EOHHS). The statewide partnership is funded through an Executive Office of Public Safety (EOPS) Byrne grant and administered by the Massachusetts District Attorneys' Association (MDAA).

The partnership initiative brings together, through formal Memorandums of Understanding (MOU) with each District Attorney, the human service and law enforcement communities in each county.

### Initiative Goals

The goals of the initiative are to:
- Provide protection, treatment and continuity of care for persons with disabilities who are victims of a crime
- Increase awareness of crimes being committed against persons with disabilities
- Increase communication and cooperation between law enforcement and agencies providing services to persons with disabilities
- Ensure that crimes committed against persons with disabilities are promptly reported, investigated by trained law enforcement personnel and prosecuted when appropriate.

Through the implementation of the provisions in the MOU, in FY 2004 880 cases were investigated criminally resulting in at least 130 criminal complaints. Of those 880 criminal cases, 350 were crimes of a sexual nature. The graph (bottom left) depicts the increase in abuse reports referred to the district attorneys for criminal investigation and possible prosecution for FY 1997 through FY 2004.

For additional information on the Building Partnerships initiative contact Mary Ann Brennen, Project Director at MDAA (617) 305-7032.

### DPPC PARTNERSHIPS UPDATE 2004

- A presentation was provided to the California "Think Tank on Abuse of Children with Disabilities" through video teleconferencing regarding how Massachusetts is responding to crimes committed against persons with disabilities.

- A presentation of the Building Partnerships initiative was provided to the Vermont Center for Crime Victims Services conference. The presentation was part of a statewide training day addressing issues of abuse against the elderly and persons with disabilities



**ABUSE REPORTS REFERRED TO D.A. FROM 1997-2004**

| FY | Criminal Investigations | Criminal Charges |
|---|---|---|
| FY 1997 | 32 | 0 |
| FY 1998 | 86 | 4 |
| FY 1999 | 238 | 39 |
| FY 2000 | 321 | 58 |
| FY 2001 | 477 | 68 |
| FY 2002 | 622 | 97 |
| FY 2003 | 645 | 108 |
| FY 2004 | 880 | 130 |

Continued on Page 15

# FY2004 IN REVIEW

- DPPC received an almost 8% increase in its 2005 appropriation.

- To adhere to fiscal year 2004 spending level, DPPC was forced to reduce its staffing from 25 to 23.

- DPPC was able to secure the Executive Office of Public Safety's Governor's Educational Training Program grant and assisted Massachusetts District Attorneys Association (MDAA) in receiving the Executive Office of Public Safety (EOPS) grant to support the "Building Partnerships" initiative.

- Throughout the year informal as well formal contacts and collaborations were developed with the following agencies:

  ◦ Massachusetts Rehabilitation Commission (MRC) - DPPC's General Counsel developed a Memorandum of Understanding with MRC to ensure that required protective services are funded. MRC has agreed to fund for guardians during the petition for protective services when no other agency will cover the expense.

  ◦ National Adult Protective Services Association (NAPSA) - DPPC Executive Director became a member of NAPSA's board and chaired the membership committee.

  ◦ Disability Law Center (DLC) - A draft agreement was developed with DLC agreeing to share information from DPPC's database to DLC to assist them in identifying system issues and/or trends.

  ◦ Medical Examiner's (ME) Officer - A contact was established with the ME's office enabling DPPC to get timely autopsy reports.

  ◦ Governor's Commission on Domestic and Sexual Violence (GCSDV) - DPPC Executive Director was appointed as one of the Commissioned members and both the General Counsel and Prevention Coordinator serve on sub-committees of GCSDV.

  ◦ South Shore Legal Group - DPPC's Deputy General Counsel joined this new group. Through the group, attorneys have been identified to serve as guardians for victims of abuse requiring protective services.

  ◦ Sexual Assault Response Team (SART) - DPPC's Outreach and Prevention Coordinator became a member of the Brockton area SART and is assisting in the development of a protocol on responding to sexual assault crimes.

  ◦ Department of Mental Retardation's Mortality Review Team - Ann Murray, Oversight Manager, became an active member of DMR's Mortality Review Team.

- DPPC's internal control plan was drafted, completed, submitted and accepted by the State Comptroller's Office.

- DPPC's website was updated whereby removing outdated information, revising existing narrative and adding and ensuring links are working. Identified handouts such as the quarterly report and brochures were formatted for posting to the Web.

- The 40-hour 19C Basic Investigation Training curriculum was revised. The week long training was held at the State Police Training Academy during the week of May 17 – 21, 2004 with participants from DPPC, DMR, DMH, MRC and the Executive Office of Elder Affairs.

