

*The Commonwealth of Massachusetts*
# Disabled Persons Protection Commission
50 Ross Way, Quincy, Massachusetts 02169

# Combined Fiscal Year Reports
# 2000 - 2001 - 2002

**Report suspected abuse of persons with disabilities to the DPPC 24 hour Hotline 1-800-426-9009 V/TTY**

# DPPC

# Combined Annual Report

## FY 2000 - 2001 - 2002

The Disabled Persons Protection Commission (DPPC) was created through legislation in 1987 as an independent state agency responsible for the investigation and remediation of instances of abuse against persons with disabilities in the Commonwealth (M.G.L. c.19C). The mission of the DPPC is to protect adults with disabilities from the abusive acts and omissions of their caregivers. This responsibility is fulfilled through intake, investigation, oversight, public awareness and abuse prevention. Pursuant to its enabling statute, M.G.L. c. 19C, the jurisdiction of the DPPC extends to adults with disabilities between the ages of 18 and 59 who are citizens of the Commonwealth and who suffer serious physical and/or emotional injury through an act and/or omission by their caretaker(s). This protection is provided whether the individual is in state care or in a private setting.

Each year, DPPC receives thousands of abuse reports through a 24-hour Hotline. All reports are maintained and tracked using an extensive computer database. As part of the DPPC database over 500 pieces of information related to each report are maintained. The information ranges from basic demographic data regarding the people involved in the situation, to specific information about the site of the alleged abuse and other factors that may have contributed to the abuse. The DPPC tracks over fifty different types of injury, and information about whether an injury was caused by abuse or neglect. In addition to the hundreds of other categories of information collected, during fiscal year 1999, the DPPC began tracking whether the abuse or neglect reported represents a crime. Information in the database is analyzed continually in an effort to identify potential preventative measures to be implemented and/or systemic challenges needing attention. A portion of the data from fiscal years 2000 through 2002 has been calculated and prepared for review. In addition to providing the statistical data, for those of you who are not familiar with the DPPC, this report also presents the history, mission, and overall operation of the Commission.

Although an independent agency, DPPC was designed to be one of a number of agencies with complementary missions, including, but not limited to the Executive Office of Health and Human Services (EOHHS), Executive Office of Elder Affairs (EOEA), Department of Social Services (DSS), Department of Mental Retardation (DMR), Department of Mental Health (DMH), Massachusetts Rehabilitation Commission (MRC) and the local and state police. Replacing none of them, the DPPC was designed to closely coordinate its work with all. The Commission, similar to the Department of Social Services for children and the Executive Office of Elder Affairs for elders, acts to protect adults with disabilities who are dependent on others to meet a daily living need. The DPPC fills the gap between the child and elder protection systems.

The DPPC is located in Quincy, Massachusetts. In fiscal year 2000 DPPC had a staff of 25 full time employees (FTE). The staffing increased to 30 FTE's in fiscal year 2001. With the beginning of the fiscal crisis underway, DPPC staffing level was reduced to 28 FTE's in fiscal year 2002. The DPPC is comprised of six functions including Prevention, Intake, Oversight, Investigation, Legal, Information Technology and Administration and Finance. During fiscal year 1998, a State Police Detective Unit (SPDU) was established within the Commission. The SPDU is comprised of a Detective Lieutenant, Sergeant and three Troopers. The SPDU is physically located within the offices of the DPPC.

# Combined Annual Report

## FY 2000 - 2001 - 2002

### HOTLINE

The DPPC Hotline receives reports of abuse 24 hours per day, seven days per week at 1-800-426-9009. As the following chart reflects, each fiscal year the Commission receives thousands of reports of abuse. In addition, during these fiscal years, DPPC staff responded to approximately **3,600** referral and informational requests on an annual basis. The chart below shows the number of abuse reports made to the Commission's Hotline during each fiscal year from DPPC's inception in 1987 through 2002. These numbers do not reflect the death reports received by DPPC's Hotline. Death reports are described on Page 4.



