

## Charts on the Impact of the Salary Reserve on Workers funded through the Department of Mental Retardation





ADDP • 217 South Street • Waltham, MA 02453
Phone 781-891-7327 • Fax 781-891-0429 • Email gracehealey@addp.org

Charts on the Impact of the Salary Reserve on Workers
funded through the Department of Mental Retardation           page 2



ADDP • 217 South Street • Waltham, MA 02453
Phone 781-891-7327 • Fax 781-891-0429 • Email gracehealey@addp.org