# THE STATE OF THE STATES IN DEVELOPMENTAL DISABILITIES: 2002 STUDY SUMMARY

by
David Braddock
Richard Hemp
Mary C. Rizzolo
Susan Parish
Amy Pomeranz

Coleman Institute for Cognitive Disabilities
and Department of Psychiatry
The University of Colorado

February 2002

# Contents

TABLES AND FIGURES .................................................................................................................. iv
ACKNOWLEDGMENTS .................................................................................................................... v

INTRODUCTION ............................................................................................................................... 1
COMMUNITY RESIDENTIAL SERVICES ........................................................................................ 3
   Cost by Setting ............................................................................................................................. 3
   Community Staff Wage Initiatives ................................................................................................ 4
PUBLIC AND PRIVATE INSTITUTIONS .......................................................................................... 5
   Public Institutions ......................................................................................................................... 5
      Census Trends ....................................................................................................................... 7
      Public Institutional Closures ................................................................................................... 7
      Average Costs of Care ........................................................................................................... 8
   Privately-Operated Institutions and Nursing Facilities ................................................................ 8
      Nursing Facility Utilization ..................................................................................................... 11
GENERAL TRENDS IN SYSTEM FINANCING .............................................................................. 12
   Impact of Economic Recession in the States ........................................................................... 14
COMMUNITY SERVICES TRENDS ............................................................................................... 15
   Sources of Revenue for ............................................................................................................ 15
   The HCBS Waiver ..................................................................................................................... 17
      Leveraging Federal Funding ................................................................................................. 19
   Local Funding ............................................................................................................................ 19
   Variations in State Commitments for MR/DD Services ............................................................ 20
   Individual and Family Support ................................................................................................... 28
   Family Support Services ........................................................................................................... 28
   Supported Employment ............................................................................................................ 31
   Supported Living and Personal Assistance ............................................................................. 32
SIGNIFICANCE OF MEDICAID ...................................................................................................... 35
ASSESSING FISCAL EFFORT IN THE STATES .......................................................................... 36
   State Spending Patterns ........................................................................................................... 36
CONCLUSION ................................................................................................................................. 37
   Aging Caregivers and the Growing Demand for Services ....................................................... 37
   Increased Longevity of Persons with Developmental Disabilities ............................................ 42
   Waiting Lists in the States ......................................................................................................... 43
   Civil Rights and Advocacy ........................................................................................................ 43
   Litigation in the States ............................................................................................................... 45

APPENDIX: REFERENCES ........................................................................................................... 47
NOTES ON DATA SOURCES ........................................................................................................ 53

# TABLES AND FIGURES

| | | |
|---|---|---|
| Table 1 | Individuals Served by Residential Setting: FY 2000 | 2 |
| Table 2 | Community Residences for 1 to 6 Persons: Growth in Per Capita Placements | 3 |
| Table 3 | Annual Cost of Care Per Average Daily Resident: FY 2000 | 4 |
| Table 4 | Public Institution Census: FYs 1977, 1996, & 2000 | 6 |
| Table 5 | Completed and In-Progress Closures of Public Institutions | 9 |
| Table 6 | State Institution Daily Costs: FYs 1996 & 2000 | 11 |
| Table 7 | Residents of Nursing Facilities with Developmental Disabilities: FYs 1996 & 2000 | 12 |
| Table 8 | Inflation-Adjusted Change in GSP & Total MR/DD Spending: 1996-1999 | 14 |
| Table 9 | Federal HCBS Waiver Expenditures: FY 2000 | 18 |
| Table 10 | State Funds Potentially Available to Match Additional Federal Medicaid Funding: FY 2000 | 20 |
| Table 11 | Percent of Total MR/DD Spending Allocated for Community Services: FY 2000 | 27 |
| Table 12 | Family Support Programs: FY 2000 | 30 |
| Table 13 | Supported Employment: FY 2000 | 32 |
| Table 14 | Supported Living and Personal Assistance: FY 2000 | 34 |
| Table 15 | Fiscal Effort: FYs 2000, 1996, & 1977 | 38 |
| Table 16 | Fiscal Effort Rankings: FYs 2000, 1996, & 1977 | 39 |
| Table 17 | Individuals with Developmental Disabilities Living in Households with Caregivers Aged 60+ Years: 2000 | 42 |
| Table 18 | Fiscal Effort for People with Developmental Disabilities and Right to Habilitation Class Action Litigation | 44 |
| Table 19 | Community Services Litigation | 45 |
| Figure 1 | United States: Distribution of Residential Placements by Setting: 1996 & 2000 | 1 |
| Figure 2 | United States: Persons Served in Public and Private Institutions & Nursing Facilities: FYs 1990-2000 | 5 |
| Figure 3 | United States: Institutional Closures by Decade | 7 |
| Figure 4 | United States: Daily Costs Per Resident in Public Institutions: FYs 1977-2000 | 8 |
| Figure 5 | United States: Trends in MR/DD Spending: FYs 1977-2000 | 13 |
| Figure 6 | United States: Trends in Spending for Community Services by Level of Government: FYs 1977-2000 | 15 |
| Figure 7 | United States: Community Revenue Sources: FY 2000 | 16 |
| Figure 8 | United States: Components of Federal MR/DD Medicaid Spending: FYs 1977-2000 | 19 |
| Figure 9 | Public Spending for Developmental Disabilities by State: FYs 1977-2000 | 21 |
| Figure 10 | United States: FYs 1990-2000: Spending for Family Support, Number of Families Supported | 29 |
| Figure 11 | United States: Fiscal Effort for Developmental Disabilities: FYs 1977-2000 | 36 |
| Figure 12 | Growing Numbers of Americans Aged 65+ Years: 1980-2050 | 40 |
| Figure 13 | United States: Distribution of Individuals with a Developmental Disability by Living Arrangement: FY 2000 | 41 |
| Figure 14 | United States: Distribution of Individuals with a Developmental Disability Living with Family Caregivers: FY 2000 | 41 |

