Comparison between the Average Salaries of Direct Support Staff Working State Operated Programs and Those Working Privately Operated Community Programs

| | Facilities or State Ops. | | PoS | | |
|---|---|---|---|---|---|
| State Job Title | Number Employees | Average Annual Sal | Community Job Title | Number of Employees | Average Annual Sal | Difference |
| MR Worker I | 3297 | $ 26,148.08 | Direct Care Worker I | 8744 | $ 19,607.00 | $ 6,541.08 | $ 57,195,203.52 |
| MR Worker II | 921 | $ 30,305.10 | Direct Care Worker II | 2954 | $ 21,656.00 | $ 8,649.10 | $ 25,549,441.40 |
| MR Worker III | 103 | $ 34,153.44 | Direct Care Worker III | 229 | $ 22,231.00 | $ 11,922.44 | $ 2,730,238.76 |
| MR Worker IV | 79 | $ 38,795.31 | DC Supervisors | 1474 | $ 22,745.00 | $ 16,050.31 | $ 23,658,156.94 |
| | | | | | | | $ 109,133,040.62 |

From DMR

This column is based on FY01 Salary Reserve. The avg. salary was higher in FY01 than FY02.

*[handwritten annotations:]*
- ADDP created this doc. From DMR data
- (excluding benefits)
- FY01

**Comparison of Average Annual Salary Levels for Direct Care Workers in Community Programs and State Operated Programs for People with Mental Retardation**
Source: FY01 Salary Reserve and DMR

[Bar chart comparing Community and State salary levels across Direct Care Job Classification Levels: DC1/MRW1, DC2/MRW2, DC3/MRW3, Supv/MRW4, with salary axis from $- to $45,000.00]

Direct Care Job Classification Levels

Legend: Community, State

## 2003 HHS Poverty Guidelines

| Size of Family Unit | 48 Contiguous States and D.C. | Alaska | Hawaii |
|---|---|---|---|
| 1 | $ 8,980 | $11,210 | $10,330 |
| 2 | 12,120 | 15,140 | 13,940 |
| 3 | 15,260 | 19,070 | 17,550 |
| 4 | 18,400 | 23,000 | 21,160 |
| 5 | 21,540 | 26,930 | 24,770 |
| 6 | 24,680 | 30,860 | 28,380 |
| 7 | 27,820 | 34,790 | 31,990 |
| 8 | 30,960 | 38,720 | 35,600 |
| For each additional person, add | 3,140 | 3,930 | 3,610 |

**SOURCE**: *Federal Register*, Vol. 68, No. 26, February 7, 2003, pp. 6456