# COMMONWEALTH OF MASSACHUSETTS
## EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
### OPERATIONAL SERVICES DIVISION



# OUTSIDE SECTION 445

## STUDY OF THE IMPACT OF SALARY RESERVE

## FY 1997 TO FY 2000

*An examination of the impact of Salary Reserves on the salaries of human service staff employed through contracts with state departments within the Executive Office for Health and Human Services and the Executive Office of Elder Affairs.*

**JANUARY 2001**

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

# TABLE OF CONTENTS

EXECUTIVE SUMMARY .................................................................................................. 1

HISTORY OF SALARY RESERVE ................................................................................... 3

METHODOLOGY ................................................................................................................ 4

    Data Gathering/Contractor Surveys ........................................................................... 5
    Outreach Efforts and Universe of Participants ......................................................... 6
    Response Rates .............................................................................................................. 6

RESULTS – IMPACT OF THE SALARY RESERVES ................................................... 7

    Number of Persons Earning Less than $20,000 and Less than $30,000 in FY 1997 and FY 2000 ......... 7
    Turnover Rates ............................................................................................................. 7
    Wages ............................................................................................................................ 8
    Recruitment and Retention ......................................................................................... 9

CONCLUSION .................................................................................................................... 10

APPENDICES ..................................................................................................................... 11

    SALARY RESERVE SUMMARY CHART ............................................................ 11
    CONTRACT TERMS – POS ...................................................................................... 15
    CONTRACT TERMS – HOMEMAKERS ................................................................ 18
    SURVEY – POS .......................................................................................................... 23
    SURVEY - HOMEMAKERS ..................................................................................... 27

# OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
### FY 1997 TO FY 2000

## EXECUTIVE SUMMARY

The Operational Services Division (OSD) was directed by Outside Section 445 of the FY 2001 budget to conduct a study of the impact of past Salary Reserves. The statute called for, among other things, a comparison of FY 1997 and FY 2000 on the number of employees earning less than $20,000 and less than $30,000 and the rate of turnover for human service personnel employed by agencies under contract with the Executive Office of Health and Human Services and the Executive Office of Elder Affairs.  The full text of Outside Section 445 reads as follows:

> Notwithstanding the provisions of any general or special law to the contrary, the operational services division shall conduct a study of the effects of appropriations made in items 1599-6895 of section 2 of chapter 151 of the acts of 1996, 1599-6896 of section 2 of chapter 43 of the acts of 1997, 1599-6897 of section 2 of chapter 194 of the acts of 1998, and 1599-6898 of section 2 of chapter 127 of the acts of 1999 to increase the annual compensation of persons employed by private human service providers that deliver human and social services under contract with the executive office of health and human services and the executive office of elder affairs.  Said study shall include, but not be limited to, an examination of the effect of said appropriations on the rate of personnel turnover, an analysis of the number of such persons who earned an annual salary of less than $20,000 in fiscal year 1997 as compared to such persons who earned an annual salary of less than $20,000 in fiscal year 2000, and an analysis of such persons who earned an annual salary of less than $30,000 in the fiscal year 1997 as compared to such persons who earned an annual salary of less than $30,000 in fiscal year 2000.  Said division shall file a report with the house and senate committees on ways and means and with the clerks of the house of representatives and the senate on or before January 7, 2001.

The Operational Services Division, in consultation with contractors, the Executive Office of Elder Affairs, the Executive Office of Health and Human Services and the Fiscal Affairs Division, determined that the best way to assess the impact of past Salary Reserves would be to ask the participants directly.

As such, OSD developed two surveys, one for Purchase of Service (POS) contractors and one for Homemaker contractors. The surveys collected information on the numbers of employees, turnover rates, starting salaries and average salaries for six positions, four for POS and two for Homemaker services. The surveys also asked contractors about their ability to recruit and retain staff.

The results of the surveys, coupled with data gathered by OSD from past reserves, are contained in this report. The analysis reviews the information against an historical background of Salary Reserve initiatives dating back to FY 1984 and progresses through each survey measure. However, all findings and comparisons between FY 1997 and FY 2000 must be considered in light of ongoing expansion each fiscal year that has most likely resulted in an increase in the number of eligible positions in FY 2000, thus affecting employee counts, turnover rates and wages.

Further, it is important to note that any comparison of the impact of Salary Reserve statutes covering more than one year would require the language of the statutes to be identical in both years. However, this has not been the case for the Salary Reserve statutes. For example, the eligibility for FY 1997 was for *direct care workers* earning less than *$20,000* while in FY 2000 the eligibility was for *personnel* earning less than *$30,000*. Class rate programs and programs funded exclusively by federal funds were eligible in FY 1997 but not in FY 2000. These and other variations in the statute language each year suggest that the results of the study, while informative, should be viewed with caution due to the limitations inherent in any comparison between unequal items.

Historically, Salary Reserve funds were included in the budgets from FY 1984 through FY 1989, totaling $64,893,096. Initiatives were also in the budgets from FY 1997 through FY 2000, totaling $78,531,551.

# OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
### FY 1997 TO FY 2000

The outside section language required OSD to measure the impact of the above $78.5M investment in salaries from FY 1997 through FY 2000. It specifically called for a comparison between the numbers of persons earning less than $20,000 and less than $30,000 in FY 1997 and FY 2000 and the impact of the reserves on the rate of personnel turnover.

The number of persons earning less than $20,000 in FY 1997 was 18,500 for all eligible positions. The number of persons earning less than $20,000 in FY 2000 was 17,932 for all eligible positions.

The number of persons earning between $20,000 and $30,000 in FY 1997 is not available because the eligibility for participation in the FY 1997 reserve was limited to those earning less than $20,000. The number of persons earning between $20,000 and $30,000 in FY 2000 was 16,421 for all eligible positions.

The turnover rate in FY 1997 was lower than the rate in FY 2000. The average turnover rate for Purchase of Service contractors was 17.94% in FY 1997 compared to 25.75% in FY 2000. The average turnover rate for Homemaker agencies was 15.86% in FY 1997 compared to 29.62% in FY 2000.

The majority of contractors responded that wage levels had the biggest impact on turnover, followed by fringe benefits, the current economy (low unemployment), geography and the severity of client issues.

Wage levels were generally higher in FY 2000 than they were in FY 1997. The increases ranged from 8.88% to 15.25% based on the positions reported. These increases do not reflect the 15% of allocation amounts that contractors were allowed to set aside each year for increases in the employer portion of payroll and fringe benefit obligations directly associated with the increases.

Conclusions regarding the impact of the reserves must be considered in light of continued expansion and different eligibility criteria for each year of the reserves. For example, the modest decrease in the number of employees earning less than $20,000 in FY 2000 may be attributable to expansion each fiscal year that would have expanded the number of employees eligible in FY 2000.

Also, the varying eligibility requirements in the reserve statutes each year did not allow for a comparison of those earning between $20,000 and $30,000 for each year.

Next, the higher turnover rate in FY 2000 as compared to FY 1997 may not necessarily be attributable to a lack of impact by the reserves. In addition to wages levels, the economy, fringe benefits, geography and the severity of client issues may have also been contributing factors.

The survey results also showed that starting salaries were higher in FY 2000 than in FY 1997. The finding of higher starting salaries for *positions* was in addition to the expectation of continued higher salaries by *employees*.

Finally, contractors generally indicated that the Salary Reserves had "somewhat" improved their ability to recruit and retain staff. When asked how their agencies would have fared had there been no Salary Reserve, contractors agreed that the reserves had been important and they would have had greater difficulty in maintaining their operations without the increases. Increased turnover would have been the greatest negative consequence, followed by longer vacancies, decreased quality of services, fewer clients served and concerns about safety issues.

2

**OPERATIONAL SERVICES DIVISION**
**OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE**
**FY 1997 TO FY 2000**

## HISTORY OF SALARY RESERVE

The issue of wages paid by contractors has been examined and addressed in the budgetary process as far back as 1984. To provide an historical perspective on this issue, the various initiatives and approaches to this issue taken since 1984 are summarized below.

- *Fiscal Year 1984:* The sum of $5,000,000 was appropriated to the Department of Mental Health[1] to provide a cost of living increase to direct care staff in community-based programs for the mentally ill and mentally retarded. All direct care employees received the same percentage increase.

- *Fiscal Year 1985:* The sum of $5,733,096 was appropriated to the Department of Mental Health to provide a 4% cost of living increase to workers in community-based programs for the mentally ill and mentally retarded. Again, all direct care employees received the same percentage wage increase.

