# Residential Services for Persons with Developmental Disabilities: Status and Trends Through 2000

## June 2001

## Research and Training Center on Community Living
## Institute on Community Integration/UAP

 The College of Education
& Human Development
UNIVERSITY OF MINNESOTA

# Residential Services for Persons with Developmental Disabilities: Status and Trends Through 2000

Contributions by: Robert Bruininks, Nohoon Kwak, Charlie Lakin, Sheryl Larson, Barbara Polister, Robert W. Prouty and Jerra Smith

Edited by: Robert W. Prouty, Gary Smith and K. Charlie Lakin

Research and Training Center on Community Living
Institute on Community Integration/UAP
College of Education and Human Development
University of Minnesota
214 Pattee Hall, 150 Pillsbury Drive SE
Minneapolis, MN 55455

June 2001

**This report is also available at rtc.umn.edu/risp00**

Preparation of this report was supported by a grant from the Administration on Developmental Disabilities (Grant No. 90DN0028/03) with supplemental support from the Health Care Financing Administration of the U.S. Department of Health and Human Services. The Research and Training Center on Community Living receives core support from the National Institute on Disabilities and Rehabilitation Research, U.S. Department of Education (Agreement No. H133B980047). The contents of this report do not necessarily reflect an official position of any sponsoring agency.

Additional copies of this report may be obtained postage-paid for $15.00 per copy from the Publications Office, Institute on Community Integration, 109 Pattee Hall, 150 Pillsbury Drive SE, Minneapolis, MN 55455, (612) 624-4512. Minnesota residents please add 6.5% sales tax (does not apply to tax exempt organizations). Minnesota tax exempt organizations must enclose a copy of their tax exemption certificate. Please make checks payable to the University of Minnesota.

The recommended citation for statistics in this report is: [Chapter authors] (2001). [Chapter title]. In R.W. Prouty, Gary Smith & K.C. Lakin (Eds.), *Residential services for persons with developmental disabilities: Status and trends through 2000.* Minneapolis: University of Minnesota, Research and Training Center on Community Living, Institute on Community Integration.

The University of Minnesota is committed to the policy that all person shall have equal access to its programs, facilities, and employment without regard to race, color, creed, religion, national origin, sex, age, marital status, disability, public assistance status, veteran status, or sexual orientation.

In contrast, children and youth (birth to 21 years), made up about 31.2% of the U.S. population, but only 4.5% of the large state facility population. One reason for the disproportionately low rates of large state facility placements among children and youth are the relatively low overall rates of out-of-home placement of children and youth. In 1997 it was estimated that only 7.7% of all persons with MR/DD in public and private out-of-home placements were between birth and 21 years (Lakin, Anderson & Prouty, 1998).

A more specific factor with respect to large state facilities is the concerted effort by most states to restrict the admission of children to them. This is particularly evident at the younger ages. Twenty-five states had no large state facility residents younger than 15 years and in 12 additional states children 14 years or younger make up less than 1% of all residents. Nationwide, 21.3% of the population is made up of persons 14 years and younger, but only 0.7% of large state facility populations and 8.4% of all admissions to large state facilities in FY 2000 were persons 14 years and younger. In 1965 the majority of persons admitted to large state facilities were 11 years of age or younger (NIMH, 1966).

Persons 63 and older made up about 14.2% of the U.S. population, but only 8.4% of the large state facility population. A primary reason for the lower proportion of persons 63 years and older in large state facilities than in the general population is the continued high use of nursing homes for the long-term care of older persons with a primary diagnosis of mental retardation and related conditions. The estimated 4,828 persons 63 years and older in large state facilities in 2000 was considerably less than the 10,804 persons 63 and older with a primary diagnosis of mental retardation in nursing homes (based on the total 2000 nursing home residents in this survey and the estimated 37% of nursing home residents with a primary diagnosis of mental retardation who were 63 years or older as estimated in the 1985 National Nursing Home Survey; Lakin, Hill, and Anderson, 1991).

## Level of Mental Retardation

Table 1.17 presents the state-by-state distributions of residents of large state facilities by reported level of mental retardation. Forty-two states are reported; 9 states are not included because they operated no large state facilities at the time of this survey.

