# Promoting Healthy Aging, Family Support, and Age-Friendly Communities for Persons Aging with Developmental Disabilities

## Report of the 2001 Invitational Research Symposium on Aging with Developmental Disabilities

## Convened by the Rehabilitation Research and Training Center on Aging with Developmental Disabilities

Funded by the U.S. Department of Education, Office of Special Education and Rehabilitative Services, National Institute on Disability and Rehabilitation Research (Grant No. H133B980046)

**Department of Disability and Human Development**

AHS Applied Health Sciences

UIC University of Illinois at Chicago

## ACKNOWLEDGEMENT

The Invitational Research Symposium on Aging with Developmental Disabilities was convened by The Rehabilitation Research and Training Center on Aging with Developmental Disabilities (RRTC-ADD) on November 14 and 15, 2001 in conjunction with the annual meeting of the Gerontological Society of America (GSA) in Chicago. The symposium was co-sponsored by the aging and intellectual/developmental disabilities interest groups of the **GSA, American Association on Mental Retardation, International Association for the Scientific Study of Intellectual Disabilities**, and by **Inclusion International**. This report is based on input from over 100 participants in the fields of health sciences, social sciences, gerontology, public policy, and developmental disabilities. Key contributors included the following chairs, presenters and discussants:

## CHAIRS

Tamar Heller, Ph.D.; Matthew Janicki, Ph.D.; and Joy Hammel, Ph.D. (University of Illinois at Chicago)

## PRESENTERS

Robert Hudson, Ph.D. (Boston University); Margaret Campbell, Ph.D. (National Institute on Disability and Rehabilitation Research); Deborah Anderson, Ph.D. (University of Minnesota); Philip W. Davidson, Ph.D. (University of Rochester); Dawna Torres Mughal, Ph.D. (Gannon University); Carol Braunschweig, Ph.D. (University of Illinois at Chicago); James Rimmer, Ph.D. (University of Illinois at Chicago); Chris Draheim, Ph.D. (University of Illinois at Chicago); Marty Wyngaarden Krauss, Ph.D. (Brandeis University); Sandra Magana, Ph.D. (University of Wisconsin, Madison); Christine Bigby, Ph.D. (LaTrobe University, Australia); Glenn Fujiura, Ph.D. (University of Illinois at Chicago); Marsha Seltzer, Ph.D. (University of Wisconsin, Madison); Cathy Bodine, Ph.D. (University of Colorado); Jon Sanford, Ph.D. (Atlanta VAMC); Susan Nochajski, Ph.D (State University of New York at Buffalo); Ruth Ford (University of Findlay), Lynn Hutchings, Ph.D. (New Jersey Institute of Technology); Gema Hernandez, Ph.D. (Florida Department of Elder Affairs); Elizabeth Kocs, (University of Illinois at Chicago); Philip McCallion, Ph.D. (University at Albany); Phil Stafford, Ph.D. (Indiana University); Laura Vogtle, Ph.D. (University of Alabama at Birmingham)

## DISCUSSANTS

Noriaki Takeda, M.D. (Kawasaki University of Medical Welfare, Japan); Joav Merrick, M.D. (Israeli Ministry of Social Welfare); Edward F. Ansello, Ph.D. (Virginia Commonwealth University); Patricia Walsh, Ph.D. (National University of Ireland, Dublin); Nancy Breitenbach (Inclusion International); Harvey Sterns, Ph.D. (University of Akron); Meindert Haveman, Ph.D. (University of Dortmund, Germany); Arthur Campbell, Maureen Arcand, Ray and Marie Murphy, and Lorraine Phifer (RRTC-ADD advisory board); Alan Factor, Ph.D. and Tia Nelis (University of Illinois at Chicago)

## CITATION

Heller, T., Janicki, M, Hammel, J., & Factor, A. (2002). Promoting healthy aging, family support, and age-friendly communities for persons aging with developmental disabilities: Report of the 2001 Invitational Research Symposium on Aging with Developmental Disabilities, Chicago: The Rehabilitation Research and Training Center on Aging with Developmental Disabilities, Department of Disability and Human Development, University of Illinois at Chicago.

