UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ROBERT SIMPSON RICCI, *et al.*   )    Civil Action Nos. 72-0469-T (Belchertown)
                                            )                            74-2768-T (Fernald)
        Plaintiffs,                         )                            75-3910-T (Monson)
                                            )                            75-5023-T (Wrentham)
ROBERT L. OKIN, *et al.*          )                            75-5210-T (Dever)
                                            )
        Defendants.                      )
_____  )

### WRENTHAM ASSOCIATION'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Plaintiff, the Wrentham Association on behalf of all Wrentham Class Members ("Wrentham"), hereby moves to file a brief in excess of 20 pages.  In favor of this Motion, Wrentham states as follows:

1.      On February 7, 2006, Wrentham filed its *Motion to Re-Open* with a supporting *Memorandum* that totals 58 pages.  Wrentham seeks to reopen the case because in recent years, services offered by the Commonwealth, through the Department of Mental Retardation ("DMR"), have fallen woefully short of what this Court has required.  Therefore, DMR is in violation of this Court's May 25, 1993 Disengagement Order.

2.      After two years of meetings in which the Wrentham Class made specific requests for information and policy changes to address shortcomings in DMR's service system, with little or no movement by DMR, the Wrentham Class is again compelled to seek the Court's oversight in requiring DMR to provide Class members with the safe and secure environment to which they are entitled.

3.      The additional pages are required to address all of the violations of the Disengagement Order and to provide details regarding those violations.

4.      Specific violations addressed in the *Memorandum* include:

a. Class members being subjected to substandard care, medical errors and abuse in community-based homes;

b. Personnel who are not adequately trained or experienced;

c. Insufficient monitoring of Class members, including failing to conduct periodic review;

d. DMR's failure to certify "equal or better" treatment at new locations for transferred individuals; and

e. How Governor Romney's announced policy to close large intermediate care facilities for the mentally retarded ("ICFMRs") threatens Class members with worsening conditions and continually decreasing resources and services.

5.    Given the number of violations of this Court's Order and the amount of detail required to describe each of them, Wrentham requests that they be allowed to file the 58-page *Memorandum in Support of their Motion.*

6.    In further support of this Motion, Wrentham relies upon the Motion to Re-Open and supporting *Memorandum.*

7.    Because of the nature of this Motion, a separate memorandum of law is unnecessary.

WHEREFORE, the Wrentham Association on behalf of all Wrentham Class Members respectfully requests that the Court allow them to file their *Memorandum* of 58 pages.

WRENTHAM CLASS MEMBERS,
By their attorneys,


　　　/s/ Margaret M. Pinkham
Margaret M. Pinkham (BBO #561920)
Daniel J. Brown (BBO #654459)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Fax:  (617) 856-8201
E-mail: mpinkham@brownrudnick.com
DATED:  February 8, 2006                    E-mail: dbrown@brownrudnick.com

2

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), undersigned counsel hereby certifies that on February 8, 2006, the Wrentham Association's counsel contacted DMR's counsel in a good faith effort to resolve or narrow the issues presented by this motion.

The Attorney General's office did not assent to the relief requested.

                                         /s/ Margaret M. Pinkham

Dated:  February 8, 2006                            Margaret M. Pinkham

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St.
Boston, MA  02108

**Dever Class**
Neil Moynihan, Esq.
Nixon Peabody
101 Federal Street
Boston, MA  02110

**ARC**
Cathy E. Costanzo
Center for Public Representation (CPR)
22 Green Street
Northampton, MA  01060

**Disability Law Center**
<>
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA  02108

**Office of the Attorney General**
Juliana deHaan Rice, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts  02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts  02118

                                         /s/ Margaret M. Pinkham

DATED: February 8, 2006                        Margaret M. Pinkham

# 1413090 v1 - BROWNDJ - 000004/0784

3