# Don't Go Alone!
## Phone the Fernald League at (781) 891-7345

- Invited to a "Tea" to discuss placement possibilities?
- Invited to an Informational Session to meet DMR staff in your area?
- Contacted by an ITP member to discuss placement possibilities?

Do nothing. Stay home.
Or don't go alone!
(You have the right to be represented.)

- Called about your ward's upcoming ISP?
Don't go alone!
(Two heads are better than one!)

**DMR is not to discuss placement until the ISP is "finalized,"**
according to Judge Joseph Tauro on April 7, 2005.

"Finalized" means your ward's 2005 ISP is **not** under appeal
**not** in the process of being written
and **not** due between now and January 2006.

If you have signed a DMR Authorization form for the Fernald League to attend your ward's ISP,
- then you have a Designated Representative
- whom DMR must include in all ISP- and placement-related meetings to which you are invited,
- and to whom DMR must send copies of all material sent to you.

**Postpone**
any ISP- or placement-related meeting or conversation until
you talk with your Designated Representative

Call (781) 891-7345.                                   Thank you!
This message brought to you by the Designated Representatives of the Fernald League for
the Retarded, Inc., P.O. Box 85, Belmont, MA 02478                May 2, 2005