```
 7    a sole practitioner and doesn't have available to him the
 8    facilities that might be otherwise available had he
 9    associated himself with a large firm and had more backup.
10    So he does this by himself essentially and has done
11    a very fine job over the years. And I can imagine sometimes
12    he is hard to reach. That I can understand. I am not
13    saying that that is any excuse.
14    But what I want to do is to look forward. You
15    know, Mr. Cohen, how I like looking forward. And let's not
16    beat up on each other after -- we have done this. It is
17    signed. No more bruises, no more, you know, what's that old
18    saying? Everybody wants peace but everybody wants the last
19    punch. So let's both give up on the last punch.
20    Now, what do you want to say?
21    MR. COHEN: If I may, Your Honor?
22    In the manner in which --
23    THE COURT: You are not through?
24    MS. MEACHAM: I'm sorry. I had one other
25    issue that I wanted to raise.
```

                                                                12

```
 1    Just the colloquy just now about returning to
 2    Fernald as an option for individuals.
 3    THE COURT: Yes.
 4    MS. MEACHAM: What we, the Department --
 5    THE COURT: I have that very much in mind.
 6    But how I said it or where I said it, under what
```

```
         7    circumstances, I don't know.

         8              MS. MEACHAM: Well, it was part of a

         9    discussion that we had in the courtroom. And there is a

        10    transcript to that effect. And as we know, it was quoted in

        11    the newspapers and so forth.

        12              And I think I would like to correct, if there is, a

        13    misimpression that what the Department voluntarily agreed to

        14    do before these proceedings even began was to say that if an

        15    individual was transferred to the community from Fernald and

        16    that it was not successful and they requested another ICF/MR

        17    placement but not at Fernald, that was the option that was

        18    made available to them.

        19              So that for those individuals who had concerns

        20    about whether their needs could be met in a community

        21    setting as opposed to an ICF/MR setting, we do have other

        22    ICF/MR capacities (ph.) to meet those needs.

        23              We have never agreed nor voluntarily offered to

        24    bring individuals back to Fernald because our position is

        25    that Fernald is closing.
```

                                                                    13

```
         1              And I don't think that was what was reflected in

         2    the transcript. So I want to make that clear, that that has

         3    been our voluntary, our voluntary proposal in terms of

         4    assuring people that their needs be met.
```

```
 5               THE COURT:  All right.  We don't have to meet
 6      the problem yet because we are not faced with the problem.
 7      So if the circumstance comes where we have an unsuccessful
 8      placement, at least arguably unsuccessful, and there is a
 9      question of transferring to another venue, whether it be
10      Fernald or someplace else, and I have to get involved, then
11      I will and we will see.
12               MS. MEACHAM:  I just want to make it clear
13      from the Department's point of view, we are not violating a
14      court order by not offering that.  I didn't understand that
15      there was a court order to that effect.
16               THE COURT:  And I am not saying that there is.
17      It may have been conversational as we are having these kinds
18      of town meeting assemblies, a conversational piece on my
19      part which may not have been agreed to.  I don't know.
20               MR. COHEN:  If I may, Your Honor, just to be
21      of help.  On Page 34 of the transcript of April 7, the Court
22      stated, "It should be for everybody who gets transferred,
23      there should be a notice that you can come back."
24               And then on Page 35, the Court stated from Lines 5
25      to 8, "Everybody who gets transferred ought to have some
```

                                                              14

```
 1      piece of paper in the file, the transfer file saying you can
 2      always come back.  We will leave the light on and the window
 3      open."
```

```
 4              Those are --
 5                   THE COURT:  I remember that.  And I must have
 6         gotten that from someplace.  I mean, I didn't make that up.
 7         I mean, that is as a result of an attitudinal representation
 8         on your part rather than perhaps intending to be bound by
 9         the circumstances.
10                   Why are you folks standing up?  Squeeze.  Let's
11         squeeze a little bit so everybody can sit down.
12                   (Pause in proceedings.)
13                   THE COURT:  There is a couple of chairs over
14         here in the jury box (indicating).
15                   (Pause in proceedings.)
16                   THE COURT:  Everybody settled in now?  Good.
17         Okay.  Go ahead.
18                   MS. MEACHAM:  Your Honor, I think it's a
19         significant point.  Prior to any proceedings here that in a
20         letter to counsel the Department has taken the position and
21         maintained it consistently, if an individual's placement is
22         unsuccessful in the community, we would -- and we would
23         place in their file a letter to this effect -- that we would
24         allow them to request that they come back to an intermediate
25         care facility, another intermediate care facility other than
```

15

```
 1         Fernald.  We were very clear about that.
 2                   So if there is any understanding contrary to that,
```

```
 3    I --
 4                THE COURT:  And then what kicks in are the
 5    other factors that we have already included in this.
 6                MS. MEACHAM:  All of the standards, of course.
 7                THE COURT:  All of the standards have to be
 8    met.  Okay.  I think that is reasonable.
 9                Let's go on.
10                MR. COHEN:  Your Honor, I'd like to bring to
11    the Court's attention how the transfer policy without Court
12    intervention has occurred and is occurring.
13                Your Honor, there is an individual -- I will just
14    use his first name.  His name is Luigi -- who has been a
15    resident at Fernald for 45 years.  He is 53 years old.  On
16    April 9th of this year his father died.  His father had been
17    his guardian.
18                Two weeks after the death of the father,
19    individuals in charge of these transfer activities at the
20    Fernald called the mother.  The mother's name is Dina.  They
21    called her on the telephone and told her that they were
22    going to transfer Luigi.
23                And they offered to take her -- incidentally, in my
24    chronology, Luigi's ISP is scheduled for September 29th at
25    two p.m. this coming September 29th.
```

                                                                    16

```
 1                The phone call was made after the death of the
 2    father/guardian, two weeks after the death of the father on
```