**Post Placement Satisfaction Survey for Individuals Who Have Left Fernald**

If this survey is being completed with the assistance of someone else, who provided assistance, and what type of assistance was provided?

_____

_____

1.  When did you move from Fernald to your new home?
    Date:  __/__/__

2.  Where did you move?
    a) Monson  b) Glavin  c) Wrentham  d) Hogan  e) Templeton  f) state-operated community home   Name:
    _____  g) vendor-operated community home    Vendor
    name:  _____

3.  Did you participate in planning for your placement?
    a) Yes
    b) No

4.  Would you be willing to discuss your experiences with placement with other individuals who still live at Fernald?
    a) Yes
    b) No
    If you answered yes, please give us your name.  _____

PLEASE RATE YOUR AGREEMENT WITH THE FOLLOWING STATEMENTS ON A SCALE OF 1 – 5. A RATING OF 1 MEANS YOU STRONGLY AGREE, AND A RATING OF 5 MEANS YOU STRONGLY DISAGREE.  PLEASE COMMENT ON ANY STATEMENT FOR WHICH YOU ANSWER 4 OR 5.  YOUR COMMENTS ON OTHER STATEMENTS WILL BE WELCOME ALSO.

5.  Before my move, I was open to leaving Fernald.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments:  _____

_____

_____

6. During the period of planning for the move, I was satisfied with the information provided to me about placement options.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

7. During the period of planning for the move, Fernald staff provided sufficient assistance to me.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

8. I was satisfied with the placement processes followed during my transition from Fernald.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

9. Fernald staff did a good job of assisting me during my transition and placement from Fernald.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

10. The staff in my new home did a good job of helping me to adjust to my new home.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

11. The staff in my new day program did a good job of helping me to adjust to the new day program.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

12. I have adjusted well to my new home.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

13. I am satisfied with the services I receive.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

14. I have made progress towards meeting my goals since the move.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

15. I am satisfied with my contact with family since my move.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

16. I am satisfied with my contact with friends since my move.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

17. I have developed new positive relationships in my new home and/or day support service.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

18. Since the move, I have had opportunities to do things I enjoy doing.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

19. I am satisfied with my new home.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

20. I am satisfied with my new day supports.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

21. Over all, I feel good about my quality of life since the move.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Agree | | | | Strongly Disagree |

Comments: _____

_____

_____

22. Are there other comments you would like to make about your placement?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____