# I AM NOT DEAD YET
## by Sybil Feldman

"I Live on my own, I go out on my own, I go anywhere I want, and I live dangerously."

My name is Sybil Feldman and I am writing this to speak out about support services in the community for persons who are developmentally disabled and physically disabled.

I was born with Cerebral Palsy (CP) on October 1st, 1940 in the Boston Lying Inn Hospital, Boston, MA. I had one sister who was four years older, and lived with my parents in Malden, MA. When I was one year old at the time of the famous Coconut Grove fire in Boston, I was very sick and had a high fever of 105 which worsened my CP. At this time my parents were unable to find a doctor to care for me because of this unfortunate fire disaster. Because of this I think my CP became more severe. I have had muscle spasms since. Although they call these spasms "seizures" they are technically not seizures because I do not black out.

At the age of five and a half I had an operation on the heel cords of both feet to help me walk better. It was successful. But I also recall a conversation between my specialist and my parents. The reason I remember this is because the specialist advised my parents to put me away and forget about me. As a result of this, I went to Pine Harbor, Rhode Island and attended Miss Gilmore's School until I was nine. I learned to dress myself and walk better there.

I returned home for a year and a half and enrolled in the Industrial School now known as the Cotting School which was in Boston (now in Lexington). There I received a first grade education at age 10. By this time, 1950, I attended the Kennedy School; after staying for five years I received the equivalent of a third grade education.

I had tried to get into the Canton State School but I couldn't pass the test.
On March 30, 1955 I was admitted to the Walter E. Fernald State School in Massachusetts. I was fifteen and a half. Some of my experiences at this school were:

When experiencing muscle spasms they immediately tied me to my bed.
They would also leave me on the floor tied up for hours.
There were a lot of nurses that I didn't like because they'd yell at me, and tell the doctor that I was "putting on" a spasm when I was not. I can only remember one doctor believing me.
Also because of being tied and not believed, I often developed bruises all over my body.
During this period my mother and father died.

Page two. Feldman Story.

On August 22, 1969 I was moved to a better and newer building at this school. Although the staff were not better I was encouraged to become more independent yet I received no formal schooling whatsoever during my years at this school. I remained at the third grade level; and almost all of this I lost.

After living at the Fernald State School for 21 years, 4 months, and two weeks I went to a community residence named Stott House located in Needham Mass. It was now July of 1976, and I was 36 years old. It was a very big move after living all that time at the state school. They did not have my records. I had a series of long spasms and after two weeks they had to bring me back to Fernald. But this was only for two weeks and then I returned to Stott House.
I had independence at Stott House for six years, but they were for the most part not nice to me. They did not always know what they were doing. However despite this I was able to move to bigger and better things.

Although my father was never able to see me out on my own, I think he would have liked to. On May 18, 1982 I began the transitional living program through the Boston Center for Independent Living (BCIL). I moved into my own apartment, in Brookline; my very first.

Now I am going back for my GED after living through the BCIL for fourteen years on my own. During this time I have worked in various places: I have volunteered at the Brigham and Womens Hospital transporting lab work and paper work from one department to another. I was trained in 1989 as an "Access Monitor" to assess accessibility in public buildings. I have worked at a workshop in Lynn for Independent living, and was paid $9/hr, but it was for "doing "nothing". This lasted six months. The last time I had a paying job was in 1990.

I want to learn to read instead with the help of a volunteer, but I have been waiting for a volunteer since I moved here. I am not waiting around.
Over these years I developed my own motto "I Live on my own, I go out on my own, I go anywhere I want, and I live dangerously."

In 1990 I was at the State House in a protest demonstration. I met Bill Henny who invited me to go on a Civil Disobedience protest in Baltimore for the rights of disabled people and those in nursing homes. So I joined ADAPT (American Disabled People for Attendant Programs Today) We want disabled people in nursing homes to be able to get out and live independently like anybody else. This was my first action of civil disobedience.
The second one I went to was in Orlando Florida. I took my electric wheelchair. During this action I was arrested for trespassing. Next to the Disabled Persons Commission we shut down the street so that no one could drive a car through. Our point was to say disabled people can be independent without being in nursing homes;

Page three. Feldman Story.

we want care at home, not in nursing homes at all. There were 75 of us arrested; blind, in wheelchairs, with canes, and walkers. The police did not know what to do with us. I spent two nights in jail. This meant that I did not get my medicine. The police had to call my doctor. Every time I laid down I had spasms. They let us go and I was fined but the organization ADAPT paid and also my cousin helped. CORD (Cape Organization for the Rights of the Disabled) pays half my transportation.

I have been to Washington DC three times to Civil Disobedience actions. I was arrested once there and dealt with similarly. I have been to Chicago once; Las Vegas once; and Atlanta after the Olympics. In November last year (96) I joined 30 other ADAPT members and met with House Speaker Newt Gingrich. Because of the pressure we put on him, he pledged in writing "to pass a bill which will create choic so people with disabilities can get attendant services instead of being forced into nursing home care." This June I am going back to Washington DC.

The support services that I received and that I feel are still necessary are:

1. PCAs "Personal Care Assistants".
I hire and train persons to assist me in housekeeping, shopping, personal care etc. for which I am reimbursed through the Medicaid PCA Program. Also I would like to see PCA services for more people like me.

2. OT "Occupational Therapy" and PT "Physical Therapy"
I was able to receive OT and PT services on a weekly basis. I still receive PT.

3. Transportation. "The Ride".
This MBTA service is accessible, subsidized transportation through and around metropolitan Boston. I take the busses and trains.
I get around in my electric wheelchair. My friends say I am a daredevil.

4. ESA "Environmental Support Person".
An ESA is a person that is available for a few hours, on a once-a-week basis, to assist with household bookeeping tasks i.e. budgeting, balancing the checkbook, writing checks to pay PCAs, recruiting new PCAs, reading mail etc. Once a week a woman named Anne Howard came and helped me with my bills and everything because I couldn't do it on my own. I cannot read. I hoped that this program would continue for a long time. I looked forward to this once a week visit, and really needed it.
Now I get someone from Work Inc. without whom I'd be "up a creek". They come about three times per week. I would not know where to turn without them. I hope this program will never be cut off.

Page four. Feldman Story.

Support services which I hope to have in the future:

1. increased opportunity for social interaction.
2. a paying job which would not affect my Medicaid eligibility.
3. literacy help by volunteers so I can get my GED.
4. training and job placement.
5. Independent Living to be funded so that many more disabled people can live on their own like anybody else instead of being institutionalized in either nursing homes or State Schools.

Besides the above organizations, I belong to the State Independent living council providing advice to Mass Rehab and Mass Commission for the Blind, and I am a member of the MBTA Consumer Advisory Committee and The Ride sum-committee.

While I am doing all of this I enjoy crafts, photography and travel. I plan to travel all around the world before I die.

I have paid for my independence with my life and every ounce of my strength, and I am determined to not lose any freedoms I have gained.

**I am Not Dead Yet.**

**Signed Sybil Feldman**



**A VOTE FOR UNIVERSAL HEALTH CARE** – *Sybil Feldman of Brookline, who has cerebral palsy, joins demonstrators outside Boston's John Hancock Building in a protest of the insurance company's lobbying against the health care bill.*