UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action Nos. 72-0469-T |
| v. | * | 74-2768-T |
| | * | 75-3910-T |
| ROBERT L. OKIN, et al., | * | 75-5023-T |
| | * | 75-5210-T |
| Defendants. | * | |

ORDER

February 8, 2006

TAURO, J.

This court appoints United States Attorney Michael J. Sullivan to serve as Court Monitor with respect to the above-captioned matter. United States Attorney Sullivan's responsibility is to advise the court as to whether the past and prospective transfer processes employed by the Department of Mental Retardation comply with federal law, state regulations, as well as the orders of this court. Mr. Sullivan is to have access to all records of the Department of Mental Retardation that may be of relevance to his inquiry. Any dispute as to the need for such records, or the need for any protective order, shall be brought to the attention of this court for resolution.

Pending the completion of Mr. Sullivan's inquiry, and his report to the court, all transfers from Fernald to other ICF/MRS and community residences shall be discontinued.

IT IS SO ORDERED.

_____
United States District Judge