UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.* | ) ) ) | Civil Action Nos. 72-0469-T (Belchertown) |
|  | ) | 74-2768-T (Fernald) |
| Plaintiffs, | ) | 75-3910-T (Monson) |
|  | ) | 75-5023-T (Wrentham) |
| ROBERT L. OKIN, *et al.* | ) | 75-5210-T (Dever) |
|  | ) |  |
| Defendants. | ) ) |  |

WRENTHAM ASSOCIATION'S MOTION TO RE-OPEN CASE
AND RESTORE TO COURT'S ACTIVE DOCKET
**CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)**

On April 12, 2004, pursuant to Paragraph 7(c) of this Court's 1993 Order, Attorney Lisa Goodheart notified DMR of its failure to comply with the Order. The parties then met on May 28, June 7, June 8, September 15, 2004, and November 11, 2004 in an attempt to resolve the issues raised in the 7(c) letter, but to no avail. This process satisfied the requirements of Local Rule 7.1.

Counsel for Defendant has not assented to the relief requested.

Dated: February 8, 2006

/s/ Margaret M. Pinkham
Margaret M. Pinkham

# 1413269 v1 - pinkhamm - 000004/0784