44 Winthrop Street
Winchester, MA 01890-3140
Phone/Fax 781-721-1207
Cell Phone 1-781-534-5146
E-mail schodek@comcast.net

February 6, 2006

The Honorable Joseph Tauro
Justice of the District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Mr. Justice:

In anticipation of the hearing on the case Ricci v. Okin on February 8, 2006, I would like to report the following:

1. It is indeed true that the "Notice of Request for Proposed Facility Transfer," also referred to as the "45-day letter," was not (and continues not to be) sent to all "providers of supports to the individual," i.e., members of the interdisciplinary teams of the 43 clients who transferred from the Fernald Center between February 26, 2003 and June 22, 2005 (and subsequently). I know this because neither I, a provider of support to a handful of those transferees, nor any members of the interdisciplinary team on which I serve, have received such notice on any of the transferees on our caseload. I believe this omission on the part of DMR to be a violation of Stipulation 4 of your order of January 20, 2005, which states, "A transfer objective will be developed and all parties eligible to participate in the ISP modification will subsequently receive the 45-day letter required before a transfer may take place."

2. It is also true that no documentation of any of the contacts of the Individual Transition Planning (ITP) Team with the guardians of the transferees from my caseload was filed in the client records prior to the day of their transfer. As noted in my fax to you dated June 9, 2005, the records of the ITP Team are separate from the clients' records and are not accessible to the members of the clients' interdisciplinary teams.

3. Prior to the establishment of the ITP Team following the February 26, 2003 announcement of the intent to close the Fernald Center, the sending interdisciplinary team provided active follow-up to transferees and was always invited to the 30-day ISP at the receiving location. Since February 26, 2003, the ITP team has handled all communication with the receiving team and the sending interdisciplinary team has typically not even been notified of the 30-day ISP at the receiving location. I know this because I was notified of only one such ISP, and that was by request, though I and the other clinical members of the interdisciplinary team on which I serve have provided services to at least a handful of the transferees.

Sincerely,

*Kay Schodek*

Kay Schodek, LICSW, Ed.D.