Deborah Koziara
8 Monroe Street
Shrewsbury, MA 01545
January 23, 2006

Judge Joseph Tauro
John Joseph Moakley Federal Courthouse
1 Courthouse Way
South Boston, MA 02127

Dear Judge Tauro,

    I write this letter with the most sincere intentions of informing you of the current happenings at The Fernald Developmental Center. I have been in your courtroom twice now while Beryl Cohen has presented before you on behalf of the residents of Fernald. I know you to be fair, thoughtful and genuinely concerned about these residents. I heard you say that DMR should " do it right", "what's your hurry................" and yet despite your admonishments they continue to treat our relatives without proper respect.

    Currently, they are trying to relocate or "consolidate" the residents from their cottage style apartments back to various old style buildings. These are not better living conditions and it is not warranted. The sole reason in my opinion is to upset the parents and guardians of these individuals so they will take action and transfer them from the Fernald Campus.

    Recently, an incident involving my brother occurred at Fernald and I would like to share it with you briefly. David was ill with an upper respiratory infection and due his co-existing medical conditions; asthma and scoliosis his condition deteriorated rapidly one evening in October. The nurse who is very familiar with David recognized this and immediately notified a supervisor on grounds. Due to various problems it took over 2 1/2 hours for David to be transported about 1/4 mile on grounds to the Clinical Unit at Fernald. He sat in his cottage in his wheelchair, in his raincoat with a 105.6 degree temperature while all this was occurring. As a result he had to be transported by ambulance to Mt. Auburn Hospital where he spent 4 days. Consequently, for several weeks post-discharge he suffered with multiple sustained seizures (not his norm) due to a non-therapeutic blood level of his seizure medications (probably due to improper medication technique, and/or consequences of his illness).

    Furthermore, I have recently become aware of an ongoing problem with cockroaches in some of the buildings which are not being eradicated effectively. DMR is letting things slide and revert to past conditions.

    I wanted you to be aware firsthand of my recent experiences with the administration at Fernald. I have addressed each of the above incidents by letter to Linda Montminy and await her reply regarding the proposed moves and the pest problem.

    Thank you for your interest and care for the residents of Fernald including my brother, David Wasko.

Sincerely,

*Deborah M. Koziara*

Deborah M. Koziara (guardian of David Wasko)