```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ROBERT SIMPSON RICCI, et. al. )<br>                                     )<br>   Plaintiffs,           )<br>                                     )<br>   v.                           )<br>                                     )<br>ROBERT L. OKIN, et. al.    )<br>                                   )<br>   Defendants.          )<br>                                   ) | Civil Action<br>No.  72-0469-T<br>       74-2768-T<br>       75-3910-T<br>       75-5023-T<br>       75-5210-T |

**MOTION OF THE COURT MONITOR TO EXPAND
THE COURT'S JUNE 16, 2005 ORDER FOR
<u>THE PROTECTION OF CONFIDENTIAL MATERIAL</u>**

The United States Attorney, Michael J. Sullivan, through his Court appointed role as Court Monitor in this case, herein respectfully moves this Court to Expand the Court's June 16, 2005 Order for the Protection of Confidential Material to include the United States Attorney and his designees.  As grounds for this Motion the Court Monitor states as follows:

1. On June 16, 2005 the Court issued an Order for the Protection of Confidential Material, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure;

2. The Order was issued for the purpose of protecting confidential material consisting of documents and other data regarding persons who have been served or are being served by the Department of Mental Retardation, and which constitute confidential personal data pursuant to G.L. c. 123B, § 17; 115 C.M.R. §§4.00, et.

   seq.; G.L. c. 66A, §§ 1 and 2; the Health Insurance Portability and Accountability Act, 42 U.S.C. §§ 1320d, et. seq.; and/or regulations promulgated thereunder at 45 C.F.R. Parts 160 and 164;

3. It is essential that the Court Monitor, and his designees, review these confidential materials.

WHEREFORE, the Court Monitor respectfully moves this Court to Expand the Court's June 16, 2005 Order for the Protection of Confidential Material to include the United States Attorney and his designees.

         MICHAEL J. SULLIVAN,
         United States Attorney
         Court Appointed Monitor


      By: /s/ Rayford A. Farquhar
         RAYFORD A. FARQUHAR
         Assistant U.S. Attorney
         1 Courthouse, Suite 9200
         Boston, MA 02210
         (617) 748-3284

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.        Boston, Massachusetts
           February 22, 2006

 I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon counsel of record: Daniel J. Brown (dbrown@brownrudnick.com); Margaret M. Pinkham (mpinkham@brbilaw.com); Beryl W. Cohen (ai_tajima20@hotmail.com); Stanley J. Eichner (seichner@dlc-ma.org); Daryl Cameron Every (dcevery@aol.com); Cornelius J. Moynihan, Jr. (cmoyniham@nixonpeabody.com); Steven J. Schwartz (sschwartz@cpr-ma.org); Marianne Meacham (Marianne.Meacham@state.ma.us); Kim M. LaDue

(Kim.LaDue@state.ma.us); James Bergeron (James.Bergeron@state.ma.us); and Robert L. Quinan, Jr. (obert.quinan@ago.state.ma.us).

                                                                      /s/ Rayford A. Farquhar
                                                                       Rayford A. Farquhar
                                                                       Assistant U.S. Attorney