# HILL & BARLOW
*A Professional Corporation*

JUL 9 2001

ATTACHMENT E

DANA M. TULLY
DIRECT LINE: 617-428-3576
DTULLY@HILLBARLOW.COM

July 6, 2001

**By First Class Mail**

Marianne Meecham, Esq.
General Counsel
Department of Mental Retardation
160 North Washington Street, 3d Floor
Boston, MA 02114

Re:   *Ricci v. Okin* Final Order

Dear Marianne:

I am writing to confirm that our meeting of June 27, 2001 is not to be considered as a meeting required to reopen the Ricci case as provided in Paragraph 7 of the May 1993 Final Order.

The class representatives felt that the meeting was both informative and productive. We appreciate the Department's willingness to follow through with its ongoing commitments with regard to the Ricci class. We look forward to hearing from you later this month regarding those commitments.

Sincerely,

Dana

Dana M. Tully

DMT:btj

cc:   Lisa C. Goodheart, Esq. (By Hand)

06387-113
L76503_.DOC (695493 v. 3)