# Piper Rudnick

ATTACHMENT H

One International Place, 21st Floor
Boston, Massachusetts 02110-2613
main 617.406.6000  fax 617.406.6100

LISA C. GOODHEART
lisa.goodheart@piperrudnick.com
Direct Dial: 617-406-6023
Direct Fax: 617-406-6123

September 13, 2004

<u>By FAX and First Class Mail</u>

Marianne Meacham, Esq.
General Counsel
Massachusetts Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

Re:   *Ricci, et al. v. Okin, et al.*, Civil Action Nos. 72-0469 (Belchertown);
74-2768-T (Fernald); 75-3920 (Monson); 75-5023-T (Wrentham);
75-5210-T (Dever)
(D. Mass.)

Dear Marianne:

As we discussed, I am writing to confirm that we have scheduled a meeting for this Wednesday, September 15, 2004, from 2:00 to 4:00 p.m., at your office, to continue our negotiations on the subject of community monitoring. This meeting will be a continuation of the meetings on that subject (and others) that took place at my office on May 28, June 7 and June 8, 2004, pursuant to Paragraph 7c of the Final Order. I have invited counsel and the representatives of the Fernald, Monson and Belchertown groups to this meeting, but am informed that they do not plan to attend. Accordingly, I expect that the meeting will be attended by the class representatives for my clients, and me, and by appropriate representatives of the Department. I had also requested that the Department invite a representative of HSRI to attend the meeting, but I understand that the Department was not willing to do so, at this point.

In anticipation of our meeting, I enclose for the Department's consideration the following materials: (1) an outline of a draft proposal for community monitoring that would address my clients' principal concerns in this area, and (2) copies of two sample individual survey reports, with accompanying reviewer recommendations, from a program used in New Mexico, for purposes of illustrating the kind of individualized survey reporting and follow-up that we would like to see take place and be shared with the *Ricci* class representatives in Massachusetts.

Our discussion may ultimately require more than the two more hours we have allotted to Wednesday's meeting, and I understand that the Department would like at some point to have an

~BOST1:305349.v3
125-847

*Piper Rudnick LLP*

**Piper Rudnick**

Marianne Meacham, Esq.
September 13, 2004
Page 2

opportunity to review with us the various internal monitoring systems that are currently in place. Given the limited time available on Wednesday, however, I would request that our meeting time be used primarily to review and discuss the enclosed proposal, and the Department's specific responses to the points set forth in that proposal. In addition, we understand that Wednesday's meeting will provide an occasion for Jack Riley to respond to my July 30, 2004 letter, following up on prior correspondence dated May 16, 2002, regarding the 26-person survey conducted jointly by Department staff and class representatives.

    Thank you for your continued consideration of these matters. I look forward to seeing you Wednesday.

Sincerely,

Lisa C. Goodheart

LCG:btj
Enclosures

cc:    Beryl W. Cohen, Esq. (By FAX and First Class Mail -- With Enclosures)
        Mrs. Florence S. Finkel (By First Class Mail -- Enclosures)
        Ms. Colleen Lutkevich (By FAX -- With Enclosures)
        Mr. Leo V. Sarkissian (By FAX -- With Enclosures)

~BOST1:305349.v3
125-847

**DRAFT Community Monitoring Proposal**
(as of September 13, 2004)

1. DMR will choose a nationally recognized expert in Mental Retardation to conduct surveys on an annual basis of individuals living in DMR-funded community residences, staffed apartments, cooperative apartments and other community settings (not with own family and not facility residents). DMR will give the *Ricci* class representatives prior notice and an opportunity to comment on the qualifications of such expert.

2. DMR representatives and at least one representative of the independent survey team will meet with the *Ricci* class representatives in advance of each survey, to enable the *Ricci* class representatives to have input into the scope and methodology of each survey. Scope of surveys will include but may not be limited to:

   A. Whether all ISP services and supports are being provided to each surveyed individual.
   B. Adequacy and appropriateness of housing, residential and support services, including day programming, clinical supports, and medical and dental care, for each surveyed individual.
   C. Adequacy of social supports, including opportunities for community integration, socialization and peer relationships, for each surveyed individual.
   D. Adequacy and appropriateness of staffing for all ISP services and supports, for each surveyed individual.

3. Data will be collected and interpreted by the independent survey team (not DMR staff). For each individual surveyed, the independent survey team will write a report according to an agreed-upon format (the "Individual Survey Report"), which summarizes and analyzes the survey results and includes any recommendations for that individual that the team deems appropriate in light of the survey results. All survey data and each Individual Survey Report will be delivered promptly and contemporaneously to DMR and the *Ricci* class representatives (redacted as may be appropriate to protect confidentiality). DMR representatives and at least one representative of the independent survey team will meet with the *Ricci* class representatives, upon reasonable request, to discuss the survey results and the resulting Individual Survey Reports.

4. Within 14 days of its receipt of each Individual Survey Report, DMR will prepare a written plan of correction for any individual problems identified by such report, as well as for any systemic problems, areas of concern or trends identified through the survey, if any. All plans of correction shall include timelines for accomplishing any specified corrective actions. DMR will promptly provide a copy of each such plan of correction to the *Ricci* class representatives.

5. DMR representatives will meet with the *Ricci* class representatives upon reasonable request to discuss DMR's implementation of any plan of correction, and will provide the *Ricci* class representatives with a written summary of the status of its implementation of any plan of correction within an agreed-upon time frame.