

**BROWN RUDNICK BERLACK ISRAELS** LLP

ATTACHMENT J

MARGARET M. PINKHAM, Esq.
direct dial: 617-856-8265
mpinkham@brownrudnick.com

November 5, 2004

Marianne Meacham,
 General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

     RE:    <u>Ricci, et al v. Okin, et al</u>
                *Civil Action Nos. 72-0469(Belchertown); 74-2768-T(Fernald);*
                *75-3920(Monson); 75-5023-T(Wrentham); 75-5210-T(Dever)*

Dear Ms. Meacham:

     I am responding to your October 1, 2004 letter to Lisa Goodheart. As you are aware, I am seeking to be appointed as class counsel for the Wrentham class of plaintiffs since it has become necessary for Ms. Goodheart to withdraw from the case. While Ms. Goodheart represented both the Wrentham class of plaintiffs and the Dever class, in addition to the ARC, please recognize that I represent only the Wrentham class. I have reviewed your October 1st letter and discussed your offer with the Wrentham class representative. We appreciate the offer to include class counsel, and to prospectively include families or individuals, in the HSRI survey. At this point in time, however, we think it necessary and appropriate to decline the offer contained in your letter and to bring the issues that have been the subject of negotiation over the last several months to the Court's attention for a determination of whether the DMR is complying with both the letter and spirit of the May 25, 1993 Order.

     Please understand that we are very appreciative of the time and effort that the DMR and its personnel have put into responding to the issues first raised in Attorney Goodheart's April 12, 2004 letter. The more we have discussed these issues, however, the more it has become apparent that some of our concerns cannot be addressed to our satisfaction within the current regulatory, organizational and policy constraints within which the DMR operates.

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence

Marianne Meacham, General Counsel
November 4, 2004
Page 2

I look forward to continuing the good working relationship that you and Ms. Goodheart have developed over the last several years, and hope that, with the Court's involvement, we can eventually come to an understanding or agreement on how the Wrentham class members can receive the care and support to which they are entitled.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Margaret M. Pinkham

MMP/rsg
cc:  Colleen Lutkevich
     Lisa Goodheart, Esq.
     Juliana Rice, Esq.

#1310472 v1 - pinkhamm - s36001!.doc() - 4/784