

# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
### Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

Jane Swift
Governor

Robert P. Gittens
Secretary

Gerald J. Morrissey, Jr.
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590

March 28, 2002

**BY HAND AND REGULAR MAIL**
Lisa Goodheart, Esq.
Hannah Ross, Esq.
Hill & Barlow
One International Place
Boston, MA 02110

Beryl Cohen, Esq.
11 Beacon Street
Boston, MA 02108

RE: *Ricci v. Okin*

Dear Lisa, Hannah and Beryl:

This letter is in response to your request for information regarding the Department's "follow-up" to issues that were raised by *Ricci* class counsel and class representatives in the informal survey of 26 *Ricci* class members living in the community. Enclosed is a summary of the follow-up activities that was prepared by Jack Riley and Mary Akoury in February, 2002.

As you will recall, the survey protocol required class counsel and class representatives to obtain consent to be interviewed from the survey subjects. Consistent with this, every effort must be taken to protect the confidentiality of the participants in the survey. The summary information is thus being sent to you in redacted form, and subject to your agreement to keep the information confidential, i.e. for disclosure to class counsel only. I trust that you will agree that protecting each class member's confidentiality is not only the Department's legal obligation, but also a goal which class counsel shares.

Prior to our meeting on March 14, 2002, we provided you with the HSRI September 2000 Report. This Report contains a wealth of information on the supports being offered DMR consumers and their families, and on consumers' level of satisfaction with these supports. In our view, the Report provides a meaningful starting point for a discussion on the quality of supports in the community, and ways that supports may be enhanced.

Assistant Commissioner Janet George has offered to present this material to the class representatives, if they so request. Please advise me whether you or the class representatives wish to be briefed on this important report.

You also requested that we produce any reports prepared by Mary Akoury based upon her visits with *Ricci* class members residing in nursing homes in 2000. A summary of Mary Akoury's visits to six (6) class members was previously sent to class representative Colleen Lutkevitch. No other reports or summary of these visits was prepared, as concerns regarding client (or patient) confidentiality and sharing this information were raised and not resolved.

Ms. Akoury has since retired, but may be available on a limited basis to discuss her visits. Since these reports were never generated, I suggest that we discuss alternative ways to provide class counsel with the information that was gathered about *Ricci* class members in nursing homes, or alternatively, to supplement the more current information that we provided you on Ricci class members in nursing facilities or being placed from facilities into the community.

Very truly yours,

Marianne Meacham
General Counsel


Cc:     Gerald J. Morrissey, Jr., Commissioner
        Jack Riley, Deputy Assistant Commissioner

### M███ C███

Ms. C███ health issues continue to be addressed by her staff. The staff prepare low fat meals; she exercises as often as possible; and she eats sensibly. This has been a successful but slow process, as the whole house has become involved. Although this is a much healthier lifestyle, the distention of her stomach is not clearly linked to her diet, and this problem remains undiagnosed despite the efforts of her physicians. In addition, Ms. C███ is assisted by staff to budget her money with the goal of saving money for vacations of her choice and purchase clothing as needed.

### J███ D███

Mr. D███ has moved to another community residence with four roommates. This is a more optimal situation for him since his medical issues can now be better monitored. He is followed by an opthamologist and the residential environment has been adapted to accommodate his visual deficit. The day program that Mr. D███ attends is currently being re-organized, and vocational programming for Mr. D███ is in the process of being arranged.

### T███ F███

Ms. F███ is a Type II diabetic who requires a special diet. She also walks two hours a week as a way of controlling her diabetes, her current blood sugar levels are within normal range. Ms. F███ has gone clothes shopping and it is reported that she is both well dressed and appropriately dressed. Ms. F███ has also been referred for guardianship services. In the past, Ms. F███ had worked two hours per week at CVS with a job coach. However, because she refused to go to work, her hours were decreased to one hour per week. Ms. F███'s team feel that her behaviors indicate she is not interested in work and plan to look at volunteer work as a viable option for her during the day. The remainder of the week Ms. F███ attends a day habilitation program. Although Ms. F███ travels an hour and ten minutes to her day habilitation program, (down from an hour and thirty minutes), the Area Office continues to support Ms. F███'s attendance at this day habilitation program.

### P███ G███

Although he had initially been reluctant to any offers of assistance, Mr. G███ has now agreed to the additional supports that have been made available to him through the provider and area office.. The MARC Trust has been contacted for conservatorship, and on 1/31/02 Mr. G███ agreed to have Atty. Nusenbaum assist him with his finances. A plan for his retirement savings is being addressed through a financial service. Mr. G███ has also agreed to a plan for the condominium, which he owns, to be cleaned and maintained.

