UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Simpson Ricci *et al.* Plaintiffs<br><br>v.<br><br>Robert L. Okin, *et al.* Defendants | Civil Action Nos. 72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

THE PLAINTIFF ARC'S ASSENTED TO MOTION FOR LEAVE TO EXTEND TIME TO FILE ITS REPLY TO WRENTHAM ASSOCIATION'S MOTION TO RE-OPEN CASE AND RESTORE TO COURT'S ACTIVE DOCKET

The plaintiff Arc respectfully requests leave to file its reply to the Wrentham Association's "Motion to Re-open Case and Restore to Court's Active Docket" (the "Wrentham Motion") two weeks after the Court acts on the defendant Department of Mental Retardation's Motion to Strike the Wrentham Motion. Counsel for the Wrentahm Association has indicated her assent to this Motion to Extend. In support of its Motion, the Arc states as follows:

1. On February 7, 2006, the Wrentham Association filed the Wrentham Motion and a lengthy supporting memorandum.

2. On February 22, 2006, the Department of Mental Retardation (the "Department") filed its Motion to Strike the Wrentham Motion. The Department argues, inter alia, that the Wrentham Association has failed to follow the procedural provisions of this Court's Order of May 25, 1993 (the "Final Order").

3. The Wrentham Motion and its supporting memorandum are complex and contain numerous allegations of fact to which the Arc may determine it is necessary and appropriate to respond.

4. If the Court allows the Department's Motion to Strike, the Wrentham Association's concerns likely will be addressed in the processes set forth in the Final Order. In that case, it will not be necessary for the Arc to reply in a formal pleading to the Wrentham Motion.

5. If, on the other hand, the Court denies the Department's Motion to Strike, the Arc will be prepared to reply to the Wrentham Motion within two weeks thereof.

6. If the Court denies its Motion to Strike, the Department will be obligated to reply in a timely fashion to the Wrentham Motion. Accordingly, no party will be prejudiced by an extension of time for the Arc to reply until two weeks after the Court has acted on the Department's Motion to Strike.

CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for Arc, Inc., has conferred with Attorney Margaret Pinkham, attorney for plaintiff, the Wrentham Association, by email communication on February 23, 2006, and she has assented to this Motion.

RESPECTFULLY SUBMITTED
THE ARC, INC.
BY THEIR ATTORNEYS

/s/ Cathy E. Costanzo

Cathy E. Costanzo (BBO #553813)
Steven J. Schwartz (BBO #448449)
Center for Public Representation
22 Green Street
Northampton, MA 01060
Tel. (413) 586-6024

Dated: February 24, 2006

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Fernald/Monson/Belchertown Classes
Beryl Cohen, Esq.
11 Beacon Street, Room 900
Boston, MA 02108

Office of the Attorney General
Juliana deHaan Rice, Esq.
Robert L. Quinan, Jr., Esq.
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

Department of Mental Retardation
Marianne Meacham, General Counsel
500 Harrison Avenue
Boston, MA 02118

Wrentham Association
Margaret M. Pinkham, Esq.
Daniel J. Brown, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Dever Class
Neil Moynihan, Esq.
Nixon Peabody
101 Federal Street
Boston, MA 02110

Disability Law Center
Stan Eichner, Esq.
11 Beacon Street, Suite 925
Boston, MA 02108

Court Appointed Monitor
Michael J. Sullivan
United States Attorney
1 Courthouse, Suite 9200
Boston, MA 02210

Dated: February 24, 2006

/s/ Cathy E. Costanzo