

# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

February 16, 2006

WCVB TV5
5 TV Place
Needham, MA  02494

Attn:  TV5 News Director

Dear Sir:

On February 8, 2006, at 5:30 p.m., you aired a view of the Fernald Development Center which was disappointing.  Channel 5 showed an old building that has been empty for years portraying the Fernald Development Center in a negative way.  The residents live at Cottages, Intermediate Care Facilities (ICFs) in Malone Park in a homelike community setting.

The Marquardt Nursing Facility is the only nursing care facility for the elder retarded residents in Massachusetts.  They also take care of those residents who live in the community.  With the increase in Alzheimer's patients, there is a need for expansion of the Facility.

Fernald is a village.  It has a Church, Activity Center, Indoor Swimming Pool, which the residents in the community also share, and Tufts Dental Clinic for all retarded citizens.  There are also three buildings on grounds used for battered women and children.  The City of Waltham supports the housing for these unfortunate people.

Fernald is where the residents live in a safe environment with excellent medical care.  Parents and guardians are very happy their loved ones live there.  We appreciate all you have done for us with publicity and ask that you please show the Fernald Development Center in a brighter light in the future.

Thank you.

*Dorothy O'Rourke*

Dorothy O'Rourke, Building Rep. Chairperson

cc:   Atty. Beryl Cohen
      U.S. Atty. Michael J. Sullivan
      Judge Joseph L. Tauro
      Comm. Jerry Morrisey
      Boston Globe
      Daily News Tribune