68 Curtis St.
Reading, MA 01867
February 22, 2006

Dear Judge Tauro,

We apologize for this letter being so many years later than it should have been. We want to thank you from the bottom of our hearts for the wonderful difference you made in our son, Timothy's, life.

Our fourth child, Timmie, was born July 23, 1967, and within 8 hours was rushed to Children's Hospital where he spent the whole first year of his life. Their attempts to correct his many health problems with numerous, serious surgeries and procedures were unsuccessful. He was only one in four in medical history that did not respond to treatment.

After doing all they could to help him, they told us that, because of his severe retardation and vast medical problems, we shouldn't take him home as he needed round-the-clock medical attention.

We chose not to take their advice and, after many weeks of training in how to care for him, Timmie joined his 2 brothers and sister at home — celebrating his first birthday the next day.

Timmie lived at home just one year — a difficult year looking back with his busy routine, but we kept hoping for that miracle to happen making him normal. We thought with love, total attention and commitment to all his medical treatments, he would thrive.

As Timmie's health grew worse, health issues

arose in our other children, and the fact that we were expecting our fifth child, our pediatrician told us, just as Children's had, that Timmie needed more than we could give him – 24-hour nursing care. We knew that he was right, as much as we didn't want to admit it.

On July 24, 1969, one of the saddest days of our lives, we brought our Timmie to live at Thom Hospital on the grounds of Fernald. We met each of his many new roommates, all with their own unique problems, but everyone beautiful and special in their own way. Large cribs were lined up in rows over the big 'ward'. Although the doctor and nurses seemed very caring, we really just wanted to take our precious baby right back home with us! But we couldn't.

Being the medical challenge he was, it took some time for the doctor to learn the best ways to treat him. But with some contradictory to Children's Hospital approaches, she eventually kept Timmie more comfortable. We always remained very close to Tim and all that happened at Fernald. We became "watchdogs" as building representatives for Fernald League and brought up many problems and complaints as they arose over the years.

After your intervention in 1972, Fernald became a far better place for Tim and his friends; staffing was better, the building cleaner, great programs were in place, P.T., O.T. and music therapy etc., and eventually all the great renovations came about. Just a world of difference!

Timmie was so much happier and healthier with all the changes. He received excellent care and, more important, much love from his wonderful and dedicated "Fernald family", many of them still caring for him for the entire 28 years he lived there. They knew him and loved him in everyday ways.

We lost our sweet Timmie on January 17, 1998, and life will never be the same.

Sorry this letter is so long, but thought you might like a glimpse of one of the many lives you were so instrumental in improving.

We thank you again for all years you've watched over not only our son, but his many special friends. You are their true friend and guardian angel!

We were in court on February 8th and, again, Thank you! Thank you! We hope that together we'll be able to keep the great Fernald you helped create open and, ideally, some day soon open admissions again for the many other "Timmies" out there in dire need of the services it provides.

God bless you, Judge Tauro!

Sincerely,

Fred & Joan Doherty