UNITED STATES DISTRICT COURT

BOSTON, MASSACHUSETTS 02210

JOSEPH L. TAURO
JUDGE

February 27, 2006

Dear Fred and Jon —

Thank you & your most thoughtful letter — much appreciated.

With best wishes,

Joe Tauro

Mr. and Mrs. Fred Doherty
68 Curtis Street
Reading, MA 01867