# EXHIBIT 1

9/15/04 <u>Ricci</u> — Mtg at DMR re Monitoring
<u>2:00 — 4:00 pm</u>

Gerry                    LCG
Marianne                 Leo (late)
Kim Ladue                Colleen
Diane Enochs             Florence
Gail Grossman
Janet

<u>Marianne</u>
Where we agree/disagree:

→ 0. DMR thinks Final Order reqs.
are being met.

1. No dispute re qualifs. of HSRI
to do the work — Agreed.

2. Periodic
we say shd be more often.

3. We want individualized RV.

Did not ask HSRI to attend,
b/c Janet is here. She is
familiar. (Perhaps HSRI can
attend a future meeting?)

Chose HSRI b/c of scientific validity.

gives sense of systemic trends.

What is the value ▓▓ of doing more?

Re: the 26-member survey ✓
DMR doesn't agree that this shows the value

Are we not already doing that kind of RV?

NCI, in other states, includes families in the process.

→ Cd. pull Ricci clients + give specific info/results.

Reports have been late b/c of resource constraints.

Different states use dif. kinds
of surveyors.
  — Some include families/citizens.
  — Then we cd. see the results
    1st hand.
  — They wd. have to be trained
    by HSRI
  — They wd. go along on the
    survey visits + get info
    in real time.

(Ore Option)

Nature of sampling
  — need to choose a number
    of people to talk to ——
    will get less than 100%
    participation
        we as class reps. need
        to encourage people
        to participate.

Janet criticizes the narrative
portion of the indiv. RV
    but the findings + recs.
    are factual

LG  Can you give us the findings/recs.
    in real time?

Gail

Diane
    survey + certification    — community
    Title 19                  — facilities

My 4 points
A. ⎫
   ⎬  is a part of survey or
   ⎱  certification
B.
C.
D.

Info is form of
~~Do no~~
    Yes/Nos to Qs

no long narrative

Reports goes to:
    sc
    guardian      ⎬  w/in 30 days
    provider          of completion
                      (except for emergency
                       issues)

B/c pt. is to license ~~provider,~~ ~~facility~~),
indiv. results wd.
not capture person's
day program, for ex.

Janet

A — health survey + cert.
B + C — community ~~&~~ integration/socialz → S + C
(in differing degrees)

Janet

B + C → ▨ NCI has info on.

A → NCI has some info but
D → is not based on ISP

→ Cd. not get B + C - type
info on an individualized
basis for the past.
Possibly cd. change
tool to do this
going forward, says
Janet.



CQI process

MM to do

(coil) 1. S + C — get us proposal to extract info.
(Jsnet) 2. NCI — " " "going forward".
3. confidentiality
4. 6M's issue — what do we do w/ that info?
(Doesn't want us to mis-use it.)

for indivs. who are Ricci class members

Stipulated Protective Order

6M — thinks our perception is "if DMR staff does it, it's bad /wrong."

Next week (for what ~~they~~ they can)

→ our
→ indiv. partic. in surveys gets over confidentiality issues
But how to staff?

6M — w/NCI, we can focus

(Jeck will respond to my 7/30/04 ltr re the 26-persons