UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT L. OKIN, et al<br><br>Defendants | Civil Action Nos:  72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

**DEVER PLAINTIFFS' SUGGESTION\* TO DMR'S MOTION TO STRIKE**

The Dever Plaintiffs oppose the Department of Mental Retardation's ("DMR") Motion to Strike the Wrentham Association's Motion to Re-Open this case. The Dever Plaintiffs suggest that the focus of these proceedings should not be on procedural niceties and formalities, but rather on the protection of Ricci Class Members and the development of adequate information by the Court Monitor and others to assure DMR's compliance with this Court's Disengagement Order.

\*See attached.

Respectfully submitted,

/s/ Cornelius J. Moynihan, Jr.
/s/ Stephen M. LaRose
Cornelius J. Moynihan, Jr., BBO No: 358840
Stephen M. LaRose, BBO No: 654507
Laura E. Coltin, BBO No: 663070
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1315

Dated: March 8, 2006

BOS1574779.1

## CERTIFICATE OF SERVICE

I, Cornelius J. Moynihan, Jr., hereby certify that on March 8, 2006, the above Suggestion was served upon counsel for the Defendants via this Court's electronic filing service. I also certify that I served a copy of the foregoing document by mail to the parties listed below.

William J. Burke
Suite 1205
370 Lexington Avenue
New York, NY  10017

Marianne Meacham
Commonwealth of Massachusetts
Department of Mental Retardation
500 Harrison Avenue
Boston, MA  02118

Beryl W. Cohen
Room 900
11 Beacon Street
Boston, MA  02108

Michael J. Sullivan
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA  02210


　　/s/ Cornelius J. Moynihan, Jr.
Cornelius J. Moynihan, Jr.,

sue facts

1474

"Some insurance today is written against 'all risks' .... Besides the perils clause ... recovery under the policy can be had on the entirely separate 'sue and labor' clause .... Under this clause, the underwriter may become liable for certain charges incurred by the assured in caring for the insured property, whether or not there is any actual loss or damage. Where sue-and-labor charges are incurred and loss also occurs, the underwriter may become liable for more than the policy amount, which limits only a claim for loss of or damage to the goods or vessel." Grant Gilmore & Charles L. Black Jr., *The Law of Admiralty* § 2-10, at 75 (2d ed. 1975).

**sue facts.** Facts that determine whether a party should bring a lawsuit; esp., facts determining whether a shareholder-derivative action should be instituted under state law.

**sue out,** *vb.* To apply to a court for the issuance of (a court order or writ).

*suerte* (swer-tə). *Spanish law.* **1.** Chance; destiny; fate. **2.** Land within a municipality's boundaries, reserved for cultivating or planting because of its proximity to water. • This term appears in the caselaw of states that were formerly Spanish or Mexican possessions.

**suffer,** *vb.* **1.** To experience or sustain physical or emotional pain, distress, or injury <suffer grievously><suffer damages>. [Cases: Damages ⟬31, 49.10, 50.10. C.J.S. *Damages* §§ 92, 95, 98–104; *Torts* §§ 67–79, 82–83.] **2.** To allow or permit (an act, etc.) <to suffer a default>.

**sufferance** (səf-ər-ənts *or* səf-rənts). **1.** Toleration; passive consent. **2.** The state of one who holds land without the owner's permission. See *tenancy at sufferance* under TENANCY. **3.** A license implied from the omission to enforce a right.

**sufferance wharves.** *Hist. English law.* Wharves designated by the Commissioner of the Customs to receive goods before any duties must be paid.

*sufferentia pacis* (səf-ə-ren-shee-ə pay-sis), *n.* [Latin] A grant of peace; a truce; an armistice.

**suffering a recovery.** *Hist.* A conveyor's act of allowing, for the purposes of a conveyance, a fictitious action to be brought by the conveyee and a judgment to be recovered for the land in question.

