UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT L. OKIN, et al<br><br>    Defendants. | Civil Action Nos:  72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

NOTICE OF APPEARANCE

Please enter the appearance of Stephen M. LaRose for the Dever Class Plaintiffs in the above-entitled action.

DEVER CLASS,

By its attorney,

   /s/ Stephen M. LaRose
Cornelius J. Moynihan, Jr., BBO No: 358840
Stephen M. LaRose, BBO No: 654507
Laura E. Coltin, BBO No: 663070
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1315

Dated: March 8, 2006