THOMAS J. FRAIN
ATTORNEY AT LAW
563 MAIN STREET
BOLTON, MASSACHUSETTS 01740
TELEPHONE (978) 779-0749
FACSIMILE (978) 779-0761

March 3, 2006

VIA FIRST CLASS MAIL

The Honorable Judge Joseph Tauro
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02110

Re: Ricci, et al. v. Okin, et al.,
Civil Action Nos. 72-0469-T, 74-2768-T, 75-3910-T, 75-5023-T, and 75-5210-T

Dear Judge Tauro:

This office represents the Massachusetts Coalition of Families and Advocates for the Retarded, Inc. ("COFAR") on October 24, 2004 I moved for William J. Burke's admission to the court, pro hac vice. Please be advised that Attorney William J. Burke passed away on June 9, 2005. I was informed by his firm that no one at his firm will be taking over the case as he was the only lawyer in the practice who dealt in this area of the law. Please allow the withdrawal of his appearance from the case.

Thank you for your time and attention in this matter. Please call me with any comments or questions.

Respectfully submitted,

Thomas J. Frain, Esq.

TJF/nc

cc: Beryl W. Cohen, Esq.
Margaret M. Pinkham, Esq.
Lisa C. Goodheart, Esq.
Robert L. Quinlan, Jr., Esq.
Marianne Meacham, Esq.
Bettina Toner, Esq.

*[Handwritten: Motion to withdraw Allowed — J. Tauro DJ 3/6/06]*