UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT SIMPSON RICCI, et al**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT L. OKIN, et al**<br><br>Defendants. | Civil Action Nos:  72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

### NOTICE OF APPEARANCE

Please enter the appearance of Laura E. Coltin for the Dever Class Plaintiffs in the above-entitled action.

                          DEVER CLASS,

                          By its attorneys,

                          __/s/ Laura E. Coltin_____
                          Laura E. Coltin, BBO No:  663070
                          Cornelius J. Moynihan, Jr., BBO No:  358840
                          Stephen M. LaRose, BBO No:  654507
                          Nixon Peabody LLP
                          100 Summer Street
                          Boston, MA  02110
                          Tel: 617-345-1315

Dated: March 9, 2006

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2006.

                          __/s/ Laura E. Coltin_____