

# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

## BUILDING REPRESENTATIVE COMMITTEE MINUTES
### March 5, 2006

The Building Representative Committee Meeting, chaired by Dorothy O'Rourke, was held on Sunday, March 5, 2006 in the Withington Conf. Room, at 1:30 p.m.

General Concerns
- Consolidation and the affect it has on the residents and families is still an ongoing concern of the Bldg. Reps.
- Farrell Hall parents and guardians were very upset with the recent move of some residents from downstairs to the upstairs. It was upsetting to two blind residents when they returned from their day program and did not return to their familiar rooms. Administration should know better to move residents gradually since the residents are used to routine and this sudden move was frightening to them.
- Disappointed in the Facility Director, Linda Montminy, who did not have the courtesy to meet with the parents on several occasions. She has refused to meet parents and guardians. Cottage 3 families had requested her to meet with them and gave her a 12 day's notice. Families have asked for a private meeting with Linda and she refused. Also, other families have asked for a meeting and Linda writes a letter and refuses to meet one on one. It's the first time in many years that we have a facility director who refuses to meet with family members one on one. Never has Fernald had a facility director who has distanced themselves from families and guardians. Time for Linda Montminy to go. The parents and guardians would like to see the Commissioner appoint a new facility director. Since she is Facility Director to both Hogan and Fernald, she is wearing too many hats!
- The parents and/or guardians requested Linda to meet with them regarding the renovations at the various ICF buildings. She always sent someone else in her place…namely, Donna Priorer, Linda's secretary; Ann Kelley, one of her Assistants or Gail Lawrence.
- Families are concerned over the residents going to workshop and day programs when it is cold, especially if they are to walk from the cottages to the Site. Some residents are in their sixties and seventies.

Administration - Diane Booher reporting.
Physical Therapy Aide vacancies: Have 2 PTAs been hired? How many FTEs for each position? To begin when?
Nurse Practitioner vacancy: Has Liberty Medical hired N.P.? How many FTEs for this position? To begin when?
QMRP staffing shortage: How much longer will current QMRPs be short one FTE?
Dietician search: Has Morrison's hired a second dietician for Fernald Development Center? Is position 1.0 FTEs? To begin when?
Marquardt Director of Nurses: Is this position full-time? Who occupies this position?
Pharmacists: Will Fernald have 2.2 FTEs in budget for pharmacists after June 30, 2006? In next fiscal year, will Fernald continue to have an on-grounds pharmacy?
ITP Team: What are current duties of ITP team members?
Cottage Courtyard poles and their lights: What is status of bids for 2 light poles and their lights?
Paving and leveling of roads and sidewalks: Has $180,000 been released by DCAM for paving on Fernald campus? What capital expenditures for Fernald have higher priority than this request?
Power cleaning wheelchairs: What is the start date for annual spring power cleaning of wheelchairs at Fernald? How many wheelchairs will contractors clean this spring?

**Buildinbg Rep. Minutes**                             - 2 -                                      **March, 2006**

<u>Computers for social workers at Fernald</u>: In Nov. 2005, Building Rep. responses, Gale Conley replies:

> *"Facility has been working on wiring and computer access for all clinical staff social workers. Will have computer access and availability when this has been completed."*

Is wiring and computer access complete? Do all clinical staff social workers now have functional state computers on their office desktops?

<u>Lack of Privacy in Fernald Voice Mail System</u>: Thank you for confirming that staff share voice mail boxes and that there is no privacy for those who leave even their names and phone numbers in the Fernald messaging system [January 2006 Bldg. Rep. responses]. Why is this necessary?

<u>Activity Center: Installation of air conditioning system</u>: On what date is installation scheduled to begin? What is estimated date of completion?

**Cottage 3 A&B – Peg & Joe Hughes reporting.**
General Concerns:- In reference to the Cottage 3 transportation program responses to address our individual concerns through the Div. Dir. and the Bldg. Rep. minutes per Linda Montminy. First, let me say this: 1. Our general concerns are not Individual concerns. 2. The building rep. minutes circulation is not only distributed to the Fernald Facility Director. 3. We find that dealing with problems on a verbal basis with management produces very little results. 4. For 13 months, to Management while serving as a member of the DMR Family Advisory Committee, the Asst. DMR Comm., who chaired the committee, suggested that all of our concerns be recorded in the Bldg. Rep. report and not verbally to Management. We complied.

