44 Winthrop Street
Winchester, MA 01890-3140
Phone/Fax 781-721-1207
Cell Phone 1-781-534-5146
E-mail schodek@comcast.net

FILED
IN CLERKS OFFICE

2006 MAR 17 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

March 16, 2006

The Honorable Joseph Tauro
Justice of the District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

In Re: Association for Retarded Citizens of Massachusetts, Inc. vs. Robert L. Okin, et al. Civil Action No. 72-0469-JLT

Mr. Justice:

I have information to convey to the court monitor, depending on the extent of his role:

<u>Information about Three of the Deaths of Transferred Clients</u>. I have personal information about probable DMR culpability in the death of a former client who transferred to another facility following the announcement of the intention of the Department of Mental Retardation to close the Fernald Center, and can provide the names of contacts who have personal information about probable DMR culpability in the deaths of two others. This information is not documented in client records (though it is partially documented elsewhere, e.g., in at least one referral to the Disabled Persons Protection Commission and at least one letter to DMR administrators) and can be accessed only by contacting the authors/bearers of said information, who have expressed willingness to respond to a subpoena.

<u>Information about Ongoing Administrative Subversion of the ISP Process</u>. Since my letter to you of May 23, 2005, the Director of Clinical Services at Fernald has continued her efforts to have information deleted from my clinical assessments. The item targeted for deletion that concerns me most is the clients' ready access to a technician with the ability to weld and reupholster their custom molded wheelchairs to maintain them in running order. This item is targeted for deletion not only from my clinical social work assessment of the clients' current residential and work settings, but also from their Individual Service Plans. There are twenty-four individuals on my caseload alone who require ready access to a technician with these skills. Removing any reference to this resource from the ISPs of these individuals both eliminates a measure of the standard for "equal or better" services, and puts the individuals at risk for the loss of these services, which are essential to their quality of life.

A knowledgeable source has informed me that at least seven of the individuals who have left Fernald since February 26, 2003 need ready access to a technician with the ability to weld and reupholster their custom molded wheelchairs, and that one individual was issued a new wheelchair that reportedly reduced his wheelchair tolerance from three hours prior to his move to wheelchair tolerance only for the duration of meals after his move.

I hope that Your Honor will extend the authority of the court monitor to investigate these matters of concern, and that Your Honor will encourage him to contact me.

Sincerely,

*Kay Schodek*

Kay Schodek, LICSW, Ed.D.