

# The Commonwealth of Massachusetts

## Executive Office of Health & Human Services
## Department of Mental Retardation
## Office of Facilities Management
### 200 Trapelo Road
### Waltham, MA  02452-6302
### (781) 314-7570

**Timothy Murphy**
**Secretary**

**Gerald J. Morrissey, Jr.**
**Commissioner**

**Mitt Romney**
**Governor**

**Kerry Healey**
**Lieutenant Governor**

**Diane Enochs**
**Assistant Commissioner**
**Facilities Management**

March 23, 2006

Ms. Deborah Koziara
6 Monroe Street
Shrewsbury, MA  01545

Dear Ms. Koziara:

I am writing in response to a letter you wrote to Judge Joseph Tauro on January 23, 2006. Your letter discussed several concerns at Fernald which I would like to take this opportunity to address.

The first issue you addressed was in regard to facility consolidations and moving individuals from the Cottages to other buildings. Your brother David was not part of that consolidation plan, however, Linda Montminy, Facility Director, did acknowledge to all of the families/guardians whose family member or ward would have been affected that she agreed with their contention that a move to Farrell Hall from the Cottages would provide a more institutionalized residential setting for the individuals. Consequently, consolidation planning for the Cottages, Farrell Hall, and the Greene Building was revised and consolidations will be carried out within each area. The closure of a facility does entail campus consolidation as census reduces to ensure that resources are utilized for the maximum benefit of all remaining individuals.

As Linda Montminy acknowledged to you in her letter of November 10, 2005, the circumstances surrounding transportation of your brother David in October when he was hospitalized were not acceptable. Ms. Montminy outlined the steps that would be taken to ensure this type of situation would not occur again. Transportation has been a major focus at Fernald this past year and tremendous improvements have been made.

Lastly, you wrote of a concern about pest control. You are correct that this has been an ongoing concern at Fernald. However, this is not something that the administration at Fernald has failed to address. In fact, Fernald administration has taken a very aggressive approach to resolve pest control concerns. Industry standard pest control treatments have always been in place at Fernald, however, the pest control contract has been expanded to address pest control issues, most recently in December 2005. The facility's response to pest control measures has been well documented in the monthly responses to Building Representatives. Anne Kelley, Executive Assistant for Core Services, also wrote to you on December 19, 2005 and described the pest control plan for Fernald.

Please let me know if you have any further concerns.

Sincerely,

Diane Enochs
Assistant Commissioner
Facilities Management


cc:    Judge Joseph Tauro
       Michael Sullivan, U.S. Attorney
       Gerald J. Morrissey, Jr., Commissioner
       Marianne Meacham, General Counsel
       Linda Montminy, Facility Director