54 Lowe Street
Leominster, MA 01453
March 28, 2006

Mr. Gerald J. Morrissey, Jr.
Commissioner
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

Dear Commissioner:

There are some cruel actions being perpetrated upon residents of the Fernald Center for no good reason, and they are blatant. I will mention two.

The February 21 consolidation within Farrell Hall where five men were removed from Apartment 4 and four of them moved to Apartment 3A and one to Apartment 2 caused upheaval in their lives. The witnessing of the trauma to the four men was injury and confusion. These four men require space to move about and were transferred from a dayroom with 1000 square feet to a dayroom with only 400 square feet. As well, there is only one john and one bathtub for the four of them. The difficulties involved with the transfer and the living arrangements are placed upon the staff who were forced to absorb understandable assaults by the residents and to dilute the existing daily living problems. It also caused an overcrowding of the ladies in Apartment 3, and with limited bathroom facilities for them as well. What purpose did this consolidation serve with Apartment 4 now empty and residents squeezed together on one floor of Farrell Hall?

The second is the planned closure of the on-grounds Activity Center by transferring the two women staff and locking the doors. The Activity Center is an important part of the Fernald residents' lives. It is also a center of enjoyment and gathering for off-grounds individuals who now live in the community. I observed today some direct-care staff escorting Fernald residents toward the Activity Center. Were they turned away because of a locked door or were they able to partake of the Activity Center atmosphere? If they were turned away, what was left for their afternoon activities. "Normal children" could go to the soccer field and play ball or some other leisure activity. But the "children" of Fernald could not do this and most likely would go back to sit in their rooms. This closure is despicable and an affront to those mentally retarded individuals who depend upon the Activity Center for social activities.

It appears that DMR is inching back to its pre-1973 days in its drive for Fernald closure.

Sincerely,

Dorothy Rouleau

cc: Judge Joseph Tauro
    Beryl Cohen