

**THE MASSACHUSETTS COALITION OF FAMILIES
AND ADVOCATES FOR THE RETARDED, INC.**

3 Hodges Street, Mansfield, MA 02048
Telephone: (508) 339-3379  Fax: (508) 339-5034
www.cofar-mass.org

The Honorable Joseph L. Tauro
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210                                            March 31, 2006

      Re: **Robert Simpson Ricci _et al._ v. Robert L. Okin _et al._**
          USDC Nos. 72-0469-T, 74-2768-T, 75-3910-T, 75-5023-T, 75-5210-T

Dear Judge Tauro:

We are submitting the enclosed report concerning the procurement of community-based housing for Fernald Developmental Center residents to you in order to supplement evidence already submitted to the Court in the Ricci v. Okin civil litigation. That evidence concerned flaws in the transfer process of Fernald Center residents and substandard conditions in the community-based system.

This report details significant evidence of flaws in the process the Commonwealth has used to develop housing for transferred facility residents. The report contains our recommendations for further investigation and monitoring of the housing procurement process by the United States Attorney's Office.

The current residents of the Fernald Center and the other state facilities have the most severe and profound levels of mental retardation of any DMR clients in the Commonwealth, and a large number are aging and have serious medical needs. We are concerned that these facility residents will be transferred inappropriately not only to a community system that provides substandard care and services, but to houses that are poorly constructed.

The Massachusetts Coalition of Families and Advocates for the Retarded, Inc. (COFAR) is a statewide, nonprofit organization that has advocated since 1983 on behalf of persons with mental retardation and their families.

We hope this report will advance the "postage-stamp" proposal for the Fernald Center campus as a first step in developing a comprehensive plan to upgrade the entire DMR system. Under the proposal, an ICF/MR-level facility would remain on a portion of the Fernald Center grounds, serving all of the existing residents who wish to remain there, while the remainder of the campus is developed for appropriate use. New housing needed for Fernald Center residents would be

Letter to U.S. District Court Judge Joseph Tauro

built on the campus and paid for up front by the state. If the existing buildings at the Fernald Center are considered outmoded or inefficient to maintain and heat, then they can be rehabilitated or torn down. The proposal, we believe, would be a start toward improved care, conditions, and accountability within the DMR system.

Thank you for your consideration.

Sincerely,

David J. Hart
President

Colleen M. Lutkevich
Executive Director

Enclosure