
# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

## BUILDING REPRESENTATIVE COMMITTEE MINUTES
### April 2, 2006

The Building Representative Committee Meeting, chaired by Dorothy O'Rourke, was held on Sunday, April 2, 2006, in the Withington Conf. Room, at 1:30 p.m. The following were in attendance: Peg & Joe Hughes, Marilyn Meagher, Grace Lerman, Ed and Dolly Haddad. Thank you to Mike of Morrison Food Services for our refreshments.

### General Concerns (Dorothy O'Rourke, Dorothy Rouleau reporting)

1. The heat in Withington Conf. was much better than it was in March. Thank you.
2. Who is PMII?'
3. Bldg. Reps. concerned over a very large case load for the psychologist for Farrell Hall and Cottage 3 on one side. Residents will be short of services. Will you be hiring another psychologist?
4. Bldg. Reps do not accept some of the responses. Answers are not correct. Who signs off on these responses? Would like to see responses numbered instead of black dots. Also, put the date and time of the inspection. Bldg. Reps will also do the same in the future. Further, Bldg. Reps. would like responses sent to them the Monday **before** the next meeting.
5. Nurses working at the Fernald Dev. Center in Waltham picketed earlier this week to bring attention to the 1,000 days they have worked without a contract. State Officials say 1,000 days are not significant. The nurses disagree, as would the Center's patients, if they were able. These patients are severely retarded adults who need full-time help 24 hrs. a day by expert nurses. There are fewer patients at Fernald Today as Gov. Mitt Romney moves them to community settings in preparation for selling the 186-acre property. The Court handling the transfer of patients has ordered they receive equal or better care when they are moved. There is some disagreement on whether that is happening. But clearly, a long enough delay in the nurse contract hurts the chances of the Fernald keeping up its quality of services. Nurses will simply stay away from an obvious labor problem which will result in poorer care, at which time patients can be moved to a better place because Fernald will have deteriorated. It does not matter to the Court why the State would do this, but if it is gutting its own facility, it is a problem. The State may not be deliberately lowering the quality of care, but the reality is that it will happen and clients will be pushed into private care whether they want it or not. Felix Brown, spokesman for Gov. Romney, said timing is not so important as reaching an agreement that is good for the taxpayers and the nurses. Nurses made an informal offer recently and the State rejected it. Mr. Brown said the governor is looking first to take care of taxpayers, but shouldn't the patients come first?
6. The Fernald Greenhouse & Garden Center is now open. It is time to involve all clients who are able in this worthwhile and rewarding activity. It is also time to rid Fernald of the Saunders Model. Fernald was the only institution to initiate the Saunders Model, and it was a total mistake. However, it remains to be embraced by Fernald Administrators, not only influencing the Greenhouse & Garden Center, but the workshops, day programs, etc. The direct care staff continue to bear a responsibility beyond their capability and requirements. Teachers and instructors are trained for such positions and better equipped for comprehensive involvement with clients as Habitational Coordinators and Vocational Instructors. Saunders Model was and is a disaster at the clients' expense and should b e discarded. Direct care staff should no longer longer be responsible for what justifiably belongs in the hands of qualified trained staff.
7. By limiting services and degrading accommodations for the residents of Fernald, DMR would be able to Place residents in jail and it would, by its created efforts, be equal or better. Whomever is running Fernald has a mission, diminish equal or better to justify reduced equal or better off-grounds, refuse to appropriately

**Buliding Rep. Minutes**                                      - 2 -                                      April, 2006

    modify an ISP prior to any change claiming it is policy to complete the task after a modification has been completed, which is absurd; deteriorate Fernald and its services to make the residents and guardians miserable, thereby, under duress, pushing them off grounds whether they want it or not. Move the poor souls out, even if it is to the cemetery.

**Administrative Matters (Diane Booher reporting)**
1. Physical Therapy staffing shortage: Please update on status of hiring to fill 2 P.T. vacancies at Fernald following the posting and advertising of these positions described by M. King in Mar. 2006 responses.
2. QMRP staffing shortage: Please update on status of continued QMRP staffing shortage.
3. Dietician staffing shortage: Please update on status of hiring dietician for Fernald residents following Apr. 7, 2006 review by Morrison staff. Will the individual who fills the position work full-time (1.0 FTE)?
4. Pharmacists: Please update on status of Fiscal Year '07 budget for pharmacists at Fernald. Do you have 2.2 FTEs in the
5. Fernald budget that begins July 1, 2006? In the 2007 fiscal year, will Fernald continue to have an on-grounds pharmacy?
6. Contract for cleaning wheelchairs: Following up on the Mar. 2006 responses, which inform that "all wheelchairs will be washed during the warm weather," how many wheelchairs will be washed? Thank you for responding with a number.
7. Cottage Courtyard poles and their lights: What is status of bids for 2 light poles and their lights in the Cottage Courtyard following the view of the job by three vendors as of 3/31/06?
8. Computers for Social workers at Fernald: Any progress since Nov. 2005 on the installation of wiring and computer access for clinical social workers and other staff? 1. Concerns in reference to your Bldg. Rep. Responses as to who is looking at what? [Sample; March5th

