

# City of Waltham
### Jeannette A. McCarthy
### Mayor

April 18, 2006

His Excellency Mitt Romney
Governor
State House
Office of the Governor
Room 360
Boston, MA 02133

RE: Walter E. Fernald State School, Trapelo Road, Waltham, MA

Dear Governor Romney:

I respectfully request your assistance in transforming the Fernald Center into a National Historic Park and Site to honor the mentally handicapped throughout our nation.

As you know, the Fernald Center includes the nationally known Eunice Kennedy Shriver Center, and is located adjacent to the New England Region National Archives and Records Administration. Therefore, the Fernald can support and augment the use of these properties by incorporating a museum, a visitor center, a record center, a research library and research facilities. The site would also continue to provide some housing for current residents, a national cemetery, and park for both active and passive recreation, as well as opportunities to learn about its history.

The Fernald School has a unique place in history. Founded in Boston in 1848, the Massachusetts School for Idiotic and Feebleminded Youth moved to Waltham in 1888 and was ultimately renamed the Walter E. Fernald State School in 1925. It remains the oldest publicly funded institution serving the mentally disabled <u>in the Western Hemisphere</u>. The site encompassed the full spectrum of human behavior, ranging from the depths of abuse, to genuine dedication to serving the needs of the mentally handicapped.

A National Historic Park and Site on the Fernald property represents an extraordinary opportunity to advance our understanding of the mentally challenged and to accord them the respect that they have been denied because of ignorance, fear and even disdain.

His Excellency Mitt Romney        April 18, 2006        Page 2.

I urge you to join me in making this National Historic Park and Site a reality. A rededicated Fernald Center will pay tribute to mentally handicapped people throughout the country, promote an understanding of and a commitment to address their issues, and serve as a testament to what our nation can and should do for one of its most vulnerable populations. Massachusetts has been in the forefront on many issues. Some of them were truly innovative and some were controversial. The transformation of this site and legacy into a National Historic Site with multifaceted uses will continue to show that Massachusetts leads the way in caring for the current residents and in the economic re-use of this site, while providing a vehicle for a national library and museum to not only learn from the mistakes of the past, but also to provide for the current and future economic needs of Massachusetts and our nation.

Please contact me since I think that the needs of the citizens of the City of Waltham (including the Fernald residents), the Commonwealth of Massachusetts and the United States of America can benefit from the innovative re-use of this large parcel of state-owned land while maintaining the integrity of our local neighborhoods.

Sincerely,

Jeannette A. McCarthy
Mayor

cc:    President George W. Bush
        Senator Edward M. Kennedy
        Senator John Kerry
        Congressman Edward J. Markey
        The Honorable Joseph L. Tauro ✓
        Commissioner Gerald J. Morrissey, Jr., DMR
        Commissioner David B. Perini, DCAM
        Maria Shriver