# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

### BUILDING REPRESENTATIVE COMMITTEE MINUTES
### May 7, 2006

The Building Representative Committee Meeting, chaired by Dorothy O'Rourke, was held on Sunday May 7, 2006, in the Withington Conf. room, at 1:30 p.m. The following were in attendance: Dolly & Ed Hadded, Jane Webber, Peg & Joe Hughes, Regina Davidson, Dorothy Rouleau, Susan O'Rourke,, Grace Lerman, Suzanne Kingston, Anne Kelley, Diane Enochs, Linda Montminy, John Hill and Gail Connelly.

Guest Speakers were Diane Enochs, Asst. Comm.; Linda Montminy, Facility Director; John Hill, Division Director; Suzanne Kingston, Division Director, Anne Kelley, Exec. Dir., Cori Serv.; and Gail Conley, Director of Clinical Services.

Chairperson, Dorothy O'Rourke, introduced Linda Montminy who gave the following presentation. Jack Hart, DPH, was very pleased with everything. Noticed how much work being done on day programs, good teams, leadership, staff morale and staff interactions. In 20 years, He has never seen it this good. Linda thinks we always have to improve…better quality in leisure schedule and supervisory skills. Wants to continue day program and issues with environment. She was very pleased with review. She stated we don't know when they will come and where they will go. Has reviewed 500 areas and Fernald in compliance with all.

Linda was asked how did they look at staffing? She responded that based on ISPs, as long as there is adequate cover in assisting objectives. They look at outcomes. Fernald is above Federal requirement. In the Fall, the DPH has agreed to come out and meet with building reps. The exit interview can be an open meeting (Linda and Diane agreed). Linda can let people know we can get information firsthand.

Regarding Family Meeting, Linda stated that most people like the forum, but want more time for questions. Will try to do it twice per year. Ed Haddad questioned official inservice training for MRWs and their responsibilities. Linda said yes, and is putting a system around it. There are job descriptions for all MRWs called (EPRS) a Form 30. There is also an evaluation system as well as coaching. There is a 6 month period probation period (per union).

Marilyn questioned if Activity Center schedule was done. Linda responded that it will be done by June 5th. Hours – weekends 10 –4; during week 3 p. to 8 p. Linda further stated that this month she will meet with rec. therapist. Will not be staffed as it is now. Will be someone doing a program. Each of those times there will be a leader. There will be a lot more people using it. People will walk over. Other rooms are going to be used. Security can open and close it. She wants to see an active and vibrant campus.

Grace Lerman expressed concerns of continuity of care and clinical services. Services will not be disrupted but we lost psychologists. Feels services are disrupted.

Concerns from a parent over the problem with Site 5 – a flood in the building from a toilet. Residents were sent back to their residence and were a little upset. On another note, Dorothy reports responses are a problem due to time. Transfer dates do not coincide.

Administrative Issue (Diane Booher reporting.)
Please update on status of bid for electric, handicap-accessible doors for entrances to Brookside and Woodside, which was put out by Jon Graves on 1/9/06.

Building Rep. Minutes                         - 2 -                                    May, 2006

**Cottage 3 A&B – Peg & Joe Hughes reporting.**
The old blue van on the A-side is in poor mechanical condition and considered by some Fernald's Queen of the Garage. This van needs to be replaced badly. Originally it was supplied to the A-side in 1997 as a used van with high mileage. Also, vans are found empty. They need to be refueled. Also not satisfied with some staff not doing their jobs. Linda wants to deal with it in supervision.

