# FERNALD LEAGUE *for the* RETARDED, Inc.



P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

**BUILDING REPRESENTATIVE COMMITTEE MINUTES**
In lieu of June 4, 2006 Meeting

The Building Representative Committee Meeting was canceled due to the meeting scheduled with U.S. Attorney Michael Sullivan and his Assistant Atty. Ray Farquhar at the Activity Center. Minutes were mailed in as follows:

Fernald League Members attended a meeting on June 4th at the Activity Center to give testimony to U.S. Attorney Michael Sullivan, Court Monitor, and his Assistant Atty. Ray Farquhar who were warmly greeted. Thirty-two family members each gave a 10 minute testimony and handed written copies of their testimony to them. Beryl Cohen, Atty., representing the Fernald League also attended. Beryl was very pleased to see the turnout of families, representing the residents, attending this meeting. He also encouraged the families to continue to keep Fernald open.

The meeting was well attended by some 150+ people and lasted 4-1/2 hours for which Attys. Sullivan and Farquhar stayed to the end. It was a very moving, emotional meeting and agreement reached from all Fernald members how important it is to keep Fernald open for these fragile residents who live on g rounds.

Fernald families would like to thank the President of the Fernald League, Marilyn Meagher, for organizing and setting up the Activity Center for the meeting, assisted by Diane Booher,. She made everyone feel welcomed. Marilyn has been President a short time and has worked very hard for all the residents of Fernald.

Concerns

Chairperson, Dorothy O'Rourke, received a call from Cottage 7 to please bring to the attention of the Administration a serious cockroach problem.

Administrative Issues (Reported by Diane Booher)

Pharmacy: Please update on results of May 15th meeting. How long will Fernald continue to have 2.2 FTEs for clinical pharmacists at the Fernald pharmacy? Will we continue to have clinical pharmacist attend Mental Health Care Team Meetings for residents of Fernald Center?

Probate Court Inquiry into Trust Funds: Why has Atty. James Feld been appointed to investigate spending patterns from resident trust funds starting around Apr. 5, 2006, at Fernald?

HabCo/Caseload reorganization: Mid-April 2006, reorganization of HabCo caseloads resulted in delays of information being available to HabCo staff at ISPs. Please describe the reorganization. How does it benefit the Fernald residents?

Lay-offs of part-time employees: How many part-time employees are being considered for lay-off? And why?

Tufts Dental Clinic: Not accepting new patients at Fernald location. Why?

Dietary: What is the current number of permanent FTEs occupied by dieticians at Fernald? Please update on recruitment efforts. [As of Apr. 13, 2006, there were no Fernald dieticians. Morrison's had only a temporary dietician at Fernald and the company was having difficulty recruiting applicants.]

**Building Rep. Minutes**                              - 2 -                                    June, 2006

Recreation Therapy at Fernald Center
- What criteria are being used to change caseloads for RTs?
- Will one RT be retiring?
- How many FTEs are budgeted for RT Dept.?
- Which Fernald Recreation Therapists are certified in therapeutic recreation?
- How many are licensed and trained to drive Fernald vans?

Lack of available funds for second shift activities (conducted by direct care staff) at Malone Park (noted May 3rd). How has this been addressed?

ITP Team:
- Is Walter Deeter still driging the van and working with day program?
- How many Fernald residents have Joe Foley as their social worker?

Nursing Staff:
- How much overtime have nurses worked since Jan. 2006 (shortly after Linda Roedder, R.N., took over as Dir. of Nursing for Fernald Center? On days? Evenings? Nights? or Weekends?
- How many FTEs are vacant for LPNs as of Jun. 1, 2006, at Fernald Dev. Ctr.?
- How many FTEs are vacant for RNs as of Jun. 1, 2006, at Fernald Dev. Ctr.?
- Malone Park first shift nurse is spread too thin between Malone Park, Cottage 12 and Greene Bldg. for ISPs, especially when also giving pre-medications for medical/dental procedures.

Physical Therapy:
Status of recruitment of 2 PTAs for Fernald?
Are Melanie King and Anita Sediako the only LPTs at Fernald now? Do they both work full-time?

Cottage Courtyard lights and poles: When will the 2 that were knocked down be replaced?

Therapeutic Equipment Center: Any truth to the rumors that this service is closed at Fernald? How many staff (FTEs) are currently providing TEC services for Fernald residents? Are all of these staff back from leave?

