# FERNALD LEAGUE *for the* RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

## BUILDING REPRESENTATIVE COMMITTEE MINUTES
### In lieu of July 2, 2006 Meeting

The following reports were submitted to Chairperson, Dorothy O'Rourke and Marie Bortone by building representatives in lieu of a meeting in July.

Although meetings have been canceled for July & August, Building Reps. still inspected the buildings and events going on at the Fernald Center and submitted their reports as follows:

Concerns

The summer is here at last. We hope to see more residents outside, weather permitting. Beautiful grounds going to waste. Residents do not get a chance to enjoy the outside. The Community has use of the grounds playing soccer. Would like to see more outside activity going one instead of residents sitting inside watching TV.

Concern over power outage on June 13th. What was the problem? Also concerned about a part-time doctor on call at Hogan to take care of Fernald residents. Doctor should not prescribe medication to residents over the phone. The residents deserve a full-time doctor. The Department of Retardation is discriminating against Fernald!! Fernald should also have a full-time facility director.

**Cottage 3 – Peg & Joe Hughes reporting.**
1. Drain trap fleas are taking over both sides of cottage. We have never seen this problem so out of hand. Why can't upper management take care of this problem? On last visit, saw fleas around residents' food. Spraying will not fix this problem. You must know this by now. Will you please hire a professional company that can get into the plumbing infested areas and eliminate the obvious infestation once and for all. Every cottage has this disgraceful existing condition.
2. The laundry closet in the horseshoe area is filthy and loaded with junk. This closet is supposed to be kept in sanitary condition for soiled laundry only. It is not a storage closet for miscellaneous junk.
3. The laundry closet door [horseshoe area] is delaminating and needs immediate attention. Same laundry closet needs to be cleaned and painted.
4. Need a new refrigerator in 3-B nurse's office. Old fridge reported as not cold enough for storing medicines, etc.
5. Need all new screens for both A&B dining rooms. Old screens beyond repair.
6. A&B dining room windows, glass and windowsills need a major cleaning inside and out.
7. B-side dining rooms venetian blind broken and needs replacing. Also, on B-side, dining room window valance curtain rod bent. Valance hanging down.
8. Will you please install a trash barrel with cover in the horseshoe area. The trash is everywhere! Can you please follow up with a letter so all litter is placed in barrel.
9. Constant repeats for item in ref. to the 3-B linen room C/B panel. Your June 4th response was "Circuit not in use. Breaker is left in 'off' position." On July 1, I found the same CB in the 'on' position. What is going on? Please investigate further.

Concerns
1. Big July vacation for Cottage 3 A&B coming up. Are you ready? We would like to see this vacation week planned in advance and not handled on a day-by-day basis that produced lapses

**Building Rep. Minutes**        - 2 -        **July, 2006**

and failure in the past. What does Fernald management's plan have in mind that will be likeable and obtainable for the residents? All of us look forward to planning our own vacations, so let's do the same for the less unfortunate and make a meaningful input for the good of our residents. Let's stop discriminating on the campus so that everyone, not just a select few, have equally good remembrances.

2. For a vacation start, Cottage 3-A will need a reliable large passenger air conditioned van. Chair vans are too small for this group. Why can't a good safe van be rented for vacations? In the past we rented a van every year. Let's do it again and use safety as our first priority.

### Cottage 7 – Jean Salvucci reporting.
1. Telephones cannot be heard. Please check wires.

### Cottage 9 – Dorothy Rouleau reporting.
1. More towels are needed on Friday delivery to have sufficient supply through the weekend.
2. The shelves that were requested for the laundry room would replace the shelves that were always there but removed during the renovation. The shelves would not be new to the laundry rooms. There were always shelves and areas for clothing and other items that the residents require. In order to efficiently organize, fold, assemble, etc., for laundry activities, more shelving space is necessary. Further consideration should be given in order to duplicate the shelving that was originally in both rooms and needed for efficient and comfortable laundry operations within this cottage.
3. Room B20 – There may be some misunderstanding as to the room that needs repair to the tile surrounding the floor drain as there is no toilet in this room (response to June 2006 bldg. report by Jon Graves).
4. Room A18 – Response stated that this room is an office. It does not appear that the office is being used. Would you let me know if it is being used by someone as an office. If it is not and has no intention to be used as an office, or used as an office at a later date, could it be used by the residents in the meantime?
5. The airconditioning throughout this cottage was not consistent during my review on Sun., July 2nd. The B-side was warmer than the A-side.
6. Room B22 – The toilet did not flush at all.
7. Room B9 – Side rail to BR's bed gets stuck and is difficult to move up or down.
8. Room A8 – The window and the screen need to be cleaned.
9. Room across from bathroom A7 – There is a small 2-drawer chest of drawers that needs repair to the top drawer for its placement and operation. It is the small piece of furniture just under the window.
10. Room A6 and A7 – Shower stalls, and especially the floors, need to be cleaned.
11. Room A22 – The light over the sink is out.
12. Room A21 – The window in this room needs a screen.
13. Is there a device for SC (male) that could be worn by him to easily call/alert staff by pushing a button when he has to use the bathroom? For some reason, he is not notifying staff all the time, and those times when he doesn't, he sits in urine. If he has a device, he may be inclined to use it on a steady basis instead of keeping silent when he doesn't feel well or forgets. The hand bell that he has in his room is not enough, can get lost and is hard for him to manipulate. A button that he could press on a device that is on him, perhaps on a cord, may do the trick.

