# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

**BUILDING REPRESENTATIVE COMMITTEE MINUTES**
**In lieu of August 6, 2006 Meeting**

The following reports were submitted to Chairperson, Dorothy O'Rourke and Marie Bortone by building representatives in lieu of a meeting in August.

GENERAL CONCERNS

The sprinklers have not been used for a long time. Residents used to like to go in and out of the sprinklers. It would be a fun activity for the residents. Maybe place sprinklers in inside fenced-in areas. It would mean the staff could sit and watch the residents, except for extreme hot days.

Unfortunately, I (Regina Davidson) have no nice comments to make about the contractors or the engineer who did the remodeling of ICF-22 (for after the "closure of Fernald). On a visit with Div. Dir. Suzanne Kingston, Jon Graves and Marilyn Meagher (July 26th), the job has not been competed with no completion date set for the return of the #22 residents. I am not only discouraged but disgusted with:

1. The time this project has taken so far is months. We originally were told 3 to 4 weeks.
2. The contractor who was hired was not able to do this project.
3. The engineer (DMR) has not been able to follow or enforce a job site.
4. Some of the information give to us has been erroneous.
5. This cannot and will not happen in ICF-21, 23 & 24. The guardians will not tolerate the inconsistent planning.

A final report will be given when this program is done.

Woodside (D. Rouleau reporting) - The air conditioning system in this building is not consistent and at times does not work at all. Is there a reason for such fluctuations?

Greenhouse (D. Rouleau reporting) – What activity is going on and planned with the Greenhouse? How many residents are involved in the Greenhouse this season? Would you provide information and details of its operation, activity and function? What is its timeframe daily, weekly & yearly?

**Cottage 3 – Peg & Joe Huges reporting.**
1. Exterior of cottage needs to be repainted. The blue color is fading and shingles are showing lack of protection from weather exposure.
2. All lower singles to the right of horseshoe B-1 door need replacing.
3. Scattered shingles of cottage siding in need of repair or replacing prior to painting.
4. Please remove old bird's nest behind exterior bell and B-side vent in horseshoe area.
5. Horseshoe area 4 - new exterior electrical receptacles [installed last summer] are loose and 2 have protection covers bent and twisted that need attention.

**Building Rep. Minutes**            - 2 -            **August, 2006**

6. Concrete breaking up ouside A-20 door.
7. Floor tiles broken up inside A-20 door.
8. On inspection, we are finding too many resident exterior doors being left in the unlocked mode. It appears maintenance personnel are forgetting to lock doors.
9. B-3 sunroom 3 ceiling panels not installed.
10. B-4 bedroom has small but active beehive between window panes. Please remove.
11. B-23 bathroom grate is still not painted. [Repeat item]
12. B-side water bubbler pressure too strong. Water at both spigot overshoots onto floor.
13. A-25 and A-28 kitchen doors need to be painted.
14. A-6 bathroom toilet bowl is loose on floor.
15. A-3 sunroom piano bench has two legs disconnected from bench. Music therapist needs this bench.
16. The wall between A-1 and A-2 door has never been painted since repairs were completed a few months ago.
17. The A-1 door needs repainting [blue].

Concern

**The cable TV service for Cottage 3-B becomes inoperative every month due to the lack of participation or caring of middle management. The clients' funds pay for this service. The least management can do is to process their paperwork on time and stop discriminating against the residents.**

