AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Robert Simpson Ricci, et al.,
    Plaintiffs

v.

Robert L. Okin, et al,
    Defendants

**APPEARANCE**

Case Number: 72-cv-00469-JLT; 75-5210-T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Consolidated Plaintiff The Paul A. Dever Association for Retarded Citizens, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/24/2006 | /s/ Dennis A. Murphy |
| Date | Signature |
| | Dennis A. Murphy — BBO #645168 |
| | Print Name — Bar Number |
| | Nixon Peabody, LLP, 100 Summer Street |
| | Address |
| | Boston, MA 02110-2131 |
| | City / State / Zip Code |
| | (617) 345-1068 — (866) 823-4234 |
| | Phone Number — Fax Number |