To: Judge Tauro
From: Constance Castellis
re: ITP meeting in Chef _____
at Fernald School

10/20/2006

Dear Judge Tauro,

In case you are not
aware, I'm writing to
inform you that Christine
Oliveira invited me to
attend an ITP meeting
in November, 2006. The
meeting's purpose is to discuss
the transfer of Cheryl to
another facility other than
Fernald. I have attached
my written response to Christine
for your perusal. Very truly yours
Connie Castellis

53 Whitman Road
Waltham, MA 02453
October 19, 2006

Ms. Christine Oliveira
Supervisor of Transition
The Fernald School
200 Trapelo Road
Waltham, MA 02453

Dear Ms. Oliveira:

You sent me a letter regarding a placement meeting scheduled for November, 2006 for my ward, Cheryl Gannon, who resides in Cottage 8. This letter is to inform you that I will not attend this meeting, and that I do not consent to any placement change for Cheryl. Cheryl is to remain at Fernald School in Cottage 8, and her ISP is to be followed as the law requires. Otherwise, Cheryl's legal rights will be seriously compromised or violated. Any further action or correspondence about changing Cheryl's placement without my permission will be turned over to the appropriate legal sources.

Very truly yours,

*Constance Castelline*

Constance Castelline
Guardian of Cheryl Gannon

cc: Judge Joseph Tauro
   Atty. Michael Sullivan
   Atty. Beryl Cohen