

# FERNALD LEAGUE *for the* RETARDED, *Inc.*

### P. O. BOX 85 — BELMONT, MA 02478-0002
#### Telephone: 781-891-7345
#### 24-hour Facsimile: 781-642-9517

## Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

### BUILDING REPRESENTATIVE COMMITTEE MINUTES
### November 5, 2006

The Building Representative Committee Meeting, chaired by Dorothy O'Rourke, was held on Sunday, November 5, 2006, in the Withington Conf. Room at 1:30 p.m. In attendance was Ed & Dolly Haddad, Peg & Joe Hughes, Grace Lerman, Marilyn Meagher, Susan O'Rourke, Walter Pearlman, and Dorothy Rouleau. Those from Administration attending were Dr. Antanitus, Guest Speaker, Facility Dir. Linda Montminy, Asst. Comm. Diane Enochs, Asst. Div. Dir. II Kay Collette, Div. Dir. II John Hill, Div. Dir. Suzanne Kingston, Gail Conley, Anne Kelley and Gail Lawrence.

Dr. Antanitus gave a presentation on an 'on-call' system life saver for everyday medical issues at Fernald. Doctors on call at Hogan as well as Dr. Antanitus on call for Fernald and Hogan. Good news...a doctor has been hired to take over Dr. Silva who is leaving. Dr. Diane Swiss will be starting in December. Nurses call doctors with medical questions. Doctors do not come in on calls. Nurses send resident(s) to hospital right away in emergencies. Pharmacy starts November 15th. Medication coming from Tewksbury Hospital. They dispense all medications to institutions for the retarded in Mass. Plans are in negotiation for Pharmacy delivering to community homes. Important information for Dr. Antanitus is that parents and guardians taking residents home for weekly or weekend vacations must give a three day or 1 week's notice that they are taking residents home for a long period of time. Next, he stated that, hopefully, flu shots will be given to residents the end of November. Nurses are in training on computers. Pharmacy teaching packaging orders. Unit dosages of medication delivered weekly. A bird flu plan has been developed. Liberty is the provider. A list of people from Gerry Morrissey on down will be on call. Parents questions: Are more residents dying here? The answer is, yes, because of age. 10 deaths in the month of October. Death notices will be sent to the Fernald League Office from the Administration Office. How many tube-fed people on grounds? Administration will get back with how many.

Thank you to Dr. Antanitus for an interesting presentation and very good information. Facility Director, Linda Montminy, spoke on the signing in and out of staff. Supervised by the supervisors. A good check since so many staff leave early or come in late. The problem with fleas in the building.....steam cleaning is done weekly. Also drains are treated weekly. Blue lights are in all cottage bathrooms. More are on order. There was an issue about blocked doors. Life and Safety Review Board addresses these issues. The Guest Speaker in March will be Dave Palambo who will speak on fire exits. Joe Hughes asked Linda about a new van for Cottage 3. Van will be delivered in about a week. Joe has other concerns over Cottage 3. Cottage to be painted on the outside, molded on one side of the cottage. Water machine is not working in the building. Clothing problem also an issue in Cottage 3. It will be taken care of.

Activities for the residents very good for some residents. Nice to see residents out walking around grounds. Would like to see more residents out enjoying the grounds on weekends. Some programs are not appropriate for some residents. Linda and her staff will look into the problems. Activity Center discussion the Union moving in. Parents and guardians know the Activity Center was built for the residents. Union Office should be in another building. The Union Office has never been in a building the residents occupy. The Activity Center is very nice since it has been in more use by the residents. Let's keep it nice for them.

Dolly Haddad has concerns over the staffing in Cottage 11. Age group of residents is a concern. As they get older, they have more needs and need more hands-on care. Is there still a plan for a 90 year old man to be sent to Hogan?

**Building Rep. Minutes**                    **- 2 -**                    **November, 2006**

General Concern
The kitchen main floor drains in Cottages 7, 8, 12 and 13 are clogged and in need of cleaning out by the plumber.

Marilyn M. asked Linda Montminy about the Union Office moving into the Activity Center. Linda replied, "the end of the month." Marilyn told Linda the parents and guardians of the residents objected to the Union Office moving into the Activity Center as it was built for the residents, not for office space for the Union. There are other office spaces on grounds in other buildings. Last report as of November 7th from the Dept. of Retardation stated that there will be no move of the Union Office to the Activity Center for now.

