UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Robert Simpson Ricci, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | Nos.  72-0469-T |
| v. | ) | 74-2768-T |
| | ) | 75-3910-T |
| Robert L. Okin, et al. | ) | 75-5023-T |
| | ) | 75-5210-T |
| Defendants. | ) | |

**JOINT MOTION FOR THE ENTRY OF AN ORDER
FOR THE PROTECTION OF CONFIDENTIAL MATERIAL**

Pursuant to agreement reached by and between the parties, counsel for the Dever Plaintiffs and for the Department of Mental Retardation ("DMR") have entered into a Stipulation, appended hereto, for the purpose of protecting confidential material consisting of documents and other data regarding persons who have been served or are being served by DMR, and which constitute confidential personal data pursuant to G.L. c. 123B, § 17; 115 C.M.R. §§ 4.00, et seq.; G.L. c. 66A, §§ 1 and 2; the Health Insurance Portability and Accountability Act, 42 U.S.C. §§ 1320d, et seq.; and/or regulations promulgated thereunder at 45 C.F.R. Parts 160 and 164. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Dever Plaintiffs and DMR hereby jointly move the Court to enter the Protective Order incorporated as page 7 of the appended Stipulation and [Proposed] Order for the Protection of Confidential Material.

| COUNSEL FOR THE DEVER PLAINTIFFS: | COUNSEL FOR THE DEPARTMENT OF MENTAL RETARDATION: |
|---|---|
| /s/ Cornelius J. Moynihan, Jr. | /s/ Marianne Meacham |
| Cornelius J. Moynihan, Jr. Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110-1832<br>BBO # 358840<br>(617) 345-1315 | Marianne Meacham, General Counsel<br>Special Assistant Attorney General<br>Department of Mental Retardation<br>500 Harrison Avenue<br>Boston, MA 02118<br>(617) 624-7700 |

| | |
|---|---|
| /s/ Dennis Murphy | /s/ Robert L. Quinan, Jr. |
| _____ | _____ |
| Dennis Murphy, Esq. | Robert L. Quinan, Jr. |
| BBO # 645168 | BBO # 553010 |
| Nixon Peabody LLP | Assistant Attorney General |
| 100 Summer Street | Office of the Attorney General |
| Boston, MA 02110-1832 | One Ashburton Place, Room 2019 |
| (617) 345-1000 | Boston, MA 02108 |
| | (617) 727-2200, ext. 2554 |

Dated: November 22, 2006