UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Robert Simpson Ricci, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | Nos.   72-0469-T |
| v. | ) |          74-2768-T |
| | ) |          75-3190-T |
| Robert L. Okin, et al. | ) |          75-5023-T |
| | ) |          75-5210-T |
| Defendants. | ) | |

**ORDER OF THE COURT**

The appended Stipulation for the Protection of Confidential Material concerning Dever Class Members is allowed, and its terms are to be entered as an order of this Court.

_____
United States District Judge

Dated: _____