UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Simpson Ricci, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | Nos.  72-0469-T |
| v. ) | 74-2768-T |
| ) | 75-3190-T |
| Robert L. Okin, et al. ) | 75-5023-T |
| ) | 75-5210-T |
| Defendants. ) | |

## ORDER OF THE COURT

The appended Stipulation for the Protection of Confidential Material concerning Dever Class Members is allowed, and its terms are to be entered as an order of this Court.

_____
United States District Judge

Dated: 12/13/06