**Comparison of HCBS Waiver Program and ICF-MR Service Models**
**Analysis provided by Diane Booher**

We considered Commissioner's Morrissey's stated intention of converting the Malone Park residences from their current service model of Intermediate Care Facility for the Mentally Retarded (ICF/MR) to Home and Community-Based Services (HCBS). This analysis briefly describes the differences between ICF/MR and HCBS models of care.

**1. How are services coordinated?**

**ICF/MR**: professional and direct care staff are employed by the facility, through the state. They communicate and work as an interdisciplinary team to provide coordinated, intensive care in all areas of need for each resident.

**HCBS**: direct care staff are employed by the state in state-operated group homes, and by vendors with whom the state contracts in provider-operated (or vendor) residences. Professional staff may be employed through day habilitation programs run by vendors, or individuals may be brought to the offices of these professionals in the same way that we go to the dentist, the doctor, or the outpatient lab or diagnostic setting for tests. These professionals are consultants who work in various locations and do not meet together to discuss the needs of each resident.

**2. Where are services provided?**

**ICF/MR**: Fernald residents may receive services in their residence, such as emergency x-rays and lab work. Many other services are provided on the Fernald campus, including such clinics as audiology, orthopedics and cardiology. While there has been a recent reduction in these on-campus services, nonetheless, it is still true that Fernald residents have considerable medical and nursing care available to them at their place of residence or at nearby sites on grounds. Fernald is more like a hospital where the services are on site for inpatients.

**HCBS**: There are no professional services available to individuals at their residence. Individuals are transported to all services in the same way you and I travel for our healthcare, vocational and rehabilitation services as outpatients.

**3. Eligibility for Services:**

**ICF/MR**: if a service is provided for one individual at Fernald, such as physical therapy, then it must be provided for all individuals at Fernald who also need, or would benefit from, that service. This is a federal government requirement for ICF/MRs under Title XIX of the Social Security Act.

**HCBS**: an individual receiving care under the HCBS model may not receive a service because it is not available, particularly for reasons of funding. The federal government

allows the state to determine the best use of federal dollars allocated. In other words, the individual may be eligible, but the service may not be available.

**4. What if Malone Park becomes a state-operated group home with a HCBS model of care?**

- A resident might remain at Malone Park, but have to travel to attend day program, vocational/work program, receive occupational, physical or speech therapy, go to the dentist or go to church.

- Only direct care staff are assigned to be on site at the home of the resident.

- Professional staff, including the QMRP, only visit the home <u>occasionally</u> to consult on a particular concern or monitor.

- Professional staff providing care for the resident may not know one another; their communication with one another will be limited.

- The resident is more vulnerable to budget cuts that result in reductions in services.

- The resident is still a Ricci class member, but the Department requires guardians to fight for every service and benefit. Under the HCBS model of care, resources are even more scarce.

- The individual supervising a resident's ISP at Fernald, the QMRP, is available at the residence and day or work program, **weekly or even more often.** Under the HCBS model, that employee is called the Service Coordinator, and the Service Coordinator is required to check in on your ward at least **monthly**.

**5. HCBS Eligibility** – How is level of care is assessed by the Department for individuals to be eligible for the HCBS Waiver program?

The Level of Care Assessment Tool rates individuals in five (5) areas:

- Lift/Transfer and Ambulation
- Activities of Daily Living
- Health and Medical Care
- Challenging Behavior
- Safety

A rating level is assigned to the individual in each category above by the Service Coordinator (the community QMRP) who is becoming acquainted with the individual being referred for a community placement. These rating levels are:

- Independent
- Moderate Support Needed

- Requires Supervision and Assistance
- Comprehensive Support and Ongoing Supervision Needed.

To qualify for the Home and Community-Based Program Waiver, limited combinations of functioning are possible:

- individual is independent in all areas;
- individual require moderates support, or less, in four areas, and is independent in the fifth;
- individual requires supervision and assistance in one area, moderate support in 2 areas, and is independent in 2 areas.
- individual requires comprehensive support and ongoing supervision in one area, moderate support in a second, and is independent in 3 areas.

### 6. Transfer from ICF-MR to HCBS Care Model

**Consent:** The Department obtains "consent" to the HCBS program by obtaining the guardian's signature on the Modification ISP that is produced just prior to transfer. This ISP is not a full ISP. It is simply a one-page modification form that identifies the proposed alternative location for residence and day/work program for the individual who now resides at Fernald. A guardian's signature on the form accepting a community placement is interpreted as "consent" for the HCBS program.

**Lower Cost to the Commonwealth**: The Facility Director is only allowed to transfer an individual from Fernald (or any ICF/MR facility) into the community if the Director certifies that it will <u>cost less</u> to care for that individual in the home and community-based setting.

There are several ways to lower cost in the community for individuals with lots of needs, such as all of those living at Fernald today:

- Provide fewer services and supports to the individual.
- Shift the costs. Cost is spread around different budgets in community-based programs (for example, transportation costs come out of one budget line item, health care out of others, day program services yet another). The cost for care at Fernald includes everything for the individual totaled into one figure: dollars per day (per diem rate).

Community service programs are best suited for individuals with fewer needs. ICF-MR model is best suited for individuals with multiple needs such as those currently living at Fernald.