

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

The Honorable Judge Joseph L. Tauro
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: The Request of ▮▮▮▮▮, by and through his Brother and Guardian, ▮▮▮▮▮, to Voluntary Move from Fernald to a Community Residence in ▮▮▮▮▮

Dear Judge Tauro:

I am writing you in my capacity as Court appointed Monitor in the Fernald matter. Since the appointment in February, 2006, my office has conducted extensive visits to all of the Intermediate Care Facilities for the Mentally Retarded (ICF/MR) within Massachusetts, including four visits to Fernald, and visits to Hogan, Munson, Templeton, Wrentham and Glavine. We have visited over 30 community residences and numerous day centers. We have met with over 75 guardians, parents and siblings at Fernald and other ICF/MRs, and have seen most of the residents of these facilities during their day programs and in their residences. Since my appointment as Monitor, approximately nine individuals currently residing at Fernald have come forward seeking to voluntarily leave Fernald. Some of these individuals, including ▮▮▮▮▮ have expressed a desire to voluntarily move to a community residence. Another five have expressed a desire to move from Fernald to another ICF/MR. The following discussion pertains particularly to the request of ▮▮▮▮▮ through his Brother/Guardian, to have ▮▮▮▮▮ move to a community residence in ▮▮▮▮▮, Massachusetts.

Medical History (brief overview)

In an attempt to independently glean a full understanding of the medical status and requirements of individuals seeking to transfer from Fernald, my office hired independent medical doctors with a history of caring for individuals afflicted with mental retardation. I asked both counsel for the plaintiffs and the defendants to provide a list of qualified medical professionals that had experience in treating and servicing individuals with mental retardation. Once the list was

The Honorable Joseph L. Tauro
Page 2

finalized, it was distributed to both counsel for the plaintiffs and the defendants. A period of time was allowed for my office to receive comments, suggestions and concerns regarding the list of medical professionals. Three medical doctors were chosen by my office and we have asked these doctors to review the medical history of individuals seeking to voluntarily leave Fernald for community residences, or to transfer from Fernald to another ICF/MR. Robert Baldor, M.D. was asked to review the medical history and future medical needs of ▓▓▓▓ (full report attached). Dr. Baldor is a Board-certified family Physician and has a practice at the University of Massachusetts Medical School in Worcester. His current practice includes caring for individuals with intellectual disabilities, and he makes house calls to group homes where 4-8 individuals with mental retardation reside. He also worked at Belchertown Development Center when it was operational.

Dr. Baldor has provided my office with the following medical overview. ▓▓▓▓ was born on ▓▓▓▓, and has lived at Fernald since 1952. He is ▓▓ years old. He suffers from mild mental retardation and cerebral palsy (CP) apparently due to premature birth. His current active medical conditions include Spastic quadraparesis, spinal stenosis and severe DJD (esp right knee). He cannot bend one of his knees, and thus his wheelchair must use elevated leg lifts which makes his mobility awkward because of the extended leg lifts. ▓▓▓▓ has some minor chronic medical conditions including urinary frequency, obesity, hypertension, constipation, GERD, cerumen impaction and visual problems (cataracts/ myopia). These are stable common problems, but require medication and episodic medical monitoring. ▓▓▓▓ requires minimal assistance with his activities of daily living (ADL's) for hygiene and completion. He currently attends a day program part-time, where he works doing a variety of simple tasks and earns a paycheck for this work.

The Community Residence

My office visited the proposed community residence for ▓▓▓▓. The Provider that operates the home is Seven Hills Foundation (SHF). SHF is based in Worcester and has been in operation since 1970. SHF offers an array of health services and clinical supports to children and adults challenged by emotional, behavioral, cognitive, physical and/or developmental disabilities.

▓▓▓▓ will be moving to a SHF community residence located at ▓▓▓▓ ▓▓▓▓. Four individuals inclusive of ▓▓▓▓ will be living in the home. This ranch style home is wheelchair accessible, with such features as a ramp with railings located at the front and back doors, as well as a bathroom with an enlarged doorway entrance and a roll-in shower. The home has a wheelchair van assigned to the home and will be used to transport ▓▓▓▓ to any necessary appointments or social outings. During the hours that the residents are at home, SHF employs three staff to care for the residents. During the overnight shift two staff are present. The staff is expected to assist ▓▓▓▓ in all aspects of his life including receiving needed medical care, performing personal care tasks and achieving any personal goals that he wants to achieve.

The Honorable Joseph L. Tauro
Page 3

The Day Program

███████ will be attending a day program operated by American Training. The specific day program is under the auspices of the Developmental Disabilities Division. This Division employs a highly skilled management team that actively advocates for the needs of those with developmental disabilities. This Division offers a system of flexible supports to meet the needs of people with medical, developmental, psychiatric, visual and communication challenges. The services are geared toward promoting inclusion, socialization and self-determination. The services include Employment and job training, Day Habilitation and Individual Support Services. Both facilities are fully handicap accessible.

Overall, American Training provides employment supports and residential services to over 300 individuals with a range of physical and behavioral concerns as well as developmental disabilities throughout the Northeast Region. Where appropriate, the staff is also trained in assisting in the placement of individuals in jobs throughout the community.

Specifically in the case of ███████ he will be attending the American Training Work Program and the American Training Day Habilitation Program. Both programs are located at 150 Industrial Avenue, Lowell, Massachusetts. He will spend the majority of his time in the work program receiving assistance in performing table-top work on a variety of paid jobs. While attending this program, he will receive physical therapy at the adjoining American Training Day Habilitation Program. Access to this adjoining building is available through an interior door and hallway. The frequency and duration of visits to the Day Habilitation Program will occur at the same level that is recommended by his current Physical Therapist at the time of his relocation from Fernald.

Final Assessment

Through my staff I have met ███████ and had discussions regarding his move from Fernald to ███████ with his brother/Guardian. My staff has also visited the proposed new residence in ███████ his day program, and we have had Dr. Baldor conduct a medical assessment of ███████ ongoing health needs. Following our review, it is the opinion of the Monitor that ███████ can receive equal to or better treatment at this particular community residence and Day Program. Ultimately, ███████ arthritic condition needs to be monitored and managed effectively. Both the residence and Day Program appear to have the necessary components in place to provide ███████ with excellent services.

The Honorable Joseph L. Tauro
Page 4

    I am available to provide you with any further information regarding ███████ proposed move from Fernald to a community residence in ███████.

Very truly yours,

*Michael J. Sullivan /M.K.C.*

Michael J. Sullivan
United States Attorney


Enclosures    (Dr. Baldor's medical report)