# FERNALD LEAGUE for the RETARDED, Inc.

### P. O. BOX 85 — BELMONT, MA 02478-0002
#### Telephone: 781-891-7345
#### 24-hour Facsimile: 781-642-9517

### Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

## BUILDING REPRESENTATIVE COMMITTEE MINUTES
### January 7, 2007

The Building Rep. Comm. Meeting, chaired by Dorothy O'Rourke, was held on Sunday, Jan. 7, 2007, at the Withington Conf. Room at 1:30 p.m. Representation by Bldg. Reps. was disappointing. Guest Speaker, Linda Roedder, Director of Nursing, was scheduled. I sent a letter to Linda Roedder on Nov. 13, 2006, asking her to be the guest speaker for our Jan. 7th meeting. I received no reply. Called her office after the Christmas holiday to ask if she was coming to the meeting and left a message to call Mrs. O'Rourke. Again, no reply. However, I heard from our Pres. Marilyn Meagher on the Wed. before the meeting that she was informed by Facil. Dir. Linda Montminy that Linda Roedder would not be attending because Linda Montminy does not want her staff to meet with us unless she is present. There seems to be a problem.

General Concerns

Building Reps. are advocates for all the residents of Fernald. Bldg. representatives take the time to monitor the buildings and the grounds. The response the representatives receive are rude. Some reports say problems have been solved when they have not. Representatives care about the residents' human rights and the condition of the buildings they live in, and the food they eat. Are they warm enough? A real concern is whether there is enough staff to take care of the residents. Supervisor not satisfactory. If everyone who works at Fernald did their job, we would not need a Bldg. Rep. Committee. The Bldg. Rep. Committee has been active for over 40 years. We are doing a job finding problems. Some of the buildings would not look in such good condition were it not for the Bldg. Reps.

Van transportation to the Activity Center for 3:30 activity appears to have some serious problems. There is no system whatsoever for organizing the vans unloading clients. The back parking lot is too small for all the vans which are attempting to use it. There is no one in charge out there. Vans are backing out while clients from other areas are walking around and wheelchairs are randomly placed around their own vans. This is another accident waiting to happen. Where is Campus Police! They should be there directing traffic. This is only going to get a lot worse once there is snow on the ground. If it is a mandatory grounds-wide policy for Activity attendance, why isn't the Garage providing transportation, especially during the bad weather? Staff report that there is no actual practical training to drive the vans, there is only a classroom lecture on "van policy". It is also reported that staff who feel they cannot drive these vans because of the size are being forced to drive against their better judgment. It would be safer for the clients if Management developed an incentive programs to encourage staff who feel comfortable driving large vans rather than force people who are unable to drive them safely.

### Cottage 3 A&B – Peg & Joe Hughes reporting.
1.    In reference to violation of sending unqualified floats on a van that even refused to drive the van to free up the resident 1:1 to be the monitor. Your answer to this problem was: "Staffing has been met on the van to transport the two men to their Day Program per J. Hill. We reference you to the Protocol for van transportation of B&J to Shore. Please refer to 1. PROACTIVE INTERVENTIONS of the Van Transportation document in effect. "Two Van Monitors must be present for all trips to and from Shore NOT including the driver. One of the two should be his designated 1:1." That's a total of 3 staff not 2 staff on board. **Note:** The document also states

that "No float staff should accompany B as a monitor. A float staff may, however, serve as a driver." **Fernald Management violated 3 sections of this long used successful document on protocol and were in complete violation of B's ISP Section #8 Transportation.**

2.  In reference to Item #2 about using Women Floats in handling men residents of this size & strength. Your answer: "Staff that are floated to Cottage #3 have been given the necessary training to be able to work safely in Cottage #3." We met one of these "Qualified women floats" during supper hour in Cottage #3-A. She was about 5 ft. 1 in. tall, weighing in the area of 120 lbs., and was completely unfamiliar with handling these residents.

