January 18, 2007

Mr. Gerald Morrissey, Commissioner
Commonwealth of Massachusetts
Department of Mental Retardation
500 Harrison Avenue
Boston, MA  02118

Subject: Response to December 11th Letter

Dear Commissioner Morrissey:

In my letter to you last month, I raised a number of concerns about the transfer of my brother, John, from the Fernald Developmental Center to a community residence or to another DMR facility. In my letter, I identified the current problems with community residences in terms of staff turnover and lack of oversight by the DMR. I also pointed out the specific advantages of providing services to MR/DD individuals under the Intermediate Care Facility for the Mentally Retarded (ICF-MR) service model versus the Home and Community Based Waiver Services (HCBS) model.

DMR Assistant Commissioner, Diane Enochs replied to me on January 9, 2007 however, her response failed to address many of the concerns raised in my original letter. Ms. Enochs' letter includes the statement, "There are presently many community-based residential opportunities available, some in newly-constructed, fully accessible homes."

In sharp contrast to this statement, recent DMR Individual Transition Planning (ITP) team placement meetings have resulted in a large number of Fernald residents being designated for placement in a home "to be built." As a follow-up to the placement meeting, some guardians have received letters from the DMR that contain a map and photographs of a house located in a city or town near the family's home. However upon closer inspection, the letter may state that the house pictured in the photograph is "not an option" for their family member and that the actual placement setting is going to be built sometime in the future. Once again, it seems that the DMR did not hear the message delivered by United States District Court Judge Joseph Tauro when he directed the DMR to provide families with an address for a specific placement site. I am fairly certain that the Judge did not intend for the DMR to provide guardians with an address and pictures of a home in which their ward will never live.

At Fernald, our family members have roommates with whom they have lived for many years; and direct care and professional staff who have known and cared for them, some for dozens of years. Our loved ones have many other benefits including on-campus nursing and 24 hour medical care, on-site day programs, a gymnasium, a swimming pool, an activity center, and a church in which they can participate in religious services.

In addition, the Fernald League's building representatives work with Fernald administrators to provide oversight not only of conditions within the buildings but also to ensure that ISP-designated services are implemented for each and every resident. The combination of all of these elements is unique and cannot be duplicated in the community or in any other DMR facility.

In my letter to you last month I referred to the "postage stamp" proposal otherwise known as a "Village at Fernald." Under this proposal, the state would sell a large portion of the Fernald campus for reasonable development provided that there is a safe environment for our family members with an area large enough to accommodate current residents and staff. Implementation of this plan, would allow the Commonwealth to benefit financially from the sale of prime real estate yet it would permit our family members to remain with their peers and familiar staff, providing the continuity of care that is so important to their safety and happiness.

Commissioner Morrissey would you please share with me and with other Fernald guardians your specific objections to this proposal and the reasons why you believe there is no room for discussion and/or compromise on this issue?

Sincerely,

*[signature: Diane Walsh]*

Diane Walsh, Co-Guardian of John G. Walsh (23 Malone Park Ave.)
5 Prospect Park
Hyde Park, MA 02136


cc: JudyAnn Bigby, M.D., Secretary, EOHHS
    Beryl Cohen, Attorney for Ricci Plaintiffs
    Diane Enochs, Assistant Commissioner, DMR
    Rayford Farquhar, Assistant United States Attorney
    Jenny Magidson, Advocate for John G. Walsh
    Marilyn Meagher, President Fernald League
    Linda Montminy, Facility Director, DMR
    Michael Sullivan, United States Attorney
    Honorable Joseph L. Tauro, United States District Court