UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.* | ) ) ) | Civil Action Nos. 72-0469-T (Belchertown) |
| | ) | 74-2768-T (Fernald) |
| Plaintiffs, | ) | 75-3910-T (Monson) |
| | ) | 75-5023-T (Wrentham) |
| ROBERT L. OKIN, *et al.* | ) | 75-5210-T (Dever) |
| | ) | |
| Defendants. | ) ) | |

PLAINTIFFS' MOTION FOR CLARIFICATION OF ORDER APPOINTING COURT MONITOR

The Dever, Fernald, and Wrentham Classes (collectively, the "Plaintiffs") hereby move for clarification of this Court's Order dated February 8, 2006, appointing a Court Monitor ("Appointment Order"). In support of this Motion, Plaintiffs state as follows:

1. The clarification is requested with respect to the breadth of the Monitor's role in determining whether past and prospective transfer processes employed by the Department of Mental Retardation ("DMR") are in compliance with the Court's 1993 Disengagement Order ("Disengagement Order"), particularly where the transfers involved are to community-based, group homes.

2. The Appointment Order provides that the Monitor is to "advise the court as to whether the past and prospective transfer processes employed by the Department of Mental Retardation comply with federal law, state regulations, *as well as the orders of this court*" (emphasis supplied). Plaintiffs interpret the Order as requiring the Monitor to consider the Court's 1993 Disengagement Order in its investigation and to determine compliance regardless of whether particular Class members ever resided at Fernald.

1

3. The Monitor seeks to comply with the Appointment Order, and the parties have differing views on whether the Monitor's role is limited to investigating and reporting on transfers of residents from the Fernald Development Center.

4. The Plaintiffs request that the Court clarify that the Monitor's investigation and any recommendations are not limited to the narrow issue of whether only transfers from Fernald Development Center comply with federal law and this Court's orders, and that the Monitor is charged with the responsibility and authority to investigate and make recommendations regarding whether "past and prospective transfer processes employed by the Department of Mental Retardation" in connection with the transfers of all Class members, "comply with federal law, state regulations, as well as the orders of this court."

5. Because the concerns of Fernald residents with respect to DMR's failure to comply with Federal law and this Court's 1993 Disengagement Order are shared by all Class members, especially those transferred from ICFs/MR to provider-operated homes, Plaintiffs believe it is in the best interests of the parties and the Monitor for the Court to clarify the breadth of the Order.

6. Furthermore, the Plaintiffs believe it is essential for the Monitor to examine the care and services provided by DMR providers in community-based homes in order to determine whether Class members who reside in those homes receive care that meets the "equal or better" requirement set forth in the Disengagement Order. Specific concerns that should be addressed by the Monitor include DMR's failure to certify that individuals who are being transferred will receive equal or better services in the new location given that Class members who reside in and are transferred among private provider-operated group homes are subjected to inadequate staffing levels and increased risk of medication errors and abuse.

7. If the Plaintiffs are incorrect in interpreting the Appointment Order to apply to all Class members, and the Court intended the Order to only apply to Fernald residents, then the Plaintiffs ask the Court to expand the role of the Monitor to include investigating and reporting on whether DMR has complied with federal and state law and this Court's Disengagement Order with respect to all transfers and Class members, regardless of residence.

8. In further support of this Motion, Plaintiffs rely on the Memorandum submitted herewith and *Wrentham Association's Memorandum in Support of Its Motion to Re-Open the Case*, filed with the Court on February 7, 2006.

WHEREFORE, The Dever, Fernald, and Wrentham Classes respectfully request that this Court:

A. Confirm that the Monitor is authorized and has been requested to investigate and report whether past and prospective transfers of all Class members by DMR have been and will be in compliance with federal and state law and this Court's Orders, regardless of whether those Class members ever resided at Fernald Development Center; or, in the alternative

B. Issue an order expanding the breadth of the Monitor's appointment to authorize the Monitor to investigate and report whether past and prospective transfers of all Class members by DMR have been and will comply with federal and state law and this Court's Orders, regardless of whether those class members have ever resided at Fernald Development Center; and

C. Any further relief this Court deems appropriate and just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(D), Plaintiffs request oral argument on the issues raised in this Motion. The Plaintiffs believe a hearing will assist the Court in understanding the positions of the parties with respect to the Monitor's role, and the necessity of a broad review of the DMR system.

                                                Respectfully submitted,

| DEVER ASSOCIATION | FERNALD ASSOCIATION |
|---|---|
| By its attorneys: | By its attorney: |
| /s/ Cornelius J. Moynihan<br>Cornelius J. Moynihan, Jr. (BBO # 358840)<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, MA 02110.<br>(617) 345-1000<br>cmoynihan@nixonpeabody.com | /s/ Beryl Cohen<br>Beryl Cohen (BBO #088620)<br>11 Beacon Street<br>Boston, MA 02108<br>berylwcohen@verizon.net |
| WRENTHAM ASSOCIATION | |
| /s/ Margaret M. Pinkham<br>Margaret M. Pinkham (BBO#561920)<br>Daniel J. Brown (BBO#654459)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA  02111<br>(617) 856-8200<br>mpinkham@brownrudnick.com<br>dbrown@brownrudnick.com | Dated:  January 25, 2007 |

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 7.1(A)(2)

      Pursuant to Local Rule 7.1(A)(2), undersigned counsel hereby certifies that on January 25, 2007, counsel for the Wrentham Association contacted Defendant's counsel in a good faith effort to resolve or narrow the issues presented by this motion.

      Defendant's counsel does not assent to the Plaintiffs' request to clarify or Plaintiff's request to expand the Monitor's role.

                                                      /s/ Margaret M. Pinkham
Dated: January 25, 2007                                        Margaret M. Pinkham

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

| **Fernald/Monson/Belchertown Classes** | **Dever Class** |
|---|---|
| Beryl Cohen, Esq. | Cornelius J. Moynihan, Jr., Esq. |
| 11 Beacon St., Rm. 900 | Nixon Peabody, LLP |
| Boston, MA 02108 | 100 Summer Street |
|  | Boston, MA 02110 |
| **ARC** | **Disability Law Center** |
| Steven J. Schwartz, Esq. | Stanley J. Eichner, Esq. |
| Cathy E. Costanzo, Esq. | Disability Law Center, Inc. |
| Center for Public Representation (CPR) | 11 Beacon Street, Suite 925 |
| 22 Green Street | Boston, MA 02108 |
| Northampton, MA 01060 |  |
| **Office of the Attorney General** | **Department of Mental Retardation** |
| Robert Quinan, Esq. | Marianne Meacham, General Counsel |
| Assistant Attorney General | Commonwealth of Massachusetts |
| Office of the Attorney General | Executive Office of Health & Human Services |
| Government Bureau | Department of Mental Retardation |
| One Ashburton Place | 500 Harrison Avenue |
| Boston, Massachusetts 02108 | Boston, Massachusetts 02118 |

Dated: January 25, 2007           /s/ Margaret M. Pinkham
                                              Margaret M. Pinkham

# 1475090 v1 - BROWNDJ - 000004/0784