UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Robert Simpson Ricci, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. | 72-0469-T |
| v. | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| Robert L. Okin, et al., | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| Defendants | ) | | |
| | ) | | |

## PLAINTIFF S MOTION TO EXTEND
## COURT ORDER OF FEBRUARY 8, 2006

Now come the Plaintiffs and move this Court to enter an Order extending the Order of February 8, 2006 prohibiting the transfer from Fernald to other ICF/MRs and community residences until further Order of the Court.

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d) the Plaintiffs believe that oral argument will assist the Court and accordingly wish to be heard.

Respectfully submitted,
Fernald Plaintiffs
By Their Attorney

DATED: January 31, 2007

/s/ Beryl W. Cohen
Beryl W. Cohen
11 Beacon Street
Boston, MA 02108
(617) 742-3322
B.B.O. 088620