January 27, 2007

Honorable Joseph L. Tauro
Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Tauro

I have enclosed an article that appeared recently in the Cape Cod Times. After reading this article I felt compelled to write this letter and thought it necessary to bring it to your attention.
This is a situation that sickens me knowing there are state facilities for our mentally retarded this client should be living in. It is very obvious this client needs the supervision and structure he can only receive in one of these facilities. This is another good solid reason why these facilities need to remain open. Closing them will close the doors to the very delicate needs of these clients and put our neighborhoods in much danger. Also, we will be releasing many clients that are offenders. Most are not convicted offenders but will offend if they have the opportunity. In these facilities where they can be guarded we can prevent this from happening.
I am the mother of a son that resides in Templeton Developmental Center. I thank God everyday he is there. His case is similar, but not to the extreme as the client in this article. I also pray everyday that he will remain where he is for the rest of his life. My reason behind this is because I love him. I don't want to see him harmed because of actions he cannot control, and I do not want harm to come to anyone because of him.
We have the resources for these mentally challenged people to have a life without jeopardizing the safety of others. I respectfully ask of you to do whatever you have the power to do, to keep these facilities opened so this horrific situation will never happen again. Thank you for taking the time to read my letter and this article.

Sincerely and Respectively,

*Bonnie Valade*

Bonnie Valade
72 Club House Drive
Pocasset, Ma 02559

# Rape case spotlights dangers



A4 ■ *Cape Cod Times*   SUNDAY, JANUARY 21, 2007

# Pells: Rape case puts supervision in spotlight

continued from A-1

protect both Pells and the public apparently failed when a woman accused Pells of raping her in his bedroom after she passed out during a party last summer while his roommate/supervisor slept in another room wearing earplugs.

The arrest raises questions about the supervision of potentially dangerous convicted sex offenders such as Pells, whose sex offense history goes back to the 1970s when he was convicted of attacking a young teenage girl in Osterville.

"You wonder what the people at the Department of Mental Retardation were thinking," said Susan Landry of Dennisport, who said Pells lived near her recently. Landry said she is bothered by how close his residences have been to children's libraries and playgrounds.

"Did he have an opportunity to approach any children?" Landry asked.

Pells went to jail after being arrested on charges including aggravated rape and assault and battery with a dangerous weapon in the Aug. 26 incident but was released Dec. 21 because his case had not yet been sent to a grand jury. He ended up back in custody last week after Judge Gary Nickerson set his bail at $25,000 cash.

Noting Pells' unmedicated schizophrenia and the fact the alleged rape took place while Pells was living under ARC supervision, Nickerson told the court, "I can't see in good conscience how I can release him."

### Troubling incident

At the time of his arrest for the alleged rape, the 49-year-old Pells was living on General Patton Drive in Hyannis, where he was under the supervision of ARC of Cape Cod, which provides social services to people

with developmental disabilities and is funded through DMR.

After the alleged rape, the roommate/supervisor living with Pells lost his free rent and stipend. Rob Stongberg, director of ARC of Cape Cod, said the man was not considered an ARC employee.

Pells' latest alleged attack happened during a drunken party at his 36 General Patton Drive residence, prosecutors say.

The victim said she awoke to find Pells on top of her and struggled to get free. Pells hit her repeatedly in the face and scratched her throat with a knife, according to Barnstable Assistant District Attorney Stephen Adams.

The woman said she would not call police and passed out again. Pells, who according to his public defender Ruth McLaughlin has an IQ of about 67, called police himself.

### Supervision challenge

Of DMR's 32,000 adult and juvenile clients, 70 are registered sex offenders and 26 of them are living in 24-hour supervised settings in group homes, according to Larry Tummino, assistant commissioner

offenders walking around with no supervision.

[remainder of column obscured/illegible]

"One of our highest priorities is not only the safety of our clients and the people we serve but also members of the community," said Brigid Walsh, a DMR spokeswoman.

[text heavily obscured]

from his Main Street Hyannis office window, he regularly sees four or five registered sex offenders.

"From time to time, individ-

[text obscured]

Although DMR officials declined to discuss Pells' supervision at ARC, Walsh said the state agency strives to find appropriate settings and oversight for clients who are convicted sex offenders.

*Staff writer Hilary Russ contributed to this report.*