UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.*, ) | ) | |
| ) | CA Nos. | 72-0469-T (Belchertown) |
| Plaintiffs, ) | | 74-2768-T (Fernald) |
| ) | | 75-3910-T (Monson) |
| v. ) | | 75-5023-T (Wrentham) |
| ) | | 75-5210-T (Dever) |
| ROBERT L. OKIN, *et al.*, ) | | |
| Defendants. ) | | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Intervenor Plaintiff , Disability Law Center, Inc., in the above-captioned case.

                                                                   Respectfully submitted,
                                                                   Disability Law Center, Inc.


                                                                   /s/ Richard M. Glassman
                                                                   Richard M. Glassman (B.B.O. #544381)
                                                                   Disability Law Center, Inc.
                                                                   11 Beacon Street, Suite 925
                                                                   Boston, MA 02108
                                                                   (617) 723-8455

Dated: February 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Wrentham Class**
Margaret M. Pinkham
Daniel J. Brown
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**The Arc of Massachusetts**
Steven J. Schwartz
Cathy E. Costanzo
Center for Public Representation
22 Green Street
Northampton, MA 01060

**Disability Law Center**
Stanley J. Eichner, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau

One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118


Dated: February 7, 2007              /s/ Richard M. Glassman
                                     Richard M. Glassman