UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| ROBERT SIMPSON RICCI, *et al.* ) | Civil Action Nos. | 72-0469-T (Belchertown) |
| ) | | 74-2768-T (Fernald) |
| Plaintiffs, ) | | 75-3910-T (Monson) |
| ) | | 75-5023-T (Wrentham) |
| ROBERT L. OKIN, *et al.* ) | | 75-5210-T (Dever) |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

PLAINTIFFS' MOTION TO SUPPLEMENT ITS MOTION FOR CLARIFICATION
OF ORDER APPOINTING COURT MONITOR

The Plaintiff Wrentham Association ("Wrentham"), pursuant to Fed. R. Civ. P. 15(d), respectfully submits this Motion to Supplement the Authority relied upon in the Memoranda filed in support of its Motion for Clarification of the Order Appointing Court Monitor as follows:

1. Wrentham, along with the Dever and Fernald classes (collectively, the "Plaintiffs"), moved for clarification regarding the Order Appointing a Court Monitor dated February 8, 2006.

2. One of the concerns that the Motion for Clarification raised was that the level of care in the community homes to which Class Members are being transferred is not meeting the "equal or better" standard required by the Court's 1993 Disengagement Order, specifically referencing higher rates of abuse and inadequate staffing problems.

3. As further evidence of these concerns, Wrentham has become aware of certain recent events in the community that highlight the issues addressed in the Motion for Clarification.

4. On January 21st, 2007, "Rape case spotlights danger," by Cynthia McCormick, was published in the *Cape Cod Times*. This article discusses how a mentally retarded sex offender raped a woman, while the roommate/supervisor who had been assigned to the DMR client by ARC of Cape Cod, a DMR contractor, slept in another room in the apartment wearing earplugs. The article is attached hereto as <u>Exhibit A</u>.

5. On January 25th, 2007, *The Enterprise* ran an article by Mike Melanson entitled, "Rape charged at state DMR facility." The article reported that a male contract staff member at a DMR group home in West Bridgewater is accused of raping a male resident. That article is attached as <u>Exhibit B</u>.

6. Wrentham believes the attached Exhibits will be of assistance in ruling on the Plaintiffs' Motion for Clarification.

WHEREFORE, Wrentham Association respectfully requests that this Court a) grant this Motion, and b) consider the attached articles in support of the pending Motion for Clarification.

    Respectfully submitted,

WRENTHAM ASSOCIATION

  /s/ Margaret M. Pinkham
Margaret M. Pinkham (BBO#561920)
Daniel J. Brown (BBO#654459)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA  02111
(617) 856-8200
mpinkham@brownrudnick.com
dbrown@brownrudnick.com

Dated:  February 7, 2007

2

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 7.1(c)

Pursuant to Local Rule 7.1(c), undersigned counsel hereby certifies that she contacted defendants' counsel in a good faith effort to resolve or narrow the issues presented by this motion.

Dated: February 7, 2007

/s/ Margaret M. Pinkham
Margaret M. Pinkham

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**ARC**
Steven J. Schwartz, Esq.
Cathy E. Costanzo, Esq.
Center for Public Representation (CPR)
22 Green Street
Northampton, MA 01060

**Disability Law Center**
Stanley J. Eichner, Esq.
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

Dated: February 7, 2007     /s/ Margaret M. Pinkham

# 1477577 v1 - MACDOWRA - 000004/0784