**EXHIBIT A**



Assistance
Archive help
Archive fees
Search archives
Recent 7 days
Buy photos

News
Business
Entertainment
Local news
Obituaries
Opinion
Sports
Weather

Features
Food
Forums
Health
Lottery
Movies
Outdoors
PrimeTime
Weddings

Marketplace
Automotive
Classifieds
Dining Guide
Employment
Real Estate
Subscribe

## Cape Cod Times Archives

### Rape case spotlights danger

By CYNTHIA McCORMICK
Published: January 21, 2007

For years, police and the state Department of Mental Retardation have tried to keep an eye on James Pells, a convicted sex offender who is also mentally retarded.

Barnstable police arrested Pells when he failed to register as a sex offender in 2004 and notified school officials when they spotted him behind Barnstable Middle School.

DMR arranged for Pells to share an apartment with a roommate/supervisor, who received free rent and a stipend to monitor Pells.

But the system designed to protect both Pells and the public apparently failed when a woman accused Pells of raping her in his bedroom after she passed out during a party last summer while his roommate/supervisor slept in another room wearing earplugs.

The arrest raises questions about the supervision of potentially dangerous convicted sex offenders such as Pells, whose sex offense history goes back to the 1970s when he was convicted of attacking a young teenage girl in Osterville.

"You wonder what the people at the Department of Mental Retardation were thinking," said Susan Landry of Dennisport, who said Pells lived near her recently. Landry said she is bothered by how close his residences have been to children's libraries and playgrounds.

"Did he have an opportunity to approach any children?" Landry asked.

Pells went to jail after being arrested on charges including aggravated **rape** and assault and battery with a dangerous weapon in the Aug. 26 incident but was released Dec. 21 because his case had not yet been sent to a grand jury. He ended up back in custody last week after Judge Gary Nickerson set his bail at $25,000 cash.

Noting Pells' unmedicated schizophrenia and the fact the alleged **rape** took place while Pells was living under ARC supervision, Nickerson told the court, "I can't see in good conscience how I can release him."

At the time of his arrest for the alleged **rape**, the 49-year-old Pells was living on General Patton Drive in Hyannis, where he was under the supervision of ARC of Cape Cod, which provides social services to people with developmental disabilities and is funded through DMR.

After the alleged **rape**, the roommate/supervisor living with Pells lost his free rent and stipend. Rob Stongberg, director of ARC of Cape Cod, said the man was not considered an ARC employee.

Pells' latest alleged attack happened during a drunken party at his 36 General Patton Drive residence, prosecutors say.

The victim said she awoke to find Pells on top of her and struggled to get free. Pells hit her repeatedly in the face and scratched her throat with a knife, according to Barnstable Assistant District Attorney Stephen Adams.

The woman said she would not call police and passed out again. Pells, who according to his public defender Ruth McLaughlin has an IQ of about 67, called police himself.

Of DMR's 32,000 adult and juvenile clients, 70 are registered sex offenders and 26 of them are living in 24-hour supervised settings in group homes, according to Larry Tummino, assistant commissioner for field operations at DMR. He said the supervision helps protect clients from getting into further trouble, assists them in getting clinical services and protects the public.

"One of our highest priorities is not only the safety of our clients and the people we serve but also members of the surrounding community," said Brigitte Walsh, a DMR spokeswoman.

Walsh said medical privacy laws precluded her agency from commenting on Pells' living arrangements, such as how he was supervised or how many ARC-supervised homes he has lived in during the past five years. "We can not disseminate information pertaining to any individual receiving state services," she said.

Providing one-on-one supervision "is somewhat of a safeguard for the community," Stongberg said. He added that from his Main Street Hyannis office window he regularly sees four or five registered sex offenders walking around with no supervision.

Years ago, Barnstable police would watch as Pells bicycled around town, "watching people." A source has told the Cape Cod Times the mentally disabled man's medical records indicate he has poor impulse control and is likely to act on sexual urges.

Residential services are just a small part of the social services and activities that ARC offers, Stongberg said. He said ARC doesn't have the ability to screen out DMR clients who are sex offenders.

"We are contracted to serve individuals regardless of what their background might be," Stongberg said.

Although DMR officials declined to discuss Pells' supervision at ARC, Walsh said the state agency strives to find appropriate settings and oversight for clients who are convicted sex offenders.

