# George Mavridis

202 Brooksby Village Drive Unit 308
Peabody, Massachusetts 01960-8517
978 535 4322 (voice & facsimile)
gmavridis@verizon.net

February 8, 2007

Honorable Joseph L. Tauro
United States District Judge
Courtroom 20
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Civil Action: Robert Simpson Ricci, et al., Plaintiffs
v. Robert L. Okin, et al., Defendants

72-0469-T; 74-2768-T; 75-3910-T
75-5023-T; 75-5210-T

Dear Judge Tauro,

On behalf of the plaintiffs Attorney Beryl Cohen asked to send you copies of proposals that I made concerning the development of the Fernald campus in Waltham. These proposals have been sent earlier to the Court Monitor Attorney Michael Sullivan.

The document dated December 9, 2004 is my proposal to retain an intermediate care facility. I proposed a facility located in the west corner of the property for about 300 residents, which is the number of persons living at Fernald in February 2003 when Governor Romney proposed closing Fernald.

One drawing "Present Campus" shows the buildings and they are color coded to the legend on the left side. The second drawing "Fernald –Today Minimum Campus" shows only the active buildings in color. The one exception is the green buildings that were renovated as part of the lawsuit, closed as the Fernald census declined but can be easily reopened.

The second document dated November 22, 2006 is some additional comments on my proposal that I made for Attorney Beryl Cohen.

If you have any questions about my proposals, I will be happy to answer them at your convenience.

Very truly yours,

George Mavridis

cc:    Attorney Beryl Cohen

# **FERNALD CENTER POSTAGE STAMP**

Alternate Property Proposal by George Mavridis, P.E. May 2004
202 Brooksby Village Drive Unit 308 Peabody, Massachusetts 01960-8517
978 535 4322    gmavridis@verizon.net

December 9, 2004

    Fernald Center sustains the lives of nearly 300 residents and offers a model of care for people with severe and profound mental retardation that is worthy of replication around the country. It is a regional center, owned and operated by the Commonwealth of Massachusetts, with specialized staff and programs for adult and elderly retarded people who live with chronic illness and disability. Residences at Fernald provide affordable housing and clinical support for severely or profoundly retarded people with medical or behavioral complications who will never be self-supporting.

    Relocation threatens the lives of Fernald residents. Accordingly, most guardians believe it is essential that their ward remain in Waltham on the state-owned land of Fernald Center with state-operated services provided by state employees. We join with others who envision improvements that benefit Fernald Center residents as well as residents in the surrounding neighborhoods and towns.

    The Department of Mental Retardation is the major tenant at the 187-acre Fernald site. The Department provides homes, day programs, support services and leisure activity facilities for residents on site, as well as a variety of individuals in the surrounding cities and towns. Support service buildings include the Tufts Dental Center; the state-of-the-art Pearlman Food Service building; the Duhamel Therapeutic swimming pool; the Greene Gymnasium and the Therapeutic Equipment Center with staff who customize wheel chairs and other adaptive equipment to the needs of retarded individuals living in the greater Waltham area, including Fernald Center.

    Fernald residents already enjoy cluster housing and open space by design. Their services are delivered with efficiency because they live in units of 8 residents, combined into larger units of 16 up to about 80 residents in a building. Travel is minimized because their clinical and dental services, and many day and recreation programs, are located on campus. Any plan for Fernald Center needs to allow sufficient land for residents to receive active treatment according to Medicaid (ICF/MR) standards.

Marquardt Skilled Nursing Facility is the only state-operated, skilled nursing facility for retarded people available in Massachusetts. The specialized staff provides care for up to 29 retarded people from all over the state who need intensive medical and nursing care. The Fernald Chaplain provides vital services to the wider Waltham community and the residents of Fernald Center through the Chapel of the Holy Innocents.

The Commonwealth's 1200 developmental center residents are approximately four percent of the total population served by the Department of Mental Retardation. At least four percent of the mentally retarded population will always be severely or profoundly retarded with medical or behavioral complications. They should always have the option to live at a developmental center when the family cannot safely care for them.

Over the past few years several advocates for the Fernald Center residents have talked informally about the future of Fernald and a key point has usually been that the Fernald of the 1970's will never be needed or wanted again, and that a small more focused Fernald will always be needed. The conversation usually moved to the idea that 300 Fernald residents will never need 187 acres of land in Waltham.

