UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Robert Simpson Ricci, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. | 72-0469-T |
| v. | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| Robert L. Okin, et al., | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| Defendants. | ) | | |

**PLAINTIFF INTERVENOR DISABILITY LAW CENTER'S AND PLAINTIFF ARC'S JOINT OPPOSITION TO FERNALD PLAINTIFFS' MOTION TO EXTEND COURT ORDER OF FEBRUARY 8, 2006**

The Plaintiff Intervenor Disability Law Center, Inc. and the Plaintiff Arc of Massachusetts jointly oppose the Fernald Plaintiffs' Motion to Extend Court Order of February 8, 2006.

As the reasons for their opposition, they state as follows:

1. The Motion was filed in improper form as it was not accompanied by a memorandum of reasons as required by L.R. 7.1(B)(1). Accordingly, it is impossible for the Court or the parties to know the basis or the reasons for the Motion.

2. The Motion is unnecessary and untimely. The Fernald Plaintiffs seek to "extend" so much of the Court's February 8, 2006 Order as prohibits transfers of class members from Fernald to other ICF/MRs or to community residences. By its own terms, that order remains in effect pending completion of the Monitor's inquiry and the filing of his report.

3. The Monitor has indicated to the parties that he intends to file a comprehensive report in the near future. That report presumably will address many of the issues that prompted his appointment and that are the subject of the Court's February 8, 2006 Order. The most appropriate time for the Court to reconsider the full scope of that injunction is when the Monitor has completed his inquiry and has informed the Court and the parties of his findings.

4. In the meantime, the February 8, 2006 Order should be modified only to allow the transfer of certain class members who have requested transfer and for whom the Monitor has reported that the desired programs can provide treatment equal to or better than that provided at Fernald. The Plaintiff Intervenor Disability Law Center and the Plaintiff Arc Massachusetts have filed a joint motion this day requesting such a modification.

WHEREFORE, the Fernald Plaintiffs' Motion to Extend Court Order of February 8, 2006 should be denied.

Respectfully submitted,
DISABILITY LAW CENTER
By its attorneys

/s/ Richard M. Glassman
Richard Glassman BBO # 544381
Stanley J. Eichner BBO # 543139
Disability Law Center
11 Beacon Street   Suite 925
Boston, MA 02108
(617) 723-8455
rglassman@dlc-ma.org
seichner@dlc-ma.org

ARC MASSACHUSETTS
By its attorneys,

/s/ Steven J. Schwartz
Steven J. Schwartz BBO # 448440
Cathy E. Costanzo BBO # 553813
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 587-6265

Dated: February 14, 2007

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Wrentham Class**
Margaret M. Pinkham
Daniel J. Brown
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

Dated: February 14, 2007                    /s/ Richard M. Glassman
                                            Richard M. Glassman

4