UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Robert Simpson Ricci, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. | 72-0469-T |
| v. | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| Robert L. Okin, et al., | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| Defendants. | ) | | |

**PLAINTIFF INTERVENOR DISABILITY LAW CENTER'S AND PLAINTIFF ARC'S JOINT MOTION TO MODIFY THE COURT'S FEBRUARY 8, 2006 ORDER.**

The Plaintiff Intervenor Disability Law Center ("DLC") and the Plaintiff Arc of Massachusetts ("ARC") jointly move the Court to modify its February 8, 2006 Order to allow the Department of Mental Retardation to discharge such individual class members who, on their own behalf or through their families and/or guardians, have requested transfer to other facilities or programs, and for whom the Monitor has determined that the individual can receive equal or better treatment in the requested program, pending the completion of the Monitor's inquiry and report to the Court.

A memorandum of law in support of this motion is submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to L.R. 7.1(D), the Plaintiff Intervenor Disability Law Center and the Plaintiff Arc of Massachusetts request oral argument on the issues raised in this Motion .

1

DLC and Arc believe a hearing will assist the Court in understanding the interests of individuals seeking to transfer to other facilities or programs.

Dated: February 14, 2007

Respectfully submitted,
DISABILITY LAW CENTER
By its attorneys,

/s/ Richard M. Glassman
Richard M. Glassman BBO # 544381
Stanley J. Eichner BBO # 543139
Disability Law Center, Inc.
11 Beacon Street Suite 925
Boston, MA  02108
(617) 723-8455
rglassman@dlc-ma.org
seichner@dlc-ma.org

ARC OF MASSACHUSETTS
By its attorneys,

/s/ Steven J. Schwartz
Steven J. Schwartz BBO # 448440
Cathy E. Costanzo BBO # 553813
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 587-6265
sschwartz@cpr-ma.org

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(A)(2), undersigned counsel hereby certified that on January 13, 2007, counsel for the Disability Law Center contacted opposing counsel in a good faith effort to resolve or narrow the issues presented by this motion.

Dated: February 14, 2007       /s/ Richard M. Glassman
                                Richard M. Glassman

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Wrentham Class**
Margaret M. Pinkham
Daniel J. Brown
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

Dated: February 14, 2007                     /s/ Richard M. Glassman
                                             Richard M. Glassman