UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Robert Simpson Ricci, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. | 72-0469-T |
| v. | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| Robert L. Okin, et al., | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| Defendants | ) | | |
| | ) | | |

# RICCI CLASS MEMBERS OPPOSITION TO DISABILITY LAW CENTER S AND ARC OF MASACHUSETTS JOINT MOTION TO MODIFY FEBRUARY 8, 2006 ORDER OF THE COURT

The Ricci Class Members Oppose the Joint Motion to Modify the Court's February 8, 2006 Order filed by the Disability Law Center and the Arc of Massachusetts for reason that neither party represents a present or former client at Fernald Developmental Center and accordingly has no standing to petition the Court.

Further, the Court Monitor, in the exercise of its discretion, has failed to file such a Motion seeking Modification.

                                                                                Respectfully submitted,
                                                                                Fernald Plaintiffs
                                                                                By Their Attorney

DATED: February 14, 2007                                 /s/ Beryl W. Cohen
                                                                                Beryl W. Cohen
                                                                                11 Beacon Street
                                                                                Boston, MA 02108
                                                                                (617) 742-3322
                                                                                B.B.O. 088620