## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.*, | ) ) ) | CA Nos. |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ROBERT L. OKIN, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

72-0469-T (Belchertown)
74-2768-T (Fernald)
75-3910-T (Monson)
75-5023-T (Wrentham)
75-5210-T (Dever)

### NOTICE OF APPEARANCE

Please enter my appearance for the Plaintiff Arc of Massachusetts, in the above captioned matters.

Respectfully submitted,
Arc of Massachusetts

/s/ Robert D. Fleischner
Robert D. Fleischner (B.B.O. # 171320)
Center for Public Representation
22 Green Street
Northampton, MA 01060
413-587-6265
rfleischner@cpr-ma.org

Dated: February 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Wrentham Class**
Margaret M. Pinkham
Daniel J. Brown
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**Disability Law Center**
Stanley J. Eichner
Richard M. Glassman
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services

Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118


Dated: February 15, 2007                    /s/ Robert D. Fleischner
                                            Robert D. Fleischner