Deborah M. Koziara
8 Monroe Street
Shrewsbury, MA 01545
February 14, 2007

Ms. Linda Montminy
Facility Director
The Fernald Center
200 Trapelo Road
Waltham, MA 02452-6302

Dear Ms. Montminy,

I recently received a letter from Christine Oliveira in which she invites me to attend a placement planning meeting for my brother, David Wasko on March 28, 2007.

I am writing to inform you that I will not be attending this meeting for the following reasons. Firstly, on February 8, 2006, United States District Judge Joseph Tauro appointed United States Attorney Michael J. Sullivan to "advise the court as to whether the past and prospective transfer processes employed by the Department of Mental Retardation comply with federal law, state regulations, as well as the orders of this court." Secondly, " pending completion of Mr. Sullivan's inquiry, and his report to the court, all transfers from Fernald to other ICF/MRS and community residences shall be discontinued." Attorney Sullivan has not completed his inquiry nor has he made his final report to Judge Tauro, therefore I see no need for placement planning at this time. Furthermore, an ISP modification meeting is necessary in order to coordinate the placement planning process. Your actions are in blatant disregard of Judge Tauro's ruling in my opinion. Thank you for your time and attention.

Sincerely,

Deborah M. Koziara

Cc. Judge Joseph Tauro
    Beryl Cohen, Esq.
    U.S. Attorney Michael J. Sullivan
    The Fernald League
    Deval Patrick, Governor
    Karyn Polito, State Representative
    Commissioner Gerald J. Morrissey