*Maureen Sullivan Kacinski*
*172 Ashcroft Road*
*Medford, Ma. 02155*

February 19, 2007

Honorable Judge Joseph Tauro
John Joseph Moakley Court House
1 Court House Way
Suite 2300
Boston, Ma. 02210

Dear Judge Tauro,

Before I even begin this letter let me first tell you that I am a horrible letter writer, so please try and bear with me and second of all I just really need to apologize to you for taking up your time as you are a busy man and I know you have spent an enormous amount of hours dealing with the Fernald situation, for which all of us are extremely grateful, but I am so upset and angry that I just need to tell someone with authority of my frustration and sadness for this Fernald situation. And since I just have a feeling that your decision is not too far off I have to write this just in case the decision is against Fernald. I can at least say that I did make an effort on my own and not just depend on The Fernald League. They are always there for all of us and have certainly helped to alleviate some of our fears during this difficult time by giving us guidance and support.

I want to thank you for sending us United States Attorney Michael J. Sullivan. Not only does he have a great name, but he is such a kind, honorable, gentle man. When we were told that the parents and guardians of the clients of Fernald were going to have a meeting with him I was very concerned because every meeting we have ever had concerning the closure of Fernald has been a disaster. All I could think of was the horrible meeting we had with Mr. Morrissey. I still cannot believe how disrespectful this man was to us. No one and I mean no one listens to us. We are always treated very rudely, with arrogance and disrespect and always with intimidation. Then in comes Attorney Sullivan! He listened to us for hours, I felt so bad for him because he was there for so long that I did not

speak, instead just handed in what I was going to say regarding our daughter, Teresa. Well, actually, I hate speaking so it was a good excuse for me. Attorney Sullivan was sensitive to all of us and so compassionate. Honestly he listened, he really listened. That was a new experience for all of us. Not once did he humiliate us, he was not intimidating, he was very sympathetic and I know he cared.

On December 6, 2006 we received a letter from Christine Oliveira, ITP Team Supervisor, stating there was going to be a meeting on January 17, 2007 regarding the placement of our daughter Teresa Kacinski. How thoughtful of her to send a disturbing letter like that just weeks before the holidays. My husband and I discussed this at length and decided not to attend any meetings until you have made a decision regarding Fernald. I wrote to her explaining that we would not attend and that a meeting was not necessary because the issue is in limbo. And since no further placements can take place a meeting is unnecessary. Needless to say they went ahead with their meeting and on January 24, 2007 someone by the name of Joseph Foley (we don't know this person) wrote us a letter telling us about the meeting regarding Teresa's placement. The letter said that "the team" had decided that Teresa would be placed in Chelmsford. Actually my husband and I only know one person on "the team". And furthermore Chelmsford is just not realistic or appropriate for Teresa and our family.

I am very confused as I do not understand why they, the DMR, do not have to abide by a judge's ruling. I also do not understand how "the team" can decide where they will place our daughter. Can they just do this without the parents and/or guardians consent? Can they make decisions on their own? Do we not have a voice in this? How can they get away with being so intimidating and blatantly ignoring the courts order? In the letter written to us from Joseph P. Foley he states that "with the announced closure of the Fernald Developmental Center, placement planning meetings have become an integral component of the work the DMR does to identify appropriate residential options for Fernald Residents". We have been told that there has NOT been an announced closure of Fernald, and that you and only you, Judge Tauro, will give that directive. If that is true why is the DMR continuing to hold these meetings? Are they above the law? I feel these meetings are meant to be threatening and harassing to all of us and should not be held until you make your decision.

It is so interesting to me that a new Governor comes into town and after only a few weeks he decides to close the residential schools for the retarded. He gives this assignment to Mr. Morrissey, who seems to relish this job, and then Mr. Romney after opening this kettle of worms gets up and leaves town. Personally, I think he wanted to try and make the budget cuts and went after the innocent that could not fight back. I think he forgot about the families that would not go down so easy. Otherwise, was there a point to all of this? Why hasn't anyone asked the families and guardians what their thoughts are about what to do with Fernald. We have lots of ideas that would be beneficial to everyone. Fernald is our community, who would be better to ask? Our families need to stay where they are. This can be fixed without disrupting anyone. Our daughter has been there since she was a baby, over forty years. She is profoundly retarded. Fernald is the only home she has ever known. She is loved there. She is well cared for. She knows the staff's voices and their touch. They know when she is happy or sad or uncomfortable. They know when she is tired or hungry, they know if she just needs a little bit of extra attention, and they give it to her. To evict her from her home is just plain cruel and heartless. It's the same for all the residents at Fernald, this is their home, they are all family, and no one should be evicted. Health wise it will be devastating to many of them, especially the residents in Teresa's unit, they all have too many health issues and probably would not survive a change. I realize that the current trend is to move away from institutional type settings to home based care. I guess that is okay even though I don't agree with it and I feel it is going to prove to be a disaster. For all the residents that are presently in this setting there should not be a change. They should be excluded from this new theory. They should be left where they are. The schools can stop accepting any new clients and go forward with the home based, smaller setting living situations. But this new trend should not disrupt the residents that have been at Fernald or at the other schools their entire lives. Judge Tauro, this can be worked out with just a little effort on everyone's part. The DMR and Mr. Morrissey should not be a dictatorship.

Judge Tauro, I have been a registered nurse all of my adult life. I have worked in Pediatrics since 1962. I worked in the newborn nursery for 15 years. Then in 1979 I left the hospital setting and went to an office setting in

Pediatrics. Everyday of my life I help children and the families of these children. I know where to go for all their needs, whether it's a medical issue, or a school issue, a social issue, and unfortunately, sometimes it's a drug or alcohol problem, or a pregnancy issue, it doesn't matter what the problem is I know how to guide the child and the families. Can you imagine what it is like to be able to help everyone else's children and families and now my own daughter needs protection from the system and there is not a thing I can do to help her. It's heart breaking to us. It keeps our family awake at night because we are so worried, it's all we discuss, and our hands are tied. I just do not understand how and why all of this can be happening. When we have meetings at Fernald I look around the room and none of us are kids. We are all getting older and we all worry what will happen to our family member if something happens to us. Who will fight their battle? We all just want our family member to be safe and to remain in the secure home that they have lived in all their lives. The home that is familiar to them with the caregivers that know them and love them. The Fernald grounds are absolutely beautiful. It would be a shame to turn this beautiful area into a corporate world. It is beautiful all year but in the fall it is picturesque, we love walking the grounds with Teresa. As we take our walks everyone that we see knows her and comes up to speak to her. She cannot answer them but you should see the smile on her face. She recognizes all of them by their voice or touch.

I don't know what your decision will be. I pray it's in our favor, I keep telling my family that you always do the right thing for Fernald, and I hope you will do so again. But, if you do decide against us I just want you to know that regardless of how I will feel at that time I just want you to know how grateful we are for all the years of loyalty and support and respect that you have always extended to all of us.

Thank you for listening and caring.

Respectfully,

*Maureen Sullivan Kacinski*

Maureen Sullivan Kacinski

Enclosures