

# The Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452-6302
(781) 894-3600
FAX: (781) 398-0345

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**JudyAnn Bigby, MD**
Secretary

**Gerald J. Morrissey, Jr.**
Commissioner

**Diane Enochs**
Assistant Commissioner

**Linda Montminy**
Facility Director

January 24, 2007

Mr. & Mrs. Richard S. Kacinski
172 Ashcroft Road
Medford, MA 02155

Dear Mr. & Mrs. Kacinski,

I am writing to you in response to your letter of December 29, 2006 addressed to Linda Montminy, in which you stated you would not be attending the placement planning meeting of your daughter, Teresa Kacinski. With the announced closure of the Fernald Developmental Center, placement planning meetings have become an integral component of the work the Department of Mental Retardation (DMR) does to identify appropriate residential options for Fernald residents. As part of their departmental duties, DMR employees must meet to discuss the support needs and preferences of specific Fernald residents to plan for their transition from the facility. Guardians and family members of current Fernald residents are urged to participate in these meetings to ensure that their questions are answered and their preferences are taken into consideration.

We were very sorry that you chose not to join us on 1/17/07 at the meeting held to develop a specific placement plan for your daughter, Teresa Kacinski. Richard Santucci, Associate Director from DMR's Northeast Residential Services (NRS); Cathi McDonald, Clinical Director and Sherrill Hayter, RN from the Metro North Area Office of DMR and Christopher Fernando, Teresa's QMRP from Fernald participated in the meeting with me. All the participants were there to offer information and answer questions you may have had.

Based on the information provided by Teresa's ISP Team about her needs, Mr. Santucci was able to present information about a residential service option available to Teresa. DMR's Northeast Residential Services (NRS) provides state-operated homes staffed by employees of the department. A new duplex home to be operated by NRS is currently being planned specifically for individuals currently residing at Fernald. Construction of this modular duplex is scheduled to begin soon in Chelmsford. This duplex home will be wheelchair accessible and offer 4 individual bedrooms on each side. Each bedroom can be decorated to reflect the taste/preferences of each individual. Because the home is being designed and constructed to meet the needs of our individuals, they will be able to meet their wheelchair and other physical support needs. Hallways in each of the homes will be wide and there will be 2 bathrooms on each side. A special tub will be

present on each side that will accommodate the needs of individuals who currently rely on a shower trolley for bathing. The other bathroom will be able to accommodate a roll-in shower chair for bathing. Ceiling lift tracks will be installed in the homes to allow for easy transition of the individuals in and out of their wheelchairs. Staffing patterns for each of the homes will be based on the needs of the individuals. Nursing will be provided according to need. Teresa currently requires 24 hour nursing and would need the same level of support in her home.

As a result of the Placement Planning Meeting, the Metro North Area Office of DMR and the staff from Northeast Residential Services will continue to plan for Teresa's inclusion in this new residential option. We believe this is an opportunity for us to work together on Teresa's behalf. Although you did not participate in the planning meeting, I urge you to become involved with the next steps of the placement process. Your feedback is important and the issues that are important to you in planning for Teresa's placement out of Fernald will be taken into consideration. If you are interested in discussing the plan described above or in becoming more involved in the development of a new home for Teresa, please feel free to contact me at (781) 894-3600, x2391 or Christine Oliveira, ITP Team Supervisor at x573. Either of us will be happy to assist in any way we can.

Sincerely,

Joseph P. Foley
ITP (Individual Transition Planning) Team

Cc:   Christopher Fernando, QMRP/Service Coordinator for individual record
      Richard Santucci, Associate Director, DMR Northeast Residential Services (NRS)
      Cathi McDonald, Clinical Director, DMR Metro North Area Office
      Linda Montminy, Facility Director, Fernald Developmental Center