*Maureen Sullivan Kacinski*
*172 Ashcroft Road*
*Medford, Ma. 02155*

February 19, 2007

Joseph P. Foley
Individual Transition Planning Team
Department of Mental Retardation
Fernald Developmental Center
200 Trapelo Road
Waltham, Ma. 02452-6302

Dear Mr. Foley,

I am writing this letter in response to your letter of January 24, 2007 regarding YOUR meeting to discuss the placement of OUR daughter, Teresa Kacinski.

In that letter you state "with the announced closure of the Fernald Developmental Center" placement planning meetings must be held. Excuse me, but, as of today February 19, 2007 there has not been any announcement of Fernald closing. Judge Tauro has not made a decision one way or another, and from my understanding it will be Judge Tauro not the DMR that will make that determination.

It is amazing to me how bold and arrogant the DMR is to continue with these placement meetings. It behooves me to understand how a group of individuals who do not even know us could make plans for Teresa, OUR daughter, she certainly does not know you. We do not know you Mr. Foley, or Richard Santucci or Sherrill Hayter, RN, or Cathi McDonald. How dare you have a meeting to discuss Teresa's needs without her parents being in attendance? We are not only her parents but also appointed by the court as her guardians. Decisions regarding her are made by us NOT the DMR. Her residence is Fernald. This is where she will be staying until the time comes that Judge Tauro says differently. Any decision that the DMR makes regarding the placement of Teresa, OUR daughter, is unacceptable. Further more Chelmsford is out of the question!!!

A year or so ago there was a meeting for all the families and guardians to "update us on the operations at Fernald." At that meeting we were told that "families get in the way" particularly at the time of transfers. I will never forget that statement. It made it perfectly clear to all of us that you think we should just sit back and let you make decisions for OUR family members. It is not going to happen! Teresa is OUR child and WE as her family will make decisions for her. Please, just stop having meetings regarding her. We are involved! That is why we did not attend YOUR meeting. And furthermore attending your meetings are unproductive because you never listen, all you do is become arrogant, self-righteous, and try very hard to be intimidating.

You go to these meeting because it is your job. We are not going to YOUR meeting, until Judge Tauro speaks, because Teresa is OUR child. And don't forget, any further decisions regarding her are OUR decisions NOT yours.

Sincerely,

*Maureen Sullivan Kacinski*

Maureen Sullivan Kacinski

cc:
Fernald League
Christopher Fernando, QMRP/Service Coordinator for individual record
Richard Santucci, Associate Director, DMR Northeast Residential Services
Cathi McDonald, Clinical Director, DMR Metro North Area Office
Linda Montminy, Facility Director, Fernald Developmental Center