UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Robert Simpson Ricci, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | Civil Action No. | 72-0469-T |
| v. | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| Robert L. Okin, et al., | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| Defendants | ) | | |
| | ) | | |

## PLAINTIFFS MOTION TO STRIKE THE DEFENDANT S PLEADING FILED ON FEBRUARY 28, 2007

Now come the Plaintiffs and move this Court to enter an Order striking the Department of Mental Retardation's Response, filed on February 28, 2007, to the Disability Law Center *et al.*'s Motion to Modify, and the Fernald Plaintiffs' Motion to Extend, the Court's Order of February 8, 2006 for reason that the Defendant's twenty-eight-page Response was filed beyond 14 days after January 31, 2007, the filing date of Plaintiffs' Motion to Extend, in violation of Rules 7.1(b)(2) and 7.1(b)(4) of LR, D. Mass.

Respectfully submitted,
Fernald Plaintiffs
By Their Attorney

DATED: March 5, 2007                    /s/ Beryl W. Cohen
                                        Beryl W. Cohen
                                        11 Beacon Street
                                        Boston, MA 02108
                                        (617) 742-3322
                                        B.B.O. 088620

## CERTIFICATE OF SERVICE

I, Beryl W. Cohen, Class Counsel for the Fernald Plaintiffs, do hereby certify that a copy of the above Plaintiffs' Motion to Strike the Defendant's Pleading Filed on February 28, 2007 is being mailed via first class to all counsel of record who are not registered with the Court's Electronic Filing system.

Date:   March 5, 2007                    /s/ Beryl W. Cohen
                                        Beryl W. Cohen