FILED
CLERKS OFFICE

2007 MAR -6  A 1: 34

DISTRICT COURT
DISTRICT OF MASS

March 5, 2007

William F. Gear
109 Neponset Ave.
Roslindale, MA. 02131
Billyzone@aol.com
617 363 0054


Honorable Judge Joseph Tauro
U.S. District Court
4 Courthouse Way Rm. 2300
Boston, MA. 02210

Dear Honorable Judge Tauro:

My name is William F. Gear and I have tried to keep you up to date regarding the difficulty I have been experiencing getting an ISP implemented for my daughter Gena Gear, a former resident of the Fernald. It has been 10 years since Gena has had an ISP implemented. I went through the appeal process and won in but still no ISP for Gena. It seems to me that the DMR could easily implement an ISP for Gena but they continue to fail on the basis that their rules don't allow it.

They claim that it costs approximately $165, 000 to support a client at Fernald. Providing supports for Gena would cost so much less if the DMR would implement a staffed living situation for Gena. I am hoping that you will help me to bring this to the attention of the DMR. I have been unsuccessful despite my ten years of trying.

I sincerely appreciate the interest you have shown in this matter, especially the 2005 Ricci, et al versus Okin, et al. meeting 2005.


*[signature]*

William F. Gear

CC: Attorney Beryl Cohen

*I am going to be in attendance on March 7, 2007*