# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation

**Metro Region**
200 Trapelo Road
Waltham, Massachusetts 02452

Tel. 781 894-3600   Fax 781 314-7579

**Deval L. Patrick**
*Governor*

**Timothy P. Murray**
*Lieutenant Governor*

**JudyAnn Bigby, M.D.**
*Secretary*

**Gerald J. Morrissey, Jr.**
*Commissioner*

**Gail Gillespie**
*Regional Director*

03/01/07

William Gear
109 Neponset Avenue
Roslindale, MA 02131

Dear Mr. Gear:

I am writing in response to your request for various items for your home and other requests made to the representatives of the Area Office.

Mike Reed informed me of the issues you wished to be addressed. The Department's response is as follows.

First, I would like to respond to your statement that services being provided to Gena are not "equal to or better" than services provided to individuals in an intermediate care facility for the mentally retarded (ICF/MR). As Gena's guardian, you have refused services offered and recommended by the Department for Gena for the last several years. You have instead chosen for Gena to live with you, refusing all residential program models offered, as well as recommended day programming.

**Family Support Model**

As Gena's guardian, you have chosen the Family Support model of care for Gena. The Family Support model is a service model utilized to support individuals whose families choose to support the individual in their own home with some support from the Department to the individual. Gena's allocation of Family Support is currently $1512.00 per week, or $78,624 annually. From this allocation, you have hired staff at the rate of $18.00 per hour to provide support to Gena in your home. In addition, the Massachusetts state Medicaid program, MassHealth, has approved 21 hours of service per week by a Personal Care Attendant (PCA) which would supplement your allocation of paid support hours for Gena. Finally, the Department has offered a day program for Gena which could provide support fo 6 hours per day; to date, you have refused this option for Gena. If you chose to utilize all of these services, we believe that you would have a very intensive family support package of services.

You have requested that the Department allow you to receive the weekly Family Support stipend without the need for filling out time sheets or otherwise tracking the expenditures. This is

unacceptable. State law mandates that all expenditures made by all state agencies must be clearly documented and readily available for inspection. The time sheets that must be completed by your staff are necessary in order to meet the requirements of these laws. These laws would also make it impossible for the Department to give you the money to save to buy a home or give you up front cash in case of an emergency as you suggested. The Department requires all of its provider agencies to comply with these laws. Therefore, we cannot meet your request for another agency in order for you not to comply with these requirements.

**Other Service Models Available for Gena**

The Department has offered many other service models to support Gena. Some of these include:

**Shared Living**- The Department offered this model after you requested that Gena move to the Southeast Region. After many meetings to discuss a shared living model and specific provider, you rejected this offer. The Department is willing to revisit this residential model in the Metro Region if desired.

**Community Residential Placement**- The Department will offer Gena placement in a (24) hour community-based group home either run by the Department (state-operated) or a non-profit provider agency.

**Placement in an Intermediate Care Facility for the Mentally Retarded (ICF/MR)**- The Department will screen Gena for a facility placement on a short or long term basis. The Department does not believe that this is the least restrictive setting for Gena, but will explore it with you if this is your choice.

**Staffed Living Arrangement**
The Department cannot support your request to share living with Gena in a (24) hour staffed living arrangement funded by the Department.

**Vacation Staffing**
As we have in the past, the Department will fund one week's vacation staffing for Gena. You are free to choose to vacation in Canada longer than one week but the Department will not fund staffing for longer than one week.

**Request for New Furniture for the Family Home**
The Family Support Guidelines do not allow expenditures for furniture for the family home as you have requested. A new mattress was purchased for Gena with her Family Support stipend. You can continue to work with Bay Cove staff around your family support plan and services and goods for Gena within the family support guidelines and within your allocation.

**Request that DMR Pay for Covered Medicaid Services**
Gena is eligible for Medicaid services and has the ability to access medical services using her Medicaid card. As a policy matter, where an individual is eligible to receive medical assistance through the MassHealth program, as Gena is, the Department does not pay for such medical assistance through its appropriation. As you know, Gena has been receiving services

from Commonwealth Care Alliance. This agency can assist you with planning to get to medical appointments.

**Community Integration**

You have identified ongoing issues with Gena's ability to access the community due to her fear of leaving the vehicle once a destination is reached as a barrier to community activities. Gena's provider, Bay Cove, has requested your assent to creating a desensitization and behavior plan which would allow Gena to get accustomed to going outside by using positive reinforcers. This would also allow Gena to have the recommended evaluations proposed by Dr. Julian such as the Sensory Integration Evalution, an EEG, the Genetics evaluation and the Occupational Therapy evaluation.

If you have any further questions regarding these issues, please feel free to contact me.

Sincerely,

*[signature]*

Gail Gillespie
Regional Director

Ccs:    United States Attorney Michael Sullivan
Marianne Meacham, General Counsel
Kim LaDue, Assistant General Counsel

3