UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION FOR RETARDED CITIZENS OF MASSACHUSETTS, INC., et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * * | Civil Action Nos. 72-0469-T<br>74-2768-T<br>75-3910-T |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION, et al., | * * * * | 75-5023-T<br>75-5210-T |
| Defendants. | * | |

ORDER

March 7, 2007

TAURO, J.

After a Hearing held on March 7, 2007, this court hereby orders:

1) All interested parties may file a response to the Court Monitor's report of March 6, 2007. Responses are due by May 31, 2007.

2) Fernald Plaintiffs' Motion to Continue Court Order of February 8, 2006 [#138] is ALLOWED, pending further order of this court.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge