UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON, et. al. )<br>)<br>Plaintiffs, )<br>) Civil Action Nos.<br>v. )<br>) 72-0469-T (Belchertown)<br>ROBERT L. OKIN, et. al., ) 74-2768-T (Fernald)<br>) 75-3910-T (Monson)<br>Defendant. ) 75-5023-T (Wrentham)<br>) 75-5210-T (Dever)<br>) | |

**MEMORANDUM IN SUPPORT OF THE MONITOR'S MOTION
REQUESTING A VOLUNTARY TRANSFER OF
▓▓▓▓▓▓▓▓▓▓ TO A COMMUNITY RESIDENCE**

The Monitor, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Memorandum in Support of his Motion requesting a Voluntary Transfer of ▓▓▓▓ ▓▓▓▓ to a Community Residence in ▓▓▓▓ Massachusetts. The request for this transfer is being made through ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓.

A.  Medical History (brief overview)

In an attempt to independently glean a full understanding of the medical status and requirements of individuals seeking to transfer from Fernald, our office hired independent medical doctors with a history of caring for individuals afflicted with mental retardation. We asked both counsel for the plaintiffs and the defendants to provide a list of qualified medical professionals that had experience in treating and servicing individuals with mental retardation. Once the list was finalized, it was distributed to both counsel for the plaintiffs and the defendants. A period of time was allowed for our office to receive comments, suggestions and concerns regarding the list of medical professionals. Three medical doctors were chosen by our office and we have asked these

doctors to review the medical history of individuals seeking to voluntarily leave Fernald for community residences, or to transfer from Fernald to another ICF/MR. Robert Baldor, M.D. was asked to review the medical history and future medical needs of ▮ (full report attached). Dr. Baldor is a Board-certified family Physician and has a practice at the University of Massachusetts Medical School in Worcester. His current practice includes caring for individuals with intellectual disabilities, and he makes house calls to group homes where 4-8 individuals with mental retardation reside. He also worked at Belchertown Development Center when it was operational.

    Dr. Baldor has provided our office with the following medical overview. ▮ was born on ▮ and has lived at Fernald since ▮. ▮ suffers from mild mental retardation, epilepsy and some behavioral issues due to a febrile illness at the age of ▮ On average ▮ suffers from 2 - 6 seizures monthly. ▮ is treated with an application of the VNS magnet and sublingual Ativan, and rarely requires such intervention (only once this past year). ▮ also needs to be transported to ▮ neurologist at the Beth Israel Hospital for regularly scheduled visits. ▮ dental services will continue to be provided by Tufts Dental facility, and ▮ primary care physician will be located in ▮

    ▮ behavioral issues are intermittent and include verbal abuse (2 - 3 per month) and physical aggression including hitting, kicking and pushing. ▮ care givers should be aware of appropriate behavioral modification techniques to address any behavioral issue.

    ▮ also suffers from some minor chronic medical conditions including GERD, constipation, seborrhea, dyplastic nevi, tachycardia and a requirement for SBE prophylaxis. ▮ requires medication for these medical issues, and these medical issues are stable, common conditions that are well within the abilities of a local primary care physician to monitor. Overall,

███ requires minimal assistance with ███ activities of daily living (ADL's) for hygiene and completion. ███ currently attends a day program part-time and goes to restaurants regularly.

II.     The Community Residence

Our office visited the proposed community residence for ███. The Provider that operates the home is Southern Residential Services (SRS). SRS is a Department of Mental Retardation Sponsored provider. Since 1993 SRS has become one of the largest providers of residential services in the Commonwealth of Massachusetts. SRS provides 24 hour residential supports to 277 individuals in 60 community homes throughout Southeastern Massachusetts. SRS currently supports 203 RICCI Class Members, and employs approximately 800 employees including direct support staff, LPN staff, RN staff, and nurse practitioners. Many of the homes support individuals with complex medical needs. Five of the homes provide 24 hour nursing supports for medically fragile people. These needs include, but are not limited to the following: medication administered through a feeding tube; changing or replacing a feeding tube; urinary cauterizations; naso-tacheal or tracheal suctioning; tracheotomy care; mechanical ventilation; intramuscular or subcutaneous injections; soap suds enemas; cardio-respiratory assessment; and assessment of individuals with recent hospitalizations and/or surgery.

The specific house that ███ will reside is located in a quiet neighborhood. The home is well maintained and extremely attractive. The home will employ staff that are fully trained in detecting and responding to epileptic seizures. The home also has 24 hour nursing care and will be home to four other men and two ladies. The home has an eight person capacity. The activities in the home are varied and include a number of activities to keep the residents active and involved in their community. ███ will have a myriad of activities available to ███ and some of these activities will include the following: visiting the mall; going to restaurants; miniature golf; going to

the movies; outdoor activities; and the YMCA.

III. The Day Program

███ will be attending █ day program at the ███████████ in ███████, Massachusetts (program description attached). The day program is located 7 miles from █ residence. Staff at the day program will be trained by SRS nursing staff to monitor and respond to any seizures that ███████ may experience. While at the day program, ███████ will be responsible for sorting cans in a can processing area where █ will be trained to distinguish between approximately 7 different distributors. Each distributor's containers will be introduced to ███ one at a time. For example, █ may start with Coca Cola products and then move on to other high-volume distributors when █ is comfortable. █ may move into the plastic container sorting area at a later date and learn the sorting process on that side if █ so chooses. There will be a reclining chair in ███████ work location if █ feels █ needs to sit down periodically to rest.

IV. Final Assessment

Upon meeting ███████ having numerous conversations with ███████ guardian ███████, visiting the proposed new residence in ███████ and █ day program in ███████, and having Dr. Baldor conduct a medical assessment of ███████ ongoing health needs, it is the opinion of the Monitor that ███████ can receive equal or better treatment at this particular community residence. Ultimately, although ███████ has frequent seizures, the proposed residence in ███████ will have staff fully trained to monitor and respond to █ seizures. Also, Dr. Baldor concludes that an intercom system within █ room would allow for unobtrusive monitoring of any nighttime seizure activity. Lastly, Dr. Baldor suggests that a customized chair with back supports be available to prevent ███████ from tumbling backwards during a seizure.

Lastly, both ███████████████ are weekly visitors to Fernald. ███████

4

have moved ▮ and the distance between them and ▮ has resulted in a one hour drive in each direction. ▮ would prefer to have ▮ living closer to ▮ in the community so that ▮ are visit ▮ more often and have ▮ visit ▮ respective homes more frequently. Given that the services and safeguards will be in place for ▮ to move to the community, we believe ▮ move can be accommodated successfully and the services received will equate to the services ▮ is currently receiving.

WHEREFORE, based on the findings herein, the Monitor moves this Court to allow the voluntary transfer of ▮ to a community residence in ▮, Massachusetts.

> By the Monitor,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: _/s/ Michael J. Sullivan_
> Michael J. Sullivan
> United States Attorney
> Rayford A. Farquhar
> Deputy Chief
> Civil Division
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3100

Dated: March 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 12, 2007.

_/s/ Rayford A. Farquhar_
Rayford A. Farquhar
Assistant U.S. Attorney