UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action Nos. | |
| v. ) | |
| ) 72-0469-T (Belchertown) | |
| ROBERT L. OKIN, et. al., ) 74-2768-T (Fernald) | |
| ) 75-3910-T (Monson) | |
| Defendant. ) 75-5023-T (Wrentham) | |
| ) 75-5210-T (Dever) | |
| ) | |

**MOTION OF THE MONITOR REQUESTING A VOLUNTARY TRANSFER OF ▆▆▆▆▆ TO A COMMUNITY RESIDENCE**

The Monitor, Michael J. Sullivan, United States Attorney for the District of Massachusetts, herein files this Motion requesting a Voluntary Transfer of ▆▆▆▆▆ to a Community Residence in ▆▆▆▆ Massachusetts. As grounds for this Motion the Monitor has ascertained, through the review of an independently hired medical doctor, that ▆▆▆▆ can receive equal or better services in a community residence in ▆▆▆▆. In further support of this Motion the Monitor herein attaches a Memorandum in Support of his Motion for a voluntary transfer from Fernald. Given that this filing is redacted, this individual will be referred to as transfer 001.

Wherefore, based on the findings and analysis in the attached Memorandum in Support of this Motion to Transfer, the Monitor herein moves this Court to allow the voluntary transfer of ▆▆▆▆ from Fernald to a community residence in ▆▆▆▆ Massachusetts.

*Allowed & so ordered*
*JL Tauro DJ*
*3/12/07*

By the Monitor,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Michael J. Sullivan
United States Attorney
Rayford A. Farquhar
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: March 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 12, 2007.

_____
Rayford A. Farquhar
Assistant U.S. Attorney