Thank you Judge Tauro for helping me to stay in my home at Fernald. I Love it here.

God Bless You

Margaret Rouleau

