# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

## BUILDING REPRESENTATIVE COMMITTEE MINUTES
### March 4, 2007

The Building Representative Comm. Meeting, chaired by Dorothy O'Rourke, was held on Sunday, March 4, 2007, in the Withington Conf. Room, at 1:30 p.m. The following were in attendance: Regina Davidson, Ed & Dolly Haddad, Peg & Joe Hughes, Grace Lerman, Marilyn Meagher, Susan O'Rourke, Dorothy Rouleau, Alexandra Turner, Diane Walsh and Jane Webber, followed by Fernald Staff: Gale Conley, Diane Enochs, Anne Kelley, Susanne Kingston, Gail Lawrence, Linda Montminy, Eunice Richards and Linda Roedder.

Guest Speakers were Asst. Comm. Diane Enochs, Facility Director Linda Montminy, and Director of Nursing Linda Roedder. Diane Enochs was first to speak. First she thanked the Fernald League for the work that has been done in time of stress. She then gave a presentation on the Dept. of Mental Retardation Budget for Fiscal 2008. State facilities for the Mentally Retarded for the operation of facilities for individuals with mental retardation was $180,430,895, but will take a cut of $3 million. Services for the mentally retarded who turn 22 years of age willl take a small cut from $5,500,000. Autism Division for support for families, $3,002,672. Community Residential Program for the provision of community-based services for adults provided that $87,812,812 shall be expended for the fiscal year 2008. Cost of the settlement in Boulet vs. Cellucci - $767,435,848, a $2 million cut. On July 1st cuts will be made. A budget meeting will be held at 10:00 a.m. in the Gardner Auditorium. In general, the DMR was asked to do a cut of $17.5 million. Overall plan to be discussed for an Emergency Plan. 80% of budget at Fernald is union/labor.

New pictures will be taken of residents for their record. There will be parent input on the emergency meetings of epidemic or disaster. In case of a Pendemic Flu epidemic, the Fernald would become a hospital. Parents would like letters sent to the Administration regarding the residents to be put in clients' records. Diane went on to discuss key functions: 1) Protect individuals who we support and protect staff. 2) How to guide us once emergency is over. 3) Residential and day supports met, food and shelter. 4) How will we get volunteers and training piece. 5) Assure access to local supports. 6) Relocation – the decision process and notifying families and who takes over. 7) Individuals' records. 8) When and how you terminate emergency. 9) Statewide meetings and drills continue. Every facility has a plan; ours soon will be on the internet. And lastly, our biggest challenge is communication. If cell phones go down, text messaging will work.

Linda Montminy's presentation follows. She assigned essential functions to people. They did site-specific plans…Safe shelter – structure of buildings, residential staffing where we may be at minimal staffing, when to say we can't function, what is the absolute basics for care. The group working on that. Activities for daily living – creating fact sheets on clients. Creating a way for unfamiliar staff to know clients. Nutrition – Morrison chain of command. We have 10 days of disaster food, not 3. Housekeeping also doing a plan to maintain a healthy environment so we do not spread germs. Everybody would get paid working with unions at a statewide level regarding emergencies. In closing, Linda's next meeting will be March 20th.

Linda Roedder was next to speak. She said that Liberty would guarantee a doctor (on grounds). She is putting together a plan, staffing, supplies, stocking for one month. Supplies – storeroom supplies, diapers – we have a list – a 30 day supply. Nursing Dept. can make determination if people can stay back even if day program is open.

**Building Representative Minutes**                          - 2 -                                       **March, 2007**

Our President, Marilyn Meagher, reported that during the months of December and January she had the occasion to drive by the Chapel numerous times noticing a lone little Christmas tree all lit up and decorated with red ribbons and peanut butter filled pine cones for the birds. She was touched by the effort of someone who thought enough to take the time to do this. I'm sure anyone who drove by the tree was as touched as she was. Thank you to the person(s) who took the time to make a difference!

