Deborah Koziara
8 Monroe Street
Shrewsbury, MA 01545
March 28, 2007

Judge Joseph Tauro
Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Tauro,

    I am writing at your request to voice my wholehearted support of U.S. Attorneys Michael J. Sullivan and Rayford Farquhar's report concerning the Fernald Developmental Center. It is so refreshing to witness the fact that these dedicated professionals actually "get it". They took the time and they listened and they witnessed for themselves the situation at Fernald.
    I also feel that it is in the best interest of the individuals who currently reside at Fernald and would like to remain there and their parents and guardians that they be allowed to do so. For many, there is no "equal or better place."
    Fernald has been home to my brother, David Wasko, for 37 of his 39 years. David cannot wake up in the morning and make ordinary decisions for himself, like what he'll have for breakfast, what he'll wear today, what he'll do today. These decisions are made for him each and every day by a group of attentive and caring staff and professionals at Fernald. David is profoundly retarded and has multiple physical conditions and limitations. He cannot walk or talk or even eat solid food. He communicates his needs by some basic gestures and actions which the staff in his cottage and those who provide his therapies know well. They know him and he knows them. He responds to their voices, their demands, their praise and their encouragement. They are his extended family. They know his normal and likewise they know when something is not normal. They in turn can alert the nurses that something is not quite right. The nursing staff at Fernald know David as well and are very attentive to his needs and know when he is not feeling well. This is so critical for David as he cannot say when he is not feeling well or when his asthma or allergies are flaring up. He knows how to navigate his way throughout his cottage style apartment in his one wheel drive wheel-

chair. David knows the other residents with whom he lives, their voices and their behaviors. For these and many other reasons, I feel that Fernald should remain David's home. Although some individuals would probably benefit and even flourish in well run community group homes, this is not the case for all as the Court Monitor so eloquently points out. Perhaps with some constructive thinking and planning we can improve upon the existing Fernald Developmental Center and allow it to be a fine example of an intermediate care facility for our loved ones.

Thank you for your time and attention to this very important issue for our loved ones and ourselves.

Gratefully yours,

*Deborah Koziara*

Deborah Koziara
(sister & guardian for David Wasko)

cc: U.S. Attorney Michael J. Sullivan
    Attorney Rayford Farquhar