**David R. Kaloupek**
1 Bishops Forest Drive
Waltham, MA 02452
617-794-6283
davidkaloupek@comcast.net

April 5, 2007

Honorable Judge Joseph L. Tauro
United State District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

Dear Judge Tauro:

It has been an honor to attend your Court in matters concerning Ricci class individuals and their guardians. You and your Court are beacons and guiding lights to individuals and families that carry heavy water and complex challenges of living, life, safety and human dignity. Your impact goes far beyond the needs and protections of Ricci v. Okin, et. al. class members.

Through a former colleague and "guardian angel" to a Ricci class lady, I became aware of the issues regarding the housing and care of persons served by the Massachusetts Department of Mental Retardation and Governor Romney's plan to close the Fernald Center in Waltham. I got involved with the Fernald League and learned of the other State owned- and operated-residential centers for mentally retarded adults and elderly men and women targeted for closure as well as the strengths and short-comings of community-based housing and group homes for mentally retarded and developmentally disabled persons.

**Find enclosed is a recent letter to the Editor by Ms. Dorothy Rouleau of Leominister. Ms. Rouleau focuses on the competing interests for limited resources within the Department of Mental Retardation.** She hits the nail on the head for one type of competition for limited taxpayer dollars and assets.

**There is another dynamic to the competition for government-owned assets, that is, the public use vs. private market value of the land at Fernald and other ICR/MR centers.** For thirty years, I worked with teaching and community hospitals and the medical, long-term care and housing for seniors and disabled persons sectors. For more than ten years, we stabilized and turned around troubled government-owned hospitals and long-term care facilities in Massachusetts and other States. For some public officials, a quick sale of valuable public land was the face-saving and cash generating solution to their troubled enterprise.

1

Last Thursday, I made a brief presentation to the Mayor of Waltham and a local citizens' group that has been focusing on the future use of the Fernald Center property. My first priority is for housing and services to current and future generations of adult and elderly men and women with severe and profound mental retardation. I embrace U.S. Attorney Sullivan's report to you with two exceptions.

First, our Governor and Legislature must lead the transform of Fernald to a standard setting example of an ICR/MR, skilled nursing facility and continuing care housing and service community for clients of the Department of Mental Retardation and others. Fernald and other State centers should have an enterprise-based balance sheet, income statement, service and operating plan, facilities and capital plan, open admissions, etc.

Taxpayers and public officials need to know the real cost and benefits of operating the enterprise. DMR and site managers should be measured against quantifiable measures of service, quality benchmarks, revenue, spending and volume of activity. Clients, residents and guardians need a vehicle for communications and conflict resolution. Over time, each DMR center should be transformed to a standard setting enterprise based on the model implemented at Fernald.

Second, the DMR should defer any effort to declare portions of the land to be "excess" and for sale to the highest bidder. Fernald and the other State-owned and operated DMR housing and service centers need a realistic master plan. With the aging of people with mental retardation and autism and people in general, safe and appropriate special needs housing is in short supply. Potentially, there is public land suitable for measured development.

Given former Governor Romney's and Massachusetts Department of Mental Retardation's plan to close the Fernald Center and declare the land "excess", City officials and local citizens have fought for their say in the process. The Romney administration and Legislators filed legislation to speed the sale of so-called "excess" State property. Citizens have worked to slow and derail the effort and protect the homes of Fernald residents and public assets from the enticing plans of developers.

I see great value and benefit by reopening admissions to Fernald and other centers and diligently protecting the rights of residents and newcomers. Our new Governor and Legislators can demand and should expect substantial improvement in the financial management, operations and conditions at Fernald. Redeveloping Fernald as a standard setting continuing care special needs housing, ICF/MR and skilled nursing community for severely and profoundly mentally retarded adult and elderly men and women is right and long overdue.

Attorney Michael Sullivan's report to you and your Courtroom communications and actions give me reassurance that you and he appreciate the special housing, care, medical and safety issues faced by aging and elderly Ricci class members, their families and all residents of the Commonwealth.

During a recent citizens' forum, I made the following point regarding the potential market value of the Fernald Center property. The Fernald Center consists of approximately 196 acres of prime real estate that borders Lexington and Belmont and provides ready access to mass transit and major highways, employment, teaching hospitals, schools and Boston's many valued attributes.

