26 Windward Terrace
Lunenburg, MA. 01462-1353
April 5, 2007
Phone (978) 582-9086

Governor Deval Patrick
State House
Boston, MA. 02133

      Re: Refusal of Commisioner Gerald J. Morrissey and Assistant Commissioner,
          Facility Management, Diane Enochs, to honor "privacy" agreements filed
          with the United States Court.

Dear Governor Patrick,

      I am writing this letter to you partly as a concerned citizen, but more importantly as a plaintiff represenative, that negotiated for the class clients, and signed Fernald's Final Consent Decree, for the class. I am enclosing a letter dated January 6, 2006, from Thomas Frain to Beryl Cohen, plus my letter dated March 29, 2005, with all the attachments, for your review, if you wish to get into the "privacy"issue, that I am trying to get called to Judge Tauro's attention.

      Some history is in order here. Early in the court sesions Judge Tauro very clearly stated that he did not want to tssue orders, he wanted the parties to sit down and reach agreements, that, prior to the Court Monitor's Office, were to be filed with the Attorney General's Office, then later filed with the Court Monitor's office. We could not reach an agreement on privacy. This was brought up at the June 14, 1978, court session, but never discussed, because Peter Troop, Admistrative Assistant to Governor Dukakis, stood up, identified himself, and assured Judge Tauro, you will have an agreement on "privacy". We met the following Saturday morning and reached, in minutes, the agreement of "privacy in traveling between the bedroom and bathroom areas" for all coeducational living. The enclosed documents show how this agreement applied to all designs at Fernald. This agreement is no longer honored by your administration. The plaintiffs will make an effort to get Judge Tauro's attention on this issue.

      George Zitney, Assistant Commissioner under Commissioner Callahan developed most of the community residents in use today, and he fully complied with this agreement plus all other agreements. Diane Enochs is placing men and women together to intentionally violate this agreement.

      Shortly prior to Judge Tauro disengagement he had a court session at which he lectured, primarily DMR relative to agreements. He stated that agreements better not be a charade, you had better be careful of that. He then stated that he did not know what he could order DMR to do, "but I can cut off funding, that I do know".

      I believe that other issues, that occurred prior to your administration, such as destroying documents, and giving the court written assurances that the Malone Park cottages would house one sex, but not both, then not honoring this written commitment made to the court, can be

brought to the attention of Judge Tauro.

    I am writing this letter, with the enclosed documents, to you to provide you with the background relative to our agreements. If you wish to honor agreements, I am sure our capable attorney Beryl Cohen will avoid making at least "privacy" an issue to be brought to the attention of Judge Tauro for the second time.

                                       Sincerely,

                                       Edward R. Stefaniak

cc  J. Tauro
     B. Cohen
     T. Frain