

# The Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
Southeast Region
68 North Main St. Carver, MA 02330

Deval L. Patrick
Governor

Timothy P. Murray
Lieutenant Governor

JudyAnn Bigby, M.D.
Secretary

Gerald J. Morrissey, Jr.
Commissioner

Richard J. O'Meara
Regional Director

Tel:  508-866-5000
Fax:  617-727-7822
TTY: 508-866-7602

April 4, 2007

Dear Families, Friends, and Guardians:

    I am writing to inform you of some important changes that will soon be occurring within Southeastern Residential Services (SRS). Currently we operate sixty homes throughout Southeastern Massachusetts, serving over two hundred seventy five individuals. Jackie Winslow and her staff have done an exemplary job for the people we support. SRS is one of the finest residential networks in the Commonwealth. They have achieved the highest possible Survey and Certification of Two Years with Distinction four times in a row, covering a span going back nine years. I know of no other agency with such a record. Our direct support workforce deserves much of the credit, as they work tirelessly around the clock providing the best possible services.

    It is imperative that we sustain this high quality of services to people served by SRS. We must also support our workforce in continuing to provide excellent care. As our population ages, many require additional support and staffing due to their changing medical needs. Currently, our staff are stretched thin as we work to accommodate those needs. In certain instances, we have had to impose mandatory overtime to sustain necessary coverage. This is not a desirable outcome for the people we support, or our dedicated employees.

    We have many staff and consumer vacancies scattered throughout our residential network. In order to strengthen services to the people we currently support, I have made a decision to consolidate these vacancies and not accept new referrals. This means that we will be closing two of our homes, Prospect Street in East Bridgewater, and Morton Street in Quincy. The individuals living here will move to other homes within SRS. No one will lose services. All staff will maintain employment within our network. This action will permit us to reassign staff to where they are most needed, given the changing needs of our folks. I believe this will strengthen SRS's ability to maintain the high level of service quality that we are all accustomed to.

    We chose these two homes after a careful consideration of which moves would cause the least disruption possible in people's lives, considering compatibility of housemates, maintaining current day programs, and other factors such as physical quality of the homes.

I recognize that a change such as this can be disruptive. Transitions must be handled sensitively. I am confident that Jackie and her staff will work with you, our staff, and the individuals served to achieve the best possible outcome for everyone. I'm sure you will have questions. Also, please know that there are no other consolidations being planned. I do believe that in the long run this is what we need to do to provide the coverage that is necessary, and maintain our excellent track record in service quality. Jackie Winslow and I are available to discuss this with you if you like. Jackie can be reached at 508-910-3023. My number is 508-866-5000 ext. 315.

Thank you for your understanding as we work to implement these changes by July 1, 2007.

Sincerely,

Richard J. O'Meara
Regional Director