54 Faure Street
Leominster, MA
01453
April 16, 2007

US District Judge Joseph L Tauro
One Court House Way
Boston, Massachusetts 02210

Honorable Judge Joseph Tauro,

I don't know how else to express that you have been a blessing to so many residents at Walter Fernald and to their families. These severely mentally retarded and physically disabled people will be allowed to stay in their homes with each other for as long as they live. They will continue to be surrounded by the dedicated people, called staff, who service their needs

... courage my worthy ... simple. It is because of your decisions that these days and nights will continue to be peaceful and life will not deal them an unbearable burden worse than they already carry.

You who are a judge, sit in judgement and favored, what could have been a tragic outcome, a blessing to those less blessed. You whose intelligence is far superior to what they could ever be, has taken care of those knowing they will never know who you are.

How does one thank you for being you. You who people mock, see through it and

those understands at the present mental level what needs to be done. Knowing the essence of the virtue selected in your mind and the judgement to carry it through is worthy of honor. Your Honor.

May your life be blessed and may you continue to bless

Very grateful,

[signature]