UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT K. OKIN, et al.,<br><br>　　　　　　　　　　Defendants. | CA Nos.　72-0469-T (Belchertown)<br>　　　　　　74-2768-T (Fernald)<br>　　　　　　75-3910-T (Monson)<br>　　　　　　75-5023-T (Wrentham)<br>　　　　　　75-5210-T (Dever) |

NOTICE OF APPEARANCE

Please enter the appearance of Joshua C. Krumholz of Holland & Knight LLP on behalf of the Association of Developmental Disabilities Providers in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ASSOCIATION OF DEVELOPMENTAL
　　　　　　　　　　　　　　　　　　　　DISABILITIES PROVIDERS

　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　*/s/Joshua C. Krumholz*
　　　　　　　　　　　　　　　　　　　　Joshua C. Krumholz (BBO #552573)
　　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　　　　(617) 523-2700 - Telephone
　　　　　　　　　　　　　　　　　　　　(617) 523-6850 - Facsimile
　　　　　　　　　　　　　　　　　　　　joshua.krumholz@hklaw.com

Dated:  April 25, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2007, I served a copy of the foregoing document by electronic mail to all parties through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                  /s/ *Joshua C. Krumholz*
                                                  Joshua C. Krumholz (BBO #552573)

# 4506997_v1