UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT K. OKIN, et al.,<br><br>        Defendants. | CA Nos. 72-0469-T (Belchertown)<br>     74-2768-T (Fernald)<br>     75-3910-T (Monson)<br>     75-5023-T (Wrentham)<br>     75-5210-T (Dever) |

NOTICE OF APPEARANCE

  Please enter the appearance of Lawrence R. Kulig of Holland & Knight LLP on behalf of the Association of Developmental Disabilities Providers in the above-captioned action.

                 Respectfully submitted,

                 ASSOCIATION OF DEVELOPMENTAL
                 DISABILITIES PROVIDERS

                 By its attorneys,


                 */s/Lawrence R. Kulig*
                 Lawrence R. Kulig (BBO #544656)
                 HOLLAND & KNIGHT LLP
                 10 St. James Avenue
                 Boston, MA  02116
                 (617) 523-2700 - Telephone
                 (617) 523-6850 - Facsimile
                 lawrence.kulig@hklaw.com

Dated: April 25, 2007

\# 4507215_v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2007, I served a copy of the foregoing document by electronic mail to all parties through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ *Joshua C. Krumholz*
      Joshua C. Krumholz (BBO #552573)

# 4507215_v1