UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT K. OKIN, et al., <br><br> Defendants. | CA Nos.  72-0469-T (Belchertown) <br>  74-2768-T (Fernald) <br>  75-3910-T (Monson) <br>  75-5023-T (Wrentham) <br>  75-5210-T (Dever) |

MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN RESPONSE
TO THE COURT MONITOR'S REPORT OF MARCH 6, 2007

The undersigned attorneys, on behalf of the Association of Developmental Disabilities Providers ("ADDP") and other amici curiae not yet identified, respectfully move the Court for leave to file an *Amicus Curiae* brief in response to the Court Monitor's report of March 6, 2007. This motion is made pursuant to the Court's Order of March 7, 2007, inviting all interested parties to file a response to the Court Monitor's report.

ADDP is a Massachusetts-based organization that seeks to promote the wellbeing of people with developmental disabilities and their families. Other amici with missions and purposes similar to ADDP may join in the filing of the brief. Pursuant to LR 7.1(b)(1), ADDP and the other amici seek to submit a response because of the important issues discussed in the report. The amici are dedicated to many of the issues that are the subject of the Monitor's report. Certain of the proposed findings and conclusions in the report have potential impact beyond the specific circumstances of the Fernald case. The amici would like an opportunity to identify and address those issues with the Court. By the same token, the amici believe that they can provide

meaningful information and perspective to the Court regarding the important issues that it must face in assessing the Fernald situation.

Wherefore, the ADDP and other amici not yet identified respectfully request that this motion for leave to file the *amicus curiae* brief be granted.

Respectfully submitted,

ASSOCIATION OF DEVELOPMENTAL DISABILITIES PROVIDERS

By its attorneys,

*/s/Joshua C. Krumholz*
Joshua C. Krumholz (BBO #552573)
Lawrence R. Kulig (BBO #544656)
Gillian Rattray (not yet admitted in
              Massachusetts)
Edwin L. Hall, BBO (#667276)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850
E-mail:  joshua.krumholz@hklaw.com
        lawrence.kulig@hklaw.com
        gillian.rattray@hklaw.com
        ned.hall@hklaw.com

# 4504628_v1

CERTIFICATE OF SERVICE

      I hereby certify that I have this 25th day of April 2007 served a copy of the foregoing document by e-mail to all parties below through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                   /s/ Joshua C. Krumholz
                                                   Joshua C. Krumholz, BBO #552573