UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al., | |
| Plaintiffs, | CA Nos.  72-0469-T (Belchertown) |
| | 74-2768-T (Fernald) |
| v. | 75-3910-T (Monson) |
| | 75-5023-T (Wrentham) |
| ROBERT K. OKIN, et al., | 75-5210-T (Dever) |
| Defendants. | |

NOTICE OF APPEARANCE

Please enter the appearance of Edwin L. Hall of Holland & Knight LLP on behalf of the Association of Developmental Disabilities Providers in the above-captioned action.

Respectfully submitted,

ASSOCIATION OF DEVELOPMENTAL
DISABILITIES PROVIDERS

By its attorneys,

*/s/Edwin L. Hall*
Edwin L. Hall (BBO #667276)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850
ned.hall@hklaw.com

Dated:  April 26, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that on April 26, 2007, I served a copy of the foregoing document by electronic mail to all parties through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                    /s/ *Edwin L. Hall*
                    Edwin L. Hall (BBO #667276)