FILED
CLERKS OFFICE

2007 MAY -3  P 12: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

49 Walk Hill Street
Jamaica Plain, MA 02130

May 1, 2007

Ms. Jackie Winslow
Department of Mental Retardation
Southeast Region
68 North Main Street
Carver, MA 02330

RE: Timothy J. Corcoran
6 E. Pole Drive
Taunton, MA 02780

Dear Jackie:

I recently learned of a proposed move from my brother's House Manager that Tim, my brother and Ward, was going to be moved from his current bedroom at the above address to another bedroom in his group residence that Southeaster Residential Services (SRS) operates.

At this time, I am opposed to this move. My sister, Diane Cullinane, who is also his guardian, was also notified of this proposed move and did not agree to it during her telephone call. My brother, Tim, is a 58 year old "man" with other mental and physical problems. He has been diagnosed as being manic depressive and bipolar for which he suffers severe "cycles" and also has multiple medical problems including a urinary problem. All of these needs would directly affect him. Tim needs to take multiple trips to the bathroom during the evening waking and sleeping hours. His current bedroom is in close proximity to the bathroom which is appropriate for his needs. There are times he gets up during the night and walks right to the bathroom and other times, doesn't make it. The proposed room, while very nice, is too far from the bathroom which is necessary due to his urinary problems. I would not like to receive a phone call that he has fallen, which happens at times during these periods of nightly visits to the bathroom, to be told that he has injured himself.

I was troubled and upset when I found out that his hot wheel cars, of which he has many, were partially boxed, before I had an opportunity to respond to the telephone notice of his moving. Tim told me that his things there boxed up but he took them and unboxed them. Believe me he was not a happy person. I think that Timmy's unboxing of his hot wheel collection and returning them to their usual place in his room really says it all.

At this time, Jackie, until I receive further information that moving Tim is "in his best interest," I want Tim to remain in his current room. Please feel free to contact me at my home at any time, 617-522-0444.

                                                  Sincerely yours,

                                                  Maryellen Corcoran

Cc: Judge Joseph L. Tauro, Jr.
    Richard O'Meara, Regional Director
    Dennis Murphy, Esq.
    Neil Moynihan, Esq.