UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION FOR RETARDED CITIZENS OF MASSACHUSETTS, INC., et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * | Civil Action Nos. 72-0469-T |
| | * | 74-2768-T |
| | * | 75-3910-T |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION, et al., | * * * * | 75-5023-T 75-5210-T |
| Defendants. | * | |

ORDER

May 9, 2007

TAURO, J.

By May 31, 2007, Defendants shall show cause why the court should not issue the following order:

> Any further communication from Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald residents and their guardians which solicits choices for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge