Janet A. Topalis<br>
20 Standish Ave<br>
Plymouth, MA 02360-4165<br>
508-747-5108

May 3, 2007

Elizabeth Vogel
Department of Mental Retardation Brockton Area Office
Brockton Area Office
500 Belmont Street
Brockton, MA 02301

Re:   ISP for Claudia A. Tetreault

Dear Ms. Vogel,

    In my April 19, 2007 letter to Jackie Winslow (with a copy to you), I requested that the Department of Mental Retardation schedule an Individual Support Plan meeting to discuss the proposed transfer of Claudia A. Tetreault from Southeastern Residential Services East Bridgewater group residence to one in Lakeville.

    I have not heard anything from DMR about scheduling this ISP meeting. It is my understanding that DMR intends to move my sister and ward, despite my and my co-guardian's objections. A transitional meeting (not an ISP meeting) is happening today.

    Please contact me immediately about scheduling an ISP modification meeting to discuss this transfer. (115 DMR 6.25(3)(c); 115 CMR 6.00-6.63).

    Thank you.

Sincerely,

*Janet A. Topalis*

Janet A. Topalis

CC:   Judge Joseph Tauro
       Patricia A. Lewis, co-guardian
       Barbara Mason, Esq., Rogers monitor
       Sheila Matthews-Fortes, house manager
       Dennis A. Murphy, Esq.
       Rochelle Lacouture
       Judith Berry Williams

CERTIFIED MAIL:   7006 2760 0004 9583 1853