# Commonwealth of Massachusetts
## Board of State Trustees
## Fernald Developmental Center
*Founded in 1850 with a grant from the Great and General Court*
### 200 Trapelo Road
### Waltham, Massachusetts 02452

April 20, 2007

Honorable Joseph L. Tauro
United States District Judge
Courtroom 20
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Civil Action: Robert Simpson Ricci, et al., Plaintiffs
           v. Robert L. Okin, et al., Defendants

            72-0469-T; 74-2768-T; 75-3910-T
            75-5023-T; 75-5210-T

Subject:        Fernald Board of State Trustees Response
                   To Monitor's Report dated March 6, 2007

Dear Judge Tauro,

The undersigned are State Trustees of the Fernald Developmental Center. We were established when the Commonwealth of Massachusetts assumed control of the Fernald Center from the Walter E. Fernald Corporation in the 1980's.

We are submitting our comments about United States Attorney Michael Sullivan's report to you dated March 6, 2007. Our comments are focused on the conclusions of Attorney Sullivan.

In his report, (Section 5, Pgs. 25 –26), Attorney Sullivan wrote:

> "In an attempt to find a solution for the Fernald residents, our office was surprised to find such vast acreage surrounding the various ICF/MRs. …At Fernald, it may be possible to group the homes and work sites of Fernald residents by dividing the buildings north of Pine Street and west of Cherry Lane and condense the campus."

Mr. George Mavridis, a member of this Board, originally suggested this concept to several other concerned groups as well as to Attorney Sullivan. On November 26, 2006 we submitted this same proposal to then Governor-Elect Deval Patrick.

Enclosed is a plot plan of the present Fernald campus, a plot plan of a minimum campus with today's unnecessary buildings in outline and a report Mavridis prepared December 9, 2004. We acknowledge that 189 Fernald residents and 29 residents of the Marquardt Nursing Center do not need 186 acres of

land on Trapelo Road in Waltham. Instead, we advocate consolidating the Fernald programs in the west quarter and redeveloping the remainder of the property to be compatible with the neighborhood.

Jeannette A. McCarthy, Waltham Mayor, expanded on this idea. Last April 18, 2006, the Mayor wrote to former Governor Mitt Romney requesting his help in transforming the Fernald Center into a National Historic Park and Site to honor the mentally handicapped throughout our nation. The Mayor said

> "I respectfully request your assistance in transforming the Fernald Center into a National Historic Park and Site to honor the mentally handicapped throughout our nation. As you know, the Fernald Center includes the nationally known Eunice Kennedy Shriver Center, and is located adjacent to the New England Regional National Archives and records Administration. Therefore, the Fernald can support and augment the use of these properties by incorporating a museum, visitor center, a record center, a research library and research facilities. The site would also continue to provide some housing for current residents, a national cemetery, and park for both active and passive recreation, as well as opportunities to learn about its history. The Fernald School has a unique place in history. Founded in Boston in 1848, the Massachusetts School for the Idiotic and Feebleminded Youth moved to Waltham in 1888 and was ultimately renamed the Walter E. Fernald State school in 1925. It remains the oldest publicly funded institution serving the mentally disabled in the <u>Western Hemisphere</u>. The site encompassed the full spectrum of human behavior, ranging from the depths of abuse, to genuine dedication to serving the needs of the mentally handicapped.
>
> A National Historic Park and Site on the Fernald property represents an extraordinary opportunity to advance our understanding of the mentally challenged and to accord them the respect that they have been denied because of ignorance, fear and even disdain."

The Fernald Trustees endorse the Mayor's proposal that would include Fernald as an intermediate care facility that meets all the regulations of Title XIX of the Social security Act for present and future mentally retarded individuals who would need this level of services.

It is our firm belief that the Commonwealth needs, and will continue to need, Fernald as an intermediate care facility for approximately 300 residents, and its other medical and social services that are currently being used by Fernald residents and mentally retarded individuals living in the community.

We respectfully ask that you review Attorney Michael Sullivan's recommendations in Section 5 of his report and support for the proposals of Mayor McCarthy and George Mavridis. In 2003 Fernald was the home of approximately 300 severely or profoundly retarded individuals. Today, only 189 remain at the facility. In addition to advancing age, most have additional medical or behavioral complications and have called Fernald "home" for decades.

