Walter E. Fernald State School Corporation
Board of Trustees
200 Trapelo Road
Waltham, Massachusetts 02452-6302

George Mavridis, President

May 11, 2007

Governor Deval Patrick
State House Room 360
Boston, Massachusetts 02133

Dear Governor Deval Patrick:

I was one of the Trustees of the Board of State Trustees of the Fernald Development Center who sent you a letter on November 26, 2006, in which we outlined your predecessor's plan to close all the state operated Intermediate Care Facilities in Massachusetts, starting with the Fernald Development Center, in Waltham. In our letter, we explained why we thought that this Center should remain open, but we acknowledged that there was room for development of a portion of the Fernald campus (taking into account the activities of the many other active non-profit organizations on that campus). For ease of reference, copies of that letter and of the plot plan described in it are enclosed, marked A and B, respectively.

I now write as President of Walter E. Fernald Corporation (the Fernald Corporation), a separate, private, non-profit Massachusetts corporation. Our charge is to assist the clients and programs of the Fernald Development Center and the (related) Templeton Development Center, using a modest endowment for those purposes. After the Department of Mental Retardation, DMR, implemented the Romney closure order by transferring certain Fernald residents to other facilities, suit was duly brought before federal District Court Judge, Joseph Tauro, to challenge certain aspects of those transfers.(The Fernald Corporation assisted, indirectly, in this effort.) Judge Tauro appointed (former) U.S. Attorney Michael J. Sullivan as Court Monitor to investigate this situation. A copy of our response to Judge Tauro is enclosed. We endorsed Attorney Sullivan's final assessment, which is Section 5 of his report. I urge your Excellency to read Part 5 of Sullivan's report which is our enclosure 2 to Judge Tauro. With the backing of my fellow Trustees of the Walter E. Fernald Corporation, I offer the Monitor's observations as further support for the continued operation of a (reduced) Fernald campus.

Please consider the reopening of the Fernald Developmental Center as an intermediate care facility, ICF/MR, in accordance with the Social Security Act's Title XIX on a reduced portion of the property and, in addition, accept our invitation for a tour of the Fernald campus with some of the families whose remaining residents would be adversely affected by its closure. We await your reply.

Sincerely,

George Mavridis, President

cc: Judge Joseph L. Tauro
EOHHS Secretary Judy Ann Bixby
Jean McGuire,
DMR Interim Commissioner

**Commonwealth of Massachusetts**
**Board of State Trustees**
**Fernald Developmental Center**
Founded in 1848 with a grant from the Great and General Court
**200 Trapelo Road**
**Waltham, Massachusetts 02452**

November 26, 2006

Governor-Elect Deval Patrick
c/o Transition Committee
56 Roland Street, Suite 100D
Boston, Massachusetts 02129

Dear Governor-Elect Deval Patrick:

February 26, 2003 your predecessor announced the closing of all state operated intermediate care facilities (ICF/MR's), in Massachusetts. Fernald Developmental Center in Waltham would be the first. Others include: Wrentham Developmental Center in Wrentham, Monson Developmental Center in Palmer, Templeton Developmental Center in Baldwinville, Glavin Developmental Center in Shrewsbury and Hogan Developmental Center in Hawthorne. All closures were to be completed by the time he ran for re-election in 2006. To date, this has not happened because the residents of these facilities have the same basic human rights as the rest of our citizens including the right to "due process".

Fernald was founded in 1848 and is the first and oldest public facility in the United States dedicated to serving people with mental retardation. Today it is governed by and meets all the title XIX regulations of the Social Security Act. We the Board of State Trustees at the Fernald Center believe that with your leadership, **"Together We Can"**, continue to provide our retarded citizens with the care and services they require in the home of their choice without imposing an undue burden on the rest of our fellow citizens.

We respectfully ask that you review this action by your predecessor. In 2003 Fernald was the home of approximately 300 severely or profoundly retarded individuals. Many have additional medical or behavioral complications and

most have called Fernald "home" for decades. On May 25, 1993, prior to disengaging from the 22-year old class action lawsuit (Ricci v Okin,) United States District Court Chief Judge Joseph L. Tauro said:

> **"But, thanks to the healthy tenacity and persistence of the parents, friends and counsel of the people with mental retardation – the enlightened leadership of responsible state and local officials, and the oversight of the Office of Quality Assurance and predecessor Court Monitors – those initial inspection tours became the first steps in a process that has taken people with mental retardation from the snake pit, human warehouse environment of two decades ago, to the point where Massachusetts now has a system of care and habilitation that is probably second to none anywhere in the world."**

Enclosed is a plot plan of the present Fernald campus. We acknowledge that 300 residents do not need 187 acres of land on Trapelo Road in Waltham. We would suggest consolidating the Fernald programs in the west quarter and redeveloping the remainder of the property to be compatible with the neighborhood.

