

# The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Mental Health
Southeastern Residential Services
74 Kilburn Street
New Bedford, MA 02740

Deval L. Patrick
Governor

Timothy P. Murray
Lieutenant Governor

Judyann Bigby, M.D.
Secretary

Gerald J. Morrissey, Jr.
Commissioner

Richard J. O'Meara
Regional Director

Jacqueline S. Winslow
Executive Director

Tel: 508-910-3000
Fax: 508-910-3055

Ms. Maryellen Corcoran
49 Walk Hill Street
Jamaica Plain, MA 02130

May 7, 2007

Dear Ms. Corcoran,

   I am responding to your letter dated May 1, 2007 outlining your concerns about your brother Timothy's new private bedroom. As I stated during our telephone conversation, Tim is currently residing in a shared bedroom. A female is moving into the home and will need to occupy the shared room with another female. This arrangement makes it necessary for Tim to move to the available private room.

   Due to Timothy's diagnosis of manic depressive disorder and bipolar disorder, SRS clinical staff believes it is in Tim's best interest to have his privacy, especially when he is experiencing the severe "cycles" you outlined in your letter to me. When Tim is agitated he will, as outlined in his Behavior Plan dated February 23, 2006, experience sleeplessness, verbal agitation and other behaviors that are very disruptive to a roommate. In addition, Tim becomes very upset when a roommate touches his personal belongings. This single bedroom will afford Tim his privacy and protect others during a disruptive behavioral episode.

   You expressed concern about the distance from the bathroom and Tim becoming disoriented to the bathroom at night. The distance is a few feet greater from the private bedroom but it is in the same hallway of the home. We will provide additional supervision during his sleep hours to help Tim adjust to this change. A commode chair or urinal should be considered to assist him during the evening hours.

I respect and appreciate your advocacy; however, I am unable act favorably upon your request, at this time.

Respectfully,

Jacqueline Winslow, Director
Southeastern Residential Services


cc: Judge Joseph L. Tauro, Jr.
    Richard O'Meara, Regional Director
    Dennis Murphy, Esq.
    Neil Moynihan, Esq.