**CHAPEL OF THE HOLY INNOCENTS**
**FERNALD CENTER**
200 Trapelo Road
Waltham, MA 02452

Rev. William T. Leonard, Chaplain
Ms. Ann M. Witham, Pastoral Associate

May 20, 2007

The Honorable Joseph L. Tauro
United States District Court
Courtroom 20
Joseph J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Civil Action: Robert Simpson Ricci, et al, Plaintiffs
          v. Robert L. Okin, et al., Defendants

          72-0469-T; 74-2768-T; 75-3910-T;
          75-5023-T; 75-5210-T

Dear Judge Tauro,

We are writing to comment about United States Attorney Michael Sullivan's report to you concerning the proposed closure of the Fernald Center. The report was submitted to the court on March 6, 2007. Our main focus is the visit Attorney Sullivan made to the Fernald Chapel on September 17th, 2006 as part of his preparations to write his report. His visit was in response to an invitational letter. A copy of that letter is enclosed for your convenience.

On page 25 of his report, Attorney Sullivan recounted for the Court his observations of the "outpouring of young volunteers from the community that wheeled residents from the Greene building across the street to the Chapel for Sunday Service." and "The community had embraced the residents at Fernald and the residents enjoyed their Sunday morning Service." In deference to Attorney Sullivan, this is only the partial story. The "rest of the story" is perhaps best illustrated in an essay written by Ms. Lauren Engel. With her permission, we have enclosed a copy of the essay for you to read. Lauren is one of the young people who participate in community service at the Fernald Chapel. Her writing describes her relationship with Margaret, one of our residents, and what she has learned as the result of her service at Fernald and her relationship with Margaret. With all the negative challenges that face today's youth, community service at Fernald presents the positive challenge of overcoming personal prejudices towards those who are "different" and encourages the growth of compassion for those who live with physical and mental handicaps. For these reasons, we believe that Fernald is an invaluable asset to

the local community and to the Commonwealth. You may like to know that all of our student volunteers are given a packet of helpful information to read in preparation for their service. A copy of this packet is also enclosed with this letter.

The 215 residents who live at Fernald and the Marquardt Center today deserve to know that they can live out the remainder of their lives in the comfort and security of their home, with their friends and familiar and caring staff, free from the stress and fear of a climate of uncertainty about closure of the facility. People who have worked with them so faithfully over the years, also deserve to know that they can continue to provide the loving care and supports that are needed for their most vulnerable charges. The aging parents, siblings and guardians of these residents deserve to know that their family member will still have a safe, familiar, and secure home and all the care and services needed for the remainder of their lives. For many residents, their parents, siblings and guardians, the last several years have taken a heavy toll on both their physical and emotional health. It is cruel to permit this to continue any longer. You have the ability to stop any further plans to close the oldest publicly funded institution of its type in the Western Hemisphere.

If your schedule permits, we would like to extend an invitation to you to visit the Chapel and witness for yourself what Attorney Sullivan and his colleagues saw; a unique and diverse faith community gathered for worship and fellowship with the assistance of an equally diverse group of volunteers, some of whom have been acting in this capacity for more than thirty years! We believe you will find this experience invaluable in making any further decisions about the viability of the Fernald Center. Services begin at 9:45 AM every Sunday morning and normally conclude between 10:30 and 10:45 AM.

Please contact me, (Fr. Leonard), at St. Jude Parish, 147 Main Street, Waltham, MA 02453 to let me know if you are able to visit us. The telephone number is 781 893 3100. You may also contact Ms. Witham at her home phone number 781 894 7599. Either of us will be more than happy to assist you in planning a visit. We look forward to hearing from you very soon.

