Ann M. Witham
64 – 3 Jacqueline Road
Waltham, MA 02452-4973
781 – 894 - 7599

May 23, 2007

The Honorable Joseph L. Tauro
United States District Court
Courtroom 20
Joseph J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Tauro,

I am writing this letter as the court appointed guardian of Patrick Costa, a resident of the Fernald Center in Waltham, Massachusetts. You seem to be a wise and compassionate person who strives to preserve and defend the rights of people with mental retardation, especially those living in facilities run by the Commonwealth's Department of Mental Retardation. This letter is to ask you to continue your stance to uphold and defend those rights so that some of the most vulnerable citizens of this Commonwealth are not forced to move from the place they have called home for most of their lives.

Patrick is almost 43 years old and has lived at Fernald since he was a toddler. In all probability, his condition is the result of encephalitis when he was a child. He is autistic, non-verbal, possibly bi-polar, and is prone to self-injurious behavior. He has pica, and will ingest foreign objects as well as unattended (and sometimes inappropriate) foods that are left in the open. Patrick is non-aggressive, complacent and not able to defend himself from those who have a tendency toward assaultive behavior. At Fernald, he now lives in a very spacious apartment at Farrell Hall with limited access to food items in a group of men who do not attack him.

On a personal level, he is a gentle man with a winning smile and beautiful blue eyes. He receives job training at one of the day programs in place on Fernald's campus and participates in many social and recreational activities will the assistance of staff who are familiar with his particular abilities and limitations. His recreation therapist is currently devising a physical exercise program for him that will help to maintain and control his body weight. She informs me that he has developed a fondness for swimming in the therapeutic pool located in the basement of the Greene Apartment Building.

In 2003, I retired from 20 plus years of state service at Fernald shortly after the announcement of Fernald's future closing was made. A few months later, Patrick's

guardian, his mother died. Patrick has one brother, Mark, living in Florida. Mark requested that Patrick's social worker find a suitable local guardian, so that Patrick's welfare would be protected and decisions made about his care that would take Patrick's best interests into account. The social worker contacted me and asked if I would be interested in taking on this responsibility. I agreed and was appointed legal guardian.

Fearful that waiting for an extended period of time to make a decision about community placement for Patrick would result in a very limited number of choices, I opted for placement in a state-operated program within a limited geographic area – one that presumably would open on the Fernald campus. I was told that staying at Fernald was not an option. The best selections would go to those who made early decisions. However, under the circumstances that have resulted from the ongoing litigation surrounding closure, the report of Attorney Michael Sullivan, and your most recent proposed judgment, I prefer to have Patrick stay in his current living situation at Fernald. He is safe there. He is making progress in small but measured ways – he is receiving training that will permit him to perform simple tasks in a sheltered setting and earn a little money for some of the extra things that he enjoys – a trip to Dunkin Donuts or MacDonald's and other recreational activities that the rest of us take for granted. Patrick will never be independent. He does not have the physical or mental capacity for that. He does however, have the capacity to enjoy the life that he has, supported, encouraged and nurtured by staff who know, respect and love him. Being the mother of three gown children and the grandmother of three wonderful boys, I know how important the love, respect and support of a family can be to personal growth and development and living a full and happy life. The staff who care for Patrick, and his housemates are his family – if not by birth, then by default and assimilation.

Please do all that you can to ensure that Patrick and the other men and women who choose to remain at Fernald, the only home many of them have ever known, may do so without the threat of forced removal and placement in new residences where they will be strangers to staff and the other residents. At the very least, these men and women deserve the same rights that we "ordinary" citizens enjoy; the ones contained and/or are implied in our Federal Constitution and the Bill of Rights. Their inability to act on their own behalf and assert themselves only heightens the necessity of articulating their cause and begging the Court to act wisely and humanely and justly to ensure they are not relegated to lives deprived of these rights and freedoms that we Americans hold so dear, and for which a very high price continues to be paid..

Both Patrick and I thank you for taking the time to read this letter, and we look forward to your final ruling, hoping that it is in favor of the preservation of the Fernald community. Please do not hesitate to contact me if you need additional information. My home phone number is contained within my address on the first page of this letter.

Sincerely,

Ann M. Witham