## References

Atthowe, J. M., Jr., & Vitello, S. J. (1982). "Deinstitutionalization: Family reaction and involvement." Unpublished manuscript, College of Medicine and Dentistry of New Jersey, Rutgers Medical School.

Bradley, V.J. and Allard, M.A. (1983). Implementation analysis #3: Issues affecting complex litigation. (U.S.DHHS Contract No. 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). Cambridge, MA: Human Services Research Institute.

Bradley, V. J., Conroy, J. W., Covert, S. B., & Feinstein, C. S. (1986). Community Options: The New Hampshire Choice. A report of the applied research project. Cambridge: Human Services Research Institute and Philadelphia: Conroy & Feinstein Associates.

Brockmeier, W.E. (1975). Attitudes and opinions of relatives of institutionalized mentally retarded individuals toward institutional and non-institutional care and training. Lincoln: University of Nebraska, doctoral dissertation. Dissertation Abstracts International, 35, 5163A.

Center on Human Policy (1979). The community imperative: A refutation of all arguments in support of institutionalizing anybody because of mental retardation. Syracuse: Syracuse University, Center on Human Policy.

Conroy, J. W., & Bradley, V. J. (1985). The Pennhurst Longitudinal Study: a report of 5 years of research and analysis. Philadelphia: Temple University Developmental Disabilities Center/UAF and Boston: Human Services Research Institute.

Conroy, J., Feinstein, C., Lemanowicz, J., & Kopatsis, M. (1985). "Medical needs of institutionalized mentally retarded persons: Perceptions of families and staff members." American Journal of Mental Deficiency, 89, 510-514.

Craig, E.M., & McCarver, R.B. (1984). "Community placement and adjustment of deinstitutionalized clients: Issues and findings." In: N. Ellis & N. Bray (Eds.), International review of research in mental retardation, Volume 12. Orlando: Academic Press.

Eastwood, E.A. & Fisher, G.A. (1988). Skills acquisition among matched samples of institutionalized community-based persons with mental retardation. American Journal on Mental Retardation, 93, 75-83.

Eastwood, E.A. (1985). Community-living study: Three reports of client development, family impact, and cost of services among community-based and institutionalized persons with mental retardation. Belchertown, MA: Belchertown State School.

Ellis, N. (1979). "The Partlow case: A reply to Dr. Roos." Law and Psychology Review, 5, 15-30.

Haney, J. (1988). "Empirical support for deinstitutionalization." In: Heal, L., Haney, J., & Novak Amado, A. (Eds.) Integration of developmentally disabled individuals into the community. Baltimore: Paul H. Brookes.

Klaber, M.M. (1969). "The retarded and institutions for the retarded - A preliminary research report." In S.B. Sarason and J. Doris (Eds.), Psychological problems in mental deficiency. New York: Harper & Row.

Lakin, K.C., White, C.C., Hill, B.K., Bruininks, R.H., & Wright, E.A. (1990). "Longitudinal change and interstate variability in the size of residential facilities for persons with mental retardation (Brief Report No. 28)." Mental Retardation, 28, 343-352.

Larson, S., & Lakin, C. (1989). "Deinstitutionalization of persons with mental retardation: Behavioral outcomes." Journal of the Association for Persons with Severe Handicaps, 14, 324-332.

Larson, S., & Lakin, C. (1991). "Parent attitudes about residential placement before and after deinstitutionalization: A research synthesis." Journal of the Association for Persons with Severe Handicaps, 16, 25-38.

Laski, F. (1985). "Right to habilitation and right to education: The legal foundation." In R.H. Bruininks & K.C. Lakin (Eds.), Living and learning in the least restrictive environment (pp. 67-79). Baltimore: Paul H. Brookes Publishing Co.

McCann, B. (1984). "Issues of concern regarding Senate bill 2053: The sanctity of size." Unpublished manuscript.

Massachusetts Department of Mental Retardation (1989). A study of the feasibility of consolidating certain mental retardation facilities in the Commonwealth. Boston MA: Department of Mental Retardation.

Meyer, R. J. (1980). "Attitudes of parents of institutionalized mentally retarded individuals toward deinstitutionalization." American Journal of Mental Deficiency, 85(2), 184-187.

