# DEMOGRAPHICS

1. TODAY'S DATE   ___ ___ / ___ ___
                              MONTH     YEAR

2. PERSON'S DATE OF BIRTH   ___ ___ / ___ ___ / ___ ___
                                    MONTH    DAY     YEAR

3. DATE LEFT BELCHERTOWN (ENTER 99/99 IF PERSON STILL LIVES AT BELCHERTOWN)

   ___ ___ / ___ ___
   MONTH     YEAR

4. THE DATE THIS PERSON MOVED HERE   ___ ___ / ___ ___
                                           MONTH     YEAR

5. RESIDENTIAL PLACEMENT TYPE (Enter code number)
   ___
       1 Belchertown
       2 Other State School
       3 Community Residence (5-8)
       4 Staffed Apartment/Home (1-4)
       5 Specialized Home Care
       6 Nursing Home, Home for the Aged
       7 With Family
       8 Other (PLEASE SPECIFY):_____

6. IS THIS AN INTERMEDIATE CARE FACILITY FOR PEOPLE WITH MENTAL RETARDATION (ICF/MR)?

   ___   1 = YES
          0 = NO

7. WHO OPERATES THIS PROGRAM?

   ___   1 = STATE OPERATED
          2 = VENDOR OPERATED

8. HOW MANY PEOPLE LIVE IN THIS SETTING? ENTER ACTUAL NUMBER, 99 = 99 OR MORE. DO NOT INCLUDE SHIFT STAFF.

   ___ ___

Page 2

9. HOW MANY PEOPLE WITH DISABILITIES LIVE HERE? ENTER ACTUAL NUMBER, 99 = 99 OR MORE.

   ____  ____

10. HISTORY: WHERE DID THIS PERSON LIVE IMMEDIATELY BEFORE COMING HERE?
    1 Belchertown
    2 Other State School
    ____ 3 Community Residence (5-8)
    4 Staffed Apartment/Home (1-4)
    5 Specialized Home Care
    6 Nursing Home, Home for the Aged
    7 With Family
    8 Other (PLEASE SPECIFY): _____

11. MOVES: HOW MANY TIMES HAS THIS PERSON CHANGED HOME ADDRESSES IN THE PAST YEAR? (ENTER EXACT NUMBER; 9 = 9 OR MORE)

    ____

12. SHORT TERM PLACEMENTS: HOW MANY SHORT TERM PLACEMENTS HAS THIS PERSON EXPERIENCED IN THE PAST YEAR? EXAMPLES OF SHORT TERM PLACEMENTS INCLUDE RESPITE CARE, EMERGENCY ADMISSION TO A STATE HOSPITAL, PSYCHIATRIC FACILITY STAY. DO NOT INCLUDE HOME VISITS, VACATIONS OR HOSPITAL STAYS FOR PHYSICAL HEALTH. ENTER EXACT NUMBER, 9 = 9 OR MORE.

    ____

13. HOW MANY TIMES HAS THIS PERSON CHANGED DAY PROGRAM PROVIDERS IN THE PAST YEAR? ENTER EXACT NUMBER, 9 = 9 OR MORE.

    ____

14. HAVE YOU HAD ANY PROBLEMS GETTING TRANSPORTATION IN THE PAST YEAR?

           3 No difficulty
    ____   2 Some difficulty
           1 Great difficulty (Explain:_____)

15. LEVEL OF RETARDATION. PLEASE SEE DOCUMENTATION.
         5 Profoundly retarded
         4 Severely retarded
    ____ 3 Moderately retarded
         2 Mildly retarded
         1 Not mentally retarded

Page 3

OTHER DIAGNOSES. SEEK DOCUMENTATION. IF PERSON HAS THIS DIAGNOSIS (YES) ENTER "1" IN THE SPACE. IF PERSON DOES NOT (NO), ENTER "0".

