# ATTACHMENT C



# COMMUNITY PLACEMENT SURVEY

## 1993 - 1998

*Monson Developmental Center*

*April, 1999*

 

*Information compiled by:*
Susan M. Boucher
Director of Community Placement

*Designed and Desk Top Published by:*
Rocky Blazejowski

## COMMUNITY PLACEMENT SURVEY SUMMARY

Since 1993, 156 individuals from Monson Developmental Center have moved to communities across Massachusetts in order to be closer to their families and to experience the home based lifestyle most of us take for granted. These well-planned moves have happened gradually over a 6 year span, from 1993 to 1998. Although the majority moved to residences within the Central Region, people were placed in homes across the state, depending on family location and geographic preference. Within this period of time, 93 people found new homes in the Central Region, 30 people relocated to the Western Region, 31 were placed in the Metro Boston Region and 1 person each went to live in the Northeastern and Southeastern Regions, respectively. In 1993, there were 8 individuals from Monson Developmental Center who moved into the community, there were 14 in 1994, 32 in 1995, 32 in 1996, 42 in 1997 and 28 people moved into community homes in 1998. All were placed with the support of their families/guardians, after spending much of their lives here at the facility.

In January 1999, community placement surveys were mailed directly to these 156 individuals and 178 surveys were also mailed to their families and/or guardians. The purpose of this survey was to obtain information on how we can improve our community placement/planning process, determine satisfaction with community living, and address concerns that families and individuals have regarding community living. Out of the 156 surveys sent to individuals, 53 were completed and returned, yielding an impressive 34% response rate. Of the 53 surveys returned by individuals, one person was able to respond independently, approximately 10 people were interviewed by staff who documented the responses, and the remaining 42 people were supported in their responses through the interpretation of staff or shared living provider. Out of the 178 surveys sent to families/guardians, 83 were completed and returned, yielding the unusually high response rate of 47%. Both groups together were well represented by an overall response rate of 41%.

Basic to understanding the results of this survey, as well as the process of community placement, is knowing something about these individuals. In terms of age, 16 (10%) of the people who moved to the community over this six year period were between 26 and 35 years of age, 56 (36%) were between 36 and 49 years of age and the remaining 84 (54%) were over 50 years old at the time of placement. The youngest person placed was 26, the oldest person to move into a community home was 86 years of age, and the overall average age at placement was 51 years. In terms of ability to ambulate, 73 individuals (47%) were independently ambulatory, 24 (15%) required one-to-one staff assistance and/or a walker and 59 (38%) used a wheelchair and staff support. All of the individuals required 24-hour staffing/supports, and all were provided with jobs, day activity programs, or retirement options, depending on their skills, interests and preferences. Out of all the placements made during this 6 year period, 122 people (78%) moved to community residences which housed 2 to 4 people, 13 individuals (8%) moved into homes with 5 to 8 housemates, and 21 (14%) moved into a shared living situation with a family or non-disabled housemate.

A great majority of the individuals, families and guardians involved in this survey initally struggled with the idea of community placement. Most were cautious, many were opposed, but all considered the opportunity and decided to take a chance. You will see reflected in some of their comments an appreciation for the many years of service provided by Monson Developmental Center. Although there were a few concerns raised, 100% of the survey responses indicated that the individual's quality of life was the same or better, and 94% of families/guardians found that their family members quality of life was better. The survey was successful in providing a clear picture of people who are well served, comfortable in their homes, well integrated into communities and neighborhoods, safe and happy, while enjoying an improved quality of life.

# COMMUNITY PLACEMENT SURVEY RESULTS

## APRIL, 1999

### FAMILIES/GUARDIANS

| YEAR | COLOR CODE | REGION I SENT | REGION I RET. | REGION II SENT | REGION II RET. | REGION III SENT | REGION III RET. | REGION V SENT | REGION V RET. | REGION VI SENT | REGION VI RET. | TOTAL SENT | TOTAL RET. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | LIGHT PINK | 5 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 7 | 3 |
| 94 | DARK PINK | 2 | 0 | 11 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 4 |
| 95 | WHITE | 3 | 0 | 15 | 9 | 0 | 0 | 0 | 0 | 18 | 7 | 36 | 16 |
| 96 | BLUE | 8 | 6 | 17 | 8 | 1 | 1 | 1 | 1 | 11 | 4 | 36 | 20 |
| 97 | YELLOW | 14 | 5 | 33 | 16 | 0 | 0 | 0 | 0 | 4 | 1 | 51 | 22 |
| 98 | GREEN | 1 | 1 | 32 | 16 | 0 | 0 | 0 | 0 | 2 | 1 | 35 | 18 |
| TOTAL | | 33 | 15 | 107 | 53 | 1 | 1 | 1 | 1 | 36 | 13 | 178 | 83 |
| Response Rate By Region – % | | 45% | | 50% | | 100% | | 100% | | 36% | | 47% | |

