**Describe setbacks (if any)  - Region II continued**

* 'Community medical service should begin prior to moving to assist in a smoother transition".
* "None!"
* "Some medical problems due to aging".
* "Lack of focus on a job".

## Region V

* "I wish I knew what I have to do to get J. in some kind of a routine up here in Vermont".

## Region VI

* 'Seems to be very bored at times, needs more social community events".
* "At Monson, C. could go anywhere on the campus at will.  Here, she must wait for transportation and staff to go with her.  Also, staff changes frequently, some are willing to transport her, others are not".
* "Not a setback, but he does miss some of his Monson pals:  Peggy Johnson, Debbie Fuller-Worth.  He remembers them with affection".
* "Misses friends at Monson, but is making new ones".
* "Still smoking too heavily".
* 'Need more activities in the evenings and on weekends".

12. **How do you feel the move has affected the person's involvement or contact with family and/or friends?**

   ( ) Increased Contact        ( ) About The Same        ( ) Decreased Contact

Total # of Responses:  81

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | 1997 | | | | 1998 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | | REGION | | | | REGION | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | VI | I | II | III | VI | I | II | VI | |
| **INCREASED CONTACT** | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 6 | 5 | 1 | 5 | 1 | 1 | 2 | 3 | 7 | 1 | 1 | 8 | 0 | 44/ 54% |
| **ABOUT THE SAME** | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 2 | 4 | 2 | 0 | 0 | 2 | 2 | 6 | 0 | 0 | 7 | 1 | 33/ 41% |
| **DECREASED CONTACT** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 4/ 5% |
| ***TOTAL*** | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 7 | 6 | 7 | 1 | 1 | 4 | 5 | 16 | 1 | 1 | 15 | 1 | 81/100% |

* 95% (77 out of 81) of all survey respondents feel that involvement or contact with family and/or friends has either increased or stayed the same since the individual moved to the community.

## Comments:

## Region I

* "...But I'm old and handicapped and her sister and brothers are working and she needs constant attention"

# Comments - Region II

* "E. had no family, few friends. Her new family and friends are very significant to her".
* "No family and less contact with old friends at Monson".
* ."There was never a lot, but it's better".
* "Further away" (from guardian).
* "N/A, no family".
* "She lives out of my area".

## Region VI

* "Geographically nearer to other extended family members".

**13. Has he or she had the opportunity to visit family and/or friends since moving to the community?**

( ) Yes, frequently        ( ) Yes, occasionally        ( ) No

Total # of Response: 78

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | | | 1997 | | | 1998 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | II | VI | I | II | VI | I | II | VI | I | II | III | V | VI | I | II | VI | I | II | VI | |
| Yes, Frequently | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 0 | 3 | 1 | 1 | 1 | 2 | 2 | 1 | 0 | 5 | 0 | 26/ 33% |
| Yes, Occasionally | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 4 | 2 | 3 | 2 | 0 | 0 | 2 | 2 | 12 | 0 | 1 | 5 | 1 | 40/ 51% |
| No | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 3 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 3 | 0 | 12/ 16% |
| TOTAL | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 9 | 8 | 6 | 6 | 1 | 1 | 3 | 5 | 16 | 1 | 1 | 13 | 1 | 78/ 100% |

* 84% (66 out of 78) of all survey respondents have had opportunities to visit family and/or friends since the individual moved to the community.

*Note: Of the twelve ( 12 ) respondents who recorded that there is no opportunity for visits, many stated specific reasons why they haven't visited or invited the individual to visit their home, such as: living out of state, too far away, not ready for home visit, poor health/medical reasons and advanced age.*

## Comments:

### Region I

* "No, too far away".
* "Family visits (her) home".

### Region II

* 'Being closer (only 10 minutes away) makes it easy to "*run over*" often'.
* "He's not ready for this and I am not also!"
* "N/A, no family".
* "Don't know".
* "Don't know".

### Region V

* "He lives with his family and is accepted by their friends".

### Region VI

* "She calls quite often".
* "No, medical problems".
* "Only at facility".

---

**14. Would you be willing to talk with another individual or family member who is considering commun placement for their relative?**    ( ) Yes    ( ) No

Total # of Responses: 82

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 1993 | 3 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 5 | 0 |
| 1994 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | | 2 |
| 1995 | 0 | 0 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | |
| 1996 | 2 | 4 | 3 | 4 | 0 | 0 | 0 | 0 | 5 | 2 | 12 | 4 |
| 1997 | 1 | 4 | 10 | 6 | 0 | 0 | 0 | 0 | 3 | 1 | 8 | 9 |
| 1998 | 0 | 1 | 11 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 10 |
| TOTAL | 6 | 9 | 33 | 19 | 1 | 0 | 1 | 0 | 9 | 4 | 50/ 61% | 32/ 39% |

*61% ( 50 out of 82 ) of all survey respondents would be willing to talk with another individual or famil member/guardian who is considering community placement.

**#14  If yes, please provide your name and phone number** • •

*Note:*  "Forty-six ( 46 ) family members and/or guardians from Regions I, II, III, V and VI offered their name, telephone number and willingness to speak to others who are considering community placement. The names are on file at the Community Placement Office of Monson Developmental Center and are available upon request.

---

**Please describe any ideas or thoughts you may have regarding your experience with community placemen community living.**

### Comments:

*Of the eighty-three surveys returned, forty-eight ( 48 out of 83 ) included written comments regarding family/guardian experiences with community placement. ( Statements listed below )

### Region I

* "When R. was not happy in his first living situation, staff and DMR had several meetings with R. and his guardians to find another placement. They helped make the transition from one living situation to the other very smooth for him. He is now living in a wonderful home in Deerfield. His guardians are always informed of every situation, and have input into resolving them, etc.".

**Comments - Region I continued**

* "With the help of Debbie Querios from Monson Developmental Center, I was in constant contact about C's placement. Debbie was instrumental in going the distance to see that C. was comfortable in her placement. Tim Gilman was another advocate for C., and helped me and C. in her transition. Without these two individuals I believe C. would have fallen through the cracks. Nonotuck Resources Associates have helped in keeping me informed on any new developments pertaining to C. and are in the process of reinstating C.'s SSI. Having people like this is the key to a positive transition".

* "Community placement has been wonderful for N. My only present concern is that a residential supervisor be hired at his home post haste".

* "I was very careful when D. was placed. Some locations I didn't consider, but I definitely liked the location he is at and the people I met during his transition".

