# ATTACHMENT F

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT K. OKIN, et al.,<br><br>　　　　　　　　　　Defendants. | CA Nos. 72-0469-T (Belchertown)<br>　　　　　74-2768-T (Fernald)<br>　　　　　75-3910-T (Monson)<br>　　　　　75-5023-T (Wrentham)<br>　　　　　75-5210-T (Dever) |

**AFFIDAVIT OF LEO V. SARKISSIAN**

I, Leo V. Sarkissian, hereby swear as follows:

1. I am the Executive Director of The Arc of Massachusetts, formerly known as the Massachusetts Association for Retarded Citizens (MARC). Our offices and my principle place of business are at 217 South Street, Waltham, Massachusetts 02453.

2. Arc/Massachusetts is a plaintiff in the above consolidated cases. Specifically, we were the lead plaintiff in the Wrentham and Dever cases. As such we have participated actively in every phase of this case, including activities after the Court disengaged in 1993.

3. In February 2006, we received pleadings from certain other plaintiffs that made allegations that there was an increased rate of abuse of class members in community programs as compared to those class members in institutions. We were very concerned about these allegations and undertook an analysis of available data to determine whether this was true. I worked on the analysis together with Donald Stewart, an Arc/Massachusetts member.

4. We decided to limit our analysis to two years, 2004 and 2005, the most recent years for which data were available.

5. First, we contacted the Disabled Persons Protection Commission (DPPC), which we believed to be the best source of information. It was created by M.G.L. c. 19C in 1987 as an independent investigation and oversight agency which is responsible for the investigation and remediation of instances of abuse of persons with disabilities in the Commonwealth. DPPC maintains an extensive database of information related to abuse reports and investigations completed under the authority of chapter 19C. DPPC provided us with information about the number of substantiated complaints of abuse for the two years and the number of "pending investigations" for those years, by living arrangement.

6. From DMR we obtained the number of clients receiving funding from DMR for community residential services during those two years and the census of the ICF/MRs. We did not include in our analysis individuals who received DMR services, but live independently, with their families, or in other arrangements not funded by DMR. We recognize that not everyone who lives in a DMR supported program is a class member. Almost all of the individuals living in institutional ICFs are class members.

7. Based on DMR's statistics we concluded that 8300 individuals received DMR residential services in 2004 and 8981 in 2005. DMR's statistics also showed that 1100 lived in institutional ICF/MRs in 2004 and 1065 in 2005.

8. From DPPC we learned that there were 64 substantiated reports of abuse in the community in 2005 and 12 substantiated reports in institutions. In 2005, DPPC had 65 pending investigations in the community and 5 in the institutions. In 2004, DPPC

substantiated 91 cases of community abuse and 14 cases of institutional abuse. Sixteen cases were pending in the community and two in the institutions.

9. We used this information to determine and compare the rates of abuse per thousand DMR served individuals living in community residences and in the institutions.

10. Using only substantiated cases, in 2004 the rate of abuse per thousand was 12.7 in the institution and 11.0 in the community.

11. Using only substantiated cases, in 2005 the rate of abuse per thousand was 11.3 in the institution and 7.1 in the community.

12. Adding pending cases to the substantiated cases (that is assuming that all pending cases will be substantiated), the rate of abuse per thousand in 2004 was 14.5 in the institutions and 12.9 in the community.

13. Adding pending cases to the substantiated cases (that is assuming that all pending cases will be substantiated), the rate of abuse per thousand in 2005 was 16.0 in the institutions and 14.4 in the community.

14. Using this analysis, the rates of abuse in the community are slightly lower than those in the institutions.

Signed under pains and penalties of perjury this 29th day of May, 2007.

_____
Leo V. Sarkissian