# EXHIBIT A



ase 1:72-cv-00469-JLT    Document 193-3    Filed 05/31/2007    Page 4 of 4

