**EXHIBIT B**

my FOX

