**EXAMPLES OF SUBSTANTIATED SEXUAL ABUSE**

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| 36 Cleveland Avenue | 3/23/2005 | It is alleged that an unknown male ALAB fondled ALV in his bedroom at the residence.  ALV is cognitively high functioning but nonverbal.  ALV communicates with a book, eye gestures and body language. |
| **Center Of Hope-QRADH** | **12/11/2002** | **ALV reported that ALAB had taken her into a ladies room on a community outing last June and put his hands down her pants and put his fingers in "her hole".  ALV does not need assistance going to the bathroom.  There should have been another staff person as well as other CLTS during this outing.  When ALV reported this she was nervous, not crying but worried about being in trouble.** |
| **C-Marc Industries** | **5/7/2003** | **The ALV reported that another client "spanked me hard in my bum, and put his penis in my bum".  This other client has a history of sexualized behaviors toward peers.** |
| CCS/Commonwealth Community Services/DMR | 11/7/2003 | The ALAB mentioned "playing Dr. with the ALV," to another staff person.  The reporter found out, and questioned the ALV, and she said the ALAB is touching her breasts and vaginal area in the shower. |
| **Community Enterprises** | **6/19/2003** | **ALV was sexually assaulted vaginally and anally at the workshop.  The ALV was sent back to the workshop today where she met David again.** |
| Community Resources For Justice | 2/24/2003 | ALAB entered the program through the ALV's bedroom window and they had intercourse twice.  ALAB tried entering the program again last evening and he was caught. |
| **Community Strategies** | **6/27/2003** | **ALV alleges that between the summer and October of 2002 that she had performed oral sex on the ALV several times, they had anal sex twice and vaginal sex once.** |
| **Community Strategies** | **6/27/2003** | **Last summer the ALAB raped the ALV sexually.  ALAB gave the ALV $200.00 to keep quiet.** |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Community Systems, Inc. | 3/4/2002 | There have been three incidents where another client has placed her hands inside ALV's pants. This same client has also walked in on ALV while he has been using bathroom. Since episodes ALV's has been more upset. Each time after incident ALV was crying. |
| **Community Systems, Inc.** | **10/6/2003** | **ALV was thirsty and ALAB only offered him pee to drink. ALV stated that he did not want to touch ALAB's "vagina" and didn't want ALAB to touch his penis. This has happened before. ALV does not want ALAB working there anymore.** |
| **Delta Projects, Inc.** | **11/16/2001** | **Although the ALV has previous recent suicide attempt (with shoelaces) and the ALAB was told to check her room daily to ensure that there were no dangerous items within her reach, the ALV was able to attempt suicide again with shoelaces. There is also concern for past rapes of the ALV during restraints and for the ALV's 100 pound weight loss since January of this year.** |
| Eliot Community Human Services, Inc. Kelliher Cent. | 10/21/2002 | ALV has been touched inappropriately by another client on several occasions. The staff are aware of the other client's sexual behaviors toward the ALV, and are continuing to let him be in contact with the ALV. The other client has a history of this type of behavior. |
| Greater Lynn Mental Health And Retardation Assoc. | 5/12/2003 | The other CLT ran down the stairs and staff asked the ALV, "what was he doing in there". The ALV responded, that he was touching her. A female staff spoke to the ALV and the ALV claimed that the other client just touched her. The ALV told the staff that she asked the other CLT to stop, but he continued to touch the ALV on her legs and her private area, and also on her chest. |
| **Greater Marlboro Programs, Inc.** | **11/18/2002** | **The ALAB raped the ALV over a 4-year period, holding her down using physical restraint to stop her from fighting him off, and threatening her that he would kill her if she told anyone. Several things have occurred with other clients, and the parents of the other clients dropped the charges.** |
| Groom Company | 1/17/2003 | ALV reported to her mother that ALAB may grabbed/touched or fondled ALV's hand and rept |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | doesn't know where else.  ALV stated that "he tried touching me" but rept did not get specifics. |
| Grow Associates | 5/28/2002 | Another client told ALV to go into the bathroom and into a stall.  The other client pulled his pants down and told the ALV to sit on his lap.  He bounced her up and down and according to the ALV, he peed on her.  It is unknown if penetration actually occurred.  Day program did not notify anyone.  ALV states this has happened before. |
| IPP/Institute for Professional Practice | 1/10/2005 | It is alleged that ALAB entered the ALV's room and raped ALV. |
| Kennedy Donovan Center | 3/25/2003 | The ALV was touched by another client on the penis.  The other client is supposed to be supervised at all times as he is a pedophile.  The ALAB had left the ALV and the other client alone. |
| Kiessling Transportation Co. | 1/21/2004 | ALAB reported in an incident that ALV's pants were down and consumer (JC) was touching the ALV with sex (?).  Incident happened while in the van, no monitor.  ALV is very upset about this.  Carver Police were notified. |
| Kiessling Transportation Co. | 4/30/2004 | ALV told ALAB that she had to use the bathroom.  Before ALAB could pull over the ALV began pulling her pants down.  While ALV's pants were down, another client began to touch the ALV in her privates. |
| Kiessling Transportation Co. | 5/25/2004 | ALAB was kissing the ALV and touching the ALV inappropriately.  ALAB has been trying to see the ALV at day program and at home.  ALAB has been giving the ALV gifts.  ALV's parents do not want the ALAB around the ALV. |
| Metro West Human Services Alternative, Inc. | 10/4/2001 | The ALAB was tugging on ALV to get up.  The ALAB grabbed the ALV's breast and was rubbing and caressing it.  The ALV would not get up and the ALAB said, "well I guess she doesn't want to go to the bathroom".  Later the reporter#2 went back in the room and the ALV was crying. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| People, Inc. | 1/7/2003 | While CLTs from residence were reporting that they don't like the ALAB, ALV advocated for himself, he is an adequate rept and he said that he was touched in an inappropriate manner.  ALV said that ALAB touched him and he pointed to his penis and genital area and motioned up and down with his hand.  Also pointed to his neck, and said "he scratched me on my neck and he teases me".  ALV made a pinching motion on the back of his neck when he said this. |
| Riverside Community Care | 1/22/2003 | The ALV alleges that the ALAB put his hands on her, and touched her in the wrong place.  ALAB touched the ALV and stated that it would be their secret.  ALV stated that the ALAB put his hands on her vagina and that ALAB had his penis out and had her touch his penis.  The ALV asked ALAB to stop, but he continued. |
| Riverside Community Care | 1/24/2003 | ALV initially said there was inappropriate touching.  When staff sat down with ALV on 1/22 ALV wrote a statement that stated ALAB played with her vagina.  ALV was lying down on the couch, ALAB took his penis out and put it inside her vagina and had sex with ALV.  ALV said that this happened at 11 pm on Monday 1/20. |
| Riverside Community Care | 1/27/2003 | The ALV told the reporter, that Fri. Night (1/24/03?) She was touched by the ALAB.  She said he was "massaging her breasts". |
| Servicenet, Inc. | 7/14/2003 | The ALV reports that the ALAB has exposed himself and touched the ALV's breast. |
| Seven Hills Foundation | 8/6/2001 | ALV reports that another client raped him on two separate days. |
| Seven Hills Foundation | 11/15/2001 | The ALAB should have been supervising the ALV at a community dance, where the ALV reports that another client had touched him while they were in the bathroom.  The other client admitted he touched the ALV inappropriately.  ALAB is aware of this ALV's HX of sexually acting out, even if they might not be aware of the other CLT's. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Seven Hills Foundation | 11/22/2002 | The ALV states that another client touched her two times today. Once at the center waiting to go to the workplace, and again at the workplace. Some staff both at the center and at the residence were aware of this behavior of the other client. Nothing has been done to alleviate this situation. |
| Seven Hills Foundation | 12/8/2004 | ALV indicated in her journal that ALAB has her sit on his lap and he kisses and hugs her. |
| Seven Hills Foundation | 1/21/2005 | Another client was undressing the ALV and sexually assaulting him. Three days later the other client tried to sexually assault the ALV again. Two days after that ALV yelled for help and staff intervened before the other again did anything. |
| **Seven Hills Foundation** | **2/4/2005** | **The ALAB asked the ALV to touch his penis while the ALAB had a condom on. The ALAB masturbated in front of the ALV, and told him that this was the way to have safe sex. The ALV was uncomfortable, upset, and thought it was very wrong and unnatural. The reporter adds that the ALAB is direct care staff and should not be teaching safe sex to a client.** |
| South Shore Mental Health | 11/19/2001 | ALAB was instructing ALV to go up to a male client (T.B.) and grab his genitals. After ALV would do what ALAB instructed - ALAB would then reprimand ALV in front of everybody. |
| Till/Toward Independent Living And Learning | 10/31/2002 | The ALAB came into the group home between 8am and 9am on 10/30/02, he went up to her room, and sexually molested her with his hand. The reporter states that the ALV said, he put his hand down her pants, and then inserted his fingers into her vagina, and also touched her breasts. |
| Vocational Adjustment Center | 6/17/2003 | ALV has reported that she and ALAB are having a romantic/intimate relationship. She reports that they meet at the mall and that ALAB brought her a pager. ALV also reported that they were intimate at her parents house when her parents went away. |
| Waltham Committee, Inc. | 8/30/2002 | The ALV said that the ALAB put his mouth on her breast last night. The ALV is nervous and upset about this. |

| PROVIDER | DATE | SUMMARY |
|----------|------|---------|
| Work Community Independence | 12/10/2004 | ALV reported that another client who is on 1:1 supervision touched him in the genital area. |

