54 Lowe Street
Leominster, MA  01453
May 28, 2007

Honorable Joseph L. Tauro
John Joseph Moakley Federal Courthouse
1 Courthouse Way
South Boston, MA  02210

Dear Judge Tauro:

Fernald Developmental Center

By your Order of May 9, 2007, I am grateful with your intent for residents and guardians to be able to include Fernald as a placement option.  I know that the life of my sister, Margaret, would be tragically influenced by a move from Fernald.  Although there are some that could tolerate such a transition, there are others that could not.  May I share with you a few that I have come to know:

A guardian told me that her sister use to dance and sing at Fernald.  Since her move, she no longer walks or talks.  She said that her sister has significantly declined because of the move.

A woman in my sister's cottage was moved to be closer to her family.  She was dead within a month.

A man was transitioned to another state institution.  A Fernald staff person was told to no longer visit this man, to stay away, due to his depression when the individual left.  He lost his home, his familiar staff and his familiar friends.

In 1973, you changed the lives of fragile individuals and forced the State to improve conditions at its institutions for the mentally retarded.  The conditions were notorious and well documented.  It is regretful that after your oversight departure in 1993, the State has continued its regression of the state institutions with its intent to lessen the lives of these mentally retarded individuals even further by placing them in group homes where abuse and neglect is ever present.  State institutions are valuable with visible oversight, where doors are and should be open.

Your Order exists because of you and your compassion and wisdom.  With admiration, I remain,

Respectfully yours,

Dorothy Rouleau