UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | | |
| Plaintiffs, | CA Nos. | 72-0469-T (Belchertown) |
| | | 74-2768-T (Fernald) |
| v. | | 75-3910-T (Monson) |
| | | 75-5023-T (Wrentham) |
| ROBERT K. OKIN, et al., | | 75-5210-T (Dever) |
| Defendants. | | |

## MOTION OF AMICI FOR LEAVE TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), the amici AdLib, Inc., The Arc of The United States, Association of Developmental Disabilities Providers of Massachusetts, Boston Center for Independent Living, Independent Living Center of the North Shore and Cape Ann, Inc., Massachusetts Advocates Standing Strong, Massachusetts Council of Human Service Providers, Massachusetts Families Organizing for Change, MetroWest Center for Independent Living, Inc., National Disability Rights Network, Northeast Independent Living Program, Self Advocates Becoming Empowered, Services Employees International Union, Local 509 of the Service Employees International Union, Stavros Center for Independent Living, and United Cerebral Palsy (collectively, the "Amici"), hereby move this Court for an order granting them leave to file a brief exceeding twenty pages in response to the court-appointed Monitor's report.

As grounds for the instant motion, the Amici state that the Court previously granted their motion to file a brief on May 11, 2007. Because the conclusions in the Monitor's report implicated the findings in a number of studies and a large body of professional literature, the Amici respectfully submit that in order to provide the Court with a complete review of those studies and literature, it is necessary to exceed the page limit.

WHEREFORE, the Amici respectfully request that the Court grant them leave to file the Brief in Response to Report of Court-Appointed Monitor in a form exceeding twenty pages in length and attached hereto.

Respectfully submitted,

ADLIB, INC., THE ARC OF THE UNITED STATES, ASSOCIATION OF DEVELOPMENTAL DISABILITIES PROVIDERS OF MASSACHUSETTS, BOSTON CENTER FOR INDEPENDENT LIVING, INDEPENDENT LIVING CENTER OF THE NORTH SHORE AND CAPE ANN, INC., MASSACHUSETTS ADVOCATES STANDING STRONG, MASSACHUSETTS COUNCIL OF HUMAN SERVICE PROVIDERS, INC., MASSACHUSETTS FAMILIES ORGANIZING FOR CHANGE, METROWEST CENTER FOR INDEPENDENT LIVING, INC., NATIONAL DISABILITY RIGHTS NETWORK, NORTHEAST INDEPENDENT LIVING PROGRAM, SELF ADVOCATES BECOMING EMPOWERED, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 509 OF THE SERVICE EMPLOYEES INTERNATIONAL UNION, STAVROS CENTER FOR INDEPENDENT LIVING, UNITED CEREBRAL PALSY

By their attorneys,

*/s/ Joshua C. Krumholz*
Joshua C. Krumholz (BBO #552573)
Lawrence R. Kulig (BBO #544656)
Gillian Rattray (not yet admitted in MA)
Benjamin M. McGovern (BBO #661611)
Edwin L. Hall (BBO #667276)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700 - Telephone
(617) 523-6850 - Facsimile
joshua.krumholz@hklaw.com

Dated: May 31, 2007

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 31, 2007, I served a copy of the foregoing document by electronic mail to all parties through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                     /s/ *Joshua C. Krumholz*
                     Joshua C. Krumholz (BBO #552573)

# 4578171_v1