UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT K. OKIN, et al.,<br><br>　　　　　　　　　Defendants. | CA Nos.　72-0469-T (Belchertown)<br>　　　　　　74-2768-T (Fernald)<br>　　　　　　75-3910-T (Monson)<br>　　　　　　75-5023-T (Wrentham)<br>　　　　　　75-5210-T (Dever) |

**DECLARATION OF GILLIAN N. RATTRAY IN SUPPORT OF AMICUS BRIEF IN <u>RESPONSE TO REPORT OF COURT-APPOINTED MONITOR</u>**

I, GILLIAN N. RATTRAY, hereby declare under 28 U.S.C. §1746:

1.　I am an associate at Holland & Knight LLP, attorneys for amici in the above captioned matter. I respectfully submit this Declaration in support of amici's Brief in Response to the Report of the Court-Appointed Monitor.

2.　Attached hereto as Exhibit 1 is a true and correct copy of Prouty, Coucouvanis & Lakin, "State Institution Populations in 2006 Less than 80% of 40 Years Earlier; 'Real Dollar' per Person Costs More Than 10 Times Greater," *Intellectual and Developmental Disabilities* 45, 2: 143-145 (2007).

3. Attached hereto as Exhibit 2 is a true and correct copy of Braddock, David, "Closing the North Dakota Developmental Center: Issues, Implications, Guidelines," University of Colorado (2006).

4.　Attached hereto as Exhibit 3 is a true and correct copy of Kim, Shannon, Larson, Sheryl A., and Lakin, K. Charlie, "Behavioral Outcomes of Deinstitutionalization for People

with Intellectual Disabilities: a Review of Studies Conducted between 1980 and 1999," *Journal of Intellectual and Developmental Disability*, 26(1), 35-50 (2001).

5. Attached hereto as Exhibit 4 is a true and correct copy of Shoultz, Bonnie, Walker, Pam & Taylor, Steve, "Policy Research Brief: Status of Institutional Closure Efforts in 2005," University of Minnesota (2005).

6. Attached hereto as Exhibit 5 is a true and correct copy of Emerson, Eric, "Deinstitutionalisation in England," *Journal of Intellectual & Developmental Disability*, vol 29, 1: 79-84 (March 2004).

7. Attached hereto as Exhibit 6 is a true and correct copy of Eastwood, Elizabeth A. and Fisher, Gene A., "Skills Acquisition among Matched Samples of Institutionalized and Community-Based Persons with Mental Retardation," *American Journal on Mental Retardation*, vol. 93, no. 1: 75-83 (1988).

8. Attached hereto as Exhibit 7 is a true and correct copy of Conroy, J.W., & Bradley, V.J. *The Pennhurst Longitudinal Study: a Report of Five Years of Research and Analysis*, Philadelphia: Temple University Developmental Disabilities Center (1985).

9. Attached hereto as Exhibit 8 is a true and correct copy of Brown, Marguerite, *et al.*, *Eight Years Later: the Lives of People who Moved from Institutions to Communities in California. Year 2001 Report of the Quality of Life Evaluation of People with Developmental Disabilities Moving from Developmental Centers into the Community* ('The Quality Tracking Project'), Final Report (Year 2)," Narberth, PA: the Center for Outcome Analysis (2001).

10. Attached hereto as Exhibit 9 is a true and correct copy of Conroy, James W., *et al., Initial Outcomes of Community Placement for the People who Moved from Stockley Center,* Narberth, PA: the Center for Outcome Analysis (2003).

11. Attached hereto as Exhibit 10 is a true and correct copy of Braddock, David & Heller, Tamar, *The Closure of Mental Retardation Institutions: Trends and Implications (a Working Paper)*, Chicago: Evaluation and Public Policy Program, Institute for the Study of Developmental Disabilities, University of Illinois at Chicago (1984).

12. Attached hereto as Exhibit 11 is a true and correct copy of Lerman, Paul, Apgar, Dawn Hall and Jordan, Tameeka, "Deinstitutionalization and Mortality: Findings of a Controlled Research Design in New Jersey," *Mental Retardation*, vol. 41, no. 4: 225-236 August (2003).

13. Attached hereto as Exhibit 12 is a true and correct copy of Schalock, Robert L. & Luckasson, Ruth, *Clinical Judgment*, Washington, D.C.: American Association on Mental Retardation, pg. 1-7 (2005).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 31, 2007.

                                                           Gillian N. Rattray