*Journal of Intellectual & Developmental Disability, Vol. 26, No. 1, pp. 35–50, 2001*



# Behavioural outcomes of deinstitutionalisation for people with intellectual disability: a review of US studies conducted between 1980 and 1999[1,2]

SHANNON KIM

*North Mississippi Regional Center*

SHERYL A LARSON

K CHARLIE LAKIN

*Institute on Community Integration
University of Minnesota*

*Ten years ago, we published a summary of all US studies published between 1976 and 1988, inclusive, that measured behavioural outcomes associated with the movement of people with mental retardation from public institutions to community residential settings. Those studies found with remarkable consistency that positive adaptive behaviour changes were associated with people moving from institutions to community homes. Now, we revisit this topic to examine whether research conducted since 1988 has continued to support these earlier findings. In this review of literature, 33 of 250 US studies of residential service outcomes met our inclusion criteria of scope, quality, timeliness and design (longitudinal or contrast group study). As in our earlier review, almost all of the reviewed studies found statistically significant increases in overall adaptive behaviour scores associated with deinstitutionalisation. Three studies published since 1990 reported statistically significant improvements in challenging behaviour associated with movement to the community, and nine reported no significant differences in challenging behaviour for persons who moved compared with persons who remained in institutions.*

Deinstitutionalisation as a policy and a practice has produced dramatic changes in the sizes and types of places where individuals with intellectual disability live. In

---

[1] Editor responsible for this paper: Eric Emerson
[2] Address for correspondence: Shannon Kim, PO Box 4318 University of Minnesota 38677, USA

ISSN 1366-8250 print/ISSN 1469-9532 online/01/010035-16
© 2001 Australian Society for the Study of Intellectual Disability Inc.
DOI: 10.1080/13668250020032750

the USA, this policy has produced substantial reductions in the census at large state-operated institutions (declining from 154,638 people in 1977 to 50,034 in 1998; Prouty & Lakin, 2000). Similar reductions also occurred in institutions serving 16 or more people with intellectual disability (declining from 52,718 people in 1977 to 32,684 people in 1999). At the same time, the number of people receiving residential support in homes with six or fewer people with intellectual disability increased from 20,400 people in 1977 to 225,318 people in 1999. Four states (West Virginia, Rhode Island, Vermont and the District of Columbia) have moved all people with intellectual disability out of facilities serving 16 or more people. An additional seven states (Alaska, Arizona, Colorado, Hawaii, Maine, Montana, New Mexico) serve more than 90% of all persons with intellectual disability receiving residential support in settings with 15 or fewer residents (Prouty & Lakin, 2000). Clearly, the practice of deinstitutionalisation has been accepted and adopted widely in the USA. Despite the enormous changes that have occurred over the past 20 years, however, there were still 82,718 people with intellectual disability living in private or public residential institutions and 25,533 living in nursing homes in 1999 (Prouty & Lakin, 2000).

Despite ongoing depopulation and closure of institutions, deinstitutionalisation continues to be a controversial topic in states that continue to operate such services. A considerable body of research has examined the relative risks and benefits associated with institutional and community living. Many studies have examined changes in adaptive or challenging behaviour associated with movement from institutions to community settings. Summaries of this research noted that overall adaptive behaviour was almost always found to improve with movement to community settings from institutions, and that parents who were initially opposed to deinstitutionalisation were almost always satisfied with the results of the move to the community after it occurred (Larson & Lakin, 1989, 1991). A recent meta-analysis of 11 studies of specific adaptive behaviour skills found that self-care skills, and to a lesser degree, communication, academic skills, social skills, community living and physical development improved significantly with deinstitutionalisation (Lynch, Kellow, & Willson, 1997). A recent literature review examined the outcomes of deinstitutionalisation in the UK and Ireland and concluded that deinstitutionalisation was generally, but not inevitably, associated with increases in adaptive behaviours and reductions in observed challenging behaviour (Emerson & Hatton, 1996).

This study extends and updates an original report by Larson and Lakin (1989) reviewing all identifiable US studies on changes in adaptive and challenging behaviour associated with movement from institutional to community residences. It goes beyond the work of Lynch et al. (1997) in that it includes results on challenging behaviour as well as adaptive behaviour. It is understood in presenting the findings of this analysis that adaptive behaviour and challenging behaviour are only two of many important outcomes of residential services. Further, it is understood that measuring scores on an adaptive behaviour scale is only one way to examine adaptive behaviour outcomes. But considering the continuing debates regarding depopulation and closure of public and private institutions and the

frequent requests we receive for outcomes of studies conducted since our last review, we believe this update may be useful in informing future policy decisions.

## Method

### Selection of studies

This review includes all studies selected for inclusion in the original report and adds additional studies published in the intervening years. Additional studies were located through a variety of methods: (a) a computer search of the *PSYCHINFO* database from 1980 to 1998; (b) a computer search of the *ERIC* database from 1980 to 1998; (c) a computer search of the *Dissertation Abstracts Online* database from 1980 to 1998; (d) a manual review of *American Journal on Mental Retardation*, *Education and Training in Mental Retardation*, *Journal of the Association for Persons with Severe Disabilities*, *Journal of Intellectual and Developmental Disabilities*, and *Mental Retardation* from 1989 to 1998; (e) use of the "ancestry approach", that is the manual review of reference lists of relevant research to locate additional studies; (f) direct requests for assistance in identifying relevant studies made to researchers prominent in this area of research; and (g) inclusion of studies catalogued by the authors after publication of the original review.

