*Journal of Intellectual & Developmental Disability,*
*Vol. 29, No. 1, pp. 79–84, March 2004*




# Data Brief

## Deinstitutionalisation in England

ERIC EMERSON[1]

*Institute for Health Research, Lancaster University, UK*

The implementation of policies associated with deinstitutionalisation has dominated the development of services for people with intellectual disabilities in most, although not all, of the world's richer countries (Braddock, Emerson, Felce & Stancliffe, 2001; Hatton, Emerson & Kiernan, 1995). In England, traditional large-scale institutional care was provided in hospitals operated under the auspices of the National Health Service (NHS). In 1976, there were just over 51,000 recorded NHS long-stay hospital "beds" [1] for people with intellectual disabilities in England. By April 2002 this number had decreased by 93% to 3,638 [2].

This change has been accompanied by an increase in the number of people supported in community-based residential services and by wide ranging legislative changes and central policy guidance (e.g., Department of Health, 1971, 1992a,b, 1993, 2001; Office of the Deputy Prime Minister and Department of Health, 2003). It has also generated a significant amount of research in the UK (Emerson & Hatton, 1996; Felce, 2000), the results of which are consistent with those of research undertaken in the USA and Australia (Kim, Larson & Lakin, 2001; Young, Sigafoos, Suttie, Ashman & Grevell, 1998). In short, deinstitutionalisation has been shown to be associated with a range of benefits for people with intellectual disabilities, including increases in satisfaction, social inclusion, engagement and support (although it appears to have little impact on levels of challenging behaviour (Emerson & Hatton, in press).

### Changes in patterns of provision

Deinstitutionalisation (the reprovision of NHS long-stay hospital "beds") in England has not been a unified policy. Leading up to 1980, deinstitutionalisation primarily involved the movement of those individuals with the least severe disabilities to a range of often pre-existing services including hostels, semi-supported group homes, family placement (adult "fostering") schemes, bed and breakfast arrangements and independent living. In the early 1970s attention turned to developing community-based supports for people

[1] Address for correspondence: Professor Eric Emerson, Institute for Health Research, Lancaster University, Lancaster LA1 4YT, UK. E-mail: eric.emerson@lancaster.ac.uk

ISSN 1366-8250 print/ISSN 1469-9532 online/04/010079-06
© 2004 Australian Society for the Study of Intellectual Disability Inc.
DOI: 10.1080/13668250410001662838

with more severe disabilities. Initially, this involved the development of 20–24 place locally-based hospital (or community) units to serve a defined geographical area (e.g., Felce, Kushlick & Mansell, 1980). During the mid-1980s, however, these ideas gave way in most areas to the development of group homes or staffed houses based on the use of "ordinary" domestic housing (e.g., Felce, 1989; Lowe & de Paiva, 1991). More recently, the appropriateness of this model has been called into question by advocates of "supported living" (e.g., Simons, 1995, 1997). However, there have been, and remain, significant variations over time and across localities in the ways in which these policy changes have been transacted (cf., Bailey & Cooper, 1997; Emerson & Hatton, 1997, 1998, 2000). In particular, in a number of localities deinstitutionalisation was accomplished (at least in part) by the development of cluster-housing or campus-style facilities (see below), or by the development of relatively large "residential care homes". While such living arrangements are clearly less institutional in nature than traditional NHS hospitals (Emerson & Hatton, 1996), they are also significantly more institutional in character than more "inclusive" approaches to community living (Emerson et al., 2000a,b).

Figure 1 illustrates change in the number of recorded residential places for people with intellectual disabilities in England between 1976 and 2001 (the last year for which full data are available). Figure 2 illustrates the patterning of current provision across different sectors. Some caution needs to be exercised in the interpretation of these data as they reflect both changing patterns of provision and changes in the data collection process.




**Figure 1.**

***Residential services for people with intellectual disability in England, 1976–2001.***

**Figure 2.**

***Residential services for people with intellectual disability in England, 2000/2001.***

*NHS provision*

The NHS provides both long-stay "beds" and residential "places" for people with intellectual disability, accounting for 12% of total recorded provision in 2001. Long-stay "beds" represent provision in which the person has the legal status of being a patient within the NHS. There has been a marked and continuing reduction in the number of NHS long-stay beds since 1976. In 2001 there were just over 3,500 NHS long-stay beds for people with intellectual disability in England (representing 50% of NHS residential provision for people with intellectual disability). Of these, approximately 1,000 are spread across the 22 remaining NHS long-stay hospitals for people with intellectual disability. All of these are scheduled for closure by April 2004 (Department of Health, 2001). The nature of the remaining 2,500 long-stay beds is unclear. It is likely, however, that they are primarily composed of either "campus-style" or "cluster-housing" arrangements or long-term "treatment" facilities. Recent research has seriously questioned the cost-effectiveness of such services (Emerson et al., 2000a,b). As a result, the situation of all people living in "campus-style" arrangements is to be reviewed within the context of person-centred planning (Department of Health, 2001).

