packer, H. S. (1980). nan behavioral research.

ıtary intragastric feeding: ons to food intake and Comparative and Physio- 506.

phageal and oropharyn- ation. Unpublished doc- of Florida.

Johnston, J. M. (1985). nation: Four case studies. il Nutrition, 42, 95–101.

k Drum, C. (1984). A relation between food ehavior. Journal of the avior, 41, 125–134.

rum, C., & Conrin, J. d quantity to rumination d Behavior Analysis, 14,

nger-Allen, J., & Drum, ritional and mechanical ative behavior. Journal of Behavior, 44, 195–206.

n, D., & Ellinger-Allen, phageal stimulation on cript submitted for publi-

k Greene, M. (1958). ic syndrome of infancy.

, S. (1974). Lemon juice hreatening rumination in nal of Applied Behavior

ploratory data analysis. y.

ln, J., Holt, J., & Smith, tiety during sham feeding arative and Physiological

American Journal on Mental Retardation
1988, Vol. 93, No. 1, 75–83
© 1988 American Association on Mental Retardation

# Skills Acquisition Among Matched Samples of Institutionalized and Community-Based Persons With Mental Retardation

**Elizabeth A. Eastwood**
United Hospital Fund of New York (New York, New York)

**Gene A. Fisher**
University of Massachusetts

*Clients who had been moved from an institution to community settings were compared with matched clients who remained in the institution. Matching variables included age, sex, level of mental retardation, self-preservation, mobility, blindness, daily living skills, social and cognitive skills, and secondary disabilities (cerebral palsy, epilepsy, physical disability, neurological impairment, and impairment related to aging). Results demonstrated that community clients surpassed institutional clients in social and cognitive skills, but not in daily living skills. Gains in social and cognitive skills by the community sample were conditioned by baseline skill levels and the presence of secondary disabilities. The nonimpaired clients and those with the fewest skills when relocated made the greatest gains. Institutional sample members' gains were uniform across all client conditions and may have been the effect of rater bias.*

In the last quarter century, research on community placement of persons with mental retardation has focused on client characteristics associated with success (i.e., remaining outside the institution) or with recidivism (e.g., Eagle, 1967; Landesman-Dwyer, 1981; Heal, Sigelman & Switzky, 1978; McCarver and Craig, 1974; Windle, 1962). Most recently, investigators have emphasized client behavior, although some have recognized that environmental considerations may also affect client outcomes (Butler & Bjaanes, 1977; Eyman, Demaine, & Lei, 1979; Schalock, Harper, & Genung, 1981). The current focus of alternative placement studies, and the central question in this study, is: Do more normalized environments (i.e., more culturally typical residences) have a positive impact on clients' adaptive behavior?

Physical environment (including facility size) and management practices affect client outcome (Alexander, Huganir, & Zigler, 1985; Dalgliesh, 1985; Hill & Thompson, 1978). Length of time in community settings is also related to client outcome (Kleinberg & Galligan, 1983; Locker, Rao, & Weddell, 1984). Persons placed in group homes increased certain types of adaptive skills, whereas a matched institutional group did not (Aanes & Moen, 1976; Schroeder & Henes, 1978). Group homes may foster more active integration into the

Special thanks are extended to William E. Jones for support and encouragement in carrying out this study. Requests for reprints should be sent to Elizabeth A. Eastwood, United Hospital Fund of New York, 55 Fifth Ave., New York, NY 10003.

general community (Crapps, Langone, & Swain, 1985).

The strength of environmental effects (e.g., facility size, type, and management practices) appears to depend on level of retardation, as indicated by prerelease IQ, but the findings are inconsistent. Keith and Ferdinand (1984) found that among matched samples individuals with severe mental retardation made the greatest gains after community placement, whereas Hemming, Lavender, and Pill (1981) found that the greatest skill acquisition occurred among persons with IQs of 50 or more. The findings of Conroy, Efthimiou, and Lemanowicz (1982), however, provide strong evidence that even persons with severe levels of mental retardation can make strong gains in social adaptation if placed in an enriched environment.

Many investigators of skill acquisition/client placement attempt to control for sample-selection bias (i.e., deliberate or unconscious selection of clients on a number of attributes) by matching the experimental community group to an institutional control group, whose members do not get placed in the community. Because random assignment to living situations is neither possible nor desirable, matching clients on a number of variables has been a predominant methodology to study the effects of living arrangements. In the present study, the matching process was made more rigorous by extending it to include a range of disabilities and other variables that may be related either to the process of selection for community placement, the potential for positive outcome, or both. In addition, we considered the interrelations and relative weighting of matching variables and included the dependent variable for matching at the beginning of the study. By controlling adequately for selection and other factors affecting community adjustment, we could determine whether the consistent findings of earlier studies are genuine or artifactual.

