# THE PENNHURST LONGITUDINAL STUDY

## combined report of five years of research and analysis



# THE PENNHURST LONGITUDINAL STUDY

## combined report of five years of research and analysis



# THE FIVE YEAR LONGITUDINAL STUDY OF THE COURT-ORDERED DEINSTITUTIONALIZATION OF PENNHURST

## THE PENNHURST LONGITUDINAL STUDY: A REPORT OF FIVE YEARS OF RESEARCH AND ANALYSIS

James W. Conroy
Principal Investigator

Director of Research and
  Program Evaluation
Temple University
Developmental Disabilities Center/UAF
972 Ritter Hall Annex
Philadelphia, PA 19122

215-787-1356

Valerie J. Bradley
Principal Investigator

President
Human Services Research
  Institute
120 Milk Street, Eighth Floor
Boston, MA 02109

617-542-1812

## PROJECT OFFICERS

Edward L. Vreeswyk, Regional Program Director
Administration on Developmental Disabilities, Region III
U.S. Department of Health and Human Services, Philadelphia, PA

Ronald W. Conley, Ph.D., Senior Program Analyst
Office of the Assistant Secretary for Planning and
  Evaluation/Social Services Policy
U.S. Department of Health and Human Services,
Washington, DC

March 1, 1985

This project was supported by the U.S Department of Health & Human Services under two contracts: #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 and #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.

The views expressed herein are those of the authors and do not necessarily reflect the official position of the Office of Human Development Services, the Office of the Assistant Secretary for Planning and Evaluation or the U.S. Department of Health and Human Services.

# PROJECT STAFF

## TEMPLE UNIVERSITY

James W. Conroy
    Co-Principal Investigator

Celia S. Feinstein
    Director of Case Studies
    and Monitoring

James A. Lemanowicz
    Senior Data Analyst

Robert R. Walsh
    Director of Consumer
    Interview Study

## HUMAN SERVICES RESEARCH INSTITUTE

Valerie J. Bradley
    Co-Principal Investigator

John W. Ashbaugh
    Director of Cost Study

Mary Ann Allard
    Senior Analyst

The Recommended Citation for this publication is:

> Conroy, J.W., & Bradley, V.J. (1985). **The Pennhurst Longitudinal Study: A report of five years of research and analysis.** Philadelphia: Temple University Developmental Disabilities Center. Boston: Human Services Research Institute.

Additional copies of this publication may be obtained postpaid at $15 per copy, check payable to Temple University, from:

> Temple University
> Developmental Disabilities Center
> 9th Floor, Ritter Hall Annex
> Philadelphia, PA 19122
> Attention: Kathy Ann Baus

# ACKNOWLEDGEMENTS

The Temple and Human Services Research Institute research team would like to recognize the enormous contributions of the National Advisory Council for this study and of the Pennhurst Study Work Group. The five years of commitment from the members of these groups helped immeasurably to enhance and maintain the integrity of the study.

The members of the National Advisory Council were Dr. David Braddock, Dr. Robert Bruininks, Dr. William Datel, Ms. Irene Dixon, Mr. Robert Gettings Dr. Jack Noble, and Dr. Wayne Smith.

The members of the Pennhurst Study Work Group were Mr. Michael Bennett (Pennhurst Implementation Team), Mr. Michael Lottman (Hearing Master), Ms. Carla Morgan (Special Master), Dr. Russell Rice (Regional Commissioner for Mental Retardation, Southeast Region), Ms. Margaret Rubin (Pennsylvania Developmental Disabilities Planning Council), and Ms. Vicki Stillman-Toomey (Director of Pennhurst Implementation Team).

The federal officials in the Department of Health & Human Services who conceived of this project and followed its progress for five years deserve a large part of the credit for its success. Among them were Mr. John McCann, Dr. Ronald W. Conley, Dr. Jack Noble, Mr. William Crunk, Mr. John DeWilde, Mr. Ed Marcus, and in the final years of the study, Ms. Eileen Bradley, Mr. Edward Vreeswyk, and Ms. Ann Schoonmaker.

Several state officials also provided indispensable support, cooperation, and assistance: Mr. Gregory Pirmann (Pennhurst Center), Mr. George Kopchik (Pennhurst Center), and Dr. Jennifer Howse (Office of Mental Retardation).

This report is dedicated to the 1154 people who lived at Pennhurst Center on March 17, 1978.



DEPARTMENT OF HEALTH AND HUMAN SERVICES    OFFICE OF HUMAN DEVELOPMENT SERVICES, REGION III

3535 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19104

March 1, 1985

The Pennhurst Longitudinal Study was a five-year, in-depth
review of the effects of the court-ordered deinstitutionaliz-
ation of Pennhurst residents.  Its aim was to provide federal
and state officials and others with information to make better
policy decisions regarding the processes related to the
deinstitutionalization which is underway in many parts of the
country.  Federal planners, recognizing the significance for
clients, families, communities, and states of Judge Broderick's
and other similar actions, decided in 1979 to launch this
five-year study.