- The process for oversight officers tracking and evaluating the 19C Investigation Reports was modified to identify inaccuracies and incomplete information earlier in the process.

- DPPC's Criminal Oversight Liaisons met with each District Attorney's office. As a result, personal contacts were established and communication regarding the criminal cases became more efficient.

- An Oversight Activity Report was developed and is produced monthly. The report tracks cases per oversight officer, cases pending 19C reports, cases with 19C reports, criminally referred cases, 19C reports received, protective service plans received, initial reports received and notices to abusers.

- The regulations were redrafted and the changes were approved by the Commissioners. The process to comply with the notification requirements has been initiated.

- DPPC tracked legislation submitted by or important to the Commission. DPPC provided written and sometimes oral testimony. DPPC's retaliation bill, House bill 3241, filed by **Representative Thomas O'Brien**, was passed and signed by the Governor.

- A Legal Activity Report was developed and is produced monthly. The report measures the activity, increases and decreases in case loads, demands and productivity of the legal unit. Currently the report

# FY2004 IN REVIEW

is measuring protective orders, access warrants, guardianship cases, appeals, notifications to abusers and referrals to other agencies.

- DPPC's Policy and procedure manual was updated including the complete revision of the administration and legal sections.

- DPPC digital file system was expanded to include photos, Commissioners' investigations and agency forms.

- DPPC developed a summary report on deaths.

- DPPC was audited by the State Auditor and received no deficiencies.

## DPPC PARTNERSHIPS UPDATE 2004 continued....

- A workshop was offered at the Massachusetts Office for Victim Assistance (MOVA) Conference on "Responding to Abuse of Persons with Disabilities"

- Three trainings were held across the state for key security personnel and court Americans with Disabilities Act coordinators on "Access to the Criminal Justice System for Persons with Disabilities"

- The eleven Memorandums of Understanding were updated and are waiting resigning

- A training video is being produced on reporting abuse and mistreatment of persons with disabilities designed for orientation and in-service training for staff of DMR, DMH and MRC

### RECOGNITION
#### 2004 Webber Seavey Award Finalists

The role of the Massachusetts State Police in the Building Partnerships initiative was selected as one of three finalists for the Webber Seavey Award for Quality in Law Enforcement. The State Police will be recognized at the Award Ceremony on November 15, 2004.

The Webber Seavey Award, jointly sponsored by the International Association of Chiefs of Police and Motorola, is presented annually to agencies and departments worldwide in recognition for promoting a standard of excellence that exemplifies law enforcement's contribution and dedication to the quality of life in local communities.

### DPPC ADVISORY COUNCIL

The Advisory Council was established by the Disabled Persons Protection Commission (DPPC) by regulation (118 CMR 12.00 et seq.) on September 29, 1989 for the purpose of advising the Commission in its mandate and mission. The members of the Advisory Council meet quarterly with the Executive Director.

If you are interested in becoming a member of the Advisory Council, please send your letter of interest to:

Nancy A. Alterio
Executive Director
DPPC
50 Ross Way
Quincy, MA 02169

For more information contact:
Jennifer A. Edwards-Hawkins
(617) 727-6465 x211
Jennifer.Hawkins@dac.state.ma.us

### Citation for Outstanding Performance



**Audrey J. Drinan**
Personnel Analyst I

The staff at the DPPC recently recognized Audrey's efforts and commitment to DPPC as she was nominated for, and was the recipient of The Commonwealth Citation for Outstanding Performance.

"...Audrey's willingness to go above and beyond her scope of duties..." is just one example of an excerpt from her nomination forms. Audrey is responsible for providing all HR / Personnel support to the Director of Administration & Finance. In addition, Audrey continues to maintain the office supply and office equipment inventory of DPPC as well as being the Affirmative Market Program Officer, and liaison for the Commonwealth Office of Workforce Diversity.

Audrey's past two (2) promotions and the 2004 performance award is a true example that DPPC is committed to promoting from within whenever possible, as well as recognizing the exemplary performance of its staff.

# 19C INVESTIGATIONS

The following 19C Investigations show the various types of reports that DPPC, the SPDU and municipal police investigate. The cases have been summarized and highlight the complexity of the report, the investigation process and case outcome.