**ABUSE REPORTING TO DPPC HOTLINE FISCAL YEARS 1987 - 2002**

| Year | Reports |
|---|---|
| 1987 | 389 |
| 1988 | 1016 |
| 1989 | 1485 |
| 1990 | 1642 |
| 1991 | 1948 |
| 1992 | 2749 |
| 1993 | 3293 |
| 1994 | 3366 |
| 1995 | 3259 |
| 1996 | 3487 |
| 1997 | 3840 |
| 1998 | 3976 |
| 1999 | 3691 |
| 2000 | 4203 |
| 2001 | 4605 |
| 2002 | 5445 |

# Combined Annual Report

## FY 2000 - 2001 - 2002

The DPPC statute provides that any caretaker that is a state agency or subdivision of the Commonwealth or a private agency contracting with the Commonwealth shall immediately notify, via telephone, the DPPC and local law enforcement of the death of any person under their care. A written report of such deaths shall be forwarded within 24 hours of the death. The information received is assessed to determine whether it appears that the cause of death is related to abuse as defined by M.G.L. c. 19C. If abuse is suspected a 19C investigation is conducted. During fiscal year 2002 the Commission received **560** reports of deaths. **Twenty** (20) reports were investigated under the Commission's jurisdiction. Abuse was substantiated in three (3) cases. The following chart presents the number of deaths reported to the DPPC for fiscal years 2000, 2001 and 2002. The chart also shows the number of death reports investigated under the authority of the DPPC and of those investigated, the number where abuse was substantiated or unsubstantiated.



**DEATH REPORTS**

| | FY 2000 | FY 2001 | FY 2002 |
|---|---|---|---|
| REPORTED | 389 | 513 | 560 |
| INVESTIGATED | 23 | 19 | 20 |
| UNSUBSTANTIATED | 21 | 19 | 17 |
| SUBSTANTIATED | 2 | 0 | 3 |

# Combined Annual Report

## FY 2000 - 2001 - 2002

Every abuse report made to the Hotline is reviewed pursuant to the DPPC screening criteria. A determination is made regarding whether the report represents an emergency or non-emergency, and then, whether the situation meets the Commission's jurisdictional criteria. During fiscal year 2002 the Commission received **5,445** abuse reports. Of these reports 1,493 were investigated under the authority of the DPPC. The other 3,952 reports, not meeting the jurisdiction of the DPPC, were forwarded to the appropriate state agency for review and action as necessary. The following chart illustrates the total number of abuse reports to the DPPC Hotline and the number of reports that did or did not meet the jurisdiction of the Commission for fiscal years 2000 through 2002.



HOTLINE ACTIVITY REPORT

| Year | Reports Received | Reports 19C | Reports Non 19C |
|---|---|---|---|
| 2000 | 4203 | 1171 | 3032 |
| 2001 | 4605 | 1369 | 3236 |
| 2002 | 5445 | 1493 | 3952 |

# Combined Annual Report

## FY 2000 - 2001 - 2002

Each fiscal year approximately 70% of the abuse reports received by the DPPC Hotline do not meet the Commission's jurisdictional criteria. In a process unique to the DPPC, when a report does not meet the Commission's jurisdiction, within 24 hours it is referred to the state agency appropriate to the alleged victim's disability or the location of the abuse for their review and action as necessary. The following chart shows the number of abuse reports made to the DPPC Hotline that did not meet the DPPC's jurisdictional criteria but were forwarded to other state agencies. By referring these reports to the appropriate service agency, the Commission is preventing potentially dangerous situations from being overlooked.



**CASES REPORTED TO OTHER AGENCIES**

Legend: DSS, DPH, EOEA, DMR, DMH, MRC, DOC, OTHER

| Agency | 2000 | 2001 | 2002 |
|---|---|---|---|
| DSS | 21 | 27 | 24 |
| DPH | 117 | 128 | 169 |
| EOEA | 209 | 257 | 382 |
| DMR | 1298 | 1467 | 1765 |
| DMH | 903 | 892 | 1107 |
| MRC | 28 | 26 | 35 |
| DOC | 132 | 81 | 103 |
| OTHER | 324 | 358 | 367 |

2000 Total: 3032    2001 Total: 3236    2002 Total: 3952

# Combined Annual Report

## FY 2000 - 2001 - 2002

There are 110,000 persons with disabilities known to DMR, DMH and MRC combined. The DPPC protects individuals with any type of disability, including but not limited to those listed in the following three charts. The three charts present the number of reports to the DPPC Hotline by disability for fiscal years 2000, 2001 and 2002. The majority of the reports received involved individuals with mental retardation. It is important to understand and recognize that of the three service providing agencies DMR, DMH and MRC, DMR which serves individuals with mental retardation, has the largest service population. In addition, it is more likely that a person with mental retardation would require caregiving services than individuals with other disabilities.