# ACKNOWLEDGMENTS

We are grateful for the participation in this study of 85 data contacts in state developmental disabilities, Medicaid, and human services agencies. Their assistance with data collection is a labor-intensive process for them as well as for project staff at the University of Colorado. The data contacts are acknowledged by name in the Appendix beginning on page 53.

Gratitude is also expressed to the Administration on Developmental Disabilities (ADD) in the U.S. Department of Health and Human Services. We acknowledge the leadership and support of former ADD Commissioner Sue Swenson, the current Commissioner Patricia Morrissey, and our project officer, Gretchen Menn. ADD provided financial support under a Project of National Significance to assist us in carrying out this study.

Last year the State of the States Project relocated from the University of Illinois at Chicago to the University of Colorado, where we now operate in affiliation with the University's Coleman Institute for Cognitive Disabilities and the Department of Psychiatry. Words cannot properly express our gratitude to the faculty and staff of the UIC Department of Disability and Human Development for their support over the past two decades.

Our new contact information:
The State of the States in Developmental Disabilities
3100 Marine Street, 570 UCB
Boulder, Colorado 80309-0570
Fax: (303) 735-3096
Phones:
  Braddock: (303) 492-0639
  Hemp: (303) 735-0252
  Rizzolo: (303) 735-2952

Susan Parish has graduated and can be reached at the Waisman Center at The University of Wisconsin at Madison. Amy Pomeranz is the new Administrator for the Institute of Disability and Human Development at the University of Illinois at Chicago. The Institute is the University Center for Excellence in Developmental Disabilities for the State of Illinois.

bers in the federal lawsuit *Homeward Bound v. Hissom Memorial Center* (1990).

### Community Staff Wage Initiatives

Direct support staff in community residential settings work for lower compensation and fewer benefits compared to institutional personnel (Association of Developmental Disabilities Providers, 1999; Larson, Lakin, & Bruininks, 1998; Mitchell & Braddock, 1993; Rubin, Park, & Braddock, 1998). Community residential service providers must also cope with difficulties in direct service staff recruitment, training, and retention (Larson, Hewitt, & Lakin, 1994; Larson et al., 1998). Several states are launching initiatives to address low direct service staff wages. In 1999, Arizona appropriated $5 million for a 43 cents per hour increase in community services staff wages. Maine's legislature unanimously approved a 1999 appropriation of $2.6 million for an increase in entry wages of direct service workers to $7.99 per hour. The Michigan legislature increased direct service personnel wages by 50 cents per hour in 1999 and by 75 cents per hour in 2000. Illinois appropriated $23 million for direct service staff wage increases in 1999 (Arc of Illinois, 1999; "1998 Summary of State Legislation," 1999). In 2001, funds were appropriated for $1 per hour increases for direct service staff working in privately operated facilities.

In January 2000, New Hampshire authorized wage increases of $1.13 per hour for direct service workers, which brought the average hourly wage in the state to $8.67. Missouri appropriated funds to provide direct service staff working in privately operated facilities with a $1 per hour wage increase in 2001.

In Pennsylvania, the Legislative Budget and Finance Committee on Wages, Turnover, and Quality reported that direct service staff hourly wages of $8.13 were below the federal poverty guideline for a family of four ("Correlation Between Wages," 1999). Direct service wages in Illinois ($6.53 in 1997), in Minnesota ($7.07 in 2000), and in Massachusetts in 1996 ($8.06) were also below the poverty level (Association of Developmental Disabilities Providers, 1999; Larson et al., 1998; Rubin et al., 1998).

In 2001, Maryland passed legislation that required an increase in reimbursement rates for community service providers. This increase, to be phased in over five years, will address the inequities in the pay and benefits of direct service workers in community settings. Providers are expected to use the funds to bring their direct service workers into parity with the wages and benefits of institutional workers (National Association of State DD Directors, 2001b).