- *Fiscal Year 1986:* The sum of $10,610,000 was appropriated to provide an across-the-board increase to all direct care staff under contract to five state human service agencies: the Department of Mental Health, the Department of Public Health, the Department of Youth Services, the Massachusetts Rehabilitation Commission and the Department of Social Services.

- *Fiscal Year 1987:* The sum of $13,750,000 was appropriated for the purpose of increasing the salaries of direct care employees in contracted social and rehabilitative programs. The appropriation was distributed to direct care personnel equally across all service categories.

- *Fiscal Year 1988:* A Salary Reserve account of $12,500,000 was established for the purpose of increasing the salaries of the lowest paid direct care employees and first line supervisory staff employees in contracted social and rehabilitative programs, with emphasis given to day care and mental retardation service contractors. The Executive Office of Health and Human Services implemented the Salary Reserve by establishing a $14,500 floor for all full time direct care staff that contracted with the Department of Mental Retardation. Day care workers were granted 2% more and workers in Department of Youth Services programs received 1% more than other workers contracting with other EOHHS agencies. All increases were limited to employees making less than $19,000.

- *Fiscal Year 1989:* A Salary Reserve account of $17,300,000 was established. EOHHS implemented the Salary Reserve by increasing wages for direct care staff earning less than $15,000 by 4%; employees earning between $15,000 and $29,999 received a 3% increase.

- *Fiscal Year 1994:* The governor's proposed budget included $11,595,000 to implement a pricing system to allow social service programs to reimburse direct care staff at fair market rates. The measure was not incorporated into the final approved budget.

- *Fiscal Year 1995:* The governor's proposed budget included $15,000,000 for a Purchase of Service quality enhancement reserve; the Senate Committee on Ways and Means proposed $10,000,000 for a 6% increase for the lowest paid direct care workers. The initiative died in conference.

- *Fiscal Year 1996:* The governor's proposed budget included $15,000,000 targeted toward the lowest paid workers providing residential services to Commonwealth consumers. The legislature did not appropriate funds for this purpose, but did pass Outside Section 307 directing the examination of compensation paid to private mental health, mental retardation and day care workers employed through contracts with the state departments of mental health, mental retardation, social services and transitional assistance.[2]

---

[1] The Department of Mental Retardation was not a separate department until 1989.

[2] The reserve information for FY 1984 through FY 1996 is from the Outside Section 307 Study, produced by the Operational Services Division in FY 1996. The FY 1997 Salary Reserve was based, in part, on the results of that study.

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

- *Fiscal Year 1997:* The budget included $14,031,551 for salary increases for *direct care workers* earning less than *$20,000* in the Department of Mental Retardation, the Department of Mental Health, the Department of Transitional Assistance, the Massachusetts Rehabilitation Commission, the Massachusetts Commission for the Deaf and Hard of Hearing, the Massachusetts Commission for the Blind, the Department of Public Health, the Department of Social Services, the Department of Youth Services, and Homemakers within the Executive Office of Elder Affairs. Eligible employees received a 4% increase.

- *Fiscal Year 1998:* The budget included $15,000,000 for salary increases for *direct care workers and their supervisors* earning less than *$30,000* in departments within the Executive Office of Health and Human Services and the Executive Office of Elder Affairs. Eligible employees received a 2.96% increase.

- *Fiscal Year 1999:* The budget included $21,500,000 for salary increases for *personnel* earning less than *$30,000* in departments within the Executive Office of Health and Human Services and the Executive Office of Elder Affairs. Eligible employees received a 3.93% increase.

- *Fiscal Year 2000:* The budget included $28,000,000 for salary increases for *personnel* earning less than *$30,000* in departments within the Executive Office of Health and Human Services and the Executive Office of Elder Affairs. Eligible employees received a 4.75% increase.

- *Fiscal Year 2001:* Although FY 2001 information is not a part of this study, the budget included $15,000,000 for salary increases for *personnel* earning less than *$25,000* in departments within the Executive Office of Health and Human Services and the Executive Office of Elder Affairs. Eligible employees earning less than $20,000 received a 3% increase. The reserve also provided a 2.88% increase to those employees earning between $20,000 and $25,000.[3]

The above initiatives were intended to increase employee salaries. This intent was also expressed in the terms and conditions of the special Salary Reserve contracts for each year.[4] These contracts explicitly stated that funds were to be used for employees' salaries, as illustrated by the following excerpts:

*From the Purchase of Service 2000 Terms and Conditions:* All funds received through this agreement will be used only for salary increases and the employer portion of payroll and fringe benefit obligations directly associated with the salary increases for eligible personnel earning less than $30,000 in annual compensation in programs funded by the above cited contracts, in accordance with the provisions of St. 1999, c.127, s.2, item 1599- 6898 and the OSD FY 2000 Salary Reserve Implementation Plan and this Attachment A.

*From the Homemaker 2000 Terms and Conditions:* As part of the $.47 rate increase, the sub-contractor must increase homemaker wages by $.37 per unit, is required to set aside up to $.06 per hour billed at its Revised Unit Rate for the employer portion of payroll and fringe benefit obligations directly associated with the homemaker wage increase, and pay $.04 wage and payroll tax for support/supervisory/administrative staff who meet eligibility guidelines. Moneys not spent in their entirety for homemaker payroll taxes or support/supervisory/administrative wages/payroll taxes may be applied toward wages of eligible employees.

# METHODOLOGY

The Operational Services Division, in reviewing the statute and consulting with contractors, the Executive Office of Elder Affairs, the Executive Office of Health and Human Services and the Fiscal Affairs Division, determined that the best method of assessing the impact of past reserves would be via a contractor questionnaire.

---

[3] A chart summarizing the Salary Reserves from FY 1997 to FY 2001, including department allocation amounts, is available in the Appendices.

[4] The Salary Reserve terms and conditions for Purchase of Service and Homemaker contractors for FY 1997 and 2000 are available in the Appendices.

## OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
## FY 1997 TO FY 2000

In addition to the information collected from the contractors, data from past Salary Reserves was used to provide the total number of employees earning less than $20,000 in FY 1997 as compared to FY 2000 for all positions. Data from past Salary Reserves was also used to provide the total number of employees earning between $20,000 and $30,000 in FY 2000 for all positions.

Descriptions of the survey design, outreach efforts, universe of participants and the response rates follow.

### *Data Gathering/Contractor Surveys*

OSD developed two surveys, one for Purchase of Service (POS) contractors and a second, separate survey for Homemaker contractors. The decision to issue two separate surveys was based on specific aspects of wages and issues that are unique to the POS and Homemaker service systems. For example, Homemaker services are based on unit rates and tend to be provided by part time employees. Further, Homemaker wages tend to be lower than wages for POS workers.

Each survey was limited to one page in length and contained instructions and definitions in order to minimize confusion and increase the potential response rate. [5]

For the purposes of this report, OSD has combined the data from both surveys. Distinctions have been made between the two systems, where appropriate. The surveys asked for employee counts, vacancy and wage information on four positions for the Purchase of Service system and two positions for Homemaker services. These positions, described below, were selected because they represented the majority of employees who had benefited from the reserves.

*POS Case Workers, Managers:* Individuals providing casework/case management services, including service eligibility determination, service plan development, service coordination, resource development, advocacy, etc.

*POS Direct Care Supervisors:* Staff members whose primary responsibility is the supervision of nonprofessional or paraprofessional direct care/program staff in the performance of their programmatic functions or whose duties involve significant responsibility for program operations or logistics. Supervisors in this title may also perform direct client care.

*POS Direct Care Workers II:* Staff, requiring a Bachelor's degree, experience or specific skills, who are responsible for the general daily care of program clients/service recipients or for primary program service delivery.

*POS Direct Care Workers I:* Staff who are responsible for the general daily care of program clients/service recipients or for primary program service. This includes relief employees on payroll.

*Homemakers and Personal Care Homemakers:* Homemakers who provide assistance with: shopping, menu planning, meal preparation, laundry, and light housekeeping, including but not limited to, vacuuming, dusting, dry mopping, dish washing, cleaning the kitchen and bathroom, and changing beds. Personal Care Homemakers provide assistance with: bathing, dressing, shampoo and hair combing, foot care (excluding nail cutting), denture care, shaving, bedpan routines, eating, ambulating and transfers.

---

[5] Both surveys are available in the Appendices.

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

*Homemaker Supervisors, including Registered Nurses/Supervisors, Licensed Practical Nurses/ Supervisors and Field/Home Care Supervisors:* Individuals whose primary responsibility is the supervision of Homemakers in the performance of their duties or whose function involves significant responsibility for program operations or logistics. Supervisors may also perform direct client care.