In Table 1.17 persons reported not to have mental

**Table 1.17 Level of Mental Retardation of Residents of Large State Residential Facilities**

| State | Level of Mental Retardation (%) | | | | |
|---|---|---|---|---|---|
| | Mild + | Moderate | Severe | Profound | Total |
| AL | 15.0 | 11.5 | 18.2 | 55.3 | 100.0 |
| AK | NA | NA | NA | NA | NA |
| AZ | 2.5 | 16.1 | 30.9 | 50.6 | 100.0 |
| AR | 5.2 | 8.4 | 21.0 | 65.4 | 100.0 |
| CA | 10.2 | 7.5 | 15.0 | 67.3 | 100.0 |
| CO | 18.7 | 7.3 | 4.1 | 69.9 | 100.0 |
| CT | 6.3 | 12.0 | 51.4 | 30.3 | 100.0 |
| DE | 4.4 | 4.7 | 17.8 | 73.1 | 100.0 |
| DC | NA | NA | NA | NA | NA |
| FL | 12.6 | 14.6 | 12.6 | 60.3 | 100.0 |
| GA | 3.8 | 8.1 | 17.1 | 71.0 | 100.0 |
| HI | NA | NA | NA | NA | NA |
| ID | 43.6 | 9.1 | 36.4 | 10.9 | 100.0 |
| IL | 7.6 | 13.9 | 18.3 | 60.2 | 100.0 |
| IN | 17.5 | 11.5 | 16.9 | 54.1 | 100.0 |
| IA | 19.1 | 16.4 | 17.7 | 46.8 | 100.0 |
| KS | 13.5 | 9.9 | 14.5 | 62.2 | 100.0 |
| KY | 3.6 | 8.4 | 22.0 | 66.1 | 100.0 |
| LA | 5.4 | 8.3 | 13.0 | 73.3 | 100.0 |
| ME | NA | NA | NA | NA | NA |
| MD | 14.5 | 9.0 | 6.2 | 70.2 | 100.0 |
| MA | 6.4 | 9.3 | 21.2 | 63.1 | 100.0 |
| MI | 42.4 | 19.0 | 15.2 | 23.4 | 100.0 |
| MN | 64.9 | 24.3 | 8.1 | 2.7 | 100.0 |
| MS | 12.2 | 10.9 | 15.4 | 61.6 | 100.0 |
| MO | 26.8 | 15.2 | 22.5 | 35.6 | 100.0 |
| MT | 20.8 | 13.1 | 3.9 | 62.3 | 100.0 |
| NE | 10.3 | 7.3 | 8.6 | 73.8 | 100.0 |
| NV | 20.7 | 14.3 | 25.0 | 40.0 | 100.0 |
| NH | NA | NA | NA | NA | NA |
| NJ | 9.9 | 8.8 | 16.6 | 64.8 | 100.0 |
| NM | NA | NA | NA | NA | NA |
| NY | 27.6 | 13.1 | 16.8 | 42.5 | 100.0 |
| NC | 1.7 | 5.5 | 15.9 | 76.9 | 100.0 |
| ND | 28.1 | 7.8 | 10.5 | 53.6 | 100.0 |
| OH | 3.6 | 16.5 | 21.8 | 58.2 | 100.0 |
| OK | 2.4 | 4.7 | 19.2 | 73.8 | 100.0 |
| OR | 3.3 | 3.3 | 5.0 | 88.3 | 100.0 |
| PA | 5.5 | 7.1 | 17.3 | 70.2 | 100.0 |
| RI | NA | NA | NA | NA | NA |
| SC | 6.2 | 8.4 | 9.3 | 76.2 | 100.0 |
| SD | 36.7 | 9.2 | 10.2 | 43.9 | 100.0 |
| TN | 2.9 | 4.8 | 10.4 | 82.0 | 100.0 |
| TX | 9.5 | 10.0 | 18.4 | 62.1 | 100.0 |
| UT | 6.8 | 3.4 | 5.9 | 83.9 | 100.0 |
| VT | NA | NA | NA | NA | NA |
| VA | 26.3 | 7.9 | 16.9 | 48.9 | 100.0 |
| WA | 3.5 | 10.1 | 25.9 | 60.6 | 100.0 |
| WV | NA | NA | NA | NA | NA |
| WI | 1.7 | 3.0 | 17.5 | 77.8 | 100.0 |
| WY | 3.7 | 5.6 | 10.2 | 80.6 | 100.0 |
| U.S. Total | 10.2 | 9.8 | 17.7 | 62.3 | 100.0 |

NA = not applicable

39

new admissions in 2000 than has been the case in recent years (42.0% as compared with 37.8% in 1998, and 31.1% in 1996). This contributed to the increasing proportion of persons with mild mental retardation among general large state facility populations.