**Contact information:** 1640 West Roosevelt Road, Chicago, IL 60608-6904; 800-996-8845 (voice); 800-526-0844 (TTY); e-mail: rrtcamr@uic.edu; fax: 312-996-6942; website: www.uic.edu/orgs/rrtcamr/.

Printed in the United States of America

Copyright © 2002

# Introduction

*THE NEEDS OF OLDER ADULTS with lifelong intellectual and developmental disabilities (I/DD) are gaining increased attention as their population grows and their community visibility increases. There were an estimated 641,000 adults with developmental disabilities over the age of 60 in the U.S. in 2000. Their numbers are expected to nearly double by 2030 to 1,242,800 as the baby boom generation passes age sixty.*

In addition to the increase in absolute number of aging adults with I/DD, there is a notably large increase in their life expectancy. The mean age at death for persons with ID was 66 years in 1993, up from 19 years in the 1930s and 59 years in the 1970s. The rise in life expectancy is even higher for adults with Down syndrome with average age at death rising from 9 years in the 1920s to 56 years in 1993 (Janicki, Dalton, Henderson, & Davidson, 1999).

As more persons survive into old age, changes will be required in the health care delivery system, which is not fully prepared to anticipate their needs. Older adults with I/DD are at risk for developing secondary conditions due to the confluence of lifelong disability, health care barriers, and adverse lifestyle patterns. Aside from a few studies of health status and morbidity the trajectories of aging in this population are poorly understood.

Service providers also face the challenges of providing supports to these individuals as they age and to their families who are usually the primary providers of care as over two-thirds of adults with I/DD live at home. Over 25% of these family carers are over age 60. The aging of caregivers and the longer life expectancy of adults with I/DD increases the period of parental caregiving and the likelihood that adults with disabilities will survive well into old age and outlive their parents. This phenomenon largely accounts for the the growing demand for living arrangements outside the family home and for additional family caregiving support. Currently there are over 80,000 persons on waiting lists for residential services.

Recent technological advances and environmental interventions can increase the functioning and community participation of adults with I/DD as they age. Around the country, model projects that provide innovative technologies and environmental interventions are beginning to address the needs of people aging with I/DD. Yet many adults with I/DD and their carers are not aware of these advances.

New federal initiatives including the Olmstead decision, the New Freedom Initiative, and the Administration on Aging's National Family Caregiver Support Program underscore the need to learn more about ways to: a) promote healthy aging, b) empower families and persons with disabilities to obtain needed supports, and c) promote aging and disability friendly environments.

Projected Change in Percentage of People with Developmental Disabilities from Year 2000 to 2030
100
90
80
70
60
50
40
30
20
10
0
Total DD Population*
Age 55-64**
Age 65+**
% Change
* Based on a 1.7% prevalence rate
** Based on a 1.4% prevalence rate

Yamaki, K., Fujiura, G. (2002). Employment and income status of adults with developmental disabilities living in the community. *Mental Retardation, 40*, 132-141.

# Introduction

**Purpose of the Symposium.** To identify needed directions for setting a research and policy agenda concerning older adults with I/DD and their carers, the Rehabilitation Research and Training Center on Aging with Developmental Disabilities (RRTCADD) convened the 2001 Invitational Research Symposium on Aging with Developmental Disabilities: Promoting Healthy Aging, Family Support, and Age-Friendly Communities.

The symposium had three major objectives:

1) to advance the knowledge of healthy aging and age friendly communities as it applies to adults with I/DD and their families and to set out a research agenda for the current decade;
2) to coalesce research findings, service agency considerations, and advocate thinking to develop recommendations furthering the health and social inclusion of people with I/DD; and,
3) to generate recommendations concerning people with I/DD that could be incorporated into the agenda and reports of future national and international forums on disability issues (such as, the United Nation's 2002 World Assembly on Aging, the 2001 Surgeon General's Conference on Health Disparities and Mental Retardation, and the 2003 National Goals, State-of-Knowledge, and National Agenda for Research on I/DD).