### C███ G███

Mr. G███'s provider has found another residence and the plan is for the move to occur in within the next month. While waiting to find another residence, the provider repaired everything that the landlord permitted. Due to C███' behaviors, there are some serious limitations to keeping furnishings in his room. The staff closely follow his behavior plan and he continues to show progress. Mr. G███ now allows some items to be kept in his room. Both the provider and area office expect him to keep progressing, albeit at his own pace.

### B████ M████

Mr. M████ and his team determined that a pre-paid burial plan was not something that B████ wanted to spend his money on at this time. Mr. M████ has a guardian who is involved and will continue to monitor his needs. The provider for the residential staff is arranging sensitivity training and training on other related human rights issues. The Area Office will receive a list of attendees and the topics that were provided at the training.

### I████ M████

Ms. M████ service coordinator does not sign. However, she is very sensitive to Ms. M████ needs and requests interpreters for every ISP. In addition, sign language training has been offered and a DMR staff has trained residential staff on deaf culture and awareness. Ms. M████ house manager is able to sign very effectively and occasionally has assisted at an ISP or meeting. Two of Ms. M████ housemates use signs and gestures to communicate with her. Other residential staff know basic signs and Ms. M████ is able to make her needs known to them. Ms. M████ is kept informed of deaf community activies but is typically not interested and prefers to interact with familiar people.

### M████ O████

Mr. O████ and provider staff went to a city council meeting to advocate for repairs to the sidewalk in his immediate neighborhood. The sidewalks have now been repaired. Currently, staff working with Mr. ████ are encouraging him to use the computer for fun and entertainment, with the intent of increasing his interest in using the keyboard. A "voice-activated" computer is not seen as very appropriate given M████ verbal skills and staff feel that Mr. O████ use of the keyboard (or a single switch) will allow him more independent use of the computer. Hopefully, the support Mr. O████ receives will maintain his interest in both the use of the computer and his limited work activities, since he often gets enthusiastic in the initial stages of a new activity but then his interest wanes. Currently his day program has made significant gains to keep him focused through volunteer activities, and Mr. O████ ISP team plans to explore the potential of a part-time job. Mr. O████ has seen a nutritionist and staff assist him in choosing foods other than sweets and in the use of the microwave. Mr. O████ belongs to a choir. He has made friends at the day program but continues to prefer interacting with paid staff.

### N████ R████

N████ R████ is being seen through Wayside Counseling with a therapist for the hard of hearing. In addition, a competency evaluation is in process with this same therapist. Ms. R████ has a "bed shaker" for life safety purposes, and there have been no concerns about her ability to evacuate. Ms. R████ did have an audiological exam and the Area Office is following up on the results.

### G████ S████

Mr. S████ has moved to a wheelchair accessible apartment with one roommate. There is one staff person on duty in the apartment around the clock. Mr. S████ parents continue to be involved and his father might be interested in another residence that will be opening in the Framingham area that offers similar accessibility and comparable staff ratios.

### T▮▮▮ W▮▮▮

Mr. W▮▮▮ receives clinical services through his day habilitation program and in his residence through Behavior Treatment Services (BTS), Riverside. The Area Office reports that the consistency of this service is irregular because of recent staff turnover at the BTS. The Area Director met with BTS on 2/20/02 and addressed this as well as other issues at the meeting. Interestingly, incident reports on Mr. W▮▮▮ have decreased during the last year. The House Manager at the time of the survey, who did not appear to understand Mr. W▮▮▮ issues, has been replaced and it is reported that the current manager appears caring and concerned. There is also a new Cluster Director who appears to be providing the needed supervision. A full-time nurse has also been hired for the provider's residential programs. The provider does have a plan to renovate Mr. W▮▮▮ residence, but the first priority is another residence that the provider owns and operates. Mr. W▮▮▮ has a guardian and she is involved.

### E▮▮▮ J▮▮▮

Mr. J▮▮▮ has not yet had a guardian appointed. The Service Coordinator has been actively pursuing guardianship, and is trying to determine whether family members or staff would be willing to become Mr. J▮▮▮ guardian and by exploring a volunteer pool to assume this role. Recently, the Area Office referred Mr. J▮▮▮ to the regional guardianship contract where it is anticipated that a paid guardian will be made available.

### W▮▮▮ B▮▮▮

Mr. B▮▮▮ has had a speech evaluation, the result of which was the recommendation that a communication book be initiated. It has been developed and continues to be expanded. Mr. B▮▮▮ has also been determined eligible for day program services in the area of Social Development. In addition to the social and recreational activities he attends in the nursing facility, Mr. B▮▮▮ currently receives in-house day services from Career Resources, four hours a week over a two-day period.