**sufficiency of disclosure.** See ADEQUACY OF DISCLOSURE.

**sufficiency-of-evidence test.** *Criminal procedure.* **1.** The guideline for a grand jury considering whether to indict a suspect: if all the evidence presented were uncontradicted and unexplained, it would warrant a conviction by the fact-trier. [Cases: Indictment and Information ⟬10.2. C.J.S. *Indictments and Informations* § 21.] **2.** A standard for reviewing a criminal conviction on appeal, based on whether enough evidence exists to justify the fact-trier's finding of guilt beyond a reasonable doubt. — Also termed *sufficiency-of-the-evidence test*. [Cases: Criminal Law ⟬1159.2(7).]

**sufficient,** *adj.* Adequate; of such quality, number, force, or value as is necessary for a given purpose <sufficient consideration> <sufficient evidence>.

**sufficient cause. 1.** See *good cause* under CAUSE (2). **2.** PROBABLE CAUSE.

**sufficient consideration.** See CONSIDERATION (1).

**sufficient evidence.** See *satisfactory evidence* under EVIDENCE.

**suffragan** (səf-rə-gən). A titular bishop ordained to assist a bishop of the diocese in the church business; a deputy or assistant bishop. • Suffragans were originally appointed only to replace absent bishops and were called *chorepiscopi* ("bishops of the county"), as distinguished from the regular bishops of the city or see.

**suffrage** (səf-rij). **1.** The right or privilege of casting a vote at a public election. — Also termed *right to vote*. [Cases: Elections ⟬1. C.J.S. *Elections* §§ 1(1, 10), 2.]

"In the United States suffrage is a privilege, franchise or trust conferred by the people upon such persons as it deems fittest to represent it in the choice of magistrates or in the performance of political duties which it would be inexpedient or inconvenient for the people to perform in a body. The person upon whom the franchise is conferred is called an elector or voter. No community extends suffrage to all persons, but places such restrictions upon it as may best subserve the ends of government." George W. McCrary, *A Treatise on the American Law of Elections* § 1, at 2 (Henry L. McCune ed., 4th ed. 1897).

**2.** A vote; the act of voting.

*suffragium* (sə-fray-jee-əm), *n.* [Latin] *Roman law.* **1.** A vote; the right to vote. **2.** A recommendation of someone for a special privilege or office.

**suggested retail price.** See PRICE.

**suggestibility,** *n.* The readiness with which a person accepts another's suggestion. — **suggestible,** *adj.*

*suggestio falsi* (səg-jes-tee-oh fal-sī *or* fawl-sī). [Latin] A false representation or misleading suggestion. Cf. SUPPRESSIO VERI.

**suggestion,** *n.* **1.** An indirect presentation of an idea <the client agreed with counsel's suggestion to reword the warranty>. **2.** *Procedure.* A statement of some fact or circumstance that will materially affect the further proceedings in the case <suggestion for rehearing en banc>. **3.** *Archaic. Wills & estates.* UNDUE INFLUENCE. — **suggest** (for senses 1 & 2), *vb.*

**suggestion of bankruptcy.** A pleading by which a party notifies the court that the party has filed for bankruptcy and that, because of the automatic stay provided by the bankruptcy laws, the court cannot take further action in the case. [Cases: Bankruptcy ⟬3418. C.J.S. *Bankruptcy* § 102.]

**suggestion of death.** A pleading filed by a party, or the party's representatives, by which the court is notified that a party to a suit has died. [Cases: Parties ⟬61. C.J.S. *Parties* §§ 80–83.]

**suggestion of error.** An objection made by a party to a suit, indicating that the court has committed an error or that the party wants a rehearing of a particular issue. [Cases: Appeal and Error ⟬758, 829; Criminal Law ⟬1133. C.J.S. *Appeal and Error* §§ 612–613, 676; *Criminal Law* § 1702.]

**suggestion on the record.** A formal written or oral statement informing the court of an important fact that may require a stay of proceedings or affect the court's decision. • Suggestions on the record include suggestion of bankruptcy, suggestion of death, and suggestion of error.

**suggestive interrogation.** See LEADING QUESTION.

**suggestive mark.** See *suggestive trademark* under TRADEMARK.

# Black's Law Dictionary®

## Eighth Edition

Bryan A. Garner
Editor in Chief



Mat #40231642
Mat #40235008—deluxe