- B-family room emergency light hanging out of wall. After fix, please check operation.
- B-4 bedroom walls and two closet doors need painting R/H side.
- B-8 TO room walls need painting. Mats are dirty and not placed in proper position according to written requirements.
- B-7 bathroom door needs painting.
- B-9 bedroom vent above door needs to be replaced with stronger grating that can't be pushed in.
- B-3 sunroom curtains need replacing. Suggest that better curtain material be used and to shorten curtain length to windowsill area to improve look of sunroom. Also, sunroom 3-cushion couch seat material needs replacing.
- Please remove Christmas tree and ornaments from the 3-B sunroom and store out of sight.
- B-6 bathroom utility water tap connection needs to be covered with softer material to prevent any further injury problems to residents should they slip during showers. Presently wrapped in tape only. NOTE: B-7 bathroom needs same attention.
- B-dayroom maroon couch and cushion material needs a professional cleaning.
- B-23 bathroom florescent light is inoperative.
- B-22 linen room C/B electrical panel has two circuit breakers tied to each other with #14 electrical wire. Appears to be questionable. Please check.
- B-22 ADL kits look dirty even when cleaned. Please replace with new kits.
- B-11 Nurses station bathroom seat cover very loose.
- A-Side dining room table repair to horizontal running brace attachment between legs has failed and needs repairing again.
- Door handle at far end of kitchen is loose again. Entire handle assembly running through door is loose. Repeat item.
- All 4 kitchen h eating electrical grates are shifting around and will not lay down flat and lock into stovetop as they should.
- Please work under kitchen sink on stainless steel sliding door installation so they will operate normally.
- Lubrication badly needed on latch of kitchen door running into A-dining room area.
- A-17 bathroom hot water faucet leaking.
- A-3 curtain rods are all bent and need replacing.
- A-side dayroo9m ceiling panel with intercom plate breaking up.

**Building Rep. Minutes**                - 3 -                **March, 2006**

- Will you please give me a firm date as to when we will be receiving the new seating chairs for the A-dayroom. Present seating damaged very badly for past 3 years now.
- A-side emergency light installation missing on opposite side of dayroom when compared to dayroom on B-side that has two emergency lights? Please check.
- The B-porch tarp has blown off leaving the outdoor equipment exposed to the elements. Note: Cover should be tied and not just thrown over equipment.

**Cottage 8 – Diane Booher reporting.**
- Mice: Please update on interventions to prevent further mice from entering building, as reported to Anne Kelley on 3/7/06 by Cottage 8 families.
- Bleach damaging Resident Clothing: The use of bleach when laundering the colored clothing of Cottage 8 residents has continued despite supervisory efforts over the past six months. Resident clothing is being damaged and rendered useless. How about locking the bleach and only allowing certain staff to access it from a supervisor? How about keeping state-provided supply of underwear so clean underwear is always available until designated staff can wash white cotton laundry using bleach as needed? Please be advised that clothing damaged by employees is subject to replacement by the state, not through Client Funds, but through Fernald's budget. Hopefully, a system can b e instituted that prevents further damage to resident clothing.
- Dining Room Chairs: Please update on status of order for chairs submitted to administration by Kay Collette on 3/6/06 for Cottage 8 (as well as for Cottages 11, 3 and Farrelll Hall).
- Double Gate broken: Center post of double gate that leads to road between Cottage 8 and 11 is bent and does not serve as an anchor for securing the gates closed for safety of resident who is at risk if she runs.
- Replacement of all Cottage Exterior Doors: Please update on status of bids for replacement of exterior doors. Are the doors prioritized for replacement at this time? B1, B19 and B26 need attention at Cottage 8.
- Planned laundry Room installations: Please update on date this is scheduled to begin for Cottage 8 A-20? Cottage 8 B-20?
- B-3 electrical outlet is still not secured to wall; wires are exposed. It is behind a couch now. Is this sufficient for safety of residents and staff?
- B-8: Stained ceiling tiles b y window have not yet been replaced.