**Cottage 3 A&B - Peg & Joe Hughes reporting.**
1. Concerns in reference to your Bldg. rep. Responses as to who is looking at what minutes].
2. A…Write-up – B-side family room emergency light hanging out of wall. After fix, please check operation.
   **Your response**: Unable to locate any emergency light hanging out of wall. NOTE: checked it out 04-01-06 and found emergency light still hanging out of wall.
3. B…Writeup – B-8 time out room mats are dirty and not placed in proper position according to written requirements."**Your response**: The staff who works with the individuals in Cottage 3 has stated the mats have always been in that position. NOTE: The position of the time out mat is called out in two areas of the residents behavior plan on page 5 & 6 that sits on top of the table in the day room in a red book in plain sight. The Staff knows this. As a management professional, you should have challenged their answer when you found the mats dirty and scattered around.
3. C…Write up – B-22 linen room C/B electrical panel has two circuit breakers tied to each other with #14 electrical wire. Appears to be questionable. Please check?
   **Your response**: No electrical problem to worry about. Circuit breakers will be replaced on or before 5/1/06. NOTE: The fact that you are going to have top replace the two CBs indicates you do have a problem somewhere in the circuit that trips the C/Bs or the circuit breakers themselves are faulty. The answer you gave me is not a corrective action and is worrisome. Checked 4/1/06.
4. D…Write-up – A-side dining room table repairs to horizontal running brace attachment has failed and needs repairing again.
   **Your response**: Could not locate problem. Checked all tables and all checked out ok. NOTE: The horizontal table leg brace in question is now missing. Checked 4/1/06.
5. E…Write-up – Lubrication badly needed on latch of kitchen door running into A-dining room.
   **Your response:** Door lubricated on 3/22/06. NOTE: Checked on 4/1/06. Found latch dry as a bone and in dire need of lubrication.

**Building Rep. Minutes**                    - 3 -                              April, 2006

7. Who is PM II? Does she/he or it have a name? Its time for the PM II to stop assessing furniture that you would be ashamed to put out with the trash in any neighborhood.
8. The B-side dryer is unable to dry a normal wash load after a complete drying cycle.
9. Baby cockroaches & grown-ups have been sighted in cottage 3A&B. This is a first time report since cottage was renovated 7/8 years ago. Have called this problem to the attention of AOD 4/1/06. Would like to prevent infestation and jump on problem before it snowballs.
10. The B-side wash room has all four florescent lights inoperative.
11. Kitchen door leading to A-dining room has door latch that needs lubrication. Repeat item.
12. A-side dayroom has 2 round overhead ceiling lights inoperative.
13. A-side old vinyl coaches and cushions have a heavy odor penetrating the living area.

General concerns
- Often while checking the beds in the cottage we find the spread installed neatly on top but when you lift the spread the sheets are not placed properly in the correct position over the mattress for comfortable sleeping.
- Water is available but why do we continue to find empty water jugs in place on the dispenser. How are the residents receiving water if the jugs are found empty so often?

We understand we're losing the psychologist for Cottage 3A&B because there is an opening at Glavin which is closer in mileage to his home. Was this a position that opened in the system normally or was this a created opening for management to continue to downsize our professional staff at Fernald? Will this vacated position be opened to outside bidders or will the position again double a case load for another one of our professional staff on ground?

**Cottage 7 – Jean Salvucci reporting.**
1. Floors are clean.
2. Staff was busy working with residents on programs.
3. Sad to report that resident Dave Bunker passed away April 1st. Also, Mildred Mitchell, who was Wally's mother passed away.
4. The question was asked about the Activity Center at the Board of Trustees' meeting. Linda stated that it will be open weekdays from 2:00 p.m. to 8:00 p.m., and weekends from 1:00 p.m. to 4:00 p.m. A person (employee) will be at the Center to monitor the building.