1. BTO room – floor mats need cleaning.
2. B-7 Outer side of bathroom door needs paint touched up (blue).
3. B-Dayroom maroon couch still needs professional cleaning. If not possible, please order a new couch [multiple repeat item].
4. B-Sunroom - can you give me a date when the blue vinyl couch cushions and pillow backs will be replaced? [Constant repeat item.]
5. B-Dayroom - please remove blue vinyl/wooden chair next to TV from cottage if you don't intend to repair it. [Repair requests to fix have been written up for over a year.[
6. Please reinstall porch awning.
7. B-23 Bathroom heat grating all discolored and needs painting [cream color]. Tiles broken and sharp in area of lower left side of heat grating. Same bathroom has all tiles broken and missing from entire edge of tub tiled bench land is danger to resident.
8. B-6 bathroom sink loose from wall on right side and possible to move in and out.
9. Understand that A-side resident P.C. his in need of a hospital bed in order to return back to his cottage #3-A home and that spare hospital beds are available in the basement of the Wallace Bldg. Would it be possible to remove and restore a hospital bed from there?
10. Kitchen floor In need of painting [gray]. Thank you.
11. New kitchen door handle/latch assembly you replaced has parts for lock hanging out of door. Job is not completed.
12. B-1 main door is more delaminated due to water damage from rain exposure. Please make fix until new door is installed.
13. A-Side day room west wall outside of laundry room has hole behind the floor molding that needs repairing. The same wall needs similar maintenance on the corner just outside A-23 bathroom. A temporary previous repair here that fell apart with nails being exposed to pica resident's.
14. ADL kits were to be replaced by 4/1/06. It is now the month of May and change was not carried out. Please check.A-Dining room table brace is back again under table and one end is still not fastened correctly to one end of table legs. (#3 repeat item)

**Cottage 7 – Jean Salvucci reporting.**
1. Everything seems o.k. at this time.

**Cottage 9 – Dorothy Rouleau reporting.**
1. Screens throughout this cottage need to be examined for holes in the screens and track alignment – tops and bottoms.
2. Screens and windows need to be cleaned inside and outside.
3. Room B6 – No light in shower area. Also, toilet seat needs repair or replacement.
4. Room b7 – Urine odor.
5. Room B9 – Urine odor.
6. Laundry room has ants/; noticed around the floor drain.
7. Doors and door frames need repair and paint.
8. Refrigerator needs to be cleaned.
9. Milk container needs to be checked and cleaned.
10. Sink area needs to be cleaned with a serious stainless steel cleaner.
11. Stovetop silver bowls need to be cleaned and/or replaced.
12. Toaster needs to be cleaned.
13. Room A20 – Floor drain cover needs to be pulled and the area underneath cleaned (previously reported).

**Building Rep. Minutes** - 3 - May, 2006

14. Room A21 – Water marks in the ceiling which may indicate roof leakage.
15. Both Laundry rooms – A long shelf above the counter in both laundry rooms, just above the thin wood railing, would be most helpful for sorting, organizing, folding, etc.

**Cottage 11 – Dolly & Ed Haddad reporting.**
Has problem reporting on bathrooms – loose toilets. Rex ring on the toilet does not stop sewer gases (noxious). Promotes infestation by fleas. Secure toilets with hardware. Anne Kelley responded that there is no sewer gases over there. Toilets have been looked at by plumbers. Clients rock and take toilets with them. Anne agrees that toilets need to be secured. Dave Burn has been over there a lot.

Ladies - Side B
1. All door jams badly damaged.
2. Fleas flying free.
3. B-10 ceiling tiles near exit sign stained.
4. B-12 Storage Rm. Clutter and cabinets still there. Metal cabinet that stores food needs cleaning.
5. Kitchen – Stove sill needs cleaning and bottom drawer has never been done. Last report says it was done.

Men's – Side A
1. Wall phone outside nurses station doesn't always work. Can't always hear. Maybe a problem in the line.
2. Cement walkways need repair.
3. A-3 sunroom – can't close door. Couch too long. Also, springs are gone. Has board under seat.
4. Coffee table is clean, but should be refinished.
5. A20 - bottom molding is broken (loose).
6. A7 – bathroom has fleas. Some still flying free.
7. A25 – storage room cluttered and cabinets still there.
8. Still no TV. 20" not only too small, but doesn't receive all stations and is used. TV for sunroom not replaced as it has a small crack on corner of frame which can be covered by tape.

**Cottage 13 A&B – Dorothy O'Rourke reporting.**
Asking John Hill about Cottage 13A. That person was terminated but new position is filled. They took effect today. Transfer from Greene. Greene had extra staff. They went to vacancies on grounds. John has 3 MRW positions open. Will be interviewed this week based on qualifications. Therapist physician vacancy will be filled by 6/5 according to Gail Connely.

**13-A**
1. Need a new couch and two chairs. Brown couch is broken. Also 2 tables in the living area have loose legs.
2. Thank you to Nurse Cora for buying the ADL Kits for the residents
3. Still not sending enough towels and face cloths. Sent only 8 towels, 2 towels per person and also 2 face cloths per person. 8 clients on each side of Cottage 13. Need 16 both towels and face cloths. Thank you.
4. Tent is not up yet. Patio furniture missing on Cottage 13.
5. Staff person of 2nd shift who was to start working on Cottage 13A side Sunday, 5/7/06 was not there. Gail Conley said at meeting new staff direct person would be working Sunday, May 7th, 2nd shift.