Activity Center: (Marilyn Meagher contributed.)
- Is air conditioning operating? What is status of HVAC system?
- Please print the daily staffing schedule for the Activity Center.
- Bench on sidewalk on street-side of A.C. very rough and weathered.
- On 6/10, a luncheon was hosted by Ceil Kahn & Fran Silveira for some of the friends of the Activity Center. In attendance were the Jewish Women's International Group of "B'Nai Brith Women" and the "Trench Rats", a group of WWI descendants. Both groups have donated many hours to Fernald residents. Also in attendance were many familiar faces of Ex-Fernald residents, who come here almost every Saturday from their community home. It was a wonderful Saturday afternoon!

Site 7: Please describe anticipated move of some residents from Site 7 to Woodside.

Brookside: Cooking room – Ceiling tile missing.

Woodside:
- Problems with Direcgt Care staff coverage at shift change is affecting transportation of residents back to Farrell Hall from day program. How is this being addressed?
- Bus lift broken since May 23, 2006: Please update on status of repair and date returned to service at Fernald.

**Building Rep. Minutes**                              - 3 -                              June, 2006

**Cottage 3 A&B (Peg and Joe Hughes reporting.**
1. In linen room, found the newly replaced 2-pole 20 amp. C/B tripped. C/B replacement did not correct apparent electrical problem?
2. A&B sides of Cottage – weeds, grass and wild growth coming through bottoms of bedroom doors. Please trim and clean up outside these doors and remove trashy look that is building up.
3. Please replant flower boxes on B-porch.
4. The B-porch deck front and side area needs to be cleaned and trash removed from side and end of porch.
5. B-sun room has hole in right wall.
6. B-23 bathroom sink loose from wall and toilet loose at base.
7. Drinking fountain outside Nurse's Office, catch basin filled to capacity.
8. Air conditioner was inoperative on June 6th [was called in]. Is it working normally now?
9. Cottage cleaning is starting to suffer. Finding bathroom sinks, bowls, etc., not being thoroughly cleaned.
10. Completion of A-21 laundry room looks good, however, a cabinet is needed under sink for safely storing soap, bleach and detergents.
11. Need new refrigerator in Room A-13. Replaced old refrig. Has been fixed twice and is inoperative again. Note: this fridge is used for clients' drinks and special reinforces. A new fridge is needed ASAP to carry out programs.
12. A-11 bathroom top of sink starting to pull away from wall.
13. A-22 wall is damaged and needs repairing.
14. A-6 toilet is loose.
15. Outside electric receptacle cover is missing and plug exposed to weather. [Area under dining room windows.]

**General Concerns:**
**A-side old van has no A/C and too hot to use on weekends. Residents all on special medications and need an A/C van until the 3-A new van arrives. Can you help us on this?**

**Cottage 8 – Diane Booher reporting.**
1. Cottage 8 Red Van - When was it last used for transporting residents?
2. B1, B26 and B19 doors to horseshoe driveway: When will these doors be replaced?
3. What is status of RFR for Cottage doors that have been out to Bid since at lease Jan. 2006?
4. Laundry Room Renovation (both sides): When scheduled to begin?
5. Interior painting needs described in Dec., 2005, that were not done this winter include doors/walls in following areas: A3, A5, A8 (patched wall), A9, A17 (door & molding), A18, A19 (door), A21, A22 (door molding) dining room, B2, B3 wall around corner from b20 (2' x 2' wooden board, primed white), B20.
6. A4: Hole in wall.
7. Cove board needs regluing and/or paint in following areas: Near A1 door, A9 (near armoire), A10 & A17.

**Cottage 9 – Dorothy Rouleau reporting.**
1. Would the Cluster Manager please contact me to discuss the May 2006 entry requesting two long shelves above the counters in both laundry rooms.
2. The piano in this cottage could be used to entertain the residents. What could be done to accomplish this effort?
3. The heating and air conditioning vents throughout this cottage are very dirty. When painting this cottage, it may be an excellent time to dismantle the covers to these unites in order to clean the vents thoroughly and then paint the units.
4. Room B6 bathroom – Urine odor in the shower area.
5. The wall outside B4 (and across from B6), near the door frame/bottom, needs repair.
6. Room B7 bathroom – The plastic curtain does not hang properly due to tears and needs repair.
7. Room B8 – Wall near closet (bottom) needs repair.