### Cottage 11 – Ed & Dolly Haddad reporting.
**Men's Side A**
1. A21 – Microwave still dirty, not done per 6/20 date.
2. A22 – Tub screen missing. Still missing, and not done per 6/20 date.
3. A25 – Your welcome for the suggestion to put shelf paper or paint but nothing has been done.
4. A6 – Bathroom needs a shower chair. Broken one was removed. Also, shower floor is slippery. All shower floors should be checked.
5. A23 – Electrical & slop sink room is filthy and has holes on the lower wall.

**Building Rep. Minutes**  -3-  **July, 2006**

6. A10 – Office chair has splits and should be replaced.
7. Although resident is back in room after fixing the corner of the building which was ruined, where is the door which was part of the original building?
8. Still waiting for new TV which was promised by July 1.

**Women's Side B**
1. B5 – Outside door to be repaired. Why must we wait a month for repair?
2. B6 – Bathroom – chair is still here and why must we wait for a month to have hole behind door fixed?
3. B7 – Fan still not checked. Smell of urine and, again, wait a month to repair door.
4. B10 – Tiles near exit were repaired – would you like this job to look like this in your home?
5. B12 – Storage room still not cleaned or organized (stated was done on 6/20).
6. B22 – Since the switches are still on the outside, what do you mean by "completed on 6/26?"

Outside large flower pot is broken. Also the cement in the horseshoe is still not repaired. This is a safety hazard.

Building still has fleas.

It is very disappointing to find this cottage in such poor condition. In one year this cottage has gone from brand new to very shabby and has a terrible odor throughout.

**Cottage 12 – Regina Davidson & Marilyn Meagher reporting.**
The "guys" in #12 have done well. Of course, there have been problems, but everyone has staked out their own space. The gentleman in the wheelchair owes me serious money. It has been my honor to know these 6 great guys. Hopefully, they will be home soon. Along with Marilyn Meagher, I will give my final report next month.
1. Milk machine replaced. Checked each visit.
2. June 28th – ants in kitchen. Flies/fleas in dining room.
3. A/C works if doors are closed.
4. Cottage 12 needs to be maintained after #22 clients go home. Would like to continue to check #12 when closed.

**Cottage 13 – Dorothy O'Rourke reporting.**
1. B-side dining room – black border coming away from the wall. Needs to be fixed.
2. Still waiting for furniture in day room. Sofa broken.
3. Direct Care Staff who shop for clients are not given enough time to shop (1 hour?). They use their own cars. Sometimes it takes 20 to 25 min. to get to the mall. At least 2 hours should be allowed.
4. Direct care going without break time because of shortage of staff during the summer vacations, etc.
5. Part-time direct care staff person from another building quit. Did not want to work with resident of Cottage 13. Person used to working with higher level resident. When will position be filled?

June 11, 2006 – 3:00 p.m.
1. Did not see one resident outside on a beautiful Sunday afternoon. Thanks to Recreation Therapist who came in at 3:30 p.m. to take residents out for a walk. Thank you Joan!
2. Thank you. The tent is up. I like the location. Handy to the entrance to cottage back doors. Still looking for black wrought iron patio set. Check "B" side. I believe the black wrought iron patio set was seen inside an office in Cottage 13.
3. Haircuts overdue for residents.
4. The cottage was clean. Residents all looked nice and happy.
5. Residents watching movie "Annie"? Residents not paying attention to movie.

**Farrell Hall – Regina Davidson reporting (July 5m 2006)**
Apartment 3A
1. J.A. bedroom – clean couch.
2. C.C. – wash bedspread.
3. 152 – Wipe down chair.
4. C-166 – Clean shower chair. Also, smell of urine.
5. C-165 – Clean up closet.