**Cottage 9 – Dorothy Rouleau reporting.**
1. The air conditioning throughout this cottage is not functioning properly, which results in the building being too warm. It could be that there is a problem with plugged vents, and cleaning vents may correct this circumstance
2. All the wall/floor vents in the cottage remain dirty and should be cleaned. It was previously suggested that when the cottage is painted that the units be dismantled and the sections of the vents be thoroughly cleaned either with a vacuum or by some other efficient manner.
3. Some wallboards need repair. For example: (A) Wall outside B4 just across from B6 bathroom; (B) ladies' dayroom wall across from the nurses station near the electrical socket; (C) room B9 near the closet; (D) room B3 under the window; and (E) men's dayroom wall across from the TV near the electrical socket. The A-side of the cottage (men's side) will require repainting for these areas after repair. A touch-up in some areas is also necessary for areas overlooked or not yet fully completed.
4. Ceilings in this cottage should be painted.
5. A check of the new wheelchair vans for secure and effective locking system is recommended. When stopping and accelerating the vans, the chairs may move back and forth slightly, enough to interfere with accompanying passengers and at times to press against feet and legs.
6. A couple of ladies' ADL kits need covers.
7. The sink in the ladies' dayroom is plugged and water is stagnant.
8. The door to the piece of furniture (armoire) in Room B5 is in need of repair; may require a new hinge.
9. The inside of the outside door frame in Room B5 is corroded and needs to be replaced.
10. The ceiling air vents in the following bathrooms blow warm/hot air when switched on: B6, B7 & A22.
11. Baseboard repair is needed in Room B9.

**Building Rep. Minutes** - 3 - August, 2006

12. NR's bed needs review for bed rail function and the bed may not be secure enough and too easily moved when getting her in and out of bed.
13. Room B9 floor, under the wall/floor vent, is corroded from water/rust and discolored. It and the vent need to be repaired.
14. Bathrooms have sewer flies, especially noted in B7 and A6.
15. Room B21 still needs some attention. The hooks may not be enough to hold winter coats and other clothing, and the cabinet should be replaced for a larger unit and in better condition. The white cabinet also is somewhat dilapidated for holding ADL kits, etc., for the residents. The walls may have been overlooked in their repair and refurbishing. This is a very small room for the function it is required to carry.
16. Milk machine, toaster and refrigerator freezer need to be cleaned.
17. Stove bowel units need to be cleaned and/or replaced.
18. The wall/floor vent in Room A4 is corroding with rust.
19. Room A10 sink has a small leak.
20. Room A3 floor needs to be cleaned to include both closet floors.
21. Room A22 bathroom sink may have a serious leak to the faucet base.
22. Room A21 wall/floor vent is corroded.
23. On July 26, a boat excursion was held on the Spirit of Boston for the residents of Cottage 9. This trip made an enormous change in the nature of the residents that I have ever viewed. Smiles I have never seen before from ear to ear, humming, visual enthusiasm of surrounding activity, captivated by foods placed before them. Equally striking for me was the ability and cohesiveness of the accompanying staff. They operated as one unit, completely in control and keen of the numerous tasks to fulfill their objective. It was an outstanding familiarity on the part of the staff for the residents in their care. They were not only astute in their care of the residents, but considerate of the guardians attending. A Fernald staff that is irreplaceable. It was a day I will always remember.

**Cottage 11 – Dolly & Ed Haddad reporting.**
Side A-Men's
1. A10 – Sink hot water faucet leaks; runs constantly.
2. A21 – microwave still dirty.
3. A22 – overflow screen in tub still missing. Also, no hanger for portable shower.
4. Living area – green leather chair has a missing arm protector.
5. A23 – slop sink room not finished.
6. Fleas everywhere.
7. Reply from Anne Kelley that funds should be released any day and TV will come then, also work will start in horseshoe and doors will be replaced.

Kitchen Area
1. Fleas everywhere. Linda M. came to cottage while we were there and we were told that an exterminator would be here to spray this very afternoon. Hope it works. Also, she said a plan is in progress to take care of the problem.
2. Dishwasher broken. Dishes do not come clean and unit does not drain properly. May need to be replaced by the company.
3. Refrigerator needs to be made sturdy so it doesn't move when the door is opened.
4. Sink overflow protector is off. Also needs cleaning.
5. Stove oven dirty again.

**Building Rep. Minutes**  -4-  **August, 2006**

B-Side – Women's
1. B10 – Ceiling tiles near exit must have leaked again because there are stains on tiles again and should be repaired.
2. B12 – Storage room still not organized.
3. B22 – No switch for vent which also does not work.
4. B5 – Vent not working.