**Cottage 3 A&B – Peg & Joe Hughes reporting.**
1.      B-7 bathroom toilet bowl installation is not level & rocking on floor.
2.      Round ceiling light not working, area just outside of B-9 door.
3.      B-6 & B-7 bathroom vents clogged and not venting bathrooms in a normal manner.
4.      B-23 bathroom radiator cover is rusting up again because it was painted while still attached to wall. [Repeat item] Please remove cover, clean away rust, prime and paint both sides before installing.
5.      Please remove porch awning and store safely for next summer.
6.      B-21 wash/dry room  has no running hot water. DC staff has notified management of problem, yet condition still exists. Where is everyone and why can't the DC staff get cooperation from management when going through proper procedures when notifying you of an abnormal problem that needs to be addressed?  [Thanks AK for getting the hot water on line again.]
7.      B-24 Environmental Closet has a broken light bulb in ceiling fixture.  Fixture appears to be in poor condition.  Please check out.
8.      Kitchen stove hood – light bulbs are missing.
9.      In the B-side hallway there is a very large air gap between the two new outer sets of double doors when in the closed position.  The outside temp. was only 42 degrees and the draft was penetrating.  Please investigate for proper fit or sealing.
10.     Where is the lockable storage cabinet to fit under the sink of A-21 wash/dry room for safe storage of soaps, etc.?  Management, Monday, Sept. 18th. promised us this cabinet the day after Fed. Attorney Sullivan visited Cottage #3.  We have some  Pica residents to protect in this cottage.
11.     Room A-11 baseboard section is missing to the left of bathroom door frame.
12.     A-23 bathroom toilet bowl is loose.  A-23 light out over bathtub area..
13.     A-2 bedroom windowsill paint cracking and lifting.  Area in question needs scraping and painting [Pica].
14.     A-3 – please restore the Belmont Springs water cooler back too proper working condition. Note: This water cooler has not been operational for the past three months.  Also, please install piano bench in Sunroom.  Florescent ceiling light in sunroom is out.
15.     A-6 toilet bowl is loose on floor.
16.     A-7 bathroom twin florescent light bulb is out and other is starting to flicker.
17.     A-8 bedroom window without blind or shade.  [No privacy]
General Concerns
During the month of August, 2006, we reported to you on our building rep. report that Cottage #3 needed repainting.  It appeared to us that the paint was either of poor quality or that the painter was unqualified.  Your answer to our concern was **"the cottage was painted 3 years ago."**

On our Sept. report of 2006, we reminded you that your answer to our report **was not a fix and to please come and take a look at the Cottage 3 painting job.  We did not get a reply from you.**  You have had three months to take corrective action.

**Building Rep. Minutes**                    - 3 -                    **November, 2006**

On our Nov. 2, 2006 inspection, while looking over the **horseshoe** area, we found the B-side exterior blue painted shingles covered with **green mold** from top to bottom. Will you please take corrective action before the problem get more serious. How can these shingles look so bad **after** being painted only 3 years ago It's a disgrace that nobody in management bothered to look at what was brought to his or her attention three months ago. Who is looking at what? Is the painting of all the cottages covered under warrantee?

**Cottage 8** – **Jane Webber reporting. (11/07/06 – 10:00 a.m.)**
A-Side
1.    Bathroom near room A2 – hand-held shower missing.
2.    Every light was on in every room and no one in the building but staff.
3.    There are still no numbers above doors.
4.    Laundry Room A has wet laundry on top of dryer.
5.    A-side door into cafeteria is being held open with string.
B-Side
1.    Room B8 smells like feces.
2.    Door 19 – the latch needs to be fixed. It is not catching, therefore, not locking.
Kitchen
1.    The main floor drain is clogged and needs to be cleared out by a plumber.
2.    Fleas are a very big issue. Efforts made to fix the problem have not worked. They seem to be in every area. Nurse on duty reported they are in the nurse's station also.
3.    Potholes outside of building are a major concern for all residents, especially those in wheelchairs.
4.    Staff reported that residents are leaving the building for AC van rides during the early evening hours. The residents are rushed through the dinner hour so they can go back out to the AC van ride again after dinner. Staff feel that they are being pressured into going to the AC van ride even when they feel it is against their better judgment for the personal needs of the resident.