3.  In reference to item #3 that coverage is adequate in Cottage #3-A did not answer a condition that has existed for a very long time. P/D needs to be assigned a 1:1. We were very lucky this time. Please take another look at assigning 1:1 coverage for this resident. Thank you!

4.  Bathroom B-7 missing holder for shower head. Is a possibility of danger to residents?? Also, Bathroom B-7 has an erratic whistle sound coming from this bathroom area. Please examine.

5.  The B-9 bedroom entrance door needs a door closer to prevent further damage from occurring to door & surrounding area.

6.  The B-6 bathroom was all clogged up for a few days over the New Years weekend. Called AOD on this problem but cannot understand this kind of bathroom condition existing so frequently when we look at the cottage! The bathroom toilet and floor area was completely covered with towels to cut down the smell. Please check out why we are finding this condition too many times and no corrective action taking place.

7.  The B-5 bedroom doorframe is not secured to floor. The door operation is abnormal and entire right side of doorframe has started to damage the vertical length of adjoining wall. Frame moves when door is operated in either direction.

8.  B-side storage room has 2 florescent lights inoperative.

9.  A&B washer & dryer rooms have flexible vent ducting with uncut pieces of duct wire bracing exposed and a danger to residents.

10. A-22 laundry room has one florescent light out.

11. A-10 doorframe needs painting (blue).

12. A-23 toilet seat cover very loose.

13. A-6 bathroom is taking on a permanent fowl smell and needs to be treated ASAP.

14. A-7 bathroom florescent light is out.

15. Big problem with dirty water backing up into the kitchen sink every time the dishwasher is used. Needs a rotor-rooter job.

16. We are finding the drinking water jugs empty too many times again on both sides of cottage. Will you please remind staff of this all-important responsibility.

17. It was good to see the two new vans arrive for Cottage 3 A&B. The residents are safer and enjoy riding in them. The D/C staff is making very positive comments about the way they handle on the road, gas mileage, etc. The vans were badly needed and we are confident that they will be well used for purposes intended. We know some are saying "it's about time we got these vans." We're not! It's Christmastime and we are saying, Thank You!

Christmas Party -- A big Thank You to Mary Ann and her husband Chris for running another great Christmas party for the residents. The decorations, food, live music with a great professional singer was outstanding. The sing-along was even better. Holding the occasion in a toasty fireplace cabin topped the whole thing off. Thank you Chris and Gene C. for the wonderful home cooking and the multiple selections we had to choose from. It was all delicious. We cannot thank the D/C enough for their attentiveness to the residents and for helping us move in and out of the cabin so easily. And as usual, Santa Claus stole the show and again was the hit of the party. Thanks again to everyone involved.

18. The residents did not eat their food on Sat. They received minced ham with some kind of cheese mixed in. Evening meal consisted of hotdogs and beans which were pureed. They did not like it, especially those on regular diets.

**Cottage 7 – Jean Salvucci reporting.**
1.    Cockroaches and ants everywhere.
2.    Lack soap in the bathroom.
3.    Need linens, towels and facecloths.
4.    The men's side is closing and those remaining will be moved over to the women's side.

**Cottage 8 - Jane Webber reporting.**
A-Side
1.    A20 Laundry room – Vent on the floor needs to be cleaned.
B-Side
2.    Outside of room B4 the plaster is broken above the baseboard.
3.    B19 – The door is not catching, therefore, not closing at all.
4.    Generally, the floors on this side are dirty.
5.    The radiator covers in the dining room on both A & B sides need cleaning. They are very dirty.
6.    The string is on the dining room doors again and they are being kept open. Is there a reason why they need to be kept open during times when the dining room is not being used?
7.    The building seems to be very clean. Thank you.