"From time to time, individuals who are competent may be adjudicated for a sexual offense, go to jail and are released. And when that happens we work with the courts and sometimes are asked to provide supports to reduce any risk to the community and to the individuals themselves," Walsh said in a written statement.

"Some individuals may require 24-hour supports and supervision and we may provide that," she continued. "When this occurs, and it is a condition of probation, we work closely with an individual's probation officer to

ensure that the conditions are met."

No one was available to comment on the terms of Pells' probation at the Barnstable County probation department. A call to the prosecutor's office about Pells' probation was not returned.

Staff writer Hilary Russ and the Times archives contributed to this report.

Copyright, 2007, Cape Cod Times. All Rights Reserved.

Back to Cape Cod Times home page
Comments and suggestions: news@capecodonline.com or advertising@capecodonline.com
cape cod online | capeweek | primetime | on cape | cape cod times | classifieds
**Copyright © Cape Cod Times. All rights reserved.**

**EXHIBIT B**

B6   The Enterprise—Friday, Jan. 26, 2007

## WEST BRIDGEWATER

# Rape charged at state DMR facility

**By Mike Melanson**
ENTERPRISE CORRESPONDENT

WEST BRIDGEWATER — A male Department of Mental Retardation contract staff member is accused of raping a male patient at a DMR facility on South Elm Street, police said.

On Tuesday morning, the Department of Mental Retardation filed a complaint with West Bridgewater police in connection with the alleged abuse, said Lt. Raymund Rogers.

The facility houses five to seven residents with varying degrees of mental retardation and is staffed by one or two caretakers, he said.

The case was assigned to Detective Timothy Nixon, who will interview the alleged victim, which must be done with the assistance of a DMR employee, Rogers said.

"It's very preliminary in the investigation," he said.

**Venus Cafe**
47 South Ave., Whitman • 781-447-0494
BUY 3 PIZZAS AT FULL PRICE
GET THE 4th PIZZA FREE
EQUAL OR LESSER VALUE
w/coupon.

## WEST BRIDGEWATER

# Five Foxboro teenagers face drug charges after traffic stop

■ A number of teenagers face drug charges following an 11:11 p.m. traffic stop by officers Russell Regan and Richard Flaherty at Manley and Walnut streets. John E. Barros, 18, of 164 East St., Foxboro, was arrested and charged with possession of marijuana. Corey J. Gallagher, 18, of 52 Morse St., Foxboro, was arrested and charged with possession of a Class D drug, a subsequent offense. Michael F. Keating, 18, of 21 Market St., Foxboro, was arrested and charged with possession of marijuana and operating a motor vehicle with no inspection sticker. Stephen D. Tebeau, 19, of 55 Neponset Ave., Foxboro, was arrested and charged with possession of marijuana and possession of a Class E drug. Christopher G. Marves, 18, of 113 Mill St., Foxboro, was arrested and charged with possession of marijuana.

### TUESDAY

■ The Department of Mental Retardation reported to Lt. Raymund Rogers at 8:38 a.m. that one of its male contract staff members raped a male patient at a facility on South Elm Street. The case was assigned to Detective Timothy Nixon for follow up, police said.

■ A parent reported to police at 11:13 a.m. that a girl in grade 11 wrote a letter to his son, who is in grade 6, telling him that she loved him, police said. A copy of the letter was forwarded to officer Kenneth Thaxter. The parent was told to speak with school officials and if no satisfied, speak to an officer again, police said.

■ Lt. Raymund Rogers arrested and charged Thomas Dargis, 44, of 124 Bryant St., West Bridgewater, for failing to register as a sex offender after a 1:15 p.m. report of sex offenses on Bryant Street. Officer John Pettingill and the Plymouth County BCI also responded.

### WEDNESDAY

■ Officer Russell Regan arrested Shawn N. Byrne, 31, of 1089 North Main St., Brockton, on two warrants and charged him with operating with a suspended license, a subsequent offense, and operating with no inspection sticker after a 6:52 p.m. stop on Walnut Street. Sgt. Kenneth Bryant also responded.

■ Officer Russell Regan arrested and charged James A. Craig Jr., 63, of 1389 Plymouth St., East Bridgewater, with operating under the influence of alcohol, a subsequent offense, after a 9:09 p.m. traffic stop on North Elm Street. Sgt. Kenneth Bryant also responded.