We propose to isolate the buildings north of Pine Street and west of Cherry Lane (the main road that exits onto Trapelo Road). They are the homes and work sites used by Fernald residents.

Initially if the Department of Mental Retardation declares a portion of the Fernald property as surplus, we urge the Commonwealth to consider offering the property to other state agencies for their uses that are compatible with the Fernald residents and the local community. The Commonwealth will have rent-free offices and the 300 Fernald residents will not be evicted.

If the Department of Mental Retardation declares a portion of the Fernald property as surplus and the Commonwealth decides to sell that portion of the Fernald campus to a developer, the sale price for a portion of the Fernald campus would be a combination barter and money transaction:

1. The successful developer would pay cash for the land that is not needed for the continued operation of the Fernald Developmental Center.

2. The successful developer would provide the necessary heating systems (including all the engineering) to supply heat and hot water to the remaining Fernald Center and maybe Shriver Research Center

3. The successful developer would be the provider contractor for all the support services needed by the Department of Mental Retardation to operate the Fernald Center.

During the past few months we have been looking for old drawings of the Fernald property and we scanned two drawings and combined them so we have a layout of all the Fernald buildings and the property lines in a computer file.

Attached are two drawings that we produced. The first drawing shows the Fernald Center today with the buildings color-coded based on their usage. We have indicated the buildings that provide services to community residents. For example 90% of the Tufts Dental Clinic patients live in the community and not at Fernald. Ninety percent of the swimmers in the Duhamel Therapeutic Swimming Pool live in the Waltham community and 90% of the Greene Gym and the ball field's usage are by community residents and none of them are mentally retarded.

The second drawing shows the buildings east of Cherry Lane in outline form because we believe these abandoned and unnecessary buildings can be demolished and the area developed. Some buildings in this area are shown in color. The Division Capital Asset Management or a developer should evaluate them before they are demolished. The Commonwealth can redevelop this section of the Fernald campus for other state uses or declare the land surplus and sell it. If the Commonwealth sells the land to the City of Waltham, or a developer, the east portion of Fernald will be developed and 300 Fernald residents will not be evicted. A win-win result!

Many retarded people are awaiting DMR services. These include the group turning 22 years old who are leaving the services of their public schools, and those on waiting lists from the community and nursing homes. Hospice and respite care for any retarded person could readily be coupled with Marquardt, the Clinic and residential space in the Village at Fernald.

We look forward to a dynamic working relationship with persons who agree that evicting the current residents of Fernald from their community of peers and staff is life threatening and unacceptable.

We believe this is a winning proposition. The present Fernald residents retain their homes and work sites. The east side of the campus will become a positive development in Waltham

George Mavridis, P.E.
Immediate Past President, Fernald League for the Retarded
Vice President, Walter E. Fernald State School Corporation

Enclosures: Drawings





# FERNALD CENTER POSTAGE STAMP

Alternate Property Proposal by George Mavridis, P.E. May 2004
202 Brooksby Village Drive Unit 308 Peabody, Massachusetts 01960-8517
978 535 4322    gmavridis@verizon.net

November 22, 2006

Beryl Cohen
11 Beacon Street
Boston, Massachusetts 02108

Dear Beryl Cohen,

The three drawings that a friend and my former boss helped me develop was my attempt to show the type of buildings and their location on the Fernald campus. The color key is in the upper left corner.

1. Yellow denotes the residences as of February 2003. Today some of the cottages are closed due to downsizing which lead to consolidation of residences and staff.

2. Brown denotes the buildings that were abandoned prior to 1974 and never renovated as part of the class action lawsuit. These buildings are wrapped in chain link fencing and were not demolished because the steam pipes between the power plant and the occupied buildings run under these buildings.

3. Pink denotes buildings that were renovated by the class action lawsuit but closed during the 1990's as the Fernald population was reduced. Today these buildings (Tarbell, MacDougal and Dolan Halls) that the Department of Mental Retardation leased to another state provider agency "Middlesex Human Services" or they are using as part of their community system. North Nurses and North Building are used as regional offices and the Wallace Building is a community respite home.

4. Green denotes buildings that were renovated as part of the class action lawsuit and have been closed recently. These buildings were residential buildings with stairs to the upper floors. The present elderly population has been relocated to the buildings that are one story and handicap accessible for the aging residents. These buildings were closed in the last five to ten years and could be reopened if there is a need.