**Cottage 7 – Jean Salvucci reporting.**
1. Again, sheets, bed pads, towels and diapers in short supply on the weekends.

**Cottage 8 – Jane Webber reporting. (3/8/07)**
1. When I arrived in the A.M., the toilet in bathroom A22 had overflowed and was being repaired. Thank you.
2. There are still fleas in the building, specifically in the kitchen.
3. The exit door (A26) has a large space at the bottom where animals can get in. Please repair.
4. Again, this cottage is very clean. I can see how hard the staff and housekeeping are working. Thank you.

**Cottage 9 – Dorothy Rouleau reporting.**
1. Room A5 – Corner wall (bottom) has flaking paint. Wallboard needs to be attached (just above the flaking paint). Room needs to be painted.
2. Room A22 Bathroom – urine/feces odor and needs thorough cleaning.
3. Room A20, Laundry Room – EcoLab tubing has a hole causing suds, etc., to empty onto the floor.
4. Rooms A20 and B20, Laundry rooms – Floors need to be cleaned and buffed.
5. Serious ant infestation on the B-side of this cottage. The nest needs to be located and destroyed.
6. Room B-21 – This room should be used as a breakroom for the direct care staff working on the B-side of this cottage. At this time, there are four storage rooms and four closets in this cottage that can more than accommodate materials. The sheets, etc., could be stored in any of these areas instead of this small room. The direct care staff need a breakroom on the B-side of this cottage to place their belongings and for breaks. It also would allow them to be close at hand for emergency or other circumstances that may arise in the protection and care of those residents entrusted to them.
7. CT has been provided with 1:1 round the clock supervision for one full year. This is an accurate and wise decision by the Administration. It is now time for CT to be returned home to Cottage 9 with the same 1:1 round the clock supervision that has been determined necessary.
8. Bread should be provided every day as has been the practice for years.
9. Residents clothing are neatly folded in their chests of drawers and very orderly in their closets in this cottage. It is impressive.
10. Direct care staff are responsible for the care of the residents, by virtue of their title. Cleaning should be the responsibility of a cleaning staff.
11. Five staff is seriously limited for the responsibilities of the Equipment Specialists at Fernald, as well as other staff responsible for its operation and function.
12. Please repair outstanding sewerage problem. This is influencing showers, etc.

**Cottage 11 – Dolly & Ed Haddad reporting.**
Men's side
1. Laundry Room – Cabinet can still be cleaned, even if it will be done over soon.
2. A-22 Bathroom was to be completed by 2/9/07. This is the third month reporting. What is the reason to wait until 3/15/07?

**Building Rep. Minutes** - 3 - March, 2007

3. A-8 Bathroom – Third month – These are important issues and should not be prolonged another month.
4. A-7 toilet and safety seat loose. Also, seat belt needs changing.
5. Nurse's Station – Bathroom has bad urine odor.
6. A-12 Storage room – neat but floor is dirty.
7. Front Day Room – Is this TV owned by a resident or donated to other clients? If the latter, then a letter is required to protect clients in case the resident leaves that it will be left for clients.

Kitchen
8. Floor needs repair and painting.

Women's side
9. B-7 Bathroom – loose sink.
10. Fleas – fleas – fleas!
11. All doors need paint.
12. A-25 Storage room – must do something with shelves. Need some type of cleaning. Also, stains on ceiling and puddle on floor (very unhealthy).

**Cottage 13 – Dorothy O'Rourke reporting. (3/4/07)**
1. Five floats. Why is the scheduling of regular staff all allowed to take the same day off! Very upsetting to the residents to have floats and not familiar staff. Whoever shaved a resident on morning shift was not familiar with the resident and cut the face of the resident. Cuts still obvious when parent visited late in the afternoon.
2. Cottage A&B side neat and clean. Decorations for St. Patrick's Day are very nice. Thanks to nurse and staff.
3. The alarm installed on swinging doors on A-side not very good. Staff did not hear the alarm when parent tested the alarm. Need a hard-wired alarm. Also, waiting for the alarm on door on the left at the horseshoe. Crew has not come back to finish the job. I understand that Human Rights has approved of these alarms.
4. Still waiting for furniture – 2 couches needed; one for A-side and one for B-side – **couches, not cushions**. Frames of couches are not sturdy. Also need 4 tables for dining room, not 2.
5. Thank you for not sending residents out on Mar. 6th. Very cold with wind chill below 0.