Currently a lot of one-half acre or less near Fernald is priced in the range of $499,999 to $629,900. New homes on less than one-half acre lots in Waltham's Pigeon Hill IV are priced at $1,300,000 of $1,400,000. Given the price of land, its scarcity and the by-right and special permit development potential in Waltham, the Fernald Center property could have a market value of $200.0 million or more to developers. Some will be satisfied with a half-loaf verse the entire parcel.

Thank you again for your contribution to individuals and families with the most modest of clout in the halls of politics and State government. I admire your untiring effort to reform and improve the Department of Mental Retardation, its facilities for and service to citizens, day-to-day operations, dealings with clients and guardians, policies and management. Your legacy is that of a truly thoughtful and insightful Jurist and man.

I am hopeful our new Governor, his administration and the Legislature will take Attorney Sullivan's report and your principles as their roadmap to the future. It will be the Governor's task to put the correct people in place, give them their marching orders, breakdown barriers, advocate for resources, evaluate progress and make mid-course corrections as needed.

As a citizens and taxpayer, you and your Court are a breath of fresh air and hope. I look forward to Governor Patrick's, the Commonwealth's and DMR's presentation to you on May 31. I am hopeful that Governor Patrick's and the Legislature will get it right this time.

Respectfully yours,

*[signature]*

David R. Kaloupek

Enclosures
1. Letter to Editor, Daily News Tribune, April 2, 2007, Ms. Dorothy Rouleau, Leominister, MA
2. News story, March 29, 2007, State "Land Sale an issue of contention" -
Fernald Center in Waltham - "Communities at odds with State".3. News story, Daily News Tribune, March 29, 2007, "Officials content with surplus land law".

3

*The* **DAILY NEWS TRIBUNE**

Waltham, MA :: Apr 2, 2007 :: 42°F

**WICKED LOCAL SEARCH**  Select One:

**Wellesley MA Homes**
Free Access To Local Home Listings In Wellesley, Massachusetts!
www.e-Agent.com/Wellesley

**Mls Waltham Ma**
View thousands of homes for sale in Waltham, MA. Fast & free!
homegain.com

**Mass. School Ranking**
Find Best Public Elem, Middle, & High Schools In Massachusetts
www.psk12.com

**Ipswich MA Colonial Home**
Charm History Grace meet 1+ acre. Walk to town. $849K
www.88CountyRd.com

Ads by Google   Advertise on this site

### Letter: No home can compare to Fernald campus
Monday, April 02, 2007 - Updated: 12:30 AM EDT

There is no wonder that Leo Sarkissian, executive director of Massachusetts Arc, continues pressure to close the Fernald Center in Waltham as well as the other five state institutions for the mentally retarded. It has nothing to do with what is best for the mentally retarded individuals at state institutions, and all about money.

Arc is funded largely by DMR providers. Arc will say and do whatever it has to in order to get the money that could go to the providers if the institutions are closed.

Mr. Sarkissian stated in the March 8 article, "Would you rather be living somewhere where your wheelchair can go out in the backyard and you can smell the flowers every day, or be waiting for staff to take you with a group of residents outside to your immediate area, the Fernald campus?"

For my sister, who resides at the Fernald Center, there is no backyard that could compare with the Fernald campus. There is no home in some neighborhood that can compare with its dedicated staff, its safe and protected environment, or with the Communities of Fernald and the other five state institutions.

These six state institutions for the mentally retarded should be fully utilized with the capabilities that exist, and any new housing necessary should be built on their grounds.

Arc is a voice for DMR providers in the guise of a family advocacy organization. That is the bottom line and at any expense, even if the individuals are our most vulnerable.

DOROTHY ROULEAU, Leominster



## LETTER TO THE EDITOR

## No home can compare to Fernald campus

There is no wonder that Leo Sarkissian, executive director of Massachusetts Arc, continues pressure to close the Fernald Center in Waltham as well as the other five state institutions for the mentally retarded. It has nothing to do with what is best for the mentally retarded individuals at state institutions, and all about money.

Arc is funded largely by DMR providers. Arc will say and do whatever it has to in order to get the money that could go to the providers if the institutions are closed.

Mr. Sarkissian stated in the March 8 article, "Would you rather be living somewhere where your wheelchair can go out in the backyard and you can smell the flowers every day, or be waiting for staff to take you with a group of residents outside to your immediate area, the Fernald campus?"