Today, Fernald's Tufts Dental facility, the Greene therapeutic pool and the Greene gymnasium serve both Fernald residents and people living in the community who are also receiving services through community based providers. Fernald's day and work programs employ many individuals living in the community, as well as residents of the facility. Ball fields are used by community organizations for people without mental retardation.

Mayor McCarthy said in her letter that Fernald is home to UMASS Medical School's Shriver Research Center. Additionally, the 186-acre Fernald campus is also home to three family homeless facilities serving almost 300 homeless women and their children; the Marquardt Skilled Nursing Home for

mentally retarded individuals who are chronically ill and dying and the recreational facilities that are catered to individuals with mental retardation and used by the residents and those living in the local community. We think all these activities can be maintained in a redesigned Fernald campus.

As you know, Fernald was founded in 1848 and is the first and oldest public facility in the Western Hemisphere dedicated to serving people with mental retardation. Today it is governed by, and meets, all the title XIX regulations of the Social Security Act. The Board of State Trustees at the Fernald Center believes that with your leadership and that of Governor Deval Patrick, **"Together We Can"**, continue to provide our retarded citizens with the care and services they require, in the home of <u>their choice</u>, without imposing an undue burden on the rest of our fellow citizens. We believe these are important reasons for the Commonwealth to maintain Fernald, home for some of our most profoundly handicapped citizens.

We also believe that some members of the future generations of citizens with mental retardation will require the services available at Fernald. They did not live at Fernald prior to the Ricci v. Okin lawsuit when Fernald had a lot of defects therefore they do not need the protection of being included in the Ricci class but they deserve to enjoy the services of the renovated Fernald when and if a need arises. We recommend future open admissions at Fernald but without Ricci Class Membership.

We were encouraged by the recent comments of Mary E. McTernan, Ph.D., President ,VOR, a national organization speaking out for people with mental retardation, said in Waltham Daily Tribune letter to the editor printed on March 15, 2007:

> "[It is ] incorrect [to] say the fight over whether Fernald Center should remain open is a public policy not a rights issue." (*Group upset by Fernald court ruling*, March 8).
>
> This question is one that the U.S. Supreme Court squarely addressed in <u>Olmstead v. L.C.</u>, holding that the right to community-based care extends only as far as the residents and guardians acceptance of community-based care. In a recent hearing to consider Fernald's future, Judge Tauro understood and continued to support this legal right, and the families breathed a sigh of relief.
>
> [It] is again incorrect when [to] assert that Massachusetts is alone when it maintains five state operated centers serving very vulnerable people with mental retardation. In fact, according to the University of Minnesota's Institute on Community Integration, Massachusetts joins 16 other states with five or more large state operated centers serving people with mental retardation. These specialized facilities continue to thrive because they are needed not as the only option, but as one option in a continuum of care option.
>
> Massachusetts is certainly well-advised to continue its efforts to expand community-based options for those who choose that level of care, but expansion should not come on the backs of Fernald's very vulnerable population, to do so, risks unwarranted jeopardy, and serious consequences, as recognized and reported by the court monitor and Judge Tauro himself."

Your honor we endorse two of your May 1993 disengagement comments:

> **"But, thanks to the healthy tenacity and persistence of the parents, friends and counsel of the people with mental retardation – the enlightened leadership of responsible state and local officials, and the oversight of the Office of Quality Assurance and predecessor Court Monitors – those initial inspection tours became**

the first steps in a process that has taken people with mental retardation from the snake pit, human warehouse environment of two decades ago, to the point where Massachusetts now has a system of care and habilitation that is probably second to none anywhere in the world;" and

"The retarded have no potent political constituency. They must rely on the good will of those of us more fortunate than they, and the Constitution which controls the manner in which all of us must meet our varied responsibilities."

We believe our proposals and Mayor McCarthy's comply with your disengagement comments. If you have any questions or concerns about our comments please call or write and we will be happy to clarify our position.

Please help us encourage Governor Deval Patrick to reconsider closing Fernald and also Your Honor accept our invitation for a complete tour so together, along with Governor Patrick, we can explore the opportunities that abound at Fernald.