We believe the Commonwealth needs, and will continue to need, Fernald as an intermediate care facility for approximately 300 residents and its other medical and social services that are being used today by Fernald residents and mentally retarded individual living in the community.

Today, Fernald's Tufts Dental facility, the Greene therapeutic pool and the Greene gymnasium serve both Fernald residents and people living in the community also receiving services through community based providers. Fernald's day and work programs employ many individuals living in the community, as well as residents of the facility. Ball fields are used by community organizations for people without mental retardation.

Additionally, the 187 acre campus of the Fernald property also is home to UMASS Medical School's Shriver Research Center; three family homeless facilities serving almost 300 homeless women and their children and the Marquardt Skilled Nursing Home for mentally retarded individuals who are chronically ill and dying.

Governor-elect Patrick, you would have the support of the various Fernald family advocacy organizations and some statewide organizations if you would reconsider the closure plans for Fernald and the other developmental centers. We would be happy to take you on a tour of the Fernald campus at your convenience.

We know that individuals with severe or profound mental retardation are born every day and for some, Fernald would be an ideal local intermediate care facility. Judge Tauro closed his 1993 remarks by quoting his own remarks from 1982:

> **"The retarded have no potent political constituency. They must rely on the good will of those of us more fortunate than they, and the Constitution which controls the manner in which all of us must meet our varied responsibilities."**

Please reconsider closing Fernald and also accept our invitation for a complete tour so that **"Together We Can"**, explore the opportunities that abound at this facility. We await your reply.

Sincerely,

Kathleen McMenimen　　Audrey Peters　　Jean Salvucci

Ann Witham　　George Mavridis　　Carl Zinnell

P.S. Please direct all questions and comments to:

George Mavridis
202 Brooksby Village Drive Unit 308
Peabody, Massachusetts 01960-8517
978 535 4322 (voice & facsimile)
gmavridis@verizon.net

# FERNALD CENTER POSTAGE STAMP

Alternate Property Proposal by George Mavridis, P.E. May 2004

202 Brooksby Village Drive Unit 308 Peabody, Massachusetts 01960-8517
978 535 4322   gmavridis@verizon.net

December 9, 2004

Fernald Center sustains the lives of nearly 300 residents and offers a model of care for people with severe and profound mental retardation that is worthy of replication around the country. It is a regional center, owned and operated by the Commonwealth of Massachusetts, with specialized staff and programs for adult and elderly retarded people who live with chronic illness and disability. Residences at Fernald provide affordable housing and clinical support for severely or profoundly retarded people with medical or behavioral complications who will never be self-supporting.

Relocation threatens the lives of Fernald residents. Accordingly, most guardians believe it is essential that their ward remain in Waltham on the state-owned land of Fernald Center with state-operated services provided by state employees. We join with others who envision improvements that benefit Fernald Center residents as well as residents in the surrounding neighborhoods and towns.

The Department of Mental Retardation is the major tenant at the 187-acre Fernald site. The Department provides homes, day programs, support services and leisure activity facilities for residents on site, as well as a variety of individuals in the surrounding cities and towns. Support service buildings include the Tufts Dental Center; the state-of-the-art Pearlman Food Service building; the Duhamel Therapeutic swimming pool; the Greene Gymnasium and the Therapeutic Equipment Center with staff who customize wheel chairs and other adaptive equipment to the needs of retarded individuals living in the greater Waltham area, including Fernald Center.

Fernald residents already enjoy cluster housing and open space by design. Their services are delivered with efficiency because they live in units of 8 residents, combined

into larger units of 16 up to about 80 residents in a building. Travel is minimized because their clinical and dental services, and many day and recreation programs, are located on campus. Any plan for Fernald Center needs to allow sufficient land for residents to receive active treatment according to Medicaid (ICF/MR) standards.

Marquardt Skilled Nursing Facility is the only state-operated, skilled nursing facility for retarded people available in Massachusetts. The specialized staff provides care for up to 29 retarded people from all over the state who need intensive medical and nursing care. The Fernald Chaplain provides vital services to the wider Waltham community and the residents of Fernald Center through the Chapel of the Holy Innocents.

The Commonwealth's 1200 developmental center residents are approximately four percent of the total population served by the Department of Mental Retardation. At least four percent of the mentally retarded population will always be severely or profoundly retarded with medical or behavioral complications. They should always have the option to live at a developmental center when the family cannot safely care for them.