Sincerely,

Rev. William T. Leonard,
Chaplain

Ms. Ann M. Witham
Pastoral Associate

Enclosures: 3

Cc:    U.S. Attorney Michael Sullivan
       U.S. Attorney Ray Farquhar
       Attorney Beryl Cohen
       Ms. Lauren Engel

**CHAPEL OF THE HOLY INNOCENTS**
**FERNALD CENTER**
200 Trapelo Road
Waltham, MA 02452

Rev. William T. Leonard, Chaplain

September 2, 2006

U.S. Attorney Michael J. Sullivan
John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Dear Attorney Sullivan,

It has come to my attention that you and your associates will be visiting residents and their families at their homes at the Fernald Center on Sunday, September 17th and that this visit is in conjunction with your duties as Court Monitor. I believe that the schedule and diagram of your visit has a very important oversight - a visit to the Holy Innocents Chapel in the center of the Fernald residences.

I would like to invite you and your associates to begin your tour, if at all possible, with a visit to the Chapel at 9:45 AM for Sunday Mass. Fernald residents of all faiths gather here for worship every week. To miss this unique gathering of residents, staff, volunteers, students, community people and family members, would be to miss a core weekly event with the residents.

I have been chaplain at the Fernald Center for fourteen years and can assure you that this visit would be invaluable for you in making your evaluation and recommendations. The worship service normally concludes between 10:30 and 10:45 AM. Those who are assisted by volunteers are usually returned to their homes before 11:00 AM. Please contact me at St. Jude Parish, located at 147 Main Street in Waltham and where I serve as Pastor, to let me know if you will be able to visit the chapel, even if it is only for a short period of time. The phone number is 781 893 3100. I look forward to hearing from you.

Sincerely,


Rev. William T. Leonard,
Chaplain

PS. I would be happy to provide lunch for you and members of your team at St. Jude Rectory, before your formal tour of the residences begins.

cc:   Attorney Beryl Cohen
      Attorney Ray Farquhar

**CHAPEL OF THE HOLY INNOCENTS**
**FERNALD CENTER**
200 Trapelo Road
Waltham, MA 02452

Rev. William T. Leonard, Chaplain

October 3, 2006

U.S. Attorney Michael J. Sullivan
John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Dear Attorney Sullivan,

I wish personally to thank you and your associate, Attorney Ray Farquhar for visiting our community at the Holy Innocents Chapel at the Fernald Center on September 17th. It was a typical gathering and service that occurs fifty-two (52) weeks every year, and I am pleased that you could experience it.

Being busy that morning and not wishing to prejudice your experience, I was not able to express my feelings and opinion about the proposed closing of Fernald and your Court responsibility to evaluate this.

It is my opinion that this proposed closure is <u>not merely</u> the transferring of residents, but in fact a mass eviction and dissolution of a vibrant community neighborhood. If this were proposed in any other community or neighborhood of the Commonwealth, there would be a political uproar. I hope that your report to the Judge will reflect this and have an effect on his decision.

Again, I thank you and Mr. Farquhar for your visit and attention.

Sincerely,



Rev. William T. Leonard,
Chaplain


cc:     Attorney Ray Farquhar

Lauren Engel                                                                                May 12, 2007

# The Fernald Chapel

I decided to perform my Christian Service Requirement for my high school, Arlington Catholic, and my community service hours for my CCD class, by helping at the Fernald Center Chapel in Waltham. I would arrive every Sunday at 9:00 A.M. and check in with Ms. Ann Witham, the head of the Chapel. She would then tell me what cottages were sending people to church that Sunday. There were three cottages and one residential building. The residents were placed in their specific homes depending on the severity of their mental retardation. I would then begin at cottage 11 which was the furthest up the hill. I would take the patients in their wheelchairs and push them down the hill to Mass. Other volunteers and I would then take all of the residents from cottage 11 then move to cottage 9, then 7 until we would finally go over to the Greene Building, which was a large residential building. Once all of the residents were brought to church I would sit and attend Mass with them. Once Mass was completed, I would then wheel all of the residents back to their respective houses.