Nowell, N., Baker, D., & Conroy, J. (1989). "The provision of community medical care in Philadelphia and Northeastern Pennsylvania for people who live in community living arrangements and with their families." Philadelphia: Northwest Center.

Payne, J. E. (1976). "The deinstitutional backlash." Mental Retardation, 3, 43-45.

Scott, E. (1987). Judge Tauro and care of the retarded in Massachusetts. (Case Program for the Kennedy School of Government, Harvard University). Cambridge, MA: Harvard University.

Sigelman, C.K., Budd, E.C., Spanhel, C.L. Shoenrock, C.J. (1981). "When in doubt, say yes: Acquiescence in interviews with mentally retarded persons." Mental Retardation, 19, 53-58.

Willer, B. W., Intagliata, J. C., & Atkinson, A. C. (1979). "Crisis for families of mentally retarded persons including the crisis of deinstitutionalization." British Journal of Mental Subnormality, Vol. 2, p. 2.

Willer, B., & Intagliata, J. (1984). "An overview of the social policy of deinstitutionalization." In: N. Ellis & N. Bray (Eds.), *International review of research in mental retardation, Volume 12*. Orlando: Academic Press.

# APPENDIX 1:

## FAMILY SURVEY INSTRUMENT



# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation
## 160 North Washington Street
## Boston, MA  02114

Philip Campbell
Commissioner

Area Code (617)
727-5608

July 15, 1992

Dear Family Member or Guardian,

Recently you received a letter from the Department of Mental
Retardation describing a project that seeks to gain input
from you on your satisfaction with services.  The project has
two parts.

One part is a survey on the satisfaction and quality of life
of residents who have either left Belchertown of are still
residing there.  This survey has been used in other states
and by the National Association of Developmental Disabilities
Councils for its 1990 report to Congress.

The second part is a survey of families and/or guardians on
their satisfaction with existing services at Belchertown or
those provided in other settings.  In order to complete this
project, we have contracted with Human Services Research
Institute in Cambridge, MA.

This project is part of our quality assurance program and is
not research.  Your responses will be strictly confidential.
The project adds two important aspects to the Department's
quality assurance efforts: consumer satisfaction and an
external agency.

With this letter is a survey about your feelings and concerns
about your family member who either currently resides at
Belchertown or who has already moved into a home in the
community.  Your responses are _very_ important to us.  As DMR
continues to assist people to move from other state schools
into the community, your answers and comments will help us
to improve the way we do things.  We thank you very much for
taking a few minutes to complete this survey and look forward
to sharing with you the final results of this project.

Sincerely,

Philip Campbell, Commissioner

FIGURE 9



### BELCHERTOWN FAMILY SURVEY 1992
### WOULD YOU LIKE YOUR RELATIVE TO MOVE
### INTO A SMALL COMMUNITY BASED SETTING?

BELCHERTOWN FAMILIES ONLY
N = 20

SURVEY OF FAMILIES OF

CURRENT AND FORMER

BELCHERTOWN RESIDENTS

Dear Relative or Guardian:

The Massachusetts Department of Mental Retardation has asked us to survey the relatives and guardians of present and former residents of the Belchertown State School. The survey is about your relative's well-being, and how you feel about the care he or she is receiving. Your survey form is enclosed. For your convenience, we've also enclosed a stamped return envelope.

Your answers can be kept entirely confidential, if you wish. Or, you may choose to tell us to alert state officials about your feelings. You can tell us what you want on the next-to-last item on the survey.

We have done surveys like this in 15 other states. The survey should only take about 10 minutes for you to complete.
The questions in the survey work like this:

(a)  What year is it?

1.  1991
2.  1992
3.  1993
4.  1994

The number 2 is circled because it is next to the right answer, which is 1992. If there are questions that <u>do not apply</u>, or to which you <u>don't know</u> the answer, just leave it blank.

Please be sure that your feelings are included in the survey by completing the form and returning it.