16. \_\_\_\_\_ Cerebral Palsy

17. \_\_\_\_\_ Epilepsy or other seizure disorder

18. \_\_\_\_\_ Mental Illness

19. \_\_\_\_\_ Autism

20. \_\_\_\_\_ Other physical or medical (                              )

21. SEX
    1 Male
    2 Female
\_\_\_\_\_

22. RACE
    1 White
    2 Black
\_\_\_\_\_  3 Other

23. VISION (With glasses, if used)
    3 No difficulty in seeing
    2 Some difficulty in seeing
\_\_\_\_\_  1 Great difficulty in seeing
    0 No vision at all

24. HEARING (With hearing aid if used)
    3 No difficulty in hearing
    2 Some difficulty in hearing
\_\_\_\_\_  1 Great difficulty in hearing
    0 No hearing at all

25. AMBULATION
    3 Walks with no difficulty
    2 Limps or walks unsteadily
\_\_\_\_\_  1 Walks only with help
    0 Unable to walk

Page 4

26. EXPRESSIVE LANGUAGE (INCLUDES SIGN LANGUAGE, FACILITATED COMMUNICATION, AUGMENTATIVE COMMUNICATION)

    _____
        6 Carries on complex conversation
        5 Carries on simple conversation
        4 Says sentences of 3 or more words
        3 Says 2-word sentences
          ("I go," "Give me," etc.)
        2 Says simple words
        1 Makes sounds that may be intended as words
        0 Does not use language at all

27. DOES THIS INDIVIDUAL USE FACILITATED COMMUNICATION (PROVIDED BY A FACILITATOR WHO HAS BEEN TRAINED IN THE PRINCIPLES AND PRACTICES OF FACILITATED COMMUNICATION)?

    _____
        1 Yes
        0 No

28. CLARITY OF SPOKEN ENGLISH

    _____
        4 Speech is readily understandable to a stranger
        3 Speech understood by strangers with minor difficulty
        2 Speech understood by strangers with great difficulty
        1 Speech understood only by those who know the person well
        0 No intelligible speech

PHYSICAL AIDS
    3 Needs but does not have
    2 Needs and has, but does not or
      cannot use
    1 Needs, has, and uses
    0 Has no need

29. \_\_\_\_\_ Glasses

30. \_\_\_\_\_ Hearing aid

31. \_\_\_\_\_ Wheelchair, walker, braces, or cane

32. \_\_\_\_\_ Helmet

33. \_\_\_\_\_ Other (                                    )


# MEDICAL INFORMATION

1. MEDICAL NEEDS: In general, how urgent is this person's need for medical care?
    3 Generally has no serious medical needs
    2 Needs visiting nurse and/or regular visits to the doctor
\_\_\_\_\_  1 Has life-threatening condition that requires very rapid access to medical care
    0 Would not survive without 24-hour medical personnel

2. HAS THERE BEEN A PROBLEM GETTING MEDICAL/DENTAL CARE DURING THE PAST YEAR?
    2 No problem
    1 Minor or occasional problem(s)
\_\_\_\_\_  0 Major or frequent problem(s)

    IF THERE HAS BEEN A PROBLEM, PLEASE NOTE WHAT KIND: (BE SPECIFIC)

# SOCIAL PRESENCE SCALE
(Copyright CFA 1987)

We define SOCIAL PRESENCE as the frequency of CONTACT with NON-HANDICAPPED PEOPLE WHO DO NOT LIVE WITH, AND WHO ARE NOT PAID TO INTERACT WITH, this individual. People who are paid to interact with this individual include residential and day program staff, case managers, doctors, physical and occupational therapists, etc.

CONTACT is defined as:

An event of more than 5 minutes in which the individual

* INTERACTS WITH, OR
* IS SEEN BY, OR
* IS IN THE PRESENCE OF,

non-handicapped people who:

* DO NOT LIVE WITH, AND
* ARE NOT PAID TO INTERACT WITH,

this individual.