### INDIVIDUALS

| YEAR | COLOR CODE | REGION I SENT | REGION I RET. | REGION II SENT | REGION II RET. | REGION III SENT | REGION III RET. | REGION V SENT | REGION V RET. | REGION VI SENT | REGION VI RET. | TOTAL SENT | TOTAL RET. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | LIGHT PINK | 6 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 1 |
| 94 | DARK PINK | 2 | 2 | 12 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 4 |
| 95 | WHITE | 3 | 2 | 14 | 2 | 0 | 0 | 0 | 0 | 15 | 2 | 32 | 6 |
| 96 | BLUE | 9 | 5 | 12 | 3 | 1 | 0 | 1 | 0 | 9 | 1 | 32 | 9 |
| 97 | YELLOW | 9 | 4 | 29 | 19 | 0 | 0 | 0 | 0 | 4 | 1 | 42 | 24 |
| 98 | GREEN | 1 | 0 | 25 | 9 | 0 | 0 | 0 | 0 | 2 | 0 | 28 | 9 |
| TOTAL | | 30 | 14 | 93 | 35 | 1 | 0 | 1 | 0 | 31 | 4 | 156 | 53 |
| Response Rate By Region – % | | 47% | | 38% | | 0% | | 0% | | 13% | | 34% | |

### TOTALS

| | REGION I SENT | REGION I RET. | REGION II SENT | REGION II RET. | REGION III SENT | REGION III RET. | REGION V SENT | REGION V RET. | REGION VI SENT | REGION VI RET. | TOTAL SENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTAL FOR BOTH SURVEYS | 63 | 29 | 200 | 88 | 2 | 1 | 2 | 1 | 67 | 17 | 334 |
| GRAND TOTAL RESPONSE RATE BY REGION | 46% | | 44% | | 50% | | 50% | | 25% | | 41% |

2

# COMMUNITY PLACEMENT SURVEY RESULTS

## APRIL, 1999



### Full Compilation of *Family/Guardian* Survey Responses

*Note: The number of total responses for each question on the survey will vary because some respondents didn't feel they could answer every question.*

1. **When did the person involved move from Monson Developmental Center?**

   ( ) 1998      ( ) 1997      ( ) 1996      ( ) 1995      ( ) 1994      ( ) 1993

Total # Responses:  83

| YEAR | REGION I | REGION II | REGION III | REGION V | REGION VI | TOTAL |
|---|---|---|---|---|---|---|
| 1993 | 3 | 0 | 0 | 0 | 0 | 3/ 4% |
| 1994 | 0 | 4 | 0 | 0 | 0 | 4/ 5% |
| 1995 | 0 | 9 | 0 | 0 | 7 | 16/ 19% |
| 1996 | 6 | 8 | 1 | 1 | 4 | 20/ 24% |
| 1997 | 5 | 16 | 0 | 0 | 1 | 22/ 26% |
| 1998 | 1 | 16 | 0 | 0 | 1 | 18/ 22% |
| TOTAL | 15/ 18% | 53/ 64% | 1/ 1% | 1/ 1% | 13/ 16% | 83/ 100% |

**\*47% ( 83 out of 178 ) of families/guardians responded to the survey**

3

2. Has a move occurred since then?    ( ) No        ( ) Yes

If yes, date(s) of move_____

### Individual moves since placement as reported by Family/Guardian

| | | | | |
|---|---|---|---|---|
| 1) | Region I | 1993 Placement | Move Date: ? | - new home |
| 2) | Region II | 1994 Placement | Move Date: 1/99 | - shared living |
| 3) | Region II | 1995 Placement | Move Date: Summer, 1997 | - shared living |
| 4) | Region V | 1996 Placement | Move Date: 6/23/98 | - moved out of state out o |
| 5) | Region VI | 1995 Placement | Move Date: 1996 & 1997 | - from apt. to house |
| 6) | Region VI | 1995 Placement | Move Date: fall, 1998 | - from apt. to house |
| 7) | Region VI | 1996 Placement | Move Date: ? | - shared living |

( *A total of seven ( 7 ) individuals were reported to have moved subsequent to placemen

Total # of Responses: 83

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES |
| 1993 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1994 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1995 | 0 | 0 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1996 | 0 | 6 | 0 | 8 | 0 | 0 | 0 | 0 | 2 | 5 | 3 |
| 1997 | 0 | 5 | 0 | 16 | 0 | 1 | 1 | 0 | 1 | 3 | 2 |
| 1998 | 0 | 1 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| TOTAL | 1 | 14 | 2 | 51 | 0 | 1 | 1 | 0 | 3 | 10 | 71.8% |

* 92% ( 76 out of 83 ) of all survey respondents report that individuals have remained living in th
house/apartment they moved to at the time of placement.

3. Was sufficient information provided to you and the individual throughout the placement
planning process and transition?        ( ) Yes            ( ) No

Total # of Responses:  83

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES |
| 1993 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 1994 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 1995 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 1996 | 4 | 2 | 8 | 0 | 1 | 0 | 0 | 0 | 8 | 0 | 16 |
| 1997 | 5 | 0 | 16 | 0 | 0 | 0 | 1 | 0 | 4 | 0 | 18 |
| 1998 | 1 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 22 |
| TOTAL | 13 | 2 | 52 | 0 | 1 | 0 | 1 | 0 | 14 | 0 | 81/98% |

* 98% ( 81 out of 83 ) of all survey respondents felt they received sufficient information throughou
placement planning process and transition.