* "At the beginning I was very skeptical about moving my brother because he did not tolerate change and disruption. However, the move has been nothing but positive in every way. His health has improved, his attitude has improved and now I see it was the best thing for him. I am glad that MDC staff took the time to explain everything to me to convince me to move my brother!"

* "Your community placement is far from *up to par*". All of my requests for J. to live closer to me were completely and totally denied!! I, needless to say, am very upset over your placement policy and the lies I was told about no places down South Shore, MA. for my sister J.".

* "I believe that, in general, conditions are good for my daughter. However, because so many people are involved in one way or another, things do get mixed up once in a while. The Day Program at 389 Main Street is much better than the previous one. Her health problems are taken care of. ( At Monson it was more like a family. Now it is a business, which is good and bad)".

* "I feel that putting my brother R. in community living has been good for him. Feels like more of a home life for him".

* "I feel the community placement has been very beneficial to R. The management of the home is very open and communicative with his family members as we can call, write or visit him on a regular basis".

* "I found all staff to be very caring".

* "I feel that this is the best place that my sister D. can be. D. can't speak for herself, but myself and her family feel good about the placement".

## Region II

* "I am very happy I had my son move from Monson to his new home. However, I don't have all the answers as I live in California and we can only communicate over the phone. I did visit him and he was like a new, happy boy compared to when I visited at Monson. It was an unexpected visit and the home was immaculate, the staff friendly and ready to answer questions. My son had a very special social worker at Monson, and with her help he got placed in a nice home. My thanks and prayers go out to workers like Miss Beverly Midura and to all those with such patience".

* "Also, C. is becoming a member of the family. It will take a long time (years) before he can overcome living without schedules, set time for meals, thinking of me as the nurse and members of the family as staff. Community placement is the best way to go. People like C. need to get out into the community, and they must also have the support before the transition can be called complete....which is my aim for C.".

* "A is 500% better off at SCRRI than at Monson Developmental Center".

* "I am not able to answer those questions left blank because of no personal observations".

* "I supported this placement because of diminished services provided by the state in general. I felt this was an opportunity to improve the staff/patient ratio. Not pleased that fractures continue and people cannot explain what happened. It makes me feel proper supervision is not provided. More effort needs to be made to hire proper staff to provide the most personal services to patients in the condition R. is in. I look at this as sort of a pilot project and am happy to participate".

**Comments - Region II <u>continued</u>**

* "I feel that a very important part of S's move was the fact she is with people she likes very much and she feels safe and secure with these people. I find them to be caring people, trying to make S. a part of life th is normal and routine. She has routines that can be changed for the convenience of family and her enterta ing family at her home. S. seems very content at this time".

* "Once it was established that David had been moved, we have been very satisfied with the care. He had a surgical procedure as well as pneumonia and we were kept closely informed. I do not know if the origin: lapse in D.'s move was due to Monson or the new facility".

* "These are our children, we have every right to voice our opinion on any matter. We are not always right, nobody is. We miss everyone we had contact with in the many years D. was at Monson. Thank you all"

* "Since they moved J. I find he is much more pleased. He has made himself more willing to do things in h new home. He gets out more. Want to thank Monson for what they did for J. while he was in their care. God bless you all".

* "In appropriate circumstances, most residents of Monson who are eligible for placement, and have solid s preparation and support prior to the move, generally transition well and begin thriving quickly". .

* "I was very concerned with the idea (of community placement) as F. has spent most of his life at Monson I was afraid the adjustment at this stage in his life would prove difficult. I was wrong and retrospectivel would not have agreed to even try if it had not been for F's Social Worker who spent a good deal of tim with me on the phone receiving the pro's and con's. She was instrumental in my decision making proce but I understand that she has since been laid off. This is very unfortunate because I feel F. lost an advoc and I lost an information resource. I have received letters from one of the caregivers at F's home. Her i is Linda and she is exceptionally dedicated".

* "When K's two housemates moved from Buckley on the same day as K., staff dropped them off and literally left. These two ladies were scared to death. I was furious! Have family members or advocates more involved?"

* "I don't think the state should mandate community placement or living. In my opinion, not everyone is suited for either one. If shared living with the Phiffer's hadn't been offered to D., I'd never have conser to sending him to a group home. The staff at Monson is the reason he's survived this long. They are wonderful! I'll never understand why the state doesn't establish group homes on the spacious, beautifi grounds of existing hospitals, instead of cramming six to eight people in tiny homes on busy streets wi little yards and unreliable supervision at times".

* "I had some reservations, especially as far as L.'s behavior was concerned. I also felt that L. would be d ficult to care for. I was astounded to see the wonderful way she is being cared for and the way she has responded. It is very satisfying for L., and for me!"

* "My family was very hesitant about moving M. She had been at Monson for 44 years. We were concer for her safety and also worried about the future of the outside operated facilities... Take your time look at homes. Investigate peers and make yourself comfortable with the new situation".

* "My family is very pleased overall. Although it is difficult to determine if A. is comfortable because he non-verbal. Our observations have indicated he is quite well adjusted".

* "My brother is in more of a home atmosphere".

* "I am most pleased. This has been a positive placement. Individual seems more alert and happy".

* "We can't help but feel that if our relative had had this opportunity many years ago, she would have be much more advanced than she is. We are extremely pleased with her progress now and her overall we being. The staff assigned to her home are all female staff, which is important to us as B. is more at ease with women than with men".

* "If all the families are as loving and giving as Cindy and Don E., I think it is a wonderful thing to do. C. has been blessed by this placement." The Ely's are *"angels"*.

## Comments - Region II continued

* "I think a family member should realize that DMR's involvement greatly diminishes with community placement. This may be positive, as when I attend ISP's and the like, it is clear that DMR is akin to an overseer, rather than a direct participant. The critical focus with community placement is with the respective vendors/providers. They are the ones who know what is going on. The Service Coordinators learn most of their information second hand".

* "Overall, the entire experience has been quite positive. Everyone has noted a greater alertness and responsiveness by Mr. K. I would suggest that all parties (Monson, DMR, new provider, guardian, new provider agency) set up all medical prior to departure. I know there may be some insurance issues with this but maybe DMR can get the other state agency (Division of Medical Assistance) to allow a cross-over for a brief period. This would greatly assist the individuals with medical issues for a smoother transition".