**EXAMPLES OF SUBSTANTIATED MEDICAL ERRORS IN VENDOR-OPERATED HOMES**

| PROVIDER | DATE | ALLEGATION SUMMARY |
|---|---|---|
| **Advocates, Inc.** | **3/31/2003** | **ALAB (alleged abuser) gave ALV (alleged victim) 13 sleeping pills over the course of the night. In the morning ALAB could not get ALV up. ALV is not prescribed this medication-ALAB brings the medication to work to give to ALV because she wants the ALV to be quiet and sleep.** |
| BAMSI/Brockton Area Multi Services STI Strategies to Independence | 9/9/2003 | The reporter stated the ALV was brought into the ER by ambulance, b/c he suffered a seizure at his group home. The seizure occurred "probably" because the reporter found out that the ALV did not get any seizure medications for the past two days. |
| BAMSI/Brockton Area Multi Services STI Strategies to Independence | 5/4/2004 | ALV was given someone else's meds. One of the meds she received was an anti depressant which counteracts with her anti seizure meds. The next day ALV had a seizure in the morning and two in the afternoon. Also, that same morning ALV was also not given her meds because they were not picked up. |
| Bay Cove Human Services | 12/28/2001 | The ALV was hospitalized for receiving the wrong medications. The ALAB never admitted to the error until the witness asked how the ALV was doing. |
| Behavioral Heath Network | 2/14/2005 | ALV was not taken for bloodwork to monitor med. Level. ALV had to be taken to the emergency room and was found to have toxic dilantin levels. |
| BFAIR/Berkshire Family and Individual Resources | 7/30/2003 | On Saturday afternoon ALV was given the wrong medications. She was given another client's meds. Reporter stated that this was the ALAB's error. The ALV received 300 mg of Clozapine and Depakote. As soon as ALAB realized the mistake she scooped the meds out of ALV's mouth, retrieved Depakote whole but the ALV had swallowed some of the Clozapine. It is unclear how much the ALV got into her system but it was less than 300 mg. ALV was incoherent and non responsive and was taken to the hospital. |
| Central Residential Services/DMR | 12/31/2004 | It is alleged that the ongoing inadequate care and staffing at the residential program has put the ALV at medical risk as well as increased the ALV's anxiety level. ALV's SIB's are reported to have increased. Reporter states that ALV was not given his new medication from 6/2004 to 12/2004. ALV was brought |

| PROVIDER | DATE | ALLEGATION SUMMARY |
|---|---|---|
| | | to doctor for bruises on all toes. |
| Communities For People/CFP | 8/20/2001 | ALV suffered severe seizure after being seizure free for 12 years.  When his blood level for anti seizure medication was checked at the hospital it was far below therapeutic range.  The only explanation is that ALAB was not giving ALV his medication properly. |
| Coop For Human Services | 7/31/2001 | This past weekend ALV went without his seizure meds and yesterday had a seizure at day program and at residence.  ALV was taken to hospital - blood work indicated lack of med in blood stream. |
| Coop For Human Services | 8/1/2001 | ALV had 2 seizures yesterday 7/31/01.  He went to ER.  When they did blood levels there were questions in regards to ALV's meds- whether he was taking them.  There are concerns over lack of follow with med, lab work and med monitoring. |
| Fidelity House | 10/28/2003 | The ALAB failed to get the proper doses of medication to the ALV, and as a result, the ALV sustained increased seizure activity, and tremors, and was unable to walk as a result, as well. |
| Greater Lynn Mental Health And Ret. Assoc. | 10/18/2002 | ALV received an overdose of medication.  ALV fell down and then vomited as a result of this overdose. |
| Justice Resource Institute | 1/21/2004 | ALV missed 3 to 4 days of meds.  ALV had a seizure. |
| May Institute, Inc. (The) | 8/26/2002 | ALV was not given her seizure meds for several days, and had a seizure during transport from program to home. |
| **May Institute, Inc. (The)** | **1/7/2003** | **On 1/5/03 ALV was brought into Lahey Clinic due to an overdose of Levoxyl.  She took approximately 35 pills.  At clinic ALV was observed to have a bruise on chest.  ALV reported that a house mate hits her and another kicks her.  ALV reported not wanting to return home.  Concerns as to how ALV gain access to all the pills.** |
| May Institute, Inc. (The) | 3/3/2004 | Clients are self medicating but they need reminders from staff to take the medications.  Due to lack of staffing, ALV and other client are going without staff support, and the reminders re: medication.  ALV often misses his medication as a result.  ALV has been having psychotic episodes due to lack of medication. |

| PROVIDER | DATE | ALLEGATION SUMMARY |
|---|---|---|
| May Institute, Inc. (The) | 3/3/2004 | Clients are self medicating but they need reminders from staff to take the medications.  Due to lack of staffing, ALV and other client are going without staff support, and the reminders re: medication.  ALV often misses his medication as a result.  ALV has ended up hospitalized as a result of missing meds/not taking his nebulizer as prescribed, most recently within the last month. |
| Multi Cultural Services | 2/6/2003 | The ALV is a diabetic, and was taking medicine for this.  On 1/22/03, the ALV's blood sugar was 34.  The ALV needed to be taken to Baystate Hospital.  After returning to the residence, the doctor determined that the ALV would no longer need to take his medication, and that his sugar level would be monitored by diet.  ALV was sick all week, sweaty, and running a 103 degree fever.  Residential staff did not recognize that the ALV was as sick as he was, and that his condition worsened all week, culminating in the day program needing to get the ALV to the hospital today.  ALV is still hospitalized. |
| New England Village | 3/15/2004 | A mistake was made in the transcription of ALV's med form, and as a result, ALV was getting only 500 mg of Depakote, instead of the 1500 he was supposed to get.  As a result, ALV ended up having a seizure, resulting in his hospitalization for a couple of weeks and weight loss. |
| North Suffolk Mental Health Assoc. | 1/31/2002 | ALV has a seizure disorder, but had not had a seizure in 11 years.  He did not receive Tegretol for two days on 1/23 and 1/24/02.  On the evening on 1/24 and 1/25 he had a seizure.  On 1/24 ALV was taken to ER.  Residential nurse checked and noticed the issue with med. |
| North Suffolk Mental Health Assoc. | 11/21/2003 | ALV did not receive his medication (Prozac) from Oct. 8 – Oct. 27.  ALV has been depressed which psychiatrist attributes to this situation.  Med was resumed on 10/28.  ALV recently had to get an increased dose. |
| Pioneer Developmental Services | 4/22/2003 | ALV has an ulcer/sore on his toe that his prior residential staff(ALAB) failed to seek medical attention for.  ALV also has a bad urinary tract infection which ALAB should have noticed and should have sought medical treatment. |

| PROVIDER | DATE | ALLEGATION SUMMARY |
|---|---|---|
| **Reach Out Independence** | **12/17/2001** | **ALV takes Depakote for her seizure disorder.  ALV was without medication for four [4] days, causing her to have seizures.  Seizures started at 8:30 am and fire dept. did not receive an emergency call until 3 pm when the 3rd shift came on duty and called.** |
| Road To Responsibility | 6/17/2002 | ALV was lethargic and ambulating was difficult because her legs were weak.  ALV was taken to Jordan Hospital and blood work was done.  ALV had levels of a medication in her blood that she is not prescribed to take. |
| Southeastern Residential Services/DMR | 2/25/2004 | The ALV received her medication from the ALAB at 8:00 p.m. last night.  10 minutes later she received another 800 mg of the same medication, that was scheduled for another client.  The ALV has been sent back to the hospital this morning, as she was showing sign of seizure activity and could not walk. |
| **South Shore Mental Health** | **12/30/2002** | **There has been on-going concern that the ALAB's agency was not giving the ALV his medications as prescribed.  Yesterday the ALV had 3 seizures.  He lost consciousness and his heart stopped.  He is presently in a coma in the cardiac care unit.** |
| South Shore Mental Health | 5/12/2003 | ALV received the wrong meds.  During the period from 4/28-5/5 ALV received an extra dose of a 10 mg of Zyprexa for all of those days.  ALV also received a double dose of something.  Case rescreened in per request of DMR . . . |
| South Shore Mental Health | 6/13/2003 | ALV has been having behaviors due to a possible med error.  ALV was in discomfort, he was walking with a hunch and when he stopped he would stand in a marching position.  ALV was yelling at people and required help with normal activities.  ALV's arm muscles were tight and he was having difficulty swallowing. |
| Sullivan And Associates | 2/28/2002 | ALV was not given her meds at the residence because staff could not open the locked box.  ALV takes asthma meds.  ALV was sent to her day program without her meds.  She was complaining of discomfort and was wheezing. |
| Vinfen | 11/20/2003 | The ALV was given the wrong medications at the 8:00 a.m. med time.  The ALV went to her day program, and was falling asleep, and needed to be transported to |

| PROVIDER | DATE | ALLEGATION SUMMARY |
|---|---|---|
|  |  | Quincy Medical Center with blood pressure and pulse issues.  The ALV is still in the hospital today (11/20/03). |
| **Vinfen** | **4/20/2005** | **ALABs have been neglectful of ALV's care.  ALV has had infections on his feet/toes.  ALV was taken to a Dr. and ALAB#2 told him that ALV was bipolar.  ALV was put on meds, to which he had bad side effects.  ALV's urinary output became excessive.  ALV is currently hospitalized, suffering from dehydration, malnutrition, abnormal liver enzymes from the malnutrition, and an internal systemic infection with a 101 fever.  ALV's physical condition has deteriorated as a result of the malnutrition and he has sores.** |