Over 250 studies were screened for inclusion in this review. The following criteria were applied in selecting studies for inclusion: (a) a minimum of five participants moved from institutional to community residences in the USA after 1974; (b) basic demographic information reported about the sample; (c) exclusive or primary use of adult participants; (d) baseline data collected while the participants were residing at the institution or within 1 month of moving to the community; (e) post-test results obtained after the participants had resided in the community a minimum of 6 months; (f) overall adaptive behaviour, overall challenging behaviour, and/or specific domains of adaptive or challenging behaviour were measured with the same assessment instruments in the same manner at the times being compared. The authors conferred in applying the criteria to specific studies. These methods yielded a total of 33 studies for inclusion in this article.

### Coding procedures

The 33 studies were reviewed and coded by the authors according to research design, outcomes reported, and the direction and magnitude of the findings. Two types of research design were identified: longitudinal designs, which examined changes within a single group over time ($n = 25$ studies), and contrast group designs, which compared changes in treatment and control groups over time ($n = 12$ studies).

Five studies used both types of design. In some studies, the longitudinal design followed a different number of subjects than the contrast group design. The sample size listed in the table is the sample size for the design reported in that table only. In studies using both types of design, the results may have differed for the two

38   *Kim, Larson & Lakin*

designs. For example, in Calapai (1988), overall adaptive behaviour was significantly lower 6 months after a move for 53 movers than it was in the institution (see Table 3), but when 53 movers were compared with 53 stayers 24 months after the move, the movers had higher adaptive behaviour scores than the stayers (although not statistically significant) (see Table 1). As the note in Table 3 explains, the movers experienced significant improvements in adaptive behaviour between 6 and 12 months and between 12 and 24 months, further explaining why the findings in Table 1 differ from those listed in Table 3.

Several different types of outcomes were reviewed and coded. Adaptive behaviour outcomes were summarised into nine categories (e.g., overall, academic skills, community living skills, language/communication skills, motor/physical skills, leisure/recreation skills, self-care/domestic skills, social skills, and vocational skills). Challenging behaviour outcomes were collapsed into the most frequently cited categories (overall, frequency, severity, external, internal, and asocial behaviours).

The procedure for coding the direction and magnitude of outcomes utilised the baseline (institutional) scores as the point of reference. A ( + ) was recorded to indicate that the participants scores improved in the community; with a ( + + ) used to indicate that this difference was statistically significant ($p \leq 0.05$). Likewise, a ( − ) was used to indicate that scores declined in the community, with a ( − − ) used to indicate that the difference was statistically significant ($p \leq 0.05$). In cases in which the authors did not test for statistical significance, an asterisk (*) was placed beside the direction indicator. A zero (0) was used to signify that the results were presented in a way that prevented identification of tendencies (e.g., two different variables in the class were measured and the direction of change was different or the scores were the same). In summarising the findings, blanks were used to indicate that a category of outcome was not studied, or that no data were provided.

The decision rules were developed and consulted to resolve potentially conflicting findings. Conflicting findings were apparent when studies reported findings from more than one measure in a single domain. When such findings were in opposite directions, a "0" was recorded to indicate that the findings appeared to cancel each other out and/or that the results could not be interpreted. When the findings were in the same direction, but of different magnitudes (e.g., + +, +, and 0), they were reported to be not statistically significant. When studies used multiple baselines, the last baseline score obtained while the participants resided in the institution was used as the point of reference. When studies reported results from more than one post-test, this review noted the outcome for the longest interval between baseline and follow-up.

In independent ratings the authors reached agreement on 95% of the cases in terms of whether a particular category was reported in a specific study. The disagreements were resolved through collaborative discussion. In terms of the outcome noted for each study, the authors were initially in agreement in 95% of the cases. The primary difficulty was for studies in which more than one result was noted in a category. Conflicting ratings were resolved through re-examination of

studies and the refinement of the decision rules which produced the standards noted previously.

## Results

*Contrast group studies*

Twelve studies compared people who moved from institutions to small residential settings with a "contrast" group of people who stayed in institutions. All of the studies found either a significant improvement associated with community placement or found improvements that did not reach statistical significance (see Table 1). In terms of overall challenging behaviour, only one study reported a difference between stayers and leavers that was statistically significant. In that study, movers stayed the same while the stayers had overall challenging behaviour ratings that declined significantly.

The findings regarding outcomes within specific domains of adaptive behaviour among the contrast group studies (see Table 2) showed movers with either statistically significant improvements relative to the stayers, or with improvements that did not reach statistical significance. As the Lynch et al. (1997) meta-analysis reported, the self-care or domestic skills domain of adaptive behaviour showed the most consistent statistically significant improvements. Other adaptive behaviour domains that showed statistically significant improvements in at least two separate studies included academic skills, community living skills, social skills, and vocational skills. Only one study examined the subdomains of challenging behaviour. That study reported significant improvements in externalised maladaptive behaviour and improvements that did not reach statistical significance for internalised maladaptive behaviour.

*Longitudinal studies*
*General adaptive behaviour.*   A total of 22 longitudinal studies examined changes in overall adaptive behaviour among movers in samples in the USA (see Table 3). Of those studies, 13 reported statistically significant improvements in overall adaptive behaviour associated with moving to a small community setting and two reported significant declines.

*General challenging behaviour.*   Longitudinal studies of changes in challenging behaviour showed the same variability reported for the contrast group studies. Ten US studies found improvements in challenging behaviour after the move, including three studies in which these changes were statistically significant (after 6, 9, 36 and 72 months). Six studies reported increased levels of challenging behaviour after the move, including two studies (conducted during the 1980s) that reported statistically significant increases (after 15 and 24 months).