The NHS also provides residential "places" for people with intellectual disability. This includes all forms of residential provision operated by the NHS in which residents have

been legally "discharged" from hospital care. Again, the nature of this type of provision is unclear. It is likely, however, that they are composed of either "campus-style" or "cluster-housing" arrangements or dispersed group homes or staffed housing schemes. Information on NHS residential places has only been collected since 1996/1997.

### *Local Authority (LA) provision*

In England, Local Authorities (or more accurately Councils with Social Services Responsibilities) are responsible for arranging social care (but not health care). The initial phases of deinstitutionalisation saw the number of residential services that were directly managed by the LA rise by 84% from 6,859 in 1976 to 12,620 in 1988/1989. As a direct result of legislative change introduced in 1990 to create internal markets in social care, the extent of LA provision has now fallen to 6,630 and is expected to continue to fall. LA provision currently accounts for 10% of all provision. Thus, provision directly managed by statutory sector organisations currently accounts for 22% of all residential provision for people with intellectual disabilities in England. The average size of LA provision fell between 1994 and 2001 from 15.4 to 13.0 places per home.

### *Independent Sector (IS) provision*

Deinstitutionalisation (and the more recent pressure to reduce residential services directly managed by Local Authorities) has been associated with a significant increase in provision managed by Independent Sector organisations. Total provision by the Independent Sector has risen nearly 15-fold from 3,200 in 1976 to 50,477 in 2001. The majority of this provision is in group homes for four or more people (IS "residential" which currently accounts for 57% of all provision). Provision is equally split between "voluntary" non-profit and "private" profit-making organisations. Information on group homes for fewer than four people has only been collected since 1993/1994. Since that time, provision in small homes has risen by 216% (compared with 63% for IS "residential" provision over the same period).

The average size of IS non-profit provision (excluding all "small homes" for three or fewer people) fell between 1994 and 2001 from 9.3 to 8.4 places per home. The average size of IS for profit provision (excluding all "small homes" for three or fewer people) fell between 1994 and 2001 from 10.7 to 9.5 places per home.

Community-based residential supports are not, of course, the only alternative to traditional forms of institutional care. Other options include intentional or village communities (Cox & Pearson, 1995). There is little reliable information available on this form of provision. However, it appears that: (1) all such services are operated by IS non-profit organisations; (2) they account for approximately 2% of supported accommodation services for people with intellectual disabilities in England (Department of Health, 1999); and (3) the majority of people who live in such communities are relatively able and moved there from their family home or from residential schools. As such, the village community movement has developed independently of deinstitutionalisation.

### *Overall levels of provision*

The currently recorded overall level of provision is equivalent to 129 places per 100,000 of the general population. This level of provision is markedly lower than that reported in

the US (155) and markedly higher than that reported in Australia (100) (Braddock et al., 2001). As noted above, however, caution needs to be exercised in the interpretation of these data as they reflect both changing patterns of provision and changes in the data collection process. This is problematic when attempting to evaluate changes in the total extent of residential provision over time. Total recorded provision showed a steady decline between 1976 and 1992/1993 and a marked increase between 1995/1996 and 2000/2001. It is likely that this recent increase results from the collection of information since 1993/1994 on group homes for 3 or fewer people and collection since 1996/1997 on NHS residential "places", rather than any real change.

Our best estimate is that there has been no change in the overall level of provision over the last 25 years. This is a matter of concern since it is widely recognised that the extent of provision in the UK is insufficient to meet demand (Department of Health, 1971; Office of the Deputy Prime Minister and Department of Health, 2003). The failure over the past 25 years within English services to address deficiencies in the overall extent of provision must be seen as a significant policy failure. This failure reflects, in part, the preoccupation of English policy over this period with the mechanics of deinstitutionalisation itself.

## Notes

[1] Both "beds" and "places" are identical measures of capacity within the NHS and non-NHS residential service systems, respectively. Occupancy rates within all sectors are high due to a combination of (1) high levels of demand and unmet need and (2) economic pressures operating against maintaining services with low occupancy rates.

[2] Unless otherwise indicated all figures are extracted from statistical returns from NHS and Local Authorities to the English Department of Health. Recent data are available on their website (http://www.doh.gov.uk).