We had three objectives. The first was to test the hypothesis that community placement would have a positive effect on client skill acquisition among matched institutional and community samples. The second was to determine which factors, if any, accounted for changes in clients' skill scores. The third objective was to develop, using the factors that predict change in skill scores, a profile of clients most likely and least likely to show gains in skill levels when relocated in the community.

## Method

### *Subjects*

Subjects were 49 clients relocated in the community from a medium-size state institution (501 residents) in the northeastern United States. Each client was matched to a resident of the state institution. Matching was needed because, first, community placement was not done randomly; therefore, differences between residents placed in the community and residents remaining at the state institution may reflect differences in selection criteria for community placement and not differences resulting from living in a more normal environment. Second, matching is a cost-efficient way of controlling for the many factors that affect adaptive behavior, allowing the effects of community placement to be estimated more accurately than is possible without control subjects.

In 1980, the 501 residents of the state institution were given a baseline assessment. Shortly thereafter, between 1981 and 1983, 49 of them were relocated to the community. All testing at Time 1 (1980) took place at the institution. Testing at Time 2 (1985) took place in the client's residence (i.e., the institution or community setting). Usable scores were obtained for 456 residents. Outcome measures could not be obtained for 43 of them because they were too profoundly retarded. Level of mental retardation was not assessed for 2 other residents. The remaining population available for matching was 407 residents.

### *Matching Variables*

Community residents were matched on 15 variables that were chosen for one or more of the following reasons: (a) the variable appeared to be operative in the process of selecting clients for community placement, (b) the variable was significantly correlated with outcome measures used in the evaluation of the placement program, (c) the variable had been shown to be related to similar outcome measures in earlier studies, and (d) the variable was considered to affect the relocated residents' rate of adjustment to life in the community. A list of these variables is presented in Table 1.

Age and sex were chosen because earlier studies have linked these variables with community adjustment (Seltzer, Seltzer, & Sherwood, 1982; Windle, 1962). Level of mental retardation may affect the rate at which relocated residents

**Table 1**
**Comparison of Community Re**

| Matching variable |
|---|
| Age |
| Sex (1 = male) |
| Level of mental retardation[a] |
| Secondary disability |
| Cerebral palsy |
| Epilepsy |
| Physical disability |
| Neurological impairment |
| Impairment of aging |
| Other |
| Self-preservation |
| Mobility |
| Vision impairment |
| Legally blind |
| No vision |
| Outcome measures |
| Daily living skills (ADL) |
| Cognitive/Social skills (SADL) |

[a] In 1981, $N = 456$. [b] $N = 49$. [c]
* $p < .05$.

can adapt to communi Ferdinand, 1984, vs. Hemm

Many of the residents in addition to mental retar in Table 1 as secondary dis was coded 1 if present an these variables have nc previous studies, they wer they probably complicate s ment to living in the comn

Self-preservation and r probability of being relocat new skills and behaviors preservation was defined fc evacuate a building unassis needed to evacuate; 3, phys and 4, nonambulatory. Mc five levels: 1, walks indepe support devices; 3, operates assistance with a wheelchai

Blindness may affect v which, relocated residents Legal blindness and no visi

Daily living skills and were the outcome measu included because skills m community residence (see Table 1) and because past l condition, subsequent leve living skills was the sum variables, coded from 10 performing activity) to 40

**Table 1**
**Comparison of Community Residents With the Institutional Population From Which They Were Selected**

| Matching variable | Institutional population[a] | | Clients relocated in community[b] | | Mean difference | Correlation with | |
|---|---|---|---|---|---|---|---|
| | Mean | *SD* | Mean | *SD* | | ADL[c] | SADL[d] |
| Age | 39.42 | 15.23 | 37.59 | 17.92 | −1.83 | .21* | .19* |
| Sex (1 = male) | .53 | .50 | .53 | .50 | 0.00 | .15* | .10* |
| Level of mental retardation[e] | 4.02 | .94 | 3.84 | .96 | −.18 | −.45* | −.67* |
| Secondary disability | | | | | | | |
| Cerebral palsy | .11 | .30 | .06 | .24 | −.05 | −.33* | −.19* |
| Epilepsy | .11 | .32 | .12 | .33 | .01 | −.14* | −.32* |
| Physical disability | .11 | .32 | .14 | .35 | .03 | −.07* | −.05 |
| Neurological impairment | .04 | .20 | .02 | .14 | −.02 | −.19* | −.04 |
| Impairment of aging | .06 | .23 | .10 | .31 | .05 | .09* | .05 |
| Other | .27 | .45 | .33 | .47 | .06 | .09* | .08* |
| Self-preservation | 2.29 | .88 | 1.81 | .74 | −.48* | −.63* | −.49* |
| Mobility | 1.55 | 1.16 | 1.10 | .37 | −.45* | −.39* | −.05 |
| Vision impairment | | | | | | | |
| Legally blind | .06 | .23 | .02 | .14 | −.04 | −.04 | −.07* |
| No vision | .04 | .19 | .02 | .14 | −.02 | −.17* | −.17* |
| Outcome measures | | | | | | | |
| Daily living skills (ADL) | 115.30 | 28.64 | 127.96 | 23.27 | 12.66* | 1.00 | .79* |
| Cognitive/Social skills (SADL) | 172.35 | 58.24 | 204.90 | 51.65 | 32.55* | .79* | 1.00 |