This project was unique in several respects; perhaps most
importantly as a joint endeavor among the Region III Office of
Human Development Services, the Assistant Secretary for Human
Development Services, the Assistant Secretary for Planning and
Evaluation, and the Commissioner of the Administration on
Developmental Disabilities, as well as the Deputy Secretary for
Mental Retardation in the Commonwealth of Pennsylvania.

The study has yielded considerable information which is not
only valuable to other researchers, but also instructive to
legislators, judges, and federal, state and local program
administrators and policy makers.  We commend the foresight of
the initiators of the project and the dedication of those who
completed it.  In addition, we acknowledge the thoughtful
contributions of the Pennhurst Study Advisory Committee and
Work Group.

Eileen Bradley
Regional Administrator

# TABLE OF CONTENTS

## CHAPTER 1: Introduction

Introduction ............................................................................. 3
   Background of the Study ............................................................. 3
   Organization of the Report .......................................................... 5


## CHAPTER 2: History

History ................................................................................ 11
   Introduction ........................................................................ 11
   An Introduction to the Litigation and Court Ordered Reform ......................... 12
   Major Court Orders ................................................................. 16
   Another Ruling and An Opportunity for Agreement ................................... 21
   Relationships Deteriorate and the Court Asserts its Authority ......................... 25
   Community Placements Pick Up Steam
      Amidst Legal Confrontations .................................................. 30
   Cooperation Prevails but Fiscal Uncertainties Lie Ahead ............................. 35
   Enforcement Mechanism Ordered to be Phased Out
      Despite Failed Negotiations ................................................... 40
   Key Events During the Final Two Years of the Study and Beyond ..................... 47


## CHAPTER 3: Implementation Issues

Implementation Issues .................................................................. 55
   Year 1 — Office of the Special Master ............................................... 55
   Findings ............................................................................ 57
   Year 2 — Reaction of the Pennsylvania Department of Public Welfare ................. 64
   Issues Affecting Complex Decrees ................................................... 71
   Findings ............................................................................ 73
References .............................................................................. 81


## CHAPTER 4: Growth and Development

Introduction ............................................................................ 85
Methods: General ....................................................................... 92
   Subjects: General ................................................................... 92
   Instruments:General ................................................................ 92
   Procedures: General ................................................................ 94
Methods: Matched Comparison Study ................................................... 95
   Design .............................................................................. 95
   Subjects ............................................................................ 95
Results: Matched Comparison Study ..................................................... 97
   Group Comparisons of Behavioral Change ........................................... 97
   Group Comparison of Service Provided ............................................. 98
   Correlates of Adaptive Behavior Gains Among Movers ............................... 99

Methods: Longitudinal Study ................................................................ 101
    Subjects ................................................................................ 101
    Design ................................................................................. 102
Results: Longitudinal Study ................................................................ 103
    Adaptive Behavior ..................................................................... 103
    Maladaptive Behavior .................................................................. 108
    Longitudinal Changes in Service Delivery Patterns ..................................... 109
Discussion .................................................................................. 111
References .................................................................................. 114

# CHAPTER 5: Consumer Satisfaction

Introduction ................................................................................ 119
Methods ..................................................................................... 120
    Consent Procedures .................................................................... 120
    Design ................................................................................. 121
    Subjects ............................................................................... 122
    Instruments ........................................................................... 125
    Procedures ............................................................................ 126
Results ...................................................................................... 126
    Internal Consistency: Acquiescence and Nay-Saying .................................... 126
    Internal Consistency: Recency ......................................................... 128
    Changes in Satisfaction: The Movers ................................................... 129
    Changes in Satisfaction: The Stayers .................................................. 134
Discussion .................................................................................. 136
References .................................................................................. 138

# CHAPTER 6: Quality of Environments

Introduction ................................................................................ 143
Methods: Institution to Community .......................................................... 143
    Instruments ........................................................................... 143
    Samples ............................................................................... 146
    Procedures ............................................................................ 147
Results: Institution to Community .......................................................... 149
    Within Pennhurst ...................................................................... 149
    1982 Community Data ................................................................... 150
Methods: Within the CLAs ................................................................... 151
    Instruments ........................................................................... 151
    Procedures ............................................................................ 152
Results: Within the CLAs ................................................................... 153
Discussion .................................................................................. 158
References .................................................................................. 162

# CHAPTER 7: Family Impacts

Introduction ................................................................................ 165
Methods ..................................................................................... 168
    Respondents ........................................................................... 168
    Instruments ........................................................................... 169
    Procedures ............................................................................ 170

Results ................................................................... 171
    Baseline Study ........................................................ 171
    Post-Relocation Study ................................................ 175
    General Pre-Post Changes ............................................ 177
    Changes in Attitudes Toward Deinstitutionalization .................... 178
    Other Changes ....................................................... 180
    Qualitative Results .................................................. 184
Discussion ............................................................... 186
References ............................................................... 191