## Van Driver Incarcerated After Admitting to Rape
### Case #: 57011

On 6/18/04 a report came into the Disabled Persons Protection Commission Hotline of a possible sexual assault that had allegedly occurred on 6/17/04. The victim in the case was a 42 year old female with a developmental disability, who is also deaf and non-verbal. The suspect in the case was a van driver who transported the victim to and from her workplace on a daily basis. The reporter had called into the hotline after the client had come home covered in mosquito bites, and upon being questioned, signed the reporter that she had been assaulted sexually. Upon screening this case, the State Police Detective Unit assigned to DPPC faxed a copy of the intake to the Plymouth County District Attorney's office for their review, and contacted the Duxbury Police, who were aware of the allegations, and had taken a report from the same reporter who had called the DPPC Hotline. At this time, it was agreed that the investigation would be a joint venture due to the fact that at that time, the location of the alleged assault was in question. Upon being notified of the allegations, Duxbury Police had initiated arrangements for a rape kit to be completed on the victim. On 6/19/04, Trooper Grant and Detective Manning from Duxbury Police, interviewed the van driver, at which time he denied any and all allegations of misconduct, other than saying he had taken the victim for an ice cream cone in Marshfield one time. Subsequently, Trooper Grant and Detective Manning conducted an extensive eight week investigation, and again brought the van driver to the Duxbury Police station for a second interview. Initially, the van driver once again denied all the allegations, but upon further questioning, with the evidence found during the investigation, the suspect finally admitted to having sexual relations with the victim. Upon further questioning, the suspect admitted to five separate occasions where he had sexual intercourse with the victim. Allegedly the suspect would pull his van into an isolated soccer field on Lincoln St. in Duxbury to have sexual intercourse with the victim. At this time the suspect was taken into custody, and charged with five counts of rape, and also charged with indecent assault and battery upon a mentally retarded person. The suspect was arraigned at Plymouth District court on August 12, 2004, and is currently being held on $25,000.00 bail in the Plymouth House of Corrections awaiting trial.

## Criminal Charge Filed After Staff Physically Abuses Patient
### Case #: 53483

It was reported to DPPC that a 40-year-old male patient at a psychiatric facility had been taken to a local emergency room for treatment of injuries to his leg. The psychiatric hospital staff indicated that the man had "bumped" his leg, but the emergency room staff found a fracture consistent with jumping from a great height or consistent with significant force, such as a car accident or being hit with a baseball bat. Upon investigation it was learned that a staff person had "escorted" the patient to the quiet room, and claimed that the patient had bumped his leg on a wooden bed frame. The patient claimed that the staff person had thrown him down and slammed him on the bed, prior to the escort. The injury required orthopedic surgery. According to medical professionals who treated the patient after his injury, the story given by the facility was inconsistent with the patient's injury. Abuse was substantiated. The staff person has been assigned to non-client duties, and criminal charges are pending. His employment status will be re-evaluated after the criminal case is settled.

## Gambling Addiction Leads to Financial Exploitation – Restitution Payments Ordered
### Case #'s: 41162, 41163, 41164, 41165

On August 14, 2001 there was an investigation into an allegation of a larceny involving four individuals who are clients of the Department of Mental Retardation. The allegation stated that the house manager of the residence, who's responsibilities included caring for the clients, and providing overall supervision of the residence, residential staff and financial needs of the individuals, stole more than $10,000 from all four individuals. Officers of the State Police Detective Unit (SPDU) assigned to the DPPC interviewed the house manager. The house manager gave a written confession admitting to a gambling problem. She was subsequently arraigned in Quincy District Court. In march 2004, SPDU detectives reviewed past investigations and it was revealed that on July 2, 2002 the house manager defaulted in court. The Quincy District Court issued a warrant. On March 19, 2004 Officers of the SPDU/DPPC arrested the house manager at her

16

# 19C INVESTIGATIONS

place of employment in Brockton. She was then transported to Quincy District Court for further arraignment in which she immediately started to pay restitution.

## Caseworker Terminated After Engaging In Sexual Relationship With Client
Case #: 51693

It was reported to DPPC that a 35 year old Department of Mental Health client reported to staff that she had had a three to four month sexual relationship with a male staff person, who at the time had been responsible for delivering her psychiatric medications and providing her with outreach services. Upon disclosing information about the relationship, the client decompensated and required additional services. Although the staff person denied such a relationship, it became apparent through investigation that the DMH client had personal knowledge about his living situation and his anatomy, such that it was likely that there was some intimate involvement. Abuse was substantiated. The staff was terminated, and the client received additional supports.