The total number of disabilities listed in the following three charts exceeds the total number of reports to the DPPC Hotline assigned for 19C investigation as some individuals are diagnosed with more than one disability.



SCREENED IN BY DISABILITY FY 2000

| Disability | Count |
|---|---|
| ALZHEIMERS | 4 |
| CEREBRAL PALSY | 69 |
| HEARING IMPAIRMENT | 40 |
| HEAD INJURY | 28 |
| MENTAL ILLNESS | 294 |
| MOBILITY IMPAIRMENT | 222 |
| MENTAL RETARDATION | 743 |
| MULTIPLE SCLEROSIS | 30 |
| SEIZURE DISORDER | 96 |
| VISUAL IMPAIRMENT | 53 |

# Combined Annual Report
## FY 2000 - 2001 - 2002



SCREENED IN BY DISABILITY FY 2001

| Disability | Count |
|---|---|
| Alzheimers | 5 |
| Cerebral Palsy | 87 |
| Hearing Impairment | 42 |
| Head Injury | 32 |
| Mental Illness | 315 |
| Mobility Impairment | 257 |
| Mental Retardation | 921 |
| Multiple Sclerosis | 33 |
| Seizure Disorder | 87 |
| Visual Impairment | 70 |



SCREENED IN BY DISABILITY FY 2002

| Disability | Count |
|---|---|
| Alzheimers | 8 |
| Cerebral Palsy | 76 |
| Hearing Impairment | 46 |
| Head Injury | 54 |
| Mental Illness | 311 |
| Mobility Impairment | 317 |
| Mental Retardation | 788 |
| Multiple Sclerosis | 42 |
| Seizure Disorder | 95 |
| Visual Impairment | 56 |

# Combined Annual Report

## FY 2000 - 2001 - 2002

### INVESTIGATION UNIT

Reports of alleged abuse determined to be within the jurisdiction of the Commission are immediately assigned to a 19C Investigator and a DPPC Oversight Officer. The 19C Investigator may be a DPPC Investigator or an Investigator from DMR, DMH or MRC. The DPPC Investigation Unit and the Investigation Units of DMR, DMH and MRC conduct abuse investigations under the authority of M.G.L. c. 19C. The primary focus of all 19C investigations is the protection of vulnerable individuals. Investigators also look for trends and systemic issues that may contribute or lead to abuse. In fiscal year 2002, **1,493** 19C investigations were conducted. Abuse was substantiated in **331** investigations. The following chart illustrates the number of reports substantiated versus the number unsubstantiated during fiscal years 2000, 2001 and 2002.



*Deferred cases are cases under criminal investigation by law enforcement.*

### OVERSIGHT UNIT

The DPPC Oversight Unit is responsible for monitoring all 19C investigations. Every case, whether investigated by DPPC, DMR, DMH or MRC, is monitored by one of the DPPC Oversight Officers. The focus of this activity is to make certain every abuse victim is safe, investigators' reports are completed and each investigation is thorough. In cases where abuse by a caretaker is substantiated, protective services are provided by the respective service-providing agency DMR, DMH or MRC. Telephone and in-person follow-up is conducted by the DPPC Oversight Officer to confirm that necessary protective services are implemented. Every substantiated report of abuse is monitored by a DPPC Oversight Officer until all risk of harm to the victim is eliminated.

# Combined Annual Report
## FY 2000 - 2001 - 2002

### STATE POLICE DETECTIVE UNIT

In January of 1998, a State Police Detective Unit (SPDU) was assigned to the Disabled Persons Protection Commission. The SPDU is comprised of a Detective Lieutenant, Sergeant and three Troopers. In May of 1999, the human service and law enforcement communities came together under the direction of William D. O'Leary, then Secretary of Executive Office of Health and Human Services and Elizabeth D. Scheibel, District Attorney of Northwestern District, agreeing to adopt a multidisciplinary approach when addressing crimes committed against persons with disabilities.