### PUBLIC AND PRIVATE INSTITUTIONS

The consolidated data in *Figure 2.2* depict the nation's progress in the last decade in downsizing all public and private residential settings serving 16 or more people. During 1990-2000, the number of residents of public and private institutions for 16 or more



Figure 2.2
UNITED STATES: PERSONS SERVED IN PUBLIC AND PRIVATE INSTITUTIONS & NURSING FACILITIES, FYs 1990-2000

Table 2.4
PUBLIC INSTITUTION CENSUS, FYs 1977, 1996, & 2000

| State | 1977 | 1996 | 2000 | % Change 1977-2000 | % Change 1996-2000 | Placements per 100K[1]: 2000 |
|---|---|---|---|---|---|---|
| Alabama | 1,643 | 826 | 614 | -63% | -26% | 14 |
| Alaska | 100 | 28 | 0 | -100% | -100% | 0 |
| Arizona | 959 | 243 | 166 | -83% | -32% | 3 |
| Arkansas | 1,380 | 1,263 | 1,241 | -10% | -2% | 48 |
| California | 9,764 | 4,823 | 3,795 | -61% | -21% | 12 |
| Colorado | 1,580 | 194 | 147 | -91% | -24% | 4 |
| Connecticut | 3,058 | 1,218 | 970 | -68% | -20% | 30 |
| Delaware | 534 | 292 | 253 | -53% | -13% | 33 |
| District of Columbia | 1,100 | 0 | 0 | -100% |  | 0 |
| Florida | 4,414 | 1,605 | 1,534 | -65% | -4% | 10 |
| Georgia | 2,909 | 1,961 | 1,489 | -49% | -24% | 19 |
| Hawaii | 570 | 60 | 0 | -100% | -100% | 0 |
| Idaho | 454 | 131 | 110 | -76% | -16% | 8 |
| Illinois | 6,580 | 3,645 | 3,221 | -51% | -12% | 27 |
| Indiana | 2,477 | 1,261 | 782 | -68% | -38% | 13 |
| Iowa | 1,397 | 687 | 679 | -51% | -1% | 24 |
| Kansas | 1,456 | 696 | 386 | -73% | -45% | 15 |
| Kentucky | 839 | 746 | 735 | -12% | -1% | 18 |
| Louisiana | 3,245 | 2,030 | 1,717 | -47% | -15% | 39 |
| Maine | 522 | 76 | 11 | -98% | -86% | 1 |
| Maryland | 2,725 | 720 | 548 | -80% | -24% | 10 |
| Massachusetts | 5,229 | 1,884 | 1,293 | -75% | -31% | 21 |
| Michigan | 6,047 | 362 | 250 | -96% | -31% | 3 |
| Minnesota | 3,085 | 442 | 59 | -98% | -87% | 1 |
| Mississippi | 1,720 | 1,442 | 1,382 | -20% | -4% | 49 |
| Missouri | 2,305 | 1,494 | 1,509 | -35% | 1% | 27 |
| Montana | 299 | 157 | 130 | -57% | -17% | 14 |
| Nebraska | 1,008 | 404 | 399 | -60% | -1% | 24 |
| Nevada | 118 | 150 | 141 | 19% | -6% | 8 |
| New Hampshire | 684 | 0 | 0 | -100% |  | 0 |
| New Jersey | 7,603 | 4,338 | 3,556 | -53% | -18% | 44 |
| New Mexico | 584 | 177 | 0 | -100% | -100% | 0 |
| New York | 18,799 | 3,589 | 2,009 | -89% | -44% | 11 |
| North Carolina | 3,848 | 2,229 | 1,933 | -50% | -13% | 25 |
| North Dakota | 1,139 | 148 | 152 | -87% | 3% | 23 |
| Ohio | 6,838 | 2,087 | 1,990 | -71% | -5% | 18 |
| Oklahoma | 2,158 | 548 | 407 | -81% | -26% | 12 |
| Oregon | 1,873 | 435 | 105 | -94% | -76% | 3 |
| Pennsylvania | 9,189 | 3,272 | 1,969 | -79% | -40% | 16 |
| Rhode Island | 736 | 0 | 0 | -100% |  | 0 |
| South Carolina | 3,440 | 1,574 | 1,115 | -68% | -29% | 29 |
| South Dakota | 843 | 323 | 196 | -77% | -39% | 26 |
| Tennessee | 2,071 | 1,513 | 903 | -56% | -40% | 16 |
| Texas | 10,843 | 5,517 | 5,338 | -51% | -3% | 27 |
| Utah | 841 | 303 | 236 | -72% | -22% | 11 |
| Vermont | 443 | 0 | 0 | -100% |  | 0 |
| Virginia | 3,836 | 2,148 | 1,744 | -55% | -19% | 25 |
| Washington | 2,504 | 1,295 | 1,138 | -55% | -12% | 20 |
| West Virginia | 1,165 | 80 | 0 | -100% | -100% | 0 |
| Wisconsin | 2,405 | 1,214 | 899 | -63% | -26% | 17 |
| Wyoming | 533 | 145 | 123 | -77% | -15% | 24 |
| United States | 149,892 | 59,775 | 47,374 | -68% | -21% | 17 |

[1] Per 100,000 citizens of the general population.