Questions regarding recruitment and retention were included in order to elicit anecdotal information that would not have been easily captured from hard data. Thus, contractors had the opportunity to fully express their views.

*Please note:* Some contractors indicated they did not have sufficient information in their records to complete or estimate some of the items. However, OSD was able to perform an analysis on the information that the majority of contractors were able to provide.

Also, many contractors interpreted a survey question regarding average length of vacancies as a question about vacation length (due to an abbreviation on the survey form). Despite the ability to identify and discount obvious misinterpretations, OSD still had concerns about the integrity of this data. As such, OSD did not include findings on the average length of vacancies in the report.

## Outreach Efforts and Universe of Participants

OSD sent letters to all 549 Purchase of Service FY 2000 reserve participants, inviting them to complete a short survey. Contractors were directed to the Purchased Services Homepage on the Internet in order to download and complete the survey using Excel software. The Purchased Services Homepage has been the source for all Salary Reserve surveys and information for the past few years. As such, POS contractors were familiar with this location for the survey. In addition to the letters, OSD sent approximately 250 e-mail invitations to those POS contractors with e-mail addresses on file. OSD also sent letters to 137 Homemaker agencies inviting them to participate in the study. In order to increase the response rate, OSD invited all participants to respond via e-mail or facsimile.

## Response Rates

The combination of a high level of contractor interest in the reserves and the various outreach efforts described above yielded a statistically significant response rate, sufficient for analysis.

*Purchase of Service:*

290 contractors responded to the survey (out of 549 invited to participate) resulting in a response rate of 53%. Of these contractors, a full 200 had also participated in FY 1997. The responses from contractors who participated in both FY 1997 *and* FY 2000 (36% of the 549 invited to participate) were used to compare FY 1997 to FY 2000 in the analysis of the "hard data" regarding numbers of employees, turnover and wages.

All of the 290 responses were considered in the analysis of the structured and narrative questions since all respondents had participated in at least one (FY 2000) or more (1998 and 1999) Salary Reserves. Hence, their input was deemed relevant and important to a full analysis of the impact of the reserves.

*Homemaker:*

30 Homemaker agencies responded (out of 137 invited to participate) for a response rate of 22%.

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

# RESULTS – IMPACT OF THE SALARY RESERVES

*Number of Persons Earning Less than $20,000 and Less than $30,000 in FY 1997 and FY 2000*

| Year | Number of Employees Earning Less than $20,000 | Number of Employees Earning Between $20,000 and $30,000 |
|------|------|------|
| FY 1997 | 18,500 | Not available |
| FY 2000 | 17,932 | 16,421 |

The statute specifically required the study to assess the impact of the reserves via a comparison of the numbers of persons earning less than $20,000 and less than $30,000 in FY 1997 and FY 2000. The source for this information is the Salary Reserve data on file at OSD. The numbers include all of the eligible employees who participated in the reserves (not just those selected for this study).

The number of persons earning less than $20,000 in FY 1997 was 18,500 for all eligible positions. The number of persons earning less than $20,000 in FY 2000 was of 17,932 for all eligible positions. Although a greater decrease in the number of employees earning less than $20,000 in FY 2000 might have been an expected outcome of reserves since FY 1997, expansion in each subsequent fiscal year, resulting in an increase in the number of eligible positions in FY 2000, could have affected these numbers.

The number of persons earning between $20,000 and $30,000 in FY 1997 is not available because the eligibility for participation in FY 1997 was limited to those earning less than $20,000. The number of persons earning between $20,000 and $30,000 in FY 2000 was 16,421 for all eligible positions.

## Turnover Rates

| Position | FY 1997 | | | FY 2000 | | |
|----------|---------|---------|---------------|---------|---------|---------------|
| | # of Employees | # of Vacancies | Turnover Rate | # of Employees | # of Vacancies | Turnover Rate |
| POS Case Worker, Manager | 455 | 93 | 20.44% | 819 | 178 | 21.73% |
| POS Supervisor | 999 | 113 | 11.31% | 1,301 | 294 | 22.60% |
| POS Direct Care II | 3,076 | 464 | 15.08% | 3,664 | 1,027 | 28.03% |
| POS Direct Care I | 6,899 | 1,380 | 20.00% | 8,097 | 2,076 | 25.64% |
| *POS Totals* | *11,429* | *2,050* | *17.94%* | *13,881* | *3,575* | *25.75%* |
| Homemakers | 932 | 156 | 16.74% | 955 | 291 | 30.47% |
| Homemaker Supervisor | 58 | 1 | 1.72% | 58 | 9 | 15.52% |
| *Homemaker Totals* | *990* | *157* | *15.86%* | *1,013* | *300* | *29.62%* |

The statute also required an assessment of the impact of the reserves on the rate of personnel turnover. The turnover rate for each position was calculated by dividing the number of vacancies by the number of employees (capacity) for the fiscal year. The average rate of turnover for POS was 17.94% in FY 1997 and 25.75% in FY 2000. The average rate of turnover for the Homemaker contractors was 15.86% in FY 1997 and 29.62% in FY 2000. While one might expect an increase in the turnover rate for the lowest paid employees, of particular note is the increase in the FY 2000 turnover rates for supervisory direct care positions such as POS Supervisor and POS Direct Care II.

## OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
### FY 1997 TO FY 2000

*Wages*

| Position | FY 1997 | | FY 2000 | | | % Increase in Starting Salary between FY 1997 and FY 2000 [6] |
|---|---|---|---|---|---|---|
| | # of Employees | Starting Salary | # of Employees | Average Salary | Starting Salary | |
| POS Case Worker, Manager | 455 | $20,612 | 819 | $24,546 | $22,443 | 8.88% |
| POS Supervisor | 999 | $22,893 | 1,301 | $27,677 | $25,637 | 11.99% |
| POS Direct Care II | 3,076 | $18,868 | 3,664 | $22,378 | $21,026 | 11.44% |
| POS Direct Care I | 6,899 | $16,691 | 8,097 | $19,811 | $18,567 | 11.24% |
| Homemaker | 932 | $14,475 | 955 | $17,677 | $16,683 | 15.25% |
| Homemaker Supervisor | 58 | $24,867 | 58 | $29,380 | $27,526 | 10.69% |

Starting salaries were increased between 8.88% and 15.25% from FY 1997 to FY 2000. (Please note: Homemaker Supervisors were not eligible for reserve funds in FY 1997.) As employees left and contractors hired new employees, contractors generally paid new hires (with less experience) a higher wage than the starting wage in FY 1997.

The average salaries for FY 2000 are presented here for consideration of the overall impact of the reserves, with the average salary ranging from a low of $17,677 for Homemakers to a high of $29,380 for Homemaker Supervisors. OSD elected not to request average salary information for FY 1997 since it may not have been readily available. Therefore, a comparison of the average wage for these years is not presented in this report. It is important to note that the expectation of a higher salary on the part of the employee has been supported by rolling the funds received in each year of the reserve into the base of departments' and contractors' allocations for subsequent years.

---

[6] In each year of the reserves, contractors were allowed to set aside up to 15% of their allocation for increases in the employer portion of payroll and fringe benefit obligations directly associated with the increases. Accordingly, this amount is not reflected in the percentage increases.

# OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
### FY 1997 TO FY 2000

*Recruitment and Retention*

**How has salary upgrading improved your ability to recruit and retain staff?**

| Recruit/Retain | 1 – Not at All | 2 – A Little | 3 – Somewhat | 4 – More than Somewhat | 5 – A Lot |
|---|---|---|---|---|---|
| Recruit | 9% | 24% | 32% | 23% | 12% |
| Retain | 9% | 20% | 33% | 23% | 15% |

**What factors currently influence your ability to recruit and retain staff?**

| Wage Levels | Fringe Benefits | Unemployment Rate | Geography (Region) | Severity of Client Issues |
|---|---|---|---|---|
| 91% | 76% | 72% | 49% | 34% |

In general, contractors responded that salary upgrading had "somewhat" improved their ability to recruit and retain staff. Contractors were also asked to rank and comment [7] on factors that influenced their ability to recruit and retain staff. *Low wages*, the cost of *fringe benefits* and the *unemployment rate* (strong economy) were found to have strongly impacted the contractors' ability to recruit and retain staff [8] followed by the factors of *geography* and the *severity of client issues*.

*Wages levels* tended to be the primary factor influencing contractors' ability to recruit and retain staff. Some contractors reported they received no responses to advertisements placed in newspapers due to the low starting salaries of their open positions. Several contractors gave examples of losing staff to retail jobs in the community that required less skill, offered higher salaries and had less stress. Expressing the sentiments of several contractors, one stated, "…it is harder to attract skilled staff to this line of work when other industries can afford better pay and have less of a 'burnout' factor." Other contractors gave examples of employees working an additional job in order to increase their wages.