Persons with profound mental retardation made up only 18.9% of new admissions as opposed to 62.3% of the total large state facility population. Persons with profound mental retardation made up 24.5% of new admissions in FY 1998 and 28.7% in 1996.

Children and young adults (birth to 39 years) with mild or no mental retardation made up 33.9% of all new admissions in FY 2000. This was an increase in the proportion of children and young adults in new admissions from 1998 (31.0% of all new admissions) and 1996 (25.7%). As will be seen in Table 1.22, children and young adults also make up a higher proportion of discharges, indicating that large state facilities continue to function as relatively short-term entry and/or "crises response" points for state residential services systems.

## Readmissions by Age and Level of Mental Retardation

Table 1.21 presents the distribution of persons readmitted to specific large state facilities in FY 2000 by their age and level of mental retardation. The large state facilities reporting data for Table 1.21 had 96.6% of all reported readmissions. The profile of readmissions shown in Table 1.21 is more similar to that of new admissions than of the general population, although, as would be expected, is slightly older than that of the new admissions (e.g., 29.9% as compared with 25.2% being 40 years or older). As with new admissions there was a relatively high proportion of persons with mild or no mental retardation (23.1% as compared with 10.2% in the general large state facility population) and a relatively low proportion of persons with profound mental retardation (37.6% as compared with 62.3% in the general large state facility population). There was a steady increase between 1991 and 2000 in the number and proportion of persons with profound mental retardation among readmissions (26.5% of readmissions in 1991, 33.9% in 1996, 35.4% in 1998, and 37.6% in 2000). This reflects the growing numbers of former residents who have moved to community settings as well as the difficulties those settings have faced in successfully meeting their needs.

While persons readmitted were slightly older than new admissions, they tended to be younger than the general large state facility population (e.g., 28.3% vs. 4.5% were 21 years or younger; 2.9% vs. 8.4% were 63 years or older). The proportion of children and youth (0-21 years) among all readmissions increased in recent years, from 19.0% in 1989 to 28.3% in 2000. Still the estimated total number of children and youth readmitted to large state facilities decreased from an estimated 292 in 1989 to an estimated 164 in 2000, as total readmissions were substantially reduced.

## Discharges by Age and Level of Mental Retardation

**Age.** Table 1.22 presents the age distributions and level of mental retardation reported for 2,829 people discharged from large state facilities in the year ending June 30, 2000. Table 1.22 is based on reports from facilities with 95.6% of all discharges in FY 2000. The age distribution of large state facility discharges was considerably more similar to the age distribution of the general large state facility population than were the persons admitted. Persons between the ages of 22 and 54 made up 71.7% of discharges and 77.1%

## Table 1.20 New Admissions to Large State Facilities by Age and Level of Mental Retardation in the Year Ending June 30, 2000

| Level of Retardation | Chronological Age in Years | | | | | | | | Total (% of Total) |
|---|---|---|---|---|---|---|---|---|---|
| | 0-4 | 5-9 | 10-14 | 15-21 | 22-39 | 40-54 | 55-62 | 63+ | |
| Mild+ | 0 | 2 | 33 | 225 | 293 | 109 | 17 | 7 | 686 (42.0) |
| Moderate | 0 | 4 | 22 | 114 | 161 | 59 | 14 | 13 | 387 (23.7) |
| Severe | 0 | 1 | 16 | 51 | 99 | 54 | 17 | 13 | 251 (15.4) |
| Profound | 4 | 9 | 24 | 61 | 101 | 63 | 28 | 18 | 308 (18.9) |
| Total | 4 | 16 | 95 | 451 | 654 | 285 | 76 | 51 | 1,632 |
| (%) | (0.2) | (1.0) | (5.8) | (27.6) | (40.1) | (17.5) | (4.7) | (3.1) | (100.0) |

Note: Statistics on new admissions by level of mental retardation include 1,632 of 1,689 total new admissions among reporting state facilities in FY 2000. Statistics reported by individual facilities in this table include "transfers" from other large state facilities (see Table 1.23).

of the general large state facility population. Persons 55 and older made up 18.4% of the general population and 13.3% of the persons discharged. Like children and youth (0-21 years) admitted to large state facilities, the proportion of children and youth being discharged was substantially greater than the proportion of children and youth in the general large state facility populations (15.1% of discharges as compared to 4.5% of the general population). Although large state facilities continue to admit substantial numbers of children and youth, they appear to be generally quick to discharge them.