The symposium had three main tracks: 1) Promoting Healthy Aging; 2) Supporting Families and Aging Adults with I/DD; and, 3) Creating Age-Friendly Communities. Key researchers, policy-makers, service providers, self-advocates, and families from both the aging and I/DD fields from 12 countries discussed the issues and helped develop the recommendations.

The first session, **Promoting Healthy Aging,** examined research advances in: 1) mind-body factors, 2) nutrition and wellness, and 3) physical activity. The goal was to explore how these factors influenced health concerns and to recommend actions to promote progressive health interventions and policies for older adults with I/DD. This track advanced the recommendations of the World Health Organization's (WHO) summative report on *Ageing and Intellectual Disabilities: Improving Longevity and Promoting Healthy Aging* (World Health Organization, 2000).

The second session, **Supporting Families and Aging People with I/DD,** focused on understanding the needs of families and on ways to promote greater access to supports and services for adults with I/DD and their families. Additionally, it examined models to enhance a greater range of life course opportunities and community participation, self-determination, empowerment and later life planning, and to develop strategies for engaging parent and advocate-based organizations to become more lifespan and aging oriented.

The third session, **Creating Age-Friendly Communities,** examined the WHO's new initiative on defining and promoting age-friendly standards for the world's communities and several efforts in the United States to promote elder-ready communities. It included new applications of assistive technologies, information access and design, as well as applications of universal and environmental design that promote integration and greater community access for an aging population.

# Promoting Healthy Aging

Aside from a few studies of health status and morbidity based on small samples, the trajectories of aging in this population are largely unknown. The need for information about their health status was one of the main findings of a report issued by the International Association for the Scientific Study of Intellectual Disabilities (IASSID) working group for the World Health Organization (2000). Hence, it is difficult for health planners to anticipate needs that might result from older age morbidity, such as loss of functional ability, and the appearance of unexpected secondary conditions for this population. Older individuals with I/DD often need special surveillance of health status and care due to the confluence of lifelong disability and aging. Understanding the dynamics underlying healthy practices is necessary to address their unique situations, prevent secondary conditions, and promote health.

There are also few data on potentially important differences in aging between persons with I/DD, including those with particular syndromes and conditions (e.g., Down syndrome, cerebral palsy) and persons in the general population. For example, adults with Down syndrome age more rapidly and are more apt to develop dementia of the Alzheimer type than other adults with I/DD. Data on persons with cerebral palsy suggest unanticipated musculoskeletal and organ system disorders with increasing survivorship into older age. Aging among older persons with genetic disorders other than Down syndrome that are associated with I/DD has rarely been studied. Patterns of aging and information on morbidity in such individuals might lead to a better understanding of the prevention of cognitive decline and promotion of healthy aging practices. As with other diseases that have unexpected late-life consequences, such as polio mellitus and cerebral palsy, there may be some late-onset musculoskeletal, sensory, cardiovascular and psychiatric morbidity that can be prevented or at least mitigated through better and earlier life health practices.

**Mind-Body Interactions.** With regard to mind-body interactions, the research literature supports the notion that there can be an interaction of mental and physical health and that it is important to identify key risk factors for diseases that result from or are factors of this interaction. Researchers are beginning to investigate and understand the mechanisms at the core of the relationship between psychological and environmental states and health outcomes. There have been numerous demonstrations of the mutual influence of the nervous system and the immune system, which in turn influences health and disease. Stress, and its effect on the immune system and health, is a major challenge, both to define and to delineate specific causal relationships. The relationships are complex, and are mediated by many factors, including sex, race, poverty, stressor characteristics, support systems, availability of coping mechanisms, perceived control, and vividness of imagery.

In the research community, there has been a focus on specific diseases and the psychological contributions to the development, progression, and/or remediation of these diseases. There has also been a focus upon methods of responding to problems outside of Western medical tradition (e.g., support groups, biofeedback, hypnosis and self-hypnosis particularly for pain management, progressive muscle relaxation, cognitive behavioral



therapy, meditation, massage therapy, spiritual approaches, traditional Chinese medicine, T'ai Chi, chiropractic, Ayurvedic medicine, and other approaches).