### P▮▮▮ G▮▮▮

Mr. G▮▮▮ currently attends Opportunity Works Day Habilitation program two days a week until noon and also receives five hours a week of individual supports in the nursing facility. With the change in providers there initially has been some inconsistency in staffing which was addressed in a meeting between the Area Office and the Provider this week. Although Mr. G▮▮▮ goes out on community trips from the nursing facility at least once a month, his service coordinator will be building into his ISP at least two trips monthly while attending his day habilitation program. The Area Office staff had explored renting a wheelchair accessible van for this provider to take Mr. ▮▮▮ out on trips but were unsuccessful due to the unavailability of rental vans. However, the individual support provider believes they will be able to borrow a van so that Mr. G▮▮▮ can enjoy additional community trips. Mr. G▮▮▮ was evaluated by the REACH Clinic for an adapted wheelchair. A firm cushion was recommended but this has been difficult for Mr. G▮▮▮ to adapt to, so he doesn't use it all the time. A speech therapy evaluation was completed in 1999. The service coordinator has requested an updated evaluation and this is in process.

### C████ D████

Ms. D████ has moved to a shared living situation. Ms. ████ appears to have adjusted well to the move and she and her home care provider appear to get along well. Ms. D████ continues to receive individual supports and employment supports through The Consortium. With encouragement, Ms. D████ has started a job and she appears to enjoy it. She is also scheduled to see a therapist from Crossroads and states that she is looking forward to these sessions.

### R████ I████

Mr. I████ is no longer employed on a regular basis. He had been working on an informal basis for a friend in Norfolk, but based on legal counsel's advice regarding loss of benefits if he continued to be paid in such a manner, this was discontinued. His team has had ongoing discussions with Mr. I████ about the benefits of formal employment assistance. On 2/7/02, Mr. I████ had an initial appointment at MRC to determine eligibility and whether funding is available for job development and job coaching. The service coordinator is in the process of contacting MRC for their decision and recommendations. Mr. I████ is now also being seen in therapy. Both his therapist and his brother's therapist were involved with the brothers' visit in December. Both brothers' teams have discussed and agreed that the pace of the visits should be clinically based at this time. However, the therapists are planning a March visit. In addition, both service coordinators and Mr. I████ residential staff are in the process of scheduling a meeting to review the current schedule of visits; review progress; and make modifications as needed. His brother's service coordinator continues to send Mr. I████ pictures and updates. At his most recent ISP in November, Mr. I████ stated that he does not want to move at this time. Although he is within walking distance of stores and restaurants, he continues to rely on public transportation for his visits to Norfolk Although his ties to his friends in Norfolk are meaningful to Mr. I████, Mr. I████ is being encouraged to become more involved in local activities in the Norwood area. For instance, there is a Lifeworks Individual Support Program which meets weekly at a local restaurant. His residential staff have also offered to help him find employment in the Norwood area.

### A████ V████

Mr. V████ has selected new furniture for his apartment but decided to purchase his own lamp. After the carpet was cleaned it did not have to be replaced. Recently, Mr. V████ was diagnosed with the early stages of Krohn's Disease. The Visiting Nurses Association worked with him for approximately three months to assist him with medication issues and his diet. Mr. V████ individual supports have increased to two hours a day, Monday through Saturday to assist him with his medication and his meals. He has a new physician whom he appears to like, and overall he is feeling much better. Provider staff encourage Mr. V████ to be more socially active, but he has developed a very restrictive routine that sharply limits his activities. Mr. V████ does not wish to open a checking account at this time. He and his service coordinator work on his bills together and go to CVS where he purchases money orders.

### D████ B████

D████ B████ was referred to an ophthalmologist. There were no abnormal findings, and the only recommendation was for a regular check-up.

P█ M█

Mr. M█ and his roommates have moved to an apartment in the New Bedford area. This was based on the request of the men to leave their previous residence because of its proximity to the fire station..

C█ S█

Mr. S█ goes out each evening for at least an hour. The activities vary, but include things such as Dunkin' Donuts, McDonald's or a walk at Castle Island or a local park which he likes. His House Manager reports that on occasion he just likes to take a leisurely ride and listen to the radio. Most other activities tend to be too stimulating for him, and have led to aggressive behavior. The House Manager is enrolling him in a swimming program at the Murphy Community School in Dorchester, and he will receive 1:1 staffing from the residence. The Service Coordinator has called Mr. S█ mother about a pre-paid burial plan, but has not yet made a connection with her.

The following individuals had no recommendations made at the time of the survey.

E█ J█
R█ G█
C█ O█
E█ W█
P█ M█