**Cottage 9 – Dorothy Rouleau reporting.**
- Some electrical plugs within this cottage remain dysfunctional in private rooms as well as common areas.
- B5 – Wall near bed needs to be cleaned; wall near outside door needs further repair.
- B7 – Overhead light was out.
- B8 – New venetian blind needed.
- B-side Laundry room – drain backup is also influencing the tile that is surrounding the drain and causing tears in the tile.
- The washtub in the laundry room is unsteady in its position.
- A10 – john leaks after flush.
- A6 and A7 – area around the johns need repair and cleaning.
- A7 – light out in the shower area.
- A22 – john seat/support needs to be repaired.
- Outside door (adjacent to Rm. A22) needs either an inside door sweep on the door to prevent major drafts or a threshold or both.
- Wall heater just inside the door needs to be repaired as it is coming away from the wall.
- Dayroom – men's entertainment center needs to be replaced.
- All vents are full of dirt and clogged with dust.
- As stated in building response, Cottage 9 is to be painted in April. Wall areas as well as doors and doorways need to be repaired prior to painting.

**Building Rep. Minutes**  - 4 -  **March, 2006**

- Dining Room – table leg needs repair (table for the men, the first table as you enter from the men's side).
- Curtains needed in the whole dining room.

**Cottage 11 – Dolly Ed Haddad reporting. (3-5-06)**
Women's Side
- B-19 – Door still not done – would like a date when BIDS will be completed.
- B-7 – Loose sink; also fleas in this bathroom along with fleas throughout the cottage.
- B-22 – Bathroom faucet leaks.
- B-5 – Bedroom outside door has draft at bottom.
- B-1 – Space at bottom of door.
- B-12 – Storage room still not done.
- B-13 – Outside doors have large space in between.

Kitchen
- Still fleas.
- Stove-Oven still very dirty and storage drawer at bottom is very dirty. Thank you for the new burner bibs but didn't take long to make these dirty again.

Men's Side
- Need a larger supply of towels and bed pads.
- A-11 – Ceiling tiles outside this room need changing. What is the board covering them?
- TV has not been replaced. Should have been received by6 March 1st.
- A-22 – Loose toilet.
- A-6 – Loose toilet and broken toilet paper holder.
- A-7 – Loose toilet.

**Cottage 13 A&B – Dorothy O'Rourke reporting.**
- Bright and cheerful with St. Patrick's decorations!
- Residents enjoyed going to the Valentine Party at the Activity Center. Residents also enjoyed going to see Disney on Ice.
- Dinette was clean with pretty tablecloths.
- Bathrooms are clean.
- Bedrooms – all beds are made up with nice warm comforters. Thanks to the direct care staff, Cora and Diane and nurses who take care of the residents of Cottage 13.

**Farrell Hall – Jane Meagher Webber, Dorothy Rouleau & Regina Davidson reporting.**
Apartment 1 - 2/28/06
- 109 – Living area – new entertainment center is needed.
- Pantry – Roach traps on counter with dead roaches. Never saw roach traps on counters before?
- 105 – Organize, clean drawers and wardrobe.
- 106-C – Attach paper towel dispenser.
- 105-C – Grout around top needs replacing.
- 103 – Wardrobe needs repair.
- 103-C – Tile needs repair.102 – Strong urine smell. Floor sticky.
- 102-C – Clean ADL kits.
- 101 – Shower chair needs to go07 – Organize wardrobe & needs new chest of drawers.
- C114 – Remove bath drain screen and clean out.
- 109 – Blood and/or feces on wall. Wash comforter. Clean artificial plant.
- 113-C – Needs to be organized and cleaned.
- Dayroom closet – Needs to be cleaned up or contents thrown out.

**Building Rep. Minutes**          - 5 -          **March, 2006**

- 161 – Entire milk machine needs cleaning (area inside around spout). Hutch in pantry needs cleaning (surfaces). Need more tableclothes on tables (need 4). Chairs need washing down.

- Exit door next to secretary's office – does not close properly. Needs new latch.

Apartment 2
- Dining Room - Pantry – Fridge needs leaning. Cockroach trap on counter with dead cockroaches. Tablecloths dirty.
- Dayroom – Black recliner filthy. Can it be replaced? Clean all furniture.
- 116 – Bath – Clean out sink and tub drain/
- 117 – Is this room being used? If so, clean.
- 118 – Is this room being used? If so, walls need cleaning. Chipped paint on floor.
- 121 – Bed is dirty. Who is using this room?
- 123 – Wash comforter. Privacy screen needs wiping.
- 124 – Needs comforter.
- 122 – Bed is dirty. Clean under mattress. Needs comforter.

NOTE:
117 & 118 response DD John Hill – work being done on 2-26-06. Inspection done on 2-28-06.
- C-134 – Toilet does not flush. Bugs kin light fixture.
- C-135 – Grout needs to be cleaned and regrouted.
- C-136 – Grout needs to be cleaned and regrouted. Overhead panel falling down. Needs better lighting (too dark).
- 125 – Clean fan.