**Cottage 8 – Diane Booher reporting.**
1. Furniture arrangement 8A: March 29th, I observed the furniture in the large dayroom of 8A to be rearranged with 2 couches against a wall, rather than in the center of the room. Asked why trailing rails for blind residents had been blocked by furniture again. Was told that furniture had probably been rearranged because floors had been stripped and waxed that day. However, on April 3rd, furniture was still against the wall preventing blind clients from the opportunity to trail the edge of the room as they move about their day room. Please explain.
2. A6: Backrest cracked on toilet seat support. Seat loose.
3. B2: Paint needed on walls of resident bedroom.
5. Dining Room chairs: What is expected delivery date.

**Cottage 9 – Dorothy Rouleau reporting.**
1. Rm. B2 – Curtain fastener needs to be secured to the window frame.
2. Rm. B5 – Curtain fastener needs to be secured to the window frame. Clothes hutch needs repair to one drawer and also needs a knob for one door.
3. Room B8 – Curtain needed in this room.
4. Room B9 – Examination needed for the proper operation of BR bed. One problem is that the lift on the head portion of this bed would not lower; it remains in an up position.
5. Dayroom – Small brown cabinet attached to the wall (with the water fountain on it) needs repair to the door, and consideration for paint.

**Building Rep. Minutes**                                    - 4 -                                              **April, 2006**

6. B20 Laundry Room – Water overflows from the drain – it is a back-up issue. The stagnant water can be observed sitting just under the drain cover and the odor is nasty. This needs a plumber. The drain cover needs to be pulled and the situation corrected and the area thoroughly cleaned. This is a major problem and can harbor insects and cause disease. There may have been a leak in the washing machine based upon the March response, but this is a more critical circumstance.
7. Exit door from kitchen (next to Room A25) needs repair and a sweep.
8. Room A20 – Drain cover needs to be pulled and area beneath thoroughly cleaned.
9. Room A9 – Bottom drawer in small 2-drawer chest needs repair. It is stuck in an open position and is a potential for injury.
10. Room A21 – Refrigerator needs to be cleaned.
11. Room A4 – DC's Certificate of Achievement plexiglass needs to be cleaned.
12. Room A2 – Venetian blinds (2) need repair. Fourth drawer in chest of drawers needs repair.
13. Outside door near Room A22 has a sweep, but draft opening under the door remains. Repair is needed to the door or to the threshold.
14. Room A6 bathroom – The wall metal paper towel and rubbish unit needs proper closure. The door does not close and this is a potential for injury with sharp edges exposed.
15. Although the vents in the heating/air conditioning wall units are cleaned regularly by FM&M as noted in March response, the units remain clogged with grime.

**Cottage 11 – Ed & Dolly Haddad reporting.**
**B-Side Ladies:**
1. B19 door still not done. Did funding come through? If not, please get door from somewhere else.
2. B7 – loose sink – back of sink is not sealed tight. Needs more than just caulking. Also, bottom of door and wall outside needs paint.
3. B5 –still not done. B1 still not done. All around sides open. Need a new door.
4. B11 tiles on ceiling still not changed.
5. Storage Rm. – has 3 cabinets that should be removed. They are formerly from Nursing. Will make more room to organize this room.

**Kitchen**
6. Third time reporting a bureau in kitchen. Please remove it permanently.

**B-Side Mens:**
1. All outside this room tiles on ceiling sill not changed.
2. A25 – Filthy.
3. A20 – Laundry room – shelf is broken. Understand the Laundry rooms are all being done over. When will this be?
4. Unused bubbler drain Is filthy with this bubbler disconnected.
5. A3 – coffee table is dirty.
6. A16 – Bathroom sink caulking on back is broken & a piece missing.
7. A15 – floor - wall is broken at molding.
8. A7 – toilet still loose and very bad odor in this area.
9. TV still not here. Why should guardian have to purchase?
10. It's very disappointing to get these reports with a signature that states work is completed when it has indeed not been done.
11. Dotty will call Jack Harp to see if we can meet with DPH.

**Cottage 13 – Dorothy O'Rourke reporting.**
1. Residents had haircuts, finally. Thank you!
2. Decorations for Easter are up in the cottage. Very festive!
3. Reminder…time for thinking about the tent to be put up.
4. It would be nice to see the residents outside more this spring and summer.