**13-B**
1. D. Washo room – molding peeling on lower bottom of the bedroom. Holes in the wall. Bedroom needs painting.
2. Also need a new couch. Couch chairs broken.
3. A new shower chair needed.
4. Read a bulletin in the office inviting residents to the Masonic Lodge Annual Sunshine Party on 6/6/06. Dinner at 3:30 p.m – 6:00 p.m. Three first shift direct care staff have agree to go for a one-on-one with residents, but need comp. time. Staff would like to know by May 23rd. It is important for staff to take residents for this recreational activity. Thanks – D. O'Rourke.

**Building Rep. Meeting.**      - 4 -      May, 2006

**Farrell Hall** – **Regina Davidson, Grace Lerman & Dorothy Rouleau reporting.**
We were pleased to see and thank those responsible for:
1. G13 roach-free kitchen.
2. Apt. 1 rooms C104 & 108 being clean and neat.
3. Apt. 1 Rm. 108's beautiful spread, pictures and drapes. Who should be thanked?
4. Apt. 3A's ADL its being kept completely clean.
5. Installation completed of almost all requested new sinks.

Issues of Concern
Odors:
1. At elevator outside lobby – urine.
2. In GC5 bathroom – urine
3. In hallway outside bathroom GV4 – urine.
4. Also, this bathroom should not be used.
5. Rm. 102, very strong smell of urine and sticky floor.
6. Apt. 3A, Rm. 153, mattress and box spring – urine.
7. Rm. 146 – urine smell.
8. Apt. 3A – Rm. 152, on floor near toilet – urine.
9. Apt. 3A – Rm. 162, bad chemical smell.
10. Apt. 3D – Rm. 137 – urine.
11. Apt. 2 – C114, on couch under window – urine.

Safety Issues:
1. Apt. 3A, Rm. C164 – Please replace safety bar covering.
2. In GC5 bathroom, obstruction in wall.
3. Rm. 150, head board of bed very loose and needs 2 screws.
4. Apt. 3D, Rm. C150, table with electric piano on top is blocking a doorway.
5. Light flashing in main stairwell to basement (can be seizure precipitant).
6. Apt. 1 Exit Door is so warped that a gaping space can be seen at the bottom. Frame of door is corroded.
7. Ramp outside exit door has crumbling and pot holed concrete.
8. Wheelchairs getting stuck in uneven surfaces and danger is posed to blind residents and those with balance problems.

In the following places, doors lock automatically when they're closed.
9. C114, Apt. 1 dining room, C153, Apt. 2, Rm. 118.
10. 161, Apt. 1, doors closing poorly or not at all.
11. 1st fl. Apt. 1, Rms. 109 and 111, Apt. 2 – C114, Apt. 1, 122m Rm. 104 – 1st fl., C112.
12. Apt. 3A – 153.
13. Electrical safety covers needed in Apt. 3aA-154, Rm. 144, 136, Apt. 2-Rm.121.

Repair, Replace and Paint:
1. Rm. C102 - cabinet needs replacing.
2. Rm. 108 – plaster has been applied, but not sanded and finished.
3. Rm. 111 – bottom of door needs repair.
4. Rm. 122 – door hook needs 2 screws and a hook.
5. Cabinets and floor tiles need replacing.
6. Rm. 161 – 2 door cabinets in dining room need to be replaced.

Apartment 3A
Where do staff put their belongs? (John) There is a metal cabinet in 3A that they use. Regina reports everything is cluttered. Will look at how adequate space is for staff. Also, why **no** TV in Apt. 3A?
1. Rm. 154 needs to be painted.
2. Rm. 153 needs new comforter.
3. Rm. 121 – hole in ceiling.
4. Rm. 152 – wall behind small bureau needs patching.
5. Bottom of door needs repair.

**Building Rep. Minutes** - 5 - May, 2006

6. Rm. 150 vent ceiling tile missing.
7. Rm. C-161 – Bathroom tile missing from floor.
8. Rm. 150 – corner entrance wall is crumbling.
9. Rm. 146 – box spring and metal frame must be replaced due to filth and rust.
10. Exposed rough screw on frame should be repaired.
11. Bureau drawer broken and hanging off.
12. Rm. 145 door needs repair.
13. Apt. 3C Day Room clock needs battery.
14. Rm. C-124 – water machine cord is frayed and must be replaced.