**Building Rep. Minutes**           - 4 -           June, 2006

8. Room B21 – This room needs repairs to the walls and refurbishing. The white cabinet has an inside shelf that needs repair. Also, some hooks for hanging coats, etc., for the staff, and/or a cabinet would be useful in this room.
9. Room B20 – The tile surrounding the floor drain needs some repair.
10. Kitchen – The toaster and the milk machine need to be cleaned.
11. What is the purpose of Room A18? It seems to be vacant and could be used as an activity room for the residents, or some other useful purpose for the residents.
12. Room A9 – Top drawer in 2-drawer chest needs repair.
13. Room A4 – There was a urine odor in this room and may be in the bedding.
14. The Exit Door (near A22) that is an automatic door, may need repair for proper closure.
15. Room A22 – Shower chair with pink back rest needs to be cleaned.
16. Would you let me know how many drivers Fernald has for transporting residents for medicals.
17. Some doorway frames are now in the process of being painted. What is the schedule for parts or all of the cottage?
18. Curtains in the residents' rooms and the dining room are nice and make it pleasant for the residents' home.

**Cottage 11 – Dolly & Ed Haddad reporting.**
Men's – Side A
1. A3 – Coffee table – why must we wait until sometime in the Fall to refinish this table?
2. A7 – No hanger for shower hose. Looks like all showers should be checked.
3. A20 – Cabinet door should be painted to match other door.
4. A21 – Microwave is dirty.
5. A22 – Tub screen missing.
6. A25 – Storage room – would be nice to put shelf, paper or paint shelves for cleanliness.
7. Thank you that we will be getting a new L.G. TV, but the 20" one we now have is much too small to replace the 27" one that has not been replaced in the sun room.
8. Due to the accident that took the corner of our Cottage 11, and went through the bedroom of one of our residents, it is unfortunate he now has no bedroom. This was a horrible incident. Do we know when we can expect to regain this area?

Women's – Side B
9. B5 – Outside door has large space at bottom.
10. B6 – Wall tiles behind door broken. Why is there an old chair with crud in this bathroom? Need hanger for flexible shower. Please check all showers.
11. B3 – Large TV Entertainment Ctr. Blocks access to the light switch.
12. B7 – Door jam badly damaged. Fan does not work.
13. B10 – Ceiling tiles near exit are wet (next to the vent). Must be a roof leak.
14. B12 – Storage room – food cabinet still not cleaned and unorganized.
15. B16 – Faucet leaks. Ceiling vent needs cleaning.
16. B19 – Door does not close.
17. B22 – Light & vent switches are on outside of room. Is this correct or should it be inside?

Kitchen
18. Stove has not been cleaned and storage drawer on bottom has the same filth in it.
19. Dishwasher door is <u>dirty</u> around the inside.
20. Milk machine – gasket around door is broken on the bottom. Whole machine needs cleaning and the milk in the machine carries an expired date.
21. Toaster needs cleaning.
22. Cabinets that hold dishes need cleaning.

**Cottage 12 (Temp. home for ICF-22) – Regina Davidson & Marilyn Meagher reporting.**
On May 25th, the residents of ICF22 were moved into their <u>new temporary</u> home. A meeting a few days before with D.D. Suzanne Kingston, Eunice Richards, Wendy Smith, Ann Kelley and Marilyn Meagher summarized

**Building Rep. Minutes**        - 5 -        **June, 2006**

what was done, what needed to be done to get ready for this day. This was an awesome effort by the complete team who assured that each individual resident was going to be able to transition into Cottage 12.1 Overall, I felt relieved that these residents accepted the change, but this was only done because of the close watch by those that knew them best. On Memorial Day, Cottage 12 had a grand cookout. *Many thanks to Wendy Smith & the staff who made this a "fun day".* What satisfaction I got from seeing those smiling faces. I was even put to work!! The littlest things in life sometimes mean the most! However, I still have not changed my mind about renovating Malone Park, for after "the closure of Fernald, our residents are being discriminated against by the DMR because they call Malone Park Home.

**Cottage 13 – Dorothy O'Rourke reporting.**
1. Hope to see the tent put up as soon as the weather improves
2. Black wrought iron patio furniture still missing.
3. Looking forward to new furniture for both A&B sides. Couch and chairs are broken.
4. Time for residents hair cuts!
5. Dinette clean; also bathrooms and bedrooms clean. Thank you!
6. On B-Side, 2 holes in bottom part of woodwork in Dining Rm. Also big hole in bedroom wall in KF's room.