**Building Rep. Minutes** — 4 —                                    July, 2006

6. C-164 – Mold around tub – horrible – clean out grout and regrout.
7. 151 – Walls need painting.
8. 146 – Floor needs waxing. Also, hole still in screen stuffed with facecloth.
9. C151 – Small floor tile missing.
10. 144 – Vacuum under mattress.
11. C-163 – LDR – paint off wall on floor. Also, clean large fan and small fan.
12. 2C-D – Dining room – all surfaces dirty. Also, needs new micro.
13. Exit door near 3CD Dining room – outside there is trash, junk, etc., near door. Spoke to George. Resource personnel cleaned up.
14. 137 – Clean fan.
15. 136 – Clean fan.
16. 133 – Ants in pantry – reported. Cabinets need cleaning out. Also, refrig. needs to be cleaned outside. Refrig. freezer also needs cleaning.
17. All milk machines sweating. Mildew growing. Check all machine.
18. 132 (3A dining room) – Ants walking on table. Reported.
19. All surfaces need cleaning (132).
20. Ceiling leak outside 132 – reported. A/C pipe ordered 3 months ago. Ceiling tiles changed. Reported. Will follow ASAP with Jon Graves.
21. Dumpster- front of Farrell Hall in parking lot needs new top. Squirrels running in & out.
22. Floor tiles throughout Apt. 3 need checking.

Notes and Concerns
A. No cockroaches noted today!
B. Not pleased about dirty fans. Spoke to Asst. DD Kay Colette. All apartments will be checked and fans cleaned by Maintenance.
C. Apt. seemed warm. Will contact Jon Graves about A/C.
D. Would like to know when additional bathroom will be granted in 3A and where? 1 bathroom for 4 men is inhumane.
E. Response about ramp at Farrell Hall (July budget). This ramp needs to be required now. How long will we have to wait for the monies or until someone gets hurt?
F. In past summers, we have had many of the same issues – fans, A/C, etc. Please let's not revert back to terrible conditions – warm weather brings ALERTS.

**ICF-21 – Marilyn Meagher reporting.**
1. **Kitchen** – The inside of the refrig. needs a good cleaning. Please remind the staff that the snacks, Jell-O, pudding, applesauce, etc., need to be given to the residents the day it is delivered. The wall behind the water dispenser needs repair.
2. **Bathroom** – The shower room has too many chairs & screens in it. Please remove broken shower chair and unclutter the space.
3. The closet in the front entry way could be cleaned out. There appears to be a box of trash in there (not Xmas things).

Comments
1. The building, in general, was clean.
2. The tent is up and now we just have to see the residents under it more often.
3. The residents from Malone Park have been going to the AC for some activities and seem to be enjoying it. Unfortunately, I hear that many other buildings are not partaking in the activities very often.
4. Malone Park has a new Rec. Therapist – Welcome Diane B.!
5. A Rec. Therapist that has worked at Fernald part-time for many years has left due to a schedule dispute. The position is not going to be filled.

**ICF-22 – Marilyn Meagher & Regina Davidson reporting.**
I (Regina D.) have visited both buildings (Cot. 12 & #22) more than four times in June. The last on June 28th. I am getting quite fond of the workers in #22. Finally, I saw some progress and listened to whose fault it was that

**Building Rep. Minutes**               - 5 -                                **July, 2006**

the project wasn't completed. I told the gentlemen that I would be back next week and that, with luck, they would be gone and I would try and say something nice about them in my next report. We'll see!

### ICF-23 – Diane Walsh reporting. (Inspected 7/3/06)
1. Lots of flies/fleas in both bathrooms in tub and shower. Pest control should concentrate their efforts there.
2. There is a brown sticky liquid that oozes from the top of the air conditioner in B's room, stains the curtains and flows onto the floor. Please investigate and fix this problem.
3. Temperature in the hall outside the resident's bedroom was 88 degrees. With the renovation done to Malone Park, has there been any discussion about the installation of central air?
4. Problems with bedroom closet doors of two residents: Both of R's doors do not open and P's doors open but with great difficulty (one was stuck). Please fix both of these residents' doors.
5. Vacant bedroom (formerly D's) is still being used to store a broken chair and now there is dirty laundry in a pile on the floor in the bedroom and on the floor of the closet. Broken chair has been reported to have been removed, but on 7/3, it was still there.
6. Junk stored outside back door. Looks as if the chairs that were removed from the house ended up in a stack out back. There appears to be a good plastic chair there. You may want to put that in the outdoor courtyard, but please get rid of the rest.
7. Patio furniture for the Malone #23 courtyard is scheduled for delivery either 75 or 76. I delivered an umbrella and base on 7/2 to go with the set. This is a gift from J to himself and his fellow residents. The purpose of the gift is to have a nice place for the residents to relax and enjoy outside. As it has been reported so many times in the building rep. reports, residents, especially on the weekend, spend so much of their time indoors. Now that they have place to sit outside, I am hoping on the days when the weather is nice the staff will bring the residents to the courtyard.
8. There is an electrical outlet outside in the courtyard that is broken. Please fix so that lights and/or a radio could be plugged in for the residents to enjoy outside. Also, please ask the groundskeepers to do some cleaning of the courtyard area – weed removal and general clean-up. It would be appreciated very much.