General Concerns
1. Air conditioner on Ladies side does not work properly. Does not cool properly. Possibly the system is not balanced evenly because the men's side cools more than the women's side. Control on women's side set at 70, but the temp. in building is 85. When the control is set at 65, the unit freezes up and stops working.
2. Building would like more linens, such as towels. Staff have requested shelving in bathroom to hold ADL items.

**Cottage 12 – Marilyn Meagher, Regina Davidson reporting. (July 2006)**
1. Bathroom – water running, believe in toilet.
2. Dead bugs noted.
3. Fleas/flies in both bedrooms, etc.
4. Call to Anne Kelley for "help".
5. Gentlemen doing well.
6. Milk machine checked OK.
7. Doors closed. A/C on.

July 26, 2006
1. Condition of fleas/flies much better.
2. Dead bugs still in tub. (Tub not used . Clean up bathroom.)
3. Running water is fixed.
4. Kitchen – no ants!
5. Dead bugs on window sills in dining room. Remove.
6. Door alarms work.
7. Residents walking up to A/C for activity.
8. Refrig. – clean today.
9. No date for return to ICF-22.
10. Staff need to report conditions in building. They should not be waiting for Building Reps.
11. Flies/fleas in PC room – reported.

Thanks to Anne, again, for a prompt response.

**Building 13 – Dorothy O'Rourke reporting.**
1. No supervision on weekends in building. No one to tell staff what to do!!
2. Happy to hear that precautions were taken not to send residents of Cottage 13 to day program at Brookside on August 2nd (the hottest day). Air conditioning not working. Residents did not go to the A/C barbeque Sunday, July 3rd. No regular staff floats were on duty; maybe one regular staff. Every weekend on day shift, only one regular staff float fills in. Do not take resident to the A/C.
3. On B-side, apartments clean. Residents all looked very nice, but bored.
4. Thank you to Eli for fixing the wheels on shower chair on B-side.

**Building Rep. Minutes**            - 5 -            August, 2006

**Farrell Hall** – **Dorothy Rouleau, Regina Davidson and Grace Lerman reporting.**
1. Cockroaches on the ceiling in Apt. 1 Pantry; in dining room, also on the wall in Apt. 2 pantry. Cockroaches also in Apt. 3 pantry room 133. It is recommended that another Pest Control Company be utilized.
2. Can anything be done to eliminate the lime on the brick entry wall between the two sets of entry doors?
3. The ramp to the second floor on the side of the building is corroding. Some repair is necessary to ensure the safety of residents in wheelchairs and for those who can walk.
4. The outside door frame at the base to the second floor entry from the ramp is corroded.

Apartment 2
1. Room 145 has a dryer that may be improperly vented. The silver tube extends from the dryer to a small movable plastic box filled with water. The room was very hot during my visit. Would you please explain this system as I have never seen anything like it and I feel it is dangerous.
2. The air circulation throughout this apartment was very poor, and the air conditioning was non-existent. I should imagine that staff and residents have many headaches and become exhausted quickly.
3. When will this apartment be painted? It is in need of refurbishing.
4. Van #665D has no functioning air conditioning. This is a new van!
5. The Pantry in Apt. 2 needs a thorough cleaning.
6. Devices in the pantry that also need cleaning are: refrigerator freezer, milk machine, the whole of the silver unit that holds silverware to include the plastic containers.
7. The stainless steel double sinks need to be scrubbed with "Cameo" cleaner suited for this type of sink.
8. Sewer flies in pantry.
9. Room 115 back wall to the john needs repair.
10. Room C136 needs a new shower curtain.
11. Rooms C135 and C136 have mold around the tubs where the tiles meet the tubs. The grouting needs to be replaced.
12. Rooms 122 and 123 need repair to the curtain valances.
13. Room 124 needs window curtains. Is there a reason why there is so much empty, bulky furniture in this man's small bedroom? There was a fan cover in this room that could be hurtful to the resident or to another resident.
14. Is there a reason why there are no fans in the residents' bedrooms, with the exception of two (which need vent cleaning), seeing as how this apartment is very warm with no air conditioning?
15. Is there a reason why there are no blinds on the windows in Rooms 122 and 123?
16. Room 125 has no curtains and the blinds need examination for proper placement and function.
17. The pile of clothes in the armoire in Rm. 125 smell of urine.
18. Room 126 has no curtains.