**Cottage 9** – **Dorothy Rouleau reporting.**
1.    The van for Cottage 9 needs a thorough internal cleaning.
2.    Room B9 – Could a review be made of BR's bed: (1) The mattress is worn and needs to be replaced, and (2) the function to raise and lower the upper portion of the bed does not operate effectively and at times get stuck. Would you discuss these problems with BR?
3.    Room B5 – The outside fire door in this room has some serious drafts. During this review, this door was unlocked.
4.    There are 2 broken chairs on the B-side of this Cottage that need repair or replacement -  1 movable soft chair and 1 shower chair.
5.    A portion of an outside door sweep is not attached to the door [B-side].
6.    One stovetop heating unit needs a new silver bowl.
7.    There are various electrical wall plugs that do not function in this cottage. Could a test be done on all the wall plugs?    One plug that can be identified is in the kitchen and services the milk machine. On my visit, the milk machine gauge registered in the Danger Zone, the milk was warm, and the machine was not working because the plug is inoperable.
8.    Room A-12 needs to be painted.
9.    Has A-10 been painted? The door and the door frame needs to be painted.
10.   As per G. Lawrence in the Aug. 2006 response, "The Greenhouse Program is a Metro Regional Prog…" Does  this mean that Fernald residents are not involved in the greenhouse program in the Activity Center as well as the facility at the back entry of the Fernald grounds? If they are involved, may I obtain information as requested in the Aug. Bldg. Report, or the name and address of the person responsible for this program?
11.   What is the status and existence of FLOW on Fernald grounds?

12.  Thank you J. Hill for the information pertaining to the Van gift from a family member to Apt. 2 of Farrell Hall. Could you provide the name and address of the family so I could thank them for their generosity. Do the air conditioning and heating systems in this Van function properly?

13.  I, again, voice my disagreement with the intent to use Room B21 for a storage area for the supplies instead of a small break room for the direct care staff. Direct care staff are vital to the care of the residents and it is imperative that a break room be in close proximity of the residents in their care and not on the other side of the Cottage to store supplies and much larger than this small room.

14.  Thank you J. Graves for taking the time to speak with Peter, Head Groundskeeper, about the tree. We may be looking at 2 different trees as the tree I mention is not in the shadow of a large mature tree. Without help, the tree is doomed. It looks like the prognosis for both trees is the same and neither one will survive.

15.  It is time for the Administration to return CT to her home in Cottage 9 with sufficient safeguards for her protection and one-on-one round the clock. Without one-on-one round the clock, CT will suffer further tragic injuries. CT's needs are not being taken care of by remaining in the Clinical Unit after being discharged. CT is penalized by not having a permanent home, and Cottage 9 is penalized by losing staff on a daily basis. This situation has gone on for too long because of the Admins.'s refusal for a one-on-one on the night shift. This should not be a money issue, but an issue of proper care and safety that CT requires with full one-on-one permanently. A decision needs to be made as to what is best for CT.

16.  During the Nov. 5th Bldg. Rep. meeting with DMR Representatives, it was stated that an on-call doctor from Hogan completed the recent death report on a Fernald resident, and that there are few deaths at Fernald. I voiced my concern based upon the announcement in the Chapel almost weekly of the deaths at Fernald. What are the number of deaths at Fernald, the cause of deaths, and the dates on the death reports? The residents have complicated health issues and are very delicate, but such an increase in deaths is unusual and cause for deep concern. How can it be explained that a male resident (L) was crowned king of an October event at Fernald on Oct. 6 and dead on October 26? The need for medical permanency is vital in the lives of mentally retarded individuals. An on-call doctor does not know the intricacies of such individuals outside his/her jurisdiction. This places the Fernald residents at risk and one that must be corrected immediately. Fernald has always had doctors in residence and one that must be corrected immediately. Fernald has always had doctors in residence and is the only acceptable medical situation. The nurses I have observed do take care of our residents well and are to be commended. As well, the direct care staff know the residents and can predict and identify problem issues sometimes hidden from others. By virtue of awareness and observation, their recommendations for medical attention should be vital and heeded. Any change in a MR Fernald resident must be pressing and treated with urgency. One death is grave, two deaths serious, three and more outrageous.

## Cottage 11 – Ed & Dolly Haddad reporting.

### Side B – Women's

1.  B22 – Bathroom vent – why must vent run 24 hrs.?
2.  B6 – Fleas!
3.  B25 & 26 – Floor needs attention.
4.  B12 – Store room cluttered and floor dirty.

### Kitchen

5.  Stove has been cleaned but the drawer is still dirty.
6.  A25 – Kitchen storage room – nothing has been done as far as painting or covering shelves.

### A-Side – Men's

7.  A-16 – Still has fleas.
8.  A6 – Area still has urine odor. Also, bug repellent is noisy, so it was unplugged.
9.  A21 – Light bulb not working.
10. A19 – Ceiling has stains.
11. A9 – Ceiling stains.
12. A3 – Living room – Couch has splits on top cushions.