**Cottage 9 – Dorothy Rouleau reporting.**
1.    Room B4 – The bottom door hinge to the chest of drawers has become dislodged. Can this be repaired?
2.    Room B5 – The outside door lock may remain a problem seeing as how it is complicated to open and could be a serious problem in the event of an emergency evacuation. On Dec. 2nd, I personally witnessed the difficulty the security person and the person on duty experienced in their attempt to open the door. I can only assume that staff would also have difficulty in opening this double-locked door. Perhaps J. Graves could instruct the staff to assure fast and effective egress if ever necessary in times of emergency.
3.    With regard to the Dec. response pertaining to HIPPA regulations relating to a death of an individual, it is my understanding that HIPPA was created to protect patients' medical records and other personal health information. If it was intended to withhold information pertaining to the death of an individual, then all the newspapers are defying the law by obituary notifications. May I be informed of the HIPPA section of the law where this restriction is stipulated.
4.    It is noted that the ceiling vents were to be cleaned on 1/4/07. My concern was for the periphery heating vents, not the ceiling vents. The periphery heating vents contain dust and dirt that have been a problem for some time. Some type of commercial vacuum cleaner must exist that could easily and effectively remove the grime from these vents.
5.    Room A22 – It is appreciated that a special cleaning with a pressure washer was done on 12/22/06 in an attempt to remove the urine odor in this bathroom. However, on Jan. 7th, during my review, the urine odor was still evident. Perhaps it is not the floor that is the problem, but some other area within this bathroom. The floor had just been washed and the urine odor remained. Were the walls pressure washed also? Perhaps it is in the area surrounding the toilet or the toilet seal that is the problem.
6.    Room A20 – The Ecolab needs to be permanently connected to the washer.
7.    In order to refrain from removing direct care from responsibilities to the residents in order to do cleaning chores, such duties should be performed by an individual(s) hired for such purposes. The suggested schedule time could be from noon to 4 p.m. when the residents are away from their homes.
8.    Although Fernald operates with a 3-shift program, there is only full supervision on one shift, that being the first shift. Weekly alternate shifts for Div. Directors/Management is recommended wherein each would at times assume on-site supervision responsibilities for the

first and second shifts. This could be 2 or 3 days a week and could be scheduled from noon to 8 p.m., etc. It is inappropriate that the second shift has little or no Div. Dir./Management supervision.

9.  CT maintains her daily activities as a resident of Cottage 9, and evenings as a resident of the Clinical Unit. This is an Administration problem, and is in violation of CT's rights to be in her Cottage 9 home permanently. The Administration has authorized CT to have 1:1 supervision at the Clinical Unit after being discharged, yet refuses such supervision in Cottage 9. It, therefore, accepts that CT requires 1:1 supervision around the clock, yet denies this to her in her Cottage 9 home. This need is obvious to them and to those responsible for CT's care. To consider anything less is to subject CT to further tragic accidents and to be mindful of neglect. CT needs to be returned to her home with round-the-clock 1:1 permanent staff appointed. This has gone for too long because of the Administration's indifference and it will take considerable understanding and compassion to assist CT to make another change in her living habits when and if she is returned to Cottage 9. Staff should be covering CT in the place where she is suppose to be and not where she is not suppose to be. This is my concern as well as the concern of every individual connected with Cottage 9. This situation influences all the ladies in Cottage 9 in the loss of continuity of care, the morality surrounding such disregard and manipulation, the loss of a home for CT, and the loss for CT's friends who miss her and want her to return home.

## Cottage 11 – Ed  Dolly Haddad reporting.
Men's Side
1.  A20 – Laundry Room – Door replaced but doesn't match. Also, one door has many holes in it.
2.  A22 – Second request/ Bathroom toilet needs cleaning at bottom and be resealed.
3.  A6 – Still have some fleas. Repellant catcher is full. Toilet needs new seal.
Kitchen
1.  Food crusted on door jam.
2.  Stove drawer still has not been cleaned. This is the third month. Stove hood and filter need cleaning.
Women's Side
1.  B12 – Storage room may be used for clients programs and extra supplies, but does not have to be so untidy and disorganized.
2.  B6 – Toilet not done. Still needs a new seal.
3.  Bathroom toilet paper holder broken.
4.  All doorways are in need of repair and paint. This is caused by wheelchairs passing through so often. Maybe a little care may be taken when passing through.