5. Purple denotes buildings that are being used as on site day or work programs. Some of these buildings provide paid work for former Fernald residents who live in the neighborhood.

6. Dark blue denotes buildings that are leased by Shriver, Tufts Dental and two advocacy organizations.

7. Light blue denotes buildings that provide support for the campus. Buildings such as the power plant, food service, chapel and administration buildings.

The legend in the lower left indicates buildings that presently service a large number of mentally retarded individuals who live in the community in addition to the Fernald residents. Ninety percent of the people who use the Tufts Dental services, the Green Therapeutic pool and the Green gymnasium live in the community. Some Tufts patients live in New Hampshire and Maine.

The legend also notes the buildings that have their own utility systems and are independent of the Fernald power plant. One exception is Shriver which became independent in 2005.

I have not made any drawings to show future proposals but in talking with a contractor in 2004 and other advocates during the last four years (2003 to 2006) I envision the following ideas in order to keep Fernald as an independent care facility the meets all the Social Security Act regulations for 300 residents:

1. The cottages are located on the best part of the property fronting Trapelo Road. This land will be the most desirable for any developer who is planning to develop the unused portion of the property. In addition the cottage structures are not well built and in my opinion have exceeded their life expectancy.

2. The reduced Fernald campus would be located in the west quarter of the property.

3. The cottages and maybe some day work programs would be relocated to a new multistory building to be located between the Malone Park houses and Farrell Hall or on the large lot just north of Malone Park. No site exploration has been done in either location.

4. The new building or buildings can be multi level because they will have elevators serving the upper floors.

5. The eleven cottages were designed to house 176 people (11x16). The Greene Building did at some times accommodate 108 persons (18 residents x 6 apartments) and the four Malone Park houses 32 persons (4 houses x 8 residents). This 278 residents in Fernald functioning as an intermediate care facility regulated by title XIX of the Social Security Act plus 29 patients in the Marquardt Skilled Nursing facility will bring the total population up to 307 which I think was the population when Romney proposed closing Fernald in February 2003.

6. I would renovate the four Malone Park houses for 6 residents each so they have individual bedrooms. Reduce the number of residents in the six apartments to 16 which will reduce the building total to 96 persons. Build new residences for 180 persons to maintain the 2003 census.

7. In order to encourage the Department to use this facility in the future I propose to close the Ricci class membership to the present members as of the day this plan is accepted by the Department or the Court.

8. This plan will keep all the Fernald Developmental Center buildings west of Chapel Road with the exception of the Pearlman Food Service Building, the Marquardt Nursing Facility, the Howe Library and I think the Tufts Dental facility would be relocated in the proposed new buildings.

9. The Marquardt Nursing Facility is supported by the power plant and would need a new package boiler addition for its utilities.

10. The Pearlman Food Service building is not mentioned in the drawing legend but I think it has its own utility system.

11. The Howe Library is also on the Fernald power plant system and in addition to a utility addition it will need a sprinkler system to protect the books. Shriver refused to take control of the Howe Library because it does not have a sprinkler system. Howe Library is a beautiful wood structure and houses a great library of information about mental retardation.

12. The Eunice Kennedy Shriver Building is a free standing building operated by the University of Massachusetts and I am not considering it as part of my proposal.

Original December, 2004 Report by George Mavridis

December 9, 2004

      Fernald Center sustains the lives of nearly 300 residents and offers a model of care for people with severe and profound mental retardation that is worthy of replication around the country. It is a regional center, owned and operated by the Commonwealth of Massachusetts, with specialized staff and programs for adult and elderly retarded people who live with chronic illness and disability. Residences at Fernald provide affordable housing and clinical support for severely or profoundly retarded people with medical or behavioral complications who will never be self-supporting.

      Relocation threatens the lives of Fernald residents. Accordingly, most guardians believe it is essential that their ward remain in Waltham on the state-owned land of Fernald Center with state-operated services provided by state employees. We join with others who envision improvements that benefit Fernald Center residents as well as residents in the surrounding neighborhoods and towns.

      The Department of Mental Retardation is the major tenant at the 187-acre Fernald site. The Department provides homes, day programs, support services and leisure activity facilities for residents on site, as well as a variety of individuals in the surrounding cities and towns. Support service buildings include the Tufts Dental Center; the state-of-the-art Pearlman Food Service building; the Duhamel Therapeutic swimming pool; the Greene Gymnasium and the Therapeutic Equipment Center with staff who customize wheel chairs and other adaptive equipment to the needs of retarded individuals living in the greater Waltham area, including Fernald Center.