**Farrell Hall – Grace Lerman and Ken Mallory reporting. (3/8/07)**
The walkthrough today was done by Ken Mallory and submitted after review by Grace Lerman. Talked with Peter Lash who is my sister Nancy's psychologist and got a good report. I also spoke briefly with Mark Lewis.

To make this report more efficient, the reader can assume that the resident rooms, living rooms, bathrooms, supply rooms that do not appear in this document are considered clean, disinfected, organized, free of unpleasant odors. The places that are included here are ones that need improvement. To be fair, each time I have done a Farrell Hall review, I have encountered a cleaning person who is on staff and who cleans the apartments regularly. Today, by the time I had arrived, he had visited all but Apt. 2 and what I saw in the other apartments was after he had a chance to clean them. I think he does a good job for the most part.
1. The walkway and stairs to the entrance of Farrell Hall were free of snow and ice.
2. The heat level on entry was good, perhaps a little too hot, but the only way to deal with this is to open windows to cool an area off.

**Building Rep. Minutes**            - 4 -            **March, 2007**

3. There was no offensive smell in the entry common room, the chairs and sofas were neatly arranged and uncluttered, and the water cooler provided a ready supply of cold water.
4. The two bathrooms C112 and C119 for women and men respectively had just been cleaned so the toilets had disinfectant in them, the paper towel dispenser was full, there were several rolls of toilet paper, the sink tops and bowls were sparkling clean, and the hot and cold water both worked. There were wet paint signs in both bathrooms. The only signs of disrepair were the bottom edge of the toilet stall wall, which as reported in the previous month's visit, still had chipped paint. The sink in C119 has a need for more caulking in the back edge (there is a gap).

Apartment 1
1. There was a clean smell in the walking area leading from the common room to the entry of the apartment complex.
2. I stopped at the Nursing Office (155) and talked to two staff there. They did not seem to think there were any problems to report except for the need for a sink in the nursing station, a request that was made 3 years earlier but never followed through on. The staff member who made the suggestion emphasized how important it is to have nursing staff be able to easily clean and disinfect their hands to not transfer germs. To do this, a new pipe would have to be brought in. I think it is a good idea.
3. The supply room C115 had neatly folded linen, the smell was fresh, and the ADL kits were OK, but mostly empty. ADL kits need to be re-supplied.
4. BR 109 – Clean and neat room, bedspread neat although there were fade stains (discolorations, but with no odor) on the bedspread. Most of these rooms are warm. The dresser had neatly folded clothes.
5. BR108 – Neat clean room with carefully arranged stuffed animals, the clothing drawers were helpfully labeled (sneakers, hats, gloves, pajamas). The underwear drawer was empty.
6. C114 Bathroom clean, good smell, the shower curtain was in place, sink clean, towel machine full, trash basket empty with new liner. Tiles OK
7. BR107 room neat, clean, clothes neat. The cleaning person was polishing the floor outside of his room.
8. 108 Bathroom just cleaned, toilet disinfected, had paper towels, new trash liner, tiles clean.
9. Living Room 109 – Generally neat, uncluttered, nothing to report.
10. On the other side of the living room, BR104 room especially hot.
    BR102 had a single bed low on the floor because I am told the resident tried to disrupt the ceiling tiles. The room is clean and neat, but there is no clothes cabinet or set of drawers.
11. All the tub/toilet bathrooms in this area were clean, disinfected, well supplied except for C106 where the floor was sticky and there was a single roll of toilet paper in a box on top of the sink.
12. Dining Room 161 – Tablecloths in place, no crumbs, room neat and clean.
13. Exit to the outside in Apt. 1 – This was slightly ajar, as it was last time, left ajar to cool off the room and walkway. I talked with staff about the door and she pointed out the exit door plate at the bottom of the door was not a good fit and might need to be looked at. The door does lock if pulled shut, however. My only concern was if a resident wandered down this way, he or she could get out of the building if the door was left ajar.