For my sister, who resides at the Fernald Center, there is no backyard that could compare with the Fernald campus. There is no home in some neighborhood that can compare with its dedicated staff, its safe and protected environment, or with the Communities of Fernald and the other five state institutions.

These six state institutions for the mentally retarded should be fully utilized with the capabilities that exist, and any new housing necessary should be built on their grounds.

Arc is a voice for DMR providers in the guise of a family advocacy organization. That is the bottom line and at any expense, even if the individuals are our most vulnerable.

DOROTHY ROULEAU,
*Leominster*

*March 29, 2007*
*Meeting - Waltham*

*Fernald - 196 acres*
*Kosiupek   $200.0M*

## FUTURE OF DISPOSAL PROCESS

# Land sales an issue of contention

### Communities, state face conflicting interests in dealing with surplus sites

By Nicole Haley
DAILY NEWS STAFF

WALTHAM — In recent years there has been a raging debate among local communities and legislators over what should happen when the state decides it no longer has a use for its land.

Several new bills about the how the state disposes of surplus land are circulating in the House and Senate. At the center of the struggle is a conflict between the state's desire to expedite the sale of land before parcels lose value and the wishes of cities and towns to have a say in that process.

According to a spring 2005 report from the Metropolitan Area Planning Council, the state owns over half a million acres, or one tenth of the land area in Massachusetts. The MAPC is an independent planning agency serving cities and towns around Boston.

**Tug of war**

The state and the cities both have much to lose and gain from the disposal process. On the commonwealth side, money from the sale of dormant property can generate money for state programs to supplement the budget. For cities and towns, disposal of state property offers the chance to provide affordable housing or preserve undeveloped land.

Facing budget trouble, then Gov. Mitt Romney sponsored
LAND, *Page A10*



*Fernald - 196 acres*

# Communities often at odds with state

LAND, *From A1*

Outside Section 548, the so-called "fast track" legislation which allowed the Division of Capital Asset Management (DCAM) to sell state property without approval from the Legislature and little public input. The measure removed the provision allowing a municipality the first option to purchase the land. Parcels were auctioned off to the highest bidder who were usually private developers with more buying power than the city.

Under Section 548 the disposition process sped up drastically, according to the MPAC report. With the old Chapter 7 process, selling off surplus land could take years, sometimes decades. Section 548 got the job done in an average of four to six months. In 2005, the state raked in $19.6 million in property sales under 548, compared to a combined $5 million for FY01, '01, and '03 under Chapter 7, according to the report.

But outraged community activists said the increased revenue came at the price of stifled public comment.

Section 548 expired June 30, 2005, and the disposal process has defaulted back to the Chapter 7 guidelines. Though several "compromise" proposals have been made, community activists remain skeptical of losing local power.

The MAPC report identifies three guiding principles to shape surplus land reform — empowering local communities through such safeguards as earlier public notification, increased public involvement, and the right of first refusal; a somewhat expedited process to help generate revenue for both state programs and property tax benefits for local communities; and lastly "smart growth" by using "Regional Planning Agencies" to help determine the best use for the property.

**What does it all mean?**

For Mayor Jeannette A. McCarthy, slow and steady wins the race. She says Chapter 7 provides many necessary safeguards that an expedited process would not.

McCarthy disagrees the MAPC recommendations include "smart growth" as a guiding principle in land disposition.

"I understand why these bills are being filed," McCarthy said, acknowledging the state's desire to sell off land faster than Chapter 7 allows. "But I get nervous when people start talking about smart growth. Waltham's trying to discourage growth and the legislation has to fit statewide."

Local legislators, state Rep. Thomas M. Stanley, D-Waltham, and state Sen. Susan C. Fargo, D-Lincoln, have both filed legislation to change the Chapter 7 process. Several other legislators have filed similar bills in the House, but McCarthy says all of them pose problems.

McCarthy is most concerned about what might happen to the 196-acre Walter E. Fernald Development Center if the state ever declares it surplus. McCarthy is the head of a local re-use committee for the property, organized by Stanley.

She is concerned that "smart growth" terminology in the new bills would require the highest and best use of a property under current zoning, but that use might not reflect the needs of the community.

"I don't want anybody else deciding what smart growth in Waltham is except for Waltham people," she said.