Sincerely,

Kathleen McMenimen                 John Silvucci                          Ann Witham

George Mavridis                     Carl Zinnell

P.S. Please direct all questions and comments to:

George Mavridis
202 Brooksby Village Drive Unit 308
Peabody, Massachusetts 01960-8517
978 535 4322 (voice & facsimile)
gmavridis@verizon.net

      Enclosure 1, Mayor's April 18, 2006 Letter
      Enclosure 2, Proposed Report and Plot Plans (2004)
      Enclosure 3, State Trustees Biographies (6 individuals)

cc:    Governor Deval Patrick w/ enclosures
       EOHHS Secretary Judy Bigby w/ enclosures

**Enclosure 1, Mayor's April 18, 2006 Letter**



# City of Waltham

### Jeannette A. McCarthy
### Mayor

April 18, 2006

His Excellency Mitt Romney
Governor
State House
Office of the Governor
Room 360
Boston, MA  02133

RE:  Walter E. Fernald State School, Trapelo Road, Waltham, MA

Dear Governor Romney:

I respectfully request your assistance in transforming the Fernald Center into a National Historic Park and Site to honor the mentally handicapped throughout our nation.

As you know, the Fernald Center includes the nationally known Eunice Kennedy Shriver Center, and is located adjacent to the New England Region National Archives and Records Administration.  Therefore, the Fernald can support and augment the use of these properties by incorporating a museum, a visitor center, a record center, a research library and research facilities.  The site would also continue to provide some housing for current residents, a national cemetery, and park for both active and passive recreation, as well as opportunities to learn about its history.

The Fernald School has a unique place in history.  Founded in Boston in 1848, the Massachusetts School for Idiotic and Feebleminded Youth moved to Waltham in 1888 and was ultimately renamed the Walter E. Fernald State School in 1925.  It remains the oldest publicly funded institution serving the mentally disabled in the Western Hemisphere.   The site encompassed the full spectrum of human behavior, ranging from the depths of abuse, to genuine dedication to serving the needs of the mentally handicapped.

A National Historic Park and Site on the Fernald property represents an extraordinary opportunity to advance our understanding of the mentally challenged and to accord them the respect that they have been denied because of ignorance, fear and even disdain.

His Excellency Mitt Romney          April 18, 2006          Page 2.

I urge you to join me in making this National Historic Park and Site a reality. A rededicated Fernald Center will pay tribute to mentally handicapped people throughout the country, promote an understanding of and a commitment to address their issues, and serve as a testament to what our nation can and should do for one of its most vulnerable populations. Massachusetts has been in the forefront on many issues. Some of them were truly innovative and some were controversial. The transformation of this site and legacy into a National Historic Site with multifaceted uses will continue to show that Massachusetts leads the way in caring for the current residents and in the economic re-use of this site, while providing a vehicle for a national library and museum to not only learn from the mistakes of the past, but also to provide for the current and future economic needs of Massachusetts and our nation.

Please contact me since I think that the needs of the citizens of the City of Waltham (including the Fernald residents), the Commonwealth of Massachusetts and the United States of America can benefit from the innovative re-use of this large parcel of state-owned land while maintaining the integrity of our local neighborhoods.

Sincerely,

Jeannette A. McCarthy
Mayor
cc:    President George W. Bush
       Senator Edward M. Kennedy
       Senator John Kerry
       Congressman Edward J. Markey
       The Honorable Joseph L. Tauro
       Commissioner Gerald J. Morrissey, Jr., DMR
       Commissioner David B. Perini, DCAM
       Maria Shriver

## Enclosure 2, Proposed Report and Plot Plans

# *FERNALD CENTER POSTAGE STAMP*

Alternate Property Proposal by George Mavridis, P.E. May 2004

202 Brooksby Village Drive Unit 308 Peabody, Massachusetts 01960-8517
978 535 4322    gmavridis@verizon.net

December 9, 2004


Fernald Center sustains the lives of nearly 300 residents and offers a model of care for people with severe and profound mental retardation that is worthy of replication around the country. It is a regional center, owned and operated by the Commonwealth of Massachusetts, with specialized staff and programs for adult and elderly retarded people who live with chronic illness and disability. Residences at Fernald provide affordable housing and clinical support for severely or profoundly retarded people with medical or behavioral complications who will never be self-supporting.

Relocation threatens the lives of Fernald residents. Accordingly, most guardians believe it is essential that their ward remain in Waltham on the state-owned land of Fernald Center with state-operated services provided by state employees. We join with others who envision improvements that benefit Fernald Center residents as well as residents in the surrounding neighborhoods and towns.