Over the past few years several advocates for the Fernald Center residents have talked informally about the future of Fernald and a key point has usually been that the Fernald of the 1970's will never be needed or wanted again, and that a small more focused Fernald will always be needed. The conversation usually moved to the idea that 300 Fernald residents will never need 187 acres of land in Waltham.

We propose to isolate the buildings north of Pine Street and west of Cherry Lane (the main road that exits onto Trapelo Road). They are the homes and work sites used by Fernald residents.

Initially if the Department of Mental Retardation declares a portion of the Fernald property as surplus, we urge the Commonwealth to consider offering the property to other state agencies for their uses that are compatible with the Fernald residents and the local community. The Commonwealth will have rent-free offices and the 300 Fernald residents will not be evicted.

If the Department of Mental Retardation declares a portion of the Fernald property as surplus and the Commonwealth decides to sell that portion of the Fernald campus to a developer, the sale price for a portion of the Fernald campus would be a combination barter and money transaction:

1. The successful developer would pay cash for the land that is not needed for the continued operation of the Fernald Developmental Center.

2. The successful developer would provide the necessary heating systems (including all the engineering) to supply heat and hot water to the remaining Fernald Center and maybe Shriver Research Center

3. The successful developer would be the provider contractor for all the support services needed by the Department of Mental Retardation to operate the Fernald Center.

During the past few months we have been looking for old drawings of the Fernald property and we scanned two drawings and combined them so we have a layout of all the Fernald buildings and the property lines in a computer file.

Attached are two drawings that we produced. The first drawing shows the Fernald Center today with the buildings color-coded based on their usage. We have indicated the buildings that provide services to community residents. For example 90% of the Tufts Dental Clinic patients live in the community and not at Fernald. Ninety percent of the swimmers in the Duhamel Therapeutic Swimming Pool live in the Waltham community and 90% of the Greene Gym and the ball field's usage are by community residents and none of them are mentally retarded.

The second drawing shows the buildings east of Cherry Lane in outline form because we believe these abandoned and unnecessary buildings can be demolished and the area developed. Some buildings in this area are shown in color. The Division Capital Asset Management or a developer should evaluate them before they are demolished. The Commonwealth can redevelop this section of the Fernald campus for other state uses or declare the land surplus and sell it. If the Commonwealth sells the land to the City of Waltham, or a developer, the east portion of Fernald will be developed and 300 Fernald residents will not be evicted. A win-win result!

Many retarded people are awaiting DMR services. These include the group turning 22 years old who are leaving the services of their public schools, and those on waiting lists from the community and nursing homes. Hospice and respite care for any retarded person could readily be coupled with Marquardt, the Clinic and residential space in the Village at Fernald.

We look forward to a dynamic working relationship with persons who agree that evicting the current residents of Fernald from their community of peers and staff is life threatening and unacceptable.

We believe this is a winning proposition. The present Fernald residents retain their homes and work sites. The east side of the campus will become a positive development in Waltham

George Mavridis, P.E.
Immediate Past President, Fernald League for the Retarded
Vice President, Walter E. Fernald State School Corporation