When you attend Fernald every week, you begin to develop relationships with some of the people. I began to develop a friendship with Margaret. Margaret was an older women and had been at Fernald for most of her life. I would walk up to cottage 7 to get her before Mass and we would walk down and I would talk about the weather and other small talk. Margaret had some ability to talk and move; in fact, she was one of the fortunate ones at Fernald. However, the best times were coming back from church with Margaret. I would sing the songs that were played at Mass. The songs weren't complex or difficult to learn, they were as simple as "When You're Happy and You Know it Clap Your Hands, "Happy Birthday," when it was one of their birthdays. One day, I was singing "Happy Birthday" because it happened to be Margaret's birthday the upcoming week. I stopped singing for a moment, and there was Margaret, singing "Happy Birthday" to herself.

When I began volunteering at The Fernald I saw the people who lived there as "patients" and not as "people". When I heard Margaret singing, although she couldn't quite sing in tune, or she had to mumble her words, I saw her as a person! Even though she was wheelchair bound, and had to have the staff feed and bathe her, she was still a person just like you and me. To this day, Margaret and I still walk home from church together while I sing. Every once in a while I will stop and listen, to Margaret sing on her own. I believe this was one of the most important lessons that I learned that had to do with Christian values; I saw Margaret as a person and had a great deal of compassion for her. Jesus taught that we should be kind and considerate to all, especially those who are less fortunate than us.

Along with the fun and easy parts of being at Fernald there were also some difficult parts of being there. Again I was with Margaret, walking towards the chapel. She began telling me of a friend of hers, David. David had just passed away and she upset about his death. When I went after church to help her with her hat and gloves she asked me when David's funeral would be. They had announced it during the announcements so I knew it was the upcoming Wednesday. I told her this, and she was relieved that I knew and could tell the staff at her cottage when it was so she could attend. All the way back up the hill she would keep asking, and I would reassure her that it was Wednesday and I would let the workers in her cottage know. She began to talk about David and how he was a nice man and how he would always make her laugh. Margaret couldn't use complex words, but I could tell how much she cared for this friend of hers and how deeply saddened she was. Another time, walking home we came to the fork in the road and a car was coming down the hill. Margaret began saying, "I don't want to get hurt, I don't want to get hurt, I live in cottage 7." Later, I asked Ms. Witham if something had happened in the past and she told me how one time, a while ago they had let Margaret go home on her own while she was in an automatic wheelchair. She had gotten lost and was extremely scared.

I really began to saw how much these people depended on us and needed us, to complete the most simple tasks as going up a hill. After this experience, I find myself much more grateful for what I have. I try to no longer complain about the little problems I have because I am extremely fortunate compared to these people. I have the ability to run and jump and walk and play, where these people could never do that. I hope have I had a positive impact on these people's lives, because without you pushing them, they would not have been able to attend Mass, which they greatly look forward to attending. They like it because it is one of the few times in a week when they get to socialize with all of the community, not just those people in their cottages. Even if not required, I intend to continue this service, because I found that I enjoy doing it and look forward to attending every week, because not only do you get to help somebody else, it makes you feel good about yourself.

# HELPFUL HINTS FOR STUDENT VOLUNTEERS AT FERNALD

WHEN FIRST MEETING THE FERNALD RESIDENTS:

1. EXCHANGE GREETINGS BY TELLING HIM/ HER YOUR NAME AND ASKING THEIR NAME. SOME RESIDENTS ARE DIFFICULT TO UNDERSTAND, BUT TAKE YOUR TIME REPEATING UNTIL YOU FIND OUT. ASK SOMEONE ELSE IF NECESSARY.

THEN REPEAT NAME TO THE PERSON, IT IS REALLY APPRECIATED! TRY TO REMEMBER THE PERSON'S NAME. (DON'T HESITATE TO ASK A RESIDENT TO REPEAT SOMETHING.)