Sincerely,

*Celia S. Feinstein*

Celia S. Feinstein, Consultant

HUMAN SERVICES RESEARCH INSTITUTE
2336 Massachusetts Avenue
Cambridge, Massachusetts  02140
617-876-0426

1992 FAMILY SURVEY

Please make any corrections to the address that was given to us:

LABEL # 1
FAMILY ADDRESS

This survey is about:

LABEL # 2
PERSON'S LABEL
NAME, DMR ID, AGENCY, LOC

(1) How are you related to this person? (PLEASE CIRCLE THE CORRECT NUMBER)

1. Mother
2. Father
3. Mother and Father (responding together)
4. Sister or Brother
5. Guardian or Advocate
6. Other (PLEASE SPECIFY):
   _____

(2) Where does your relative live now?

1. Belchertown
2. Other State School
3. Community Residence (5-8)
4. Staffed Apartment/Home (1-4)
5. Specialized Home Care
6. Nursing Home, Home for the Aged
7. With Family
8. Other (PLEASE SPECIFY:)
   _____

(3) What is your relative's level of mental retardation?

1. Not mentally retarded
2. Mild
3. Moderate
4. Severe
5. Profound

(4) Overall, how satisfied are you with the place where your relative is now living?

1. Very satisfied
2. Somewhat satisfied
3. Neutral
4. Somewhat dissatisfied
5. Very dissatisfied

(5) Overall, how satisfied are you with what your relative does during the day (day program, school, or work)?

1. Very satisfied
2. Somewhat satisfied
3. Neutral
4. Somewhat dissatisfied
5. Very dissatisfied

(6) How often were you able to visit your relative in the past year?

1. About once a week or more
2. About once a month
3. About every 3 months
4. Once or twice
5. Not in the past year

(7) How often did your relative come to visit you in the past year?

1. About once a week or more
2. About once a month
3. About every 3 months
4. Once or twice
5. Not in the past year

(8)  How happy do you think your
     relative is with his/her
     living situation?

     1.  Very happy
     2.  Happy
     3.  Neither happy nor unhappy
     4.  Unhappy
     5.  Very unhappy

(9)  How happy do you think your
     relative is with what he/she
     does during the day?

     1.  Very happy
     2.  Happy
     3.  Neither happy nor unhappy
     4.  Unhappy
     5.  Very unhappy

SKIP THIS QUESTION IF YOUR RELATIVE
ALREADY LIVES IN A COMMUNITY-BASED
SETTING

(10) Would you like your relative
     to move into a small,
     community-based setting such as
     a Group Home or Community
     Training Home?

     1.  Yes, definitely
     2.  Probably
     3.  Not sure
     4.  Probably not
     5.  Definitely not

The following questions are for those people whose relatives have left Belchertown.

11) When your relative lived at Belchertown, how satisfied
were you with his/her living situation?

    1.  Very satisfied
    2.  Somewhat satisfied
    3.  Neutral
    4.  Somewhat dissatisfied
    5.  Very dissatisfied

12) When your relative lived at Belchertown, how satisfied
were you with what s/he did during the day (day program,
workshop, etc.)?

    1.  Very satisfied
    2.  Somewhat satisfied
    3.  Neutral
    4.  Somewhat dissatisfied
    5.  Very dissatisfied

13) When your relative lived at Belchertown, how often were
you able to visit him/her?

    1.  About once a week or more
    2.  About once a month
    3.  About every 3 months
    4.  Once or twice a year
    5.  Less than once a year

(14) When your relative lived at Belchertown, how often did
s/he come home to visit?

    1.  About once a week or more
    2.  About once a month
    3.  About every 3 months
    4.  Once or twice a year
    5.  Less than once a year

(15) How were you and your family member treated by DMR
institutional staff during the transition from Belchertown to
the community?

    1.  Very well
    2.  Fairly well
    3.  Neutral
    4.  Fairly poorly
    5.  Very poorly

(16) How were you and your family member treated by DMR
community staff during the transition from Belchertown to the
community?

    1.  Very well
    2.  Fairly well
    3.  Neutral
    4.  Fairly poorly
    5.  Very poorly

17) Would you be willing to serve on a citizen/consumer advisory board to the Department of Mental Retardation or on the board of a provider agency?