For each category below, enter the number of times CONTACT has occurred for this person in the PAST WEEK (limit the number of contacts to 5 per day in any category; 5 = 5 or more). If the person is in supported or competitive employment, score a maximum of 5 contacts for each day at work.

| SETTING TYPE | GROUP SIZE (NUMBER OF PEOPLE WITH HANDICAPS WHO WERE PRESENT) | | | HOW MANY OF THESE CONTACTS INVOLVED COMMUNICAT. |
|---|---|---|---|---|
|  | 1 | 2 TO 5 | 6 OR MORE |  |
| IN OR IN THE NEIGHBORHOOD OF OWN OR OTHER PERSON'S HOME | ____ | ____ | ____ | ____ |
| RECREATIONAL | ____ | ____ | ____ | ____ |
| COMMERCIAL | ____ | ____ | ____ | ____ |
| DAY PROGRAM/JOB | ____ | ____ | ____ | ____ |
| DURING TRANSPORTATION | ____ | ____ | ____ | ____ |

____ CHECK HERE IF THERE WERE NO CONTACTS IN THE PAST WEEK.

Page 7

# INTEGRATED ACTIVITIES

1. About how often do you (the individual) do each of the following:

   1 = More than twice a week
   2 = Twice a week
   3 = Once a week
   4 = 2-3 times a month
   5 = Once a month
   6 = Less than once a month
   7 = Never
   9 = Not sure or refused

   Would you like to do this activity more often, less often, or is this the right amount?

   1 = More Often
   2 = Right Amount
   3 = Less Often

|   | Frequency | Satis W/ Freq. |
|---|---|---|
| a. Visit with close friends, relatives or neighbors | ___ | ___ |
| b. Visit a supermarket or food store | ___ | ___ |
| c. Go to a restaurant | ___ | ___ |
| d. Go to a place of worship | ___ | ___ |
| e. Go to a shopping center, mall or other retail store to shop | ___ | ___ |
| f. Go to bars, taverns, etc. | ___ | ___ |
| g. Go to the bank | ___ | ___ |

2. Approximately how many times did you (the individual) go to each of the following in the past 12 months? (NOTE: DO NOT INCLUDE EVENTS THAT WERE SPECIFICALLY FOR PEOPLE WITH DISABILITIES.)

   1 = More than 20 times
   2 = 11-20 times
   3 = 6-10 times
   4 = 4-5 times
   5 = 2-3 times
   6 = Once
   7 = Never in the past 12 months
   9 = Unknown

Would you like to do this activity more often, less often, or is this the right amount?

   1 = More Often
   2 = Right Amount
   3 = Less Often

|   | Frequency | Satis W/ Freq. |
|---|---|---|
| a. Go to the movies | — | — |
| b. Go to live theatre performance | — | — |
| c. Go to live popular music performances | — | — |
| d. Go to a sports event | — | — |
| e. YMCA/YWCA/YMHA or other athletic clubs/facilities | — | — |
| f. Community/civic groups | — | — |