4

### Region I

* "Some info."

### Region II

* "Mainly through QMRP".
* "However, we were never notified of actual move. He had been moved six weeks before we called to inquire!!!".

### Region VI

* "We were kept informed and questions answered throughout the entire process. No pressure was imposed".

---

**4.  How did DMR staff do in assisting him/her throughout the transition and move to a new home?**

( ) Very Well          ( ) Fairly Well          ( ) Not So Well          ( ) Poorly

Total # of Responses:  83

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | | 1997 | | | 1998 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | V | VI | I | II | VI | I | II | VI | |
| **VERY WELL** | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 8 | 7 | 5 | 6 | 1 | 1 | 4 | 5 | 13 | 0 | 1 | 15 | 1 | 73/ 89% |
| **FAIRLY WELL** | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 1 | 0 | 10/ 11% |
| **NOT SO WELL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **POORLY** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 7 | 6 | 8 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 16 | 1 | 83/ 100% |

100% (83 out of 83) of all survey respondents felt that DMR staff did "very well" or "fairly well" in assisting people throughout their transition and move to a new home.

**# 4 Examples of things done well:**

Of the eighty-three responses received, fifty-nine (59 out of 83) included written statements of "things done well" by DMR staff in terms of the transition and move to a new home in the community.  (Statements listed below)

### Region I

* "Met with R to plan and discuss the moves".
* "Diabetes management".
* "Tim Gilman (CSC) was a gem in C's transition".
* "They brought me to visit the home and introduced me to everyone".
* "DMR placed him with men of his own age and type. He is doing good there".
* "Set home, programs and medical needs in place".
* "Kept informed all the way".
* "Thorough and caring".
* "Good communications".
* "Interaction regarding material items needed for transition to community".
* "They conditioned her, and her mother, sister and brother to the group home and took care everything".

## Examples of things done well <u>continued</u>:

### <u>Region II</u>

* "Showing them their new home before moving".
* "They found a home on a flat area of ground".
* "Visits prior to transition".
* "DMR staff held numerous meetings at Monson in which everyone (D., family, caretakers) had the opportunity to ask questions and discuss transitional issues before the move. D. was driven from Monson to his new home in Franklin several times prior to the move, to establish new doctors, meet his roommates and become familiar with the house. He picked out his own room. I feel DMR did an excellent job assisting D. in his move".
* "Good communication with me, and sensitivity with the individual involved".
* "Don't know exactly but was in contact with Monson staff re: the move".
* "He visited the new home overnight".
* "Went slow - G. slept over on a try at first".
* "Contact with resident, parents and guardian".
* "Visits to new home; information shared with manager of new home".
* "No faults".
* "Good communication, not rushed".
* "I felt the Social Worker really cared about R. It was more than *"Just a job"*.
* "Kept taking her to apartment for short periods of time for S. to become accustomed and secure with herself and the move".
* "Site visit prior to placement".
* "Previously, individual did not handle change well; no problems or behaviors with this move.. seemed to be an excellent adjustment".
* "Site visit before placement".
* "Visit by client to new home. Visit by family members several times before move".
* "Kept us informed".
* "Constant communication with me and the new facility. Beverly Midura was extremely involved and very supportive. She acted as liaison between Monson and Templeton".
* "Social Worker kept in touch with me and even provided pictures for me to see because I live so far away"
* "Social Worker (Paul) was very attentive, kept me abreast of situation as it unfolded. We went together to check home and day care site".
* "Pre-visits".
* "Visiting sites, introducing staff and peers".
* "Notice of medical problems".
* "Provided him with an opportunity to visit new program, as well as say good bye to Monson staff and clients".
* "Communication and meeting S's need".
* "We were brought to new residence ahead of time to inspect and approve".
* "The "Ely" home was prepared, C. spent time with them before the move".
* "The transition meeting where both DMR and residential provider met to pass along *"the torch"*. It is critical that a family member attend this meeting".
* "Brought T out to let her see her beautiful home".
* "At all steps of change, I was included and informed".
* "Accommodating time, dates, very flexible".
* "Transitional visits".

### <u>Region III</u>

* "Cooperation was excellent and concern for D. was evident".

6

### Examples of things done well continued:

### Region V

* "When J. came to Massachusetts, DMR handled everything from a job to placement and recreational activities".

### Region VI

* "Visits beforehand".
* "Through meetings and written information".
* "Staff kept in close contact for a period of time and still do on occasion".
* "Visit before actual move".
* "B. is much happier at his residential home".
* "Providing one-on-one personal time".
* "All staff at Monson very helpful".
* "Made several trips to acquaint him with new surroundings".
* "Monson permitted a three month *"adjustment period"* prior to A's official discharge from MDC. This satisfied family that A. could adapt to the new environment at "Lifeworks" without jeopardy. MDC staff listened to A's stated desires to go to a community setting;  kept in touch with him during the settling-in period;  saw to it that his possessions/furnishings followed him.  Took him for an introductory visit to see his new apartment and its surroundings.  Also, joined A. and family for a second visit to new apartment prior to move-in".
* "Communication with family every step of the way.  Traveling to and from with M. to make her comfortable".
* "Visiting before move".
* "Visits prior to permanent move, plus dinners with roommates".