* "We are glad we waited until the bugs were out of the community placement system. Glad other clients from the same group at Monson are together. Because the home is near Monson, former staff could be recruited. Find current staff very caring and helpful to client and family. We found the Monson staff, especially Paul Mombourquette, extremely helpful in the preparation and transition".

* "Ask questions and do some research. Through DMR in Milford, we were able to visit a house run by the residential company prior to D.'s move. Try to learn as much about the policies and procedures of the residential company being considered. Ask for references. Meet staff - find out their requirements for employment so you feel more comfortable entrusting a family member to their care".

* "Since 1992, I have been involved in the Paid Companion Program at Monson Developmental Center. Through this program, I became the guardian for an individual who left the institution. From the time he left the institution, he has been living in the community and is now in a shared living situation. My family and I are also now involved in the shared living program with another individual from MDC".

* "I think community living is really good because the atmosphere is more home-like and he's getting more attention than an institution can give. We are very happy we moved him".

* "It opened up a new world for G. He seems to know what is going on around him. He has a lovely home, nice roommates, caring people to take care of him, good health care and goes to workshop five days a week. He loves movies!! It is all just great".

* "S. has done extremely well with his placement. I do believe the major reason is due to the staff that take care of her. She knows them, is comfortable with them and responds to them. They truly care about her and it shows. For that we feel very lucky and blessed".

## Region III

* "I am very pleased with the whole experience. It is great to be located so near him and be able to see him comfortable and happy. I only wish this could have been done earlier. However, I do want to express my gratitude and thanks to the Monson staff for their loving care and concern for D.".

## Region V

* "J. is doing very well. When he came to live with us in Massachusetts, DMR was a big help to us, and gave us constant support and help. J had a good job and a great group for recreational activities. However, we have since moved up to Vermont (in the Rutland area). I'm learning that Vermont does not have the same support system as we had in Massachusetts. I am determined to pull tooth and nail to find a way for J to get involved in the community myself. J's happiness means the world to me. J is very good natured and rolls very well to any punches. Community placement is so important and if DMR is involved, I would recommend the provider does a little research before the move is made. I feel it would be an easier move if the provider can start to get client active immediately. - DMR in Carver, MA is the best!".

**Comments continued**

## Region VI

* "Overall the move has been great for me as J's guardian, because he can come home on special occasion Also, it's nice for me to visit him at his place. I feel strongly that when two individuals are living toge with little or no verbal communication, the caretakers need to be more stimulating with activities. T.V not suitable in this situation. Playing games or get J involved in preparation of food or housekeeping. Utilize what he has, his right hand!!"

* "I think it's the best thing that can happen to those individuals who have been institutionalized most of lives and are far away from family members. But also, being in a progressive environment, at work an home, for those that can progress".

* "Some of these people (staff) need better training. One person was quite off-key for awhile. Now she s to be one of C's good friends".

* "I think that a handicapped person is much happier living in the community. Seems to make them mor fortable, a much homier atmosphere. I think they get more 1:1 care, and the caregivers seem to give m love to them. It is a more family type of living. I definitely would recommend this experience to eve client in a state hospital thinking of being placed in the community".

* "I would say that it has been positive - although family contact has not increased, P. has much better li conditions and excellent home residential care - and a day program to visit in a nearby town".

* "We were quite apprehensive about moving A. into the community. We had heard some negatives and appointments. We weren't convinced that A. could embrace and sustain living in a smaller setting af many long years living in a "*campus*" style environment isolated from the community. .But, we were MDC staff were meticulous in locating the right facility for A, and "Lifeworks", the community plac agency, continues to provide him with the high quality of care and services he received from Monsor The In-24 hour staff is professional, kind and caring and the facility is warm and homey, most attract and very clean. We were extremely **lucky** in the choice made for A., and our opinions, suggestions a always welcome. Thus far, our experience has been most affirmative - and we are thankful and pleas

* "I feel every individual should be able to live their life to the fullest. I feel getting into the community big part of that. M. looks forward to everywhere she goes (e.g.) church, work, seeing family and goi home. She now considers where she lives, her home, and seems very happy. It has been a positive e ence for her and also for me".

# COMMUNITY PLACEMENT SURVEY

## APRIL, 1999

## Full Compilation of *Individual* Survey Results

*Note:* *The number of total responses for each question on the survey will vary because some respondents didn't feel they could answer every question.*

1. **When did your move from Monson Developmental Center occur?**

Total # of Responses: 53 ( No response from Region III and Region V )

| YEAR | REGION I | REGION II | REGION III | REGION V | REGION VI | TOTAL |
|------|----------|-----------|------------|----------|-----------|-------|
| 1993 | 1 | 0 | 0 | 0 | 0 | 1 / 2% |
| 1994 | 2 | 2 | 0 | 0 | 0 | 4 / 8% |
| 1995 | 2 | 2 | 0 | 0 | 2 | 6 / 11% |
| 1996 | 5 | 3 | 0 | 0 | 1 | 9 / 17% |
| 1997 | 4 | 19 | 0 | 0 | 1 | 24 / 45% |
| 1998 | 0 | 9 | 0 | 0 | 0 | 9 / 17% |
| TOTAL | 14 / 26% | 35 / 66% | 0 | 0 | 4 / 8% | 53 / 100% |

*34% ( 53 out of 156 ) of individuals responded to the survey*

2. **Has a move occurred since then?**    ( ) No    ( ) Yes
   If yes, date(s) of move(s) _____

### Individual moves since initial placement - As reported by survey respondents

| | | | | |
|---|---|---|---|---|
| 1) | Region I | 1993 Placement | Move date - 1995 | - new home |
| 2) | Region II | 1994 Placement | Move date - 12/94 | - new home |
| 3) | Region II | 1996 Placement | Move date - 5/87 | - new home with friend |
| 4) | Region VI | 1995 Placement | Move date - 1996 & 1997 | - from apt. to house |
| 5) | Region VI | 1995 Placement | Move date - 10/98 | - from apt. to house |

\* A total of five ( 5 ) individuals reported that they moved subsequent to placement.