**EXAMPLES OF SUBSTANTIATED NEGLECT/PHYSICAL ABUSE COMPLAINTS**

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| 42 Olde Colonial Dr., Unit 3 | 3/11/2005 | ALV is prone to rashes between the folds of her stomach due to her weight.  The usual treatment is a topical cream and medical powder.  ALV was admitted to the hospital when the rash progressed to a yeast infection, requiring 48 hours of IV antibiotics. |
| Advocates, Inc. | 7/22/2002 | Alleged Victim ("ALV") has had stitches under his chin and on the back of his head numerous times.  ALV is a 1:1 at day program.  Reporter of Complaint ("REPT") feels he should also be a 1:1 at residence.  Reporter has observed house director pick ALV up and have him walk on his own in front.  This morning ALV arrived with a fat lip.  From hearsay REPT heard that a staff punched ALV in the mouth.  A couple of weeks ago ALV returned to day program with bruises on wrist. |
| Advocates, Inc. | 7/23/2002 | The ALV is possibly being neglected.  There have been little round marks on his wrist like his hands have been held together, like friction marks.  ALV has also fallen and had stitches on the back of his head and under his chin.  On 7/22 ALV came in with swollen lower lip and it looks infected.  ALV also has pneumonia. |
| Advocates, Inc. | 8/12/2002 | REPT states that the ALV was left in his bedroom for several hours, covered in feces and urine.  The ALV kept saying he was sorry about this situation, and was very upset, even though it was not his fault.  The ALV appears to be much redder and sore, in the area where he was wet. |
| Advocates, Inc. | 12/14/2001 | ALV was observed with bruise.  ALV was taken to hospital.  ALV has fractured rib and 2 abrasions.  It is unknown how the injuries occurred. |
| Advocates, Inc. | 7/29/2003 | ALV fell out of the van because the back doors were left open.  Van was not moving.  ALV sustained a bump on his head. |
| Advocates, Inc. | 9/23/2003 | ALV reported that the ALAB hit him on the back with a belt.  When examined the ALV had two welts on his back, and the indentations of the belt are apparent.  Reporter took two photos of the marks. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Advocates, Inc. | 12/30/2003 | There are conflicting stories as to how ALV sustained burns on fingers. Burns were treated. Staff failed to take ALV to follow up appt. ALV's fingers have become infected. ALV has been admitted to hospital. |
| Advocates, Inc. | 11/15/2004 | ALAB put the bed rails down on the ALV's bed. ALAB turned to put the radio on. ALV fell out of bed and hit his head. ALV was taken to the hospital and the injury required 13 stitches. |
| Alternative Supports, Inc. | 7/25/2003 | While assisting the ALV in the shower, staff left her and went to get something from her room. Another client stabbed the ALV. ALV was taken to hospital and other client was arrested. |
| Alternative Supports, Inc. | 7/28/2003 | ALV has been taunted for months by another client. They had confrontation. ALV was frustrated and afraid of the things the other client would say. Meetings were held in regards to situation. REPT expressed concerns for ALV. On Friday, ALV stabbed the other client with a steak knife that are kept in counter. |
| Amego Inc. | 10/19/2004 | ALV had a big bruise on the upper shoulder area. ALV was eating with his left hand when he normally eats using his right hand. ALV has a fractured right clavicle which could be due to a fall last week. ALV supposedly fell down some stairs. It is unclear where staff were when ALV fell. At time of fall ALV did require assistance walking. ALV also sustained a scrape from the fall. |
| Amego Inc. | 5/4/2005 | According to the reporter, the ALV was being treated by the ALAB, and the ALAB punched the ALV in the mouth. The ALV said that he punched the ALAB first, and he punched him back. The reporter says that the ALV sustained a laceration on the inside of his mouth, in the shape of an "L". |
| Anodyne, Inc. | 8/29/2002 | **ALAB is employed with the Anodyne Agency, at respite location/foster care program. The ALV's wife passed away recently, and the ALV was placed there. RPTR stated that DMR has been contacted by the reporter, and DMR has not returned calls, nor have they responded to these recent injuries and lack of supervision by the ALAB, and the ALAB's agency. RPTR has also** |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | **attempted to contact the ALV's service coordinator. Numerous times, and still no response.** |
| Anodyne, Inc. | 12/14/2004 | ALV was taking an excessive amount of time in the bathroom.  Staff checked on the ALV and found ALV standing and looking down in front of the toilet.  The staff looked at the ALV and noticed that the ALV's penis was extremely red, raw & flaking skin peeling off the penis.  The ALV was uncomfortable and in pain.  The reporter feels the ALAB is responsible. |
| Association for Community Living | 11/17/2003 | ALV fell while being transferred by ALAB.  ALV fell onto his knees and head and sustained injuries to face, knee and wrist.  He was taken to ER, examined and was discharged back home. |
| Association for Community Living | 10/14/2004 | The overnight staff got the ALV up around 11PM, and noticed that the ALV's foot was swollen and he was having trouble walking.  The ALV was found to have broken right foot.  The ALV was treated and the foot was cast.  Neither ALAB-1 or ALAB-2, who were both on duty and in charge of the supervision and care of the ALV, know anything about how the injury occurred. |
| Bamsi/Brockton Area Multi Services | 10/7/2002 | **The ALV went to the day program crying and was flustered.  The ALV stated the ALAB hit her with a belt on her back because she was angry. The ALV had two welts above the bra and one below the bra about 1-3 inches in length.  There were marks on her hip, but they could be from the depends that she wears.  The ALAB is not scheduled to work.** |
| Bamsi/Brockton Area Multi Services | 5/26/2005 | ALV requires nursing care for catherization.  On Wed. 5/18/05 it was noticed by residential staff that ALV has an injury in the labial area (a tear). |
| Behavioral Health Network | 1/28/2004 | ALAB pushed the ALV while ALV was seated on the chair attached to her walker.  The walker hit a bump and the ALV, ALAB and the walker all tipped over.  ALV had a bump on her head and staff woke her every 2 hours to check on her.  Reporter is questioning why the ALAB would use the walker in such an inappropriate way. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Behavioral Health Network | 2/11/2004 | As a result of the ALABs' inability to provide safety for the ALV in the home is aggressing, agitating, and verbally and physically assaulting the ALV.  As a result of the ALABs' omission, ALV's behaviors and fears have increased. |
| Behavioral Health Network | 2/20/2004 | The ALAB appears to not be providing a safe environment for the ALV.  There is an aggressive/assaultive client in the residence who terrorizes the ALV.  ALV's PTSD has worsened, ALV is withdrawn, and expresses fear of being at the residence.  There is also a 2nd client who is going in to ALV's room and frightening her and taking her things. |
| Berkshire County ARC | 4/4/2002 | The ALAB was seen holding the ALV down and forcing a spoon into her mouth to give her meds.  The ALV's lip was cut in the process. |
| **Berkshire County ARC** | **6/6/2003** | **ALV got a hold of some Pinesol in the middle of the night and ingested some of the liquid.  ALV is currently in intensive care.** |
| Berkshire County ARC | 5/12/2004 | It is believed that the ALV grabbed a pot of coffee and burned his chest and lip.  ALV has first and second degree burns.  ALV has food stealing and PICA like behaviors. |
| Berkshire County ARC | 5/21/2004 | ALV was being taken out of a wheelchair van, put on the lift and her chair went off the lift and onto the ground.  ALV and the wheelchair fell.  ALV sustained scrapes to knees. |
| Berkshire County ARC | 5/24/2004 | ALV received first degree burns on his chest and lips.  It is unclear how ALV sustained these injuries but ALV may have spilled coffee on himself.  Burns are being treated.  ALV does have food stealing behaviors.  Another client received similar injuries the same day.  ALAB was the only staff on duty and cannot explain the injuries. |
| Better Community Living | 3/21/2002 | The ALV received a large bruise on his shin.  Staff did not know how the ALV received his injury.  Staff did not seek immediate medical attention for the ALV.  REPT #2 stated that ALV's whole leg is bruised and is concerned about staffing in the house. |
| BETA | 2/22/2005 | According to the reporter, the ALAB did an |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | overnight shift.  The ALV was found soaking wet, drenched in urine, and in feces.  The reporter says that the ALV has sustained 3 sores on her buttocks, as a result of the omission. |
| Bfair/Berkshire Family And Individual | 5/28/2002 | Yesterday there was a disagreement between ALV and ALAB.  ALAB denied ALV access to the phone and she yelled at him.  ALV was emotionally upset about this.  There have been other times that ALAB has yelled and screamed at ALV.  ALAB is mean and belittles ALV.  ALV is quiet and withdrawn when ALAB works. |
| Bfair/Berkshire Family And Individual | 1/3/2003 | ALV was bitten by another client, who requires 1:1 supervision, and has aggressive behaviors.  ALAB had left the other client unsupervised when the incident occurred.  ALV sustained bruising from the bite. |
| Boston Higashi School | 6/17/2004 | ALV was unstable and tried to bite the ALAB. ALAB held the ALV's face back to protect himself. The ALV has scratches on his face, consistent with his face being held by ALAB.  The protocol in the residence is to not touch the ALV and give him space.  Because incident occurred in the community, the ALAB may have redirected the ALV in a different way.  ALAB has been suspended. |
| Bridgewell | 11/28/2004 | ALAB pinched the ALV.  ALV has a bruise on her right forearm. |
| Brockton Area Multi Services | 7/1/2004 | The ALAB pinched the ALV and she (ALV) also received a scratch on her arm from the ALAB, after an incident wherein the ALAB was trying to put sparkles in the ALV's hair.  The ALV was bruised and scratched as a result. |
| **Cadmus Lifesharing Assoc. Inc.** | **10/16/2001** | **While on hike trip ALV wandered off.  ALV was missing from 4:55 pm till the next day at about 10 am.  ALV was taken to hospital to be checked. She was checked and discharged.  ALV seemed fine- both physically and emotionally.** |
| Charles River A.R.C. | 9/3/2002 | **ALV was left unsupervised, and sustained a black eye.  ALV was left alone with another client who has a history of assaultive behavior. All clients in the residence are not receiving proper medical care. RPTR feels that the agency is covering up things, and that the clients are at** |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | **risk.** |
| Charles River A.R.C. | 8/24/2004 | The ALV was restrained by the ALAB, by holding the ALV's hands behind her back like being handcuffed. ALV sustained a sprained wrist as a result. The hold is reported not to have been a proper or acceptable restraint. |
| Charles River A.R.C. | 10/27/2004 | ALV was left in a van with a client that is not supposed to be left alone. The client assaulted the ALV resulting in a bruise to ALV's leg. |
| Class, Inc. | 9/2/2003 | ALV was having head banging behaviors. When ALAB went to pick up the ALV he asked the ALV to show him that he wasn't going to head bang. The ALAB told the ALV to bang his head and the ALV did. ALV has a gash on his head and a swollen eye but it is not clear if these injuries are from the incident with ALAB or the ALV's head banging in general. ALV also has bruising of unknown origin on his arms. |
| CCS/Commonwealth Community Services/DMR | 3/15/2004 | ALV has been in ICU at Cooley Dickenson since 3/7/04 for aspiration pneumonia. When he was admitted he had to be intubated. ALV had choked. It appeared that ALV was eating food that was not being digested and was getting stuck in his esophagus. It has been indicated that not all staff were aware of the ALV's dining guidelines. |
| CCS/Commonwealth Community Services/DMR | 5/10/2004 | ALV has ropes which he plays with. The ropes have a plastic coating on them and ALAB told ALV's family he would burn the ends of the ropes so they would not unravel. After burning the edges of the ropes ALAB placed them on a banister to cool. ALV grabbed one that wasn't cool and sustained a burn between his index finger and thumb. ALV's burn is being monitored. |
| CCS/Commonwealth Community Services/DMR | 4/28/2005 | ALAB trimmed ALV's nails so short that ALV was bleeding, had blood on shirt and wheelchair tray and fingernails had to be bandaged. |
| Community Resources for Justice | 1/8/2004 | On 1/5/03 ALV was noticed to have swelling on her right forearm. The next day bruising was observed. On 1/8/03 an x-ray was performed and uncovered that the ALV had fractured a small bone in her right arm. ALV is total care and is on 1:1 staffing 24 |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | hours a day. |