*Specific domains.*   Fourteen longitudinal studies examined changes in specific domains of adaptive and challenging behaviour (see Table 4). While the contrast

40    *Kim, Larson & Lakin*

Table 1

*Overall adaptive and challenging behaviour outcome: contrast group studies*

| Study | State | $n^a$ (E, C) | Age[b] | Level of mental retardation[c] | Time (months) | Adaptive[d] | Challenging[d] | Instrument[e] |
|---|---|---|---|---|---|---|---|---|
| Bradley et al. (1986) | NH | 160 (80, 80) | AC | B, Mi, Mo, S, P | 72 | ++ | − | CDER |
| Calapai (1988) | NY | 106 (53, 53) | NS | Mo, S, P | 24 | + | | DDIS |
| Conroy et al. (1982) | PA | 140 (70, 70) | A | Mi, Mo, S, P | 24 | ++ | ++[f] | BDS |
| Conroy et al. (1991) | CT | 248 (124, 124) | A | Mi, Mo, S, P | 60 | ++ | + | CIER |
| D'Amico et al. (1978) | WV | 13 (6, 7) | AC | Mi, Mo, S, P | 12 | ++ | | CBC |
| Davis (1990) | PA | 66 (33, 33) | A | NS | 48 | + | + | BDS |
| Rosen (1985) | AR | 112 (56, 56) | A | B, Mi, Mo, S, P | 24 | ++ | | SSSQ |
| Schroeder & Hanes (1978) | NC | 38 (19, 19) | A | MA range 4.0–6.8 years | 12 | ++ | | PAC |
| Williams et al. (1985) | DC | 26 (13, 13) | AC | B, Mi, Mo, S, P | 15 | + | − | ABS |

[a] Numbers in parentheses indicate the number of persons in the experimental (E) and control (C) groups.
[b] A, adults; AC, adults and children; NS, not specified.
[c] B, borderline; Mi, mild; Mo, moderate; S, severe; P, profound; NS, not specified.
[d] ++, statistically significant improvement relative to the control group at $p ≤ 0.05$; +, improvement relative to the control group, but not statistically significant; −−, statistically significant decline relative to the control group at $p ≤ 0.05$; −, decline relative to the control group, but not statistically significant; 0, no change or conflicting results relative to the control group.
[e] ABS, Adaptive Behaviour Scale; BDS, Behaviour Development Scale; CBC, Camelot Behaviour Checklist; CDER, Client Development Evaluation Report; CIER, Connecticut Individual Evaluation Report; DDIS, Developmental Disabilities Information Survey; PAC, Progress Assessment Chart; SSSQ, Street Skills Survival Questionnaire; VABS, Vineland Adaptive Behaviour Scales.
[f] The experimental group stayed the same while the control group declined.

Table 2

*Adaptive and challenging behaviour domain outcomes[a]: contrast group studies*

| Study[b] | Academic skills | Community living skills | Language/ communication skills | Motor/ physical skills | Leisure/ recreation skills | Self-care/ domestic skills | Social skills | Vocational skills | Challenging behaviour frequency | Challenging behaviour severity | External behaviour | Internal behaviour | Asocial behaviour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bradley et al. (1986) | | | | | | | | | | | | | |
| Calapai (1988) | + | + | + | + | | + | | 0 | | | | | |
| Close (1977)[c] | | | | | | + + | | | | | | | |
| D'Amico et al. (1978) | 0 | + + | + + | + + | | + + | + + | 0 | | | | | |
| Eastwood & Fisher (1988)[d] | + + | + | + | | 0 | + + | + + | + + | | | | | |
| Horner et al. (1988)[f] | | + | | | | + + | + + | + + | | | + + | + | |
| Rosen (1985) | + + | + + | | | | + | + | | | | | | |
| Schroeder & Hanes (1978) | | | + | | | | | | | | | | |

+ +, statistically significant improvement relative to the control group; +, improvement relative to the control group, but not statistically significant; − −, statistically significant decline relative to the control group; −, decline relative to the control group, but not statistically significant; 0, no change or conflicting results relative to the control group. Statistical significance reflects a *p*-value £ 0.05.
[a] In cases where repeated measures are reported, results from the last time period are used.
[b] Complete information on study characteristics can be found in Table 1 unless otherwise indicated.
[c] This study was conducted in Oregon with 12 adult participants (six per group) who had severe and profound levels of mental retardation. The Developmental Record (DR) was used to assess subjects after 12 months in the community.
[d] This study was conducted in the northeastern USA with 98 adult participants (49 per group) who had borderline, mild, moderate, severe, and profound levels of mental retardation. The MDPS was used to assess subjects after 60 months in the community.
[f] This study was conducted in Oregon with 46 adult participants (23 per group) who had mild, moderate, severe, and profound levels of mental retardation. The BDS was used to assess participants after 60 months in the community.