## References


Bailey, N. M., & Cooper, S. A. (1997). The current provision of specialist health services to people with learning disabilities in England and Wales. *Journal of Intellectual Disability Research, 41*, 52–59.

Braddock, D., Emerson, E., Felce, D., & Stancliffe, R. (2001). The living circumstances of children and adults with mental retardation or developmental disabilities in the United States, Canada, England and Wales, and Australia. *Mental Retardation & Developmental Disabilities Research Reviews, 7*, 115–121.

Cox, C., & Pearson, M. (1995). *Made to care: the case for residential and village communities for people with a mental handicap*. London: The Rannoch Trust.

Department of Health (1971). *Better services for the mentally handicapped*. London: Department of Health.

Department of Health (1992a). *Health care for adults with learning disabilities (mental handicap). HSG(92)42*. London: Department of Health.

Department of Health (1992b). *Social care for adults with learning disabilities (mental handicap). Local Authority Circular LAC(92)15*. London: Department of Health.

Department of Health (1993). *Services for people with learning disabilities and challenging behaviour or mental health needs*. London: Department of Health.

Department of Health (1999). *Facing the facts: services for people with learning disabilities—a policy impact study of social care and health services*. London: Department of Health.

Department of Health (2001). *Valuing people: a new strategy for learning disability for the 21st Century* (CM 5086). London: TSO.

Emerson, E., & Hatton, C. (1996). Deinstitutionalization in the UK and Ireland: outcomes for service users. *Journal of Intellectual & Developmental Disability*, *21*, 17–37.

Emerson, E., & Hatton, C. (1997). Regional and local variations in residential provision for people with learning disabilities in England. *Tizard Learning Disability Review*, *2*, 43–46.

Emerson, E., & Hatton, C. (1998). Residential provision for people with intellectual disabilities in England, Wales and Scotland. *Journal of Applied Research in Intellectual Disabilities*, *11*, 1–14.

Emerson, E., & Hatton, C. (2000). Residential supports for people with learning disabilities in 1997 in England. *Tizard Learning Disability Review*, *5*, 41–44.

Emerson, E., & Hatton, C. (in press). Lifestyle interventions for challenging behaviour. *Behavioral Interventions*.

Emerson, E., Robertson, J., Gregory, N., Kessissoglou, S., Hatton, C., Hallam, A., Järbrink, K., Knapp, M., Netten, A., & Linehan, C. (2000a). The quality and costs of community-based residential supports and residential campuses for people with severe and complex disabilities. *Journal of Intellectual & Developmental Disability*, *25*, 263–279.

Emerson, E., Robertson, J., Gregory, N., Kessissoglou, S., Hatton, C., Hallam, A., Knapp, M., Järbrink, K., Walsh, P., & Netten, A. (2000b). The quality and costs of community-based residential supports, village communities and residential campuses in the United Kingdom. *American Journal of Mental Retardation*, *105*, 81–102.

Felce, D. (1989). *The Andover Project: staffed housing for adults with severe or profound mental handicaps*. Kidderminster: British Institute for Mental Handicap.

Felce, D. (2000). *Quality of life in supported housing in the community: a review of research*. Exeter: Centre for Evidence-based Social Services, Exeter University.

Felce, D., Kushlick, A., & Mansell, J. (1980). Evaluation of alternative residential facilities for the severely mentally handicapped in Wessex: client engagement. *Advances in Behaviour Research and Therapy*, *3*, 13–18.

Hatton, C., Emerson, E., & Kiernan, C. (1995). Trends and milestones: people in institutions in Europe. *Mental Retardation*, *33*, 132.

Kim, S., Larson, S. A., & Lakin, K. C. (2001). Behavioural outcomes of deinstitutionalisation for people with intellectual disability: a review of studies conducted between 1980 and 1999. *Journal of Intellectual & Developmental Disability*, *26*, 35–50.

Lowe, K., & de Paiva, S. (1991). *NIMROD—an overview*. London: HMSO.

Office of the Deputy Prime Minister and Department of Health (2003). *Housing and support services for people with learning disabilities*. London: Office of the Deputy Prime Minister and Department of Health.

Simons, K. (1995). *My home, my life: innovative approaches to housing and support for people with learning difficulties*. London: Values Into Action.

Simons, K. (1997). *A foot in the door: the early years of supported living for people with learning difficulties in the UK*. Manchester: National Development Team.

Young, L., Sigafoos, J., Suttie, J., Ashman, A., & Grevell, P. (1998). Deinstitutionalisation of persons with intellectual disabilities: a review of Australian studies. *Journal of Intellectual & Developmental Disability*, *23*, 155–170.

Copyright of Journal of Intellectual & Developmental Disability is the property of Carfax Publishing Company and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.