[a] In 1981, $N = 456$. [b] $N = 49$. [c] Daily living skills. [d] Social and community skills. [e] 0 = none, 5 = profound.
* $p < .05$.

can adapt to community life (cf. Keith & Ferdinand, 1984, vs. Hemming et al., 1981).

Many of the residents (70%) had disabilities in addition to mental retardation. These are listed in Table 1 as secondary disabilities. Each disability was coded 1 if present and 0 if absent. Although these variables have not been included in previous studies, they were considered because they probably complicate selection for and adjustment to living in the community.

Self-preservation and mobility affect both the probability of being relocated and the learning of new skills and behaviors once relocated. Self-preservation was defined for four levels: 1, able to evacuate a building unassisted; 2, verbal assistance needed to evacuate; 3, physical assistance needed; and 4, nonambulatory. Mobility was defined for five levels: 1, walks independently; 2, walks with support devices; 3, operates a wheelchair; 4, needs assistance with a wheelchair; and 5, bedridden.

Blindness may affect whether, or the rate at which, relocated residents acquire specific skills. Legal blindness and no vision were considered.

Daily living skills and cognitive/social skills were the outcome measures used. They were included because skills may affect selection for community residence (see mean differences in Table 1) and because past levels of skill affect, or condition, subsequent levels of attainment. Daily living skills was the sum of four interval level variables, coded from 10 (totally incapable of performing activity) to 40 (totally capable). The daily living activities included gross motor development, toileting, dressing/grooming, and eating. These variables were the first four scales contained in the Minnesota Developmental Programming Scales (MDPS, Bock & Weatherman, 1978). The daily living scale has an internal consistency coefficient (Chronbach's alpha) of .88.

Social and community skills was a composite of the last eight subscales of the MDPS. These skills also were measured from a low of 10 to a high of 40 on each activity rated. The activities included language, reading/writing, handling numbers, independent living, community orientation, use of recreation/leisure time, vocational pursuits, and social interaction. The internal consistency coefficient for this scale is .94. The entire MDPS has been used extensively in the field; Bock and Weatherman (1978) reported reliability coefficients in the .9 range across a variety of test sites and client abilities.

Outcome measures were obtained by staff members of the institution and community programs. All raters received standardized training in the use of the client assessment instrument. Raters knew clients because of their role as case coordinators. Although not enough raters were available to assign the same client to more than one rater in order to test interrater reliability, the high correlations among the subscale items of the MDPS leading to estimated reliability coefficients of .88 for daily living skills and .94 for social and

community skills suggest a high degree of interrater reliability.

*Relationship of Matching Variables to Outcome Measures and Program Selection*

Table 1 provides descriptive statistics (means and standard deviations [*SD*s]) of the 15 matching variables for the 456 institutional residents for whom assessments were made. Included with the descriptive statistics are the correlation of each variable with the two outcome measures. A statistically significant correlation indicates the need to use the variable as a control variable in selecting a comparison group from this population. Also reported in Table 1 are the means and *SD*s for the 49 clients relocated in the community. A significant difference in means between the community clients and the larger group from which they were taken indicates the presence of a selection effect that also needs to be controlled by the matching procedure. All statistics reported as significant were at the alpha level of .05 or smaller.

The average age of clients at the time of assessment was 39 years. Age had a modest but statistically significant correlation with both outcome measures. The mean age of the community residents was not significantly different from that of the institutional population.

Both samples had equal percentages of males. As can be seen from Table 1, the correlation of this variable with the outcome measures was weak but statistically significant.

Level of mental retardation was assessed on a 5-point scale. As can be seen from Table 1, the average level for the institutional population was severe, but the modal category was 5 (profound retardation), the classification of 41.8% of the residents. The level of retardation was strongly correlated with both outcome variables. The mean of the community sample did not differ significantly from that of the institutional population, but, as stated earlier, the institutional population shown in Table 1 did not include 43 residents who were so profoundly retarded that an assessment of their skills could not be made. We can only infer from Table 1 that level of mental retardation was not a consideration in the community placement of residents with measurable skills. The distribution of secondary disabilities in the community sample did not vary significantly from that of the institutional population. In general, having a secondary disability was weakly correlated with the outcome measures, but each variable had a statistically significant correlation (at the .05 level, an $r$ of .07 or greater is significant) with at least one of the two outcome measures. The strongest correlations were for cerebral palsy, neurological impairment, and epilepsy.