# CHAPTER 8: Neighbor Attitudes

Introduction ............................................................. 195
Methods .................................................................. 197
    Subjects ............................................................. 197
    Design ............................................................... 198
    Instruments .......................................................... 199
    Procedures ........................................................... 201
Results: Baseline Survey ................................................. 202
    Specific Attitude Items .............................................. 202
    Factors Related to General Attitudes ................................. 206
Results: After CLA Openings .............................................. 207
    Changes in Attitudes ................................................. 207
    Contact in Neighborhood ............................................. 211
    Real versus Hypothetical CLAs ....................................... 211
Discussion ............................................................... 212
References ............................................................... 217

# CHAPTER 9: Comparative Analysis of the Costs of Institutional and Community Settings

Study Objectives and Limitations ......................................... 221
Method ................................................................... 222
Finding and Discussion ................................................... 225
    Residential Programs ................................................. 225
    Day Programs ........................................................ 232
    Habilitative and Behavior Management Programs ....................... 234
    Case Management Programs ............................................ 235
    Medical Programs .................................................... 236
Policy and Research Implications ......................................... 240

# CHAPTER 10: Final Implementation Analysis

Overview ................................................................. 247
    Project Objectives ................................................... 247
    Method ............................................................... 248
Competing Claims ......................................................... 249
    History .............................................................. 249
    Impact of Increasing Complexity ..................................... 253
    Varying Expectations ................................................ 255

Areas of Potential Impact ................................................................. 259
  What Has Happened to Class Members? ............................................ 260
  What Has Happened to Funding? ................................................... 267
  What Has Happened to Costs? ...................................................... 278
  What Has Happened to the Service System? ........................................ 281
  What Has Happened at Pennhurst? ................................................. 299
  What Has Happened to State Policy? ............................................... 305
  Conclusion ........................................................................ 307
References ............................................................................ 309

# CHAPTER 11: Summary and Recommendations

Introduction ......................................................................... 312
Findings of the Quantitative Studies ................................................... 313
  The Human Impacts of Deinstitutionalization ...................................... 313
  The Costs of Serving People at Pennhurst and
        in Community Programs ...................................................... 324
Implementation Issues ................................................................ 328
  Office of the Special Master ....................................................... 328
  State Response to Litigation ...................................................... 331
  Factors Affecting Complex Decrees ................................................ 334
  Impact on the State Mental Retardation System .................................... 337
Discussion ........................................................................... 338
Recommendations .................................................................... 342
  Funding and Fiscal Policy ......................................................... 342
  Design and Administration of Community Service Systems ........................... 344
  Capacity Building ................................................................ 347
  The Role of the Courts ........................................................... 349
  Quality Assurance and Monitoring ................................................ 351

# APPENDICES

APPENDIX 2-1
Overview of the State, the Region and the Counties ..................................... 357

APPENDIX 4-1
Behavior Development Survey .......................................................... 365

APPENDIX 5-1
Consumer Interviews Questionnaire .................................................... 373

APPENDIX 7-1
Baseline Family Questionnaire With Distribution
of Responses to Each Item ............................................................ 379

APPENDIX 7-2
Post Relocation Family Questionnaire .................................................. 387

APPENDIX 8-1
Neighbor Attitudes Questionnaire ..................................................... 393

List of Publications .................................................................... 403

# LIST OF FIGURES

**Figure 2-1**
Department of Public Welfare Regions ........................................................... 13

**Figure 2-2**
Population Trends at Pennhurst Center (1966-1984) ........................................... 14

**Figure 2-3**
Major Court Orders .................................................................................. 16

**Figure 4-1**
Population of Public Institutions ................................................................. 87

**Figure 4-2**
Adaptive Behavior Growth ........................................................................ 106

**Figure 4-3**
Adaptive Behavior Growth ........................................................................ 107

**Figure 7-1**
Initial Attitudes: ATDS Scale ..................................................................... 176

**Figure 7-2**
Agreement with Community Placement ......................................................... 179

**Figure 8-1**
Attitudes Toward Different Groups .............................................................. 204

**Figure 8-2**
Neighbor Attitudes Before and After ............................................................ 209

**Figure 8-3**
Self Reported Attitude Changes ................................................................. 210

**Figure 8-4**
Feelings About Real and Imaginary CLA ....................................................... 213

**Figure 9-1**
Per Capita Allocation of State Funds for Community Services By Region ................ 268

**Figure 9-2**
Dollars Spent Per Year Per Mentally Retarded Person Served by Region ................ 270

**Figure 9-3**
Pennsylvania — Eight Year Total MR/DD Expenditures by Revenue Source .............. 272

**Figure 9-4**
CLA Cost Per Diem by Region .................................................................... 279

**Figure 9-5**
Population in State Institutions and Number of CLA Beds .................................. 284

**Figure 9-6**
Number of CLA Beds by Region .................................................................. 287

**Figure 9-7**
PLF Beds per 100,000 for FY 1981-84 ............................................................ 292

**Figure 9-8**
Institutional, CLA & PLF Beds by Region ...................................................... 294

**Figure 9-9**
Per Diems in State Centers for the Mentally Retarded ...................................... 302