## Caretaker Arraigned on Larceny Charges
Case #: 56546

On March 21, 2004, there was an allegation of larceny involving an individual serviced by the Massachusetts Rehabilitation Commission (MRC). The victim's disabilities included visual impairment, diabetes and utilized a wheelchair for mobility. The caregiver was a contracted employee of MRC. The caregiver's responsibilities included ensuring the victim was in an appropriate residential setting, monitoring services provided by private vendors and making sure her daily needs were being met. The caregiver used the victim's debit card for her own personal use charging over $2,300 throughout the Commonwealth and New York. Officers of the State Police Detective Unit (SPDU) interviewed the caregiver and a written confession was obtained. The caregiver had a history of 30 prior charges of larceny. Due to the extenuating circumstances, Somerville District Court issued a straight warrant for larceny. On September 13, 2004, officers of the SPDU arrested the caregiver at her residence in Cambridge, MA. The caregiver was subsequently arraigned in court the following day.

## Assaultive Patient Moved For Others' Safety
Case #'s: 55602, 55603, 55606

In March 2004 there was an investigation of three allegations involving a 28 year old individual with mental illness who was a patient at Tewksbury Hospital. This individual had a lengthy history of assaulting the hospital staff and other patients. Due to the severity of the three allegations, which included a Sexual Assault and an Assault and Battery with a weapon, and concern for the safety of others there was a successful effort to have this individual reassigned to a more secure facility pending the criminal investigation. This success was achieved through the cooperative efforts of the State Police Detective Unit assigned to the Disabled Persons Protection Commission, the Campus Police and the Administrative Staff of the Tewksbury Hospital, the Investigation Unit of the Department of Mental Health and the Tewksbury Police. Though the criminal investigation did not result in any criminal charges against this individual, he is currently a patient in a secure mental health facility with a more comprehensive behavior plan in place for his safety and the safety of the other patients.

## Agency Makes Policy Changes After Medication Errors of Client
Case #: 52059

It was reported to DPPC that a 45-year old woman with severe mental retardation who is also deaf appeared at her day program as lethargic. When medical staff took her blood pressure and found it to be low, she was immediately evaluated at a local hospital. Upon investigation, it was learned that this woman had been given the medications of one of her housemates (who remained unaffected). Although staff denied that they had prepared multiple client doses at one time (which is against policy), this was determined to have been likely. Abuse was substantiated. The agency assigned two medication certified staff to be present for medication times and retrained all staff on medication issues. In addition, the staff person who had given out the medications was disciplined and no longer allowed to medicate clients.

## Staff Person Terminated After Dragging Client Across Rug
Case #: 54697

It was reported to DPPC that a 55-year old woman with mental retardation, arthritis and mental health issues was dragged across a carpeted floor by a staff person after a behavioral episode. This woman sustained rug burns across her back. Abuse was substantiated. The staff person was terminated.

# WEBBER SEAVEY AWARD

## Massachusetts State Police Receives Top Law Enforcement Award

### IACP/Motorola Webber Seavey Award Recognizes Trailblazing Approach to Protecting the Dis-



**LOS ANGELES -- 15 Nov. 2004 –** Addressing crimes against the disabled is now significantly more effective in Massachusetts due to a multi-agency initiative co-developed by the Massachusetts State Police – the first of its kind in the country. Since its inception, the "Building Partnerships for the Protection of Persons with Disabilities" program has resulted in a 2000 percent increase in the number of abuse allegations forwarded to the state's district attorneys for criminal investigation.

For its innovative approach to addressing crimes against the disabled, the department will receive the IACP/Motorola Webber Seavey Award for Quality in Law Enforcement today during special ceremonies held in conjunction with the International Association of Chiefs of Police (IACP) annual meeting.

"Law enforcement agencies worldwide face compelling public safety challenges," said IACP President Joseph Polisar, chief of the Garden Grove California Police Department. "The need to work collaboratively and share best practices has never been more important than it is today. This year's IACP/Motorola Webber Seavey Award winners, finalists and semifinalists exemplify a dedication to making a difference in the communities they serve and IACP and Motorola are proud to recognize their outstanding accomplishments."

Historically, crimes committed against the disabled in the state had largely been unrecognized or under-reported to the appropriate authorities. If reported, many cases were inadequately investigated. Key reasons for this included a lack of awareness, lack of effective coordination between law enforcement and human service agencies and reluctance by police, prosecutors and judges to rely on the testimony of a person with a disability.

A key component of the Building Partnerships initiative is a State Police Detective Unit (SPDU) assigned and housed at the Disabled Persons Protection Commission, a civil protection agency for adults with disabilities. The troopers of the SPDU review all abuse reports received through the civil agency's 24-hour hotline and track each utilizing a statewide database. The new infrastructure allows for the timely and efficient processing of all cases and has significantly enhanced the safety and protection of crime victims.