The Troopers of the SPDU assigned to the DPPC review 100% of the complaints received by the DPPC. The Troopers review the reports to determine which ones constitute possible criminal activity against a person with a disability. During fiscal year 1997, prior to the inception of the SPDU at the DPPC, the Commission referred only 32 cases to the applicable District Attorneys Office for review and action as necessary. None of the 32 cases referred led to prosecution. Out of the **5,445** abuse reports reviewed in fiscal year 2002, 622 were referred by the SPDU to the appropriate District Attorneys Office for criminal investigation. The following graph depicts the number of reports referred for criminal investigation for fiscal years 2000, 2001 and 2002.



**NUMBER OF COMPLAINTS REPORTED TO DPPC INVESTIGATED BY LAW ENFORCEMENT BY FISCAL YEAR**

- 2000: 321
- 2001: 477
- 2002: 622

| Combined Annual Report | FY 2000 - 2001 - 2002 |
|---|---|

## ABUSE PREVENTION UNIT

DPPC's Prevention Unit is comprised of one staff person. However, each person employed within the DPPC shares the responsibility for prevention activities. DPPC continues to identify ways in which it can work effectively to educate direct care staff, others working with persons with disabilities and the public about the problem of abuse of persons with disabilities. The DPPC's goal is to increase awareness of abuse/neglect being committed against persons with disabilities and to make everyone aware of the important role they can perform in preventing, recognizing, reporting and investigating abuse.

## LEGAL UNIT

The office of the General Counsel provides legal advice and guidance on all matters before the Commission, including assistance provided to the staff of the Commission, the Department of Mental Retardation, the Department of Mental Health and the Massachusetts Rehabilitation Commission. The office of the General Counsel provides legal support to investigations conducted under the authority of M.G.L. c. 19C by:

- Securing judicial access warrants when Law Enforcement and/or 19C Investigators are unreasonably denied access to an alleged victim of abuse

- Obtaining judicial protective orders when an alleged victim of abuse is at immediate risk of additional harm and is not capable of assenting to the provision of protective services due to a mental or physical impairment

In addition, the office of the General Counsel performs the following functions within the Commission:

- Acts as the Commission's keeper of record and functionally ensures that all responses to requests for Commission records are compliant with all statutory requirements. Each year the Commission receives hundreds of requests for records. In fiscal year 2000, three-hundred (**300**) document requests were processed. In fiscal year 2001, three-hundred and fifty (**350**) document requests were processed. In fiscal year 2002, three-hundred and fifty (**350**) document requests were processed.

- Oversees the processing of complaints of retaliation against reporters of abuse and participants in M.G.L. c. 19C investigations. In fiscal year 2000, four (4) Retaliation cases were processed. In fiscal year 2001, two (2) retaliation cases were processed. In fiscal year 2002, nine (9) retaliation cases were processed.

| **Combined Annual Report** | **FY 2000 - 2001 - 2002** |
|---|---|

- Administers the process for responding to all reports of Mandated Reporters' failure to report abuse as required by M.G.L. c. 19C §10; and notifies the Commission's Prevention Unit to schedule trainings on the statutory mandated reporting requirements for the service providers at which the failures to report occurred.

- Conducts all appeal reviews for the Executive Director. For every investigation report in which abuse has been substantiated, the Commission is required by statute to notify the abuser of the outcome. The victim, the abuser and any other party involved in an investigation can request a review of the investigation. Upon conclusion of the appeal process, a report is made to the Executive Director. The Executive Director issues a decision in writing stating the reasons for the decision. The investigation report is corrected if the objection is found to be meritorious. In fiscal year 2000, 94 appeal requests were processed by the Commission. In fiscal year 2001, 83 appeal requests were processed by the Commission. In fiscal year 2002, 106 appeal requests were processed by the Commission.