Another major factor in staff recruitment and retention was the issue of *fringe benefits*. Rising health insurance premiums were cited most frequently with the increases ranging from 10% to 33%. The *unemployment rate*, i.e., a strong economy, was the third leading factor. Contractors cited the "tight labor market" and the need to compete with other industries as negative factors. Many contractors noted the compounding relationship between one or more factors, especially wage levels and the unemployment rate. For example, the strong economy had an especially acute and negative impact on their ability to attract staff at lower wage levels. Contractors tended to have more success when unemployment was high and qualified professionals were willing to accept lower paying positions. *Geography* also played a role although to a much lesser extent. Contractors reported that rural areas presented problems as did the cost of housing in certain areas of the state. The *severity of client issues* was also a factor, with contractors expressing concern over staff "burnout."

In addition to the factors listed on the survey, contractors also noted that newer contracts had been generally awarded at levels that provided adequate funding. However, over the years, new funds had been prioritized for servicing additional consumers or for applying resources to programs where consumers had become more difficult to serve, rather than for providing increases to existing contracts.

---

[7] In the interest of space, OSD has selected only illustrative contractor comments to include in this report. A summary of all of the contractors' comments is available upon request.

[8] The percentages given in this section have been rounded. Further, in the questions that listed multiple factors, contractors were able to select more than one factor.

## OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
## FY 1997 TO FY 2000

**What if Salary Reserve Funds Had Not Been Available for the Past Few Years?**

In both the check-off and the comment sections of this "what if" question, the contractors projected the following:

| Increased Turnover | Longer Vacancies | Decreased Quality of Services | Less Clients Served | Safety Issues |
|---|---|---|---|---|
| 81% | 76% | 64% | 49% | 47% |

# CONCLUSION

The data collected from the surveys, as well as the contractors' comments, provide some information about the impact of the reserves for the past four years. However, all findings must be considered in light of other factors such as expansion, differences in eligibility for the reserves each year and the strong economy.

First, the number of persons earning less than $20,000 in FY 2000 was fewer than the number of those earning less than $20,000 in FY 1997, but only by 568 people. While one might have expected to see a greater decrease, indicating a greater impact of the reserves in shifting wages, the lower number may be attributable to expansion of programs between FY 1997 and FY 2000, thus bringing more eligible employees into the Purchase of Service system.

Second, the rate of turnover in FY 2000 was higher than in FY 1997. Again, expansion must be considered. This may have also been due to a strong economy, lower unemployment and higher wage expectations of job seekers rather than the impact (or lack thereof) of the Salary Reserves. One may conclude, however, from the contractors' comments, that this rate would have been even higher had there been no reserves.

Third, starting wages for all positions studied increased from FY 1997 to FY 2000. The fact that *starting* wages increased over the years (with even higher average wages for 2000) may indicate that the reserves had an impact.

Finally, the Salary Reserves had "somewhat" impacted contractors' ability to recruit and retain staff. There was general agreement among contractors that no reserves would have negatively impacted their ability to recruit and retain staff. Longer vacancies, decreased service quantity and quality and an increase in safety issues would have also resulted from a lack of reserves.

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

APPENDICES


SALARY RESERVE SUMMARY CHART

OPERATIONAL SERVICES DIVISION SALARY RESERVE FY 1997 - FY 2001

| Year | Reserve Amount | % Increase for Salary Reserve | % Inflation | FTE's Regular Purchase of Service | No. of Contractors | FTEs Homemakers (EOEA) | No. of Homemaker Contractors (EOEA) | Comments |
|---|---|---|---|---|---|---|---|---|
| FY 1997 | $14,031,551 | 4.00% | 2.00% | 16,000 | 447 | 2,500 | 110 | *Included:* • Those earning less than $20,000 • 10 named departments • Class rates • Direct care workers<br><br>*Excluded:* • Child care • Sped<br><br>*Other:* • Increase was limited to 4% |
| FY 1998 | $15,000,000 | 2.96% | 2.63% | 25,450 | 547 | 2,600 | 120 | *Included:* • Those earning less than $30,000 • EOHHS and EOEA • Direct care workers and their supervisors<br><br>*Excluded:* • Class rates • Child care • Sped |
| FY 1999 | $21,500,000 | 3.93% | 2.60% | 27,000 | 544 | 2,800 | 159 | *Included:* • Those earning less than $30,000 • EOHHS and EOEA • Personnel<br><br>*Excluded:* • Class rates • Child care • Sped • Federally funded contracts |

12

| Year | Reserve Amount | % Increase for Salary Reserve | % Inflation | FTE's Regular Purchase of Service | No. of Contractors | FTEs Homemakers (EOEA) | No. of Homemaker Contractors (EOEA) | Comments |
|---|---|---|---|---|---|---|---|---|
| FY 2000 | $28,000,000 | 4.75% | 2.79% | 28,000 | 548 | 3,600 | 147 | **Included:** <br>• Those earning less than $30,000 <br>• EOHHS and EOEA <br>• Personnel <br><br> **Excluded:** <br>• Class rates <br>• Child care <br>• Sped <br>• Federally funded contracts |
| FY 2001 | $15,000,000 | 3% for employees earning < $20,000 (with an additional 15% of the allocation for employer related expenses)<br><br>2.88% for employees earning between $20,000 and $25,000 (of which up to 15% may be used for employer related expenses) | 2.81% | 22,000 | 479 | 3,800 | 148 | **Included:** <br>• Those earning less than $25,000 <br>• EOHHS and EOEA <br>• Personnel <br><br> **Excluded:** <br>• Class rates <br>• Child care <br>• Sped <br>• Federally funded contracts |

13

## DEPARTMENT ALLOCATION FOR SALARY RESERVES FY 1997 - FY 2001

| Department | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 |
|---|---|---|---|---|---|
| Department of Mental Health | $ 2,350,047 | $ 2,865,927 | $ 4,201,656 | $ 5,122,787 | $ 2,436,258 |
| Department of Mental Retardation | $ 5,961,270 | $ 6,046,158 | $ 8,738,531 | $ 11,747,195 | $ 6,936,930 |
| Department of Public Health | $ 576,596 | $ 712,275 | $ 1,068,796 | $ 1,517,210 | $ 642,230 |
| Department of Transitional Assistance | $ 362,776 | $ 678,756 | $ 849,266 | $ 1,125,185 | $ 484,257 |
| Dept. of Housing and Comm. Dev. | $ 0 | $ 52,271 | $ 68,048 | $ 85,209 | $ 4,826 |
| Department of Social Services | $ 780,692 | $ 1,239,845 | $ 1,861,948 | $ 2,401,704 | $ 1,133,059 |
| Department of Youth Services | $ 561,942 | $ 745,341 | $ 1,140,518 | $ 1,381,601 | $ 646,608 |
| Massachusetts Rehabilitation Commission | $ 251,317 | $ 396,900 | $ 370,507 | $ 534,491 | $ 278,253 |
| Massachusetts Commission for the Blind | $ 91,329 | $ 77,153 | $ 102,035 | $ 135,424 | $ 89,461 |
| Mass. Comm. for the Deaf and Hard of Hearing | $ 6,267 | $ 9,298 | $ 22,055 | $ 31,359 | $ 15,119 |
| Office of Child Care Services | $ 0 | $ 22,783 | $ 143,461 | $ 183,538 | $ 93,198 |
| Office for Refugees and Immigrants | $ 0 | $ 12,386 | $ 2,937 | $ 5,738 | $ 0 |
| Executive Office of Elder Affairs | $ 1,826,714 | $ 2,087,183 | $ 2,914,333 | $ 3,728,557 | $ 2,214,086 |
| Exec. Office of Health & Human Services | $ 0 | $ 0 | $ 15,909 | $ 0 | $ 0 |
| Unallocated (as of 1/01) | $ 1,262,601 | $ 53,724 | $ 0 | $ 0 | $ 25,715 |
| Total | $14,031,551 | $ 15,000,000 | $ 21,500,000 | $ 28,000,000 | $ 15,000,000 |

14

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

# CONTRACT TERMS – POS

## FY 1997 AND FY 2000

# COMMONWEALTH OF MASSACHUSETTS
## FY '97 DIRECT CARE SALARY RESERVE INCREASE AGREEMENT

Agreement #: _____

Master Agreement #: _____

This contractual agreement is entered into between the parties specified below pursuant to the terms cited below, the terms of Chapter 151 of the Acts of 1996, section 2, item 1599 - 6895 and the Division of Purchased Services (DPS) Salary Reserve Implementation Plan.

| Department Name: | Provider: |
|---|---|
| Contract Manager: | Vendor Code: |
| Phone Number:<br>(    ) | Phone Number:<br>(    ) |
| Business Mailing Address: | Business Mailing Address: |

This agreement is being executed for the purpose of funding a salary increase for the period July 1, 1996 to June 30, 1997, of up to 4% for eligible direct care workers earning less than $20,000 in annual compensation who work in programs under the following Department contracts (if more space is needed, list additional contracts on the back side and check here ____):

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

The net Fiscal Year 1997 maximum obligation for this agreement covering all contracts listed above, based on allocation of available funds and the completed survey data submitted by the Provider, is $_____.
The approved DPS allocation schedule and associated backup data pursuant to the DPS Salary Reserve Implementation Plan shall serve as documentation for payment of these funds.