**Cognitive Impairment.**  The levels of cognitive impairment of persons discharged tended to fall in a range between that of persons being admitted during FY 2000 and the general population of those same large state facilities. Persons with profound mental retardation made up 40.1% of discharges, as compared to 23.7% of combined new admissions and readmissions and 62.3% of the general large state facility population. Persons with mild or no mental retardation made up 26.5% of discharges, 37.2% of combined new admissions and readmissions and 10.2% of the general large state facility population. Persons discharged outnumbered persons admitted (new and readmitted) in the reporting facilities by about 29.2%. Persons with severe and profound mental retardation discharged outnumbered these admitted by 55.7% (over 700 persons). In notable contrast, there were 9.4% more admissions than discharges of persons with mild and moderate mental retardation during FY 2000.

## Persons in Movement in 1989 through 2000

Figure 1.8 compares the number and distribution by level of mental retardation of newly admitted, readmitted and discharged residents of individual large state facilities in FYs 1989, 1994, and 2000. Admission patterns were generally similar in 1989, 1994, and 2000, although there were steadily fewer persons in each of these categories, in large part because the June 30, 2000 population of large state facilities was nearly 40,000 persons (45.6%) smaller than in June 1989. In 2000, the estimated total of new admissions and readmissions (2,267) was less than half (45.7%) of the number in 1989 (4,964). Discharges in 2000 (2,960) were also less than half (44.2%) of those in 1989. This general pattern of decreasing movement into and out of large state facilities has been evident for many years. For example, the combined new admissions and readmissions in 2000 (2,267) were just 20.3% of the total in 1980 (11,141); discharges in 2000 (2,960) were just 21.7% of the discharges in 1980 (13,622).

In 1989, 26.9% of combined new admissions and readmissions had mild or no mental retardation as compared to 37.2% in 2000. In FY 2000, 23.6% of new admissions and readmissions had profound mental retardation as compared to 34.7% in 1989. Among discharges there has been a general tendency for persons with profound mental retardation to make up a fairly stable proportion: 38.5% in 1989, 45.1% in 1994, and 40.8% in 2000.

## Previous Placement of New Admissions

Table 1.23 summarizes the previous place of residence of persons admitted to specific large state facilities for the first time in FY 2000. Statistics are provided for FYs 1985, 1987, 1989, 1991, 1994, 1996, 1998 and 2000. As was evident in each of the years

### Table 1.21 Readmissions to Large State Facilities by Age and Level of Mental Retardation in the Year Ending June 30, 2000

| Level of Retardation | Chronological Age in Years | | | | | | | | Total (% of Total) |
|---|---|---|---|---|---|---|---|---|---|
| | 0-4 | 5-9 | 10-14 | 15-21 | 22-39 | 40-54 | 55-62 | 63+ | |
| Mild+ | 0 | 0 | 2 | 20 | 71 | 29 | 3 | 4 | 129 (23.1) |
| Moderate | 0 | 0 | 3 | 21 | 43 | 25 | 5 | 4 | 101 (18.1) |
| Severe | 0 | 7 | 1 | 17 | 49 | 29 | 11 | 4 | 118 (21.1) |
| Profound | 13 | 13 | 26 | 35 | 70 | 41 | 8 | 4 | 210 (37.6) |
| Total | 13 | 20 | 32 | 93 | 233 | 124 | 27 | 16 | 558 |
| (%) | (2.3) | (3.6) | (5.7) | (16.7) | (41.8) | (22.2) | (4.8) | (2.9) | (100.0) |

Note: Statistics on readmissions by level of mental retardation include on 558 of 578 total readmissions among reporting state facilities in FY 2000. Statistics reported by individual facilities in the table include "transfers" from other large state facilities (see Table 1.24).