In the general medical arena, more readily measurable but no less important contributors to health have included patient issues, such as seeking medical care (e.g., When do individuals self-identify as being ill? What are the characteristics of the individual and of the illness that promote or discourage seeking appropriate medical care? What theories, myths or personal beliefs exist that influence attitudes toward seeking care?); aspects of the doctor-patient relationships (e.g., Which are the ones that facilitate or discourage appropriate care and health); and, compliance factors (e.g., What factors enhance compliance? Why do patients fail to comply?). It is striking, however, that little work has been done in examining these areas with regard to adults aging with I/DD.

## Health Promotion: Nutrition.

Health promotion strategies for adults with I/DD have received scant attention, as aptly noted by the U.S. Surgeon General David Satcher at the Surgeon General's Conference on Health Disparities and Mental Retardation. Health promotion means promoting a healthy, active lifestyle throughout the lifespan using such activities as peer education, social marketing, use of the mass media, and any other methods that help people better understand the value of sound health practices. Diet and nutrition and physical activities are key components of health promoting behaviors. Older persons with I/DD are a nutritionally vulnerable group. This is because of age-related changes, the presence of chronic diseases that are prevalent in the aging population, feeding problems, multiple concurrent medications and their nutritional implications, cognitive and functional decline, and syndrome-specific morbidity and co-morbidities that put older adults with I/DD at high risk for malnutrition. Obesity and its health-related problems, poor oral health, osteoporosis, and constipation are prevalent in this population. Malnutrition can be due to primary or secondary deficiencies of energy and nutrients or excess of these dietary factors.

Future research needs to examine factors linking nutrition to health, with a focus on discussing how to reduce reported overweight and obesity in many adults with I/DD. This includes examining the applicability of Recommended Daily Allowances to persons with certain syndromes, as well as the effects of the interaction of foods and pharmaceuticals. For example, there are notable differences in nutritional status and weight conditions between persons with Down syndrome and other etiologies of I/DD. Staff and carer role models can also affect

# Promoting Healthy Aging

eating habits and weight status. A need exists for longitudinal studies that "track" populations to look at weight and physical status over the lifetime, identify factors contributing to obesity, examine medication effects and dietary outcomes, and assess the relationship between eating habits and stress.

**Health Promotion: Physical Activity.** Although the evidence is clear that regular physical activity can have dramatic health benefits for people, it has not yet been translated into an action plan to increase physical activity participation among adults with I/DD. These adults generally exhibit high levels of sedentary behavior and are more vulnerable than the general population to developing secondary complications such as coronary heart disease, type 2 diabetes, and obesity (Rimmer, 2000). Research must identify more closely factors that promote exercise and fitness and enhance well-being throughout the lifespan. Key research areas include examining the effects of exercise differences among various etiologies of I/DD, and how to best promote coordination and balance (and thus decrease falls) through exercise. Additionally, we need more information on the effects of aerobic exercise on cardiovascular functioning, means of tying into "aging friendly communities" initiatives, and assessing non-traditional exercise methods (such as T'ai Chi). Another area of interest is examining the benefits of extending the conditioning model used by Special Olympics to an older adult exercise regime.

A major concern is how to increase participation in exercise in one's daily life. While the RRTC-ADD's research has shown health, fitness, and psycho-social benefits of center-based exercise and health behavior education programs (Heller, Rimmer, Hsieh, & Marks, 2002), their long-term generalizations to daily life is unclear. Community based models that tap into the fitness programs available in the community can potentially help exercise become an ongoing part of the lives of people with I/DD.