Apartment 3A
On Tuesday, 2/21, 4 severely disabled retarded men came to this apartment. This apartment should have had all bedrooms painted, the SOR, bath and dining room. One shared dining room. One shared bathroom. The footage of the LDR in Apt. 4 is approx. 1056 sq. ft. The footage of the small day room is approximately 368 sq. ft. in Apt. 3A. Definitely not equal! Definitely not better. Outrageous! This cruelty will be the legacy of this Fernald Administration. I know I will never forget what was done to these most vulnerable <u>gentle</u> men.
- 153 – Urine smell.
- C164 – When will this bathroom be updated?
- 151 – Clean comforter. Clean underneath chair(cobwebs).

Apartment 3B
- Dayroom – clean privacy screen. Ceiling needs work.
- 148 – Clean top of small red mattress. ADL Kit needs cleaning. Privacy screen needs cleaning.
- 149 – Top drawers in bureau need fixing.\C161 – Vanity needs replacing.
- C161 & C162 – Vanities needs replacing.
- When are the rest of the bathrooms going to be renovated?
- Exit door (C162) in hallway needs door sweep.
- 150 – Bed frame dirty – floor dirty. Wardrobe door latch needs to be replaced. (Danger to resident)

Apartment 3C
- 146 – Furniture needs to be wiped down.
- 145 – All doors in Farrell hall need cleaning (reported before).
- C155 – Metal cabinet & shelves need repair. Clean laundry on floor. TV and entertainment center need cleaning.
- 144 – Wardrobe metal piece sticking out on bottom. Underneath mattress needs to be cleaned.
- C151 – For 2 months, this bathroom has had cockroaches running around the sink when the faucets are turned on.

NOTE: If the DD would like me to take him to this bathroom and show him, I would be glad to.
- Dayroom – smells like feces.

**Building Rep. Minutes**             - 6 -             **March, 2006**

- C150 – Basket needs replacing. Faucet leaking.

Apartment 3D
- New ADL kit for C.S.
- Dining room – Wipe down all chairs.

Observation

The milk boxes that have been found just in the last few months that have not been used (old dates) would certainly save the DMR quite a bit of money. Who is supposed to keep an eye on all this waste?

The bottle water in the front hall of Farrell Hall is now on racks. I certainly appreciate this new arrangement. It looks much better! Can we now have paper cups and have the empty bottles removed? I really needed a drink after our inspection. All good things come in time!

Apartment 4
- Pantry – Kitchen – Bread & milk in refrig. Roaches behind refrig. Dead roaches in drawer. Entire sink area leaks. Opened water out (bottled). Rubbish barrel full.
- Dining Room – Milk box not in refrig. Thrown out (dated 3-3-06).
- G-10 - Who is utilizing exercise room?
- G-11 – Laundry room needs cleaning.

This apartment was closed on 2-14-06. Why didn't the DD John Hill have the apartment cleaned out? Called Anne Kelley (2-28-06). She started the process. This <u>closed</u> apartment needs to be checked for pests by Pest Control and the DD weekly if not more. The DD's response (Feb. responses) – this issue listed below will not be addressed because of closure on 2-14-06 is just another arrogant response to the Bldg. Reps. This report is full of them. If Apt. 4 is not kept clean, the other apartments will suffer. Makes sense!

Then Bldg. Reps. witnessed problems at Farrell Hall (more than 2 sets of eyes) such as faucets (new & old) leaking, then they were leaking, period. I continually question whether the DD, John Hill, knows what is going on at Farrell hall. We will inspect Apt. 4 during our monthly inspections.

**Brookside – Diane Booher reporting.**
- Main entrance handicap accessibility: Please update on status of Bid placed 1/9/06 for electrical handicap access doors by Jon Graves.
- Visitor/Staff bathrooms: Request signs on each door of 2 single bathrooms at Brookside to assist families who are attending ISP meetings in this building to locate bathrooms.

**Woodside – Diane Booher reporting.**
- Main entrance handicap accessibility: Please update on status of Bid for electrical handicap access doors placed 1/9/06 by Jon Graves.

**Greene Bldg. – Fred Doherty reporting.**
General Concern:
Why was Apt. 5 closed and residents crowded into Apt. 4? The question was not answered at the meeting held with Administration at the Activity Center on Tuesday, March 8th.
- Again, asking why so few residents from Greene Bldg. getting into the pool and the staff refusing to go into the pool with them?
- Still trash on the receiving dock.
- Staff continue to use secreted doors. Building rep. witnessed staff leaving through this door.