**Building Rep. Minutes**  -5-  **April, 2006**

**Farrell Hall** – **Regina Davidson, Dorothy Rouleau & Grace Lerman reporting.**

1. The HVAC system continues to be a problem. There were areas that were very hot and uncomfortable. Coupled with overcrowding, this situation is unbearable for client and staff.
2. Farrell Hall is overcrowded, especially in Apts. 2 & 3. Rooms are too small for the number and type of individuals they accommodate.
3. Response requested to March entry "Observation." Reference to milk boxes with the milk not being used and the milk thrown out. Question: Who is supposed to keep an eye on all this waste?
4. In the past, it was reported in the building reports that the button flush for the toilets were too difficult to press and it was recommended that they be changed to the handle flush. It is more appropriate and sometimes necessary to press the button with a foot rather than with a hand. However, to press with the foot was discouraged. We were informed that the button was best in instructing the client to flush, teaching the client cleanliness and to bear a responsibility. The clients do not push the button flush as it is too hard for them and at times the remains are taken in by the client. They are being their responsibility at a terrible price. It is strongly recommended that all button flushes be removed without delay and the automatic flush installed. The automatic flush would eliminate any chance of the client eating or drinking what is left in the toilet.
5. There are instances as well that the client will drink the chemical cleaner used by the cleaning/maintenance staff for disinfecting and cleaning the toilets. The cleaning & maintenance staff should be instructed to perform this task in a manner that the toilets are thoroughly cleaned and there is no chemical or its residue left in the toilet. The automatic flush would most likely result in elimination of the chemical.
6. There are a few dryers that the venting extends to a plastic box on the floor. This does not appear to be a proper venting system. An explanation of the venting system for Farrell Hall would be appreciated.

Apartment 1

7. Room 158 – The hose that extends from the Ecolab System to the washing machine needs to be repaired.
8. Pantry – Cockroaches everywhere.
9. Milk in the refrig. Was outdated (reviewed on 3/28/06, and date on the milk box 3/24/06).
10. Dayroom – Two beige cabinets need to be cleaned and contents organized.
11. This room needs to be painted.
12. Parts of the wallpaper border (wall to ceiling) loose and coming away from the wall.
13. Is there a need for the tall brown cabinet?
14. Room 108 – furniture needs to be dusted.
15. Room C-114 – bathroom drain has fleas and is very dirty. The drain cover needs to be removed and the area surrounding the drain cleaned.
16. Room 109 – dresser needs knobs or some kin d of pulleys in order to open those drawers that have no knobs. Also, the dresser needs to be organized.
17. The tops of all the ADL kits need to be cleaned.
18. Room C-105 – low water pressure in the sink for the hot water.
19. Part of the shower curtain needs to be attached to the rod.
20. Room 102 – Urine odor & floor is sticky.
21. Room C-103 – lower water pressure in the sink for the hot water.
22. Room 101 – fleas noted.
23. Water stains in ceiling panels.
24. Dining Room – tables and chairs need to be thoroughly cleaned.
25. Tablecloths needed for th4 dining room tables.
26. Buffet shelves need to be cleaned.
27. Flatware container needs to be cleaned.
28. Silver roller cart needs to be cleaned.
29. Room 145 – washing machine and dryer tops need to be cleaned.

**Building Rep. Minutes** -6- **April, 2006**

Apartment 2
30. Pantry – cockroaches noted.
31. Floor under the refrigerator needs to be cleaned.
32. Silver flatware container to include the plastic holders need to be cleaned.
33. Dining area – tablecloths needed for the tables.
34. Dayroom Area – sofas and chairs need to be thoroughly cleaned.
35. Entertainment Center and plexiglass need to be cleaned.
36. Rooms 115 & 116 – vanities need to be replaced.
37. Doors need refurbishing.
38. Overhead light out in Room 115.
39. Room 118 – cockroach noted. (it was reported in the March Responses that Room 118 "is not being used at the present time." That the room is not being used and there are cockroaches in this room is a very good indication that closed areas, such as Apt. 4, and areas not being used, are prime locations for insect infestation).
40. Hallway – outside door needs repair and door sweep.
41. Room 137 – toilet needs to be regrouted.
42. Lights in this bathroom will not shut off.