Water Problems – Leaks
1. Apt. 2 – Rms. 121, 122 & 125 at windows. Reported immediately to Mark Lewis with note left for John Hill.
2. Apt. 3A – Rm. C161 shower fixture leaking.
3. Apt. 1 – Rmw.158 and 101 – ceilings leaking.
4. Rm. C157 – hose from under sink is dripping. Also, what is this hose for?

Small Housekeeping Chores - PRN
1. Apt. 3A – please clean drain.
2. Apt. 3D – Rm. 132 in kitchen. Knob missing from water machine.
3. Piece of new counter needs regluing.
4. Rm. 137 – ADL kit has no cover.
5. Rm. 145 – dryer lint filter was clogged. Regina Davidson Cleaned it.
6. Clean all filters of lint using lint using lint brush, if necessary.
7. Rm. C-124 – old milk in fridge must be thrown out.
8. Apt. 2 – Rm. 122 – needs new pillow.
9. Apt. 3A, Rm. 154 – leather chair and ottoman need cleaning with damp cloth.
10. Elevator B – floor needs cleaning.

Most ADL Kits Need Cleaning – Outside
1. Apt. 1, Rm. C115 ADL kits need cleaning inside and outside.
2. Rm. C137.
3. Mirror needs cleaning.
4. Window glass needs cleaning.
5. Tablecloths, place mats and chairs should be crumbed and cleaned with damp cloth after every meal.

Shower Curtains Need to be Re-attached in:
1. Apt. 1 – Rm. C105.
2. Apt. 3A – Rms. C164, C161.
3. Apt. 3D – Rm. C151.

Lights Not Working
1. Apt. 1, rm. 105.
2. Apt. 3D – Rm. 132.

Cleaning/Organizing Needed
1. Apt. 1 – 1st Floor living room cabinets need C and O.
2. Dining Rm. And Pantry: Refrigerator and tablecloths need cleaning.
3. Apt. 3C Day Room – pink plastic chair needs cleaning.
4. Rm. C53 – Room needs cleaning.
5. Apt. 3D Kitchen – please clean tablecloth, stainless cart, silverware try, stainless cart under milk machine.
6. Rm. 105 bureau and armoire need C and O.
7. Rm. 107 – reclining chair needs cleaning with damp cloth.
8. Rm. 108 – clean under mattress.
9. Apt. 3D, Rm. C-150 - floor needs cleaning.
10. Rm. 132 – please clean metal carts, toaster, hutch, tablecloths & kitchen chairs.

**Building Rep. Minutes**          - 6 -          **May, 2006**

11. Rm. 135 – Please clean top of protective padding.
12. Apt. 2, Rm. C124 – please clean out all cabinets.
13. Rm. C114 – please clean table, place mats, leather furniture with damp cloth.
14. Please wash black table cloth with fruit pattern.

Clothing Needing Washing:
1. Apt. 2, Rm. 121 – RB's bed linen.
2. Apt. 1, Rm. C102 – clothing in room.

Flies and Roaches
1. Apt. 1 Pantry – R.
2. Apt. 3D – Rms. C151, 132 & kitchen – F.
3. Apt. 2, Rm. C124 – dead roaches seen.

Areas and Articles Which Can Only be Described as Filthy:
1. Apt. 1 – Living Room floor. Chair with restraint in living room. Also, wheelchair in living room.
2. Rm. 101 – Vent.
3. Rm. 108 – ceiling and vent.
4. Dining Room – milk machine; Stainless steel wagons
5. Rm. 122 – split door.
6. Apt. 3A, Rm. C164 – White commode chair.
7. Rm. C156 – door.

Other Items:
1. Apt. 2, Rms. C115 & C116 – Old sinks remain. Mold and rot visible on floor under sink.
2. Apt. 3A - Rm. 164 is the only bathroom for 4 men. Air quality is poor; there is no staff bathroom, and the AC does not work properly.