**Farrell Hall – Jane Webber & Grace Lerman reporting. (6/06 – 2:00 – 3:45 p .m.)**
We wish to say at the onset that we are seeing an ongoing attempt to improve the physical condition of Farrell. There is room for improvement, but overall, we are accounting for fewer parts of the building in need of repair. The rooms which have windows with screens were cool and airy. However, the repairs that we believe are needed are serious and have a degree of urgency about them.

Urgent Safety Repairs needed
1. Entire ramp and railing outside Apt. 1. There were some ramp repairs made, but they appear to be shoddy at best. There is a corner of the ramp which is literally crumbling and calling away. That corner as well as the entire uneven surface of the ramp needs immediate attention. In addition, the railing is rusted and peeling.
2. There is a leak from the roof into room 101 in apt. 1A.
3. Screens needed immediately in the following rooms: Living Room Apt. 1A & Living Room in Apt. 3 CD.

Small Housekeeping chores needed
1. Please dust on top of the frames of all the mirrors and the door frames.
2. Apt. 3CD, 132 kitchen tablecloth not clean; handles and side rails of carts need scrubbing; sing is dirty; stove, toaster and coffee pot need thorough cleaning.
3. Cloth under milk machine needs cleaning. Utensil tray, dish drain and tray need to be cleaned.
4. Mats stick to tablecloth; wooden hutch and cups, etc., inside need cleaning.
5. Tablecloth and tray under coffee pot needs cleaning.
6. Freezer needs cleaning.
7. Thick It powder left uncovered – 2nd time.
8. Apt. 1A Dining room – tablecloth is dirty and needs crumbing and scrubbing.
9. Apt. 1A, Rm. C102 – ADL kits need cleaning.
10. Apt. 1A living room bookcase is broken and needs replacing.
11. Apt. 1A porch is filthy.
12. Apt. 3A, Rm. 150 – headboard remains loose and needs stabilizing.
13. All mattresses need to have fitted cover.
14. All shower curtain rings need to be replaced.
15. Room 144 – drawers extremely full and need organizing.
16. Apt. 1A living room – bookcase and cabinet need to be organized
17. Apt. 3A, Rm. 146 – trunk needs organizing and clothing needs to be sorted.

**Building Rep. Minutes**        - 6 -        **June, 2006**

18. Apt. 3CD, Rm. 137 – wardrobe has slightly musty smell. Does clothing need to be washed?
19. Apt. 1A living room – brown reclining chair needs vacuuming.
20. Apt. 3CD – table with electric piano is again partially blocking doorway. Please rearrange furniture to better use available space.
21. Apt. 3CD – table with electric piano is again partially blocking doorway. Please rearrange furniture to better use available space.
22. Apt. 3A living room – please vacuum brown couch.

Repairs/Replacements
1. Virtually all wardrobe doors do not close properly.
2. Gaping holes in door bottom of exit door from Apt. 3CD.
3. Apt. 3CD, Rm. 137 – need windows fixed so that they can open.
4. Apt. 1A dining room – cabinet under microwave is broken.
5. Apt. 3A living room – blue recliner needs replacing and floor was not as clean as others.

Odors
1. Apt. 1A, Rm. 102 – despite beautiful new floor, urine smell remains both inside room and in corridor immediately outside.
2. Apt. 1A, C106 – foul odor of bowel movement and odor controller combined.

Apartment 4
1. Apartment is closed except for hallway where residents are walked.
2. Main kitchen – food in drain. John Hill notified.

**Greene Bldg. – Diane Booher reporting.**
1. Pool – We note pool schedule: The only 2 staff assigned must close pool for many long weekends in order to take vacation time. Will this continue through summer?
2. DPH survey of physical plant: what is status of Greene Bldg. as possible future location of a DMR/SNF building and safety codes?
3. Room 124 – wall clock not working.
4. Toilets: Need large push-button toilet flushers on all toilets for resident ISP needs; reported 5/2/05 to Anne Smith, QMRP supervisor. As of 6/6/06, I did not observe any large-sized push-button toilet flushers in place at Greene. Please update on status of this necessary renovation.

**ICF-21 – Marilyn Meagher reporting.**
1. Day Program staff have been over to the Greene Bldg. over 6 months, but still do not have a place for themselves. They should have their own place to have a lunch hour.