### ICF-24 – Regina Davidson reporting.
1. Plug behind GL's bed needs a look at again.
2. BM's room needs cleaning up, including closets, especially with special equipment.
3. DO's alarm clock working.
4. Could I have the schedule for haircuts (#24)?
5. Vents in SDR filled with debris.
6. Lunch reminder for washing hands.
7. Tablecloths need more wiping down before breakfast and lunch.
8. Debris outside again at back entrance of #24.
9. Spoke to first staff supervisor about informing students about MD's and AM's pajamas.
10. MD at movie night (A/C). Will monitor whether or not she can enjoy this program.
11. Why is Rec. Therapist Office moving to ICF-24 office? This closet while storing residents belongings, etc., is not adequate for both supervisor and Rec. Therapist. The residents are usually standing in front of the office door waiting attention. Can anything be done in this situation, with the lack of privacy, room, and is their an A/C in there?
12. Would like a follow-up on #682 van.
13. Regarding covers for toothbrushes, DO's toothbrush on the blink. Can we buy a number of new bristles?
14. Ants in LDR. Climbing up tablecloth. Reported to Anne Kelley on 6/28.

**Building Rep. Minutes**                  - 6 -                    **July, 2006**

Notes and Concern

1. June 17th Special Olympics was, of course, a success. A report from MD: a) Food was good, b) JB was her roommate, and c) when can I go again?
2. Looking forward to July 22nd cookout at Malone Park. MD question: Will there be enough food? Answer – 'yes' if you and I don't eat!
3. Concern from June report regarding Dr. Dale Antonitus. Response from Linda Motminy that Dr. Antonitus is at Hogan 4 hours per week is not acceptable. Also, no reply about Hogan doctor on call for Fernald residents. Along with the Fernald League, I will continue to review answers and bring to light more questions regarding this serious situation.
4. Were responses given, talking to families regarding transfers? I will continue to investigate this information. I hope that this is not his daily practice. Will report back to Building Reps.
5. Regarding union office moving to A/C in the next week, I will go to the A/C and look at the accommodations. My concern is that the residents in no way will be inconvenienced or interrupted by such a move. More thought needs to be given to a suitable and agreeable space for the union members.
6. Lights out at Fernald (and Waltham). How we all take "power" for granted. Thanks to Anne Kelley and all those who maintained the facility under tough circumstances. Could I have a follow-up report on what will be done to correct and maintain the system.

A wonderful July 4th barbeque was held at Malone Park. Thanks to Fritz, Charles, Guy, Kelley and Staff who cooked and entertained the residents. The menu as told by MD was impressive. We certainly appreciate the efforts of the staff as we know the residents benefit from the unity shown.

July 5th
1. 30 p.m. – No A/C in LDR. 1st shift reported. AOD called. OD called back. Reported 6 p.m. no A/C at #24. AOD called and reported again. Maintenance called. Electrician comes and identifies problem. Well over 3 hours is unacceptable for a 5 minute problem.
2. 80 degrees in LDR.
3. LG eating dinner. Face flushed. Will report to Anne Kelley (she was off today).

. . . . . . . .

George Mavridis, Past President, was diagnosed with a slight heart attack and has had bypass surgery which was successful. Cards can be sent to him in care of Fred Doherty as follows:

        George Mavridis
        C/o Fred Doherty
        68 Curtis St.
        Reading, MA 01867

We could use assistance with the Greene Bldg. and Cottage 8. Please call Dorothy O'Rourke, 617-864-5320 if you can help. Thank you.

. . . . . . . . . . . .

**Since there will not be a Bldg. Rep. Meeting in August, please send your reports to Marie Bortone, 1766 Commonwwealth Ave., Auburndale, MA 02466, or Fax 617-928-9258. These reports are due no later than August 4th.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.