Apartment 3
1. The dayroom is much too small for the 4 men that reside there. An intent to place a bathroom in the small adjoining room to the minute dayroom makes the dayroom even smaller and leaves the staff with no place to put their belongings, etc.
2. I state my discontent again with this arrangement. One male resident who needs to run has no space for such activity and he now moves from one small resident bedroom to another. There

**Building Rep. Minutes**  - 6 -  August, 2006

was ample space for him when he lived in Apt. 4, but the closing of his Apt. 4 and moving him to Apt. 3A has left him with minimal space for this or any other activity. The move negatively influences all 4 men.

3. Apt. 3A still has only one bathroom for 4 men. During my visit, feces was splattered on the john, just under the seat. The odor in this room was overwhelming. There were sewer flies in this bathroom.
4. The fundamental of having a TV is denied these residents. TVs are in all the other apartments, but this one. TVs offer something a radio cannot offer and even if one or two of the residents are blind and one is deaf, they can still benefit from the awareness that this form of entertainment provides. Why are these residents so disregarded?
5. The covering to the bathtub safety rails need to be replaced and a more suitable covering installed.
6. There is mold that needs to be removed and new grouting placed on the tub where the tiles meet the tub.
7. The wire rolling cart in Apt. 3A-B dining room needs to be cleaned.

Entering Farrell Hall today (7/31), I, Grace Lerman) noticed that the furniture in Apt. 3A was strewn about. It would actually be a bit hazardous to have to maneuver around the chairs, etc., were one to have limited vision or balance or perceptual problems. In 138, and the CD dining room, the furniture was also strewn about.

There is a marked difference in the cleanliness level in all rooms and bathrooms in the women's area as opposed to the men's. Regardless of the sprays used, there is a foul, stale odor, particularly in the bathroom in the men's area. And there are several rooms in which the smell of urine is reported monthly, again on the men's side.

It is unconscionable that these men have to live without the basic necessity of adequate bathroom facilities. As well, what effort is being put toward toilet training of the clients who still need such training? What is being done to help them live with dignity?

1. Dumpster still has no cover.
2. Apt. 3A – Floor sticky in day room. Overall, stale and slight urine smell in apt. Latex gloves left in messy pile on table and one glove left on top of bureau in 154.
3. C-167 – Large open rectangle in wall board and large open hole in wall board and large open hole in wall with sharp edges of mesh wire exposed. This could easily give someone a very deep gash.
4. C-166 – Same as reported on 7/2.
5. Tub is regrouted, but there is a strange pile of brown stuff on edge of tub. Where are curtain rings? Many requests made.
6. 163 – Flies. Fan has been cleaned – thank you.
7. 150 – Pillow has no cover.
8. C-162 – Smells of bowel movement.
9. 149 – Air duct cover needs cleaning.
10. 146 – Floor is waxed – thank you. Hole in screen remains unrepaired now for several months. Face cloth is missing.
11. C-156 – Wet towels left in pile in bathroom…a mold host in this weather.
12. 145 – What is the mess of stuff on top of wardrobe?
13. C-154 – Fan in dayroom is clean – thank you.

**Building Rep. Minutes**           - 7 -           August, 2006

14. CD – Dining room. Flies still there. No milk in milk machine or as backup in the refrigerator. Dirty tray under coffee maker and **coffee maker left on.**
15. 138 – Still no screens in window.
16. C-151 – Mold beginning to form around tub. Shower curtain rings needed.
17. C-150 – Bottom of tiles behind toilet needs cleaning. Metal partition is hanging from ceiling. Please make sure that it is secured.
18. 136 & 137 – Fans clean - thank you.
19. 133 – Pantry clean – thank you, but freezer still needs cleaning.
20. 132 – Dining room – floor sticky in places. Tablecloths still not wiped completely clean. Back left of hutch is filthy. No ants noticed, but flies continue to be a problem.
21. Is it the case that the ramp needs to be fully replaced? Can the Administration get a quote from a company which would shore up the current structure, competently repair the rough spots and fix the corner that is crumbling.
22. The only area of Farrell which I notices to be uncomfortable on this high 80 degree day was the lobby. Please get fans so that it is comfortable and safe for any clients wishing to sit out there on these blisteringly hot days.