**Building Rep. Minutes**                                  **- 5 -**                                  **November, 2006**

13.    A20 – Laundry room cabinet needs cleaning and doors need painting so they match.
14.    A22 – Bathroom toilet needs new seal.
15.    Back Exit Doors on both sides need strip barriers in between because air comes right through.
16.    Outside windows of laundry room have much lint. Should be cleaned.

**Cottage 12 – Marilyn Meagher & Regina Davidson reporting. (Temp. home of MP21 women)**
1.    Kitchen: The main floor drain is clogged and needs cleaning out by the plumber.
2.    First week in Nov. the water pump burnt out. A strong burning smell was coming from the building so Fire Dept. was called. There was no key for the locked doors so a window had to be broken to access the area. Keys for this side should be kept in the office in case of emergency. The situation was assessed by the Fire. Dept. and then given clearance on the situation. The water pump was repaired the next day. The residents stayed in the building. DD called me within a half hour of the incident. I was kept uptodate that evening. Thank you for the promptness of this call. Building is clean.
3.    Residents at AC for activity.
4.    Door alarms (2) still out. Reported to OD. Why have these not been fixed?
5.    Urine smell gone!
6.    Lights in bedrooms – still seem dim.
7.    Spoke to staff. Very impressed with care and concern of residents.
Nov. 1, 2006 (Regina Davidson reporting)
8.    Ladies from #21 coloring, etc.
9.    Just nice to see residents from Farrell Hall out with staff. One-on-one sitting next to CC who was in wheelchair. CC was quiet and relaxed.
10.    Thanks to Rec. Therapist for all the work, love and patience they show to the residents.
11.    A new stereo is needed for AC. Let's get it in there before the holidays. Will follow up.
12.    TV screen is coming. Do we know when?
13.    Where will the volunteers be fore the holidays? A large space is needed when the Christmas presents come in. The space they have now (AC) will not be suitable.

**Cottage 13 – Dorothy O'Rourke reporting.**
1.    Still waiting for new furniture for Living area couches, chairs and tables. Also need new dining tables in A-side dining area.
2.    Cottage is clean and neat.
3.    Thanks to Joan, Rec. Therapist. Cottage decorated for Halloween – very nice! Joan keeps the residents busy. They went on a nice hayride at the Gore Estate. Also went to the Topsfield Fair.

**Farrell Hall** – This report was prepared by Cynthia Turover who was able to complete the Nov.
          Inspection for Grace Lerman.

It has been reported that there is a lack of supplies. They have to borrow from other buildings. Who is in charge of ordering supplies for Farrell Hall?
Entryway
1.    What is the crumbly, bubbly white substance on the brick and on the unit beneath?
2.    Caulking completed in both men's and women's bathrooms. – Thank you.
3.    All lights on and men and women are out.
4.    Nurses office is sweltering.
5.    Elevator lobby is stale.
Apartment 2 (Addl. piece after #2 submitted by Dorothy Rouleau
1.    Glass on entry door dirty.
2.    Wood and wall panel to right of pantry door needs paint or caulking.

3.    Upon my entering the dayroom of Apt. 2, DC grasped me by the arm and led me to the TV. His nonverbal raised sounds and the pointing of his finger at the TV were obvious expressions of anxiety, but I did not understand his need. The close at hand direct care staff informed me that he was telling me that the TV did not work. DC was disturbed and wanted me to do something about it then and there. I request that the TV be repaired or replaced as soon as possible for DC's sake and the sake of the other residents of Apt. 2. It would be a good time to replace the Plexiglass as well, attention that is needed as identified elsewhere in this report for Apt. 2.

Living Room
1.    Broken back on chair. Please replace.
2.    Baskets emptied everywhere.
3.    Ceiling panels near windows are dirty.
4.    TV plexi scratched and streaked.
5.    Baseboards need paint.
6.    #117 – Window needs to be cleaned.
7.    #120 – Square table ink stained raised Formica top has very sharp corners. Peeling blue paint at windows and baseboards. Please sand and paint.
8.    #121 – Tops of baseboards need to be cleaned more thoroughly.
9.    #122 – Urine smell. Protective pads and large floor mat needs to be cleaned. Hall baseboards between 122 and 123 need paint badly.
10.   #124 – Wall at base of window needs holes filled.
11.   #125 – Wall at base of window plastered, but needs paint. Also, peeling paint needs to be sanded and repainted.
12.   C135 – Tube and sink are clean. Shower head needs to be cleaned.