## Cottage 13 – Dorothy O'Rourke reporting.
A-Side
1.  Christmas party very nice. Residents all looked nice in their new outfits. Residents and families all enjoyed the carolers singing carols along with the musicians playing a guitar and saxophone. Some residents were dancing. Thank you to Joan, the Rec. Therapist, and to the staff. A real nice day for the residents.
B-Side
2.  Christmas decorations were very nice. It was nice to see so many parents and family members attending the party.
3.  Cockroaches in the kitchen – big ones. Time to spray!
4.  Haircuts are overdue.
5.  Response to gate between Cottage 12 and 13 – found it open the last two Sundays. People using the gate are not attaching the latch. Staff and maintenance do use the gate and leave it open! Disagree with report.

**Building Rep. Minutes**                    **- 5 -**                    **January, 2007**

6.      Response on No. 4 concerning alarms – Of course, alarms should be activated. Will take the issue up at appeal meeting.
7.      Observing residents on weekends watching TV programs not appropriate for them. Staff maybe enjoy, but observed residents not interested on TV shows, especially crime shows. It would be nice to see a Disney movie or cartoons .
8.      Never see residents playing with toys. Where are the Christmas toys residents received?

**Farrell Hall – Grace Lerman, Dorothy Rouleau & Regina Davidson reporting.**

Most notably and pleasantly, the heat was very comfortable in all the areas of the building. Please continue to adjust temperatures so that the air quality and temperature are healthy. I was interested to view the work done in the new bathroom, but the crew was not there at 11:20 a.m. I know that they came in at 9 a.m. and were still not back by approx. 12:30 p.m. The projected completion date is Jan. 20. Many are counting on this project being completed as now scheduled..

The cleaning person was working in the building so that the building smelled very pleasant.
1.      Women's lobby bathroom – Grouting is completed. Thank you. However, the tiles adjacent to the floor are not being cleaned thoroughly on a regular basis.
2.      Men's lobby bathroom – Please clean tiles adjacent to floor regularly.
Apartment 2
1.      Supply Room – ADL kit covers are dirty on top. Sheets, etc., need to be refolded and neatened.
2.      C102 – Electric cords hanging on floor-–this has been  noted several times as it is a SAFETY issue. Its resolution seems to be very important. Safety kits left open. New ADL kit is needed to replace broken one. Clothing is in a messy pile despite a bar of hooks on the wall.
3.      Room 115 bathroom – Toilet leaks and has for sometime. Toilet may need to be replaced. Vanity needs to be replaced.
4.      Room 116 – bathroom – Vanity base is corroded and mildew.
5.      Room 136 bathroom – Bathtub faucet silver catch is broken and difficult to lift in order to redirect water to the hand-held shower unit. It is also sharp and can cause an injury.
6.      Dayroom needs another oversized stuffed armchair similar to the black one in this room.
7.      Nov. 2006 Response by John Hill with regard to the TV in the dayroom of this apartment stated that "The TV is in working order…" The 27" that was mentioned has been replaced by a 19" TV. If the 27" TV is in fact in working order, please return it. The 19" is insufficient for the residents in Apt. 2, and in particular, for PJ. Was the 19" TV purchased with clients' funds or clients' work money? If so, why? Would you let me know who is responsible for providing a TV for the residents.
Apartment 3
1.      All bathroom mirrors are dusty on top.
2.      3CD dining room – Infestation of flea/flies around coffee pot which had not been cleaned. No back-up milk in refrig.
3.      138 – No screen in window now; noted for 6 months.
4.      3B – Linen storage could be neatened.
Apartment 3A (D. Rouleau)
1.      Room C164 bathroom – Section of floor tile near the tub is missing and area needs to be repaired.
2.      Blue plastic bumper against the tub needs to be replaced.
3.      One long handrail in the tub area needs to be cleaned or replaced.
4.      On Dec. 18, 2006, an on-site review was held of the construction site of the intended second toileted bathroom for the 4 male residents in Apt. 3A. In attendance were: John Hill, Jon Graves, Anne Kelley, Regina Davidson, and Dorothy Rouleau. It was stated that work had stopped because the licensed Fernald plumber was on leave due to an industrial accident. John Hill and