      Fernald residents already enjoy cluster housing and open space by design. Their services are delivered with efficiency because they live in units of 8 residents, combined into larger units of 16 up to about 80 residents in a building. Travel is minimized because their clinical and dental services, and many day and recreation programs, are located on campus. Any plan for Fernald Center needs to allow sufficient land for residents to receive active treatment according to Medicaid (ICF/MR) standards.

      Marquardt Skilled Nursing Facility is the only state-operated, skilled nursing facility for retarded people available in Massachusetts. The specialized staff provides care for up to 29 retarded people from all over the state who need intensive medical and nursing care. The Fernald Chaplain provides vital services to the wider Waltham community and the residents of Fernald Center through the Chapel of the Holy Innocents.

The Commonwealth's 1200 developmental center residents are approximately four percent of the total population served by the Department of Mental Retardation. At least four percent of the mentally retarded population will always be severely or profoundly retarded with medical or behavioral complications. They should always have the option to live at a developmental center when the family cannot safely care for them.

Over the past few years several advocates for the Fernald Center residents have talked informally about the future of Fernald and a key point has usually been that the Fernald of the 1970's will never be needed or wanted again, and that a small more focused Fernald will always be needed. The conversation usually moved to the idea that 300 Fernald residents will never need 187 acres of land in Waltham.

We propose to isolate the buildings north of Pine Street and west of Cherry Lane (the main road that exits onto Trapelo Road). They are the homes and work sites used by Fernald residents.

Initially if the Department of Mental Retardation declares a portion of the Fernald property as surplus, we urge the Commonwealth to consider offering the property to other state agencies for their uses that are compatible with the Fernald residents and the local community. The Commonwealth will have rent-free offices and the 300 Fernald residents will not be evicted.

If the Department of Mental Retardation declares a portion of the Fernald property as surplus and the Commonwealth decides to sell that portion of the Fernald campus to a developer, the sale price for a portion of the Fernald campus would be a combination barter and money transaction:

1. The successful developer would pay cash for the land that is not needed for the continued operation of the Fernald Developmental Center.

2. The successful developer would provide the necessary heating systems (including all the engineering) to supply heat and hot water to the remaining Fernald Center and maybe Shriver Research Center

3. The successful developer would be the provider contractor for all the support services needed by the Department of Mental Retardation to operate the Fernald Center.

During the past few months we have been looking for old drawings of the Fernald property and we scanned two drawings and combined them so we have a layout of all the Fernald buildings and the property lines in a computer file.

5

Attached are two drawings that we produced. The first drawing shows the Fernald Center today with the buildings color-coded based on their usage. We have indicated the buildings that provide services to community residents. For example 90% of the Tufts Dental Clinic patients live in the community and not at Fernald. Ninety percent of the swimmers in the Duhamel Therapeutic Swimming Pool live in the Waltham community and 90% of the Greene Gym and the ball field's usage are by community residents and none of them are mentally retarded.

The second drawing shows the buildings east of Cherry Lane in outline form because we believe these abandoned and unnecessary buildings can be demolished and the area developed. Some buildings in this area are shown in color. The Division Capital Asset Management or a developer should evaluate them before they are demolished. The Commonwealth can redevelop this section of the Fernald campus for other state uses or declare the land surplus and sell it. If the Commonwealth sells the land to the City of Waltham, or a developer, the east portion of Fernald will be developed and 300 Fernald residents will not be evicted. A win-win result!

Many retarded people are awaiting DMR services. These include the group turning 22 years old who are leaving the services of their public schools, and those on waiting lists from the community and nursing homes. Hospice and respite care for any retarded person could readily be coupled with Marquardt, the Clinic and residential space in the Village at Fernald.

We look forward to a dynamic working relationship with persons who agree that evicting the current residents of Fernald from their community of peers and staff is life threatening and unacceptable.

We believe this is a winning proposition. The present Fernald residents retain their homes and work sites. The east side of the campus will become a positive development in Waltham

George Mavridis, P.E.
Immediate Past President, Fernald League for the Retarded
Vice President, Walter E. Fernald State School Corporation

Enclosures: Drawings