Apartment 2
1. Dining Room 1142 generally picked up but it was in the process of being cleaned. Temperature was cooler here because window open.
2. C115 clean but had strong odor.
3. C116 had no shower curtain.

**Building Rep. Minutes**        - 5 -        **March, 2007**

4. BR117 – On the last visit, the recreational room had a bad leak in the ceiling. It has now been repaired and room is clean and no residue from the leak.
5. Most of the resident rooms and bathrooms in the BR121 to 126, toilet 134-136 unremarkable, seem to be clean with no problems. Some of the resident rooms appear to have furniture but no clothes. Many of these rooms may not be used.
6. BR125 floor was sticky, smelly but neat.
7. C137 did not have toilet paper.

**ICF-21 – Marilyn Meagher reporting. (3/8/07 – 11:00 a.m.)**
1. Building was clean on several visits in the past month of February.
2. Summer is coming…What is the status of the split air conditioners that were supposed to be put into all the Malone Park Living rooms?

**ICF-22 – Marilyn Meagher reporting. (3/8/97 – 10:30 a.m.)**
1. Fleas still seen in the building. Cockroaches in the kitchen cabinets.
2. Why are ADL supplies, powder, shampoo, and shaving item, etc., kept in the bathroom cabinet? They should be in individual's ADL kits.
3. How often are toothbrushes replaced?
4. Most of the residents' closets were a mess…laundry issues need to be addressed.

Comments:
February 13, 2007, the whole of Malone Park lost their electrical power. Several residents went to the clinical unit and MP 22 went to Cottage 12 for several days. It was very cold on those days and all residents were kept warm with generators brought into their buildings. Feb. 14th, a large generator was brought in to supply all four units. The problem is with the main electrical wires going into Malone Park. The work on these lines will take several more weeks into March to repair. I would like to express our thanks to Anne Kelley and her team of workers and all the staff in Malone Park for helping out during this crisis!

**ICF-23 – Diane Walsh reporting.**
I attended the March Bldg. Rep. Mtg. on 3/4/07 and gave an overview of the Health Insurance Portability and Accountability Act (HIPPA) and its impact on the building representatives' reports. According to HIPPA regulations, Fernald League members, family members and/or guardian s are not "covered entity" and, therefore, we cannot violate HIPPA rules. The difference of opinion with DMR administration boils down to the information DMR can or cannot provide in its responses about an individual. I believe that the DMR is what is known as a "hybrid entity" under HIPPA rules, that is an entity that includes covered (provider of medical services that bills electronically) and non-covered services (e.g., transportation, day/work programs, recreational activities, etc.), therefore, any information about an individual relative to a non-covered service is not bound by HIPPA rules. We agreed that the building reps. would compile a list of questions that would be submitted to a DMR lawyer (Kim) for review and a written response.

1. Dining chairs – another one of the dining chairs broke. Spoke with Suzanne on 3/9/07 about getting temporary replacements for all of the "Jordan's Furniture" chairs. In my opinion, leaving the remainder of those chairs in place is an accident waiting to happen. Suzanne is going to look for temporary replacement chairs right away. In the meantime, she will speak

**Building Rep. Minutes** — 6 — **March, 2007**

    with Kim from the Legal Dept. about the legal approach with Jordan's and with Linda Montminy about authorizing purchase of permanent replacement chairs.

2. Re: Renovation of Malone #23, given the recent developments in the Federal Court, I am assuming that the planned renovation is on hold. Is that assumption correct?
3. Linen closet door still broken.
4. Kitehcn cabinet door broken.
5. Bedroom #10 still has broken blind.