*Nicole Haley can be reached at nhaley@cnc.com or 781-398-8004.*

*Handwritten annotations: "March 29, 2007 Koloupek."; "Fernald — 196 acres $200.0M"*

# Officials content with surplus land law

By Nicole Haley
DAILY NEWS STAFF

WALTHAM — As legislators on Beacon Hill tackle proposed legislation about how the state disposes of surplus land, community activists and city officials say the current laws aren't working.

The debate over how the state disposes of surplus land is picking up momentum. The state wants a faster process, but some people say existing guidelines outlined in Chapter 7 give cities and towns more say through a lengthy public process.

"Chapter 7 has worked fine for many years," said Mayor Jeanette A. McCarthy, who is wary of proposed legislation that focuses on smart growth.

McCarthy spoke at a recent meeting organized by the Fernald Working Group, a consortium of organizations including the League of Women Voters, the Waltham Land Trust and the Waltham Alliance to Create Housing. The meeting was called to discuss the state's current land disposal process and talk about what changes are possible under new bills.

Marie Daly helped shape the re-use proposal when the state decided to sell off the former Metropolitan State Hospital property. Under the Chapter 7 process, Daly served on a task force made up of residents and elected officials from Waltham, Lexington and Belmont.

"There has been a lot of criticism of the Chapter 7 process being unnecessarily slow," Daly said.

The task force spent two years developing a plan that incorporated each town's needs, offered housing (including affordable options) for Waltham, and a connector for Belmont. But for all of the written, approved legislation and implemented re-use committee, Donald McDonald with the Mayor as chairman.

But Daly insists the planning process was a huge success and would not have taken so long if there were not three competing interests involved and bureaucratic roadblocks. Daly says the state's proposals to change the Chapter 7 process are less about speeding it up and more about turning profits.

"I think the state's problem with Met State wasn't that it took too long, but that they did not get what they wanted," Daly said. "I believe the underlying impetus for revamp Chapter 7 may be to diminish the role of the community and their legislators, and give control to Beacon Hill cronies."

Currently there are bills in the Senate and House to replace Chapter 7. People in Waltham are particularly worried about the fate of the 196-acre Walter E. Fernald Development Center.

Under the Senate bill, a provision exempts parcels that are 25 acres or more in size from the expedited process. And state Rep. Thomas M. Stanley, co-author of one of the House bills, has already appointed a local re-use committee for Fernald with the mayor as chairman.

But McCarthy still believes Chapter 7 offers the best protection and most importantly says nothing about so-called smart growth. John Andrews, president of the Massachusetts Coalition for Healthy Communities, said the new legislation talks about smart growth as making denser developments and doing that faster for an "economic boom."

"We have to examine the problems with that definition of smart growth," he said. "The only real smart growth you're going to get is smart growth that really involves the local community."

George Hallock, a board member of the League of Women Voters, questioned the costs of major development. She pointed to a 1950s housing development boom in Burlington that generated enormous costs in additional police, fire, school and municipal infrastructure.

"Smart growth puts no premium on time," Hallock said. "And I think we need to take the time to look at everything. I would love to see Fernald stay just the way it is."

Pat DiLeso pointed out that citizen taxes have paid for emergency and roadwork services benefiting state properties for years.

"We've provided every kind of services free and now they want us to turn around and pay for this land," she said.

Nicole Haley can be reached at nhaley@cnc.com or 781-398-8004.

Property Type(s): LD
Status: NEW, ACT, PCG, BOM, EXT, RAC
Towns: Waltham, MA

**3 Listings**

## Land Listings

| MLS # | Status | Address | Town | Description | DOM | List Price |
|---|---|---|---|---|---|---|
| 70512197 | ACT | 267-Lot 3 Linden Street | Waltham, MA | 0.29 Residential acres (12686 sq.ft.) | 72 | $449,000 |
| 70509183 | ACT | Lot 9B Worcester Lane | Waltham, MA | 0.51 Residential acres (22340 sq.ft.) | 78 | $499,900 |
| 70524668 | ACT | Lot M Lauricella Lane | Waltham, MA | 0.47 Residential acres (20593 sq.ft.) | 46 | $629,900 ★ |

**Land Listings:** 3   **Average List Price:** $526,267   **Average Market Time:** 65.33

©2007 MLS Property Information Network, Inc.

---

Land Value - Waltham

Fernald — 196 acres.

★ ½ acre lots near Fernald @ $630,000

I will use $1.1 Million/acre × 196 acres.

$215,600,000