The Department of Mental Retardation is the major tenant at the 187-acre Fernald site. The Department provides homes, day programs, support services and leisure activity facilities for residents on site, as well as a variety of individuals in the surrounding cities and towns. Support service buildings include the Tufts Dental Center; the state-of-the-art Pearlman Food Service building; the Duhamel Therapeutic swimming pool; the Greene Gymnasium and the Therapeutic Equipment Center with staff who customize wheel chairs and other adaptive equipment to the needs of retarded individuals living in the greater Waltham area, including Fernald Center.

Fernald residents already enjoy cluster housing and open space by design. Their services are delivered with efficiency because they live in units of 8 residents, combined into larger units of 16 up to about 80 residents in a building. Travel is minimized because their clinical and dental services, and many day and recreation programs, are located on campus. Any plan for Fernald Center needs to allow sufficient land for residents to receive active treatment according to Medicaid (ICF/MR) standards.

Marquardt Skilled Nursing Facility is the only state-operated, skilled nursing facility for retarded people available in Massachusetts. The specialized staff provides care for up to 29 retarded people from all over the state who need intensive medical and nursing care. The Fernald Chaplain provides vital services to the wider Waltham community and the residents of Fernald Center through the Chapel of the Holy Innocents.

The Commonwealth's 1200 developmental center residents are approximately four percent of the total population served by the Department of Mental Retardation. At least four percent of the mentally retarded population will always be severely or profoundly retarded with medical or behavioral complications. They should always have the option to live at a developmental center when the family cannot safely care for them.

Over the past few years several advocates for the Fernald Center residents have talked informally about the future of Fernald and a key point has usually been that the Fernald of the 1970's will never be needed or wanted again, and that a small more focused Fernald will always be needed. The conversation usually moved to the idea that 300 Fernald residents will never need 187 acres of land in Waltham.

**We propose to isolate the buildings north of Pine Street and west of Cherry Lane (the main road that exits onto Trapelo Road). They are the homes and work sites used by Fernald residents.**

Initially if the Department of Mental Retardation declares a portion of the Fernald property as surplus, we urge the Commonwealth to consider offering the property to other state agencies for their uses that are compatible with the Fernald residents and the local community. The Commonwealth will have rent-free offices and the 300 Fernald residents will not be evicted.

**If the Department of Mental Retardation declares a portion of the Fernald property as surplus and the Commonwealth decides to sell that portion of the Fernald campus to a developer, the sale price for a portion of the Fernald campus would be a combination barter and money transaction:**

1.    The successful developer would pay cash for the land that is not needed for the continued operation of the Fernald Developmental Center.

2.    The successful developer would provide the necessary heating systems (including all the engineering) to supply heat and hot water to the remaining Fernald Center and maybe Shriver Research Center

3.    The successful developer would be the provider contractor for all the support services needed by the Department of Mental Retardation to operate the Fernald Center.

During the past few months we have been looking for old drawings of the Fernald property and we scanned two drawings and combined them so we have a layout of all the Fernald buildings and the property lines in a computer file.

Attached are two drawings that we produced. The first drawing shows the Fernald Center today with the buildings color-coded based on their usage. We have indicated the buildings that provide services to community residents. For example 90% of the Tufts Dental Clinic patients live in the community and not at Fernald. Ninety percent of the swimmers in the Duhamel Therapeutic Swimming Pool live in the Waltham community and 90% of the Greene Gym and the ball field's usage are by community residents and none of them are mentally retarded.

The second drawing shows the buildings east of Cherry Lane in outline form because we believe these abandoned and unnecessary buildings can be demolished and the area developed. Some buildings in this area are shown in color. The Division Capital Asset Management or a developer should evaluate them before they are demolished. The Commonwealth can redevelop this section of the Fernald campus for other state uses or declare the land surplus and sell it. If the Commonwealth sells the land to the City of Waltham, or a developer, the east portion of Fernald will be developed and 300 Fernald residents will not be evicted. A win-win result!

Many retarded people are awaiting DMR services. These include the group turning 22 years old who are leaving the services of their public schools, and those on waiting lists from the community and nursing homes. Hospice and respite care for any retarded person could readily be coupled with Marquardt, the Clinic and residential space in the Village at Fernald.