***Enclosures: Drawings***

PRESENT CAMPUS
COLOR KEY:
RESIDENCES
ABANDONDED
LEASED
METRO BOSTON REGION
MIDDLESEX HUMAN
SERVICE AGENCY
CLOSED, RENOVATED
EASILY REOPENED
DAY PROGRAM WORK SITES
LEASED
SHRIVER
FERNALD ASSOCIATION
FERNALD LEAGUE
TUFTS DENTAL
SUPPORT BUILDINGS
N
TRAPELO ROAD
SYSTEM BUILDING NO. 5
LAWRENCE SCHOOL
MAIN ENTRANCE
SYSTEM BUILDING NO. 6
COTTAGE COMPLEX
ACTIVITIES BUILDING
SOCCER
FIELD
CHERRY LANE
HILLSIDE
EUNICE KENNEDY SHRIVER CENTER
PARKING
GREENE UNIT I
DUHAMEL POOL & GREENE GYM
GREENE UNIT II
SYSTEM BUILDING NO. 4
ADMINISTRATION BUILDING
MALONE PARK
WHEATLEY HALL
CHAPEL
NORTH NURSES HOME
TUFTS DENTAL
NORTH BUILDING
FARREL HALL
EAST BUILDING DOWLING HALL
HOWE HALL
WITHINGTON REHAB CENTER
KELLY HALL
DOLAN HALL
WEST NURSES HOME
THOM HOSPITAL (MARQUARDT)
ACTIVITIES CENTER
EAST NURSES HOME
USAGE:
TUFTS DENTAL - 90% COMMUNITY
GREEN THERAPUTIC POOL - 90% COMMUNITY
GREEN GYM - 90% COMMUNITY WITHOUT MENTAL RETARDATION
BALL FIELDS - ALL COMMUNITY GROUPS WITHOUT MENTAL RETARDATION
GREENEHOUSE - 1 FERNALD & 12 COMMUNITY WORKERS
CAN REDEMPTION - 2 FERNALD & 12 COMMUNITY WORKERS
OTHER WORK SITES - ALL FERNALD WORKERS
MacDOUGAL HALL
LEASED
PLAYGROUND
FOOD SERVICE BUILDING
WAVERLY HALL
SCHOOL HOUSE
MANUAL TRAINING BUILDING
PINE STREET
STORE HOUSE
SEGUIN HALL
HOWE LIBRARY
CHIPMAN HALL
FUEL SYSTEMS FOR HEAT AND HOT WATER:
MALONE PARK - OIL
WORK SITES 5 & 7 - OIL
HILLSIDE - GAS
ACTIVITY CENTER - OIL
COTTAGES 19 & 20 - GAS
ALL OTHERS - POWER PLANT
BELMONT HOUSE
WEST BUILDING
ADAPTIVE EQUIPMENT CENTER
WARREN HALL
TABBEL HALL
LAVERS HALL
BOWEN HALL
SOUTH NURSES HOME
WALLACE BUILDING (COMMUNITY RESPITE)
GROUNDS DEPARTMENT
THE FERNALD CENTER
Commonwealth of Massachusetts
Department of Mental Retardation
GREENHOUSE
POWER PLANT
COTTAGES #19 & #20
WAVERLY OAKS ROAD

FERNALD-TODAY
MINIMUM CAMPUS
SHADED AREA REPRESENTS
BUILDINGS REQUIRED
TO KEEP FERNALD-TODAY
OPERATIONAL
COLOR KEY:
RESIDENCES
ABANDONDED
LEASED
METRO BOSTON REGION
MIDDLESEX HUMAN
SERVICE AGENCY
CLOSED, RENOVATED
EASILY REOPENED
DAY PROGRAM WORK SITES
LEASED
SHRIVER
FERNALD ASSOCIATION
FERNALD LEAGUE
TUFTS DENTAL
SUPPORT BUILDINGS
N
TRAPELO ROAD
SYSTEM BUILDING NO. 5
LAWRENCE SCHOOL
MAIN ENTRANCE
SYSTEM BUILDING NO. 6
COTTAGE COMPLEX
ACTIVITIES BUILDING
SOCCER
FIELD
EUNICE KENNEDY SHRIVER CENTER
PARKING
GREENE UNIT I
HILLSIDE
CHERRY LANE
DUHAMEL POOL & GREENE GYM
PARKING
SYSTEM BUILDING NO. 4
GREENE UNIT II
ADMINISTRATION BUILDING
MALONE PARK
CHAPEL
TUFTS DENTAL
FARREL HALL
EAST BUILDING DOWLING HALL
HOWE HALL
WITHINGTON REHAB CENTER
DOLAN HALL
THOM HOSPITAL (MARQUARDT)
USAGE:
TUFTS DENTAL - 90% COMMUNITY
GREEN THERAPUTIC POOL - 90% COMMUNITY
GREEN GYM - 90% COMMUNITY WITHOUT
MENTAL RETARDATION
BALL FIELDS - ALL COMMUNITY GROUPS
WITHOUT MENTAL RETARDATION
GREENHOUSE -
1 FERNALD & 12 COMMUNITY WORKERS
CAN REDEMPTION -
2 FERNALD & 12 COMMUNITY WORKERS
OTHER WORK SITES - ALL FERNALD WORKERS
MacDOUGAL HALL
LEASED
PLAYGROUND
FOOD SERVICE BUILDING
MANUAL TRAINING BUILDING
PINE STREET
SEGUIN HALL
HOWE LIBRARY
ADAPTIVE EQUIPMENT CENTER
WARREN HALL
FUEL SYSTEMS
FOR HEAT AND HOT WATER:
BELMONT HOUSE
MALONE PARK - OIL
WORK SITES 5 & 7 - OIL
HILLSIDE - GAS
ACTIVITY CENTER - OIL
COTTAGES 19 & 20 - GAS
ALL OTHERS - POWER PLANT
WALLACE BUILDING
(COMMUNITY RESPITE)
THE FERNALD CENTER
Commonwealth of Massachusetts
Department of Mental Retardation
COTTAGES #19 & #20
WAVERLY OAKS ROAD