2. OFFER YOUR HAND, AND BE PATIENT FOR A HANDSHAKE, FOR SOME IT IS DIFFICULT TO DO, BUT MOST LIKE TO SHAKE HANDS.

**The above does not apply to residents in the Greene Building where all residents are non-verbal, as well as to some residents in other buildings, if this is not obvious ask a staff person and then find out the residents name and use it often!**

HANDLING OF WHEELCHAIRS:

1. BEFORE PUSHING THE WHEEL CHAIR, MAKE SURE THE PERSON PUTS THEIR HANDS ON THE ARMBAR.

2. RESIDENTS ARE VERY AFRAID OF FALLING! THEREFORE, DO NOT RUSH; AND WATCH OUT FOR RUTS OR HOLES IN THE ROAD.

3. WHEELCHAIRS CAN BE TURNED AROUND, IF NECESSARY, TO GET OVER DOOR SILLS OR TO GET OVER OBSTACLES.

4. ALWAYS APPLY THE BRAKE WHEN LEAVING THE WHEELCHAIR.

If at a CHAPEL SERVICE:

SIT UP FRONT ON THE RIGHT HAND SIDE, ONE OR TWO PEWS BEHIND THE WHEELCHAIR RESIDENTS AREA IN ORDER TO OBSERVE. BUT FIRST OFFER TO RETURN TO ESCORT ANOTHER PERSON TO THE CHAPEL.

DURING SERVICES WHICH WELCOME RESIDENTS OF ALL FAITHS:

1. PLEASE PARTICIPATE, ESPECIALLY IN THE SIMPLE SONGS ON THE SONG CARD. THIS ADDS VOLUME TO HELP THE RESIDENTS CELEBRATE ! INDEED SOMETIMES YOU ARE THE MOUTHS FOR THOSE WHO CANNOT SPEAK, OR SING; BUT WHO SWAY WITH THE MUSIC.

2. OBSERVE THE DIFFERENT RESIDENTS AND STORE A COUPLE OF QUESTIONS FOR THE DISCUSSION PERIOD WITH THE PRIEST AFTER THE SERVICE.

3. IF POSSIBLE GET TO THE CENTER AISLE FOR COMMUNION (IF YOU DESIRE) TO RECEIVE FROM ONE OF THE RESIDENTS.

OTHER ITEMS:

1. TELL ANYONE WHO MIGHT ASK FOR MONEY OR A GIFT THAT YOUR NOT ALLOWED TO DO THAT.

2. ALSO, DO NOT BE AFRAID TO SAY TO ANY RESIDENT WHO IS DOING SOMETHING INAPPROPRIATE.... "THAT IS NOT APPROPRIATE, PLEASE DO NOT DO THAT". RESIDENTS HERE DO KNOW HOW TO ACT CORRECTLY.

# WELCOME TO HOLLAND

## By Emily Perl Kingsley

I am often asked to describe the experience of raising a child with a disability, to try to help people who have not shared that unique experience to understand it, to imagine how it would feel.
It's like this:

When your going to have a baby, it's like planning a fabulous vacation trip to Italy. You buy a bunch of guidebooks and make your wonderful plans. The Coliseum, the Michelangelo David, the gondolas in Venice. You may even learn some handy phrases in Italian. It's all very exciting.

After months of eager anticipation the day finally arrives. You pack your bags and off you go. Several hours later, the plane lands. The flight attendant comes in and says "Welcome to Holland." "Holland" you say. "What do you mean Holland? I signed up for Italy! I'm supposed to be in Italy. All my life I've dreamed of going to Italy." But there's been a change in flight plans. They've landed in Holland and there you must stay.

The important thing is that they haven't taken you to a horrible place. It's just a different place.

So you must go out and buy new guide books. And you must learn a whole new language. And you will meet a whole new group of people you would never have met. It's just a different place. It's slower paced than in Italy, less flashy than Italy. But after you've been there for a while and you catch your breath you look around, and you begin to notice that Holland has windmills, Holland has Tulips, Holland even has Rembrandts.

But everyone you know is busy coming and going from Italy and they're all bragging about what a wonderful time they had there. And for the rest of your life, you will say "Yes that's where I was supposed to go. That's what I had planned." The pain of that will never ever, ever, go away, because the loss of that dream is a very significant loss. But if you spend your life mourning the fact that you didn't get to Italy, you may never be free to enjoy the very special, the very lovely things about Holland.