1. Yes
0. No

DO YOU AGREE OR DISAGREE WITH THESE STATEMENTS?

18) My relative has learned just about all he/she is ever going to learn about taking care of his/her own needs.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

19) I trust the ability of the staff who work with my relative to handle almost anything that comes up.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

20) The funding for places like the one my relative lives in is secure and permanent.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

21) Staff turnover at the program where my relative lives is major problem.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

22) The agency that runs my relative's home will still be in business 5 years from now.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

23) My relative often does not get the kind of medical care he/she needs.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(24) My relative is continually learning to do more for himself/herself.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(25) The food at the place where my relative lives is good quality.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(26) My relative has little or no privacy where he/she lives.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(27) It is very important to me that I have the major say about what happens to my relative.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(28) I feel that my family member's health and safety are protected.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(29) I think that the closing of Belchertown is a good decision.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(30) The staff that work with my relative, on the average, like him/her.

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |

(31) How old are you?

_____ years

(32) What is your educational background?

1. No formal schooling
2. Grade School (Grades 1 to 8)
3. Some High School (Grades 8 to 11)
4. High School or equivalent
5. Some College (1 to 3 years)
6. College degree
7. Some graduate school or degree
8. Other (PLEASE SPECIFY):

   _____

(34) Are the services your relative is receiving, being delivered in accordance with his/her Individual Service Plan (ISP)?

          3  Yes, all prescribed services
             are being delivered
_____   2  Yes, but there are gaps in
             service
          1  No

If there are gaps in service, or your relative is not receiving services in accordance with his/her ISP, please describe:

(35) Is there anything else you would like to say about your relative's situation?

(33) Is it all right with you if we report your specific answers and/or comments to the Department of Mental Retardation?

1. Yes, it's OK with me if you tell State officials about my answers to these questions.
2. No, you may use my answers for general statistical reports, but do not use my name.

# APPENDIX 2

## OPEN-ENDED COMMENTS

**Question #34:** IF THERE ARE GAPS IN SERVICE, OR YOUR RELATIVE IS NOT RECEIVING SERVICES IN ACCORDANCE WITH HIS/HER ISP, PLEASE DESCRIBE:

Staff shortage, which is slowly being taken care of.

There is too much time lapse from the ISP meeting to my approval of such. Also, I think some of the services are rendered just prior to the ISP meeting.

Staff shortages often affect recreational activities.

Behavioral issues interfere with some service delivery.

Her home staff has difficulty understanding her and therefore would like to see her have speech lessons. While at Belchertown she learned how to sign about 80 different words. Some of the signing is not always accurate and with a staff that does not know sign language, I can understand their situation, because I am in the same boat. Changing her daily routine in order to incorporate the speech lessons seems to be a difficult situation for both my daughter and her new home staff.  I, frankly, am in doubt as to whether she would make much progress if the lessons were to continue; also they are very expensive.

I want him to have facilitated communication everyday at his home and at Sunshine Village with someone who "knows the ropes." {My relative} understands and is brighter than he appears. Otherwise, he is happy to go on the swings and get as far away from life as possible.

Gaps due to not having enough choices for vocational programs. One program is not a choice.

I never signed off on my sister's last ISP because there was information I wanted in it that the team didn't. My sister has not had a signed off ISP for almost a year now. No one has even tried to resolve my concerns.

It appears, and I could be wrong, that certain specific services such as clothing needs are provided late. Not a major concern. I contribute this to staff availability due to Belchertown down-sizing. For the most part, they do a wonderful job.

Work is not provided for my son.

Was told 1 month ago they'd bring {my relative} to see me, several times it's been months and he can't read and doesn't go to church.

I feel she should get more outdoor exercise. Like many patients she appears pale and has gained too much weight, from a tiny "petite" to a chubby one.

I feel everyone in contact with {my relative} does not use "signing." I don't know if this is a lack of knowledge or forgetfulness.

I feel that she is not getting all of the services she requires because the services are not brought to her and she is not transported to the services she needs. As far as I can tell she goes to her work program and that's all.