3. WHO RESPONDED TO THE PREVIOUS QUESTIONS ON INTEGRATIVE ACTIVITIES?

   _____  3 Resident only
          2 Combination of resident and staff/family
          1 Staff/family only

# DAY PROGRAM ROUTINE

1. NAME OF PRIMARY DAY PROGRAM: _____ ;

2. TYPE OF DAY PROGRAM (Use codes below) _____ __

   01  ADULT DAY CARE/ADULT DAY TREATMENT - Program of activities focusing on the basic tasks of everyday living rather than work (no wages paid).
   02  ADULT DAY CARE FOR SENIORS
   03  PRE-VOCATIONAL - Program of work-related training (no wages paid) e.g., learning to count, sorting, etc.
   04  WORK ACTIVITIES TRAINING - Program of work or work-related training (wages are paid; less than 1/2 of minimum wage)
   05  SHELTERED EMPLOYMENT - Program of work or work-related training (wages are paid; more than 1/2 of minimum wage)
   06  SUPPORTED/SUPPORTIVE EMPLOYMENT - Individual placement
   07  SUPPORTED/SUPPORTIVE EMPLOYMENT - Mobile work crew, enclave, small enterprise, other
   08  COMPETITIVE EMPLOYMENT
   09  SPECIALIZED OR GENERIC SENIOR CITIZEN PROGRAM
   10  PARTIAL HOSPITALIZATION
   11  RETIRED
   20  PUBLIC SCHOOL, REGULAR CLASS IN REGULAR SCHOOL
   21  PUBLIC SCHOOL, SPECIAL CLASS IN REGULAR SCHOOL
   22  PUBLIC SCHOOL, SPECIAL SCHOOL
   23  PRIVATE SCHOOL, PAID FOR BY SCHOOL SYSTEM
   24  PRIVATE SCHOOL, PAID FOR BY OTHER THAN SCHOOL SYSTEM
   25  FORMAL INFANT STIMULATION OR PRE-SCHOOL DEVELOPMENT TRAINING PROGRAM, NOT PROVIDED AT RESIDENTIAL SETTING
   26  HOMEBOUND EDUCATION, PUBLIC SCHOOL
   27  ADULT EDUCATION
   30  DAY ACTIVITIES AT THE RESIDENCE
   80  OTHER AWAY FROM RESIDENCE (DESCRIBE:_____)
   90  NO DAY PROGRAM

3. HOURS PER WEEK PHYSICALLY PRESENT AT THIS DAY PROGRAM:

   _____ __

4. HOURS PER WEEK PHYSICALLY PRESENT AT SECONDARY DAY PROGRAM:

   _____ __

5. **EARNINGS.** How much money did this person take home last week? Round off to the nearest dollar. Less than 50 cents is recorded as zero. If no money earned, enter zero – do not leave blank. If last week was not typical, accept an average figure.

   $\_\_\_ \_\_\_ \_\_\_

6. **TRAVEL TIME.** How long does it take to travel to work/day program or school?

   \_\_\_ \_\_\_ \_\_\_  Enter number of minutes one way.

7. **ISP.** Is this person receiving services in accordance with his/her ISP?

   \_\_\_
       2 Yes, with no gaps
       1 Yes, but there are some gaps
       0 No

If there are gaps in services, or services the individual is not receiving, please describe:

# CONSUMER INTERVIEW
(COPYRIGHT CFA 1986)

These questions should be answered by the resident, and if appropriate and feasible, *should be answered in private*. (If the Consumer Interview is left blank for any reason, please explain why). Attempt to interview the consumer, even if there is doubt about ability to respond. Ask the person if s/he is willing to talk to you. If not, do not proceed. Ask the person if it is O.K. for you to tell other people what s/he is telling you. A zero should be used for any item which is not applicable, or for which the person is too young or unable to respond, or if no answer is given.

INTRODUCTION: Is it OK for me to tell other people what you are telling me? (If "NO", do not record verbatim comments).

1.  Do you like living here?
    - 3 Yes, like living here
    - 2 In between, sort of, unsure, etc.
    - 1 No, do not like living here
    - 0 Did not answer

2.  Do you like the people who work here?
    - 3 Yes
    - 2 Somewhat, most, not all, etc.
    - 1 No
    - 0 Did not answer

3.  Do you like the food here?
    - 3 Yes, like food
    - 2 In between, sort of, unsure, etc.
    - 1 No, do not like food
    - 0 Did not answer

4.  Do you have enough clothes to wear?
    - 3 Yes, enough clothes
    - 2 In between, sort of, unsure, etc.
    - 1 No, not enough clothes
    - 0 Did not answer