### # 4 Examples of things that need improvement:

Of the eighty-three responses received, thirteen (13 out of 83 ) included written statements regarding "things that need improvement" in terms of the transition and move to a new home in the community ( Statements listed below.)

### Region II

* "More family involvement".
* "More follow-up".
* "Coordination of church affiliation in Leominster.  QMRP asked Deacon to assist, however, guardian insisted that E. attend local Catholic church and staff cooperated in E's participation at Catholic church".
* "His feet looked terrible and I know they have taken him to a foot doctor, also his speech".
* "Found the clothes they gave J. fit a man 180 lbs., had to buy new clothes".
* "Continued review of anti-psychotic medication".
* "None".
* "More communication".
* (No improvements needed) .... "Just keep up the *"love"* the staff shows to each one of the ladies".
* "Communication between entire Monson team, early on before June 1998, some medical issues were present which entire team was not aware of immediately, which impacted move date".
* "More caution regarding correspondence... I received information for another client".
* "More contact with myself".

# 4 Examples of things that need improvement <u>continued</u>

## Region V

* *"Nothing"* Massachusetts has all the services needed to help placement in the community".

## Region VI

* "Give some home training, like cooking and different chores, cleaning, etc.".
* "No improvement needed, staff was excellent".
* "Roommates family needs to meet before the roommates get together".

---

5. **How do you feel the vendor or residential provider did throughout the transition in assisting the individ**

   ( ) **Very Well**        ( ) **Fairly Well**        ( ) **Not So Well**        ( ) **Poorly**

   **Total # of Responses:   83**

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | 1997 | | | | 1998 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | | REGION | | | | REGION | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | VI | I | II | III | VI | I | II | VI |
| **Very Well** | 3 | 0 | 0 | 0 | 2 | 0 | 0 | 5 | 7 | 5 | 7 | 1 | 1 | 3 | 5 | 13 | 1 | 1 | 12 | 1 |
| **Fairly Well** | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 4 | 0 |
| **Not So Well** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Poorly** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *TOTAL* | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 7 | 6 | 8 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 16 | 1 |

* 99% (82 out of 83) of all survey respondents felt that the vendor or residential provider did "ve "fairly well" in assisting throughout the transition and move to a new home.

# 5 <u>Examples of things done well:</u>

* Of the eighty-three responses received, forty-six (46 out of 83) included written statements rega "things done well" by the vendor or residential provider, in terms of the transition and move to in the community. (Statements listed below)

## Region I

* "Her daily maintenance".
* "Having a choice where C. should live".
* "Talked and visited with us".
* "They gave me a thorough tour and answered all my questions".
* "Very concerned and considerate of residents' needs".
* "Likewise, thorough and caring".
* "They took good care of D." .
* "Very involved with *"setting up"* comfortable room, etc.".
* "They did everything very well. What did we know?

## Region II

* "I wasn't there".
* "Complete focus on the individual's needs".
* "Accommodating R's needs, i.e.,: safety proofing his surroundings".

## Examples of things done well - Region II <u>continued</u>

* "Initially, not so well. Within 60 days of D's move to a privately run group home, there was a 90% staff turnover, from the Program Director on down. This made for a very shaky start. In addition, the residential company itself merged with several other similar companies within a month of the move. As family, we were very concerned about the stability of the new residence. However, things did improve as new staff were hired, and the company made strides in helping during the transition".
* "Everything went pretty well as I did not hear of problems".
* "Again, went slowly with him... and gently".
* "Home staff and manager very receptive to sharing information and receiving E.".
* "Found nothing wrong".
* "Good communication with all".
* "Residential provider welcomed M. with great warmth. Worked diligently to insure that the living space would be familiar to M.".
* "Very good staff".
* "Pre-visits".
* "Good transition - good preparation for her new environment".
* "Open lines of communication".
* "Maintained F's work".
* "Accepted him openly and tried to make him feel comfortable to the extent that this can be determined".
* "Kept us informed, prepared a lovely room for C.".
* "Visited a home before seeing T's... giving me the chance to see how a *beautiful home* for clients is set up. (I love T's home!)".
* "Went with the individual to work program, etc.".
* "Very flexible and open".
* "A lot of coaching, caring and explaining to S. as to what was going to happen".
* "Visits to home prior to move. Meetings with the person while at Monson. Much of the staff knew R.".
* "Well furnished, kept family informed, chose staff who knew client".
* "They knew her needs and adjusted to them".
* "They seemed interested in knowing her personality".

## Region III

* "Communication with family was excellent".

## Region V

* "We welcomed J. to our home. It was a familiar place to him, which made it easier for him".