Total # of Responses: 53    ( No response from Region III and Region V )

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 1993 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1994 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 |
| 1995 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 4 |
| 1996 | 0 | 5 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 8 |
| 1997 | 0 | 4 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 24 |
| 1998 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| TOTAL | 2 | 12 | 1 | 34 | 0 | 0 | 0 | 0 | 2 | 2 | 5 ( 9% ) | 48 ( 91% ) |

*91% ( 48 out of 53 ) of all survey respondents remain living in the same house/apartment they moved to at the time of placement.*

3. **Was sufficient information provided to you throughout the placement planning process and transition?**         ( ) Yes         ( ) No

Total # of Responses: 51   ( No response from Region III and Region V )

| YEAR | REGION I YES | NO | REGION II YES | NO | REGION III YES | NO | REGION V YES | NO | REGION VI YES | NO | TOTAL YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1994 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| 1995 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 6 | 0 |
| 1996 | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 0 |
| 1997 | 3 | 1 | 17 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 21 | 2 |
| 1998 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 |
| TOTAL | 12 | 1 | 33 | 1 | 0 | 0 | 0 | 0 | 4 | 0 | 49/ 96% | 2/ |

* 96% (49 out of 51) of all survey respondents felt they received sufficient information throughout the placement planning process and transition.

## Comments:

## Region II

* "Yes there was contact by my ISP Team and Guardian"

---

4. **How did DMR staff do in assisting you throughout the transition and move to your new home?**

( ) Very Well         ( ) Fairly Well         ( ) Not So Well         ( ) Poorly

Total # of Responses: 51   ( No response from Region III and Region V )

| | 1993 REGION I | II | VI | 1994 REGION I | II | VI | 1995 REGION I | II | VI | 1996 REGION I | II | VI | 1997 REGION I | II | VI | 1998 REGION I | II | VI | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Very Well | 0 | 0 | 0 | 2 | 1 | 0 | 1 | 1 | 1 | 3 | 2 | 0 | 2 | 14 | 0 | 0 | 5 | 0 | 32/ 63% |
| Fairly Well | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 0 | 4 | 0 | 15/ 29% |
| Not So Well | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 3 | 1 | 0 | 4 | 0 | 15/ 29% |
| Poorly | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 3/ 6% |
| TOTAL | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 4 | 3 | 1 | 4 | 18 | 1 | 0 | 9 | 0 | 51/ 100% |

* 92% (47 out of 51) of all survey respondents felt that DMR staff did "very well" or "fairly well" in assisting people throughout their transition and move to a new home.

## #4 Examples of things done well:

* Of the fifty-one responses received, thirty-three (33 out of 53) included written statements of "things done well" by DMR staff in terms of the transition and move to a new home in the community. (Statements listed below.)

## Region I

* "Setting my furniture up in my room to fit my needs".
* "Meeting staff and going for visits".

**Examples of things done well - Region I  continued**

* "(MDC) staff remained here at Valentine Road to assist with S.'s first meal/eating habits and also in a demonstration of transferring into bed. S. has a brittle bone condition".
* "Supportive... encouraged me to make my own decisions, etc.".
* "Visits from MDC staff after transition"
* "Staff from community residence worked with D. at Monson several times and Monson staff accompanied D. to his new home for several visits prior to placement. Psychologist from Monson in-serviced community staff on D.'s behavioral needs".
* "Helped move my stuff, made my bed".
* "Pre-move visits and (MDC) staff stayed for a good deal of time during day one of move".
* "Both teams, MDC and community worked to help me transition to my new home".
* "Accompanied J on visits; visited and called during overnight stay; visits and follow-up calls after move".

## Region II

* "Made doors in my room".
* "I don't remember".
* "To continue the support of the individual, and to continually provide support of providers as well as they do now".
* "ISP team members had very positive attitudes in the preparations for the move. They gave their all in their own areas of expertise to make sure C. got off to a good start, i.e., PT Dept. was excellent in assessing the new lift and actually came out to the house with C. before it was ordered to try her in it. They had good suggestions, etc.. Social Worker went out of her way to assure C.'s sister that she made the right choice. She even rode with C. and the recreation staff when C. moved in and she stayed a little while. Nursing was good. They made sure all information about meds was understood and offered support through phone calls, if needed. Also, gave medication certification classes on MDC campus before C. moved in".
* "Took S. here. Stayed with her for awhile. Helped her unpack".
* "Many visits prior to move".
* "I had a relationship with all parties which made the transition very easy, all staff offered whatever assistance I needed, whenever it was needed".
* "Included in placement meetings, participated in buying furnishings for my new home".
* "The whole placement went smoothly".
* "Very slow, smooth transition took place, so that S. could decide when she felt comfortable in changing her residence".
* "Answered many questions".
* "Brought on visits to new home several times by myself and with my housemates. Also, I went shopping to buy furnishings for my new home".
* "Sharing information and identifying needs".
* "Pre-placement visits".
* "Checking out my potential home and housemates".
* "Return calls, follow-up on any questions I had".
* "Always willing to help".
* "Always helpful".
* "Both teams, MDC and community worked to help me transition to my new home".

## Region VI

* "I love it, I love it".
* "Information conveyed, any concerns or questions that came up were answered".

**# 4 Examples of things that need improvement:**

*Of the fifty-three responses received, eleven (11 out of 53) included written statements regarding "things that need improvement" in terms of the transition and move to a new home in the community. (Statements listed below)

## Region I

* "Felt like he was just dropped off in Easthampton".
* "None - Don't remember".

## Region II

* "I didn't get to meet my housemates before moving in".
* "How long it took to move".
* "Getting clothing together and personal items.  I was still getting things (for C.) one-half year after move".
* "All of S.'s clothes were sent here... one-half could have been eliminated".
* "Clothes I came with were old and worn out".
* "Staff continuously work towards S. taking ownership and responsibility for her apartment".
* "Took too long to make the move".
* "Letting me know that it was O.K. to go, that it would be good for me... maybe they didn't know".
* "Older staff who knew B. didn't stay and get newer staff who didn't know B. acquainted and comfortable".

5.  **How do you feel the vendor or residential provider did throughout the transition in assisting you?**

( ) Very Well          ( ) Fairly Well          ( ) Not So Well          ( ) Poorly

**Total # of Responses:  51  ( No response from Region III and Region V )**

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | TOTAL |
| | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Very Well** | 0 | 0 | 0 | 2 | 1 | 0 | 2 | 1 | 1 | 4 | 3 | 0 | 2 | 15 | 1 | 0 | 4 | 0 | 36/ 71% |
| **Fairly Well** | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 3 | 0 | 0 | 5 | 0 | 13/ 25% |
| **Not So Well** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1/ 2% |
| **Poorly** | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/ 2% |
| ***TOTAL*** | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 4 | 3 | 1 | 3 | 19 | 1 | 0 | 9 | 0 | 51/ 100% |

*96% (49 out of 51) of all survey respondents felt that the vendor or residential provider did "very well" or "fairly well" in assisting throughout the transition and move to a new home.