| Community Resources for Justice | 12/29/2004 | The ALV was outside having a cigarette.  Staff left the ALV alone.  The ALV eloped to a neighbors house, through the woods.  Police and staff went looking for the ALV.  ALV was found, brought home, and then assaulted by police.  ALV was aggressive and agitated.  ALV was arrested.  Staff failed to supervise the ALV, which would have prevented this situation.  ALV decompensated. |
| Community Systems Inc. | 9/9/2004 | On 9/1/04, as a result of the inadequate chair at the kitchen table, the ALV had a seizure and fell out and hit the right side of her face and head on the unprotected floor.  The ALV appears to have some vision problems as a result, and sustained swelling and bruising on her face and head.  ALV is being assessed for head injuries.  The only thing addressed was that there was an armchair put in at the ALV's place at the kitchen table. |
| Comprehensive Mental Health Systems | 3/8/2004 | The ALV slipped and fell and the ALAB fell on top of the ALV.  ALAB had been assisting the ALV with walking and was yelling and screaming at the ALV to get him moving.  With the yelling and the hurried movement, the ALV slipped and fell and the ALAB fell on top of the ALV.  Instead of helping the ALV, the ALAB kept yelling at the ALV to get up.  The ALV sustained a broken hip and is in ICU. |
| Co-Op For Human Services | 12/2/2002 | There was no one at the residence to see that the ALV got into the residence to let him in.  According to the driver, the ALV got upset about this situation and started to beat up on the driver, and other clients in the van.  ALV broke the nose of another client in the van, and allegedly beat up on the van driver.  ALV is known to be unstable about any transition with his home & residence.  This is a behavior that staff were aware of, due to this occurring in the past.  This was clearly noted in his last ISP. |
| CSI-Community Services, Inc. | 3/1/2004 | ALV was observed to be on the floor crying, her face covered with sinus drainage; staff was standing with foot on ALV.  ALV had apparently refused to get of bed, and ALAB picked ALV up under her armpits and pulled ALV out of bed and dragged ALV across the floor.  ALAB left ALV on the floor. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Delta Projects, Inc. | 12/17/2002 | **Several clients and staff have witnessed the ALAB abuse the ALV. The abuse includes kicking the ALV while ALV was laying on the floor, throwing sneakers at the ALV and then putting the ALV in the basement, ALAB then put his foot in the ALV's face. The ALAB has been suspended. The ALV was seen with bruises on his back.** |
| Delta Projects, Inc. | 7/18/2003 | On 6/16/03 ALV fell off shower chair in bathroom when staff left to get a diaper. ALV did not have on her helmet. ALV sustained a small cut above left eye with some swelling. |
| Delta Projects, Inc. | 4/6/2004 | The ALAB did not supervise the ALV's roommate as closely as they should, knowing him to be aggressive and assaultive. The roommate entered ALV's room and struck him in the eye, giving ALV a black eye. |
| Delta Projects, Inc. | 1/17/2005 | ALV was suicidal and hearing voices. ALV called 911. ALV had attempted to hang himself earlier, and ALAB had apparently cut him down. Upon arrival rope was observed in ALV's room. ALV had bruises around his neck. ALAB had left his shift. Staff were uncooperative. There are concerns over safety issues and mistreatment and endangerment of the ALV and other clients at residence. |
| Delta Projects, Inc. | | It is alleged that ALAB #1 grabbed the neck of the ALV in an attempt to restrain her. ALAB #2 did not assist in 2 person escort per protocol. ALAB #3 was not present at the time of the incident. Staff ratio 3 staff to 5 residents. |
| Department of Mental Retardation (DMR) | 3/2/2004 | The reporter found an incident report that states the ALV arrived at his day program with a red swollen left eye. Neither staff at the residence nor the program have any idea how or when the ALV sustained the injury. |
| DMR | 4/5/2004 | The ALAB had used a curling iron on the ALV's hair and the next day her forehead was burned. |
| (DMR) Southeastern Residential Services | 11/3/2004 | ALV was in a van, ALAB was driving. ALAB had to stop suddenly. Wheelchair dislodged. ALV was hit in the face – teeth were knocked loose. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Evergreen Center | 8/4/2003 | The ALAB pulled the ALV across a floor at the residence, and used an unauthorized restraint, resulting in some "minor redness and abrasions," according to the reporter. |
| Evergreen Center | 1/5/2004 | ALV was seen at ER for facial and head trauma. ALV had bruising underneath eye, swelling under cheeks and blood in sinus.  Staff at Evergreen does not know what happened just that they found him like that on the floor. |
| Fidelity House, Inc. | 4/20/2004 | ALV showed her his stomach and there was a two inch long mark that looked like a burn.  It had a scab on it on his abdomen.  When asked, ALV told reporter that he had gone out for a smoke in his shorts, and ALAB told him he had to go put long pants on.  ALV refused and ALAB allegedly pushed ALV to the floor.  ALV was very afraid because ALAB is very strong and he was afraid that he would be hurt.  Reporter also noticed scabbing on ALV's knee. |
| Fidelity House, Inc. –Jacalyn McIsaac c/o | 8/1/2004 | ALV has a laceration of unknown origin on his right forearm.  It is a stage three wound with tendon and muscle exposure.  The wound appears to be a couple days old. |
| Gandara Mental Health | 2/5/2004 | The ALAB's aggressive and verbally inflaming comments to the ALV made him become behavioral, and caused the ALV to do some property damage.  The ALAB escalated the ALV's behaviors.  The ALV is also alleged, by reportrer-2, to have gotten upset, and was threatening to hit the ALAB with the pipe from upstairs. |
| Gilbough/Latham Centers | 11/19/2003 | The ALV stated that she was in a disagreement with the ALAB, and got upset.  The ALV needed to be restrained, and during the restraint, the ALV claims the ALAB hit her in the head with a closed fist.  The ALV says she has a "sore spot and a small lump on her head." |
| GMPI/Greater Marlboro Programs | 5/27/2003 | The ALAB thought the ALV was in the car and began to drive away.  The ALV was standing by the side of the car and the ALAB ran over the ALV's left foot.  The ALV was taken to the ER.  The ALV's foot was red and swollen, but was not broken.  The ALV needs to keep his foot elevated. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| **Greater Lynn Mental Health And Retardation Assoc.** | **3/10/2003** | **The supervisor stated that the ALV's little toe on one foot was black, and smelled very bad. The house Mgr. said that he thought it was black fungus or gangrene. RPTR states that the Dr. disclosed to the guardian, that the ALV could lose part of the toe, as a result of the injury or infection, cut, crack in the skin, that the staff did not treat in time.** |
| Greater Lynn Mental Health And Retardation Assoc. | 2/19/2004 | Both ALABS did not properly secure the ALV in the Hoyer lift. ALV fell out during the transfer to her wheelchair and sustained a fractured shoulder. |
| Growthways, Inc. | 8/21/2002 | ALV sustains frequent injuries due to falls. ALV continues to fall and sustain injuries. Most recently on 8/19/02 ALV had a swollen lip and arrived at day program with a bloody nose and shaky. He was taken to ER. ALV is totally neglected by vendor and DMR- they have done nothing to improve situation and prevent ALV's injuries. |
| **Horace Mann Educational Associates** | **8/21/2002** | **On 8/5 there was a car accident. ALV needed to be removed with jaws of life. ALV sustained an injury to right leg that required surgery. On 8/20/02- REPTR visited ALV at a nursing home. ALV reported she was not wearing a seat belt at the time of the accident because seat belt was broken.** |
| Horace Mann Educational Associates | 2/22/2002 | ALV has a body check every morning at the day program because ALV has had several injuries and ALV's mother is concerned about ALV and this is part of his support plan. On 2/22/02 it was discovered that ALV has 2 large, orange sized red splotches on his back with a red strip in the middle connecting the marks. The marks are half way up ALV's back. REPT stated that it looks like a friction burn. |
| **Horace Mann Educational Associates** | **1/23/2002** | **The ALAB put the ALV in his wheelchair in the bedroom and locked the wheelchair. The ALAB then propped the ALV's legs up on a chair so he would not be able to move himself. Staff are not supposed to do this. The reporter does not know how long the ALV was left like this. RPTR also stated she is unsure if this actually happened or not. The residential director told RPTR this** |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | **happened.** |
| Horace Mann Educational Associates | 9/25/2003 | When ALV was put in the wrong seat, there was no shoulder strap to put on the ALV. The ALAB put the lap belt on the ALV without tightening it. The ALV slid off the seat. ALAB tried to pick him up and when he was trying to pick up the ALV and they both slipped because the floor was wet. The ALV hit his head on the lift mechanisms of the van. The ALV's nose is bruised and cut. ALV also has cut on his hand. |
| Horace Mann Educational Associates | 5/24/2004 | ALV was given a large piece of pork chop which he ate and got stuck in his esophagus. ALV had to be taken to hospital. An endoscopy was performed to push the food down. ALV's food is supposed to be cut in small pieces. The next day ALV was given eggs for breakfast – after doctor had instructed that he be served pureed foods for 24 hours. |
| Horace Mann Educational Associates | 6/3/2004 | ALV has an unexplained bruise on his back under his right shoulder. Allegedly staff were transferring ALV from his wheelchair and ALV fell on his face. There is no visible injury to ALV's face. |
| Horace Mann Educational Associates | 7/16/2004 | On 11/15/03, ALV was scratched on arm by J.L. Ointment and a band aid were applied to the area. |
| Horace Mann Educational Associates | 11/05/2004 | Staff left client in the kitchen. ALV began choking and aspirated on her food. The ALV is currently on the critical care unit at Milford Hospital. |
| Horace Mann Educational Associates | 11/10/2004 | ALV is supposed to be on 1:1 around food. ALV was left alone in the kitchen. ALV got hold of bread and started gorging the bread. ALV aspirated. ALV ended up in the hospital and is on a ventilator. Also ALV gained 30 lb. in a short time. ALV is supposed to be on a control diet. |
| Human Service Options, Inc. | 4/29/2004 | ALV has a tendency to wander off. ALV wandered off and was brought back to the home by police. At some point the ALV sustained injuries including a black eye, a cut near his left eye that required stitches and a bruise the size of a softball on his left shoulder. |
| Institute for Development | 1/20/2005 | ALV fell off the changing table while being dressed by the ALAB. ALV sustained a bump on his head. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Disabilities, Inc. | | ALV was later diagnosed with a fractured hip. |
| **IPP/Institute For Professional Practice** | **9/24/2001** | **Police were called due to a man found lying on side of road.  ALV was wet, hungry and thirsty.  ALV had cuts on hand and scratches on legs.  Police knocked on doors and located ALAB who stated that ALV belonged to them.  Ambulance had arrived they felt ALV should be taken to hospital.  ALAB disagreed and stated ALV was fine.** |
| IPP/Institute for Professional Practice | 5/24/2004 | Police were called due to concerns of ALAB#1 neglecting the ALV and not providing adequate supervision.  EMTs examined the ALV and found that ALV had a bruise on the top of his head.  ALV was thrashing around on the ground.  The ALAB#2 had carried the ALV out of the apartment over the ALAB#2's shoulder.  The ALV was seen at the hospital, and required Haldol in order to be calmed down. |
| Kiessling Transportation Co. | 1/21/2004 | ALV was not properly secured on van lift.  ALV fell forward sustaining scratches to his face. |
| Kiessling Transportation Co. | 2/5/2004 | ALAB was witnessed opening rear door of van and punching the ALV in the side of his face and head area.  Police were notified and ALAV was arrested upon arrival at day program.  Though reporter did not observed [sic] injuries, police had initially reported some redness.  ALV was taken to hospital to be examined. |
| Latham Center, Inc./Gilbough Center | 7/19/2001 | **The ALV duct taped shut the mouth of another client at the direction of the ALAB.  The ALV said she felt weird placing tape over another clients mouth.  She said she did what the ALAB # 1 told her to do because she was afraid of upsetting the ALAB # 1.  The ALV expressed being uncomfortable and confused during and after the incident.** |
| Latham Center | 5/3/2005 | Staff was unaware that ALV was home and ALV was able to leave the house to go for a walk.  ALV was located 2 ½ hours later.  She sustained blisters on her feet from walking. |
| Ledges, The | 11/17/2004 | Reporter was informed that a couple of days ago ALAB pushed the ALV out of the kitchen.  ALV |