42   Kim, Larson & Lakin

**Table 3**

*Overall adaptive and challenging behaviour outcomes: longitudinal studies*

| Study | State | n | Age[a] | Level of mental retardation[b] | Time (months) | Adaptive[c] | Challenging[c] | Instrument[d] |
|---|---|---|---|---|---|---|---|---|
| Apgar et al. (1998) | NJ | 44 | A | B, Mi, Mo, S, P | 60 | + + | + | JIF |
| Bolin (1994) | OK | 44 | AC | Mi, Mo, S, P | 12 | + + | | ADS |
| Bradley et al. (1986) | NH | 93 | AC | B, Mi, Mo, S, P | 84 | + + | – | CDER |
| Business Services Group (1999) | CA | 44 | AC | B, Mi, Mo, S, P | 12 | – – | + | CDER |
| Calapai (1988) | NY | 53 | NS | Mo, S, P | 6 | – –[e] | | DDIS |
| Center for Outcome Analysis (1999) | IN | 92 | AC | Mi, Mo, S, P | 6 | + + | | ABS |
| Colorado Div. of Dev. Dis. (1982) | CO | 115 | AC | Mi, Mo, S, P | 12 | + + | – | BDS |
| Conroy (1995) | OK | 382 | AC | B, Mi, Mo, S, P | 60 | + + | | BDS |
| Conroy (1998) | KS | 88 | AC | P | 12 | + + | | ABS |
| Conroy & Bradley (1985) | PA | 383 | A | B, Mi, Mo, S, P | 72 | + + | + + | BDS |
| Conroy et al. (1988) | CT | 207 | A | B, Mi, Mo, S, P | 24 | + + | – – | CIER |
| Conroy et al. (1991) | CT | 569 | A | Mi, Mo, S, P | 60 | + + | + + | CIER |
| Conroy et al. (1998) | CA | 91 | AC | Mi, Mo, S, P | 36 | + + | + + + + | CDER |
| Feinstein et al. (1986) | LA | 158 | AC | B, Mi, Mo, S, P | 9 | + + | + + + + | BDS |
| Feinstein et al. (2000) | PA | 223[i] | AC[f] | B, Mi, Mo, S, P[f] | 6 | + + | + + | BDS |
| Fortune et al. (1995) | WY | 157 | AC[f] | B, Mi, Mo, S, P | 72 | – – | – * | ICAP |
| Hayden et al. (1995) | MN | 190 | A | Mi, Mo, S, P | 12 | | – | ICAP |
| Kleinberg & Galligan (1983) | NY | 20 | A | Mo, S, P | 12 | + + | | ABS |
| Maisto & Hughes (1995) | NC | 42 | A | Mi, Mo | 12 | + + | + | SIB |
| Rose et al. (1993) | PA | 7 | A | S, P | 24 | + * | | ICAP |
| Thompson & Carey (1980) | MN | 7[h] | A | S, P | 24 | + + * | | MDPS |
| Williams et al. (1985) | DC | 80 | AC | B, Mi, Mo, S, P | 15 | + | – – | ABS |

[a] A, adult; AC, adults and children; NS, not specified.
[b] B, borderline; Mi, mild; Mo, moderate; S, severe; P, profound.
[c] + +, statistically significant improvement after move to the community; +, improvement after move to the community, but not statistically significant; – –, statistically significant decline after move to the community; –, decline after move to the community, but not statistically significant; 0, no change or conflicting results after move to the community; *, mean scores not tested for statistical significance. Statistical significance reflects a *p*-value £ 0.05.
[d] ABS, Adaptive Behaviour Scale; ADS, Adaptive Development Scale; BDS, Behaviour Development Scale; CDER, Client Development Evaluation Report; CIER, Connecticut Individual Evaluation Report; DDIS, Developmental Disabilities Information Survey; ICAP, Inventory for Client and Agency Planning; JIF, Johnstone Information Form; MDPS, Minnesota Developmental Progress Scales; PLQP, Personal Life Quality Protocol; PAC, Progress Assessment Chart; SIB, Scales of Independent Behaviour.
[e] The participants demonstrated statistically significant gains between 6 and 12 months and between 12 months and between 12 and 24 months. However, tests were not conducted to compare later years' results with baseline findings.
[f] Demographics were reported for the entire population of Wyoming service recipients. The authors report the sample to be representative of the population.
[g] Sample size declined over the life of the experiment. Only testing periods for which the number of participants was reported are listed here.
[h] Only six of the women in this study had moved from an institution to the group home.
[i] Only 168 individuals were included for challenging behaviour.

*Behavioural outcomes of deinstitutionalisation* 43

Table 4

*Adaptive and challenging behaviour domain outcomes[a]: longitudinal studies*

| Study[b] | Academic skills | Community living skills | Language/ communication skills | Motor/ physical skills | Leisure/ recreation skills | Self-care/ domestic skills | Social skills | Vocational skills | Challenging behaviour frequency | Challenging behaviour severity | External behaviour | Internal behaviour | Asocial behaviour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apgar et al. (1998) | | + + | + | − | | 0 | + + | | | | + | | |
| Bofin (1994) | | | | | | | | | +[i] | +[i] | | | |
| Bradley et al. (1986) | | | | | | | | + + | | | | | |
| Conroy (1995) | | | | | | | | | | + +[i] | | | |
| Conroy (1998) | | | | | | | | + +[j] | | | | | |
| Conroy et al. (1988) | | | | | | | | + + | | | | | |
| Fortune et al. (1995) | | | | | | | | | | | | | |
| Horner et al. (1988)[c] | | + + | + | | | + + | + + | | | | + + | + + | + + |
| Kleinberg & Galligan (1983) | | | 0 | | 0[d] | 0 | + +[d] | | | | + + | + | 0[k] |
| O'Neill et al. (1985)[e] | | | | | | 0 | | −[d] | | | | | |
| Rose et al. (1993) | | + + | + + | + + | | + + | + + | + + | | | + | + + | 0 |
| State of Wisconsin (1986)[f] | + | +[f] | +[f] | | +[f] | +[f] | +[f] | | | | | + + | |
| Thompson & Carey (1980) | | + | + | | | | + + | | | | | | |
| Williams et al. (1985) | | + + | | | | − | | | | | − | − | |