The average level of self-preservation corresponded to the category "needs verbal assistance to evacuate building." Approximately 38% of the residents were in this category, but nearly half (46%) were in the categories needs physical assistance and nonambulatory, representing greater disability. As expected, self-preservation was highly correlated with daily living skills and social and community skills. The mean self-preservation scores of the clients relocated in the community were significantly lower than those of the institutional sample because only 14.9% of the community residents (as opposed to 46% of the institutional population) were in the two higher categories of this scale. Apparently, the inability to evacuate a building without assistance was a barrier to relocation in the community, perhaps because of the additional and specialized staffing such clients would require.

The average level of mobility (see Table 1) indicated that most clients (78%) were able to walk independently. Still, as many as 5% were bedridden, and 12% used a wheel chair. Lack of mobility (indicated by higher scores on this measure) was significantly correlated with daily living skills but not with social and community skills. The mean mobility score of the community clients was significantly lower than that of institutionalized clients, again because lack of mobility reduced the client's ability to evacuate the residence within the legally required time. The correlation between these two variables was 0.60.

Table 1 shows that 10% of the residents were either legally blind or had no vision. Legal blindness was significantly correlated only with social and community skills, but having no vision was significantly correlated to the same degree with both outcome measures. Although a smaller percentage of the community residents were legally blind or had no vision, the differences were not significant, indicating that blindness, like other secondary disabilities, did not affect placing clients in the community.

Daily living scores range from 40 to 160 whereas social and community scores ranged from 80 to 310 (see Table 1). These scores were highly correlated. The mean scores of the community residents were significantly higher than those of the population from which they

were drawn (128 vs. 115 for daily living and 205 vs. 172 for social and community). In selecting residents for community placement, there was a clear tendency to favor those with higher levels of functioning.

The statistical tests performed in Table 1 indicate that selection effects occurred principally in two areas: self-preservation abilities and levels of functioning. Clients with higher skills levels (as indicated by daily living and social and community scores) were favored, as were clients who were most capable of evacuating their residence. Clients in these categories require less intensive care and supervision than do clients with few skills and low mobility. Matching on these variables greatly reduces the bias in the estimates of the effects of community placement. Although matching on the outcome variables (daily living skills and social and community skills) can lead to the estimation of spurious effects (see Campbell & Erlebacher, 1972), there is a greater danger of obtaining biased estimates of true effects when the outcome measure is a basis for assigning individuals to treatment (Rubin, 1977). Matching on the other variables shown in Table 1 is not needed to reduce bias but will increase the precision of the estimates.

### *Matching Procedure*

Matches were obtained from the 407 residents who were not relocated in the community by discriminant score matching, using the Mahalanobis distance metric (Rosenbaum & Rubin, 1983). Each community resident was paired with each institution resident, and a squared distance score on the 15 matching variables was computed for each pairing. Generally, the institutionalized client with the closest distance to the community client was chosen as the match. If two community clients were tied (i.e., each had the same institution resident closest), the ordering that yielded the smallest overall sum of squared distances was chosen.

The LISREL program (Jöreskog & Sörbom, 1978) was used to test the hypothesis that both samples had the same means and variance–covariance matrix. The test of equality of means yielded a chi-square goodness of fit statistic of 7.54 (15 *df*), $p = .941$; the test of equality of covariances yielded a chi-square goodness of fit statistic of 55.49 (128 *df*), $p = 1.000$), and a simultaneous test of the equality of means and covariances yielded a chi-square of 63.00 (135 df), $p =$ 1.000. These tests indicate that community and matched samples are equivalent on all variables known or thought to affect selection into residential placement and/or the outcomes of such placement.

## Results

### *Overall Effect of Community Placement*

To answer the first question of whether clients' skills improve as a result of community placement, follow-up ratings on daily living and social and community skills were made in 1985 for the 49 community residents, who had been in the community from 2 to 4 years and their 49 matched controls, who remained at the institution throughout the experimental program. The Time 2 measures of skills were compared with Time 1 measures. *T* tests were used to test the differences between and within groups over time. The *t* statistics were adjusted for measurement error in the outcome variables. The extent of measurement error was estimated by Chronbach's alpha for the daily living and social and community skills scales. One-tailed tests of significance were performed because the direction of the program's effect was hypothesized.

Table 2 shows the differences between Time 1 and Time 2 on skills scores for the two samples. Both the community and institutional groups' daily living skill scores were higher at Time 2. The community group, although making somewhat greater daily living skill gains than did the institutional group, did not make significantly greater gains. The location of the arrangement seems to make little difference in the acquisition of daily living skills.