The Building Partnerships initiative has been institutionalized with each district attorney, the Massachusetts State Police and human services providers. Other key partners in the statewide initiative include the Department of Mental Health, the Department of Mental Retardation, the Massachusetts Rehabilitation Commission, the Massachusetts District Attorneys Association and the Massachusetts Office for Victim Assistance.



"Building Partnerships" Working Together to Protect Persons with Disabilities

# WEBBER SEAVEY AWARD



*The Webber Seavey Award Ceremony (from the left): MaryAnn Brennen, Project Director, Building Partnerships; Nancy A. Alterio, Executive Director, Disabled Persons Protection Commission; Colonel Thomas Robbins, Superintendent, Massachusetts State Police; and Det. Lt. Susan M. Cronin, Massachusetts State Police.*

The IACP/Motorola Webber Seavey Award is presented annually to agencies and departments worldwide in recognition for promoting a standard of excellence that epitomizes law enforcement's contribution and dedication to the quality of life in local communities. Among a field of more than 179 nominees — almost 20 percent coming from countries other than the U.S. such as India, Brazil and Ireland — three departments were selected to receive law enforcement's most distinguished honor and 22 other departments will be recognized as finalists and semifinalists.

"For the last 12 years, the IACP/Motorola Webber Seavey Award has honored the critical role first responders play in each of our lives," said Jim Sarallo, Motorola vice president and general manager, North America. "On behalf of Motorola, I'd like to thank all this year's winners for the commitment, creativity, courage and leadership they bring to their jobs everyday."

All nominated Webber Seavey law enforcement programs were evaluated by a distinguished panel of judges against five criteria:

- Their impact on improving services available in the community;
- How they strengthened police relations with the communities the agencies served and whether the programs promoted greater community participation in local law enforcement activities;
- How effectively available resources were used;
- Whether the programs enhanced communications within, and cooperation among, local law enforcement agencies;
- And, the creativity of the approaches developed and whether they raised the quality and effectiveness of law enforcement services provided.

**Information:**
For details on all of the 2004 IACP/Motorola Webber Seavey Award winning programs, contact the IACP at 800-843-4227 or visit the IACP website at www.theiacp.org

**About IACP**
The International Association of Chiefs of Police is the world's oldest and largest non-profit association for law enforcement executives. Established in 1893, the IACP has more than 18,000 members representing 91 nations. The IACP is headquartered in Alexandria, Va.

**About Motorola**
Motorola, Inc. (NYSE: MOT) is a global leader in wireless, broadband and automotive communications technologies that help make life smarter, safer, simpler, synchronized and fun. Sales in 2003 were U.S. $27.1 billion. Motorola creates innovative technological solutions that benefit people at home, at work and on the move. The company also is a progressive corporate citizen dedicated to operating ethically, protecting the environment and supporting the communities in which it does business. For more information contact: www.motorola.com

**Media Contact:**
Det. Lt. Susan M. Cronin
Massachusetts State Police
413-586-5150

Steve Gorecki, Motorola, Inc.
847-538-0368

MOTOROLA and the Stylized M Logo are registered in the U.S. Patent and Trademark Office. All other product or service names are the property of their respective owners. (c)Motorola, Inc. 2004.

# IN CLOSING

The staff at Disabled Persons Protection Commission (DPPC) would like to take this opportunity to thank Governor Mitt Romney and the House and Senate members for their ongoing commitment and support in protecting adults with disabilities within the Commonwealth of Massachusetts against abuse and neglect. We would also like to recognize and thank the many hard-working men and women who dedicate their work to enhancing the quality of life of people with disabilities. Your dedication is immensely appreciated.



The DPPC staff thanks you for taking the time to review this annual report. If you have questions or require additional information,
please contact the DPPC at (617) 727-6465.

**Mitt Romney**
GOVERNOR

**Kerry Healey**
LT. GOVERNOR

**Nancy A. Alterio**
EXECUTIVE DIRECTOR

*The Commonwealth of Massachusetts*
**Disabled Persons Protection Commission**
50 Ross Way, Quincy, MA 02169

Office Hours: 09:00 AM - 05:00 PM Monday - Friday

(617) 727-6465 V/TTY ■ (800) 245-0062 ■ (617) 727-6469 FAX

24-Hour HOTLINE: (800) 426-9009 V/TTY

WEBSITE: http://www.state.ma.us/dppc

**Jack L. McCarthy**
CHAIRMAN

**Carla A. Goodwin, Ph.D.**
COMMISSIONER

**James M. Borghesani**
COMMISSIONER