### BUILDING PARTNERSHIPS FOR THE PROTECTION OF PERSONS WITH DIABILITIES

In May of 1999 a partnership was formed in Massachusetts between law enforcement and human service agencies in an effort to effectively and efficiently address abuse, neglect and crimes committed against persons with disabilities. "Building Partnerships for the Protection of Persons with Disabilities," is a unique initiative which affords equal access to the criminal justice system for crime victims with disabilities. The initiative, which uses a multidisciplinary approach to address crimes against persons with disabilities, was conceived and implemented thanks to the foresight of Elizabeth D. Scheibel, District Attorney of the Northwestern District and Gerald J. Morrissey, Jr., Commissioner of the Department of Mental Retardation (DMR), through the commitment of Nancy A. Alterio, Executive Director of the Disabled Persons Protection Commission (DPPC) and through the leadership of William D. O'Leary, then Secretary of the Executive Office of Health and Human Services (EOHHS). The statewide partnership is funded through an Executive Office of Public Safety (EOPS) Byrne grant and administered by the Massachusetts District Attorneys' Association (MDAA).

# Combined Annual Report
# FY 2000 - 2001 - 2002

The partnership initative, through formal Memorandums of Understanding (MOU) with each District Attorney, brings together DPPC, the human service and law enforcement communities in each county. The goals of the initiative are to provide protection, treatment and continuity of care for persons with disabilities who are victims of a crime; to increase awareness of crimes being committed against persons with disabilities; to increase communication and cooperation between law enforcement and agencies providing services to persons with disabilities; and to ensure that crimes committed against persons with disabilities are promptly reported, investigated by trained law enforcement personnel and prosecuted when appropriate.

With the inception of the MOU, in fiscal year 2002, 622 cases were investigated criminally resulting in at least 97 criminal complaints. Of those 622 criminal cases, 309 were crimes of a sexual nature. The following graph depicts the increase in abuse reports referred to the district attorneys for criminal investigation and possible prosecution for fiscal year 1997 through 2002.



**ABUSE REPORTS REFERRED TO DISTRICT ATTORNEY FROM 1997-2002**

| Fiscal Year | Criminal Investigations | Criminal Complaints |
|---|---|---|
| FY 1997 | 32 | 0 |
| FY 1998 | 86 | 4 |
| FY 1999 | 238 | 39 |
| FY 2000 | 321 | 58 |
| FY 2001 | 477 | 68 |
| FY 2002 | 622 | 97 |

# Combined Annual Report

## FY 2000 - 2001 - 2002

### FISCAL YEAR 2000 ACTIVITIES

Fiscal Year 2000 was a time of rebuilding and rethinking for the Commission. The Commission devoted a significant amount of time and energy to enhancing its overall operations and external relations.

- **Hotline:** The number of abuse and death reports to the Commission's Hotline has grown steadily during recent fiscal years. In Fiscal Year 1999, 3,988 reports were made to the Hotline. In Fiscal Year 2000, the number of reports rose to 4,592. This is a fifteen percent (15%) increase in Hotline reports.
- **19C Investigations:** In fiscal year 2000, 1,175 reports of abuse were investigated under the authority of the DPPC. In Fiscal Year 1999, 1,074 cases were investigated. This is nearly a ten percent (10%) increase in cases investigated.
- **Building Partnerships for the Protection of Persons with Disabilities:** The DPPC has joined forces with the District Attorneys, State Police, Local Police, DMR, MRC and DMH to effectively report, investigate and prosecute crimes committed against individuals with disabilities. A formal agreement has been established and all eleven District Attorneys have formally signed on to a MOU specific to their county/district. The MOU links the DPPC, human service agencies and law enforcement in an effort to utilize a multidisciplinary approach at addressing crimes committed against persons with disabilities. Criminal activity is now being reported promptly to law enforcement by the DPPC and service providing agencies. The Building Partnerships initiative has significantly improved access to the criminal justice sytem for crime victims with disabilities.
- **Criminal Justice Training Council:** This year marks the first time the DPPC began training new recruits and seasoned local law enforcement officers through the Criminal Justice Training Council on 19C mandatory reporting of abuse against adults with disabilities.
- **Uniformity of Investigations:** For the first time in the Commission's history, the four agencies, DPPC, DMR, DMH and MRC, began utilizing a uniform investigations report format. To complement this, a *Uniform Investigation Training* has been established through the Building Partnerships initiative and the State Police Training Academy. All investigators, regardless of the agency for which they work, participate in a minimum of a forty-hour basic investigation training and a forty-hour sexual assault training.
- **Technology:** DPPC successfully transitioned from calendar year 1999 to calendar year 2000 achieving Y2K compliance and made significant upgrades to its existing database. A *Criminal Activity Database* was developed which tracks the number of reports being investigated by local or state police, the type of crime, the town and county in which the crime was alleged to have been committed, the number of arrests, the number of prosecutions, and the status of the case. Additionally, tracking forms were revised to incorporate changes in the system in an effort to make the system more user friendly.
- **DPPC Quarterly Report:** The DPPC had completed a quarterly report that exceeded 150 pages and was costly to reproduce. The Commission redesigned its quarterly report to make it more informative and less costly to reproduce. The report now consists of four, double-sided pages which are reproduced and bound in-house. The new report is a significant cost savings to the DPPC and has been well received by the legislature, service providing agencies and the law enforcement community.
- **DPPC Staff Training:** The DPPC developed and implemented an **orientation program** for all new staff. The orientation includes a general, human resources and a unit specific component.
- **Monthly In-Service Staff Training Program:** DPPC introduced a monthly in-service training for DPPC staff. Throughout the year, experts from various fields presented on the following topics: Interviewing Individuals with Autism, Suicide Prevention, Long Term Disability, SANE, Sexual Harassment, Forensic Interviewing, EPRS, and Emergency Interpreter Services.