**IN WITNESS WHEREOF, the Provider certifies, under the pains and penalties of perjury that it shall comply with all of the following provisions and shall remain in compliance with these provisions for the life of this agreement:** the Provider submitted valid, accurate salary survey data; all funds received through this agreement will be used for salary increases and the employer portion of payroll taxes (FICA, unemployment insurance, workers' compensation insurance and FUTA) directly associated with the salary increases for eligible direct care workers earning less than $20,000 in programs funded by the above cited contracts, in accordance with the provisions of St. 1996, c.151, s.2, item 1599 - 6895 and the Salary Reserve Implementation Plan; salary increases are retroactive to July 1, 1996; payments to eligible workers should begin no later than October 1, 1996 or within 10 days of receipt of these funds by the Provider, whichever is later; Providers may award individual salary increases up to 4% to eligible workers based on merit, longevity or other labor market concerns, however no individual eligible worker may receive greater than a 4% increase from the agreement's funds; employees whose employment with the Provider ended prior to the execution of this agreement need not receive a portion of the funds; Providers must maintain until June 30, 2004, detailed data to support the salary survey submission and documentation describing how the funds were actually distributed for all agreements; upon request of the Department, the Provider will submit data on actual distribution of funds under this agreement within 30 days. In addition to all other rights granted to the Commonwealth under law and the Master Agreement, the Department, Division of Purchased Services and the Office of the State Auditor or their designees may request information and conduct inspections, desk reviews and audits of Provider records to determine compliance with the terms of this salary agreement. As part of the Provider's Fiscal Year 1997 audit, the Provider's independent auditor shall test for compliance with the terms of this agreement. Should the Provider fail to comply with any of the terms of this agreement the funds are subject to immediate recoupment, through repayment by the Provider, intercept through the Office of the State Comptroller, or such other actions as may be necessary to recover such funds, costs or damages for breach of this agreement. The parties do not intend to create any rights in direct care workers to enforce this agreement.  **IN WITNESS WHEREOF, the Provider and Department certify under the pains and penalties of perjury that this agreement is conditioned upon and integrated within the Master Agreement between the Provider and its Principal Purchasing Agency and the Provider further certifies that it is in compliance with the terms of its Master Agreement, as indicated by the execution of the authorized signatories of the Department and the Provider as of the last date indicated below:**

**For the Provider:**                              **For the Department:**

X: _____                X: _____
    (Signature)                                      (Signature)
Name: _____                Name: _____

Title: _____                Title: _____

Date: _____                Date: _____

16

# FY 2000 Salary Reserve Contract
## Attachment A

| >>Vendor Code: | Document ID: |
|---|---|
| >>CONTRACTOR NAME: | DEPARTMENT NAME: |

Pursuant to Chapter 127 of the Acts of 1999, item 1599-6898, the terms of the Operational Services Division (OSD) FY 2000 Salary Reserve Implementation Plan, the Commonwealth Terms and Conditions for Human and Social Services, the Standard Contract Form and Attachment A, this contract is to fund the cost of a salary increase for the period July 1, 1999 to June 30, 2000 for eligible personnel earning less than $30,000 in annual compensation who work in programs under the following eligible Department contracts:

_____    _____    _____

_____    _____    _____

_____    _____    _____

The Fiscal Year 2000 maximum obligation of this agreement is $_____, and covers the contracts listed above. This sum was determined based on wage data submitted or reviewed by the Contractor and the allocation plan developed by OSD. The approved OSD allocation schedule and associated backup data pursuant to the OSD FY 2000 Salary Reserve Implementation Plan shall serve as documentation for payment of these funds.

**By signing the Standard Contract Form, the Contractor certifies, under the pains and penalties of perjury that it shall also comply with all of the following provisions and shall remain in compliance with these provisions for the life of this agreement:**

1) The Contractor submitted or reviewed valid, accurate salary survey data and only eligible contracts are listed; OR, in the case of using FY 1999 salary data, there were no significant changes to the eligible salaries in each underlying contract;
2) All funds received through this agreement will be used only for salary increases and the employer portion of payroll and fringe benefit obligations directly associated with the salary increases for eligible personnel earning less than $30,000 in annual compensation in programs funded by the above cited contracts, in accordance with the provisions of St. 1999, c.127, s.2, item 1599- 6898 and the OSD FY 2000 Salary Reserve Implementation Plan and this Attachment A;
3) The Contractor may set aside up to 15% of its allocation (which is the total maximum obligation of this agreement) for increases in the employer portion of payroll and fringe benefit obligations directly associated with eligible employee salary increases;
4) Based on the actual allocation received, the Contractor must give each eligible employee (with certain exceptions, see provision #9 below) at least a 3% increase in salary (not including the increase in employer payroll and fringe benefit obligations), such that the annualized cost for all increases in salary and employer portion of related payroll and fringe benefit obligations does not exceed the FY 2000 reserve award;
5) Reserve funds that would otherwise go unspent because of staff turnover or re-deployment may be used at the Contractor's discretion for eligible employees during FY 2000 only;
6) Salary increases are retroactive to July 1, 1999, where appropriate;
7) Payments to eligible employees should begin no later than February 22, 2000 or within 10 days of receipt of these funds by the Contractor, whichever is later;
8) Employees whose employment with the Contractor ended prior to 11/16/99 need not receive a portion of the funds; however, employees who left the Contractor's agency on 11/16/99 or later must be paid their share of the allocation if they so request.
9) The Contractor need not give increases to employees whose performance was rated unsatisfactory on their most recent performance appraisal or who are currently subject to disciplinary action.
10) The Contractor must maintain until June 30, 2007 detailed data to support the salary survey submission or review and documentation describing how the funds were actually distributed for all FY 2000 Salary Reserve agreements;
11) Upon request of OSD or the Department, the Contractor must, within 30 days, submit data on the actual distribution of funds under this agreement;
12) In addition to all other rights granted to the Commonwealth under law and the Terms and Conditions for Human and Social Services, the Department, the Operational Services Division and the Office of the State Auditor or their designees may request information and conduct inspections, desk reviews and audits of Contractor records to determine compliance with the terms of this agreement;
13) As part of the Contractor's Fiscal Year 2000 audit, the Contractor's independent auditor shall test for compliance with the terms of this agreement. Should the Contractor fail to comply with any of the terms of this agreement the funds are subject to immediate recoupment, through repayment by the Contractor, intercept through the Office of the State Comptroller, or such other actions as may be necessary to recover such funds, costs or damages for breach of this agreement; and,
14) If the Contractor's allocation includes funds for a Subcontractor's eligible personnel, the Contractor is required to disburse those funds and enter into a written agreement consistent with and subject to the same terms as this agreement with its Subcontractor. The Contractor is responsible for assuring its Subcontractor's compliance with the terms of the agreement.

The parties do not intend to create any rights in the Contractor's personnel to enforce this agreement.

## OPERATIONAL SERVICES DIVISION
### OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
### FY 1997 TO FY 2000

## CONTRACT TERMS – HOMEMAKERS

### FY 1997 AND FY 2000

## COMMONWEALTH OF MASSACHUSETTS
## DIRECT CARE SALARY RESERVE INCREASE AMENDMENT

**Service Contract Amendment #:** _____          **Master Agreement #:** _____

This contractual amendment is entered into between the Executive Office of Elder Affairs (EOEA) and the Provider pursuant to the terms cited below, the terms of Chapter 151 of the Acts of 1996, section 2, item 1599-6895 and the Division of Purchased Services (DPS) Salary Reserve Implementation Plan.

| | |
|---|---|
| Department Name: Executive Office of Elder Affairs | Provider: |
| Contract Manager: | Vendor Code: |
| Phone Number:<br>(   ) | Phone Number:<br>(   ) |
| Business Mailing Address: | Business Mailing Address: |

This amendment is being executed to increase the rate for homemaker/personal care homemaker services to elders for the purpose of funding a salary increase for the period July 1, 1996 to June 30, 1997, of up to 4% for eligible direct care homemaker or personal care workers earning less than $20,000.00 in annual compensation.