45

**Table 1.22 Discharges from Large State Facilities by Age and Level of Mental Retardation in the Year Ending June 30, 2000**

| Level of Retardation | Chronological Age in Years | | | | | | | | Total (% of Total) |
|---|---|---|---|---|---|---|---|---|---|
| | 0-4 | 5-9 | 10-14 | 15-21 | 22-39 | 40-54 | 55-62 | 63+ | |
| Mild+ | 0 | 1 | 17 | 124 | 403 | 170 | 25 | 11 | 751 (26.5) |
| Moderate | 0 | 2 | 16 | 72 | 171 | 132 | 25 | 22 | 440 (15.6) |
| Severe | 0 | 6 | 4 | 30 | 165 | 189 | 53 | 38 | 485 (17.1) |
| Profound | 17 | 20 | 38 | 80 | 333 | 464 | 118 | 83 | 1,153 (40.8) |
| Total | 17 | 29 | 75 | 306 | 1,072 | 955 | 221 | 154 | 2,829 |
| (%) | (0.6) | (1.0) | (2.7) | (10.8) | (37.9) | (33.8) | (7.8) | (5.4) | (100.0) |

Note: Statistics on discharges by level of mental retardation include 2,829 of 2,960 total discharges among reporting facilities in FY 2000. Statistics reported by individual facilities in this table include "transfers" to other large state facilities (see table 1.25).

shown, a very frequent place of immediate prior residence for persons admitted to one large state facility was another large MR/DD facility (15.3% of 2000 new admissions). However, this percentage was notably lower than in previous years, reflecting the cumulative effects of facility closures, consolidations and depopulation. On the other hand, in 2000 the combined new admissions from other large state MR/DD facilities and psychiatric facilities made up 36.5% of all new admissions. Since 1987 this proportion has remained in the range of about 35% to about 41% of all new admissions. In 2000, for the first time, more of the newly admitted residents came psychiatric facilities than from large state MR/DD facilities (21.2% and 15.3%, respectively).

In 2000 the proportion of newly admitted persons coming directly from their family homes continued a sustained decrease (from 39.2% from 1985 to 20.6% in 2000). A primary factor in this reduction has been the decrease of placements of children and youth in the large state facilities.

FY 2000 saw slight increases in the proportions of new admissions coming from community foster homes, group homes or semi-independent and supported living settings (21.0% as compared with 14.9% in 1989, 18.2% in 1996, and 18.6% in 1998). It should be noted, however, that the actual numbers of people admitted from these community residential arrangements decreased between 1989 and 2000 as total admissions decreased (e.g., from about 510 in FY 1989 to about 350 in FY 2000).

## Previous Placement of Readmissions

Table 1.24 presents the previous place of residence of persons readmitted to large state facilities from

1985 to 2000. Persons readmitted to large state facilities in FY 2000 most frequently came from community residential settings (36.1%), including group homes with 15 or fewer residents (23.5%) foster or host homes (6.2%), semi-independent or supported living arrangements (6.0%) or board and care homes (0.4%). A notable trend between 1985 and 1991 had been the decrease in persons readmitted from their family home or the home of a relative (36.8% in 1985, 29.1% in 1987, 19.6% in 1989, 14.1% in 1991). Since 1991 there has been a substantial reversal of this trend. For example, in 1994, 26.7% of readmissions came from the homes of family members (29.7% in 1996, 33.8% in 1998, and 31.5% in 2000). It is not clear why this proportional increase has occurred; however, it may reflect the use of large state facilities as temporary crisis placements. Despite the growing proportion of readmissions from family homes, the total numbers have been quite steady. Between 1991 and 2000 the actual number of people readmitted from family homes decreased by 13 as total readmissions decreased from 1,387 to 578. The estimated total number of children and youth readmitted to large state facilities decreased from an estimated 250 in 1991 to an estimated 158 in 2000.

**New Residence of Discharged Residents.** Table 1.25 shows the new place of residence of people leaving large state facilities in FY 2000, and, for comparative purposes, in FYs 1985, 1987, 1989, 1991, 1994, 1996, and 1998. In 2000, 59.7% of all persons discharged from large state facilities for whom subsequent placement was reported (i.e., excluding unknown/other) went to live in group homes, foster/host family homes, semi-independent supported living arrangements or board and care homes of 15 or fewer residents. Another 12.4% of discharged residents whose placement was known