# Supporting Families & Aging Persons with I/DD

**Demography.** Families are the major providers of supports for adults with I/DD. Seventy-six percent of adults of all ages with I/DD live at home (Fujiura, 2001) and over 25% of these family caregivers are over the age of 60 (Fujiura, 1998). In addition, 35% of adults with I/DD live in households of middle-aged carers for whom transition issues are a near-term consideration. Parents who have provided long-term care in comparison with the general population tend to have reduced maternal employment, more family-work strain, and alterations in lifestyles (Seltzer et al., 2001). They incur considerable out-of-pocket expenses for the adult with I/DD living at home with them. Fujiura, Roccoforte, and Braddock (1994) found that families spent an average of 20% of their pretax annual income on unreimbursed expenses for their dependent adult with I/DD. While it is known that the presence of disability and poverty is related, there is little information on the intersection of poverty, ethnicity and race for people with disabilities over many years of caregiving. Studies of family demographics need to tap into existing local, state, and national databases to help better understand these factors.

**Context of Disability.** Little data exist on the different trajectories of family caregiving based on different patterns of development occurring due to the nature of the disability and level of impairment. Seltzer and Krauss's studies (e.g., Krauss et al., 2001; Magana, Seltzer, & Krauss, 2001) on lifelong caregiving are finding differences in determinants of caregiving among families of persons with autism and those with Down syndrome. Mothers of adults with Down syndrome reported more favorable relationships with their adult children than mothers of those with autism. Their research team has also reported that family problems were a stronger predictor of depression for Latina mothers (specifically those of Puerto Rican heritage) than for non-Latina white mothers. Hence, the family caregiving experience is not uniform, but is conditioned by the characteristics of the family member needing care (e.g., type of disability) and the characteristics of the family (e.g., ethnicity). These types of findings call for extended research in family caregiving, which includes longitudinal data that take into account both syndrome specific aspects of caregiving and socio-cultural factors (such as poverty and cultural backgrounds).

**Emerging Challenges: Where People Live**

long-term care 10%
own home 8%
with spouse 6%
with family 76%

**National Health Interview Survey**

(Fujiura, 2001)

**Future Planning for Later Life.** While there has been an increase in funding for family support programs in the last ten years, these programs represent a small portion (3.6%) of spending for I/DD services (Braddock, Hemp, Rizzolo, Parish, & Pomeranz, 2002). Also, many of these programs only target children. This is despite the fact that only 13% of individuals with I/DD live out of the home (Fujiura, 2001). Families that want out-of-home living arrangements for their adult children often encounter long waiting lists or alternatives that are inadequate. More than 72,000 persons with I/DD are on waiting lists for residential services (Prouty, Smith, & Lakin, 2001). Older families become less able to provide care as parents and siblings deal with their own aging, careers, and other caregiving responsibilities. Although families have strong preferences regarding the future care of

# Supporting Families & Aging Persons with I/DD

their relative when they can no longer provide care, fewer than half of families actually make a plan for the future (Heller, 1993). Families often do not involve their other children in discussing future plans, despite the fact that siblings most commonly take over responsibility when the parents are no longer able to. In spite of this, there has been very little research on ways to better involve siblings in future planning.

Emerging Challenges:
Age of Family Caregiver
Persons with DD in Thousands
800
600
400
200
0
708.7
629.6
456.6
< 41 yrs
41-59 yrs
60+ yrs
Age of Household Head
(Fujiura, 1998)
Demographic Wildcards:
Approximately 25% of the home-based population live in homes headed by elderly parents or other relatives.
The average age of the family member with I/DD in these households is 39.

There have been many initiatives to help families plan for these future needs; however, few have undergone empirical analyses and fewer have included helping the person with a disability to constructively plan. The RRTC-ADD has developed and tested an intervention model that successfully helped families begin the planning process. Training and support to families and the person with I/DD through the use of peer trainers resulted in greater planning (e.g., developing letters of intent), less caregiving stress, and greater participation of adults with I/DD in advocacy groups.

In Australia, Bigby (2001) found that the most effective programs included the following elements:

1) focus on both the carer and the adult with I/DD
2) use of trust to effect change
3) supervised support workers
4) multiple levels of intervention
5) use of existing informal support networks
6) appreciation of diversity and different pathways.