**ICF-21 – Marilyn Meagher reporting. (3-06-06, 10:00 a.m.)**
**Kitchen**
- Several fleas in the area; also fleas in the corridor near Rm. #9.
- Pest Control should be doing daily follow-up treatment so we don't have problem escalating.
- Need a covered butter dish.

**Building Rep. Minutes**           - 7 -           **March, 2006**

  **Van**
- What is the status of repair for wheelchair van lift that is broken?

Overall, building was clean.

### ICF-22 – Marilyn Meagher reporting. (3-06-06, 10:30 a.m.)
  **Kitchen**
- Shelves in the cabinet next to stove need daily cleaning; cluttered with coffee grounds and crumbs.

  **Bathroom**
- Room #1 – No light and needs new blind.
- Room #4 – Fleas flying around. Toilet paper handle needs to be replaced and put back on the wall.
- Spare toilet paper is not conveniently stored. Hard to reach.
- Room #5 – Outside door handle still sticks. It needs to be replaced. Also, client record closet only one not locked.
- Room #6 – Metal crate on closet floor is very dusty. Needs cleaning.

In general, the building is clean.

### ICF-23 – Diane Walsh reporting. (3/4/06)
- Flies/fleas were still observed, worse than last month. Pest control needs to address this ASAP because as the weather gets warmer, the problem will get even worse.
- Please remove an old, wooden wobbly chair that was in the bathroom with the shower.
- Pleased to read that the two new armchairs are being purchased. When will they be delivered to ICF-23 and ICF-24?
- I disagree with the response that the issue of a heat emergency plan "has previously been addressed." The responses have not been adequate. There needs to be a written plan to deal with a heat emergency and/or power failure with the contents described in my report last month. This issue appears to require escalation to the Facility and/or DMR administrative level to address the families concerns.
- Heating vents are still in need of cleaning throughout.
- All residents' closets throughout still in need of organizing – making sure things are off the floor, on hangers, etc.
- P's room - clothes strewn about, bed unmade.
- Front day room – Paint still peeling on wall near the sliders.
- A's room – Light cover over bulb is missing.
- J&R's room – R's bedspread replaced but new one is soiled in the same spot with something white that is staining the bedspread.

### ICF-24 – Regina Davidson reporting.
- Vents dirty.
- LG room & closets need cleaning out; handles not on.
- TP wardrobe needs repair.
- JB rug needs vacuuming.
- Disposal in new kitchen leaking. Reported to Jon Graves. Plumber called.
- Mattress removed.
- Lisa, Music therapist – "Holding Court". #23 & #24 "Girls" singing. Having a great time. This was so much fun. BV & MD knew all the words to the songs.
- BM – Nice to see him playing and listening to his radio sitting and looking outside.

2-22-06   Inspection with DD Suzanne Kingston, Dave Donovan.
- D door fixed and alarm working.
- TP wardrobe will get new latch. Also needs a bureau. Closet ceiling paint coming down.
- BM needs new jackets.

**Building Rep. Minutes**             - 8 -             **March, 2006**

- BM – EL room needs better lighting.
- GL and Dom closets need to be cleaned out.
- LG still needs handles on bureau. Closets need cleaning out.
- When seasonal change is done for #24, all clothes and closets need organizing.
- SDR – treadmill needs to be removed. Vent still dirty (dusty). Also, how to fix chair?
- Screens in all vents – should help!
- Tables put in SDR and kitchen.
- Purchasing 1 of 2 armchairs for residents for dinner table.
- Behind TV needs cleaning.
- Talked about layout of furniture in LDR.
- Covers for burners will be purchased (found burner left on).
- Shower chair needs cleaning.
- Saw one flea.
- Heat out at #24. Procedures followed. Heat on for p.m. showers. Asked DD, Suzanne Kingston for explanation. Explanation received by DD and Anne Kelley. Caps for fuel lines will be watched.
- DL kits looking good.
- Washing machine fixed.

I appreciate the time the DD, Suzanne, and Dave spent at #24. It is easier sometimes to show than to tell. Many of the above issues have been completed since my inspection on 2-22-06 (per DD).

**The next meeting will take place on Sunday, April 2, 2006. At 1:30 p.m., in the Withington Conference Room.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone, Secy. to Bldg. Rep. Comm.