Apartment 3
43. Limited bathrooms for this whole apartment.
44. Apartment is overcrowded.
45. The transition from Apt. 4 to Apt. 3 remains difficult for the men. For example, one man who is blind, cannot hear, cannot speak, is continually smashing into walls. His world exists through feel only, and he moves about sliding his hands against walls to try and know this different living area. Bumpers have been placed on some walls, but he is constantly bumping into walls with severe blows when he hits his head.
46. Section 3A – dayroom is much too small for the men who reside in this area.
47. GR 's sofa needs to be cleaned, including under the cushions.
48. Small fan needs to be cleaned.
49. Room C167 – drawers 2 and 4 in chest of drawers need to be repaired.
50. Room 152 – exercise unit needs to be cleaned.
51. Settee needs to be cleaned thoroughly to include under the cushions.
52. Shower chair needs to be cleaned.
53. It was nice to see the residents' clothes folded and organized.
54. Section 3B – dayroom walls need to be repaired and painted.
55. Ceiling tiles need to be repaired and cleaned or painted.
56. Clean the under part of the rocker.
57. Room C-159 – linen storage was well organized and the items folded.
58. Room 148 – bedroom much, much too small for the 2 ladies who reside there, especially since one of them has seizures. Another issues is that a protective mat is placed on the floor for the lady who has seizures, which causes a problem for her roommate if and when she rises in the evening to go to the bathroom, etc., and could injure herself with unsteady footing. This consolidation is dangerous for both individuals.
59. Shower chairs need to be cleaned.
60. Room 150 – ceiling tile beside vent is missing.
61. Room 146 – box spring needs to be replaced.
62. Section 3C – linen closet (C-155) organized and items folded.
63. Dayroom – Entertainment Center needs to be cleaned.
64. Room 145 – brown chair needs to be dusted.
65. Hallway exit door needs repair.
66. Dining Room – microwave needs to be cleaned.
67. Chairs need to be thoroughly cleaned.
68. Section 3D – dayroom furniture needs to be cleaned.

**Building Rep. Minutes**          - 7 -          **April, 2006**

69. Artificial flowers over the wall pictures need to be dusted.
70. Room 137 – flower comforter needs to be washed.
71. Top needed on ADL kit.
72. Who is responsible for cleaning dayroom furniture, such as recliners and sofas? It is assumed that the responsibility rests with FM&M. However, March Response indicated responsibility of MRW 3.
73. Why is the bottom floor main Laundry Room being closed off? Does this mean that it will not be used for any laundry purposes? What will happen to the commercial units in this room of two heavy-duty washers and two heavy-duty dryers (one unit is brand new)? Where will the laundry be completed and with what units? This room should not be closed.

Apartment 4
74. Cockroaches, dead & alive, throughout this apartment.
75. This apartment has been left in need of cleaning.
76. Laundry Room – this room needs a thorough cleaning.
77. Walls need repair.
78. Kitchen – ants noted around the dishwasher.
79. 79. Now that the residents have been removed from Apt. 4, what is planned for this space?
80. 80. It is observed that a Conference Room has been established in Room G18.

Mar. 21, 2006, 12:45 (Grace Lerman reporting)
81. The hallways & apartments in the women's section were immaculate. The bathrooms were spotless as well.
82. There were no odors of any kind.
83. In JD's room, there was a cable from her TV hanging down, resting on the floor.
84. The furniture in the dayroom could use a wipe with a wet cloth to remove some crumbs & food spots.
85. The chairs in the kitchen need a very good cleaning. The floor in the kitchen was ,again, immaculate.
86. The cleaning woman was present during my visit and I made a point to tell her that she was doing an excellent job.

I didn't know that I was to enter the men's area and will do so next time.
Also, Peter Lash (Psychologist) will be responsible for Farrell Hall and one side of Cottage 3.

**ICF-21 – Marilyn Meagher reporting. (4/3/06 – 1:00 p.m.)**
1. GA's bedroom wall needs cleaning. Cleaner left without doing it.
2. Please have pest control start spraying for hornets outside the building.
3. In general, building was clean.

**ICF-22 – Marilyn Meagher reporting. (4/3/06 – 1:00 p.m.)**
1. Room #1 still needs new blinds.
2. Room #4 – toilet paper holder needs to be replaced on the wall. This was reported last month, however, Response was reported as done!
3. Fleas in both residents' back rooms.
4. In general, building was clean.

**ICF-23 – Diane Walsh reporting. (3/25/06)**
1. Flies/fleas were still observed in the kitchen, bathrooms and in the hallway outside the bedrooms. Please check drains and if they are fruit flies, please check any possible food sources that may be Attracting these bugs.
2. Bees will be upon us soon and there has been a nest at the roof line near the back door in the last couple of years. Please have pest control destroy and remove any nests that are in the area. Would also like F&M to vacuum the window track in the back day room – it is positively full of dead bees that must be left over from the fall.
3. Pleased to see that P has her new arm chair in the dining room. All of the dining chairs appear to be stable and look nice.