**As this situation is a health hazard as well as a denial of basic rights, did DPH site this problem and make any recommendations?**

3. Please replace all remaining toilet flush buttons with handles.
4. All doors are extremely dirty and need cleaning (light sanding) and coat of polyurethane.
5. Please toss all artificial plants. They are all covered with dues and it's one less cleaning chore for staff.
6. 124 same as reported.
7. Water bottles in lobby are 8 tenths empty today, 5/2/06, with the likelihood that water will not last until refill scheduled for next week. Could refills be scheduled more frequently, especially as the hot weather approaches.
8. Eleevator outside lobby was not working when we arrived, but was fixed by the time we finished our inspection. Our concern remains that this repair has taken months.

Apartment 4
1. John - Apartment 4 was supposed to be closed off. People still using bathrooms & kitchens (staff wing). Locks did get changed. They can just get into hallway.

Grace & Regina want music therapy to be more clinical and not just rec. therapy or skill building. Music therapy is not being fully utilized. Linda thinks she is utilized a lot. Gail will ask Lisa if she feels she is being utilized to the best of the clients. Is there more we can do for her? Lisa is working individually as well. She helps run groups. Can there be more group music therapy. Grace feels it deserves its own structure, not just under Rec. Therapy.

**ICF-21 – Marilyn Meagher reporting.**
1. Several windows were open with no screens on them. We are going to have bugs flying around in the building. This has been an issue for several years now.
2. Two TVs on and no one in the building.
3. Bathroom: sink stopped up and shower handle dripping. It couldn't be shut off.
4. Building was clean.

**Building Rep. Minutes**                                     - 7 -                                              May, 2006

5. The ladies from this building went to Sp. Olympics Sunday, May 7th I am aware that they receive Olympic medals and tee shirts, but I didn't see any of them around. I have GA's medals from past years and I would like to add this year's to her collection. Many of the residents came back with sunburns. Why were they not covered with a sun screen? I understand they all had a great time!

**ICF-22 – Marilyn Meagher reporting. (5/8/06 – 11:00 a.m.)**
1. Many fleas throughout building!
2. Kitchen: Belmont Springs bottle on the dispenser – empty. Plenty of bottles under the sink. Kitchen cabinet net to microwave needs constant are. Coffee grinds all over the shelves. NO screens on the window and window open!
3. Laundry room a mess.
4. Room 5: Exercise equipment not being used by any of the residents. (I was told this by a staff)…could it be removed?
5. Bedrooms: Almost all of the rooms had messy closets…cloths just thrown in over the rod and on the floor…in Room 10 there were empty Ensure cans and paper cups thrown behind a bureau (ants will soon be coming!).
6. Cell phones: could a notice be put up in each building about the use of cell phones. Cell phones are still being used by some staff while working with residents.

**ICF-23 – Diane Walsh reporting. (4/29/06)**
1. Flies/fleas were still observed in the kitchen. Staff also saw them and verified that they are still a problem although less than before. We know that they multiply quickly so they need to be eliminated totally.
2. Need to repair/replace some slats in wooden swing outside the building. The nice weather is here and the swing should be available and safe for our residents to enjoy.
3. When will the tables/tents be set up outside? In the nice weather, the inside courtyard would be a lovely place to sit and enjoy the spring and early summer weather. Too often the residents are indoors on the weekend when they should be out enjoying the fresh air and the beautiful campus setting.
4. Vacant bedroom (formerly D's room) is being used to store a broken chair and other junk. Please remove these items.
5. What is the plan for renovating the nurse's station? This is the only nurse's station for Malone Park. The room is in great need of painting of walls, baseboards and shelves. Also it appears that more storage is needed. These residents are getting older and sicker. More storage lockers will be needed to store medicines and supplies.
6. (F) would benefit from a dining chair with arms. He likes to use the chair with arms in the back day room because it makes it easier for him to get up from the chair. Seems that this would apply to the chair he uses to eat his meals, as well.

Problem Location/Item
1. Kitchen: Door missing from one of the long kitchen cabinets. Also, need new grout behind kitchen sink.
2. Side door window panels need cleaning.
3. Front day room – paint peeling badly on wall near dining room sliders.
4. Bath w/shower – bathroom needs to be grouted properly.
5. J and R's room – R's bedspread still soiled.

**ICF-24 – Regina Davidson reporting (4/5/06)**
1. SDR vent still dirty.
2. Behind TV (LDR) still dirty.
3. Grout in #3 bedroom needs cleaning. Also #3 bath wall near sink needs repair.
4. EL's chair needs cleaning.
5. Removed couch & treadmill outside behind SDR in rain. Spoke to DD. Covered then removed.