**ICF-22 – Marilyn Meagher & Regina Davidson reporting.**
1. Renovations underway. Clients temporarily moved to Cottage 12 on May 30th.
2. On 3 visits, the last one on June 7th, my concern was and still is the delays and timeframe to return these 6 wonderful men to their home. In conversation with Jon Graves and multiple talks with Anne Kelley, we're hoping to reach our goal of 3 weeks. We will continue to follow the progress at #22.

**ICF-23 – Diane Walsh reporting. (6/4/06)**
1. Flies/fleas were still there – slightly more than last month. Staff reported that there were bees in the kitchen at some point during the previous week, but that they were now gone. If bees were there, the nest must be close by. Please check the roof corners and if you find a nest, remove it. There is usually a nest near the roof line closest to the back door. Also, heard a cricket seemed to be in the baseboard of the 1st bath. Also, in that same bathroom (with shower), the shower head is leaking and sprays everywhere when it's turned on. Please replace.
2. When will the tables/tents be set up outside? The nice weather should have been here already, but as we know from several of our previous summers, one day it's cold and set and the next day we are into summer-like weather. Please have these set up and ready for the residents to enjoy.

**Building Rep. Minutes**                         - 7 -                                    June, 2006

3. Vacant bedroom (formerly D's rm.) is <u>still</u> being used to store a broken chair and other junk. Please remove these items.
4. Was happy to hear that F. will get a dining chair with arms. I am looking forward to seeing it.

**ICF-24 – Regina Davidson reporting. (5/10 & 5/24)**
1. Refrig. needs cleaning out.
2. J.B. needs top on electric toothbrush.
3. D.O. needs top on electric toothbrush.
4. New armchair broken. Resident fell. Was accident report made?
5. D.O. heater & floor dusty.
6. E.L. – fix outlet in room.
7. T.P. cold base is needed behind bed.
8. Air conditioner on windows open. Please remind staff.
9. Vents better, but need to be cleaned regularly.
10. ADL kits look good.
11. Tablecloths after dinner not cleaned. Residents doing table top activities on dirty surface.
12. TV continues to be on. Who is watching??
13. New 682 van (Wheelchair) dented on front passenger side. Was a report filled out? Will this be fixed?
14. M.D. wall fixed and painted. Thank you.
15. Glad to have T.P. and B.M. back at #24.
16. 1st shift staff clipping nails.
17. Lunch procedures before and after being followed.
18. Grout in bathroom looks better.
19. Lawn cut.
20. Tent not up yet. Soon, I hope!

Notes and Concerns

1. Thanks to Anne Kelley for getting a van for Site 7. Has Site 7 van been returned?
2. Thanks to the students who are working with the residents of Malone Park. Great Job!!
3. Three cottages enjoying the Memorial Day outside the AC. Thanks to staff.
4. Malone Park #23 & #24 out for lunch and van ride on Memorial Day. Thanks to staff.
5. <u>All</u> residents should be outside enjoying the weather. Who makes arrangements in each house for these events?
6. As of June 5th, the new program was started at the AC. I would like a progress report.
7. May 7th Special Olympics – I believe 60 residents attended. M.D. told me, "I don't move so well." I said, "neither do I". She had a great time and is looking forward to the June overnite trip.
8. Sunshine Party on June 6th. It must have been a great "Turkey Dinner" because M.D. told us that it's better than "chopped hamburger." We asked, "Did you dance?" "No", she said. "I watched"!
9. What is going into Hillside now?
10. Thanks to Anne Kelley for having the AC fixed at the Clinical Unit.
11. The recent knowledge that Dr. Dale Antonitus is working at Hogan is very disturbing. The 200 residents at Fernald need and deserve a full-time Medical Director. Our residents are being victimized and discriminated against by the DMR because we are under the "Cloud of Closure". This is unacceptable as is an on-call doctor from Hogan. We do not have enough physicians at Fernald. Is not the Fernald the largest facility within the DMR?? The decisions that are being made without the knowledge of the parents and guardians is outrageous. This information has been passed on to the Court Monitors for their review.

Building Rep. Minutes                              - 8 -                                June, 2006

There will not be a meeting in July. Please send your reports to Marie Bortone, 1766 Commonwealth Ave., Auburndale, MA 02466. If you have a fax, the number is 617-928-9258. These reports should be sent no later than July 6th. Thank you!

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.