<u>Apartment 1 and 4 – July 26</u> (Regina Davidson comments) Inspection done with George, Resource person for Farrell Hall.
1. Water bottle empty – foyer.

<u>Apt. 1.</u>
2. Door LDR – difficult to shut.
3. C-106 – Urine smell. Also, tiles under sink dirty.
4. C-104 & C-105 – Grout around tub needs cleaning.
5. 102 – ADL kits need washing. Wall dirty. Please wash. No odor today.
6. 101 – Motor room – fix window sill. Leaks in ceiling (tiles), and hallway corner screw coming out of wall. Please fix.
7. 104 – Clean humidifier.
8. 105 – Needs new mattress. Ordered.
9. Environmental closet – please clean (LDR).
10. C-122 – Clean tile under sink.
11. 107 – Clean recliner chair. Col. Base behind chair needs fixing.
12. 108 – Clean under mattress.
13. C-114 – Grout around tub black.
14. 109 – Knob missing on bureau - done. Colace pill found in doorway. Gave to George to give to DD.
15. 115 – ADL kits – please wash.
16. 161 – Clean chairs in dining room. Also, clean top of cabinet shelves. Replace blinds. Pantry – large roach alive! Roaches also found dead in cabinets. Some flies/fleas in apt.
17. 109 – Green plant outside door. Please throw out.
18. Please check fans throughout.
19. Dumpster still broken.
20. Bedroom linens, etc., look great! Thanks to Supervisor and Staff for their efforts.
21. Ramp – Farrell Hall – is getting worse. Crumpled cement. Stones around holes. Please clean up crumbled cement.
22. Spoke to Jon Graves about dong some repairs <u>now</u>. Can we try and make it safer for both residents and staff? When will we get the $400,000 for this job?

**Building Rep. Minutes**          - 8 -          **August, 2006**

Apartment 3A
When Apt. 4 moved to 3A, the TV didn't go with them. The DD, John Hill, has been asked about this. His reply…the residents can't or don't watch TV. The residents who can might have enjoyed the colors, pictures, noise, etc. Most of the buildings have TV. Was it because 3A is so small or because the staff is being punished? There are conditions in place regarding TV watching. 3A should have a TV.

Apartment 4
G-8 – Large leak found; water from bedroom into hallway. Reported to Jon Graves. Plumbers came down? Source of leak? Will follow up. Apt. 4, though closed, should be checked daily for any problems. Thanks to George for his help today.

Concerns
NOTE: Apt. 3A bathroom started. Who is overseeing construction? How long will it take? Conditions in 3A are difficult. Residents living under sub-standard conditions.

**ICF-21 – Marilyn Meagher reporting. (7/28 – 10:30 a.m.)**
1. **Bedroom** - #9 sheets not changed. Bloodspots on pillow and sheets.
2. **Living Room** – Window behind TV open and the air conditioner was on.
3. **Kitchen** – Milk machine reading 50 degrees on the inside and 40 degrees on the outside.
4. **Outside** – Hornet's nest under the "Nutone" cover near the kitchen window.
5. Broken picnic table on the ground under the trees.

Comments
Building clean…no fleas.
Women went on vacation day trips third week of July and had a great time.

**ICF-22 – Marilyn Meagher reporting.**
**Kitchen** – No screen on the window. Radiator cover near door – cap missing. Magnetic door stop in hall not working and exit sign needs to be secured to the ceiling. Saw several fleas in the building.

Comments
Building is still under repair. This project has now taken over two months! Completion date **was** 7/14/06.