Apartment 3
1.    #148 – Slight urine smell.
2.    #149 – Paint peeling badly behind bed.
3.    #150 – Lower part of room very scratched up. Fix peeling paint.
4.    #161 – Brown tile needs cleaning.
5.    #151 – Linoleum tile between armoire and small dresser causes floor to be uneven.
6.    #155 – Top of plastic toy bins is very dirty.
7.    Activity room – Is there a safety issue with the raised circles in the linoleum across the middle of the room.
8.    #166 – Please replace broken tile on right.

Apartment 1
1.    Opposite 156, bottom of wall needs repair.
2.    #103 needs comforter, but plenty of pillows.
3.    #107 – Faux hardwood room unfinished.
4.    C102 – four dangling plugs.
5.    C103 – Bottom of toilet bowl needs cleaning.
6.    C105 – Plumbing between grab bars needs cleaning.
7.    C106 – Toilet bowl needs better cleaning.
8.    Tablecloths and chairs clean.

Greene Bldg. – As reported to Dorothy O'Rourke
1.    There is a very bad smell in the basement by the old kitchen. It seems to be coming from the drain.
2.    The Halloween Ball held in the Gym was a great success. All the clients seemed to enjoy themselves.
3.    PM's wall socket in Apt. 6 has been repaired. Thank you.
4.    Apartment 2 bedroom hall lights are all out except for one.
5.    Pot holes in the back parking lot are getting very bad. This is where clients are loaded into vans. Fragile clients in wheelchairs are unnecessarily roughed up by bouncing over these obstructions.

6.  Staff are still parking in the fire lane by the fire hydrant. Why are staff allowed to park in a fire lane?
7.  Staff reported that the door to Apt. 4 men's day program room is broken. When the door closes, it cannot be opened from the inside. This traps the clients and staff inside.
8.  Staff bathrooms at the end of 1st and 2nd floor hall have been locked and staff do not have keys. They must walk a long distance to the other end of the building to use a bathroom. This takes them away from clients and client areas. Is there a reason these bathrooms have been locked?
9.  ADL supplies are now locked up in the front office and staff must sign out each item. ADL supplies have not been a problem at Greene Bldg. Is this new system necessary? This system seems to interfere with staff receiving supplies to care for the clients.
10. Broken light switch with exposed wires at back door where staff enter. This has been repaired. Thank you.
11. Phones at Green Bldg. remain a big problem. They are frequently ringing with no one on the line. In some cases, you can not hear the other person due to static. Is there a plan to correct this problem?
12. The phone numbers at Greene seem to have been switched around and in some cases doubled up. I thought party lines were a thing of the past. Even the Operators do not know what phone numbers actually work and exactly where the phones are located on each apartment. Can we get a new phone list?
13. Division 1 only has one Resource Coordinator MRW4 and one Handyman while Division 2 has two of both. This seems to be an unfair distribution of staff. Is there a reason Division 1 is short staffed?

**ICF-21 – Marilyn Meagher reporting. (11/07/06)**
1.  The contractor was in the building. Doors were locked so I could not enter.
2.  Renovations ongoing. Wrong bathroom floor was installed and had to be pulled up and replaced. This is delaying the schedule by a week. Women may not go back to their home until after Thanksgiving.

**ICF-22 – Marilyn Meagher reporting.**
1.  Floor vents need cleaning near laundry room. Also, floor vent needs to be secured to the floor.
2.  All the ADL kits need cleaning. Some of the toothbrush containers need covers.
3.  Room #10 closet door off the track.
4.  Exit door (near room #10) – Handle needs repair.
5.  Fleas in the bathrooms.
6.  One staff in the building doing morning cleanup. How long is this person kept in the building to clean? Do they have a specific list of duties to do on a daily basis?
7.  Building has been kept much cleaner and looks good.