Jon Graves were unable to say when the work would commence or when the bathroom would be completed. A meeting was scheduled in the afternoon with the Facility Dir. to discuss the matter. The 4 male residents were transferred in Aug. 2006 from Apt. 4 with sufficient bathrooms, to Apt. 3A with only one toilet and one bathtub. The Bldg. Rep. vehemently rejected this transfer and prior to the move reported that the lack of bathroom facilities and extreme limited space were unsuitable. It is, again, stated that this transfer continues to be cruel and insensitive to the needs of these residents, not only for the bathroom and toilet problems, but for the lack of special needs. It has proven over and over to be a huge mistake as evidenced by the visible bruises, the behavior of the residents toward each other and toward themselves.

### General
Since Dec. 2004, it has been reported that the HVAC system in Farrell Hall has been a serious problem. This has been consistently reported, and it is noted that Grace Lerman has reported the same continued problem. This was then, and remains today, intolerable. In June 2005, discussion ensued for the extension of the Bellco contract to Farrell Hall in the maintenance and repair of this unbalanced and failed system that cannot be properly regulated. (Bellco maintenance in Greene Bldg. reflects a viable HVAC system.) The Aug. 2005 response by J. Graves to our complaints was that "The Fernald HVAC person was notified and makes repairs as needed." It is time for the Administration to repair this HVAC system in Farrell Hall with an outside contractor. To do otherwise is to subject the residents to an uncomfortable and unhealthy living atmosphere, and to perpetuate its disregard and indifference to those living and working in Farrell Hall.

### Dec. 18th -- (D. Rouleau R. Davidson)
After reading the Bldg. Rep. report (G. Lerman ), we asked for an inspection of Apt. 3A's bathroom. With us was Anne Kelley, Jon Graves & the DD John Hill. Opening the door we saw a hole, a pump and dirt. This part of the project has been this way for 8 weeks plus. Our question: Why has nothing been done to complete this bathroom for these 4 gentlemen who have had to live under substandard conditions for almost a year (Feb. 2006). There was no one answer. There is no justification for this. This is neglect. This is beyond neglect. This is abuse!
Our Maint. Dept. (plumber), due to health issues, etc., could not continue or complete this project. Why was this not bid out to a contractor months ago? There was no funds? That is unacceptable. Who is advocating for these four severely, profoundly retarded (blind) gentlemen? In our opinion – NO ONE! Following are facts we believe and know to be true.
1.  Resident using public bathroom (hall entrance) as reported per guardian. Guardian very upset due to infectious disease control.
2.  How many residents were wearing protective garments when moved from Apt. 4 to Apt. 3 and how many residents are wearing them now & why? Anne Kelley, after meetings with the Facil.Dir., Jon Graves and John Hill set the following agenda:
    A) Workers will be paid O.T. to work Saturdays from 9:00 to 2:30 . Residents will go out (Van, AC, etc.)
    B.) Cement will be poured on Jan. 10, 2007.
    C.) Bathroom will be completed by Jan. 26 2007.
        I believe the blame ultimately belongs to the Facility Director. Does she not listen or is she not being told? This bathroom should have been a priority from day one.
12/20/06)
3.  3CD – Cockroaches walking in dining area.
4.  Milk machine reading 60 degrees. Spoke to George (Resource person).
5.  Dining room is also for 3A. It is reported that because the men from 3A have to wait to eat until the women residents eat, this has caused problems. What time do the residents of 3CD eat? What time do the residents of 3A eat? Unless I'm mistaken, no other residents at Fernald have to share a dining space and no other residents at Fernald have only one toilet to use.