### ICF-24 – Regina Davidson reporting. (3/5/07)

1. MD Room - blood on floor in front of bureau, on bureau, on wall next to window. (No response needed.) Please follow up with 1st & 2nd supervisor and FM.
2. 5 our of 7 residents had full hampers, 3 overflowing. Spoke to DD (3/8/07).
3. TP clothes were wet. Clothes need to be washed everyday. (No response needed.)
4. Program for all shifts is being worked on by DD and Q. This has been a continual problem at ICF-24. I don't understand it. I will be doing more follow-up in #24.
5. Vents in SDR dirty.
6. Vents in hallway are curling up (wire net). Please have maintenance check. These wire nets have been great.
7. Roof – window being replaced.
8. EL's ADL kit off floor on bureau (No response needed.)
9. Shelves in LDR still need organizing.
10. Not all beds had blankets. Can we define those residents who do.
11. Thanks to Charles & Winton for the special lunch brought to #24 on Mon., Feb. 19th.

### Notes and Concerns

1. On 3/5/07, I met with Anne Kelley and her crew, Peter, Louie and Tom. I wanted to thank them personally for the job they did in Farrell Hall, Apt. 3A bathroom. This was a group effort headed by Anne and others who were not present that day. On Feb. 13th, when electrical problems began at Malone Park, these men started a 2+ day struggle to keep Malone Park running. On Feb. 14th, during the worse ice storm seen in years, these men hooked up a large generator that came to the Fernald at 2:30 p.m. I monitored their enormous effort with Anne Kelley's help. At 6:00 p.m. that night, the generator was hooked up and Malone Park was lit and heated. I was overwhelmed by their efforts under difficult conditions. I was impressed by their deep commitment to each other and to the residents. Anne has been running this department with short staff, injury and illness. How lucky we all are to have such fine and dedicated men who care for and about the Fernald. I appreciate the Administration's effort in bringing the generator to Fernald.
2. I still have concerns about an evacuation plan for Malone Park. The residents of #22 went to Cottage 12. Three residents deemed fragile went to the Clinical Unit. I understand there are 16 beds in the Greene Bldg. It seems too fragmented. A Fernald resident was denied return from the hospital to the Clinical Unit that day because of space. In my opinion, we need another cottage opened and prepared for such problems as this ice storm.
3. Last month's story about MD continued. Jan. 24th Songfest – MD being very pleased with herself, sang to us at home during dinner. Unfortunately, our dog "Luke" started to howl. He never "howls". MD asked why is he doing that! I guess he doesn't like your singing. She did not miss a note and continued to sing louder. Dinner with the Davidsons! (No response needed.) Thanks again to Fran for their wonderful Choral Group.

**Building Rep. Minutes**                    - 7 -                              **March, 2007**

4. How many people are making ceramics throughout the facility? Where and by whom? (My question last month was under Cottage 7 by mistake. I assume we will be having the Ceramics Show this year with the same amount of residents showing their wares.
6. At this time, I will not continue to ask questions of more clarification of questions about the ITP Team.
7. When will the air conditioning units be installed in all of the ICFs?
8. I will be following up with Morrison regarding the delivery of bread to the residents. On 3/5/07, three pieces of bread were in the refrig. at ICF-24. I need more clarification.
9. Client funds and the Petty Cash Office are a great concern. I will ask the FD, Linda Montminy, to review the business hours. We are still looking for 4 replacements in Client Funds.
10. At the Building Reps. Meeting (3/4/07), Nursing Dir., Linda Roedder explained the weather policy at Fernald. Concerns were raised by guardians. I am still not clear about some of the confusion that the nurses struggle with at Malone Park. Sunday Mass should be looked at by each resident, those who usually go, unless we have zero degrees or icy conditions. The staff should make the effort. This is important.

**The next meeting of the Building Rep. Committee will take place on Sunday, April 1, 2007, at 1:30 p.m., in the Withington Conf. Room. Guest speakers will be Dr. Dale Antanitus and Dr. Diane Swiss.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.