We look forward to a dynamic working relationship with persons who agree that evicting the current residents of Fernald from their community of peers and staff is life threatening and unacceptable.

We believe this is a winning proposition. The present Fernald residents retain their homes and work sites. The east side of the campus will become a positive development in Waltham

George Mavridis, P.E.
Immediate Past President, Fernald League for the Retarded
Vice President, Walter E. Fernald State School Corporation
Enclosures: 2 Plot Plans

8



**PRESENT CAMPUS**

COLOR KEY:

- RESIDENCES
- ABANDONDED
- LEASED
  METRO BOSTON REGION
  MIDDLESEX HUMAN
  SERVICE AGENCY
- CLOSED, RENOVATED
  EASILY REOPENED
- DAY PROGRAM WORK SITES
- LEASED
  SHRIVER
  FERNALD ASSOCIATION
  FERNALD LEAGUE
  TUFTS DENTAL
- SUPPORT BUILDINGS

USAGE:

TUFTS DENTAL - 90% COMMUNITY
GREEN THERAPUTIC POOL - 90% COMMUNITY
GREEN GYM - 90% COMMUNITY WITHOUT
      MENTAL RETARDATION
BALL FIELDS - ALL COMMUNITY GROUPS
      WITHOUT MENTAL RETARDATION
GREENEHOUSE:
   1 FERNALD & 12 COMMUNITY WORKERS
CAN REDEMPTION:
   2 FERNALD & 12 COMMUNITY WORKERS
OTHER WORK SITES - ALL FERNALD WORKERS

FUEL SYSTEMS
FOR HEAT AND HOT WATER:

MALONE PARK - OIL
WORK SITES 5 & 7 - OIL
HILLSIDE - GAS
ACTIVITY CENTER - OIL
COTTAGES 19 & 20 - GAS
ALL OTHERS - POWER PLANT

**THE FERNALD CENTER**
**Commonwealth of Massachusetts**
**Department of Mental Retardation**

TRAPELO ROAD

SYSTEM BUILDING NO. 6

LAWRENCE SCHOOL

MAIN ENTRANCE

SYSTEM BUILDING NO. 6

COTTAGE COMPLEX

ACTIVITIES BUILDING

SOCCER

FIELD

EUNICE KENNEDY SHRIVER CENTER

PARKING

GREENE UNIT I

HILLSIDE

CHERRY LANE

PARKING

DUHAMEL POOL & GREENE GYM

GREENE UNIT II

SYSTEM BUILDING NO. 4

ADMINISTRATION BUILDING

NORTH NURSES HOME

MALONE PARK

WHEATLEY HALL

FARREL HALL

CHAPEL

EAST BUILDING DOWLING HALL

HOWE HALL

NORTH BUILDING

WITHINGTON REHAB CENTER

TUFTS DENTAL

KELLY HALL

DOLAN HALL

WEST NURSES HOME

THOM HOSPEMAL (MARQUARDT)

ACTIVITIES CENTER

EAST NURSES HOME

MacDOUGAL HALL

LEASED

PLAYGROUND

FOOD SERVICE BUILDING

WAVERLY HALL

SCHOOL HOUSE

MANUAL TRAINING BUILDING

PINE STREET

STORE HOUSE

BEGUIN HALL

WEST BUILDING

HOME LIBRARY

CHIPMAN HALL

WARREN HALL

BELMONT HOUSE

TABIES HALL

ADAPTIVE EQUIPMENT CENTER

LAVERS HALL

BOWEN HALL

SOUTH NURSES HOME

WALLACE BUILDING (COMMUNITY RESPITE)

GROUNDS DEPARTMENT

GREENHOUSE

WAVERLY OAKS ROAD

POWER PLANT

COTTAGES #19 & #20



# Enclosure 3, Biographies

**Kathleen McMenimen** has been a homeowner and immediate neighbor to the Fernald Campus since 1970. She is a retired educator with 33 years of service to the students attending the Boston Public Schools; a mother of two adult children and grandmother. She is an elected member of the Waltham City Council, serving her twenty-second year, and was first elected in 1976. She is a former President of the Boston College Alumni Association and serves on other non-profit boards.