## When Cacophony Isn't Cacophony; And Babble Isn't Babble!

Cacophony  n. harsh or discordant sound.
Babble     vb. to utter meaningless sounds.

   Come join me for a quick trip to ISTANBUL!   As we get off the plane we are swept up in a large crowd onto the streets of a mysterious and strange city. We are bumped and jostled as the crowd moves along, the crowd is large and excited there is cacophony all around; and since we do not speak the language all we hear is babble! Of course we know it isn't babble it is only our ignorance of the language that prevents us from understanding what is happening. We turn to a person beside us and ask what is happening? But we are met with a blank stare we are only speaking babble! They don't understand us.  Now we are becoming a little frightened, for to whomever we turn to speak there is only that same blank stare. We become louder in our desperation and more excited in our fear.  As we reach out to those around us they are now becoming afraid of us, and shrink away thinking there is something wrong with us.

   We are now being left alone, isolated in this strange place of cacophony and babble!  If only we had taken the time to learn the language before we left!

   Perhaps, just maybe, we have a feeling for what it is like to live in ones body unable to speak like so many who live here at the Fernald!

   There are many languages spoken by the non-verbal residents who live here  It is not cacophony nor babble it is another language a non-verbal language eloquent and clear to those who understand.  Just ask a parent or family member and you will be told what is being said. Simply turn to a staff person who has learned this persons language and it will be translated for you.  Such a mystery and yet so human!  Touching in its simplicity.

   Now please take a walk with me to the Fernald Chapel of The Holy Innocents on a Sunday morning. A crowd may push you along. You may be jostled a bit.  It is often very loud, the sounds of cacophony and babble surround you, there is excitement in this crowd! Volunteers have learned the language, many staff are here to translate, many languages are spoken and understood here   Let those who have ears to hear listen and those who have eyes to see, see! It is a human mystery touching in its simplicity; and it surely brings a smile to the face of God

# FILLING THE SPACE BETWEEN HEAVEN AND EARTH

## WILLIAM S. GROGAN R.N.
## FERNALD DEVELOPMENTAL CENTER
## GREENE BUILDING

It is 7 A.M. Summer sunlight sparkles through the thick leaves of the century old maples that line the drive and dot the grounds at the Fernald Developmental Center where I work. My shift is about to start but for a moment I imagine myself taking a leisurely drive down a country lane. Ahead of me is a red and white brick chapel and beyond that a shady parking lot where I'll leave the car. As I get out of the car and approach the entrance to the Greene Building, I hear sounds that have become as familiar to me as the melody of the birds in the surrounding trees. The Greene Building has four floors, housing between 60 and 70 of Fernald's most severely disabled residents. The cries coming from Katie's window tell me she is agitated today. Brian's excited shouts and laughs let me know he is up and greeting the day.

I check the night-shift report, see there are no acute medical issues and begin stocking my medication cart. I hear the sounds of Little Richard's golden oldie "Lucille" cut through the chaotic din of the office, and I know Robert has made his way in to say good morning. Robert, about 40, is a stout, muscular man who gets around on a wheeled pallet by using his legs to propel himself. "Good morning, Robert." I say. "How are you today?" He lifts his head and with a smile from ear to ear, extends both gloved hands in greeting. I take his hands in mine, and he allows me to hold them for an instant before backing his chair away, his signal that he wishes to go. Though Robert is nonverbal, his smile tells me all I need to know.

Robert has a history of self-abusive behavior. The gloves he wears are a reminder to him to not hit himself when he is frustrated or angry. The building psychologist hopes that one day Robert will no longer need the cotton gloves he now wears as a reminder and will be able to live without hitting himself every time he becomes angry.

My first stop is with Brian, a brittle diabetic, who does not have the ability to chew and swallow food effectively. His breakfast consists of a can of formula instilled through a gastrostomy tube. I talk with Brian while I

administer his medications and feeding, but he takes no notice of me, Brian is engaged in a world of his own.