## Question 35: IS THERE ANYTHING ELSE YOU WOULD LIKE TO SAY ABOUT YOUR RELATIVE'S SITUATION?

I feel the community home environment for {my relative} is excellent. Myself and my family feel very comfortable about visiting her there (unlike the Belchertown School). The staff has been very knowledgeable concerning my questions in relation to {my relative's} care.

We would like to have them have vacations out of state. Example: Disneyworld or Canada.

I am happy with his present living condition. Hopefully a more suitable work environment will be available.

I would appreciate a 6 month to one year report on {my relative's} health and how she is doing. Also, is she still in Pittsfield, MA ?

I was receiving a quarterly report on {my relative}, however I am not as well informed on her progress and health.

Sorry I can't come to visit or check up on {my relative}, but I have been very ill with heart and kidney trouble, and do not drive any longer.

I am mostly pleased with {my relative's} situation. Some of the areas do not deal well with is the upkeep of the staffed apartment, i.e., broken door, dirty screens, painting not done, yard looking dumpy, and people not respecting it as {my relative's} home. This apartment had quite a changeover in staff, but that problem seems better for the time being. I also feel that there should be one more staff downstairs as there are 2 seizure clients, 1 woman in a wheelchair which requires the 2 staff's help in many things and another client who has a tendency to blow off steam and in doing so wrecks the place, such as pulling down blinds, curtains, etc. When these instances occur {my relative} is usually left alone which I am very uncomfortable with. I think the placement of clients should be different. It seems as though they do not look at the whole picture in placing people in the apartments. Compatibility isn't looked at, especially those that are coming from institutions. They are still institutionalized and so are their behaviors and it seems as if nothing is done to try and correct some. {My relative} was home for 30+ years and I feel since his leaving he has displayed behavioral problems he didn't have at home.

We will be more at ease when her bedroom is moved from the basement to the first floor.

Currently under transition to a Region II residence and careful planning does not seem to still direct the activity. There seems to be a rush to meet deadlines with little regard for the people involved or their guardians.

{My ward's} community residence is an ICF/MR, run by DMR. Staff are state employees. Question #3 is irrelevant as most DMR clients have never been officially tested only labeled. Question about functional abilities would be more relevant. The move from BSS to community has been wonderful for {my ward}. Staff have always been receptive to my advocacy. Please disregard my contact with {my ward} - she does not know I exist - I am her advocate. She is deaf and blind - relationship is built on frequency and consistency. I am a former BSS employee where our relationship began. I am a special educator. After working at BSS, I am thrilled that it is closing! Bravo for community services! ICF/MR building design is poor in that there are only 2 private rooms.

{My son} seems a lot happier in his new home in Lynfield. He's learning new things to do and I have found the staff and the social worker especially wonderful in helping to make {my son's} life a fuller and happier one. He keeps in touch with me about everything and I feel comfortable knowing {my son} is in good hands.

In my opinion, moving {my daughter} to a community home was the best thing that has ever happened to by daughter. Thank you.

Last year they stopped sending me reports on him. I am unable to see him, because he is so far away.

The latest ISP (6/15/92) was a tremendous improvement. Each time within the past year that I have visited, by brother has shown marked progress. Being in a community residence has greatly improved his quality of life. I just found my brother 19 months ago and appreciate the services he is now receiving very much. I wish I had known about him sooner to advocate his moving from Belchertown into a community residence years ago.

We are pleased with all the work people have done to help {our relative} in giving him some life and love.

My daughter is profoundly retarded. Her brother visits her and reports that he is very satisfied with her situation. I feel that she received excellent care at Belchertown. She is almost 44 years old, is fed by feeding tube and requires constant care. I feel that she gets good care.

There has not been adequate time to visit/observe new setting.

{My ward} is a seriously limited human being in her functioning, but a human being all the same. I believe most residents will be in a better situation after Belchertown closes, not convinced that will be true for {this person and} my other ward at B'town.

I think they need women to take care of women's needs once a month.

I am having trouble with their over spending more than my son's spending account and will leave him with money owed. I am working on that now. I am sure they will understand that he cannot afford to spend more than he gets.

I believe my daughter is very fortunate to be in the community home where a very caring staff is trying to help her in every way possible.