5.  Do you have any real good friends?
    - 4 Yes, more than one
    - 3 Yes, one
    - 2 In between, sort of, unsure, etc.
    - 1 No, no real good friends
    - 0 Did not answer

Page 12

6. Are people who work here mean or nice?
   3 Nice
   2 In between, unsure, etc.
   1 Mean
   0 Did not answer

7. Do you like your day program?
   3 Yes
   2 In between, sort of, unsure, etc.
   1 No
   0 Did not answer

8. Do you make any money?
   3 Yes
   2 Unsure, etc.
   1 No
   0 Did not answer

9. Please let me check - Did you say the food here is bad or good?
   3 Good
   2 In between, sort of, unsure, etc.
   1 Bad
   0 Did not answer

10. How often do you choose what you will eat?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

11. How often do you choose what clothes you will buy?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

12. How often do you choose what clothes you will wear?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

13. How often do you choose what you will do in your free time?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

14. How often do you choose a friend for free time?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

15. How often do you choose how you will spend money?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

16. How often do you have friends visit you at home?
    3 Frequently
    2 Occasionally
    1 Never
    0 Did not answer

17. Can your guests visit you anywhere in the house that you choose?
    3 Always
    2 Sometimes
    1 Never
    0 Did not answer

18. If you had one wish, what would you wish for? (Record response word for word, editor will code.)

19. Is there anything else you would like to tell me? (Record response word for word, editor will code.)

Page 14

OBSERVATION

1. IS THE PERSON DRESSED APPROPRIATELY?
   1 Yes
   0 No
   _____ IF NO, EXPLAIN

2. IS THE PERSON CLEAN AND GROOMED APPROPRIATELY?
   1 Yes
   0 No
   _____ IF NO, EXPLAIN

3. IS THE PERSON FREE OF VISIBLE BRUISES, RASHES, SORES, CUTS, OR OTHER SIGNS OF ILL HEALTH?
   1 Yes
   0 No
   _____ IF NO, EXPLAIN

# OPPORTUNITIES FOR CHOICEMAKING

This scale is about the opportunity to make choices. If possible, responses should be provided by the resident. If the resident is unable or unwilling to respond, ask a staff person who knows the individual well. In each area of life, please rate how often you (this person) get a chance to make choices according to your (his/her) own preferences. Having the chance to make a choice counts, even if the person does not actually use each opportunity. Being asked about a food preference for dinner counts as an opportunity, even if the person does not respond.

```
0  =  Never or Almost Never
1  =  Sometimes (About 1/4 of the Time)
2  =  About Half of the Time
3  =  Often (About 3/4 of the Time)
4  =  Always or Almost Always
```

*FOOD*

\_\_\_\_\_   1. What foods to buy for the home when shopping
\_\_\_\_\_   2. What to have for breakfast or dinner
\_\_\_\_\_   3. What to eat (and ignore) from plate
\_\_\_\_\_   4. Choosing restaurants

*HOUSE, ROOM*

\_\_\_\_\_   5. Decorations in own room
\_\_\_\_\_   6. Choosing to be alone

*CLOTHES*

\_\_\_\_\_   7. What clothes to buy in store
\_\_\_\_\_   8. What clothes to wear (including both weekdays and weekends)

*SLEEP AND WAKING*

\_\_\_\_\_   9. When to go to bed on weekdays
\_\_\_\_\_  10. When to go to bed on weekends
\_\_\_\_\_  11. When to get up on weekends
\_\_\_\_\_  12. Taking naps in evenings and on weekends
\_\_\_\_\_  13. Time and frequency of bathing or showering

*RECREATION*

\_\_\_\_\_  14. Choice of outings, field trips
\_\_\_\_\_  15. What to watch on TV
\_\_\_\_\_  16. Visiting with friends

```
0  =  Never or Almost Never
1  =  Sometimes (About 1/4 of the Time)
2  =  About Half of the Time
3  =  Often (About 3/4 of the Time)
4  =  Always or Almost Always
```

*OTHER*

_____  17. What to buy or do with personal money
_____  18. Choices about taking medications (how, with what, exactly when)
_____  19. How and when to express affection, including being alone with others
_____  20. "Minor vices" - use of tobacco, alcohol, caffeine, explicit magazines, etc.