## Region VI

* "Made him feel at home with other clients".
* "C. was allowed to sit in on hearing interviews and voice her opinions on staff to be hired".
* "The manager at Holliston has been very concerned with B's needs and home atmosphere".
* "Good communication and personal guidance through all".
* "Friendly staff, meeting prior and during move period".
* "Very sensitive to A's positives and negatives. Provided a very attractive apartment which he loves, enjoys and takes pride in as *his*". Provided one-on-one caretaker to teach and help him with household chores, laundry, food preparation, medical needs, community outings, etc.".
* "All questions answered satisfactorily. Work on taking M. on weekends to help her adjust".
* "Changing bedroom from 3rd floor to 2nd floor".
* "J. was given a lot of time and attention. It helped with his adjustment".
* "Initially had concerns about day providers, their level of commitment was not as high".

things that need improvement:

*Of the eighty-three responses received, six (6 out of 83) included written statements regarding "things that need improvement" in terms of the transition and move to a new home in the community. (Statements listed below)

## Region II

* "More contact by the vendor with the provider before placement".
* "Nutrition"..
* "Cannot say vendor needs improvement; Institute of Professional Practice is an exemplary vendor".
* "Initially had concerns about day providers, their level of commitment was not as high".
* "More communication".
* "Honestly can't think of any".
* "Did not really have any contact with them (vendor) in advance".
* "Couldn't be too sure as we did not have any communication. *Communication is the key*".

## Region VI

* "I can't think of any".
* "None".

6. **Prior to learning about the option of the specific community placement you agreed to, what were your feelings about placement in general?**

   ( ) Requested Placement        ( ) Open To Placement        ( ) Open But Quite Cautious
   ( ) Very Skeptical             ( ) Opposed To The Idea

Total # of Responses: 83

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | 1997 | | | 1998 | | | TO |
| | REGION | | | REGION | | | REGION | | | REGION | | | | REGION | | | REGION | | | TAL |
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | VI | I | II | VI | I | II | VI | |
| Requested Placement | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 3 | 0 | 11/ |
| Open | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 2 | 1 | 4 | 0 | 0 | 2 | 3 | 0 | 0 | 3 | 0 | 22/ |
| Open But Cautious | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 5 | 2 | 3 | 0 | 1 | 2 | 7 | 1 | 0 | 8 | 0 | 37/ |
| Very Skeptical | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 7/ |
| Opposed | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 6/ |
| TOTAL | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 8 | 8 | 6 | 8 | 1 | 1 | 4 | 6 | 16 | 1 | 0 | 16 | 1 | 83/ 10 |

*40% (33 out of 83) of all survey respondents "requested placement" or were "open" to the possibility, 53% (44 out of 83) were "quite cautious" or "very skeptical" and 7% (6 out of 83) were "opposed" to placement.

## Comments:

## Region I

* "Open, but quite cautious... but opposed for a long time".
* "I had recommended and asked for my sister, J. to be placed much closer to where I live...South of Boston - South Shore Area. Total refusal".

10

Comments continued

## Region V

* "At first we were "*open, but quite cautious*" but not anymore".

## Region VI

* "This was a big decision after many years of excellent care at Monson.  Had many doubts - but a location closer to family was a ***big*** factor".

---

**7.  How do you feel the person's adjustment has progressed?**

( ) Very Well      ( ) Fairly Well      ( ) Not So Well      ( ) Poorly

**Total # of Responses: 81**

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | | 1997 | | 1998 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | | | REGION | | REGION | | | |
| | I | II | VI | I | II | VI | I | II | VI | II | III | V | VI | | II | VI | I | II | VI | |
| **Very Well** | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 5 | 6 | 3 | 5 | 1 | 1 | 4 | 4 | 12 | 1 | 1 | 13 | 1 | |
| **Fairly Well** | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 4 | 1 | 3 | 2 | 0 | 0 | 1 | 4 | 0 | 0 | 2 | 0 | | 61/ 75% |
| **Not So Well** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 20/ 25% |
| **Poorly** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| **TOTAL** | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 7 | 6 | 7 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 15 | 1 | 81/ 100% |

75% (61 out of 81) of all survey respondents believe the adjustment to community living went "very well", with the remaining 25% (20 out of 81) feeling the adjustment progressed "fairly well".

**Describe positive changes:**

* Of the eighty-one responses received, fifty-two (52 out of 81) included written descriptions of "positive changes" which have occurred as a result of moving to a home in the community.  (Statements listed below )

## Region I

* "He has a job in the community, is involved in the community, goes to church and other social activities".
* "Able to keep her clothes on, go to work site".
* "Space of her own with minimal invasion of privacy".
* "My brother/ward is much more relaxed and seems much happier".
* "He is 84 years old and doing fairly good!".
* "Much more open with choices she wants".
* "The staff that takes care of D. are very good".
* "All reports indicate transition happened with no upset at all.  Great surprise!"

## Region II

* "Too soon to tell, but seems to be adjusting well".
* "Sounds happy with his home and work.  Has made new friends".
* "It's difficult to gauge.  R. is non-verbal.  His health issues are stabilized (seizures)".
* "Hygiene has improved and also his self-esteem".
* "Medications have been reduced.  Is active, goes to community festivals and picnics, does own banking, goes to church weekly and out to lunch often.  Has a beautiful home".