## Examples of things done well:

*Of the fifty-one responses received, twenty-seven (27 out of 51) included written examples of "things done well" throughout the transition and move to a new home in the community. (Statements listed below)

## Region I

* "Helped with being involved in community Day Program".
* "I liked the way they bathed me better than at MDC".
* "Belongings all were delivered intact".
* "Work with DMR, etc.".

ples of things done well - Region I continued:

Transition checklist was thorough".
Take me out, visiting with Mom.  I like it here".
Staff were good natured and sociable, arranged visits and overnight stays, serving preferred foods".

n II

I could ask questions".
Very active in my community".
My room is nice",
Made sure we had important phone #'s in case of emergency".
Talked with S., made her feel at home".
Staff assisted me with a new bedroom set, brought me shopping for a new wardrobe.  Staff went out of their way to welcome me to my new home".
"Things arrived (from the vendor) in a more rapid fashion".
"Explained the move - a lot of talking".
"Frequent visits".
"Introduced and spent time with all my new caregivers, as well as housemates, before my move".
"Everyone was very interested in me and made me feel at home".
"Good fit in worksite and home/housemates".
"Entering new routines slowly, allowing me to choose what I wanted to do".
"When questions were asked, they sought out the answer in a very timely manner".
"Respite provided by Mary Ann S. before my CORI checks ( on respite providers) went through.  Always available for information.  Phone numbers to reach Seven Hills at all times".
"They have gotten to know me very well".
"Both sending and receiving teams worked for a smooth transition to my new home".
"Visits to new home prior to moving in.  Met staff before making the move".

ion VI

"I love it".
"Tried to ensure move was in my best interests".

amples of things that need improvement:

Of the fifty-one responses received, six ( 6 out of 51 ) included written comments on improvements which ould be made in the transition process.  (Statements listed below)

gion I

"R. feels that there are more people needed after the move to help with the adjustment period".

ion II

To make sure transportation and supplies that are needed are in place before the move occurs".
Medical supplies not ordered, no van for three months, no DAP for three months.  These should have been in place before the move".
Staff have helped me to address any issues that have come up, i.e., heating issues, window drafts, water temperatures, safe driveway, walkways, etc.".
Additional options to choose from re: work".
Can't think of anything, transition was very smooth".

6. Prior to learning about the option of the specific community placement you agreed to, what were your feelings about placement in general?

( ) Requested Placement          ( ) Open To Placement          ( ) Open But Quite Cautious

( ) Very Skeptical                    ( ) Opposed To The Idea

Total # of Responses:   49   ( No response from Region III and Region V )

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | |
| Requested Placement | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6/ 12 |
| Open To Placement | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 2 | 3 | 1 | 2 | 9 | 0 | 0 | 3 | 0 | 23/ 47 |
| Open But Cautious | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 7 | 1 | 0 | 4 | 0 | 15/ 31 |
| Very Skeptical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 3/ 6 |
| Opposed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 2/ 4 |
| TOTAL | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 3 | 3 | 1 | 3 | 18 | 1 | 0 | 9 | 0 | 49/ 100 |

* 59% (29 out of 49 ) of all survey respondents requested placement or were open to the possibility. 37% ( 18 out of 49 ) were quite cautious or very skeptical and 4% ( 2 out of 49) were opposed to placement.

**Comments:**

**Region I**

*    "Unable to determine, however, on his visits to his new home he appeared interested in looking around his new home and meeting the other staff and individuals".

**Region II**

*    "I checked this for C. because every time I told her how many weeks/days before the move were left, she would get excited.  She knew what it was like at my home and wanted to be there!"
*    "I had lived in the community before".
*    "No real knowledge of potential".
*    "Very much agreed with community placement".

**7. How do you feel your adjustment has gone?**

( ) Very Well     ( ) Fairly Well     ( ) Not So Well     ( ) Poorly

**Total # of Responses: 53**   ( No response from Region III and Region V )

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | TOTAL |
| | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Very Well | 1 | 0 | 0 | 1 | 1 | 0 | 2 | 1 | 1 | 4 | 3 | 1 | 3 | 16 | 1 | 0 | 9 | 0 | 44/ 83% |
| Fairly Well | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 3 | 0 | 0 | 0 | 0 | 9/ 17% |
| Not So Well | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Poorly | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 5 | 3 | 1 | 4 | 19 | 1 | 0 | 9 | 0 | 53/ 100% |

* 83% (44 out of 53) of all survey respondents believe their adjustment to community living has gone "very well" with the remaining 17% (9 out of 53) feeling their adjustment progressed "fairly well". (Statements listed below).

**Describe positive changes:**

* Of the fifty-three responses received, thirty-eight (38 out of 53) included written descriptions of positive changes in the individual's adjustment to community living. (Statements listed below.)

## Region I

* "R. stated he is feeling like a part of the community in which he lives".
* "My own room and being able to have more choices, such as what to eat, when to go to bed and where to go".
* "I like it here, it's home for an old lady".
* "Bathing is better; bathroom more private; having my own room; being on committee to hire staff".
* "Able to go out to various activities in the community".
* "More individual care, positive weight gain, very good health".
* "C. adapts well. Sometimes enjoys staying home and watching T.V., other times wants to be out with everyone else".

"Church member, painting classes, daily work".

"SIB less intense. Working closely with psychiatrist regarding medication changes".

"My own room, I can close the door. Go out to get my hair done".

"Left "civil war" for a "more natural" situation".

## Region II

"I could go out in the community more".

"Politically active, very much involved".

"More consistent people providing services, nicer vacations and living environment. Body jacket was removed per doctors order, improved health, out in the community more".

"A lot more room, and quiet".

"Happy all the time; can rock self in rocking chair; can assist in turning over in bed. Likes teeth brushed; tries to sing along with Mitch Miller tape; enjoys the outdoors, even in winter (walks and deck); Don't need suppositories as often; my signing-type gestures are understood, i.e., eat-sleep-happy-excited; have a queen size bed; hold all children on my lap that come to visit; and have beautiful clothes, make-up and perfume".