23

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | fell on the floor and broke her foot. |
| Leslie Educational Alternatives | 2/12/2003 | **ALV has known OCD behaviors with regard to coffee. ALAB made ALV a cup of coffee and placed it on the counter away from ALV. ALV grabbed a cup of coffee and spilled it on his thigh. Blisters kept popping up the next day and ALV was taken to ER. Visiting nurse was sent in twice daily to dress the wound. VN requested that staff take ALV to ER last night. ALV is currently hospitalized and is having skin grafts today.** |
| Lifestream, Inc. | 1/22/2004 | Program manager told ALAB#2 to not put braces on ALV's feet because of a red area on ALV's right foot. Braces were put on and ALV arrived at his day program very upset and distressed. ALV sustained another injury – had dried blood on his sock underneath the braces and a small abrasion on the foot. |
| Lifestream, Inc. | 11/23/2004 | ALV was left in a locked car from approximately 730 PM until overnight staff found her. The car was steamy, ALV was sweaty, nervous and crying. The morning staff noted bruises on ALV's right wrist, right elbow, and on the right knee. ALV has two big bruises on the right knee. Bruises were not noted yesterday. |
| Martha's Vineyard Community Services | 3/12/2002 | On 3/11/02 ALV slapped ALAB in the face very hard. ALV went after ALAB a second time. ALAB picked up the ALV off the floor and stated "don't you ever put your hands on me again." REPT checked ALV, underneath ALV's left armpit, there was a long red mark. No other apparent injury at this time. REPT spoke with ALV and he stated that he was just joking with the ALAB and apologized after the fact. |
| Matson | 10/20/2004 | The ALV and the ALAB struggled when the ALAB claimed she was trying to restrain the ALV, and they both fell. The ALAB stated she was trying to defend herself. The ALV sustained injuries. It is unclear what steps the ALAB was supposed to take. The ALAB also did not report any injuries or attempt to seek medical treatment for the ALV. |
| May Institute, Inc. | 5/7/2003 | **The May Institute, Inc. is not providing adequate** |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| (The) | | **care and safety to the ALV.  ALV has been brought into the police station 4 times with various scratches.  Staff will not disclose additional information to ALV's father and police are looking into it.  Police are having a difficult time getting information from May Institute Staff, but believe that the injuries are being caused by another client.** |
| May Institute, Inc. (The) | 10/27/2003 | ALV was left unsupervised in shower.  ALV sustained burns to shoulder and buttocks.  ALV was hospitalized for treatment of the burns.  ALV should not have been left unsupervised. |
| May Institute, Inc. (The) | 8/14/2004 | ALV had been found under her bed by a staff member of the Peck Street Residence.  ALV had bruises on her arms and legs and was incontinent of urine and feces.  ALV had cuts on her face and a bruised eye.  It was discovered that the ALV was lethargic and was having a seizure and was probably in her room for hours.  ALV did not come down for dinner or her 8 PM medications. |
| May Institute, Inc. (The) | 3/10/2005 | On 3/6/2005 ALV was observed to have scratch marks on both of his cheeks (from sideburns down).  Residential staff indicated not having noticed the scratches.  Today 3/10/2005 day program reported that ALV has about 8 to 10 gauzes on his cheeks that are bleeding and have pus. |
| May Institute, Inc. (The) | 3/14/2005 | ALV was behavioral, and ALAB was escorting the ALV to the quiet room.  ALV dropped to the floor and ALAB is alleged to attempted to drag ALV.  ALV sustained a rug burn on her hip area and a bruise on her buttocks area. |
| May Institute, Inc. (The) | 4/5/2005 | The ALAB taunted the ALV to the point the ALV needed to be restrained.  ALV sustained a serious emotional injury. |
| May Institute, Inc. (The) | 4/7/2005 | It is alleged that the ALAB poked the ALV in the eye, pinched his collarbone and pinched his chest, breaking the skin on three separate occasions.  The ALAB is reported as having 30+ incidents on file.  Reporter states DMR has been informed. |
| May Institute, Inc. (The) | 6/16/2005 | It is alleged that another DMR consumer in the residence assaulted ALV on 06/08/2005 and again on 06/12/2005.  This consumer (S.T.) has over fifty |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | incidents of aggression towards other consumers and has also assaulted all but one of the residents' family members. The ALV sustained a bruise on 06/2005 and a scratch on his hand on 06/12/2005. |
| May Institute, Inc. (The) | 6/27/2005 | ALAB is alleged to put a bag over ALV's head to keep her quiet and stepped on her stomach. ALV hasn't eaten since the incident. ALV has black and blue marks on her stomach. |
| Mental Health Association | 9/16/2003 | When ALV was being assisted in van ALV's right foot got caught between van and lift. ALV sustained a bruise which worsened. ALV was taken to hospital and x-rayed. ALV had no fracture, but was diagnosed with diffuse osteoporosis. |
| Mental Health Association | 10/13/2004 | The ALV was left alone less than 60 seconds. The ALV fell onto the bathroom floor from the toilet seat and has a 4"X2" bruise on her right thigh. The ALV is not supposed to be left alone when on the toilet. |
| Meridian Association | 7/28/2003 | ALV is in the hospital because of aspiration and pneumonia. There is concern that his food was too thick and caused this condition. |
| Meridian Association | 2/28/2005 | According to the reporter, the incident report from the staff at the home, indicates that at approx. 11:00PM, the ALV's eyelid was "red & raw", last night. The ALV was found to have a bruise on his shoulder. There is also a scrape on his hairline. |
| Metro Residential Services | 1/13/2004 | A staff reported to reporter that the ALV was observed to have 3 bruises/marks on his back. Unknown how the injury occurred. A second anonymous reporter on 1/15/04 alleged that ALAB-2 was responsible for the incident/injury. The report also states that the injury was three lumps on the ALV's back. |
| Metro Residential Services | 4/19/2005 | After running out of the home through an opened garage door, the ALAB #1 physically dragged the ALV back into the home after attempting to "wait out the behaviors" per behavior plan in excess of 45 minutes. ALV sustained abrasions to buttocks and tailbone. |
| Metro Residential Services | 11/01/2004 | ALV is showered in a shower chair. About a month ago the ALAB was reaching around to wash ALV's |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | back and the ALV fell forward, he fell on his face and fractured his nose. Recently ALAB was reaching for the seat belt on the shower chair and ALV fell forward again. ALV has a lump on his back which could be due to the fall. |
| Nauset, Inc. | 12/9/2003 | The reporter looked at abrasion/burn on the upper buttocks/lower back area that was reported by staff yesterday. The hospital feels that the injury is a rug burn, and the reporter adds that he would have to have been "dragged across the rug" to create this kind of injury. |
| Nauset, Inc. | 9/20/2004 | ALAB hit ALV with a wooden spoon. ALV sustained a bruise on her finger. Previously ALAB was observed threatening ALV with spoon. Also ALAB told ALV she could not visit her family. ALAB denied this. Matter was addressed, yet this past weekend ALAB was again observed telling ALV she could not visit her sister if she acted up. |
| Northeast Residential Services/DMR | 12/23/2003 | ALV fell in the bathroom. ALV became agitated when staff tried to assist her. The ALV noticed blood on her nightgown, staff came in and brought ALV back to her room where she had a seizure. ALV takes Diastat and staff did not follow protocol but they did notify on call and the reporter. |
| Northeast Residential Services/DMR | 7/13/2004 | ALAB forgot to strap in the back of ALV's wheelchair. When the van went around a cul-de-sac the wheelchair flipped over with the ALV in it. ALV was taken to the hospital, he needed stitches above his eye and may have broken his nose, ALV also had a swollen lip. |
| Northeast Residential Services/DMR | 11/10/2004 | While pushing ALV in a wheelchair the wheelchair got jammed on door. ALABs pushed the chair through. ALV's foot was caught, but ALABs did not realize it. The next day ALV was hopping on one foot. Left ankle was swollen. ALV was taken to hospital ER – x-ray revealed a broken ankle. |
| Northeast Residential Services/DMR | 2/21/2005 | ALV sustained an injury to her left hand and ring finger. ALAB is alleged to threaten to break her other hand. ALAB still has access to the ALV. No witnesses reported. |
| North Shore ARC | 9/30/2003 | The ALV asked for assistance with a cup of coffee, and ALAB is alleged to have told ALV that she |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | could manage herself.  The ALV spilled the coffee and suffered bad burns on her right side, right arm and right breast.  ALAB did not seek treatment quickly enough. |
| North Shore ARC | 10/29/2003 | ALV was restrained by two staff members who tied his hands behind his back with rope.  ALV's wrists were red and swollen. |
| North Suffolk Mental Health Assoc. | 6/20/2002 | The ALV stated that she found a lid from a can and cut herself with this.  The ALV arrived at the program with superficial cuts and abrasions on her arms.  Reporter is very concerned because the ALV is supposed to be on one to one/supervised at all times.  ALV also has a history of this type of behavior. |