+ +, statistically significant improvement after move to the community; +, improvement after move to the community, but not statistically significant; − −, statistically significant decline after move to the community; −, decline after move to the community, but not statistically significant; 0, no change or conflicting results after move to the community. Statistical significance reflects a *p*-value ≤ 0.05.
[a] In cases where repeated measures are reported, results from the last time period are used.
[b] Complete information on study characteristics can be found in Table 1 unless otherwise indicated.
[c] This study was conducted in Oregon with 23 adult participants who had mild, moderate, severe, and profound levels of mental retardation. The BDS was used to assess participants after 60–84 months in the community.
[d] The MDPS was used as the outcome measure.
[e] This study was conducted in New York with 27 adult participants who had mild, moderate, severe, and profound levels of mental retardation. The Skill Indicator (SI) was used to assess subjects after 9 months in the community.
[f] The PAC was used as the outcome measure.
[g] This study was conducted in Australia with 57 adult participants who had severe and profound levels of mental retardation. The PAC was used to assess participants after 12, 17, and 49 months in the community. Results obtained after 49 months are reported here.
[h] This study was conducted in Northern Ireland with 11 adult participants who had mild mental retardation. The ABS was used after 18–84 months in the community.
[i] The Challenging Behaviour Scale (CBS) was used as the outcome measure.
[j] The Orientation towards Productive Activities scale was used.
[k] Asocial behaviour increased for participants with IQs less than 20 but decreased for participants with IQs greater than 20.

group studies found the most consistent pattern of improvements in self-care or domestic skills, among the longitudinal studies social skills showed the most consistent improvement. Six of the seven longitudinal studies that measured social skills found statistically significant improvements after movement to the community, and the seventh found improvements that did not reach statistical significance. Similarly, consistent improvements were reported for community living skills with five studies reporting improvements that were statistically significant. Four studies reported statistically significant improvements in vocational skills associated with deinstitutionalisation.

Patterns within specific domains of challenging behaviour were not predictably associated with movement to the community. Of the significant changes in a type or domain of challenging behaviour, five were significant improvements, while two (both in the same study) were significant declines. All of the non-significant findings were reports that challenging behaviour had improved but the change was not statistically significant.

**Discussion**

Ten years ago, when we published our first synthesis of the literature on the outcomes of deinstitutionalisation, we concluded that "available research denies support for the assertion that people obtain greater or even equal benefit in adaptive behavior from living in institutions. In fact, this research suggests that those benefits very consistently accrue more to the people who leave institutions to live in small community homes" (Larson & Lakin, 1989). Studies conducted in the subsequent decade continue to support this conclusion. In 19 of 21 studies reporting statistically significant changes in adaptive behaviour, statistically significant improvements in adaptive behaviour were found to be associated with movement to community settings.

Some researchers argue that when adaptive behaviour is measured over time after deinstitutionalisation it stops improving, and that therefore the change in adaptive behaviour score was due to changes in environmental opportunities rather than to differences in the conduciveness of the environment to learning (e.g., Felce & Perry, 1996). This may or may not be the case in all cultures. In a summary of studies that followed people who were deinstitutionalised over different periods of time, Conroy (1998) reported that the gain in adaptive behaviour scores is greater in studies over longer periods of time. For example, he reports that adaptive behaviour gains were 10.4, 9.3, and 8.0 points on a 100 point scale in studies following people for 14, 8 and 7 years, respectively, versus 2.0, 2.2 and 1.7 in studies following people for 3, 2 and 1 year(s), respectively. Even if adaptive behaviour changes are due in part to changes in environmental opportunities, one of the reasons deinstitutionalisation is such a powerful policy is that it seeks to maximise inclusion for people with intellectual disability. According to the US Supreme Court findings in the Olmstead case, to do otherwise in the absence of a viable professional justification, is a violation of the rights granted US citizens by the Americans with Disabilities Act (*Olmstead v. L.C.*, 119 S. Ct. 2176, 1999).

It is sometimes questioned whether the changes in adaptive behaviour that are so commonly found to be statistically significant among people moving from institutions to small community homes have sufficient practical significance in their lives to justify the major changes involved in deinstitutionalisation. The issue of practical significance may be culturally variable. Certain countries, including the USA, have adopted least restrictive setting expectations whereby community settings are the "default" placement. It is the institution that must be justified because it is presumed that segregation is an inherent danger. As the US studies since 1990 have shown, the evidence in regard to adaptive behaviour and challenging behaviour, as measured by standardised instruments, suggests that community settings produce improved adaptive behaviour and are at least as effective as institutions in addressing challenging behaviour for people who have moved.

The USA began its deinstitutionalisation efforts in the 1960s. For the last 20 years, institution depopulation in the USA has primarily involved moving people with more severe disabilities and more serious challenging behaviour to small community homes (with six or fewer people). To illustrate the impact of this trend, the number of people in state-operated institutions in the USA with profound mental retardation declined from 67,066 of 119,335 total residents in 1982 to 33,295 of 51,485 total residents in 1998 (Prouty & Lakin, 1999). The social significance of the results reported in this review is that these individuals have demonstrated the same patterns of benefits in regard to adaptive behaviour as had been experienced by persons with less significant limitations in earlier years.