Both groups made significant gains in cognitive/social skills between Times 1 and 2. The community group's average scores were raised by nearly 24 points, $t = 6.07, p < .0005$, whereas the institutional group's average scores were raised by nearly 11 points, $t = 5.18, p < .0005$. Overall, the community group made a significant net gain of 12.96 points on these skills, $t = 3.02, p < .005$. The community environment does appear to make a significant impact on acquisition of the more complex cognitive and social skills.

To discover the specific cognitive skill areas where differences may have occurred, we compared posttest difference on each of the 8 skill areas across the community and institutional samples. The results of this analysis are shown in

**Table 2**
**Pretest-Posttest Comparisons by Sample on Skills Scores**

| Score/Time | Community Mean | Community SD | Institution Mean | Institution SD | Difference | Adjusted *t* |
|---|---|---|---|---|---|---|
| Mean ADL[a] skill score | | | | | | |
| Time 2 | 138.18 | 22.33 | 133.69 | 23.95 | 4.49 | 1.73 |
| Time 1 | 127.96 | 23.27 | 125.82 | 23.24 | 2.14 | 1.55 |
| Difference | 10.22 | | 7.87 | | 2.35 | 1.11 |
| Mean cognitive/ social skills score | | | | | | |
| Time 2 | 228.63 | 52.08 | 207.16 | 55.16 | 21.47 | 3.92* |
| Time 1 | 204.90 | 51.65 | 196.39 | 56.05 | 8.51 | 1.83 |
| Difference | 23.73 | | 10.77 | | 12.96 | 3.02* |

[a] Daily living.
* $p<.005$.

Table 3. Significant gains were made by the community group over the institutional group in reading/writing, quantitative, independent living skills, community orientation, recreational, vocational, and social interaction skills. The only area in which the community group did not significantly surpass the institutionalized group was language skills.

**Table 3**
**Differences in Social and Community Skills Scores by Group (Time 2)**

| Skill area | Community Mean | Community SD | Institution Mean | Institution SD | *t* ratio |
|---|---|---|---|---|---|
| Language | 28.49 | 9.15 | 27.55 | 9.07 | 0.72 |
| Reading/writing | 25.18 | 9.02 | 21.82 | 7.67 | 3.07* |
| Quantitative | 25.31 | 9.88 | 22.31 | 9.62 | 2.20* |
| Independent living | 27.65 | 6.95 | 24.69 | 8.29 | 2.94* |
| Community orientation | 26.61 | 6.03 | 24.22 | 7.73 | 2.47* |
| Recreation/leisure | 29.18 | 6.64 | 26.49 | 7.50 | 2.97* |
| Vocational | 32.45 | 5.85 | 29.02 | 7.69 | 3.13* |
| Social interaction | 33.76 | 5.42 | 31.02 | 6.56 | 3.02* |

* $p<.05$.

*Specification of the Effect*

In selecting the matching variables, we considered the hypothesis that some factors affect the rate or extent to which skills are acquired, even in the normalized environment provided by community placement. Of the 15 matching variables, 10 were hypothesized to have such an effect. These are prior skill levels, degree of mental retardation, the presence of secondary disabilities, and blindness.

After the matches were made and the collection of Time 2 data undertaken, another variable that appeared likely to affect the acquisition of skills in the community was discovered. As many as three quarters of the community residents (76%) and nearly two thirds of the matched institutional sample (63%) needed and/or were receiving speech therapy. Because many of the items relating to cognitive/social skills require the use of language to communicate with others, this variable was added to the matching variables, even though it was not used to match cases.

Our hypothesis, formulated as a response to the second objective of the study, was that the effect of community placement, as measured by the change between Times 1 and 2 on the outcome measures, would be low for those with secondary disabilities, difficulty with speech, blindness, or more severe levels of mental retardation; it would be high for those without such disabilities or blindness, for those with low levels of mental retardation, and for those who could speak. In terms of skills' levels before community placement, we anticipated that a ceiling effect would be observed (i.e., those who had a low level of daily living and social skills before placement would make greater gains than those who entered placement with a high level of skills).

To test this hypothesis, we regressed the Time 2 social and community living scores on the 11 variables previously listed. Separate regressions were done by sample. The regression coefficients indicate for each sample the effect of each variable, except social and community living skills scores at Time 1, on the *change* in this score between the two time periods. The effect of these skills at Time 1 was estimated by subtracting 1 from the regression coefficient of these skills at Time 1. Generally, this effect was negative, indicating that the higher their level on social and community living skills before placement, the less clients improved their score.