| | |
|---|---|
| **Combined Annual Report** | **FY 2000 - 2001 - 2002** |

- **DPPC Outreach and Prevention:** The DPPC overhauled its training curriculum from educating individuals on the elements of the statute to teaching individuals about recognizing abuse and neglect and how the adult protective system works. Several power point presentations were developed and designed according to the audience's discipline and needs. As a result of these changes, all the DPPC's brochures and informational packets have been redesigned. In addition to redesigning the existing literature, new prevention materials were developed including laminated cards, magnets and stickers. In fiscal year 2000, the Commission, through its Abuse Prevention and Outreach Coordinator, conducted 120 trainings in 19C reporting and abuse prevention for both professional and non-professional personnel which impacted approximately 4,000 people throughout the state.

### FISCAL YEAR 2001 ACTIVITIES

On June 10, 2001 the DPPC was described as"....the state's premier investigatory agency for these types of cases (cases involving abuse of persons with disabilities), and its investigations were typically thorough, with detailed interviews, background checks, site visits and victim statements when possible." *In Attacks on Disabled, Few Verdicts,* **Boston Globe.**

- **Hotline:** DPPC received nearly 6,000 calls to the Hotline as it received 5,125 abuse and death reports and 776 informational calls. This year the DPPC began tracking information and referral calls made to the Hotline. In FY2001 there is a twelve percent (12%) increase in abuse and death reports made to the Hotline compared to FY2000.
- **19C Investigations:** In fiscal year 2001, 1,368 reports of abuse were investigated under the authority of the DPPC. This is an increase of 213 cases from FY2000 and an eighteen percent (18%) increase.
- **Law Enforcement Automated Processing System (LEAPS) Terminal:** A LEAPS terminal was secured to enable the State Police Unit and the DPPC the ability to conduct criminal background checks on alleged abusers.
- **Uniform Case Assignment Protocol:** The protocol was jointly developed, accepted and distributed between EOHHS, DMR, MRC, DMH and the DPPC wherein the more serious of the allegations would be assigned to DPPC staff for investigation. The protocol identified eleven categories of cases to be assigned to the DPPC conditional upon resources.
- **Appeals Database:** The DPPC designed a database to record and track all appeal cases and decisions.
- **Agency Affiliations:** The Commission established new affiliations with state agencies not directly linked to the DPPC's investigation and protection system. Links were developed with:
    - *Executive Office of Public Safety (EOPS)*
    - *Governor's Alliance Against Drugs (GAAD)*
    - *Massachusetts Office for Victim Assistance (MOVA)*
    - *Governor's Commission on Domestic Violence (GCDV)*
    - *Sexual Assault Nurse Examiner Program (SANE)*
- **Building Partnerships Activities:** Through the Building Partnerships initiative, Tier I training was provided to law enforcement and civil investigators in three out of the eleven district attorney jurisdictions and Tier II training was provided to service providing agencies in three out of the eleven district attorney jurisdictions.
- **Upgraded Telephone System:** The DPPC secured funding through a grant to purchase a 'state-of-the-art' telephone system for the abuse reporting hotline and business office to address the increase in abuse reports.