The net Fiscal Year 1997 increase in maximum obligation for this amendment, covering an increase in rates for _____ units of service at a rate of $_____ based on allocation of available funds and the completed survey data submitted by the Provider, is $_____.

Original Agreement Total: $_____          New Agreement Total: $_____

This increase in funds is to cover a $.38 increase ($.33 employee compensation/$.05 administrative overhead) in unit rates for sub-contracted providers in accordance with the DPS approved rates (revised to incorporate salary increases).

**IN WITNESS WHEREOF, the Provider certifies, under the pains and penalties of perjury that it shall comply with all of the following provisions and shall remain in compliance with these provisions for the life of this agreement:** the Provider submitted valid, accurate salary survey data; all funds received through this agreement will be passed through to providers of homemakers services who will be required, by contract amendments, to use the funds for salary increases and the employer portion of payroll taxes (FICA, unemployment insurance, workers' compensation insurance and FUTA) directly associated with the salary increases for eligible direct care workers earning less than $20,000.00, in accordance with the provisions of St. 1996, c.151, s.2, item 1599 - 6895 and the Salary Reserve Implementation Plan; salary increases are retroactive to July 1, 1996; payments to eligible workers should begin no later than October 1, 1996 or within 10 days of receipt of these funds by the Provider and its sub-contracted providers, whichever is later; sub-contracted providers may award individual salary increases up to 4% to eligible workers based on merit, longevity or other labor market concerns, however no individual eligible worker may receive greater than a 4% increase from the agreement's funds; employees whose employment with the sub-contracted provider ended prior to the execution of this agreement need not receive a portion of the funds; Providers must maintain, until June 30, 2004, detailed data to support the salary survey submission and documentation describing how the funds were actually distributed for all agreements; upon request of EOEA, the Provider and its sub-contracted providers will submit data on actual distribution of funds under this agreement within 30 days. In addition to all other rights granted to the Commonwealth under law and the Master Agreement, EOEA, Division of Purchased Services and the Office of the State Auditor or their designees may request information and conduct inspections, desk reviews and audits of Provider and their sub-contracted provider records to determine compliance with the terms of this salary agreement. As part of the Provider's Fiscal Year 1997 audit, the Provider's independent auditor shall test for compliance with the terms of this agreement. Should the Provider or its sub-contracted providers fail to comply with any of the terms of this agreement the funds are subject to immediate recoupment, through repayment by the Provider, intercept through the Office of the State Comptroller, or such other actions as may be necessary to recover such funds, costs or damages for breach of this agreement. The parties do not intend to create any rights in direct care workers to enforce this agreement. **IN WITNESS WHEREOF, the Provider and EOEA certify under the pains and penalties of perjury that this agreement is conditioned upon and integrated within the Master Agreement between the Provider and EOEA and the Provider further certifies that it is in compliance with the terms of its Master Agreement, as indicated by the execution of the authorized signatories of EOEA and the Provider as of the last date indicated below:**

**For the Provider:**

X:_____
        (Signature)

Name: _____

Title: _____

Date: _____

**For EOEA**

X:_____
        (Signature)

Name: _____

Title: _____

Date: _____

# FY 2000 Homemaker Salary Wage Adjustment
## Terms & Conditions

Pursuant to Chapter 127 of the Acts of 1999, item 1599-6898, the terms of the Operational Services Division (OSD) FY 2000 Salary Reserve Implementation Plan, the Commonwealth Terms and Conditions for Human and Social Services, the Standard Contract Amendment Form and this Attachment, this contract amendment is to fund the cost of a salary increase for the period July 1, 1999 to June 30, 2000 for eligible homemaker/personal care homemaker employees and support/supervisory/ administrative staff earning less than $30,000 in annual compensation employed by providers under contract with the Aging Services Access Points (ASAPs).

The ASAP's allocation under this amendment is to fund the $.47 increase to its sub-contractors' unit billing rates. By signing the Standard Contract Amendment Form, the ASAP acknowledges that it (1) will bill Elder Affairs according to parameters outlined within Program Instructions, EOEA-PI-00-04 and EOEA-PI-00-05, and (2) is responsible for assuring its sub-contractor's compliance with the following terms and conditions:

1) All funds received through this amendment will be used only for salary increases and the employer portion of payroll and fringe benefit obligations directly associated with the salary increases for eligible personnel earning less than $30,000 in annual compensation in programs funded by the above cited contract, in accordance with the provisions of St. 1999, c.127, s.2, item 1599 - 6898 and the OSD FY 2000 Salary Reserve Implementation Plan and this Attachment;

2) As part of the $.47 rate increase, the sub-contractor must increase homemaker wages by $.37 per unit, is required to set aside up to $.06 per hour billed at its Revised Unit Rate for the employer portion of payroll and fringe benefit obligations directly associated with the homemaker wage increase, and pay $.04 wage and payroll tax for support/supervisory/administrative staff who meet eligibility guidelines. Moneys not spent in their entirety for homemaker payroll taxes or support/supervisory/administrative wages/payroll taxes may be applied toward wages of eligible employees;

3) Salary increases are retroactive to July 1, 1999;

4) ASAPs must reimburse providers no later than 14 calendar days following receipt of the Provider's properly completed invoice;

5) Payments to eligible employees must be reflected within their payroll no later than 14 calendar days following receipt of these funds by the sub-contractor;

6) Regarding terminated employees: If a provider chooses not to pay the retroactive wages to eligible workers no longer in its employment, then the Provider shall not retroactively bill the ASAP for those units of homemaker/personal care homemaker services. **However,** employees who left the Provider's agency on 11/16/99 or later must be paid their share of the allocation if they so request;

7) The sub-contractor must maintain until June 30, 2007, detailed documentation describing how the funds were actually distributed for all FY 2000 Salary Reserve agreements;

8) Upon request of OSD, Elder Affairs, or an ASAP, the sub-contractor must, within 30 days, submit data on the actual distribution of funds under this agreement;

9) In addition to all other rights granted to the Commonwealth under law and the Terms and Conditions for Human and Social Services, EOEA, the ASAPs, the Operational Services Division and the Office of the State Auditor or their designees may request information and conduct inspections, desk reviews and audits of the sub-contractor records to determine compliance with the terms of this agreement; and

10) As part of the sub-contractor's Fiscal Year 2000 audit, the sub-contractor's independent auditor shall test for compliance with the terms of this agreement. Should the sub-contractor fail to comply with any of the terms of this agreement the funds are subject to immediate recoupment through repayment by the sub-contractor, or such other actions as may be necessary to recover such funds, costs or damages for breach of this agreement.

The parties do not intend to create any rights in the Contractor's personnel to enforce this agreement.

OPERATIONAL SERVICES DIVISION
OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
FY 1997 TO FY 2000

SURVEY – POS

PURCHASE OF SERVICE
CONTRACTOR NAME: _____
CONTACT PERSON: _____
TELEPHONE: _____

| Position | FY 2000 | | | | | FY 1997 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | #Positions (FTEs) | Average Salary | Starting Salary | # Vacant | Ave. Length of Vac. (weeks) | #Positions (FTEs) | Starting Salary | # Vacant | Ave. Length of Vac. (weeks) |
| Case Worker, Manager(132) | | | | | | | | | |
| DC/Supervisor (133) | | | | | | | | | |
| DC II (135) | | | | | | | | | |
| DC I (136) | | | | | | | | | |

For all 4 titles, how has salary upgrading improved your ability to recruit staff?

Please enter a number from 1 to 5 (1- not at all, 2 - a little,
3 - somewhat, 4 - more than somewhat, 5 - very much)

[ ]  (1 to 5)

For the above titles, how has salary upgrading improved your ability to retain staff?