In delivering services to families and adults with I/DD, new models have been developed which are more consumer-directed (by families or by the person with a disability) than the agency driven models in the past. In a study examining the impact of a consumer-directed model, a family-directed cash subsidy program resulted in improved service satisfaction, fewer unmet needs, greater caregiver satisfaction, and improved community integration of the adult with I/DD (Heller, Miller, & Hsieh, 2000). When families felt that they had more control of their services, the families were more satisfied with the services, the mothers were able to devote more time to their jobs, and the adult with disabilities experienced greater community involvement. Paying family members as caregivers further facilitated community integration of the adults with I/DD. While the program delegated consumer direction to families for control of service planning and budgeting, the person with a disability was often not consulted. There is still more to learn about how to structure services for people with I/DD that provide them both sufficient supports and autonomy as they age. Policy analyses need to explore how the new National Family Caregiver Support Program (administered by the Administration on Aging) can more effectively support aging carers of a family member with I/DD, including the increasing role of grandparent caregivers.

# Creating Age-Friendly Communities

**New Horizons in Technology Development.** Assistive technology (AT) and environmental intervention (EI) can play a critical role in helping adults with disabilities live and participate in the community. The New Freedom Initiative and the National Institute on Disability and Rehabilitation Research's Long Range Plan both emphasize the need for expanding research in AT/EI as it applies to increasing the health and community inclusion of people with disabilities. Although research has shown that AT/EI interventions can support function, there is a lack of resources and interventions specific to meeting the needs of people aging with I/DD (Hammel, Lai, and Heller, 2002). Research is also needed to evaluate the role of the social environment in supporting the use of AT/EI to promote community living and participation.

There are many new, high-tech, computer-based, information technologies that help support aging in place. These technologies include: AT for the home and for public mobility and transportation; improved communication devices; user-friendly e-mail and web interfaces; telemedicine and telerehabilitation equipment and interventions; "smart" devices that can be interfaced with home automation devices; monitoring, tracking and feedback technology that provides prompts, warnings, and directions; portable devices that enable individuals with cognitive disabilities to travel within the community; and many other technologies capable of providing unobtrusive support. The challenges to the field still lie in making these technologies accessible to and usable by people aging with I/DD. While these technologies offer many potential benefits, such as increasing safety, independence, and opportunities to "age in place," we must also assess their impact on privacy and personal control.

**Assistive Technology and Environmental Interventions.** New and effective strategies addressing this population need to:

1) inform carers on the benefits of AT/EI and how to use and obtain AT-EI to enable community living and participation;
2) actively involve potential users in the AT-EI selection process
3) address the digital divide that prevents people with disabilities from accessing and using needed technology
4) protect privacy and autonomy

**The challenges to the field still lie in making these technologies accessible to and usable by people aging with I/DD.**

Several new programs targeting adults aging with I/DD incorporate these elements. Three of these innovative programs include:

1) the AT-EI Long-Term Advocacy and Support (ATLAS) Program, in which AT-EI professionals jointly problem solve at home and community sites with consumers and important others to identify barriers to community living and develop and implement AT-EI interventions to overcome these obstacles
2) the OT Home Project, a model demonstration home that tests new AT-EI products and modifications
3) the 3-D computer-based tool for modeling environmental barriers and collaboratively exploring solutions with adults with disabilities

# Creating Age-Friendly Communities

These approaches underscore the need for model programs that focus on the community, rather than the individual, as the driving force for designing and supporting accessible and inclusive environments. Future research needs to develop later-life screenings, education, and intervention programs that enable people aging with I/DD to better assess their options and that better adapt the physical and social environment to support them. Social action policy changes need to promote supportive AT-EI resources that help people stay in the living situations of choice long term and that improve access to social and community-based activities above and beyond self care.