**Building Rep. Minutes**            - 8 -            **April, 2006**

4. The heat and hot water were off in #24 and again the procedures were not followed. Families are asking for a formal plan that addresses common emergencies such as power and heat outages. Getting additional generators is a positive step but it does not address the boiler problem. There is a very reasonable expectation by the families that a large facility such as Fernald have the same kind of written plans for emergencies that are routinely required by companies that run large facilities. I will follow up with a formal written request during the next month that will identify the components we expect to be addressed in the plan.
5. Problems and Location/Item
   - Window blinds are still in need of cleaning throughout.
   - All residents' closets throughout need organizing – making sure things are off the floor, on hangers, etc.
   - Front day room – paint peeling badly on wall near dining room sliders.
   - Bath w/shower – bathroom needs to be grouted properly.
   - A&J's room – fix/reinstall curtain rod.
   - J&R's room – R's bedspread still soiled.

**ICF-24 – Regina Davidson reporting. (Mar. 8, 2006)**
1. No fleas.
2. LG handles on bureau.
3. Treadmill still in SDR.
4. Vents in SDR need cleaning again.
5. Refrig. Needs wiping out.
6. Bath #4 needs regrouting.
7. Dirt behind TV still there.
8. Milk machine out of order.
9. TP's wardrobe – no latch. Also, paint in closet still coming down.
10. MD – move bureaus to clean (both).
11. Dirty wash - out of control. Spoke to DD regarding duties of 1st, 2nd & 3rd shifts trying to get this situation under control. Will continue to check wash for <u>all</u> residents.
12. No top on ADL Kit (LG).
13. ADL kits better.
14. Kitchen needs cleaning (spoke to DD).
15. Book cases still in LDR.

**(March 22, 2006)**
1. No fleas.
2. Ants in #4 bath (called Anne Kelley).
3. Burner covers on stove (per DD).
4. Milk machine difficult to open – close. Could not read thermometer. Called OD and spoke to Anne Kelley 3-23-06. On 3-24-06, new machine brought to #24. Did not fit in <u>new</u> kitchen. Another machine will be put in #24 ASAP (per DD & Anne Kelley).
5. MD room (wall next to window) paint off. Needs to be scraped and painted.
6. Dirt behind TV needs more cleaning. Also on floor. (LDR).
7. Closets look better.
8. Wash <u>not</u> out of control today. Spoke to DD.
9. Shower chair clean.
10. ADL kits look good.
11. DO alarm working.
12. Lighting in BM & EL room not addressed yet.

**Building Rep. Minutes**                   - 9 -                          **April, 2006**

13. No hot water (3-24-06) in #24. Spoke to Anne Kelley. Plumbers working on problem. Need to go deeper in system if not fixed this time.
14. Where is BM's chair in SDR?
15. G.O. announces "Van Ride". It was like a "Chinese Fire Drill." Line to bathroom, coats, hats flying everywhere, residents giving me orders to zip this, bottom that. T.P. has huge smile on his face. I watched from the window, said my goodbyes. Though the process is not easy, with no designation in mind, you can feel the unity between residents. No one is left behind and the staff watches over them. What a way to end my day!

**(3-25-06)**
16. Heat and hot water out at #24 again.
17. 8:00 a.m. staff reports coats on residents – concerns over our two medically fragile residents.
18. OD (Fritz) reported to ADA. Plumber called (power) – down working on system. I then called Anne Kelley at home. I spoke to Ann and from then on I became more comfortable that she would find out, resolve and take control of this ongoing problem. On her day off, she came to the Fernald and we met at ICF-24. The heat was and all was well with the residents and staff. I went to give Anne our sincere thanks for taking her usual hands-on approach to the many problems that arise and also to apologize for interrupting her well deserved day off. At 8:00 p.m. (3-25-06), called to tell ME that all continued to be well at #24 and that she had ICF-24 being watched over through the night. All the families who have loved ones at Fernald should know what Anne does. Most do. I know first hand. Also, thanks to Fritzner, DC Staff and plumber. NOTE: Milk machine working in #24 on 3-25-06 (replaced).

**The next meeting will take place on Sunday, May 7, 2006, at 1:30 p.m., in the Withington Conference Room. Guest speakers will be Facility Director, Linda Montminy and her Divisional Directors.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone, Secy. to Bldg. rep. Comm.