**Building Rep. Minutes**                                    - 8 -                                              **May, 2006**

6. Carbon monoxide alarm in hallway.
7. BM's chair in SDR – covered.
8. Dresser in TP's room.
9. Paint fixed in TP's closet.
10. DO's alarm working.
11. ADK kits look good.

April 19th
1. Cover needed for DO's electric toothbrush.
2. Ants in SDR.
3. SDR vent still dirty.
4. Dirt behind TV (floor). LDR still dirty.
5. Direct Care Lockers in SDR need cleaning underneath and on sides (floor).
6. Hole in wall in new kitchen (next to Envir. Closet). Needs fixing.
7. Move LG bed and clean floor.
8. Light out in SDR.
9. Wall in MD's room needs patching.

Reported done (4-26). Will check again.
1. GB throw rug needs vacuum or shaking out.
2. TP pant on heater needs fixing.
3. #4 bath grout around tub worse. Mildewed; needs to be removed ASAP.
4. #3 piece of wall near sink needs fixing.
5. Ants in LDR.
6. Please remove long folding table in LDR.
7. Dryer lint filter – full – cleaned. Please watch.
8. E's chair cleaned. Looks new!
9. Vents better in SDR.
10. Clean behind TV in LDR!!!

NOTES:
1. Leak in DO's bedroom closet. Slow response to me from Jon Graves. Found clothes on chair in room (3 days later). Call OD and asked for explanation and clothes be put back. Asked if wet clothes were washed. Roofers came to fix problem. Jon Graves responds that clothes placed in closet. Wet clothes were washed (per Eunice). I had reported problems with roof in #24 before. Leaks never found. Suggestion:- All roofs in Malone Park should be checked before any renovations start. Monies should be spent on outside of Malone Park before _any_ job is done inside.
2. When will the AC's grill furniture, etc., be cleaned and used?
3. Grounds around Malone Park in need of winter clean –up. Spoke to Anne Kelley regarding Maintenance Personnel.
4. Meeting regarding Malone Park renovations (April 13th). In attendance were Diane Enochs, Linda Montminy, Gail Lawrence, Suzanne Kingston, Anne Kelley & Eunice Richards. Bldg. Reps. were Marilyn Meagher and Regina Davidson. Also attending were the Chisolm Family (ICF-22). Meeting called to discuss past renovations (ICF-24) and future renovations (ICF-22), etc. Information and concerns aired. No date for renovations yet.
5. Letters sent to Guardians (#22) from DD Suzanne Kingston.
6. Team members meeting held to discuss individual residents' service plans (Apr. 24th).
7. Tour of Cottage 12. Lots of work done for move. Impressed with coordination of resources.
8. My opinion that the renovations should not be done at Malone Park has not changed. These renovations are being done now to get ready for the State of homes that will be structured "after the Fernald closes." The new plan, which I have reservations about, increases my concern about our residents suffering because of changes in routine and surroundings. We will continue to monitor this plan and move and will report back to the Building Reps.

**Building Rep. Minutes**                  - 9 -                  May, 2006

Further concerns regarding ICF renovations:

1. Will not move beds & bureaus from Malone Park. Will have phone extensions transferred. Lounge chairs and dining room chairs will be taken.
2. Letters will be sent to families this week. Someone will be overseeing construction daily (Anne Kelley).
3. What's being done in bathrooms. Was told not a total overhaul, but will do replacements. Linda and Diane do not know details yet. John said he will bring down extra patio furniture. Supervisor will be back on June 1, 2006.
4. Requested a letter from Linda stating residents will return to Malone Park after renovation. Diane said it's in litigation. General Counsel will not approve letter going out.
5. Can you let us know what they are going to do? Grouting is a huge job. Regrouting does not solve problem. Linda said that they will.

**There will be no meetings in June, July and August. Please send monthly reports to Marie Bortone, 1766 Commonwealth Ave., Auburndale, MA 02466 by June 8th, July 6th and August 10th respectively. Thank you! Next meeting will be held on September 10, 2006, at 1:30 p.m., in the Withington Conference Room. We will have a guest speaker from Public Health.**

**The next meeting with the Administration will be October 1st, with Linda Montminy, Facility Director.**

*Have a nice summer!*

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.