**ICF-23 – Diane Walsh reporting.**
1. Ants in kitchen and back day area.
2. Filters in all air conditioning units need to be changed ASAP.
3. Intake area on A/C unit in J's and R's room is filthy. May have mold. Please check ASAP.
4. Back gate is still broken - this is a resident safety issue. When will it be fixed?
5. F's mirror has fallen down and was placed in the spare room. Will this be fixed and rehung?
6. B's radiator cover is rusting and needs painting.
7. Second shift needs a mop and bucket to wash B's floor.
8. J's chair – armrest and footrest broken and is now stored in spare room. Was this chair dragged by someone and broken? This was an expensive chair. How did this happen?
9. R's bedspread continues to be soiled with Desenex and feces. Please have staff give him his treatment before the bedspread is put on the bed in the morning.
10. Vacant bedroom (formerly D's room) is still being used to store broken chairs (including the aforementioned chair, and still the broken dining room chair has been there for 2-3 months, along with a broken walker. When will this area be cleaned up?
11. Broken mini-blind in front day room.

**Building Rep. Minutes**                     - 9 -                                      August, 2006

12. Broken canopy outside between ICF-23 and 24 needs to be moved.
13. ADL kits on top of dressers are dirty.
14. Both shower curtains are mildewed and need replacement.
15. Tub needs regrouting again. Also, hook in shower that holds handheld shower needs fixing or replacement.
16. Laundry room – broken cabinet door. Please fix. Also, several floor tiles need replacement.

### ICF-24 – Regina Davidson reporting. (July 26th)
1. Large ants in kitchen.
2. Please clean closets in BM & EL's room.
3. Clean fan in SDR.
4. Grout around tub needs regrouting.
5. Bathroom…flies/fleas.
6. Handle needs screw in cabinet drawer (next to stove).
7. Shower room…regrout.
8. Still no tops on electric toothbrushes.
9. Plug fixed behind EL's bed. Thanks.
10. Tablecloths still could be cleaner.
11. Vents in hallway are dusty.
12. Milk machine checked. OK.

Notes and Concerns
On Aug. 22nd, the Annual Malone Park/Cottage 9 cookout was held. It was a wonderful gathering of residents, families and staff. My heartfelt thanks goes to Wendy, Fritz, Charles and Kathy and 1st staff from all of Malone Park for the tremendous job they did. MD had more than her share!! To see the residents with their families and interacting with their staff was, again, a reminder of what the Fernald is all about. This cannot be duplicated anywhere!

Thanks to Suzanne Kingston (DD), Eunice Richards (ADD) and, of course, Anne Kelley for coming and enjoying the day with us.

The supervisor in #24 (second shift) will be on vacation for 3 weeks. This causes the residents and me anxiety. I will speak to the Div. Dir., Suzanne Kingston, regarding who will be overseeing ICF 23 & 24.

Clarification…#4 July Report to F.D.…I have been told that a member of the ITP team have been talking to families about transfer. I have been told that the court monitors will be done soon, so its time to move them out. All of the above are against Federal Court Ruling and the court monitors timeline. I would like clarification of these serious offensives.

June response from F.D., Linda Motminy….Dr. Dale Antonitus is at Hogan 4 hours a week.

July response regarding on-call doctor from Hogan for Fernald residents…On-call doctors from Hogan and Fernald are being shared. Dr. Antonitus is monitoring this system and feels it is going extremely well. Again, this system is not acceptable. The guardians did not know that Hogan doctors were treating their family members. The guardians did not know Dr. Antonitus was working at Hogan 4 hrs. a week. The idea that a Hogan doctor not knowing MD could cause her great harm bothers me every

| Building Rep. Minutes | - 10 - | August, 2006 |
|---|---|---|

day. Her meds have not been changed since 1997 (per Dr. Dale) due to the seriousness of her illness. If we have enough physicians at Fernald, why do we need an on-call doctor from Hogan? Many of the staff who have to deal with these conditions are not in favor of this system. It only takes for something to happen to a resident, then will the F.D and Dr. Antonitus know that this system is not going extremely well.

Thank you Anne Kelley for the good job getting responses out to the Building Reps.

**The next meeting of the Building Reps. will be held on Sunday, September 10, 2006, at the Withington Conf. Room at 1:30 p.m. A Department of Public Health Inspector will be our Guest Speaker.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.