**Regina Davidson – Notes and Concerns**
Oct. 13th
1.  Overnight Special Olympics – Trip to Falmouth – The once a year "heralded trip (MD calls "lummics") was held. To see the excitement that the residents exhibited that day was unbelievable! I spoke to MD that evening. She told me about the "Turkey Dinner", her room and roommates. She asked if she could stay over one more night. I said 'no' and the conversation ended. This trip, unfortunately, did not go off without a few problems.
    a)  A van accident occurred a few miles down the road from Fernald. No one was hurt. Thanks to the nursing staff for checking out the residents and the Admin. Staff for their concern. An 11 year old van should not be given to the staff for a 200 mile trip. Who requisitions vans for trips outside of Fernald? I would like the maintenance report on when the brake fluid was checked in this van. The procedures in place need to be corrected so that this does not happen again. Please answer the above questions. Many thanks to the staff for their support before and during this great trip.

b)    Because of miscommunications or lack thereof, the residents in ICF-24 were not ready (picked up midday) for their trip. This caused anxiety and whimpering needlessly. I spoke to DD, the Q, the Rec. Therapist, and the second shift supervisor. This will not happen next year. We all seem to be on the same page now. Thanks to those who packed and calmed the residents and me!

c)    A conversation with Gail Conley regarding enough staff being sent on this trip concerned me... the ratios in my opinion. Because of the ratios last year and one less Rec. Therapist going this year, seems to me to be either a lack of planning or resistance from the Administration to do the right thing. Where has the flexibility gone? My gratitude for those who watched over the residents.

2.    Ceramics Show – Oct. 25th, 2006 – I was overwhelmed by what I saw that evening. What the residents can accomplish especially when the time and abilities of the Rec. Therapists are given the tools they need to promote individual talents. Thanks to Cecil Kahn for all the hard work and the pride she takes in the residents' works. My concern now, because of the "reorganization of the Activity Center and the Staff", is that next year this showing will be cut back, not all these residents are taking ceramics, or their programs have been reduced. I ask again that the Facility Director take a long look at their priorities and the priorities of the residents. It was also nice to see the Asst. Comm. Diane Enochs, Facility Dir. Linda Montminy and Gail Lawrence attend the show.

3.    Oct. 27th – Tour at Fernald with Fed. U.S. Attorney Michael Sullivan, Atty. Ray Farquhar, Atty. Beryl Cohen, Diane Walsh and myself as guides. Thanks to Anne Kelley for her help and special thanks to the residents, former guardians, and guardians who greeted our guests with great warmth and conviction. We toured Site 7, Woodside, Greene and Marquardt. Each guardian told Attys. Sullivan and Farquhar about their loved ones and what the Fernald means to all these residents. The respect and caring that Atty. Sullivan and Farquhar have shown the families and residents of the Fernald was extraordinary. I was reminded once again of the pride I felt of the work that has and will continue to be done by the families of the Fernald to keep all of the residents in their home, safe and happy.

4.    When visiting Site 7 ( ICF24) recently, I was concerned about the number of direct care overseeing the residents and their work. One direct care was sent back to the building. All the direct care should be monitoring Site 7. That is where they are needed most. When will this be stopped and the monitoring system for 1,2, and 3 begin?

5.    When are the three new vans arriving? We need these vans now. Guardians are reporting van problems and lack of vans throughout the facility. Guardians need to document occurring problems and call Anne Kelley ASAP.


**ICF-24 – Regina Davidson reporting.**
Oct. 18th
1.    New ADL kit for TP, please.
2.    Need to ask that MD comforter be washed (advocate off).
3.    Roaches in kitchen. Reported to Anne Kelley.
4.    2 doors still <u>do not</u> have striker plates. Reported.
Nov. 1st
1.    Switch in kitchen and/or lights not working.
2.    SDR – Rod holder for curtains missing.
3.    TV broken. Please (SDR) replace.
4.    Striker plates still not in doors.
5.    Wash legs on dining tables.
6.    Light out in LDR (near kitchen).
7.    OD came down and reported above problems.
8.    SDR – vents clean on Wednesday? Vents were not clean.

**Building Rep. Minutes**                    **- 9 -**                    **November, 2006**

9.     MD sat down at table top with me.  For the next 20 mins. MD did geometric/color puzzles.  I sat in
       amazement for two reasons.  1) She sat that long, and 2) her accuracy doing color and shapes with
       praise and support and patience from the Staff.  I believe that MD would and should spend more time
       outside of her room.  She was so proud of herself.
10.    All wash done except BM.  There should be no dirty clothes in hampers.  Wash should be done
       everyday.
11.    Closer monitoring with residents when in bathrooms.  Some residents need help.  Staff know who needs
       this support.

**We will not meet in December.  Please send your reports to Dottie O'Rourke or Fax to Marie Bortone,
617-928-9258.  THE CUT-OFF DATE IS DEC. 7TH.  The next scheduled meeting will be Sunday, January
7, 2007, at 1:30 p.m. , at the Withington Conf. Room.**

Respecftully submitted,

Marie Bortone

Marie Bortone
Secy. to Bldg. Rep. Comm.