6.    If the FD could expend Fernald funds to a painting contractor for the "Union Room" at the A/C, then the same should have been done for the 4 residents of Apt. 3A. That is her job – caring for the residents of Fernald.

**Greene Bldg. – As reported to Dorothy O'Rourke.**
1.    The Hanukkah party at the Activity Center was a great success. Thanks to all the staff who attended with the clients.
2.    Paint is still pealing off 1st floor main hallway cement wall (2nd report).
3.    Apt. 1 bedroom hall lights are all out except for one.
4.    It seems to be the same truck still parking in the fire lane by the fire hydrant. Why are staff allowed to park in the fire lane? (4th report)
5.    Lights are still out in Apt. 6. The light in the main hall outside the station is still just a hole in the ceiling. Also, Apt. 6 had 13 towels and 17 bed pads for 15 clients. They need at least twice as many. **This is not a Divisional issue.** The laundry needs to supply enough to the building so a proper amount can be passed out each shift. Please, no excuses, just more laundry.
6.    Apt. 2 bedroom hall lights are all out except for one. Also, the kitchen paper towel dispenser has been moved leaving an unsightly mess on the wall. Can we have this repaired and painted?
7.    Last month we reported "*Apt. 1 water fountain has been removed from the wall. There is a drain pipe sticking out of the wall allowing sewer gas to leak into the apartment. It has been wrapped with duck tape, however, this cannot possibly meet state plumbing code.*" Now, the Apt. 4 water fountain has been removed from the wall. This drain pipe has been plugged with a plastic food bowl and white nursing tape. This is definitely not up to plumbing code.
8.    Apt. 4 lights remain a big problem. Only one light functioning in bedroom hallway. Also lights out in DJ, JM, MH and MS' rooms.
9.    Van lifts remain a problem for some Greene Bldg. clients. Their large wheelchairs cannot make the 90 degree turn without bumping and getting stuck. Why have we never ordered lifts on the back door instead of the side so the oversized therapeutic wheelchairs could come straight in?
10.   Who makes the decision regarding what we order for wheelchair vans? Is there a committee with staff who actually use them? Or is it someone who sits in an office and reads a brochure?
11.   Slings are still a big problem at Greene. Staff report that they are loosing them when they go down to the laundry. Shouldn't every client have one sling for each shift? (2nd report)
12.   Instead of replacing the industrial washers and dryers in the basement, can we look into getting regular heavy duty machines on each apartment like the Clinical Unit has?

**ICF-21 – Marilyn Meagher reporting.**
1.    Comment: Renovations are completed. After three and a half months, the women of 21 will soon be going back to their home. This renovation did not go without any gliches. It has been along and arduous several months. Now, hopefully, the ladies can enjoy their newly decorated surroundings.
2.    Once again, I will ask the same question that was asked in Oct. and not answered. Please give us the courtesy of an answer this month?
      "RENOVATIONS ARE NOT BEING DONE FOR OUR RESIDENTS! THIS IS A METRO REGION SERVICE BEING DONE FOR STATE OPS IN THE COMMUNITY. WHY IS NO ONE IN DMR TELLING IT LIKE IT IS? THE FAMILIES DESERVE TO KNOW THE TRUTH ABOUT WHEN MALONE PARK WILL BECOME STATE OPS!"
3.    On Dec. 23, I had the opportunity to enjoy a Christmas Rock & Roll party at the AC with all of the residents from Malone Park. It was a wonderful afternoon with residents really enjoying the music, snacks and gifts for all. Thanks to everyone who made this afternoon a great time.
4.    I would like to thank all the wonderful people who donated so many Christmas gifts to the Fernald Association for our residents. It was overwhelming to see Hillside filled to capacity with

gifts. Thank you to Doris and all her reindeer for their very hard work in making sure that every resident at Fernald (and some also in the community) received gifts on Christmas. Kudos to you all!