**George Mavridis** is a cousin and guardian of a former (39-years) Fernald resident with Down syndrome, who now lives in a state operated group house in Lynnfield. He is the Ricci plaintiff representative for the Fernald residents, past presidents of the Fernald League for the Retarded and COFAR. Mavridis is President of the Walter E. Fernald Corporation and has served on other Department of Mental Retardation committees as well. He is a retired registered professional structural engineer.

**Jean Salvucci** is a guardian for her daughter who has lived at Fernald since 1967 and a member of the Fernald League for the Retarded. In addition she has a son, 3 grandchildren and 1 great grandchild. She has been a Waltham homeowner for nearly 60 years, served on several League committees, was program chairperson with the General Federation of Woman's Club, when they purchased a medical response vehicle for the Fernald Clinic and was a Trustee of the Charles River Industry Museum.

**Ann Witham**, is a Waltham native, and legal guardian of a Fernald resident. She served for 20 years as business manager for DMR's Metro Boston Region, and is a Pastoral Associate at the Fernald Chapel of the Holy Innocents. She is a member of the Fernald Association the Fernald League, the Walter E. Fernald Corporation, and previously served as a member of the Metro Boston Residential Services Human rights Committee.

**Carl Zinnell** is a 36-year resident of Waltham. He is a 15-year member of the Fernald Board of Trustees and now serves as Co-Chairman of the Board. He is also a member of the Walter E. Fernald Corporation and the Fernald League. He is a member of the Waltham Historical Commission and a member of the Waltham Community Preservation Commission and was appointed to the Fernald Land Re-Use Committee by the Mayor of Waltham.

**The Fernald Residents** are represented by a woman who has called Fernald home since the 1940s. Over the years she has held a multitude of jobs at Fernald including caring for small children, working in the laundry, and kitchen. Today she is mobility impaired and still manages to be an active member of the Fernald Chapel of the Holy Innocents, a member of the Chorale Group and works in one of the Fernald workshops.

# Commonwealth of Massachusetts
# Board of State Trustees
# Fernald Developmental Center

Founded in 1848 with a grant from the Great and General Court

**200 Trapelo Road**
**Waltham, Massachusetts 02452**

April 20, 2007

Governor Deval Patrick
State House Room 360
Boston, Massachusetts 02133

Dear Governor Patrick:

The undersigned are State Trustees of the Fernald Developmental Center. We were established when the Commonwealth of Massachusetts assumed control of the Fernald Center from the Walter E. Fernald Corporation in the 1980's. We are enclosing for your information and hopefully your action our comments on United States Attorney Michael Sullivan's report to the United States District court dated March 6, 2006. Judge Joseph Tauro asked for comments from "all interested parties may file a response to the Court Monitor's report of March 6, 2007. Responses are due by May 31, 2007." Case 1:72-cv-00469-JLT Document 160 Filed 03/07/2007

Our proposal keeps the Fernald Developmental Center operating as an intermediate care facility in accordance with the Social Security Act's Title XIX on a reduced portion of the property. November 26, 2006, we wrote you a letter outlining former Governor Mitt Romney's plan to close all the publicly financed intermediate care facilities in Massachusetts before he ran for reelection in 2006 and starting with the Fernald Developmental Center in Waltham. In our letter, we explained why we thought this Center should remain open. We also support Waltham Mayor Jeannette A. McCarthy's proposal to transform the Fernald Center into a National Historic Park and Site to honor the mentally handicapped throughout our nation.

We need you support. Please reconsider closing Fernald, work with Judge Joseph Tauro and the Fernald advocacy organizations to keep Fernald as an intermediate care facility for persons with mental retardation. Maintain the residents constitutional right to remain in their homes. The U. S. Supreme Court addressed this right in <u>Olmstead v. L.C.</u>, holding that the right to community-based care extends only as far as the residents and guardians acceptance of community-based care. Also accept our invitation for a complete tour with some of the families who will be affected by Fernald's closure, so that **"Together We Can"**, explore the opportunities that abound at this facility. We await your reply.