Next door is Michael, a man of 30 who looks as if he were 12 or 14. Michael is not quite 4 feet tall, weighs about 85 pounds, and has jet black hair that he peers out from beneath with big brown eyes. I gently bounce Michael up and down on his mattress and he responds with a smile. "What do ya say, Mike?" I ask. Like Brian and Robert and all the other residents on the first floor, Michael is nonverbal, but I continue to talk and joke with him while I attend to his care. He probably does not know what I am saying, but he does understand my affectionate tone, and he likes the attention I am giving him.

Michael is fed through a jejunostomy tube, which is similar to a gastrostomy tube except that it provides a direct opening into the jejunum, the upper portion of his small bowel. Michael had a problem with gastric reflex before the tube was inserted. Feeding Michael through the tube avoids that problem. Michael is far more comfortable, has gained weight, and has not suffered a single aspiration pneumonia since his tube insertion two years ago.

It takes two hours to make the morning rounds. A highlight of the remainder of the day is a physical for John in preparation for his quarterly evaluation. John is 28, looks about 12 and just coos softly to himself while I am talking with him. During the exam, I turn John carefully because inactivity and seizure medication have caused his bones to become fragile and easily fractured. Today John seems happy and content.

Back in the office, the phone rings. The call is from a direct care provider who asks if I can come and check on Allen. "He's been spitting up," she says, "and his stomach is distended." I check Allen's orders and see that his condition is not unusual for him. I get the instruments I need for the assessment and start down the hall. My examination reveals that Allen cannot pass the air trapped in his stomach and a medical procedure prescribed by his doctor is required to allow the air to escape.

During the noon hour I spend time in the dinning room, observing residents who must be fed slowly and carefully to prevent choking, and the staff who feed them with patient attentive care. Strains of classical music play softly on the radio and the atmosphere is calm and relaxing.

About 3 P.M., I compile my report of the day's events and report off to the evening staff. For me this is nursing in its most meaningful sense -providing good hands-on care and maintaining optimal levels of health and comfort. My patients cannot verbally thank me, but when Robert extends his hands in greeting, or Michael smiles at my antics, and when Allen's stomach no longer hurts, then I know I am valued by these very special people.

As I am leaving, I encounter Katie in her wheelchair by the door. Katie is a beautiful young lady with long blonde hair and fair skin. She is no longer agitated as she was this morning but simply sits comfortably watching staff members come and go. "Hey, Katie," I say, holding out my hand. Smiling broadly, she offers her hand and allows me to shake it gently She is well dressed, clean and dry, and that is all she asks of us; what a lesson she teaches. I am reminded of the ancient Persian poet who wrote:

> *"The meaning of life is in knowing what is enough. With happiness held in one ...heart, you can fill the whole space between heaven and earth."*

## BEATITUDES FOR SPECIAL PEOPLE

BLESSED ARE YOU WHO TAKE TIME TO LISTEN TO DIFFICULT SPEECH, FOR YOU HELP US TO KNOW THAT IF WE PERSEVERE WE CAN BE UNDERSTOOD.

BLESSED ARE YOU WHO WALK WITH US IN PUBLIC PLACES, AND IGNORE THE STARES OF STRANGERS, FOR IN YOUR FRIENDSHIP WE FEEL GOOD TO BE OURSELVES.

BLESSED ARE YOU WHO NEVER BID US TO "HURRY UP" AND, MORE BLESSED, YOU WHO DO NOT SNATCH OUR TASKS FROM OUR HANDS TO DO THEM FOR US, FOR OFTEN WE NEED TIME RATHER THAN HELP.

BLESSED ARE YOU WHO STAND BESIDE US AS WE ENTER NEW AND UNTRIED VENTURES, FOR OUR UNSURENESS WILL BE OUTWEIGHED BY THE TIMES WHEN WE SURPRISE OURSELVES AND YOU.