The person in charge has to go 3/4 of the way to inspire him to give the other 1/4. However, he is very dear and most people love him. We want so much for him to have a happy life. Please, never give up. I have met Mr. Philip Campbell and feel that he is a sensitive and caring person, but I still feel we should have an independent office of quality assurance; and that no board should investigate itself. The investigation should be done by Advocacy Network which represents the parents and the retarded. Judge Tauro and Beryl Cohen are outstanding helpers.

Currently, the house manager is superb - should he leave I am not sure the quality of care would stay the same.

Belchertown State School was {my sister's} home since she was 18 years of age. When the large dormitory units were closed and patients moved into the cottages, {my sister} became very independent , basically she had the run of the place- came and went at will. If she is unhappy now living with {her foster parents}, it is because they are trying to discipline her - not an easy task. Because of working and living on Martha's Vineyard, it is too impossible for me to get to Belchertown - although I hope that will happen late Fall '92. I talked with {the foster parent} many times last Fall. {My sister}

spent the Thanksgiving holiday with us. When my parents were younger, for many years {my sister} spent 4 weeks each summer with them. I feel she is fortunate to still be living in Belchertown which has been her home for 56 years.

Newly appointed guardians. We have little experience in this matter. But hope and wish to become more involved. We feel {our ward} was abused in Belchertown State school and we're glad he's finally out in the "real world."

He is receiving very good care.

I do not like the charges for care and I have been trying to do something about it.

On the questions about Belchertown: I think most of the staff did a good job under tough conditions, budget wise and personnel wise.

Unknown answers to some questions - I have been involved in QA activities as a member of a consumer board - very disheartening. DMR did not want to hear of our findings when we visited vendor homes. The DMR gentleman who inserviced our committee on conducting QA visits demeaned our input. How often I visit and how often my son visits home should not be a part of your QA data - Are you interested in hearing of his being abused and how many times while at BSS?

I think his situation is good and I hope it will stay that way. I think the retarded all need good care. But, I am very pleased with my son's care and everyone connected with him. I thank you.

I disagreed with the closing of Belchertown State school as I heard it is going to be used for a woman's prison and I think it is a darn shame that people like my son have to be put out after 31 years for such a project.

The girl taking care of her is doing a good job. She likes her and seems happy. The housekeeping could use improvement.

That I continue to be contacted on any matters that affect {my relative's} welfare.

Since he has been moved from Belchertown to {a community program} the staff have been tremendously helpful and humane. Question #18 is impossible to answer - no one can predict the future.

We are awaiting placement for {our relative} in a new state run facility that will provide work and training.

It is one of the best that he has had since he has been in hospital care.

! am unable to comment on BSS services since I was not the guardian at that time. Since {my ward's} move to a community situation, his growth has been dramatic. The atmosphere of support and caring that he experiences in his home have been the primary catalysts in that growth. Staff are fully vested in addressing {my ward's} integration, health and learning!

From the time we knew that Belchertown was closing, we were told we would have a choice as to where he would be placed. As of now, we have been told where he is going. We were also told when there were community homes available, we would be able to view one. So far this has not happened. From the beginning, we have been hesitant about a community home for {our son}.

I visited with my sister, last week and found her looking better than I have seen in a very long time. She seemed more at home in the homelike atmosphere of the cottage where she now resides. She was very clean and smelled so nice, which has not always been the case. I think it's a darn shame to close down the whole area while some of the buildings are still so livable.

I feel that {a staff person} has made amazingly good strides in care for my brother, in teaching, and in making the house a home. He has also been patient with my inability to respond as I would like to due to sort of overwhelming difficulties at home this year.

I feel that the current staff especially the manager and assistant manager who I have most contact with are doing an excellent job of providing quality programming for {my relative}. Any program is only as good as the people who staff it.  should there be a turnover in staff at the residence, then my answers might be different.  Presently, I am very pleased with the living situation.

{My relative} is in supervised foster care. She is extremely well cared for and very happy.

I do feel a dietitian should be in monthly or bi-monthly contact to insure proper nutritional needs are met. Her diet and weight control are extremely important, especially now that she has had a total knee replacement, in addition to her previous hip replacement.