21. WHO ANSWERED THE PREVIOUS QUESTIONS ON CHOICEMAKING?

_____   3 Resident
        2 Resident and staff/family
        1 Staff/family



# PHYSICAL QUALITY

ON A SCALE OF 1 TO 10, HOW WOULD YOU RATE THE PHYSICAL QUALITY OF THIS HOUSE, APARTMENT, OR LIVING AREA? (Circle the number)

---

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

UNPLEASANT                    NEUTRAL                        PLEASANT
UNATTRACTIVE                                                 ATTRACTIVE

Page 17

# APPENDIX 4

## OPEN-ENDED QUESTIONS/CONSUMER SURVEY

## BELCHERTOWN WISHES AND COMMENTS

IF YOU HAD ONE WISH, WHAT WOULD YOU WISH FOR?

### PEOPLE LIVING AT BELCHERTOWN STATE SCHOOL

* Dress.

* My own home.

* Out to dinner.

### PEOPLE LIVING IN THE COMMUNITY

* New clothes.

* Want to get a job at Riverside.

* A million dollars.

* A new record player.

* One thousand dollars.

* Go dancing.

* Go to Disney World.

* You know what I want, I want gum drops; good for my teeth.

* I would like to see parents in Florida.

* It would be for my new apartment.

* I wish that I found someone to marry.

* Wish I could help people.

* I wish to be dealt with truthfully by the administrators who run my program.

* Halloween.

* For a puppy.

* Go back and watch T.V.

* Stay with Mary Beth.

* Make more money at work.

* A pool at the house.

* Stay at this group home.

* Go on vacation.

* My grandmother Allison, she is in Texas; I she is far away; I want to visit her and kiss her.

* More contact with people.

* Want to go play golf.

* Red Sox to win.

* Coloring book paper.

* A dog.

* Buy something special.

* Magazine.

* Want to stay, live here forever.

* Clothes.

* To eat some meat for lunch.

* I asked for it back [harmonica] before, I used to play good; I like to go out for rides in a car.

* To be rich.

* Another vacation.

* Love magazines.

* Go to McDonald's.

* New doll.

* I would like to go out, I don't know, to my sister's house; She is going to church on Sunday.

* You.

* Tom, yes.

* [Using facilitated communication with communication board]
  Question: "Wish you could have a job?"
  Response: Yes.
  Question: "Would you like to travel more?"
  Response: Yes.
  Question: "Which wish is more important, having a job?"
  Response: Yes.
  Question: "Traveling?"
  Response: No.

    Question: "Having a job?"
    Response: Yes.

IS THERE ANYTHING ELSE YOU WOULD LIKE TO TELL ME?

    PEOPLE LIVING AT BELCHERTOWN STATE SCHOOL

    * Move to my new house.

    PEOPLE LIVING IN THE COMMUNITY

* Too many rules.

* When the school closes, I'm out of a job. What am I going to do? I want a steady job. I want to know what's going to happen. If I have just social security, I have to pay for the room, medicine, doctors. What's goin to be left? What I am anxious about is my job.

* I used to play harmonica. They took it away.

* I'd like to go to church.

* Santa Claus is coming! She wants a motorcycle.

* I want to see Daddy.

* Pretty good house to live in.

* Go back to Belchertown to live.

* I like talking to you. I miss my friend Sharon. Sharon died last year.

* Frustrated living here with too many people sharing one van.

* See my new glasses. Nellie, my neice, is small; my nephew is big.

* 1 am happy where I am. I get to watch all the programs I want.

* Like coffee; Mary cooks bad food; puts food in dumpster; someday everybody dies.