11

* "D. has his own bedroom, he enjoys his privacy.  Has more one-on-one time with staff as he particip in community activities".
* "Better communication from the individual, decrease in medications".
* "She seems to be happy and seems to fit in well".
* "He helps with the household tasks".
* "He is involved with many people and places without being stressed".
* "More verbal".
* "Almost all of E's institutional behaviors have dropped.  She is happy; exercises independently;  smil increased ability to have control over life".
* "J. is doing much better and is very happy".
* "More relaxed; relates better to others.  Seems content, under less stress".
* "Healthier and happier".
* "I understand F. is even walking a little".
* "More community involvement and interaction".
* "Responds to others".
* "F. is more able to gain positive progress".
* "Involved in activities outside the residence".
* "She is very content, is much calmer and has been able to have her medication reduced".
* "C. is extremely happy, does more physically, looks very healthy and well-groomed and appears to lov new home".
* "The group homes are phenomenal;  and my wards appear to be more integrated with the community".
* "Life is great!".
* "Just to see the "*glow*" on T.'s face, I know she is happy".
* "Her behavior has been exceptional.  She seems much more aware of and responsive to milieu".
* "Appears more alert, has learned new skills, has better eye contact, laughs".
* "Not really certain.  I assume more personal attention can be provided as there are fewer patients".
* "Feels secure, and has improved on personal issues, seems very happy and well-adjusted".
* "She is extremely happy in her new surroundings".
* "Father and sister have both visited D. and found him very happy and content".
* "Communication has improved.  does not need wrist bandages, less biting of wrists, more mobile".
* "Less target behavior, more socialization, less anxiety".
* "Does not bite wrists, talks more, makes wishes known".

## Region III

* "D. seems very comfortable in his home and shows affection towards staff members".

## Region V

* "J. is very happy to be with his family".

## Region VI

* "He talks and understands better, has quieted down a lot, not as anxious and nervous".
* "C. did very well in her new environment".
* "B.'s more outgoing, and reaches out to people in his care and family members".
* "Seems happier, more outgoing".
* "Seems happier, speech has improved.  Has more expression".
* "Attitude, comprehending better, job skills".
* "Medicine changes...work for him".
* "J. appears happy and content.  He gets good care".

**# 7 Describe difficulties encountered:**

*Of the eighty-one responses received, twenty-three (23 out of 81) included written statements regarding the difficulties encountered in moving to a new home in the community.  ( Statements listed below)*

## Region I

* "Availability of suitable work, with monetary fulfillment".
* "Other residents are not compatible".

## Region II

* "I am sure there has been many, but the most important one's,  the staff keep me informed, and they take care of"
* "Mixing with children.  Not understanding that this is a home and not a ward with dayhalls, etc.".
* "None".
* "D. has experienced behavioral problems which resulted in increased medication and a new behavior plan".
* "He has an allergy to bee stings".
* "E. did not know how to use toilet paper;  and several other independent activities not allowed in facility".
* "None!".
* "Hard to work out a system to report his financial situation, so I knew what was being spent on him".
* "New environment, took time to adjust".
* "Adjusting to sleep routine".
* "None".
* "There was an issue including another prospective resident for same group home that had me concerned;  as well as F. being so long at Monson".
* "None!".
* "None at this point".
* "I don't think there is enough communication between the respective residential and day program providers".
* "Oral Hygiene, taking baths, washing her hair.  Never before (she moved to her new home) would she let anyone help her".
* "Medical condition was a bit unstable, minor problems coordinating medical care in community".
* "I am concerned about the fact that there are not sufficient female staffing to administer to the personal needs of R.".
* "Three doctors not in total agreement on drug dosage".

## Region V

* "I was a little "*home-sick*" for Monson at first, but we encouraged J. and he was soon O.K. with the move".

## Region VI

* "Not having his way.  Would progress more if he had a challenging job to do".
* "Needs to be stimulated with assistance of caretakers".
* "Frequent changes in staff.  Poor attitude on the part of some staff.  Poor communication between local staff and management".

13

# 7 Describe difficulties encountered  - Region VI <u>continued</u>

* "Learned to do his laundry, more friendly with others (13 unit apartment building). Enjoys the quiet and privacy (of his own apartment). More relaxed. Has feel for the community. Takes pride in caring for ] apartment. Feels nearer to family. For this time of his life (65 in October), he feels this is where "I want to be for the rest of my life". The long-standing difficulties, re: doctor visits, blood giving, continue. There have been a number of successes and then he will go "*into reverse*" and become stubborn. <u>Lifeworks</u> has provided for his care with several excellent doctors and they keep strict records of his seizures and other health care needs".
* "Worksite transportation not provided on certain day, lost for hours. Broke wrist" .
* "Some problems with staff at initial placement facility"..

## 8. Do you feel the individual is comfortable in their home?    ( ) Yes          ( ) No

Total # of Responses:  82

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL |
|------|------|----|------|----|------|----|------|----|------|----|-------|
|      | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES |
| 1993 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 1994 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 1995 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 16 |
| 1996 | 6 | 0 | 7 | 0 | 1 | 0 | 1 | 0 | 4 | 0 | 19 |
| 1997 | 5 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 22 |
| 1998 | 1 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 18 |
| TOTAL | 15 | 0 | 52 | 0 | 1 | 0 | 1 | 0 | 13 | 0 | 82/100% |

*100% (82 out of 82) of all survey respondents feel the individual is clearly comfortable in their own

## Comments:

### Region I

* "Except for agitation by another resident".