33

Describe positive changes - Region II <u>continued</u>

* "S. enjoys her work at Center of Hope, loves her room, other people who live in her house get along just fine with S. "She's easy to like".
* "H. has adapted to the community. He is acting more appropriately. He is really enjoying his new life".
* "My team has attempted and continues to work on helping me cope with my apparent nervous behavior through medication and other means, i.e., quiet music, solitude when needed, attention, etc.,".
* "My own room, more community trips, more 1:1 time".
* "Relaxed at meals".
* "I like most things here, including the people".
* "I am much more responsible, more involved in my community, have more family contact, more interested in my appearance".
* "Having my own room - community trips, having my own phone and doing my own shopping for food and clothes".
* "People pay attention to my wants and needs, I go out by myself to stores, banks, clubs, etc.".
* "I like my home and housemates. I like all the attention and doing what I want. I'm the boss!".
* "I'm out of the house everyday, attending church weekly. nice living with only three other people".
* "I am very happy".
* "L. never speaks in sentences, but prior to this placement, she had not spoken in 40 years! Experience of having family, consistent people in her life, community involvement!! <u>Normalization ....as we know it!</u>".
* "I am very happy here, I especially show it in the morning because I am a lot more relaxed now".
* "My room, which I decorated, my new bedroom set. More quiet place to live. One of my housemates is a close friend".
* "Smaller home, I have my own room and I decorated it, I meet new people in my town. One of my housemates is a close friend".
* "Quiet environment, my own room, meeting new friends and people in my town, new furnishings for my room".
* "B. appears to be very happy at her home".
* "I smile a lot and feel very comfortable here".

## Region VI

* "I miss friends and staff at Monson. I am very happy where I am".
* "Own bedroom, being out in the community".
* "I participate in my community regularly - I attend a day program five days per week".

## Difficulties encountered:

Of the fifty-three responses received, fifteen (15 out of 53) included written comments on difficulties encountered in the transition and move to a new home in the community. (Statements listed below)

## Region I

* "Not so well at first. Not enough information regarding challenges with mobility, falls, eating disorder, building relationships with housemates because of eating disorder/food stealing".
* "Adapting to changes in routines and new experiences".
* "Health deterioration".
* "If C. is not feeling well, or agitated by other housemates".
* "Appropriate social skills in community settings need work".

34

**Region II**

* "I was med toxic when I first arrived at my new home".
* "I am requested to carry out tasks that I never did before, like picking up my dishes, laundry, completing ADL's and, at times, I would rather not".
* "Having staff that know me very well, made any minor difficulties much easier to handle".
* "Lights burn out".
* "I still cannot get enough attention. I want someone to be with me all the time".
* "Some conflict between my activities and one of my roommates".
* "All is going well, but if there was any difficulties as a shared living provider I would say, not having the freedom to just go to the store alone; or making spontaneous plans. Everything has to be thought about ahead of time".
* "I have developed allergies".

**Region IV**

* "None at this time".
* "Experiencing new things in the community was scary at first, but now I really enjoy going out".

---

8.  **Do you feel comfortable in your home?**    ( ) Yes        ( ) No

Total # of Responses   53    ( No response from Region III and Region V )

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 1993 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/ 2% | 0 |
| 1994 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4/ 7.5% | 0 |
| 1995 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4/ 7.5% | 1/ 2% |
| 1996 | 5 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 10/ 19% | 0 |
| 1997 | 4 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 24/ 45% | 0 |
| 1998 | 0 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9/ 17% | 0 |
| TOTAL | 14 | 0 | 35 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 52/ 98% | 1/ 2% |

98% ( 52 out of 53 responses ) of all survey respondents feel comfortable in their own home.

**Comments:**

**Region I**

"I have a beautiful room".

**Region II**

"We have even more community projects".

**9. Do you feel comfortable as a member of your neighborhood and/or community?  ( ) Yes  ( ) No**

Total # of Responses: 52  ( No response from Region III and V )

| | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 1993 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/  2% | 0 |
| 1994 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4/  8% | 0 |
| 1995 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 5/  10% | 1/ 2% |
| 1996 | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 8/  15% | 0 |
| 1997 | 4 | 0 | 19 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 24/  46% | 1/ 2% |
| 1998 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8/  15% | 0 |
| TOTAL | 13 | 0 | 34 | 1 | 0 | 0 | 0 | 0 | 3 | 1 | 50/ 96% | 2/ 4% |

* 96% ( 50 out of 52 ) of all survey respondents feel comfortable as a member of their neighborhood and community.

**Comments:**

**Region I**

* "Comfort is emerging".

**Region II**

* "Neighbors, postal carriers and children playing, all greet me when they pass".
* "Neighborhood people visit L. and L. has visited them".
* "I get out almost everyday to see friends and to meet new people".
* "We do community projects".

**10. Do you feel you are receiving the necessary services/supports?**

( ) Definitely       ( ) Some       ( ) Not Sure       ( ) No

Total # of Responses: 52  ( No response from Region III and Region V )

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | | |
| Definitely | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 1 | 5 | 3 | 1 | 3 | 14 | 1 | 0 | 5 | 0 | 41/ 79% | |
| Some | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 4 | 0 | 9/ 17% | |
| Not sure | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1/ 2% | |
| No | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/ 2% | |
| TOTAL | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 5 | 3 | 1 | 4 | 18 | 1 | 0 | 9 | 0 | 52/ 100% | |

* 96% ( 50 out of 52 ) of all survey respondents feel they are receiving all or most necessary services and supports.

**Do you feel you are receiving the necessary services/supports?**

**Comments:**

**Region II**

* "Doctor/dentist/hairdresser/DMR and Seven Hills      make monthly visits".

36

Examples of what you feel may be needed:

Of the fifty-two responses received, twelve ( 12 out of 52 ) included written examples of what services might be needed after moving to the community.  ( Statements listed below )

## Region I

- "Guidelines to deal with inappropriate sexual touching".
- "R. would like to have access to his own vehicle so that he doesn't have to wait for the availability of the house vehicle".
- "When first moved in, only received some of necessary services/supports.  Needed psychiatrist/medication, redesigned gait belt, 1 on 1 staff".

## Region II

- "Although no situation is perfect, I do feel like my team, the staff at my home, and at my day program are doing what they can to support me".
- "I'm still having difficulty going on some medical procedure appointments in community settings.  Supports are very important for me in this area".
- "A new wheelchair.  Has had P.T. evaluation and a new wheelchair is ordered".
- "Wheelchair maintenance".
- "Wheelchair maintenance".
- "Wheelchair repair".
- "Another pipeful!...I like my room, my house, the food,  getting out, but I want a smoke".
- "Continue exploring neighborhood and groups/clubs for after work enjoyment".