| North Suffolk Mental Health Assoc. | 7/26/2001 | **ALV arrived at the day program having difficulty exiting the van, and staff had to assist with a wheelchair.  The ALV was shaking and trembling.  The ALV had a temperature of 106.  ALV was taken to the ER and admitted.** |
| **Rehabilitative Resources, Inc.** | **5/13/2002** | **ALV is currently at Norwood hospital.  She is on a morphine drip.  ALV is in complete renal failure.  Staff who brought her in this weekend reported that ALV had not been eating or drinking for the past month.** |
| Rehabilitative Resources, Inc. | 10/15/2004 | The reporter states that the ALAB grabbed the ALV by the throat this morning and called him a "lazy bastard".  The ALAB also allegedly threatened the ALV with "beating the shit out of him, if he didn't go to work".  The ALV has seemed more agitated and behavioral all day. |
| Rehabilitative Resources, Inc./RRI | 6/20/2005 | On 06/05/2005, ALV sustained a laceration to the head and arm after falling off the wheelchair lift on the residential van.  EMS responded and transported ALV to the Good Samaritan Emergency Room. |
| R.H.D. (Resource for Human Dev.) | 10/27/2004 | The reporter states that the ALV was assaulted by another client this morning.  On 10/27/04, the ALV came into the reporter's office and said that the other client hit the ALV.  The ALV showed the reporter her arm which was red and became bruised. |
| Riverside Community Care | 4/17/2005 | The reporter states that the ALV arrived at her program today (4/19/05) and had 2 burn marks, |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | approx. 2 in. in width, and 4 inches in length, on her right forearm. It is unknown how when the injuries happened or who was responsible to maintain the supervision and safety of the ALV, at the time of the injuries. |
| Riverside Community MH/MR Center | 8/12/2004 | At 11:30 ALV ran out of the house. A new system was recently installed so front doors and gates outside are locked. Staff watched the ALV for two hours while ALV tried to get out. ALAB then went upstairs to check on the clients. ALAB got a call from police that the ALV was found down by the lake which is half a mile from the house. ALV has a bruise on his right hand and is complaining of pain in his nose. Protocol requires that ALV be kept in sight. |
| Riverside Industries | 6/10/2002 | **When REPT arrived ALV was screaming that she had a bad day at work. ALV stated that she wet herself in the morning. ALV said Angela was upset because she wet herself. ALV said nobody changed her. ALV remained in wet clothes all day. ALV did not eat her lunch or snacks. ALV cried all the way home. ALV said she felt "yucky."** |
| Road to Responsibility | 1/27/2004 | Two of the ALV's toes were found to be broken. He complained that this was from a restraint. |
| Road to Responsibility | 8/2/2004 | The ALV has a tear in the ALV's right knee. The ALV was in a restraint on 7/21/2004 and sustained an abrasion to the right knee. The ALV's knee was swollen and taken for treatment on 7/24/2004. |
| Servicenet, Inc. | 12/11/2003 | The ALV can only have a lunch bag on the van due to safety concerns. The ALV had a spring he found from the dishwasher and the ALAB tried to get it from the ALV. ALV refused and was holding the spring with force when staff tried to get it. The ALV sustained three cuts to his right hand and was taken to the ER. |
| Servicenet, Inc. | 5/2/2005 | The guardian purchased all the necessary safety equipment for the ALV to wear when roller-skating. The staff took the ALV to a roller rink, but failed to bring her safety equipment. The ALV fell and reinjured her knee that she had surgery on in Sept. 03. |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Seven Hills Foundation | 9/13/2001 | ALV is not receiving appropriate care.  ALV sustained sore in bottom.  When REPT visited on Tuesday 9/11/01 ALV was noticeably very lethargic.  ALV complained of being very tired.  ALV was still in his pajamas.  ALV had not been showered or shaven.  ALV smelled.  It was about 2 pm.  ALV had not used coughalator that enables him to breathe easier.  Blood pressure was low, respiration high. |
| Seven Hills Foundation | 6/25/2002 | **ALV's behaviors have been increasing over the last two weeks.  ALV is adamant when ALAB is on that she doesn't want ALAB near her.  ALV stated that she was dragged across the floor by ALAB and she cut the bottom of her feet.  ALAB cleaned up the blood.  Staff found a large burn mark on ALV's back that was 3" x 1/2" and 3 smaller marks which all appear to be friction burns.** |
| **Seven Hills Foundation** | **5/2/2003** | **ALV has unexplained injuries.  He has a broken arm, which will require surgery and bruising on his face.   Staff are unable to explain the injuries.  Reporter is very concerned for the ALV and reported that ALV never suffered any injuries or broken bones until placement at this residence.** |
| Seven Hills Foundation | 12/18/2003 | The ALV sustained a 3-inch cut/scratch on her leg (calf).  The ALAB was aware of this and appeared to not inform the nurse about the injury, which in turn developed into an infection (cellulitus), and the ALV needed to be treated medically. |
| Seven Hills Foundation | 1/26/2004 | The ALAB dragged the ALV across the floor and ALV sustained a rug burn on her back as a result.  ALAB admitted to dragging the ALV and signed the incident report.  The ALAB will be terminated. |
| Seven Hills Foundation | 3/26/2004 | Reporter saw ALV ten days ago.  ALV had bruises and muscle breakdown.  Caretaker claimed that the ALV had a few falls in the bathroom. Usually the extent of the bruising meant that he was on the ground for an extended time.  ALV was admitted to the hospital on 3/10-3/12 for hydration with intravenous fluids. |
| Seven Hills Foundation | 8/26/2004 | ALV was in bedroom changing for bed.  Staff was in kitchen doing clean up from supper.  ALV made |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | crying noise and staff investigated. Observed blood on right knuckle and a cut on right eye. Staff should have been within arm's reach of the ALV. |
| Seven Hills Foundation | 6/12/2005 | It is alleged that on 06/11/2005, the ALAB grabbed the ALV's arm and held it. The ALV has a bruise on the right arm. The incident occurred in the residential program while the ALV was washing. |
| Southeastern Mass Collaborative | 01/28/2005 | During a blizzard on 01/23/2005, ALV received frostbite to the hands after assisting with shoveling. |
| Southeastern Residential Service/DMR | 9/29/2003 | ALV fell and he hit his right hip on the tile in bathroom. He sustained a laceration to this right hip that required 14 stitches. Staff reported it to nursing as a skin care issue. There was a similar incident 3 months ago. ALV uses a wheelchair. ALV requires assistance in the bathroom. There is concern re: staff's attempt to downplay the injury. |
| Southeastern Residential Services/DMR | 11/10/2003 | ALV has quite a large bruise on her face – with a swollen lip. It appears that ALV may have fallen. On Friday staff had seen ALV in bed and a couple of minutes later observed ALV on floor. ALV has a buzzer in bed – but staff reported not hearing the buzzer go off. |
| Southeastern Residential Services/DMR | 12/19/2003 | ALV's seat belt was not fastened. ALV fell off wheelchair onto floor hitting his head on the floor. ALV sustained a bump on forehead and rug burns. Staff was instructed to take the ALV to Emergency. |
| Southeastern Residential Services/DMR | 1/21/2004 | ALV was noted to have a 1.5 inch very thin line on buttocks. It lines perfectly with floor radiator in bathroom. It is believed that ALV who is know to sit on floor got off toilet, went to sit on floor feeling radiator hot must have quickly gotten up. ALV does have a 1:1 within 3 feet. |
| Southeastern Residential Services/DMR | 1/27/2004 | ALV has 1:1 staff which means within sight. ALV was walking in hallway and fell down the cellar stairs. ALV sustained bruises and bumps on his legs and shoulders and miscellaneous scratches on his back. ALV was being examined at hospital at time of this report. |
| Southeastern Residential Services/DMR | 2/13/2004 | On 2/13/2004 ALAB dumped ALV out on the ramp and told ALV to wheel himself to the van. ALV is incapable of doing that and residential staff are |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | supposed to bring ALV right to the ramp of the van. ALV went down the ramp and slammed into the gate. Driver reported that ALV was complaining that his leg and ankle hurt. |
| Southeastern Residential Services/DMR | 3/3/2004 | ALV was observed to have a bruise on upper right arm. The bruise resembles finger marks – like a grab. It is unknown how bruise was sustained – but reporter did indicate that on Sunday she did observe a staff physically redirecting the ALV. |
| Southeastern Residential Services/DMR | 5/3/2004 | The ALV is bald and has an order for sunscreen. The ALV sustained a second degree burn to his head. |
| Southeastern Residential Services/DMR | 5/21/2004 | On May 12, 2004 two staff were transferring ALV from his bedroom to tub room. A staff tripped and fell and the ALV scraped his head on wall resulting in several abrasions. Per Manager, staff should not have been carrying the ALV and should have been using a wheelchair. |
| Southeastern Residential Services/DMR | 1/18/2005 | ALV went out with hat and coat on to take out the trash. According to the incident report, ALV's fingertips were observed to be dark blue. ALV was brought to the E.R. and was treated for frostbite of both hands, including 2 fingers on his left hand and all 5 fingers on his right hand. ALAB is alleged to have stated that "ALV didn't have gloves on because she did not think it was that cold out". |