In the area of challenging behaviour, somewhat different outcomes were noted in recent studies than in studies published during the 1980s (when two studies reported statistically significant deterioration in challenging behaviour and two studies reported statistically significant improvements). Since 1990, 12 studies have tested changes in overall challenging behaviour associated with movement to the community in the USA; three found significant improvements, while the rest showed no significant change. Since 1990, the studies that examined specific subdomains of challenging behaviour reported either significant improvement (three studies) or reported no significant change. These findings are important because a common argument against deinstitutionalisation is that challenging behaviour will deteriorate when the person moves. Studies of deinstitutionalisation in the 1990s in the USA suggest that challenging behaviour either improves or does not change (i.e., that outcomes in community settings regarding challenging behaviour were at least the same if not better than in the institution).

Perhaps these more positive outcomes for challenging behaviour in studies conducted during the 1990s are a result of improved behavioural supports available to persons in community settings. Increasingly, examples of systems and strategies of community behavioural support can be found in the professional literature and descriptions of innovations in community services. Indeed many of these community behavioural support programmes are built around behavioural expertise and personnel who began working in community settings as a result of massive closures and depopulation of institutions in the USA (e.g., Colond & Wieseler, 1995). Evaluations of community behaviour support and crisis response systems show that

46   *Kim, Larson & Lakin*

they can be both effective in addressing challenging behaviour and preventing institutionalisation, and be at the same time cost effective (Rudolph, Lakin, Oslund, & Larson, 1998). Perhaps the greater experience in serving people with challenging behaviour in community settings is increasing the effectiveness of those services. Perhaps too, the substantial shift in the 1990s in the USA towards more person-centred services (e.g., consumer-controlled housing) and person-centred planning has increased quality of life, and therefore reduced the stimuli of challenging behaviour.

   Evidence that community services are becoming more concerned with ensuring quality of life comes from a variety of sources. For example, Apgar, Cook, and Lerman (1998) found that people who moved from institutions improved their material well-being and community integration. Conroy, Lemanowicz, Feinstein, and Bernotsky (1991) found that social presence increased significantly when people moved from institutions to community settings, and that movers reported significantly higher overall quality of life, satisfaction, productivity, independence and integration than a comparison group who stayed in an institution. Conroy (1995) found that 382 Oklahomans who moved from institutions to community homes enjoyed more opportunities to make choices after they moved. Stancliffe and Lakin (1998) reported that individuals who left institutions used a significantly wider array of community places, engaged in significantly more social activities, experienced significantly more personal integration, had significantly more family contacts and made significantly more choices at an adjusted expenditure that was 66% of that of their counterparts who remained in institutions.

   In this review, we summarised reports that measured adaptive behaviour using standardised rating scales. That is, only one way to measure change. A review of research in the UK and Ireland found several studies measuring adaptive or challenging behaviour using direct observation rather than or in addition to measuring it using standardised instruments (Emerson & Hatton, 1996). That review reported that movement to small community homes was associated with increased engagement in ongoing activities, greater amounts of contact from staff, increased participation in community activities, gains in adaptive behaviour (whether measured by observation or by standardised adaptive behaviour assessments) and improvements in observed levels of challenging behaviour. It would be interesting to compare the results of observational studies with their strengths (e.g., in reliable data collection for each unit of time) and weaknesses (e.g., in the number of intervals sampled) with adaptive behaviour rating scales with their strengths (e.g., use of informants who have observed individuals over long periods or countless intervals) and weaknesses.

   This review has been able to draw on a data set of remarkable size (over 2600 participants) and scope (pre- and post-tests over a period of 6 months to 7 years). The findings are not easily dismissed. There are, however, limitations that must be noted:

1. While this review examined more than 250 studies on this topic, there are undoubtedly other studies that we did not identify. Although we used many

Case 1:72-cv-00469-JLT    Document 199-4    Filed 05/31/2007    Page 13 of 17

*Behavioural outcomes of deinstitutionalisation*    47

approaches to identify relevant studies, much of this research is contracted evaluation research and is not submitted for publication. Its identification, therefore, is not always successful.

2. This review was specific to studies conducted in the USA. These authors are aware of at least 13 studies conducted in Europe or Australia on similar topics (e.g., Conneally, Boyle, & Smyth, 1992; Cullen et al., 1995; Cummins, Polzin, & Theobold, 1990; Lowe, de Paiva, & Felce, 1993; Molony & Taplin, 1990; Webb, Wells, & Hornblow, 1986). We suspect that there are many more also available. This review focused on US studies in part because of differences in history, patterns of service provision and timing of the deinstitutionalisation movements across these countries.

3. Maturation effects cannot be ruled out. As people get older they grow and develop skills. In a longitudinal study people are maturing during the study. The selection criteria attempted to control for this by ruling out studies conducted primarily on children who are most susceptible to "maturation effects". The congruence between the findings of the "contrast" group and longitudinal studies suggests that the outcomes noted in the longitudinal studies were not due solely to maturation effects.

4. Many studies adapted existing instruments to meet their own purposes. While most studies reviewed reported the reliability of their measures or used measures with reliability reported elsewhere, not all did.

5. While all of the studies met basic criteria listed in the methods section, studies varied in their scientific rigor or at least in the degree to which the rigor of the methodology was described.

6. The participant selection for the studies may have a positive bias in that some persons who moved to the community and experienced declines in adaptive behaviour or increases in challenging behaviour were re-institutionalised. Score changes for persons re-institutionalised before follow-up were not generally included in the data sets.

7. Although this report differentiates between findings that were statistically significant and those that were not, it does not report indices of effect size, or practical significance for those studies that had statistically significant findings. Effect sizes were rarely reported in the studies reviewed. No study reviewed reported an index of beta, or statistical power. On a positive note in this regard, the one meta-analysis that has addressed research on this topic reported findings that were consistent with those reported in this review (Lynch et al., 1997).