Table 4 presents the results of the regression analyses. Several regression models were estimated to test the significance of subsets of predictors and to make adjustments for measure-

**Table 4**
**Regression Analysis of Changes in Social and Daily Living (SADL) Scores by Sample**

| | Institutional sample | Community sample | |
|---|---|---|---|
| Level of mental retardation[a] | 0.0[b] | 0.0 | |
| Secondary disability | | | |
| Cerebral palsy | 0.0 | −32.55* | (16.99) |
| Epilepsy | 0.0 | −12.23 | (10.68) |
| Physical disability | 0.0 | −25.39** | (9.88) |
| Neurological impairment | 0.0 | −49.72** | (23.77) |
| Impairment of aging | 0.0 | 0.0 | |
| Other disability | 0.0 | −14.62* | (7.97) |
| Vision impairment | | | |
| Legally blind | 0.0 | 0.0 | |
| No vision | 0.0 | 0.0 | |
| Speech impairment | 0.0 | −19.19** | (8.48) |
| SADL, Time 1 | 1.00*** | .76** | (.08) |
| Constant | 10.78* (.77) | 99.16** | (4.52) |
| $R^2$ | 1.00 | .84 | |

*Note.* Coefficients adjusted for measurement error in SADL. *T* ratios are in parentheses.
[a] 1 = none, 5 = profound. [b] Coefficient restricted to zero because estimates in earlier models were not significantly different from zero.
* $p<.10$. ** $p<.05$. *** Coefficient restricted to 1.0.

ment error in social and community skills. Only the final models are shown in Table 4.

The variables predicted to affect gains in social and community skills in the community sample had, as hypothesized, no effect in the matched institutional sample. An *F* test of the difference in $R^2$ for the equation with these predictors and the equation shown in Table 4 (but without adjustment for measurement error) was an insignificant 0.28 (10, 37 *df*). The final model for the institutional sample further restricted the coefficient of social and community skills to 1.0. Without such adjustment, the estimated coefficient is 0.91, which is approximately the same as the estimated reliability coefficient for this variable.

From the final model for the institutional sample shown in Table 4, we can draw two conclusions: (a) the *change* in social and community skills between Time 1 and Time 2 did not depend on previous levels of social and community skills or of the other matching variables, and (b) on average *all* Time 2 scores increased by a constant amount (10.8 points). This increase was statistically significant, as noted in the discussion of the effects of placement (Table 2); but the closeness of the correlation coefficient between social and community skills at Times 1 and 2 and the reliability coefficient of this variable suggests that whatever variation there is about the average change score of 10.8 is probably attributable to measurement error and nothing else (Bohrnstedt, 1983). The "bias" of 10.8 points shown in Table 2 may have resulted from an awareness on the part of raters at the institution that the community placement program was being evaluated.

The final model for the community sample shows that secondary disabilities tended to reduce the extent of gain in social and community skills, with the greatest reductions appearing in neurological impairment, $b = -49.7$, cerebral palsy, $b = -32.6$, and physical disability, $b = -25.4$. Impairment of speech, other disabilities, and epilepsy showed modest reductions in gain of between 12 and 19 points on the social and community skills scale. Vision impairment showed originally a very small effect for the legally blind, $b = -.33$, and a positive, but nonsignificant, effect for those with no vision, $b = 18.7$. These variables were dropped from the final model. Impairment due to aging was also dropped from the final model because it too showed a very small and nonsignificant positive effect, $b = 5.3$. Although the effect of epilepsy was not statistically significant, it was retained in the final model because it was in the predicted direction.

Contrary to the findings of earlier studies (Hemming et al., 1981; Keith & Ferdinand, 1984), level of mental retardation did not have an appreciable level on gains in social and community skills. The magnitude of the effect was small, and not statistically significant. The effect of this variable appears to be mediated by its correlation with social and community skills at Time 1. Accordingly, level of mental retardation was dropped from the final model.

The correlation between social and community skills at Times 1 and 2 in the community sample was not as high as in the institutional sample. Without adjustment for measurement error, the coefficient was .81 (as opposed to .91 in the institutional sample); with adjustment, it was .88; however, when factors believed to slow the rate of change were introduced, the correlation dropped to .76, as shown in the regression results of Table 4. This means that baseline levels of social and community skills have a modest effect on the *change* in these skills. This effect is estimated at $.76 - 1 = -.24$ (i.e., those with high levels of social and community skills improved less than did those with low levels). This effect was statistically significant, $t = -3.0, p < .05$.

## Discussion

The findings from this study demonstrate that

persons with substantial disabilities benefit from placement from a centralized institution to small, decentralized community residential programs. Clients who were placed in the community had a significantly greater level of cognitive and social skills after placement than did a matched group of control clients who were not placed in the community. The community group surpassed the institutional group on seven of eight skills areas: reading/writing, quantitative, independent living, community orientation, recreation/leisure time, vocational, and social interaction. Only language skills were not significantly greater at Time 2. This finding might parallel that of Kleinberg and Galligan (1983), who determined, using the MDPS, that language skills initially increased after clients had moved to group homes and later decreased. Aanes and Moen (1976) and Schroeder and Henes (1978) found, however, that language skills increased. This is an area that deserves further study, particularly because speech therapy was associated with a smaller gain in other social skills among the relocated clients.