| | |
|---|---|
| # Combined Annual Report | **FY 2000 - 2001 - 2002** |

### FISCAL YEAR 2001 ACTIVITIES continued....

- **DPPC Outreach and Prevention:** In fiscal year 2001, the Commission, through its Abuse Prevention and Outreach Coordinator, conducted twenty-eight (28) 19C trainings with approximately 315 persons trained. Additionally, informational materials were distributed to 124 vendor agencies and individuals upon request. The DPPC continued to train new recruits and seasoned local law enforcement officers through the Criminal Justice Training Council on 19C mandatory reporting of abuse against adults with disabilities. In-service training was provided to Norwood, New Bedford, Weymouth, Quincy, Boylston, Braintree and Reading State Police Academies. Approximately 1,458 police officers/supervisors and 860 recruits were trained. Training was also conducted at local police departments. Additionally, informational materials were distributed to 37 State Police barracks and 2,880 sworn and civilian state police members.

### FISCAL YEAR 2002 ACTIVITIES

Through the development and implementation of a comprehensive and structured approach to organizational management, the DPPC continues to improve the quality of its activities, functions and services.

- **Hotline:** The DPPC received almost 10,000 calls to the Hotline as it received 6,008 abuse reports (an increase of seventeen percent (17%) since FY2001) and 3,306 informational and referral calls (an increase of three hundred and twenty six percent (326%) since FY2001). The DPPC received almost 4,000 additional calls in fiscal year 2002 in comparison to fiscal year 2001. This is a fifty eight percent (58%) increase in all Hotline calls compared to fiscal year 2001. In order to effectively deal with increase in abuse reports received, the DPPC shifted staffing responsibilities within the agency, and further upgraded the telephone system. The Hotline is now staffed with three primary staff and three secondary staff, ensuring that all calls are answered in a timely manner.
- **19C Investigations:** In fiscal year 2002, 1,501 reports of abuse were investigated under the authority of the DPPC. This is a forty percent (40%) increase of cases investigated over four (4) years. At the same time, the number of DPPC investigators has decreased from seven (7) to three (3).
- **Criminal Activity Report:** The DPPC developed and produced a quarterly report depicting criminal activity. The information for this report comes from the criminal activity tracking system that was created in fiscal year 2000. The report has been produced since the beginning of fiscal year 2002.
- **Digital Files:** Through funding from an IT bond, the DPPC began the transition from a paper file system to a digital imaging system. The hardware and software was purchased and installed. Staff was hired and trained to begin the project.
- **Uniform Procedures:** The Commission, in conjunction with DMR, DMH and MRC, developed a uniform procedure for the filing of protective service petitions pursuant to M.G.L. c. 19C sec.7.
- **Case Law Publication:** The DPPC developed a compendium of pertinent statutes and case law regarding the prosecution of criminal cases involving abuse of persons with disabilities and disseminated the publication to district attorneys.
- **National Involvement:** The DPPC explored, identified and began involvement in national groups/projects relating to abuse/neglect of persons with disabilities. The DPPC is an organizational member of NAAPSA and the Executive Director is an active participant in the Northeast Regional division along with the agency's General Counsel and Director of Investigations.