Please enter a number from 1 to 5 (1- not at all, 2 - a little,
3 - somewhat, 4 - more than somewhat, 5 - very much)

[ ]  (1 to 5)

What factors currently influence your ability to recruit and retain staff?
Please check (X) all that apply.

| Wage Levels | Fringe Benefits | Severity of Client Issues | Geography (Region) | Unemploy. Rate |
|---|---|---|---|---|
| Increased Turnover | Longer Vacancies | Decreased Quality of Services | Less Clients Served | Safety Issues |

Comments:

If you had not received salary upgrading within the last few years,
how might that have impacted your organization? Please check (X) all that apply. Comments:

22

# PURCHASE OF SERVICE

## FREQUENTLY ASKED QUESTIONS

| Question | Answer |
|---|---|
| What is the purpose of this survey? | To find out:<br><br>1. Have the reserves helped human and social services agencies to retain staff?<br><br>2. Have the increases to salaries *stayed* with the positions, even after individuals in those positions have left your organization? |
| There are factors that affect turnover even though we received Salary Reserve funds. How will the study address those factors? | We understand your concern. That's why we worked with representative providers on this survey. Questions about your ability to recruit and retain staff (including spaces for comments) have been added as a result.<br><br>The final report will identify those factors besides the salary reserve, such as the economy, that may have affected turnover. |
| I did not participate in the reserve in FY 1997. Should I fill out the survey? | Yes. OSD will consider the years that you participated in the reserve as part of the analysis. |
| Should I include only the *eligible* individuals in the positions or all of the 4 titles (even if some staff in them weren't eligible for the reserve)? Besides, the eligibility criteria for FY 1997 was different from FY 2000. | We suggest you include all of the individuals in the 4 titles (even if some of them weren't eligible for the reserve). This will still give us a picture of the impact of the reserves, especially on the starting salaries in those positions. |
| Why did you only select 4 titles? We had other eligible titles. | For two reasons:<br><br>1. We wanted to make the survey as simple as possible.<br><br>2. We didn't want to unduly burden you with gathering information on all positions, especially for FY 1997. The 4 titles contain the greatest number of eligible employees from the past reserves. |
| What if I only have some, but not all, of the 4 titles? | We suggest you fill out the information only for those titles which you have and leave the others blank. |
| What if I have other questions? | Please call Monica Synnott at (617) 720-3371. |
| When is the survey due and where do I send it? | *Due:* November 17, 2000<br><br>*Please mail your disk to:*<br>Outside Section 445 -- Salary Reserve Study -- Purchase of Service<br>Operational Services Division<br>One Ashburton Place, Room 1017<br>Boston, MA 02108 **OR**<br>*Email the survey to:* monica.synnott@osd.state.ma.us |

## DEFINITIONS

| Term | Definition |
|---|---|
| **Case Worker/Manager (UFR title number 132)** | Individuals providing casework/case management services, including service eligibility determination, service plan development, service coordination, resource development, advocacy, etc. |
| **Direct Care/Program Staff Supervisor (UFR title #133)** | Staff members whose primary responsibility is the supervision of nonprofessional or paraprofessional direct care/program staff in the performance of their programmatic functions or whose duties involve significant responsibility for program operations or logistics. Supervisors in this title may also perform direct client care. |
| **Direct Care/Program Staff II (UFR title #135)** | Staff, requiring a Bachelor's degree, experience or specific skills, who are responsible for the general daily care of program clients/service recipients or for primary program service delivery. |
| **Direct Care/Program Staff I (UFR title #136)** | Staff who are responsible for the general daily care of program clients/service recipients or for primary program service. This includes relief employees on payroll. |
| **# Positions FTEs- filled _and_ vacant** | Full Time Equivalents including full and part time employees. This is the total number of positions in each title in programs that were operational for the entire year. Please use your agency's standard work in the calculation of full time equivalency. |
| **Average Salary (for FY 2000 only)** | Average annual salary for the specified title in FY 2000 (_after_ applying the FY 2000 Salary Reserve). For part time employees, this figure is the salary they would have earned if they had worked full time. Does not include: <ul><li>Evening and weekend differentials</li><li>Overtime pay</li></ul> |
| **Starting Salary** | Normal annual starting salary for new hires. If you have more than one starting salary for the title, enter the _average_ starting salary. For part time employees, this figure is the annual starting salary they would earn if they worked full time. <ul><li>For FY 1997, please enter the salary amounts _before_ applying the Salary Reserve increase.</li><li>For FY 2000, please enter the amounts _after_ applying the FY 2000 Salary Reserve increase.</li></ul> |
| **# Vacant** | The number of vacancies (_terminations_) in a specified title during the year. A vacancy is defined as a staff member who left the position or who is no longer employed because of transfer, promotion, termination or resignation. Each occurrence of an FTE leaving a position (termination) counts as a vacancy. For example, if a part time worker (who worked half time) left, that would count as a .5 vacancy. If a full time employee left, that would count as 1 vacancy. If the individual who filled the .5 position (above) also left, that would be counted as _another_ .5 vacancy. _Please note: OSD will calculate the turnover rate for each of the 4 titles by dividing the number of vacancies by the total number of positions._ |
| **Average length of vacancy in weeks** | For each vacancy (full or part time), the average length of time, in weeks, that was needed to fill it. Please give us your best estimate of this length. For example, suppose there were 2 vacancies (full or part time) during the year for Direct Care Supervisors. The first vacancy took 4 weeks to fill. The second vacancy took 6 weeks to fill. The average length of vacancy would be: 4+ 6 = 10, divided by 2 = 5. The answer would be 5. |

## OPERATIONAL SERVICES DIVISION
## OUTSIDE SECTION 445 – IMPACT OF SALARY RESERVE
## FY 1997 TO FY 2000

## SURVEY - HOMEMAKERS

**HOMEMAKER AGENCY NAME:** _____
**CONTACT PERSON:** _____
**TELEPHONE:** _____

| Position | FY 2000 | | | | | FY 1997 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | # Positions (FTEs) | Average Base Wages | Starting Base Wages | # Vacant | Ave. Length of Vac. (weeks) | # Positions (FTEs) | Starting Base Wages | # Vacant | Ave. Length of Vac. (weeks) |
| Homemakers | | | | | | | | | |
| Supervisors | | | | | | | | | |

For the above titles, how has salary upgrading improved your ability to recruit staff?
Please enter a number from 1 to 5 (1- not at all, 2 - a little, 3 - somewhat, 4 - more than somewhat, 5 - very much)

_____ (1 to 5)

For the above titles, how has salary upgrading improved your ability to retain staff?
Please enter a number from 1 to 5 (1- not at all, 2 - a little, 3 - somewhat, 4 - more than somewhat, 5 - very much)

_____ (1 to 5)

What factors currently influence your ability to recruit and retain staff?
Please check (X) all that apply.

| Wage Levels | Fringe Benefits | Severity of Client Issues | Geography (Region) | Unemploy. Rate |
|---|---|---|---|---|
| | | | | |
| Other Please define | | | | |

26

# HOMEMAKERS FREQUENTLY ASKED QUESTIONS

| Question | Answer |
|---|---|
| What is the purpose of this survey? | To find out:<br><br>1. Have the reserves helped providers of homemaker services to retain staff?<br><br>2. Have the increases to salaries *stayed* with the homemakers and supervisors, even after individuals in those positions have left your organization? |
| There are factors that affect turnover even though we received Salary Reserve funds. How will the study address those factors? | We understand your concern. That's why we worked with the Executive Office of Elder Affairs and the Massachusetts Council for Home Care Aide Services, Inc. on this survey. Questions about your ability to recruit and retain staff (including space for comments) have been added as a result.<br><br>The final report will identify those factors besides the Salary Reserve, such as the economy, that may have affected turnover. |
| Should I include only the *eligible* supervisors (even if some of them weren't eligible for the reserve)? Supervisors of homemakers were not eligible in FY 1997. | We suggest you include all your homemakers and supervisors. This will still give us a picture of the impact of the reserves, especially on the starting salaries in those positions. |
| Why did you only select homemakers and supervisors? Administrative staff have also been eligible in past reserves. | For two reasons:<br><br>1. We wanted to make the survey as simple as possible.<br><br>2. We didn't want to unduly burden you with gathering information on all positions. The two groupings of positions contain the greatest number of eligible employees from the past reserves. |
| What if I have other questions? | Please call Monica Synnott at (617) 720-3371. |
| When is the survey due and where do I send it? | *Due:* November 17, 2000<br><br>*Please mail your disk to:*<br>Outside Section 445 – Salary Reserve Study - Homemakers<br>Operational Services Division<br>One Ashburton Place, Room 1017<br>Boston, MA 02108 **OR**<br>*Email the survey to:* monica.synnott@osd.state.ma.us |