**Age-Friendly Communities.** Several projects around the country have begun to address the accessibility and inclusiveness of entire communities for persons who are older and who have a disability. These include the Access Ready Communities project in Florida, The Evergreen Project in Indiana, the AdvantAge Initiative in eight states, and the Capital District: Creating an Aging-Prepared Community project in New York. Innovative features of these projects include:

1) working with the business sector to improve accessibility

2) designing more accessible transportation systems

3) using 3-D physical space modeling software and participatory design workshops to enable people aging with disabilities to actively participate in the development plan for a subsidized housing project

4) working with legislatures, public/private agencies, health networks and faith communities to assist governmental planners prepare for the growing proportion of aging persons

Key areas for future research and policy development include identifying and evaluating the most needed and enabling components of "access ready" communities for people aging with I/DD; collaborating with local governments and businesses



to create such communities and address the needs of consumers; testing new strategies to actively involve consumers in the community development process; and creating cross-disciplinary collaborations with gerontologists, architects, engineers, anthropologists, rehabilitation professionals, designers, and city planners to share ideas.

# Recommendations

The symposium produced valuable insights on the health, well-being, and quality of life of older adults with I/DD and their families and other carers. It identified gaps in our knowledge and in existing services. Finally, it resulted in recommendations for new directions in research and policy development.

Recommendations for new directions in research and policy include the following:

## Promoting Healthy Aging

*Assess and conduct public health surveillance of the health status of adults aging with I/DD and track their health care experiences.*

*Conduct research on the reciprocal relationships between mental and emotional states, physical health, and environmental factors, including poverty, abusive and stressful situations.*

*Identify factors contributing to obesity and malnutrition, including nutritional status, medication use, and physical activity for persons with varying conditions and syndromes through longitudinal studies.*

*Develop and evaluate health promotion programs encompassing health behavior education, nutrition, and physical activity, including analyses of differential effects for different syndromes and diagnostic groups, the impact of non-traditional exercise methods (e.g., T'ai Chi), and methods of increasing exercise adherence.*

## Supporting Families

*Assess the demography and well-being of family caregivers though use of longitudinal data bases including examination of issues related to poverty and diverse cultures. Make greater use of existing databases and put the agenda of disability on national surveys.*

*Address both the positive and stressful aspects of caregiving and the interdependence of the persons with I/DD and other family members.*

*Conduct studies examining the needs of adults with minimally impairing intellectual disability, who often "fall between the cracks."*

*Study models of involving families (including siblings and grandparents) and persons with I/DD in directing their supports and planning for future care.*

*Combine research with advocacy to make a difference for adults with I/DD and their families, including efforts to reduce the waiting list and implementation of the Olmstead decision.*

*Partner with the Administration on Aging's National Family Caregiver Support Program in developing state and local initiatives for helping families.*

## Creating Age Friendly Communities

*Identify and evaluate the use of new technologies, user-friendly interfaces, and environmental strategies to support community living participation, choice, and control.*

*Promote change in social policy to provide supportive assistive technology and environmental intervention resources that help adults stay in their living situations and that improve access to social and other community-based activities. Strategize ways to address the digital divide that prevents people from accessing desired technology.*

# Recommendations

*Develop model programs that focus on the environment as the driving force for designing and supporting accessible and inclusive communities.*

*Identify and evaluate the most needed and enabling components of "access ready" communities for adults aging with I/DD.*

*Collaborate with local governments and businesses to create "access ready" communities and address the needs of adults with I/DD; test new strategies to actively involve adults with I/DD in the community development process; and create cross-disciplinary collaboration with gerontologists, engineers, anthropologists, rehabilitation professionals, architects and designers, aging and disability communities, and city planners to share ideas.*

# References

Bigby, C. (2000). Models of parental planning. In M. P. Janicki & E.F. Ansello (Eds.), Community Supports for Older Adults with Lifelong Disabilities (pp. 81-95). Baltimore: Paul H. Brookes.

Braddock, D., Hemp. R., Rizzolo, M. C., Parish, S., & Pomeranz, A. (2002). The state of the states in developmental disabilities: 2002 study summary. Boulder, CO: University of Colorado.

Fujiura, G. (2001). Family demography: Emerging policy challenges. Paper presented at the Invitational Research Symposium on Aging with Developmental Disabilities: Promoting Health Aging, Family Support, and Age-Friendly Communities. Chicago.