## ICF-22 – Marilyn Meagher reporting.

1.  <u>Kitchen</u> – Under the dishwasher the wires are hanging down on the floor.
2.  #4 curtain is ripped and hanging off the hooks. This is a privacy curtain.
3.  Fleas in the kitchen and bathroom areas.
4.  Floor vents still need cleaning.
5.  New blankets still not on the beds. These were purchased by each resident. Please replace with the same quality blankets. Response last month was "blankets will be purchased and replaced by 12/30/06."
6.  Couch in the living room needs replacement. Have the funds been requested yet to replace this item?
7.  <u>Noticed again</u> that floor vents still need cleaning.

## ICF-23 – Diane Walsh reporting.

1.  Broken back gate was lying in the courtyard and appears to be rotting on one side. What are the plans for fixing the gate and timeframe?
2.  Dining chairs – Second chair with arms had not arrived from Cottage 7 as of 1/6/07. Another dining chair had loose spindles. As part of the renovation, these chairs should be replaced with sturdier ones. A few have broken (here and in other ICFs). Surprising because these chairs are relatively new. They are either not well made chairs or they simply are not strong enough for these clients. This can easily run into a safety issue for these residents. Please replace these chairs.
3.  Fruit flies/fleas everywhere in kitchen and dining area – moderate to heavy infestation.
4.  Front entry hall has a terrible looking edge on the corner of one of the walls – broken pieces of plaster. Should apply spackle, sand and paint.
5.  Shower room was dirty with a small smell of urine. Hand-held shower wall hook is broken.
6.  Nurse's station needs A/C by the summer, not only for staff comfort but necessary for the computer hard drive.
7.  The renovation of #23 is scheduled for the spring which is around the corner. The last renovation of #21 was not completed anywhere near the projected timeframe. I am concerned that the same thing may happen to #23 which holds the nurses station for Malone Park.

8.  Please provide (1) reason(s) for the project slippage, (2) what measures are being taken to prevent the same delays on the next renovation, and (3) who (name of the person) will have primary responsibility for managing the renovation for ICF #23?
9.  On a lighter note, the Christmas and Hanukkah decorations at #23 looked so nice – great job. The Christmas party at the A/C was enjoyed by all. Thank you to all of the staff, Pam, Diane and all others responsible for all the hard work.

## ICF-24 – Regina Davidson reporting. (Dec. 06)

1.  Thanks for the great 1.0 (SDR). MD wall behind bed had blood spots. Spoke to Jean (new supervisor). Later came in with cloth and water. Told MD to clean up. She did with some resistance. I thought this was great as long as she is supervised until the job is done.
2.  (1/10/07) – Cockroaches in #4 bath.
3.  Hand-held needs repair in #3 bath. Also, wall light cover needs replacing. Please also check light.
4.  EL AOL kit on floor again.
5.  Kitchen floor – has Paul Beaton been called? Please update.

Building Rep.Minutes                    - 9 -                    January, 2007

6.     Snacks in refrig. not given to resident (LG).
7.     Rooms & clothes picked up. Thanks, Yvonne!
8.     Vents looked good. Also, linen closet in order. Doors working well.
9.     Residents in bathroom with no staff overseeing them.
10.    Please organize two bookcases in LDR.
11.    Not all of the residents (Malone Park) were bought Christmas presents. Process broke down.
       Please explain. I will follow up with the DD and the ADD . This is very disturbing, especially
       in light of the fact that in (24) the resident (LG) was there; MD was not. MD would have been
       devastated.

Notes and Concerns
1.     The Client Fund office is only open one day a week. Not acceptable. Please explain.
2.     Jan. 10th A/C movie night – Malone 23 & 24 in attendance only. Again, who is in charge of
       making sure that the residents go?
3.     Monday & Friday nights during the winter, the A/C will be closed due to lack of participation.
       Again, who is in charge of the residents going for activities?
4.     When is the Volunteer Center moving to the new A/C room? Soon, I hope.