Sincerely,

Kathleen McMenimen                     Jean Salvucci          Ann Witham

George Mavridis                     Carl Zinnell

P.S. Please direct all questions and comments to:

George Mavridis
202 Brooksby Village Drive Unit 308
Peabody, Massachusetts 01960-8517
978 535 4322 (voice & facsimile)
gmavridis@verizon.net

cc:    Judge Joseph L. Tauro
       EOHHS Secretary Dr. Judy Bigby

# Commonwealth of Massachusetts
# Board of State Trustees
# Fernald Developmental Center
Founded in 1848 with a grant from the Great and General Court
## 200 Trapelo Road
## Waltham, Massachusetts 02452

November 26, 2006

Governor-Elect Deval Patrick
c/o Transition Committee
56 Roland Street, Suite 100D
Boston, Massachusetts 02129

Dear Governor-Elect Deval Patrick:

February 26, 2003 your predecessor announced the closing of all state operated intermediate care facilities (ICF/MR's), in Massachusetts. Fernald Developmental Center in Waltham would be the first. Others include: Wrentham Developmental Center in Wrentham, Monson Developmental Center in Palmer, Templeton Developmental Center in Baldwinville, Glavin Developmental Center in Shrewsbury and Hogan Developmental Center in Hawthorne. All closures were to be completed by the time he ran for re-election in 2006. To date, this has not happened because the residents of these facilities have the same basic human rights as the rest of our citizens including the right to "due process".

Fernald was founded in 1848 and is the first and oldest public facility in the United States dedicated to serving people with mental retardation. Today it is governed by and meets all the title XIX regulations of the Social Security Act. We the Board of State Trustees at the Fernald Center believe that with your leadership, **"Together We Can"**, continue to provide our retarded citizens with the care and services they require in the home of their choice without imposing an undue burden on the rest of our fellow citizens.

We respectfully ask that you review this action by your predecessor. In 2003 Fernald was the home of approximately 300 severely or profoundly retarded individuals. Many have additional medical or behavioral complications and most have called Fernald "home" for decades. On May 25, 1993, prior to disengaging from the 22-year old class action lawsuit (Ricci v Okin,) United States District Court Chief Judge Joseph L. Tauro said:

> **"But, thanks to the healthy tenacity and persistence of the parents, friends and counsel of the people with mental retardation – the enlightened leadership of responsible state and local officials, and the oversight of the Office of Quality Assurance and predecessor Court Monitors – those initial inspection tours became the first steps in a process that has taken people with mental retardation from the snake pit, human warehouse environment of two decades ago, to the point where Massachusetts now has a system of care and habilitation that is probably second to none anywhere in the world."**

Enclosed is a plot plan of the present Fernald campus. We acknowledge that 300 residents do not need 187 acres of land on Trapelo Road in Waltham. We would suggest consolidating the Fernald

3

programs in the west quarter and redeveloping the remainder of the property to be compatible with the neighborhood.

We believe the Commonwealth needs, and will continue to need, Fernald as an intermediate care facility for approximately 300 residents and its other medical and social services that are being used today by Fernald residents and mentally retarded individual living in the community.

Today, Fernald's Tufts Dental facility, the Greene therapeutic pool and the Greene gymnasium serve both Fernald residents and people living in the community also receiving services through community based providers. Fernald's day and work programs employ many individuals living in the community, as well as residents of the facility. Ball fields are used by community organizations for people without mental retardation.

Additionally, the 187 acre campus of the Fernald property also is home to UMASS Medical School's Shriver Research Center; three family homeless facilities serving almost 300 homeless women and their children and the Marquardt Skilled Nursing Home for mentally retarded individuals who are chronically ill and dying.

Governor-elect Patrick, you would have the support of the various Fernald family advocacy organizations and some statewide organizations if you would reconsider the closure plans for Fernald and the other developmental centers. We would be happy to take you on a tour of the Fernald campus at your convenience.

We know that individuals with severe or profound mental retardation are born every day and for some, Fernald would be an ideal local intermediate care facility. Judge Tauro closed his 1993 remarks by quoting his own remarks from 1982:

> **"The retarded have no potent political constituency. They must rely on the good will of those of us more fortunate than they, and the Constitution which controls the manner in which all of us must meet our varied responsibilities."**

Please reconsider closing Fernald and also accept our invitation for a complete tour so that **"Together We Can"**, explore the opportunities that abound at this facility. We await your reply.

Sincerely,

Kathleen McMenimen          Jean Salvucci          Ann Witham

George Mavridis          Carl Zinnell

P.S. Please direct all questions and comments to:

George Mavridis
202 Brooksby Village Drive Unit 308
Peabody, Massachusetts 01960-8517
978 535 4322 (voice & facsimile)
gmavridis@verizon.net

4