BLESSED ARE YOU WHO ASK FOR OUR HELP AND REALIZE OUR GIFTEDNESS FOR OUR GREATEST NEED IS TO BE NEEDED.

BLESSED ARE YOU WHO HELP US WITH THE GRACIOUSNESS OF CHRIST, FOR OFTEN WE NEED THE HELP WE CANNOT ASK FOR.

BLESSED ARE YOU, WHEN, BY ALL THINGS, YOU ASSURE US THAT WHAT MAKES US INDIVIDUALS IS NOT OUR PARTICULAR DISABILITY OR DIFFICULTY BUT OUR GOD-GIVEN PERSONHOOD WHICH NO HANDICAPPING CONDITION CAN CONFINE.

REJOICE AND BE EXCEEDINGLY GLAD FOR YOUR UNDERSTANDING AND LOVE HAVE OPENED DOORS FOR US TO ENJOY LIFE TO ITS FULL AND YOU HAVE HELPED US BELIEVE IN OURSELVES AS VALUED AND GIFTED PEOPLE.

# Fernald lauded – and lamented

## It's a last hope, or a warehouse

By Sacha Pfeiffer
GLOBE CORRESPONDENT

WALTHAM – In its darkest days, the Walter E. Fernald State School for the mentally retarded was little more than a human warehouse.

Established in South Boston in 1848 and later relocated to Waltham, Fernald was viewed as recently as 25 years ago as an overcrowded, understaffed facility providing suspect care to many of the state's most profoundly disabled citizens.

It took a class-action lawsuit, filed against the Commonwealth of Massachusetts in 1974 by a group of Fernald parents, to improve conditions at the school, which one present-day state official called "abysmal."

This month, as the facility now known as the Fernald Center celebrates the 150th anniversary of its founding, many advocates for the mentally retarded are lauding the dramatic improvements they say have been made at the school in recent years.

But it is a bittersweet birthday for Fernald.

Across the country, debate grows in human service circles about what constitutes the best living environment for mentally retarded citizens. Institutional care, such as that offered at Fernald and facilities like it? Or the smaller, residential, community-based settings that have become a national trend?

On one side of this argument are people like George Mavridis, president of the Fernald League for Retarded Children, an advocacy group, who calls the school "a last hope" for many of society's neediest members.

"I would argue that Fernald operates more efficiently and provides better services" for the severely mentally retarded than a community setting, said Mavridis, who has a 47-year-old cousin with Down syndrome who has lived at Fernald since 1966. "People like those in the Greene



GLOBE STAFF PHOTO / BARRY CHIN

Marie Bazelais (right), a direct care worker at the Fernald Center in Waltham, helps Joanna Bezubka learn hand-sorting techniques. This month, the center is celebrating the 150th year of its founding.

Building" – home to some of the state's most disabled residents – "are really never going to live in a four-bedroom community residence because they need more intensive nursing care," he said. "For them, Fernald is the least restrictive and proper environment."

Taking the opposite stance are people like Newton resident Lucie Chansky, a member of a citizen advisory board of the state Department of Mental Retardation and a fierce advocate of community-based care for the mentally retarded.

"There are two kinds of people in this world, institution people and community people, and I'm a community person," said Chansky, who chairs a governmental affairs committee for the Massachusetts chapter of the Association of Re-

# A bittersweet year for an improved Fernald Center

■ FERNALD
Continued from Page 1

arded Citizens and is the mother of a 35-year-old mentally retarded son who lives in a community setting. "I believe that all the people who live at Fernald would be served in the community and have more productive, integrated, normal lives than they do living in an institution."

Established by Dr. Samuel Gridley Howe, who also founded the Perkins School for the Blind in Watertown, Fernald originally was known as the Massachusetts School for Idiotic and Feeble-minded Youth. As its founding name suggests, the facility opened in a radically different era of care and treatment for the mentally disabled.