My daughter needs 24 hour custodial care, which she received at Belchertown without my wondering if everyone was doing their job. In her present situation, I'm not so sure. Since I am not in the area for most of the year, I can only take the word of the social workers involved with her care. I do not entirely trust their outlook - case in point - the episode at my daughters home this past winter - things like that should not happen. My big question - why was Belchertown State school closed, when is was just about doing a fairly good job of caring for those people who need this kind of care?

My mom and I are going for dual guardianship of {my brother}. I'm sure I will learn a lot more once into the system - and take a much more active part in {my brother's} home life.

My daughter is severely retarded and needs almost constant supervision. I feel that she is receiving that where she is.

When {my son} was living in Belchertown State school, I found out on his accounting, there were misappropriations of money for items he does not own. For instance, a lounge chair over $200, an air conditioner over $400, a new bedroom set over $800, and clothing of over $2000. The clothing - when he arrived at {the community residence}, was not that of according to the $2000 supposedly spent, but maybe of $200, and the other items listed above and more did not come with him, if they were bought for him. I have paperwork proving my points.

Question #3 puzzles me - could be either 3 or 4 depending on your definition. If not for the fact that he cannot express himself clearly I would say 3, since he can do for himself - like dining, dressing and making his wants known. Also he is very healthy - no ailments. I have been very satisfied with Belchertown State school and have no complaints about his welfare since he seems to be happy. But - he will always need supervision - cannot be on his own.

The two residences my son has lived in the past years have been satisfactory. His physical care, the caring atmosphere and the interest and attention he has received from the attendants and other staff has been very good. Innovative plans for his day

care and living arrangements have been good. All the people who dealt with my son deserve many praises for their attitudes and care. I do not feel that placing my son in a good home will be of greater benefit than his present living arrangement. Because of his condition (profoundly retarded physically and mentally) a stable atmosphere (place and attendants) where he does not have to go out into the communities for any of his services would be of greater benefit in his case (and others of similar condition.) I am very concerned as to the future for him in a group home after the initial attention of the public has died down. I question the future funding monitoring, home operation (state or vendor) programs, etc. The State has not seen fit to publicize the future plans for funding, etc. What will be the status of these clients 5-10 years in the future? Many have questioned the possibility of such a broad based plan for all types of conditions. Some other solution such as keeping a few buildings at Belchertown open could have been found for these clients. The majority of clients will benefit from group home/community placement. However, some clients could not and costs of community placement for them could have been used to keep these clients more stable/familiar environments. After all, our policeman Dr. Ricci will not be with us forever to make sure the State does the right thing.

I feel he is being well taken care of. I have no complaints whatsoever.

My answers are based on the fact that she is only in her new quarters a few weeks.

The staff is very caring and doing a very good job.

No other female in residence - she lives in, "would like it to be so." {My relative} is just being moved this week after a few months I can better answer such questions. {My relative} does not visit me because of the long distance.

Feel Director, excellent, caring - concerned. Much preferred Belchertown, felt more beneficial to the client and taxpayer.

# APPENDIX 3

## INDIVIDUAL SURVEY INSTRUMENT

## SURVEY OF CURRENT AND FORMER BELCHERTOWN RESIDENTS

Conroy & Feinstein Associates
on behalf of
Human Services Research Institute

MAY 1992

Sequence Number: _____

Social Security Number:    ____ ____ ____ — ____ ____ — ____ ____ ____ ____

Person's Name _____
              Last                  First              M.I.

ooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooo

_____
RESIDENTIAL Provider

_____
COMPLETE Site Mailing Address

_____

_____

_____
City, Town        State        ZIP CODE

_____
Primary Respondent Name, Phone

ooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooo

  ALWAYS ASK IF PARENTS OR KIN WANT NO CONTACT.   IF SO, LEAVE BLANK.

____ _____
      Name(s) of Parents, Next of Kin, Friends, or Guardians

____ _____
       Complete Mailing Address, Including Apartment

____ _____
      City or Town               State       Zip Code

ooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooooo

____ _____
             Name of Data Collector