### Region II

* "<u>Very</u>! (comfortable)".
* "Very !!".

### Region VI

* "Very comfortable. Loves his "*own*" apartment. Has T.V., phone, plants; has window view of foot/auto people traffic".

14

9.  Do you feel the individual is supported and comfortable as a member of their neighborhood and/or community?                    ( ) Yes            ( ) No

Total # of Responses:   74

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 1993 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| 1994 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| 1995 | 0 | 0 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 1 |
| 1996 | 4 | 0 | 5 | 1 | 1 | 0 | 1 | 0 | 5 | 0 | 12 | 1 |
| 1997 | 5 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 14 | 1 |
| 1998 | 1 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 21 | 0 |
| TOTAL | 13 | 0 | 47 | 2 | 1 | 0 | 1 | 0 | 10 | 0 | 72/ 97% | 2/ 3% |

*97% (72 out of 74) all survey respondents feel the individual is supported and comfortable as a member of their neighborhood and community.

**Comments:**

**Region I**

*  "I don't know".

**Region II**

*  "To the best of our knowledge".
*  "I'm not sure about this".
*  "Don't know".
*  "Her neighbors, local stores, etc., accept her and treat her with dignity and respect".
*  "She is not well accepted at the Senior Center there".
*  "Unsure".

**Region VI**

*  "Some yes, some no".
*  "Yes, indeed!  Has personal caretaker.  Loves to go to the bank, supermarket, various eating places, becomes gregarious with wait staff, bank tellers, grocery clerks.  Is comfortable in community".
*  "Move is too recent to tell".

10. **Do you feel the that he/she is receiving the necessary services/supports?**

( ) Definitely        ( ) Some        ( ) Not Sure        ( ) No

Total # of Responses: 82

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | | 1997 | | | 1998 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | | | REGION | | | REGION | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | V | VI | I | II | VI | I | II | VI | |
| DEFINITELY | 2 | 0 | 0 | 0 | 3 | 0 | 0 | 7 | 4 | 4 | 5 | 1 | 0 | 3 | 5 | 13 | 0 | 1 | 15 | 1 | 64/ 78% |
| SOME | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 3 | 2 | 2 | 0 | 0 | 1 | 0 | 3 | 1 | 0 | 1 | 0 | 15/ 19% |
| NOT SURE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/ 1% |
| NO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/ 1% |
| TOTAL | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 7 | 6 | 7 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 16 | 1 | 82/ 100% |

* 97% (79 out of 82) of all survey respondents feel the individual is receiving all or most necessary services and supports.

> * _Note:_ The one respondent who felt her brother was _not receiving_ necessary supports from Region V was reflecting their recent move to _Vermont_ and his current lack of services in this _new location_. She made it clear in her survey that while they lived in _Massachusetts_, her brother received all necessary services and she was very happy with Region V residential, day and leisure/recreational supp

**Comments:**

**Region I**

* "I think so".

**Region II**

* "L. has a sensitive and focused staff, a structured day program".
* "Great staff!"

**Region V**

* "Things in Vermont are different. The services up here are very limited".

**Examples of what may be needed:**

* Of the eighty-two responses received, twelve (12 out of 82 ) included written statements of what may b needed in terms of services and supports. (Statements listed below)

**Region II**

* "Continued speech therapy. Doesn't like change, in staff, etc."
* "More help in job placement and respite services".
* "Nothing - I should be so lucky as to live where she does in my old age".
* "Nothing".
* "More qualified staff at house - current economy and pay scale makes that difficult".
* "Working in the community, not sheltered workshop".
* " More neighborhood and community services would be better".

**Examples of what may be needed - Region II  continued**

* "I have concerns about transportation to and from her day provider.  I also feel strongly that she should have a guardian who lives closer to the Gardner area".
* "Better psychiatric coverage".
* "More staff certified to pass meds and have them pass them when appropriate".
* "I have not personally observed the home or staff, and I am not willing to do so".

## Region VI

* "A challenge in work, not just sit around, or walk around and smoke all day".
* "Primarily transportation.  Often staff are not licensed to transport clients.  Other times staff cannot leave other clients to transport C. - others not willing".
* "I think his everyday needs are being provided for to the best of their abilities".
* "Can't think of any, unless something comes up as he advances in age.  (He has a walker and a cane should he need either)".
* "J. needs to have more activities in apartment, because he does not watch T.V., activities, i.e., basketball hoop, velcro dart board not being used".