## Region IV

"To be more on my own".

---

1. Quality of life for you is:  ( ) Improved        ( ) About The Same        ( ) Not As Good

Total # of Responses:  53  ( No response from Region III and Region V )

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | TOTAL | |
| | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | | |
| Improved | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 5 | 3 | 1 | 4 | 19 | 1 | 0 | 9 | 0 | 53/ | 100% |
| Same | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Not as good | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 5 | 3 | 1 | 4 | 19 | 1 | 0 | 9 | 0 | 53/ | 100% |

100% ( 53 out of 53 ) of all survey respondents feel the quality of their life has improved since they moved to homes in the community.

"Of the fifty-three responses received, twenty-eight (28 out of 53) included written descriptions of improvements in an individual's lives which have occurred as a result of moving to a home in the community. (Statements listed below)"

## Region I

* "R. feels his quality of life has improved in that he lives in a quiet neighborhood and he goes to a job M-F that he really likes".
* "Not being a resident of Monson".
* "I like living in the community, people treat me better in the community".
* "Weight gain, less infections, annual vacations, weekly outings, many musical events".
* "D. has not been psychiatrically hospitalized for more than 14 months, attends FOR Adult Day Program 5 days per week, has gone on vacation to Lake George this past summer".
* "C. receives more attention and staff is very supportive of him and he has more choices. He's in the community more and he has the family contact of staff, he enjoys being out".
* "More home-like environment. More opportunities to engage in community outings. Consistent staff, more family involvement".
* "Nobody takes my writing pens".
* "Quieter; more home-like".

## Region II

* "Bigger family, eat better, health, safety, community involvement, day program three times per week and more 1:1 involvement".
* "Part of a family/1:1 attention/feel important/have private time/get outside every day".
* "S. walks more with help, goes out 2 to 3 times per week, plus dinner out. Loves bowling which she does every Thursday".
* "My own room, home cooked meals, friendly neighbors, big yard, more solitude when needed, clean and normal living environment, more trips".
* "H. has been introduced to an entirely different lifestyle: shopping (more input), traveling and a larger network of friends and his church".
* "My own home, I like to have a fire in the fireplace, had a real X-mas tree, smell the food while it is cooking and on and on".
* "Getting a new wheelchair, more money to be spent on clothing and my other needs, environment, trips, my own room".
* "I continue to grow and progress each day".
* "Private baths, own room, same staff, able to make phone calls, church in a real church, staff writes letters to my family members".
* "Eats independently, vocalizes".
* "More contact with my family. I've gone to Florida three times, planning my fourth trip and when I have company they feel comfortable in my home. We have privacy and can sit and have coffee or whatever during our visit".
* "I can do what I want...stay in bed and not go to work, watch the cars, whatever".
* "I go out every day, I enjoy going to church on Sunday's and out to eat".
* "I get a lot of personal attention and go to a lot of places".
* "Community involvement (registered to vote, library card); people who love L., (She) always looks and smells nice; medical issues (hearing aid, glasses, no longer on lots of meds for BM's , no longer has an ulcer). Medical is very much improved".
* "I have a lot of new activities, and have made new friends and relationships".

cribe improvements - Region II <u>continued</u>

"B. gets a lot of 1:1 attention and once she gets to know you and feels comfortable with you and feels comfortable with you, she shows it".

"I get a lot of attention and get to do a lot of things".

### ion IV

"I access my community regularly, I have a much smaller staff to individual ratio and I have responsibilities in my home".

### cribe setbacks (if any):

f the fifty-three responses received, seven (7 out of 53) included written comments on temporary setbacks experienced by the individual after moving to a new home in the community.

### gion I

"I can't think of anything".

"Experienced a possible stroke this past December, has some physical losses, program is able to meet current needs".

"Some toileting issues".

"Food is sometimes queer".

### gion II

"Changed worksite one time, early after my move".

"After the honeymoon was over, L. had a time of sadness, of what is considered to be normal for her 60 years. It was most confusing (for her) until she felt comfortable with her new home".

### gion IV

"None at this time".

---

. How has the move affected your involvement or contact with your family and/or friends?

( ) Increased Contact        ( ) About The Same        ( ) Decreased Contact

Total # of Responses: 51  ( No response from Region III and Region V )

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | *TOTAL* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | | |
| Increased contact | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 0 | 1 | 1 | 11 | 0 | 0 | 4 | 0 | 26/ | 51% |
| Same | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 3 | 2 | 0 | 3 | 7 | 1 | 0 | 4 | 0 | 24/ | 47% |
| Decreased contact | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1/ | 2% |
| *TOTAL* | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 5 | 2 | 1 | 4 | 18 | 1 | 0 | 9 | 0 | 51/ | 100% |

98% (50 out of 51) of all survey respondents feel that involvement or contact with family and/or friends has either increased or stayed the same since their move to the community.

**Comments:**

**Region I**

* "Has little contact with family except occasional cards; has made new friends since moving".
* "No contact from family, Occasional visits from friends at MDC".
* "My mom came over last week".

**Region II**

* "Has developed new friendships".
* "My sister visited twice from Oregon/writes to me/calls me on phone. Sent me pictures of all my nieces and nephews".
* "Calls mother every Sunday with own phone".
* "No family involvement in many years, new friends, guardian supportive; Monson people, friends invited, came 1 or 2 times only in 4 years".
* "With family, about the same; an increase in friends"

---

13. **Have you had the opportunity to visit family and/or friends since moving to the community?**

( ) Yes, frequently ( ) Yes, occasionally ( ) No

Total # of Responses: 52 ( No response from Region III and Region V )

| | 1993 | | | 1994 | | | 1995 | | | 1996 | | | 1997 | | | 1998 | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | REGION | | | | |
| | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | I | II | VI | | |
| **Yes - Frequently** | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 2 | 1 | 3 | 1 | 0 | 10 | 0 | 0 | 4 | 0 | 24/ | 46% |
| **Yes - Occasionally** | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 4 | 8 | 1 | 0 | 3 | 0 | 23/ | 44% |
| **No** | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 5/ | 10% |
| *TOTAL* | 1 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 4 | 3 | 1 | 4 | 19 | 1 | 0 | 9 | 0 | 52/ | 100% |

* 90% ( 47 out of 52 ) of all survey respondents have had opportunities to visit family and/or friends since their move to the community.