| Southeastern Residential Services/DMR | 5/19/2005 | ALAB claims she fell backwards in the van and a seat hit the ALV on the head. ALV sustained a bump on head, a small bruise on eye and a scrape on the other eye. According to ALAB it happened in the driveway before she departed to pick up another client. There are concerns as to why she did not bring ALV back in the house if he was hurt. |
| Southeastern Residential Services/DMR | 6/14/2005 | On 06/14/2005, staff observed multiple bruising on both of ALV's arms. The injuries are of unknown origin. This is the second report of unknown bruising to the ALV in one week. |
| Southern Worcester County Rehab Center | 6/2/2004 | The ALAB's left the ALV outside on 5/31/04, in a sunny area for approx an hour and a half. The ALV sustained a severe sunburn. |
| Southern Worcester | 11/15/2004 | ALV had an ingrown toe nail that was documented |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| County Rehab Center | | by staff.  Toe nail became so infected that ALV was admitted to hospital. |
| **South Shore Mental Health** | **3/21/2003** | **ALV's toenails are very long.  ALV's glasses broke last summer and staff has failed to make an appointment to get new ones.  ALV has poor depth perception and has been having trouble functioning without his glasses.** |
| South Shore Mental Health | 9/12/2001 | One staff person told REPT that ALAB has a stick and he would tap ALV on the leg with it and told ALV that he was going to hit ALV on the head with it if he didn't comply.  REPT doesn't believe that ALV has bruising on his leg.  Other staff have heard that ALAB has a stick that he threatens the clients with.  REPT stated that no one has actually seen him do this but have heard him threatening clients. Several people called REPT and told her that ALV had bruises on his lower back, a mark on his upper left arm, looks like a grab mark.  The day program had called REPT about this and staff from the residence has told the REPT that the ALV has little bruises all over his body. |
| **South Shore Mental Health** | **7/1/2002** | **The ALAB should have been ensuring that the pacemaker was checked every 3 months, but she did not have it checked for 2 years.  The ALV's pacemaker battery was found to be dead.  She collapsed and "almost died."** |
| South Shore Mental Health | 1/24/2002 | ALV's right armpit appears to be infected and oozing.  The area looked wet, there was dried, green drainage on the brace lining (ALV has a fracture and is wearing a brace).  If someone was bathing ALV properly they should have noticed the infected area. Infection could have been from friction and skin on skin contact. |
| South Shore Mental Health | 10/22/2003 | The ALV was able to use dishwashing liquid/cascade, instead of soap to wash or shower with, and sustained irritation/rashes on his face and body.  Staff finally got the ALV to a hospital, at the insistence of the ALV's sister, and then staff failed to get the prescribed ointment until 2 days later. |
| South Shore Mental Health | 1/2/2004 | ALV is supposed to have two staff with her when showering.  Last night ALV fell during showering.  There was only one staff with ALV.  ALV was |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | checked at day program and observed to have an elongated bruise on her back-kidney area. |
| Sullivan & Associates | 11/18/2003 | ALAB #2 held the ALV while ALAB #1 beat ALV with a belt.  ALV has three red marks on the right side of his hip, several red marks on his spine and a 3.5 inch red mark on his chest. |
| Sullivan & Associates | 4/22/2005 | On 04/17/2005, ALV fell out of an unbelted wheelchair during the awake overnight shift.  The ALAB left the ALV on the floor from 2-8 A.M. ALV did not provide medical attention or alert superiors for assistance.  ALV sustained rugburns on his face and back.  ALV is blind, deaf and non verbal. |
| SWCRC | 11/6/2002 | ALV was left alone for 4 hours.  ALV is only allowed 2 hours of unsupervised alone time.  A few weeks ago when the same ALAB was on duty the ALV was in the kitchen heating some food and when he took a bowl out of the microwave he put it on his lap and received burns. ALV went to the ER. ALAB was in the other room when this happened and ALV is not allowed to cook anything on his own. |
| SWCRC | 4/11/2002 | On Saturday 4/6/02 ALAB was verbally and emotionally abusive to ALV.  ALV was incontinent with urine and with bowel.  ALAB called ALV "fuckin bitch."  ALAB did this to ALV more than once.  ALV started escalating behaviors-ALV stomps her feet, kicks and slams door-after incident ALV was doing all these things. |
| The Consortium | 10/10/2002 | The ALV is not able to understand well, and communicate very well. The ALV was not seen leaving the house, fell, and hit his head, and scraped his knee badly.  The ALAB appears to have let the ALV out of her sight, and he injured himself. ALAB-2 and ALAB-3 appear to have minimized the incident, and did not take appropriate steps to ensure the ALV's health and safety. |
| Till/Toward Independent Living And Learning | 12/19/2002 | On or about 8/9/02 when changing the ALV for hygiene care "several open red areas" were observed on the "right side of his groin".  The ALV's father had reported that the ALV complained that night staff were leaving him wet.  This information was |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | noted in the agency nursing log. |
| **Till/Toward Independent Living And Learning** | **10/21/2002** | **When REPT went to visit ALV - ALV could not be located.  ALV was found in a closet- he had his left orthotic (arm support) off of his arm and his arm was bleeding.  ALV is known to bite himself which is why he has to wear the orthotic. ALV is supposed to be supervised.** |
| Till/Toward Independent Living And Learning | 3/24/2005 | On 03/23/2005, ALV appeared at his day program with a bleeding laceration on his nose.  On 03/24/2005, a razor blade was found underneath ALV when he was removed from his wheelchair. |
| Turning Point | 1/9/2004 | ALV arrived this morning at day program covered in blood.  She was bleeding from her nose and mouth – cut in mouth.  Reporter indicated that ALV is assaulted daily by a house mate at her residence. ALV should have been sent to hospital not day program.  Reporter feels someone should visit the ALV today and check into the situation. |
| Valley Educational Services | 8/15/2003 | ALV was being taken escorted to time out because of out of control behaviors.  On the way he banged his arm against the wall several times.  Staff noticed that he had a lump on arm – they took a cold pack from freezer and placed it directly on area and left it there for a while.  When they removed the pack ALG had a red mark.  ALV sustained a 2nd degree burn. |
| United Cerebral Palsy Group Home | 3/29/2004 | Staff reported that ALV had a seizure while in shower chair.  ALV was lowered to floor then dressed and put in bed.  Morning staff called EMTs. ALV had an obvious injury to her leg.  ALV leg is externally rotated – this does not happen from lowering anyone to floor.  ALV will be admitted to hospital. |
| Vinfen | 6/11/2002 | ALV arrived at day program and staff that drove ALV in stated that there had been a restraint at the house and ALV had a carpet burn on her chin.  The carpet burn 1" x 2" ALV also has a bruise on top of left shoulder which looked like finger marks. Company policy is no face down restraints. |
| **Vinfen** | **10/30/2002** | **The reporter states that the ALAB was on top of the ALV, pulling her hair, and saying to the ALV, "how do you like it when someone pulls** |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | **your hair". The ALAB and the reporter discussed this and the ALAB swore at the reporter, and asked where she was when the ALV was doing the same thing to the ALAB. Screened out - based on the information received, there is no indication that the ALV sustained a serious injury. A mistreatment/administrative review is recommended. DPPC should be contacted if it is found that the ALV did sustain any bruising or other injuries.** |
| Vinfen | 11/8/2001 | ALV arrived to the day program on 11/08/2001 with a bruise on his arm, back/shoulder area, upper arm area. A scrape on his right inner thigh. ALV also had broken blood vessels all over his face. ALV also had a bruise on his right eye lid. ALV also has a scratch behind his left ear. ALV is stating that staff restrained him on 11/07/2001 but staff stated that ALV had a good night. ALV does not have self-injury behavior. |
| Vinfen | 6/3/2002 | When ALV arrived this morning 6/3/02 he had massive bruising on upper chest area and left arm. It is swollen. ALV has difficulty weight bearing on arm. Program director was called and should be arriving shortly. |
| Vinfen | 3/10/2003 | During the course of an investigation involving ALV, reporter noticed additional injuries on the ALV, including what appeared to be a friction burn to the left side of ALV's face, near her left ear. There was also a small dime sized bruise to the left side of ALV's face, that was a yellowish, green color. ALV also showed the reporter a 4-5 inch round bruise just above her left knee on the outer aspect of her leg. She indicated that "Tony hit me." |
| Vinfen | 2/9/2004 | On Friday 2/6/04 ALV arrived at work program with a bruise on inside of left arm (looked like finger marks). At first ALV reported that it was caused by a housemate. Later he reported that he had taken a picture of ALAB who got angry at him and pushed him down and pinned him to the ground causing the bruise. |
| Vinfen | 5/18/2004 | The ALV arrived at his day program today with bruises and scratches on both of his arms. ALV did |