Despite these limitations, this is a robust set of research whose findings are remarkable for their consistency. They support the institution depopulation movement within the USA, but, perhaps more importantly, have and will continue to contribute to it.

48   *Kim, Larson & Lakin*

*Acknowledgements*

Preparation of this manuscript was supported by a grant from the Administration on Developmental Disabilities (grant no. 90DN0028/03) with supplemental support from the Health Care Financing Administration of the US Department of Health and Human Services. Additional support was provided by the National Institute on Disability and Rehabilitation Research, US Department of Education (agreement no. H133B980047).

A version of this manuscript was published by the Institute on Community Integration as a Policy Research Brief.

# REFERENCES

Apgar, D. H., Cook, S., & Lerman, P. (1998). *Life after Johnstone: impacts on consumer competencies, behaviors and quality of life*. Newark, NJ: New Jersey Institute of Technology, Center for Architecture and Building Science Research.

Bolin, B. L. (1994). Developmental disabilities quality assurance: a study of deinstitutionalization. Unpublished Doctoral Dissertation. Stillwater, OK: Oklahoma State University.

Bradley, V. J., Conroy, J. W., Covert, S. B., & Feinstein, C. S. (1986). *Community options: the New Hampshire choice*. Cambridge, MA: Human Services Research Institute.

Business Services Group (1999). *Longitudinal quality of life study: Phase III*. Sacramento, CA: Business Services Group, California State University, Sacramento.

Calapai, P. (1988). Adaptive behaviors of developmentally disabled adults living in community residences. Unpublished Doctoral Dissertation. Hofstra University Hempstead NY.

Center for Outcome Analysis. (1999). *The Indiana quality tracking project on DC closures: preliminary findings*. Bryn Mawr, PA: Center for Outcome Analysis.

Close, D. W. (1977). Community living for severely and profoundly retarded adults: a group home study. *Education and Training of the Mentally Retarded, 12*, 256–262.

Coland, J. S., & Weisler, N. A. (1995). Preventing restrictive placements through community support services. *American Journal of Mental Retardation, 100*, 201–206.

Colorado Division of Developmental Disabilities. (1982). *Colorado's regional center satellite group homes: an evaluation report*. Denver: Author.

Conneally, S., Boyle, G., & Smyth, F. (1992). An evaluation of the use of small group homes for adults with a severe and profound mental handicap. *Mental Handicap Research, 5*(2), 146–168.

Conroy, J. W. (1995). *The Hissom outcome study: a report on six years of movement into supported living. The well-being of people with developmental disabilities in Oklahoma* (Brief Report no. 1). Ardmore, PA: Center for Outcome Analysis.

Conroy, J. W. (1998). *Are people better off? Outcomes of the closure of Winfield State Hospital*. Report submitted to the Kansas Council on Developmental Disabilities. Rosemont, PA: Center for Outcome Analysis.

Conroy, J. W., & Bradley, V. J. (1985). *The Pennhurst longitudinal study: a report of five years of research and analysis*. Philadelphia: Temple University Developmental Disabilities Center. Boston: Human Services Research Institute.

Conroy, J., Efthimiou, J., & Lemanowicz, J. (1982). A matched comparison of the developmental growth of institutionalized and deinstitutionalized mentally retarded clients. *American Journal on Mental Deficiency, 86*, 581–587.

Conroy, J. W., Feinstein, C. S., & Lemanowicz, J. A. (1988). *Results of the longitudinal study of CARC v. Thorne class members* (Report no. 7). Philadelphia: Temple University, Developmental Disabilities Center.

Conroy, J. W., Lemanowicz, J. A., Feinstein, C. S., & Bernotsky, J. M. (1991). *1990 results of the CARC v. Thorne longitudinal study. The Connecticut Applied Research Project* (Report no. 10). Narberth, PA: Conroy & Feinstein Associates.

Conroy, J. W., Seiders, J., & Yuskauskas, A. (1998). *Patterns of community placement IV: the fourth annual report on the outcomes of implementing the Coffelt settlement agreement* (Report no. 17). Bryn Mawr, PA: Center for Outcome Analysis.

Cullen, C., Whoriskey, M., Mackenzie, K., Mitchell, W., Ralston, K., Shreeve, S., & Stanley, A.

(1995). The effects of deinstitutionalization on adults with learning disabilities. *Journal of Intellectual Disability Research, 39*(6), 484–494.

Cummins, R. A., Polzin, U., & Theobald, T. (1990). The deinstitutionalization of St. Nicholas hospital III: four year follow-up of life-skill development. *Australia and New Zealand Journal of Developmental Disabilities, 16*(4), 219–232.

D'Amico, M. L., Hannah, M. A., Milhouse, J. A., & Froleich, A. K. (1978). *Evaluation of adaptive behavior. Institutional vs. community placements and treatment for the mentally retarded.* Stillwater, OK: Oklahoma State University, National Clearing House of Rehabilitation Materials.

Davis, V. J. (1990). A follow-up study of the development of mentally retarded individuals placed in the community compared with a sample who remained in a residential center. Unpublished Doctoral Dissertation. Pittsburgh, PA: University of Pittsburgh.

Eastwood, E. A., & Fisher, G. A. (1988). Skill acquisition among matched samples of institutionalized and community-based persons with mental retardation. *American Journal on Mental Retardation, 93,* 75–83.

Emerson, E., & Hatton, C. (1996). Deinstitutionalization in the UK and Ireland: outcomes for service users. *Journal of Intellectual and Developmental Disability, 21*(1), 17–37.