Both groups of clients had significantly higher daily living skills at Time 2. No differences were found between the groups on any of the individual skill scores. These findings are noteworthy because the staff to client ratios for the community residents were only two thirds that of the staff to client ratios for the institutional residents during the same period (Eastwood, 1985).

More generally, our findings also confirm that positive results from earlier community placement studies were probably not artifactual but were related to skills gains based on community placement. Because of the rigorous methodology employed (i.e., the matching procedure), there was a greater possibility that there would be no observed differences between the groups at Time 2 in our study, yet the community group made significant gains in skills scores. These findings also raise policy questions about why, with a declining institutional census nationally (Scheerenberger, 1983), there has not been a shift in federal and state funding mechanisms to permit continued growth of community-based alternatives (Braddock & Hemp, 1986).

Future research might be directed more on program models and evaluations of them with reference to client outcomes. Key variables for examination continue to be the type and size of the setting (cf. Berkovici, 1983; Bjaanes & Butler, 1974; Eastwood, 1983) because the relations between these variables are complex. Characteristics of caretakers (e.g., Sutter, Mayeda, Yee, & Yanagi, 1981), the interaction between vocational and residential settings (e.g., Schalock & Lilley, 1986), and the relation of source of funding to staff member and client behavior all merit more thorough systematic analysis.

Finally, there are three limitations of this study. First, the sample size was small and confined to a specific geographical area. Biases that we were not aware of in type of client or type of placement may have occurred. Second, because no residents who were severely low in mobility and self-preservation were placed in the community, the effectiveness of community placement cannot be ascertained for such persons. Third, few persons with profound mental retardation were included because they were underrepresented in placement and/or because their skills levels were sufficiently low so as to be excluded from the rating scale used. Because nationally, over three fourths of the institutional population are severely/profoundly mentally retarded (Hauber et al., 1984), they may not have the same range of opportunities as do persons with less severe handicaps. Program model development and evaluation merits greater emphasis to provide stimulating challenges for this portion of institutionalized persons.

## References

**Aanes, D., & Moen, M. (1976).** Adaptive behavior changes of group home residents. *Mental Retardation, 14,* 36–40.

**Alexander, K., Huganir, L. S., & Zigler, E. (1985).** Effects of different living settings on the performance of mentally retarded individuals. *American Journal of Mental Deficiency, 90,* 9–17.

**Berkovici, S. M. (1983).** *Barriers to normalization: Restrictive management of retarded persons.* Baltimore: University Park Press.

**Bjaanes, A. T., & Butler, E. W. (1974).** Environmental variation in community care facilities for mentally retarded persons. *American Journal of Mental Deficiency, 78,* 429–439.

**Bock, W., & Weatherman, R. (1978).** *The Minnesota Developmental Programming Scales.* Minneapolis: University of Minnesota.

**Bohrnstedt, G. W. (1983).** Measurement. In P. H. Rossi, J. D. Wright, & A. B. Anderson (Eds.), *Handbook of survey research* (pp. 69–121). New York: Academic.

**Braddock, D., & Hemp, R. (1986).** Government spending for mental retardation and developmental disabilities, 1977–1984. *Hospital and Community Psychiatry, 37,* 702–707.

etween vocational chalock & Lilley, of funding to staff all merit more

imitations of this was small and hical area. Biases e of client or type l. Second, because y low in mobility ed in the commu- munity placement ersons. Third, few retardation were derrepresented in skills levels were xcluded from the onally, over three lation are severely/ (Hauber et al., e same range of with less severe development and phasis to provide portion of institu-

). Adaptive behavior *Mental Retardation,*

k **Zigler, E. (1985).** on the performance *American Journal of*

*rs to normalization: arded persons.* Balti-

1974). Environmental acilities for mentally *urnal of Mental Defi-*

978). *The Minnesota Scales.* Minneapolis:

asurement. In P. H. son (Eds.), *Handbook* New York: Academic.

(1986). Government n and developmental *al and Community*




**Butler, E. W., & Bjaanes, A. T. (1977).** A typology of common case facilities and differential normalization outcomes. In P. Mitler (Ed.), *Research to practice in mental retardation* (Vol. 1, pp. 337–347). Baltimore: University Park Press.

**Campbell, D. T., & Erlebacher, A (1972).** How regression artifacts in quasi-experimental evaluations can mistakenly make compensatory education look harmful. In E. L. Struening & M. Guttentag (Eds.), *Handbook of evaluation research* (Vol. 1, pp. 597–617). Beverly Hills, CA: Sage.

**Conroy, J., Efthimiou, J., & Lemanowicz, J. (1982).** A matched comparison of the developmental growth of institutionalized and deinstitutionalized mentally retarded clients. *American Journal of Mental Deficiency, 86,* 581–587.