# Combined Annual Report

# FY 2000 - 2001 - 2002

## FISCAL YEAR 2002 ACTIVITIES continued....

- **A Practical Guide:** A practical guide to the reporting, investigation and prosecution of crimes committed against persons with disabilities was jointly developed by the DPPC, the Building Partnerships members, the judiciary and the Massachusetts Continuing Legal Education (MCLE). MCLE distributed the guide to all the courthouses in Massachusetts.
- **DPPC Outreach and Prevention Trainings:** DPPC conducted five regional trainings for state service providing agencies (DMR, DMH, MRC) and vendor agencies with approximately 400 individuals trained. Thirty 19C trainings were completed with approximately 600 persons trained. Training was provided to MRC for 60 area/regional directors. The DPPC continued to build on and develop positive working relationships with law enforcement through ongoing outreach and training efforts. Training was provided to the Department of Correction's (DOC) superintendents, Commission and Assistant Commission totaling approximately 50 DOC employees.
- **DPPC Outreach and Prevention Materials:** In FY2002 the DPPC began tracking the number of training materials produced and circulated. The DPPC provided education and outreach to mandated reporters including schoolteachers, school administrators, guidance counselors, law enforcement officers and the medical community on the reporting, investigation and prosecution of abuse/crimes against persons with disabilities.
  - ? A statewide informational packet was mailed to approximately 600 school superintendents and other educators and to over 900 DARE officers. 100 educational packets were prepared for hospital emergency rooms and social work departments and 150 training packets were mailed to six different police departments across the state. Additionally, over 2,200 copies of informational materials were distributed to a variety of agencies and individuals upon request.
  - ? The DPPC developed a new tri-fold brochure on mandatory reporting. In addition a generic brochure was developed for the academia and medical communities. The DPPC poster and laminated cards were produced in Spanish. Several general outreach materials were produced in large print as well.
- **Building Partnerships Activities:** The DPPC educated individuals from law enforcement, public and private agencies and the general population of the Commonwealth regarding abuse of persons with disabilities. Five Tier I trainings were completed with approximately 830 persons participating in the training and six Tier II trainings were completed with over 550 persons participating in the training.



## DPPC Mission Statement:

*"To protect adults with disabilities from the abusive acts or omissions of their caregivers through investigation, oversight, public awareness and prevention."*

# Combined Annual Report

# FY 2000 - 2001 - 2002

## EMPLOYEE RECOGNITION FOR FISCAL YEARS 2000 - 2001 - 2002

**Citation for Outstanding Performance**

*FY2000 - Kathy Bodrero*, Administrative Assistant II. "Kathy has a wonderful work ethic, is a team player, never complains, is always willing to help others beyond her own duties, and is always very pleasant and helpful. Kathy is an outstanding person and an example for all her co-workers to emulate."

*FY2001 - Heidi Cresta*, Program Coordinator II. "Heidi has always gone beyond the minimum expectations for her job to ensure the effective and efficient operation of the unit she supervises. She has made numerous suggestions and developed many new operational systems. Heidi has been one of the cornerstones for the success of the Intake/Oversight units. One quality that stands out is her willingness and ability to be a true team player."

*FY2002 - Seana Eaton*, Compliance Officer III. "Seana was instrumental in developing a new database solely for the purpose of tracking the criminal cases, completes investigations in a very timely manner and continues to have excellent risk assessment skills and judgement regarding protective service issues. Seana is a well rounded professional who is an asset to the agency."

**Eugene H. Rooney, Jr. Public Service Award 2001**

*John Brown*, Director of Administration and Finance. "John Brown's efforts and accomplishments in the area of human resources development and training have immensely benefited the staff of the DPPC. John was repsonsible for several new human resources initiatives; developing the HR New Hire Orientation Curriculum and Checklist, instituting an in-service training program, creating the DPPC Staff Recognition Program and the initiation of an Organ Donor Awareness Program for the Commonwealth."

## IN CLOSING

The staff at Disabled Persons Protection Commission (DPPC) would like to take this opportunity to thank former Governors Paul Cellucci and Jane Swift, Governor Mitt Romney and the House and Senate members for their ongoing commitment and support in protecting adults with disabilities within the Commonwealth of Massachusetts against abuse and neglect. We would also like to recognize and thank the many hard-working men and women who dedicate their work to enhancing the quality of life of people with disabilities. Their dedication is immensely appreciated.



**The DPPC staff thanks you for taking the time to review this combined annual report. If you have questions or require additional information, please contact the DPPC at (617) 727-6465.**

Argeo Paul Cellucci
*GOVERNOR*

Jane Swift
*LT. GOVERNOR*

Nancy A. Alterio
*EXECUTIVE DIRECTOR*

The Commonwealth of Massachusetts
**Disabled Persons Protection Commission**
50 Ross Way, Quincy, MA 02169
Office Hours: 09:00 AM - 05:00 PM Monday - Friday
(617) 727-6465 V/TTY  (800) 245-0062  (617) 727-6469 FAX
24 - Hour HOTLINE: (800) 426-9009 V/TTY
WEBSITE: http://www.state.ma.us/dppc

Jack L. McCarthy
*CHAIRMAN*

Carla A. Goodwin, Ph.D.
*COMMISSIONER*

Betty Anne Ritcey
*COMMISSIONER*