## DEFINITIONS

| Term | Definition |
|---|---|
| **Homemaker** | Includes:<br><br>• *Homemakers:*<br>Individuals who provide assistance with: shopping, menu planning, meal preparation, laundry, and light housekeeping, including but not limited to, vacuuming, dusting, dry mopping, dish washing, cleaning the kitchen and bathroom, and changing beds.<br><br>Individuals employed as Homemakers must have successfully completed the required forty-hour homemaker training OR be in the process of competing said training within the first 6 months of employment OR have received an exemption by means of the Training Waiver Procedure.<br><br>• *Personal Care Homemakers:*<br>Individuals who provide assistance with: bathing, dressing, shampoo and hair combing, foot care (excluding nail cutting), denture care, shaving, bedpan routines, eating, ambulating and transfers.<br><br>Individuals employed as Personal Care Homemakers must have successfully completed the required forty-hour homemaker training plus the additional 20-hour personal care training (OR have received an exemption) as specified within the Homemaker Standards issued by the ***Executive Office of Elder Affairs***.<br><br>Does not include:<br><br>• *Chore Workers/Companions* |
| **Supervisor** | Includes:<br>• *Registered Nurses/Supervisors*<br>• *Licensed Practical Nurses/Supervisors*<br>• *Field/Home Care Supervisors*<br><br>Does not include:<br>• *Schedulers/Coordinators*<br>• *Receptionists/Secretaries/Assistants/Clerks*<br><br>Individuals whose primary responsibility is the supervision of homemakers in the performance of their duties or whose function involve significant responsibility for program operations or logistics. Supervisors may also perform direct client care. |
| **# Positions FTEs - filled <u>and</u> vacant** | Full Time Equivalents including full and part time employees. This is your total number homemakers and supervisors. Please use your agency's standard work in the calculation of full time equivalency.<br><br>For example, if working 30 units is considered full-time, then 15 units would be a .5 FTE. |

| Term | Definition |
|---|---|
| *Average Base Wages (for FY 2000 only)* | Average annual base wages (based on units delivered) for homemakers and supervisors in FY 2000 (*after* applying the FY 2000 Salary Reserve). For part time employees, this figure is the annual base wage they would have earned if they had worked full time. Does not include:<br><br>• Evening and weekend differentials<br>• Overtime pay<br><br>For homemaker wages, please exclude the wages of workers who are not specifically employed as homemakers or personal care homemakers, but who fill in to cover cases during a homemaker's absence.<br><br>For example, if an RN or other supervisor fills in on a case, this salary should not be included in the homemaker average base wage. |
| *Starting Base Wages* | Normal annual starting base wages (based on units delivered) for new hires. If you have more than one starting base wage, enter the <u>average</u> starting base wage. For part time employees, this figure is the annual starting base wage they would earn if they worked full time.<br><br>For homemaker wages, please exclude the wages of workers who are not specifically employed as homemakers or personal care homemakers, but who fill in to cover cases during a homemaker's absence.<br><br>For example, if an RN or other supervisor fills in on a case, this salary should not be included in the homemaker starting base wage.<br><br>Note:  For FY 1997, please enter the homemaker amount *before* applying the Salary Reserve increase. Supervisors were not eligible for the FY 1997 Salary Reserve. Please enter their starting base wages.<br><br>For FY 2000, please enter the amounts *after* applying the FY 2000 Salary Reserve increase. |
| *# Vacant* | The number of vacancies (homemakers and supervisors) during the year. A vacancy is defined as a staff member who left the position or who is no longer employed because of transfer, promotion, termination or resignation.<br><br>Each occurrence of an FTE leaving a position counts as a vacancy. For example, if a part time worker (who worked one half of the number of units that is considered full time for your agency) left, that would count as a .5 vacancy. If a full time employee left, that would count as 1 vacancy. If the individual who filled the .5 position (above) also left, that would be counted as another .5 vacancy.<br><br>***Please note: OSD will calculate the turnover rate of homemakers and supervisors by dividing the number of vacancies by the total number of positions.*** |
| *Average length of vacancy in weeks* | For each vacancy (full or part time), the average length of time, in weeks, that was needed to fill it. Please give us your best estimate of this length.<br><br>For example, suppose there were 2 vacancies (full or part time) during the year for homemakers. The first vacancy took 4 weeks to fill. The second vacancy took 6 weeks to fill. The average length of vacancy would be: 4+ 6 = 10, divided by 2 = 5. The answer would be 5. |



## DEPARTMENT ALLOCATION - FY 2001

| DEPARTMENT | TOTAL ALLOCATION |
|---|---|
| Department of Housing & Community Development | $4,826 |
| Department of Mental Health | $2,436,258 |
| Department of Mental Retardation | $6,936,930 |
| Department of Public Health | $642,230 |
| Department of Social Services | $1,133,059 |
| Department of Transitional Assistance | $484,257 |
| Department of Youth Services | $646,608 |
| Executive Office of Elder Affairs | $2,214,086 |
| Mass. Commission for the Blind | $89,461 |
| Mass. Commission for the Deaf and Hard of Hearing | $15,119 |
| Mass. Rehabilitation Commission | $278,253 |
| Office of Child Care Services | $93,198 |
| Z-Department Adjustments | $25,717 |
| **Grand Total** | **$15,000,000** |

*12/14/00*

Distribution of
FY02 Salary Reserve

| State Agency | | Payroll | | Allocation |
|---|---|---|---|---|
| DMH | $ | 4,487,896 | $ | 102,055 |
| DPH | $ | 4,793,141 | $ | 108,966 |
| DSS | $ | 12,299,363 | $ | 279,688 |
| DYS | $ | 3,182,619 | $ | 72,373 |
| DTS | $ | 6,519,210 | $ | 148,247 |
| MCB | $ | 1,862,614 | $ | 42,356 |
| MCDHD | $ | 137,755 | $ | 3,133 |
| MRC | $ | 3,999,627 | $ | 90,952 |
| OCCs | $ | 798,377 | $ | 18,155 |
| **Tot All other EOHHS** | $ | **38,080,602** | $ | **865,925** |
| | | | | |
| **DMR** | $ | **120,283,248** | $ | **2,735,241** |
| | | | | |
| **Total all EOHHS** | $ | **158,363,850** | $ | **3,601,166** |
| | | | | |
| **EOEA** | $ | **56,669,061** | $ | **1,288,654** |
| | | | | |
| **Total EOHHS & EOEA** | $ | **215,032,911** | $ | **4,889,820** |
| "z-department adj. | | | $ | 110,152 |
| | | | $ | 4,999,972 |

Salary Reserve = $5m
POS FTEs                          9318
EOEA FTEs                         3000

## AVERAGE SALARY BY JOB TITLE - FY 2002

| JOB TITLE | FULL TIME EQUIVALENTS | AVERAGE SALARY |
|---|---|---|
| Program Director | 7 | $18,775 |
| Assistant Program Director | 19 | $17,450 |
| Registered Nurse | 1 | $19,282 |
| Licensed Practical Nurse | 2 | $19,182 |
| Teacher | 9 | $16,737 |
| Licensed Social Worker | 3 | $15,612 |
| Counselor | 16 | $18,517 |
| Case Worker-Masters | 1 | $18,540 |
| Case Worker | 167 | $18,145 |
| Direct Care/Program Staff Supervisor | 50 | $18,679 |
| Direct Care III/Program Staff | 17 | $17,335 |
| Direct Care II/Program Staff | 562 | $18,819 |
| Direct Care I/Program Staff | 7,842 | $18,442 |
| Program Secretarial, Clerical Staff | 194 | $18,641 |
| Program Support | 344 | $17,545 |
| Administrative Support | 85 | $18,888 |

**TOTAL**      9,318

*3/1/02*

# Department Allocation - FY 2002

| DEPARTMENT | TOTAL ALLOCATION |
|---|---|
| Department of Mental Health | $102,055 |
| Department of Mental Retardation | $2,735,241 |
| Department of Public Health | $108,996 |
| Department of Social Services | $279,688 |
| Department of Transitional Assistance | $148,247 |
| Department of Youth Services | $72,373 |
| Executive Office of Elder Affairs | $1,288,654 |
| Mass. Commission for the Blind | $42,356 |
| Mass. Commission for the Deaf and Hard of Hearing | $3,133 |
| Mass. Rehabilitation Commission | $90,952 |
| Office of Child Care Services | $18,155 |
| Z-Department Adjustments | $110,152 |

## Grand Total                                    $5,000,000

3/1/02

DMR reserve totals:

| | |
|---|---|
| 1997 | 5,961,270 |
| 1998 | 6,046,158 |
| 1999 | 8,738,531 |
| 20000 | 11,747,195 |
| 20001 | 6,936,930 |

39,430,084

2,735,241 2002 reserve for under 20,000 annum

42,165,325