Fujiura, G. (1998). Demography of family households. American Journal on Mental Retardation, 103, 225-235.

Fujiura, G., Roccoforte, J., & Braddock, D. (1994). Costs of family care for adults with mental retardation and related developmental disabilities. American Journal on Mental Retardation, 99, 250-261.

Hammel, J., Lai, J, & Heller, T. (2002). The impact of assistive technology and environmental intervention on function and living situation status for people who are aging with developmental disabilities. Disability and Rehabilitation, 24, 93-105.

Heller, T., Hsieh, & Rimmer, J. (2002) Psychosocial and fitness outcomes of a health promotion program for adults with Down syndrome. Paper presented at the American Public Health Association. Philadelphia.

Heller, T., & Factor, A. (1993). Aging family caregivers: Changes in burden and placement desire. American Journal on Mental Retardation, 98, 417-426.

Heller, T., Miller, A., & Hsieh, K. (1999). Impact of a consumer-directed family support program on adults with developmental disabilities and their family caregivers. Family Relations, 48, 419-427.

Janicki, M.P., Dalton, A.J., Henderson, C.M., & Davidson, P.W. (1999). Mortality and morbidity among older adults with intellectual disability: Health services considerations. Disability and Rehabilitation, 21, 284-294.

Krauss, M.J., Greenberg, J. S., Seltzer, M. M., Chou, R. J., & Hong, J. (2001). Caregiver well-being among mothers of adults with disabilities. Paper presented at the Invitational Research Symposium on Aging with Developmental Disabiities: Promoting Health Aging, Family Support, and Age-Friendly Communities. Chicago.

# References

Magana, S., Seltzer, M., & Krauss, M. (2001). The cultural context of caregiving: Differences in well-being between Puerto Rican and non-Latina white mothers of adults with mental retardation. Paper presented at the Invitational Research Symposium on Aging with Developmental Disabilities: Promoting Healthy Aging, Family Support, and Age-Friendly Communities. Chicago.

Prouty, R.W., Smith, G., & Lakin, K.C. (2001, June). Residential services for persons with developmental disabilities: Status and trends through 2000. Minneapolis: University of Minnesota, Institute on Community Integration, Research and Training Center on Community Living.

Rimmer, J. (2000). Achieving a beneficial fitness: A program and a philosophy in mental retardation: Contemporary issues in health, Vol. 1. Washington, DC: American Association on Mental Retardation.

Seltzer, M.M., Greenberg, J.S., Floyd, F.J., Pettee, Y., & Hong, J. (2001). Life course impacts of parenting a child with a disability. American Journal on Mental Retardation, 106, 282-303.

World Health Organization (2000). Ageing and intellectual disabilities: Improving longevity and promoting healthy aging. Geneva: World Health Organization and the International Association for the Scientific Study of Intellectual Disabilities.

Yamaki, K., Fujiura, G. (2002). Employment and income status of adults with developmental disabilities living in the community. Mental Retardation, 40,132-141.

RRTC on Aging with
Developmental Disabilities
(RRTC-ADD)

Department of Disability
and Human Development
1640 West Roosevelt Road
Chicago, IL 60608-6904

Nonprofit Org.
US Postage
PAID
Chicago, IL
Permit No. 4860

"The RRTC-ADD's mission is to promote the independence, productivity, community inclusion, full citizenship and self-determination of older adults with mental retardation and related developmental disabilities through a coordinated program of research, training, technical assistance, and dissemination. The RRTC-ADD is an international resource for researchers, people with developmental disabilities, their families, service providers, policy makers, advocacy groups, students, and the general community."

We invite you to learn more about the RRTCADD's research, training, technical assistance, and dissemination activities. Please visit our website at www.uic.edu/orgs/rrtcamr or contact us at:

312-413-1860 (voice); 800-996-8845 (voice);
312-413-0453 (TTY); 800-526-0844 (IL Relay);
312-996-6942 (fax); email: rrtcamr@uic.edu