General Concerns  (1/7/07)
1.     **This is a grave concern** because of my work schedule, I have not been able to attend the Bldg.
       Rep. Committee meetings. On Jan. 7th I was able to stop by and was told that the Facility Dir.
       would not allow the Nursing Director to attend. This refusal by the F.D. is appalling and abuse of
       her power. I had only good words to say to the Nursing Dir. which were as follows:

       A.     The nurses at Malone Park work hard in caring for the residents.
       B.     The renovations & movement to Cottage 12 has gone well with the coverage of the
              nursing staff.
       C.     The addition of Patty Case (LPN) to Malone Park is wonderful. Patty was a nurse at
              Hillside and knows MD well.
       D.     Over the holiday, Patty gave us MD's meds (12 bottles). With the meds she included
              written information on all the meds. Although I know the meds MD takes, I read all the
              information. This was a very good thing to do. I certainly appreciated it and will keep it
              for future reference. I formally apologize to Chairman Dotty O'Rourke and the Bldg.
              Reps and Nursing Dir. for impeding an informative meeting. I will not apologize for
              asking the DD, John Hill, to do his job. (see Farrell Hall)
       E.     As with Malone Park, I state again, the families will not be bullied by the DMR or the
              Fernald Administration. The Commissioner will not destroy the ICP residents. These are
              the residents homes. The Fernald is an open-running facility. Malone Park will stay a
              part of this facility.
2.     Fernald Ensemble 27th Annual Holiday Concert – Dec. 12, 2006
       On a visit home, MD told us with enthusiasm she was singing in the chorus for Christmas. I went
       to this event a bit tired. I could only cry to see 20 singing dressed-up residents singing their
       hearts out. Ten songs later, I was in awe. It was about all of them reminding me about the true
       meaning of Christmas. When I thought it couldn't get any better, PH sang Felice Navidas. My
       sincere thanks to all the residents, the Fernald Ensemble Staff, and especially Fran Silveira,
       Director, and Lisa El-Lakis for their hard and patient work. This event made my holiday season!
       Thanks to all the administrators who attended. They must realize that this holiday event can
       never be duplicated outside the Fernald. I await for the 28th Annual. I need that much time to
       recover.
3.     Malone Park/Cottage 7 Christmas party Dec. 17th. We got personal invites from MD for this
       annual event. To make sure we were coming, she told us the menu and asked if "Luke", the dog,
       could come. He did. The A/C looked great. The tables were festive, the music soothing and the

**Building Rep. Minutes**                     **- 10 -**                          **January,2007**

food, of course, delicious. All the residents were very happy and calm. MD was on a roll. Her 63rd birthday the day before, a luncheon at the Chateau (her request) and still asking about Santa! Thanks to all the Rec. Therapists for their continual hard work.

4.    Dec. 23rd & 24th – Two "Saints" told me MD was dancing (she said "twisting") at a concert on Dec. 23d and on the 24th she was doing her "Godly" duty as an altar person at the Chapel. She was overwhelmed when Santa came to visit Sunday morning Mass. I envisioned her face along with the other residents to see Santa and all. I thought this was the "Wonder of Christmas", the "Wonder of Santa", the wonder and innocence of the residents of Fernald Dev. Center. Thanks to these "2 Saints" for the warm and touching stories.

5.    Dec. 25th – At Last, CHRISTMAS! – MD was the best she had ever been at home for the holidays. She was calm, happy and even offered to help in the kitchen with her brother (thinking the food would be cooked faster). During the wee hours of Christmas morning, MD was awaiting Santa. At 6 a.m., she asked me if it was time. I told her no not yet, but soon. She replied "how soon?" She did not like my answer and came back with "well the dog is up." I promptly sent both to bed. As you can see, she made our holidays happy and joyful. Can't wait for next year! She's already asking.

**There will not be a meeting in February. Please send your reports to Dorothy O'Rourke or fax them to Marie Bortone, 617-928-9258, by the cutoff date of February 8th. The next meeting is scheduled for March 4, 2007, at 1:30 p.m., at the Withington Conf. Room.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.