More than a century later, many mental health experts advocate the gradual transition of mentally retarded citizens into mainstream society. Increasingly, community-based housing for the mentally retarded, in which individual or small groups of disabled people live in residential houses with support staff, is winning broad support.

In such environments, advocates say, mentally retarded citizens can practice skills they might not learn in institutional settings, such as cooking and housekeeping. Backers also say supervised group housing offers important socialization opportunities that are unavailable in large facilities.

Still, many advocates for the mentally retarded say the Fernald Center is a haven and home of last resort for some of the state's neediest citizens.

Some 393 mentally retarded adults now live at Fernald, down from the school's high of about 2,500 residents. They range in age from 25 to 95 and have conditions that include limited cognitive comprehension and physical and mental disabilities so severe that they have no bodily control. Many of Fernald's residents are unable to live on their own, relying on aides and caretakers to feed, clothe and bathe them. Several cannot speak, and communicate spasmodically and incoherently. Some will spend their lives in wheelchairs, wearing helmets.

It is at Fernald, the center's advocates say, that these citizens can best receive the personalized, round-the-clock care they need. Situated on nearly 200 sprawling, wooded acres on Trapelo Road, the school boasts a newly renovated rehabilitative swimming pool, a greenhouse, a range of medical services, and an activities center that offers crafts, movies and musical events.

Also on campus are the Shriver Center, a biomedical research facility; a Tufts dental clinic that serves mentally retarded adults; and a skilled nursing facility for mentally disabled senior citizens. The facility's impressive staff-to-resident ratio is roughly 3 to 1.

"It's much more than just housing," said Fernald's director, Jacqueline Bouyea. "It's a whole gamut of individualized support services for people. We're really trying to find out what their highest potential functioning level is, and then making sure there are resources so they can reach that level."

Yet, as state officials and community residents debate Fernald's future, lack of funds and weak public support have contributed to a general decline in the school's physical condition. Visitors to the facility see an eerie mix of well-maintained modern buildings and vacant, dilapidated ones surrounded by chain-link fences and pock-marked with broken windows.

The effort to rehabilitate Fernald's public image has not been helped by a series of tragic events over the past decade.

In 1988, a 64-year-old resident was found strangled after her head became stuck in the rails of her bed. In 1996, a 49-year-old mentally retarded woman who could neither walk nor speak was raped in the Greene Building. And, last year, MIT and Quaker Oats agreed to pay $1.85 million to former Fernald residents who were fed radioactive breakfast cereal in nutrition experiments during the 1940s and 1950s – a national fiasco that led to a public apology from President Bill Clinton.

State mental retardation officials were reluctant to speculate on Fernald's future. But they acknowledge a need for long-range planning for the facility, which is no longer accepting new residents.

"There is no easy answer for those folks," said Assistant Commissioner Larry Tummino of the Department of Mental Retardation, referring to Fernald's residents. "They present a lot of challenges."

Until a long-term plan is developed with community input, "we're not going to create a position of our own or move forward without having everybody at the table to discuss future plans," Tummino said. For now, he said, "our goal is to provide the best possible quality of life" for Fernald's residents.

In the meantime, Fernald remains locked between concerned parties with equally vehement views.

Said Waltham resident Rita Botti, whose 44-year-old brother, Peter, has lived at Fernald since he was a toddler: "Personally, I think the care my brother has received at Fernald for these many years has been outstanding. The staff at Fernald, at least as far as I'm concerned, know my brother. They know everything that's medically wrong with him and what his needs are, and I don't feel comfortable with even the thought of him being placed in a community setting. I don't feel he would get the nurturing and the constant medical care that he receives at Fernald."

Lucie Chansky, the advocate of community-based care, said: "I'm sure some people are probably very well-served at Fernald, but I think that many parents were forced to put their children in institutions years and years ago because there were no other choices for them.

"All those people all together and not having any kind of example of what the whole world outside is like is very difficult for me."

---

> 'It's much more than just housing. It's a whole gamut of individualized support services for people.'
> JACQUELINE BOUYEA, director of Fernald Center