---

**11.  In your opinion, quality of life for the individual is:**

( ) Improved        ( ) About The Same -        ( ) Not As Good

Total # of Responses: 82

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | 1997 | | | 1998 | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **REGION** | | | **REGION** | | | **REGION** | | | **REGION** | | | | **REGION** | | | **REGION** | | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | VI | I | II | VI | I | II | III | VI | |
| **IMPROVED** | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 6 | 6 | 7 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 12 | 1 | 77/ 94% |
| **ABOUT THE SAME** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 5/ 6% |
| **NOT AS GOOD** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0/ 0% |
| **TOTAL** | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 7 | 6 | 7 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 16 | 1 | 82/ 100% |

94% (77 out of 82) of all survey respondents feel the quality of life for individuals who have moved to homes in the community is much "improved" and 6% (5 out of 82) of all the survey respondents feel that the quality of life is "about the same".

## Comments:

### Region II

* "Vastly (improved)".

## Describe Improvements:

*Of the eighty-two responses received, fifty-six (56 out of 82) included written descriptions of improvements in individual's lives which have occurred as a result of moving to a new home in the community.  (Statements listed below.)

17

## Region I

* "He is treated justly and fairly. Able, with help of staff, to make choices".
* "Feeling self-worth".
* "More freedom as an individual".
* "Improved toileting, so less urinary tract infections. He is much more relaxed, so he does not chew his knuckles and have calluses all over them any more".
* "Home like atmosphere, as opposed to institution".
* "He is in a less crowded environment".
* "To family's surprise, she seems more relaxed and contented than before, and we felt she had achieved her maximum at Monson. We were very pleased with her achievements at MDC (thanks to the wonderful staff) and were reluctant to move to community".
* "N. gets out more, which is important to her".
* "She has her own room, a group home with three others".

## Region II

* "Very active in social events, able to go shopping, banking, eating out, bingo, etc.".
* "Loves his place of employment, going to church, making new friends".
* "More individual attention, involvement in a day program".
* "Private room, own time, going on vacations, learning to become more independent and belonging to a family, with a voice in the family".
* "Very improved - is active and happy as opposed to sitting in a wheelchair all day, half-sedated at Monson".
* "The home itself is beautiful with a big yard. D. is offered the choice of many activities in which to participate".
* "All I stated above, plus involvement in a shared living program".
* "Out and about, shopping, etc., own room and seems to be more settled".
* "He's able to go on vacations with staff and eat out at restaurants with family".
* "G. is involved in many things, work and play. His life is much richer and wider".
* "Privacy, own yard, good staff".
* "He interacts better with other people in his home".
* "E. makes most of her own decisions about her day, time, choices, etc.".
* "Interacts better with the counselor and group home residents".
* "I understand he smiles now and allows people to talk to him".
* "Cares more about company, clothes for herself, taking part in her own household activities".
* "Homier atmosphere, staff most attentive and caring".
* "Everything around S".
* "Has much more individual attention. Can attend or visit community places".
* "Self-explanatory - Monson Developmental Center vs. community living!"
* "He has a nice porch to go out on, and his room is more home-like".
* "Has his own room, furniture and private bathroom. His clothes stay around, they do not disappear, particularly new purchases".
* "Home environment/small family unit".
* "Family life - part of household, swimming pool, trips, food".
* "Freedom, choice, safety".
* "Very much improved!!"
* "As above, life is great!"
* "My ward used to exist in a room with urine soaked couches with people who were non-functioning".
* "Staff to client ratio significantly improved which has resulted in more individualized attention!!"
* "She gets much more individual attention and care. The Ely family have taken her in as one of the far

18

### Describe improvements - Region II <u>continued</u>

* "I feel holidays are enjoyed, taking part in preparing, such as baking, enjoying the smell of turkey, not just having it placed before her"..
* "The individual attention, the make-up, the devotion of caretaker".
* "Has own room, more individualized attention, has greater opportunity for community involvement, etc.".

### Region III

* "More personal attention".

### Region V

* "J. is very happy with his family and all the friends he's met. He's very good natured".

### Region VI

* "Behavior, attitude".
* "Good staff contact".
* "Have progressed and can progress more if there were some incentives in place".
* "She has lost much weight. She has her own apartment with minimum supervision".
* "I wish he could have been in this environment a long time ago. It might have made a big difference in his overall capabilities. He might be even walking by now. He shows "*want*" to ambulate".
* "Smaller groups, own room, family setting".
* "Difficult to answer! J. likes alot of people around him. He gets that at day program".
* "More attention given and personal care".
* "Better supervision and surroundings - nice living conditions".
* "His care at Monson was above reproach. This "*smaller*" facility makes him feel "*in tune*" with other apartment dwellers. "*The big fish in the small pond*" syndrome. He feels like a "*home owner*" and an individual".
* "More of a family-type environment".
* "She is now out in the community. Also, has a very homey atmosphere closer to family".

### Describe setbacks (if any):

Of the eighty-two responses received, fifteen (15 out of 82) included written comments on temporary setbacks experienced after moving to a new home in the community. (Statements listed below).

### Region II

* "None!".
* "Medical - drug adjustment".
* "From information (obtained from) staff over the phone, he was very hostile awhile back until he got on new medication".
* "Because of the small family group, try's to take control of the younger members".
* "None".
* "Vocationally, D. has settled for work in a workshop, as opposed to an enclave arrangement, like he had at Monson. He seems to have lost motivation".
* "Can't focus on a job well, but gets along in social groups better".
* "None".

19