**Comments:**

**Region II**

* "Have visited friends at MDC and those who moved into the community. Planning at some point to visit sister in Oregon".
* "S. has been to Monson, 7 or 8 times to visit".
* "Family is very far away. All family members live out of state".
* "No family".
* "No family".
* "Frequent visits with friends".
* "I visit with my sister frequently"

Would you be willing to talk with another individual or family member who is considering community placement for their relative?     ( ) Yes     ( ) No

Total # of Responses   53   ( No response from Region III and Region V )

| YEAR | REGION I | | REGION II | | REGION III | | REGION V | | REGION VI | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO | YES | NO |
| 1993 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1/ 2% |
| 1994 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4/ 7% | 0 |
| 1995 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 2/ 4% | 4/ 7% |
| 1996 | 3 | 2 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 3/ 6% | 6/ 11% |
| 1997 | 1 | 3 | 9 | 10 | 0 | 0 | 0 | 0 | 1 | 0 | 11/ 21% | 13/ 25% |
| 1998 | 0 | 0 | 3 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 3/ 6% | 6/ 11% |
| TOTAL | 6 | 9 | 15 | 20 | 0 | 0 | 0 | 0 | 2 | 2 | 23/ 44% | 30/ 56% |

44% ( 23 out of 53 ) of all survey respondents would be willing to talk with another individual or family member who is considering community placement.

**If yes, please provide your name and phone number**   **

Note: Six ( 6 ) individuals who moved to Region I, two ( 2 ) who moved to Region VI and fifteen ( 15 ) who moved to Region II offered their name and telephone number. These twenty-three ( 23 ) people, with staff and/or family supports are willing to talk and/or meet with others who are considering community placement for themselves, for a family member or for a friend. These names are on file and are available upon request.

Please describe any ideas or thoughts you may have regarding your experience with community placement or community living.

Of the fifty-three ( 53 ) responses received, twenty-two ( 22 out of 53 ) included written comments regarding personal experiences with community placement. (Statements listed below)

### Region I

* "I've learned many new things through my day program, building new relationships with fellow consumers. I am working at my day program and I like being busy".
* "I enjoy living where I do. I can go out into the community. My mother and brother live close by and sometimes come to visit me. I enjoy the music room. This is my home.".
* "Through community living C. has more choices: go to dances, parties, out to eat, visiting friends, staff families, fairs, go to the mall, out for rides, picnics, visit farms where they have petting zoo's, staying home and watching T.V., sitting outside in the summer months, also keeping contact with former acquaintances and camping in the summertime".
* "Vendor staff heard from MDC staff that after P. left there was a party to celebrate the fact that she was gone. We did not have a clear understanding as to the severity of P.'s challenges, and wonder about the motivation behind the move".

Note: For every person that leaves MDC there is a going away party prior to the move. The party is generally planned by staff and includes all who live and work with the individual. Many times there is specially ordered food, cake, music, presents, etc., After the move there is sometimes a house warming party which is generally planned by the new residential staff. Oftentimes this celebration includes family, former staff and friends from MDC, as well as new house mates and staff. ~ SMB ~

"This placement has been a very positive experience for D. He smiles and laughs at times, and his self-injurious behavior has decreased. Community "integration" continues to be a challenge because of interfering behaviors".

**Region I continued**

* "I like my new home. It provides me a quiet and homelike atmosphere and affords me the privacy and comfort of living with less people. I share a personalized bedroom with one other individual. I enjoy going out in the community doing the things I like most".

## Region II

* "I enjoy going out to eat. Over the summer I took horseback riding lessons. I also went on an overnight trip to New Hampshire. I went on the Mt. Washington cruise - It was fun!".

* "I like my new home! I'd like to continue in the shared living program vs. group home. Thank you for all your help".

* "I should have done this a long time ago. I love seeing C's progress and knowing I am an important part of getting her there. My grandchildren are blessed because they will go through life with a positive attitude toward C. and people like her. It's surprising how many people have voiced how C has changed, how they feel about the disabled, etc." "I love my job" and " I love my life". Thanks for asking!".

* "Compared to where A. was living, I think the move has been like night and day. That is not a put-down on MDC, as I know staff work extremely hard there. I say this because the staff to individual ratio is better in the community. A. has a beautiful room with new furniture and a bed, new clothes, home cooked meals, more opportunities for trips, peace and quiet, solitude, if he so desires. A. is seen regularly by a doctor, a dentist and a psychologist".

* "M. is non-verbal, but her sister/guardian could speak about the many positive changes/experiences M. has had since her move".

* "To continue to support shared living, and to try to have adult briefs or other necessary special items in place before the move occurs. Thank you for all your help!"

* "As quoted by S. "I like working with Cathy Graveline (MRW I). I like seeing my family and talking to friends and family on the phone. I go out every day and I like it. I like going out for supper. I like living at Cushman Apartments - "No more Buckley" (with a huge smile on her face)".

* "There's more time for 1:1 attention. Enjoys having the bathroom to herself. Now can do food shopping and help decide what's for meals. There's more time to write letters, use her phone, go to church weekly - and meet new people".

* "Perhaps media education (video) would be helpful in providing a better understanding of what this program (shared living) is about. It could show any prospective home care people what is expected, as well as the benefits to the consumer, and how this changes your life as a shared living provider. The bonding that take place when this program is a good match and the positive growth that occurs. Showing all sides, an honest picture, the glamorous side (fun stuff) as well as the work involved, *example* - (down time, sometimes you can't get respite and miss things you would like to attend)... to give an honest picture".

* "My new house is less crowded and more quiet than when I lived at the Facility (MDC). I have developed close relationships with other people who live in my neighborhood".

* "I like my new home and have adjusted very well. I go on vacations".

* "I am more relaxed than in the past".

* "I feel very comfortable with my new home and life".

* "I think that community living is far more beneficial than living in an institution, once you get to know everyone you can really benefit from lots of different aspects".

## Region IV

* "Be happy, get out more. I get to see my family every two weeks and for my ISP. I have a great job. I like it very much in my own way".

* "The staff at Monson provided me with great support prior to and during my move - even several months after my move they still acted as a resource for questions/concerns that arose for me. In my new home I live with only three other individuals and have two staff available to me at all times. I have become a member of my community and really enjoy being able to go out anytime I want and participate in community events. I have responsibilities in my new home and I have my own room