| PROVIDER | DATE | SUMMARY |
|----------|------|---------|
| | | not have these injuries yesterday.  The ALAB had another aggressive client in the van, who apparently assaulted the ALV.  The ALAB was supposed to have a monitor on the van or transport the other client alone. |
| Vinfen | 6/4/2004 | In 1997 ALAB engaged in a pattern of physical and verbal intimidation and demeaning comments towards the ALV.  ALV was very emotionally upset by this.  ALAB also failed to intervene when ALV engaged in head rubbing causing ALV's head to bleed, or ALAB would dig her own fingernails in to ALV's heads as a deterrent.  ALAB would use ALV's seat belt to restrain her.  Other staff (ALABs 2, 3 and 4) also engaged in intimidation, inappropriate behaviors towards the ALV. |
| Vinfen | 8/4/2004 | ALV has second degree burns on his shoulders.  They are blistering and oozing.  Although staff reported that they applied sunscreen, the ALV went into the water and staff did not reapply sunscreen.  Staff would have been responsible for applying the sunscreen during the outing to a water park. |
| Vinfen | 2/15/2005 | On Friday at day program ALV reported that "Jimmy hit me."  ALV was not able to give details.  ALV has 2 small scratch marks on her face.  ALV also indicated that there was a female staff involved in the incident. |
| Vinfen | 3/7/2005 | The ALV has a bruised right eye.  The ALAB indicated that the ALV sustained this injury from the dishwasher.  The ALV and the ALAB were struggling over the door of the dishwasher. |
| Vinfen | 3/21/2005 | ALV was observed to have unexplained odd shaped bruises on his back. |
| Vinfen | 4/14/2005 | ALV fell on Saturday 4/9/05 and received a bone chip and ligament strain on ring finger on left hand.  ALV was not provided with medical treatment until Monday when LPN noticed swelling and bruising to his left hand/fingers.  ALV has a HX of falling and staff should have known better. |
| Vinfen | 5/11/2005 | ALV sustained a cut over her left eye which required stitches.  Reporter received conflicting information on where at residence and how it |

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| | | happened. |
| Waltham Committee | 8/8/2003 | ALV has a bruise on her arm, which ALV reported was caused when ALAB grabbed her by the arm. ALV had gotten up and ALAB grabbed her arm and told her to go back upstairs. |
| WCI-Work Community Independence | 12/1/2004 | ALAB#1 tied the ALV to a chair through ALV's bra strap.  ALAB#2 and #3 were apparently witnesses to this.  It is unknown how long ALV was tied however a staff found the ALV this way at 11:00 A.M. on 11/27/04.  ALV has been pushing and kicking chairs away since then.  She has also been going into the bathtub and pulled the shower curtain closed, which is a new behavior for her. ALV also sustained a gash to her mouth, allegedly from falling. |
| Whitney Academy | 5/31/2005 | ALV struck ALAB during a restraint, and ALAB punched the ALV back.  ALV sustained a black eye. |
| WMTC | **9/21/2001** | **ALV was outside at 6:00 am and ALAB didn't notice ALV missing until 8:00 am.  ALV was found laying in the mud in a field behind the residence.  ALV was quite disoriented and suffering from some hypothermia.  ALV was seen at the ER.  Body temperature was 95.  ALV has some infection in his eyes and scratches on his arms.** |

**EXAMPLES OF SUBSTANTIATED DEATHS**

| PROVIDER | DATE | SUMMARY |
|---|---|---|
| Berkshire Meadows | 8/6/2002 | Screened in for omission.  The ALV was choking on 2 latex gloves and died. |
| Greater Lynn Mental Health and Retardation | 8/21/2003 | ALV was found dead in the laundry room. |
| Matson Community Services | 3/29/2004 | The ALV was having dinner on 3/28/04 around 6 to 7 p.m.  The ALV aspirated food.  The ALV was taken to the hospital where he passed away.  The ALV had swallowing issues and was on a one to one with regards to eating. |

# 1496250 v1 - BROWNDJ - 000004/0784