Feinstein, C. S., Lemanowicz, J. A. DeRosa, C. S., & Clarke, A. F. (2000). *Evaluation of the well-being of people who moved from Pennsylvania's state facilities to the community in 1998.* Philadelphia: Temple University, Institute on Disabilities (UAP).

Feinstein, C. S., Lemanowicz, J. A., Spreat, S., & Conroy, J. W. (1986). *Report to the special master in the case of Gary W. v. the State of Louisiana.* Philadelphia: Temple University, Developmental Disabilities Center.

Felce, D., & Perry, J. (1996). Adaptive behaviour gains in ordinary housing for people with learning disabilities. *Journal of Applied Research in Intellectual Disabilities, 9,* 101–114.

Fortune, J., Heinlein, K. B., & Fortune, B. (1995). Changing the shape of the service population. *European Journal of Mental Disability, 2*(8), 20–37.

Hayden, M. F., DePaepe, P., Soulen, T., & Polister, B. (1995). *Deinstitutionalization and community integration of adults with mental retardation: summary and comparison of the baseline and one-year follow-up residential data for the Minnesota Longitudinal Study* (Project Report no. 1). Minneapolis: University of Minnesota, Research and Training Center on Community Living.

Horner, R. H., Stoner, S. K., & Ferguson, D. L. (1988). *An activity-based analysis of deinstitutionalization: the effects of community re-entry on the lives of residents leaving Oregon's Fairview Training Center.* Salem, OR: University of Oregon, Specialized Training Program of the Center on Human Development.

Kleinberg, J., & Galligan, B. (1983). Effects of deinstitutionalization on adaptive behavior of mentally retarded adults. *American Journal of Mental Deficiency, 88,* 21–27.

Larson, S. A., & Lakin, K. C. (1989). Deinstitutionalization of persons with mental retardation: behavioral outcomes. *Journal of the Association for Persons with Severe Handicaps, 14*(4), 324–332.

Larson, S. A., & Lakin, K. C. (1991). Parental attitudes about residential placement before and after deinstitutionalization: a research synthesis. *Journal of the Association for Persons with Severe Handicaps, 16*(1), 25–38.

Lowe, K., de Paiva, S., & Felce, D. (1993). Effects of a community-based service on adaptive and maladaptive behaviour: a longitudinal study. *Journal of Intellectual Disability Research, 37,* 3–22.

Lynch, P. S., Kellow, J. T., & Willson, V. L. (1997). The impact of deinstitutionalization on the adaptive behavior of adults with mental retardation: a research synthesis. *Education and Training in Mental Retardation and Developmental Disabilities, 32,* 255–261.

Maisto, A. A., & Hughes, E. (1995). Adaptation to group home living for adults with mental retardation as a function of previous residential placement. *Journal of Intellectual Disability Research, 39*(1), 15–18.

Molony, H., & Taplin, J. E. (1990). The deinstitutionalization of people with a developmental disability under the Richmond program: changes in adaptive behavior. *Australia and New Zealand Journal of Developmental Disabilities, 16*(2), 149–159.

O'Neill, J., Brown, M., Gordon, W., & Schonhorn, R. (1985). The impact of deinstitutionalization on activities and skills of severely/profoundly mentally retarded multiply-handicapped adults. *Applied Research in Mental Retardation, 6,* 361–371.

Prouty, R., & Lakin, K. C. (2000). *Residential services for persons with developmental disabilities:*

50   *Kim, Larson & Lakin*

*status and trends through 1999*. Minneapolis: Research and Training Center on Community Living, University of Minnesota.

Prouty, R., & Lakin, K. C. (1999) *Residential services for persons with developmental disabilities: status and trends through 1998*, Minneapolis: Research and Training Center on Community Living, University of Minnesota.

Rose, K. C., White, J. A., Conroy, J., & Smith, D. M. (1993). Following the course of a change: a study of adaptive and maladaptive behaviors in young adults living in the community. *Education and Training in Mental Retardation*, 28(2), 149–154.

Rosen, D. B. (1985). *Differences in adaptive behavior of institutionalized and deinstitutionalized mentally retarded adults*. Ann Arbor, MI: University Microfilms International (DA8508127).

Rudolf, C., Lakin, K. C., Oslund, J. M., & Larson, W. (1998). Evaluation of outcomes and cost effectiveness of a community behavioral support and crisis response demonstration project. *Mental Retardation*, 36(3), 187–197.

Schroeder, S. R., & Hanes, C. (1978). Assessment of progress of institutionalized and deinstitutionalized retarded adults: a matched-control comparison. *Mental Retardation*, 16, 147–148.

Stancliffe, R. J., & Lakin, K. C. (1998). Analysis of expenditures and outcomes of residential alternatives for persons with developmental disabilities. *American Journal of Mental Retardation*, 102(6), 552–568.

State of Wisconsin, Bureau of Evaluation, Division of Policy and Budget. (1986). *Evaluation of the community integration program*. Madison, WI: Authors.

Thompson, T., & Carey, A. (1980). Structured normalization: intellectual and adaptive behavior changes in a residential setting. *Mental Retardation*, 18, 193–197.

Webb, O. J., Wells, J. E., & Hornblow, A. R. (1986). Institutions versus community placements: the effects of different residential environments on the behaviour of intellectually handicapped adults. *New Zealand Medical Journal*, 99, 951–954.

Williams, B. W., Paskow, F. S., Thompson, L., & Levine, M. P. (1985). The effects of deinstitutionalization on adaptive and maladaptive behaviors of mentally retarded person. Unpublished.

]

Copyright of Journal of Intellectual & Developmental Disability is the property of Carfax Publishing Company and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.