**Crapps, J. M., Langone, J., & Swain, S. (1985).** Quantity and quality of participation in community environments by mentally retarded adults. *Education and Training of the Mentally Retarded,* 123–129.

**Dalgliesh, M. (1985).** Assessments of residential environments for mentally retarded adults in Britain. *Mental Retardation, 21,* 204–208.

**Eagle, E. (1967).** Prognosis and outcome of community placement of institutionalized retardates. *American Journal of Mental Deficiency, 72,* 232–243.

**Eastwood, E. A. (1983).** *Service utilization patterns of community-based mentally retarded persons in Massachusetts.* Unpublished doctoral dissertation, Brandeis University.

**Eastwood, E. A. (1985).** *Residential and day program costs for persons with mental retardation: A comparison of institutional and community sites.* Belchertown State School, Belchertown, MA.

**Eyman, R. K., Demaine, G. C., & Lei, T. (1979).** Relationship between community environments and resident changes in adaptive behavior: A path model. *American Journal of Mental Deficiency, 83,* 330–338.

**Hauber, F. A., Bruininks, R. H., Hill, B. K., Lakin, K. C., Scheerenberger, R. C., & White, C. C. (1984).** National census of residential facilities: A 1982 profile of facilities and residents. *American Journal of Mental Deficiency, 89,* 236–245.

**Heal, L. W., Sigelman, C. K., & Switzky, H. N. (1978).** Research on community residential alternatives for the mentally retarded. In N. R. Ellis (Ed.), *International review of research in mental retardation* (Vol. 9, pp. 209–249). New York: Academic.

**Hemming, H., Lavender, T., & Pill, R. (1981).** Quality of life of mentally retarded adults transferred from large institutions to new small units. *American Journal of Mental Deficiency, 86,* 157–169.

**Hull, J. T., & Thompson, J. C. (1978).** Predicting adaptive functioning of mentally retarded persons in community settings. *American Journal of Mental Deficiency, 83,* 253–261.

**Jöreskog, K. G., & Sörbom, D. (1978).** *LISREL: Analysis of linear structural relationships by the method of maximum likelihood. User's Guide, Version IV.* Uppsala, Sweeden: University of Uppsala.

**Keith, K. D., & Ferdinand, L. R. (1984).** Changes in levels of mental retardation: A comparison of institutional and community populations. *Journal of the Association for the Severely Handicapped, 9,* 26–30.

**Kleinberg, J., & Galligan, B. (1983).** Effects of deinstitutionalization on adaptive behavior of mentally retarded adults. *American Journal of Mental Deficiency, 88,* 21–27.

**Landesman-Dwyer, S. (1981).** Living in the community. *American Journal of Mental Deficiency, 86,* 223–234.

**Locker, D., Rao, B., & Weddell, J. M. (1984).** Evaluating community care for the mentally handicapped adult: A comparison of hostel, home, and hospital care. *Journal of Mental Deficiency Research, 28,* 189–198.

**McCarver, R. B., & Craig, E. M. (1974).** Placement of the retarded in the community: Prognosis and outcome. In N. R. Ellis (Ed.), *International review of research in mental retardation* (Vol. 7, pp. 145–207). New York: Academic.

**Rosenbaum, P. R., & Rubin, D. B. (1983).** The central role of the propensity score in observational studies for causal effects. *Biometrika, 70,* 41–55.

**Rubin, D. B. (1977).** Assignment to treatment on the basis of a covariate. *Journal of Educational Statistics, 2,* 1–26.

**Schalock, R. L., Harper, R. S., & Genung, T. (1981).** Community integration of mentally retarded adults: Community placement and program success. *American Journal of Mental Deficiency, 85,* 478–488.

**Schalock, R. L., & Lilley, M.A. (1986).** Placement from community-based mental retardation programs: How well do clients do after 8 to 10 years? *American Journal of Mental Deficiency, 90,* 669–676.

**Scheerenberger, R. C. (1983).** *Public residential services for the mentally retarded: 1982.* Madison, WI: National Association of Superintendents of Public Residential Facilities for the Mentally Retarded.

**Schroeder, S., & Henes, C. (1978).** Assessment of progress of institutionalized and deinstitutionalized retarded adults. *Mental Retardation, 16,* 147–148.

**Seltzer, M. M., Seltzer, G. B., & Sherwood, C. C. (1982).** Comparison of community adjustment of older vs. younger mentally retarded adults. *American Journal of Mental Deficiency, 87,* 9–13.

**Sutter, P., Mayeda, T., Yee, S., & Yanagi, G. (1981).** Community placement success based on client behavior preferences. *Mental Retardation, 19*(3), 117–120.

**Windle, C. D. (1962).** Prognosis of mental subnormals. *American Journal of Mental Deficiency* (Monograph Supplement), 66(5), 1–176.