# APPENDIX

# APPENDIX 2-1

## OVERVIEW OF THE STATE, THE REGION, AND THE COUNTIES

I. THE COMMONWEALTH

The Commonwealth of Pennsylvania, a Mid-Atlantic state, is bounded on the north by Lake Erie and New York State; on the east by the Delaware River, and the states of New York and New Jersey; on the south by Delaware, Maryland and West Virginia; and on the west by West Virginia and Ohio. The state covers a total area of 45,000 square miles.

Pennsylvania was originally called the "Keystone State" because of its central location among the thirteen colonies. The nickname persists due to the state's development as an important economic center along the eastern seaboard. Pennsylvania is the nation's fourth most populous state with a population of almost 12 million persons. It has a population density of 260 persons per square mile and a per capita income of $7,000. The two largest cities in the state are Philadelphia (population 1,800,000) in the southeast, and Pittsburgh (population 460,000) in the west.

Mining, manufacturing, farming and tourism are the major contributors to the state's economy. Pennsylvania produces nearly all the country's hard coal and one-fourth of its steel. Steel and iron manufacturing are the largest single industries in the state. The steel industry is concentrated mainly in the western part of the state, with other centers at Bethlehem (Northhampton County, near northern Bucks County), and in the Harrisburg-Carlysle area. In 1970, Pennsylvania had over 17,000 manufacturing enterprises employing about 1½ million workers (34% of the state's labor force). The total production of such

enterprises was valued in excess of $42 billion.

Despite the emphasis on manufacturing and the steady growth of cities and towns, large areas of the state are still rural and many counties are primarily agricultural. In 1976, Pennsylvania had the largest rural population in the United States. Pennsylvania ranks high in its production of grains, truck crops, tobacco, fruit and livestock. In the Southeast Region, the land is fertile and well-farmed. The state's richest soil is found in and around Lancaster County (which adjoins Chester County to the west). In 1977, it was estimated that the size of the average farm was 140 acres and had an average value of about $161,000. This indicates that agriculture is primarily a family rather than corporate business in the state.

Though the Democrats outrank Republicans in party registration in the state, the Governor and two U.S. Senators are Republicans. The state legislature is currently controlled by the Democrats. Historically the State House has been occupied by Democrats or moderate Republicans. On the county level, however, elected local commissioners in many areas of the state have been predominately Republican. This political difference, according to some of those interviewed in the state, has contributed to conflicts between local government and Harrisburg, the state's capital.

## II.  THE REGION

The five counties in the Southeast Region make up what is known as the Delaware Valley or Tri-State Area. These five counties--Montgomery, Chester, Delaware, Bucks, and Philadelphia--also comprise the Philadelphia Standard Metropolitan Statistical Area. The overall Tri-State Area encompasses the Southeast Region of Pennsylvania, five neighboring New Jersey counties and one Delaware State county. The Area is a major center for shipping, transit, manufacturing and industry.

The four Pennsylvania counties that surround Philadelphia rely on a mixture of farming and industry to support their local economies. Each of the counties encompasses suburban communities whose residents commute to center city Philadelphia to work. Philadelphia, a city/county, is the state's largest metropolitan area and is surrounded by some of the state's richest and most fertile farmland. In general, the Southeast Region's central location (close to other states and with access to port facilities) has encouraged the development of manufacturing and industry.

There are three different forms of local government in the five county area. Bucks, Chester, and Montgomery Counties share a county commissioner form of government. The commission is made up of three representatives--one from the minority and two from the majority party in the last election. In the primary, the Republican and Democratic parties select two candidates who then vie for the three available seats in the general election. Delaware County, in contrast, is one of six counties administered

by "home rule," and Philadelphia has a combination city/county governmental structure.

The Southeast Region includes a total of 42 community living arrangement providers authorized to serve 820 mentally retarded individuals in small group residences. There are proportionately more CLA providers in this region compared to other regions in the state. The number of actual residences, however, is small than a comparable region in the western part of the state. Additionally, there are 22 private licensed facilities serving mentally retarded persons in the area.

III. THE COUNTIES

A. Philadelphia City/County

Philadelphia City and County cover the same geographical area, with borders on the Delaware River and the counties of Bucks, Delaware and Montgomery. Covering an area of 127 square miles, Philadelphia ranks fourth in size among cities in the United States. It is also the fourth largest city in terms of population with a total of 1,800,000 residents. The population, which has declined slightly in the last decade, is entirely urban, with about 14,000 persons per square mile. Among the five counties in the Southeast Region, Philadelphia has the lowest per capita income--approximately $6,200. The median age in the city is 32.6 years.

Philadelphia's strategic location on the Mid Atlantic has made it a major manufacturing, distributing and transportation center. It is the most heavily industrialized county in the state, with nearly 16% of Pennsylvania's manufacturing workers, and one out of five plants. The two largest industries are apparel and food-processing. The total available labor force numbers about 800,000, of which 200,000 are employed in manufacturing.

Philadelphia is also a center of higher education in the state with 32 colleges, universities, professional schools and seminaries. In 1977, 253,000 students attended Philadelphia's public, private and parochial schools.

The city is governed by a mayor/council form of government with the Mayor, who is a Democrat, serving as the executive

officer. The city council is comprised of 17 members and is currently controlled by the Democrats. Unlike its neighboring counties in the Southeast Region, Philadelphia has traditionally had a Democratic administration. There are also three elected county commissioners whose primary responsibility is the supervision of elections.

Philadelphia has 18 community living arrangement providers authorized to serve approximately 280 persons. There are also five private licensed mental retardation facilities in operation in the county.

B. Chester County

Chester County lies in the southeast corner of the state, bounded on the south by the State of Delaware and Maryland; to the east and north by Delaware and Montgomery Counties; and to the west by Lancaster, Berks, and York Counties. Most of the area is farmland, but the eastern portion of the county has recently become a residential area reflecting the western spread of metropolitan Philadelphia past Delaware county. The total land area is 760 square miles, making it the largest of the five counties in the Southeast Region.

Traditionally an agricultural county, Chester has grown at a slower rate than the rest of the state, although in the recent past, suburban development has hastened population increases. In 1976, the county had just under 300,000 residents; the projection for 1985 is 365,000. Population density, however, is still less than 400 persons per square mile. Currently, 45% of Chester is classified as urban and 55% rural. The median age is 27 years,

and the per capita income is $7,000. Chester has a larger concentration of families with incomes over $10,000 than any other county in the Southeast Region. Of the 85,000 dwelling units in the county, 70% are owner-occupied.

Historically, agricultural and horticultural products have been important to the county's economy. Chester County is known as the "mushroom capital of the world." Mushrooms, as well as greenhouse products, roses and dairy products, continue to provide a major source of income. The county's largest industry, in terms of employment, is the production of primary metals. However, the chemical industry and food-processing are experiencing substantial growth. The county's estimated available work-force is 137,500.

Chester County has three county Commissioners--two Republicans and one Democrat. The area has 12 independent school districts that provide education from kindergarten to 12th grade. The student-teacher ratio is about the same in Chester as it is in other Southeastern counties. During the 76-77 school year, there were 61,000 students. The county also has 34 private schools, 22 parochial schools and four colleges. An "Educational Service Center" provides special education and vocational education for exceptional children in various parts of the county.

Among the 12 hospitals (with a total of 4,830 beds) in the county are Pennhurst State Center and the Devereaux Foundation. There are four community living arrangement providers in Chester County authorized to serve 105 retarded individuals. The county

In terms of government, Delaware County differs from the other four counties in the region in that it is a Home Rule County comprised of an elected county executive and five councilpersons.

The five council members function in a part-time capacity.

Delaware County has 15 school districts and county public school systems. In the 77-78, 88,000 students were enrolled. There are, in addition, 58 parochial schools, 27 private schools and three vocational-technical schools. About 60% of the county's students graduate from high school, and 52% go on to college. There are also 14 colleges and universities in the area including Pennsylvania State University and Villanova University.

There are four community living arrangement providers in Delaware authorized to serve 103 persons. There are also four private licensed facilities offering residential services to mentally retarded persons within the county.

D. Montgomery County

Montgomery is the most central of the five counties and is surrounded by Bucks County to the northeast, Berks County to the northwest, Philadelphia and Delaware Counties to the south, and Chester to the southwest. It is the only one of the five that does not share a border with another state.

The population of Montgomery County is 640,000 spread over an area of 480 square miles. Municipal population densities range from 11,000 per square mile in Jenkintown (near Philadelphia) to only 145 per square mile in Upper Hanover (in the northwest corner of the county). Of the total area, between

E.  Bucks County

Bucks County is the furthest north of the five counties in the region. Lying on the eastern edge of Pennsylvania, Bucks shares its eastern border with New Jersey across the Delaware River. To the south, Bucks borders on Philadelphia; to the west, it shares a border with Montgomery, Lehigh and Northhampton Counties.

Bucks covers an area of 620 square miles and has a population of between 450,000 and 500,000 persons--76% of which is urban. Northern Bucks County is far enough away from the metropolitan Philadelphia area to be relatively unaffected by population spill-overs in recent years. Nevertheless, the county as a whole has experienced an 18% population increase over the last ten years. Population density averages between 600 and 700 persons per square mile.

There are an estimated 123,000 families and/or households in the county. In 1975, the per capita income was lower than most of the other counties in the region. The income ranges are wide, however, and encompass some very wealthy households. There are now about 154,000 housing units in the county which reflects a 27% increase over the last ten years.

Industry in the county is relatively diverse. Manufacturing employs about 62,000 workers or 38% of the total workforce. Retail and wholesale trade employs about a quarter of the workforce. However, the biggest growth is in the area of professional services (over 100% increase in the last few years) and also in transportation, utilities and communications (70% to 75%

80% and 85% is classified as urban. The eastern portion of the county is the most heavily developed and is made up of the compact commuter suburbs of Philadelphia. However, this area represents little more than a quarter of the county's entire area. County planning maps indicate that the rest of the county is relatively undeveloped and sparsely populated. Despite the fact that so much of the county is relatively undeveloped, Montgomery County is the state's third most populous county, and is said to be the wealthiest.

Of the county's 16,000 registered businesses, 1200 are manufacturing establishments which employ about 90,000 workers. Also included are 1500 construction companies, 4,000 retail outlets, and 4,000 service establishments. Most of the industry in the county is concentrated along the Schuylkill River, the Pennsylvania Turnpike, and the North Penn area. Montgomery County is more diversified with respect to trade and industry than the other counties in the region. In terms of exports, the county ranks with Philadelphia in numbers of exporters, and is fourth in the state with respect to the value of its exports.

Like Chester and Bucks, Montgomery County is governed by three elected County Commissioners. Currently, there are two Republicans and one Democratic in office.

The county is divided into 23 school districts, with 200 public schools. In addition, there are 134 private and parochial schools located in the area. Ten community living arrangement providers authorized to serve 238 persons, plus three private licensed facilities are in operation in Montgomery County.

increase). Bucks, like Chester and Montgomery, has two Republican Commissioners and one Democrat commissioner.

The county is divided into 14 separate school districts. Six community living arrangement providers authorized to serve 94 residents, and three licensed private facilities are available for mentally retarded residents in Bucks County.

This brief picture of the counties in the Southeastern Region of Pennsylvania gives the indication of a reasonably prosperous and diverse area. It shows an area with significant higher education and other training resources. Further, with the exception of Philadelphia, it indicates an area growing in population and industry. It also reflects a region that is relatively well-endowed with resources for mentally retarded persons. All of these characteristics, in fact, may help to explain why the plaintiffs chose to focus the litigation on Pennhurst and the Southeastern Region rather than on another, less developed part of the Commonwealth.

## IV. THE STATE MENTAL RETARDATION SYSTEM

There are several characteristics of Pennsylvania state government and of the mental retardation system that distinguish the Commonwealth from other states and that should be noted prior to the discussion of the litigation. They include the following:

- The general human services system in the state is directed by an umbrella agency, the Department of Public Welfare (DPW), which has the responsibility for social services, juvenile justice, child welfare AFDC, Medicaid, mental health, and mental retardation.

- The Department of Public Welfare manages the human services system through a complex organizational system that includes a regional and county welfare departments, and county mental health and mental retardation programs throughout the state.

- The major state statute governing the state's mental retardation program is the Mental Health and Mental Retardation Act of 1966. It is said to be the first statewide statute to mandate community-based mental disabilities programs in the country.

- The mental health and mental retardation system in the state is a county/state partnership with the state providing 100% funding for residential programs, and 90% funding for all other services; the counties contribute the remaining 10% for other than residential programs.

- The mental health and mental retardation program at the county level is managed by a county administrator appointed by the county commissioners.

- Advocacy groups made up of parents of mentally retarded persons in the state have, in the last decade, been very successful in securing and elevating the mental retardation program to a status comparable to that of mental health in the Department of Public Welfare.

- Significant strides have been made in the Commonwealth in the last eight years in the development of small community living arrangements (CLAs). Though growth has levelled off recently, the program now encompasses 1256 such facilities.

- Though the Commonwealth has expended large sums of money on the development of community living arrangements, the majority of the funding in the mental retardation system still goes for the support of state institutions.

also has seven private licensed facilities.

### Delaware County

Delaware County is in the far southeastern tip of the state. It is bounded on the north by Montgomery County; on the east by Philadelphia; on the south by the Delaware River and the State of Delaware; and on the west by Chester County. It encompasses 182 square miles and is the third smallest county in Pennsylvania (Philadelphia is the smallest).

Though one of the smallest counties, Delaware is the fourth largest in the state in terms of population. Once very rural, it is now about 97% urban. Its population, 584,000 persons, makes it one of the most developed counties in the state although resident growth is beginning to decline. Population density is about 3,100 persons per square mile.

Households and families number an estimated 191,000 and 152,000 respectively. Over half the households have incomes over $10,000 which ranks Delaware close to Chester and Montgomery Counties in terms of affluence. The per capita income is $7,500--$300 higher than the state average.

Despite its population density, Delaware still derives an important part of its income from agriculture--particularly truck farming and horticultural products such as mushrooms and cut flowers. However, in terms of employment and value of production, manufacturing is the leading industry. There are 470 plants employing 40,000 employees, with a total product value of $43 million. The largest industries are transportation equipment, non-electrical machinery, and petroleum refining.

364

# APPENDIX 4-1

## BEHAVIOR DEVELOPMENT SURVEY

# BEHAVIOR DEVELOPMENT SURVEY

PERSON'S NAME _____
(OPTIONAL)    (LAST)    (FIRST)    (MI)

1-4 (8) REG NUMBER
(0) I (Case #)
(10) (4) Current or Prop. Instiutional Case Number

1-15 (18) SITE CODE (leave blank)

RESIDENTIAL PROVIDER AGENCY _____

RESIDENTIAL FACILITY LOCATION — OR — INSTITUTIONAL COTTAGE NAME _____

STREET (or College) _____

APT. COMPLEX NAME _____ APT. # _____

CITY, TOWN _____ STATE _____ ZIP _____

RESPONDENT'S NAME _____

JOB TITLE _____ WORK PHONE _____

INTERVIEWER'S NAME _____

PARENTS, NEXT OF KIN, OR PRIMARY CORRESPONDENTS

NAME(S) _____

ADDRESS: STREET _____ APT. # _____

CITY _____ STATE _____ ZIP _____

TELEPHONE ( ) _____

Temple University Developmental Disabilities Program/UAP
Evaluation and Research Group; November 1984

366

---

1-(19 22) TODAY'S DATE ___/___/___
MONTH DAY YEAR

1-(23 26) PERSON'S DATE OF BIRTH ___/___
MONTH YEAR

1-(27 30) DATE OF ADMISSION TO CURRENT
RESIDENTIAL PLACEMENT ___/___
MONTH YEAR

1-(31) TYPE OF CURRENT RESIDENTIAL PLACEMENT
(Enter code number)
1  Public Institution (e.g. Pennhurst, Embreeville, Woodhaven)
2  Private Licensed Facility
3  Community Living Arrangement (CLA)
4  Community living arrangement (CLA)
   Minimal supervision
5  ICF/MR, 4 to 15 beds
6  Foster family placement
7  With family or on own home
8  Domiciliary care/board & care home
9  Other

HISTORY
1-(32)  WHERE DID THIS PERSON LIVE IMMEDIATELY
BEFORE COMING TO THIS SETTING?
1  Pennhurst Center
2  Woodhaven Center
3  Embreeville Center
4  Other state center
5  Private Licensed Facility
6  Other CLA
7  Home
8  Small ICF
9  Other _____

1-(33)  IS THIS PERSON A PENNHURST CLASS
MEMBER?
1  YES
2  NO
3  DON'T KNOW

1-(34)  COUNTY OF RESIDENCE  (IF INSTITUTION,
GIVE COUNTY OF
ORIGIN)
1  Bucks
2  Chester
3  Delaware
4  Montgomery
5  Philadelphia
6  Other PA County _____
7  Out of State Residence (State) _____

---

1-(35)  LEVEL OF RETARDATION
1  NOT RETARDED
2  MILDLY RETARDED
3  MODERATELY RETARDED
4  SEVERELY RETARDED
5  PROFOUNDLY RETARDED

1-(36)  IQ
1  70 or above
2  55-69
3  40-54
4  25-39
5  0-24
6  Unknown/none

1-(37)  SEX    1  Male
2  Female

1-(38)  RACE    1  White
2  Black
3  Other

## ADAPTIVE BEHAVIOR

1-(39)  VISION (Enter number)
With glasses - if used
4  No difficulty in seeing
3  Some difficulty in seeing
2  Great difficulty in seeing
1  No vision at all

1-(40)  HEARING
With hearing aid - if used
4  No difficulty in hearing
3  Some difficulty in hearing
2  Great difficulty in hearing
1  No hearing at all

1-(41)  AMBULATION
4  Walks with no difficulty
3  Limps or walks unsteadily
2  Walks only with help
1  Unable to walk

1-(42) WALKING AND RUNNING (Check ALL that apply)
— 6 Walks up OR down stairs alone
— a Walks alone
— 5 Walks down stairs by alternating feet
— 4 Walks up stairs by alternating feet
— 3 Runs without falling often
— b Hops, skips or jumps
— NONE OF THE ABOVE

1-(43) SPEECH (Not including signing)
— 6 Speech easily understood
— 5 Speech somewhat difficult to understand
— 4 Speech very difficult to understand
— 3 Speech is not understandable but makes sounds
— 2 Makes no sounds

1-(44) VOCABULARY (Including signing)
— 5 Talks about action when describing pictures
— 4 Names people or objects when describing pictures
— 3 Uses names of familiar objects
— 2 Asks for at least two things by their appropriate name
— 1 Is really non-verbal

1-(45) BODY BALANCE
— 6 Stands on "tiptoe" for ten seconds if asked
— 5 Stands on one foot for two seconds if asked
— 4 Stands without support
— 3 Sits without support
— 2 Sits with support
— 1 Can do none of the above

1-(46) USE OF TABLEWARE
— 7 Uses knife and fork correctly and neatly
— 6 Uses table knife for cutting or spreading
— 5 Feeds self with spoon and fork - neatly
- considerable spilling
— 4 Feeds self with spoon and food
- considerable spilling
— 3 Feeds self with spoon - considerable spilling
— 2 Feeds self with spoon - neatly
— 1 Feeds self with fingers or must be fed

1-(47) EATING IN PUBLIC
— 4 Orders complete meals in restaurants
— 3 Orders simple meals like hamburgers or hot dogs
— 2 Orders soft drinks at soda fountain or canteen
— 1 Does not order food at public eating places

1-(48) DRINKING
— 4 Drinks without spilling, holding glass in one hand
— 3 Drinks from cup or glass unassisted - neatly
— 2 Drinks from cup or glass - considerable spilling
— 1 Does not drink from cup or glass

1-(49) TOILET TRAINING
— 5 Never has toilet accidents
— 4 Never has toilet accidents during the day
— 3 Occasionally has toilet accidents during the day
— 2 Frequently has toilet accidents during the day
— 1 Is not toilet trained at all

1-(50) SELF-CARE AT TOILET (Check ALL statements that apply)
— a Lowers pants at the toilet without help
— b Sits on toilet seat without help
— c Uses toilet tissue appropriately
— d Flushes toilet after use
— e Washes hands without help
— NONE OF THE ABOVE

1-(51) WASHING HANDS AND FACE
— a Washes hands well with soap
— b Washes face with soap
— c Washes hands and face with water
— NONE OF THE ABOVE

1-(52) BATHING
— 7 Prepares and completes bathing unaided
— 6 Washes and dries self completely without prompting or helping
— 5 Washes and dries self reasonably well with prompting
— 4 Washes hands, wets self with help
— 3 Attempts to soap and wash self
— 2 Cooperates when being washed and dried by others
— 1 Makes no attempt to wash or dry self

1-(53) CARE OF CLOTHING (Check all statements that apply)
— a Cleans shoes when needed
— b Puts soiled clothes in proper place for laundering/washing, without being reminded
— c Hangs up clothes without being reminded
— NONE OF THE ABOVE

1-(54) DRESSING
— 5 Completely dresses self
— 4 Completely dresses self with verbal prompting only
— 3 Dresses self with verbal prompting and by putting on clothes with verbal prompting and by fastening (zipping, buttoning, snapping) them with help
— 2 Dresses self with help by pulling or putting on most clothes and fastening them
— 1 Cooperates when dressed by extending arms or legs
— Must be dressed completely

1-(55) SHOES (Check ALL statements that apply)
— a Puts on shoes correctly without assistance
— b Ties shoe laces without assistance
— c Undoes shoe laces without assistance
— d Removes shoes without assistance
— NONE OF THE ABOVE

1-(56) SENSE OF DIRECTION
— 5 Goes several blocks from grounds, or from home, without getting lost
— 4 Goes around grounds, or a couple of blocks from home without getting lost
— 3 Goes around cottage, ward, or home
— 2 Goes around cottage, ward, or home
— 1 Gets lost whenever s/he leaves own living area

1-(57) MONEY HANDLING
— 5 Uses banking facilities independently
— 4 Makes change correctly but does not use banking facilities OR uses banking facilities but does not make change correctly
— 3 Adds coins of various denominations up to one dollar
— 2 Uses money but does not make change correctly
— 1 Uses money

1-(58) PURCHASING
— 4 Chooses and buys all own clothing without help
— 3 Chooses and buys some of own clothing without help
— 2 Makes minor purchases without help (candy, soft drinks, etc)
— 1 Does shopping with high supervision
— Does shopping with close supervision
— Does no shopping

1-(59) WRITING
— 6 Writes sensible and understandable letters
— 5 Writes short notes and memos
— 4 Writes own name and address
— 3 Writes or prints any words
— 2 Writes or prints own name
— 1 Cannot write or print any words

1-(60) SPEECH VERBAL (Check ALL statements that apply)
— a Talks or uses (type) at least a few words (if yet, enter 6 on circle)
— b Nods head or smiles to express happiness
— c Indicates hunger
— d Indicates wants by pointing or vocal noises
— e Expresses pleasure or anger by vocal noises
— f Chuckles or laughs when happy
— NONE OF THE ABOVE

1-(61) SENTENCES
— 5 Sometimes uses complex sentences containing "because," "but," etc.
— 4 Asks questions using words such as "why," "how," "when," etc.
— 3 Speaks in simple sentences
— 2 Is non-verbal or mainly non-verbal

1-(62) READING
— 6 Reads books suitable for children nine years or older
— 5 Reads books suitable for children seven years old
— 4 Reads simple stories or comics
— 3 Recognizes ten or more words by sight
— 2 Recognizes various signs, e.g., "ONE WAY," "NO PARKING," "WOMEN," "MEN"
— 1 NONE OF THE ABOVE

1-(63) COMPLEX INSTRUCTIONS (Check ALL statements that apply)
— a Understands instruction containing prepositions, "in," "on," "behind," etc.
— b Understands instructions offering to do, e.g., "first do... then do..."
— c Understands instructions requiring a decision, "if..., do this, but if not, do..."
— NONE OF THE ABOVE

1-(64) NUMBERS
— 6 Does simple addition and/or subtraction
— 5 Counts ten or more objects
— 4 Counts ten objects by saying "one..."
— 3 Counts two objects by saying "one" or "a lot"
— NONE OF THE ABOVE

1-(65) TIME (Check ALL statements that apply)
— a Tells time by clock or watch correctly
— b Understands time intervals, e.g., there is one hour between 3:30 and 4:30
— c Has no understanding of numbers
— d Understands time equivalents, e.g., "9:15" is the same as "quarter past nine"
— e Tells time by clock or watch correctly
— f Associates time on clock with various actions and events
— NONE OF THE ABOVE

1-(66) ROOM CLEANING
3 Cleans room well, e.g., sweeping, dusting, and tidying
2 Cleans room but not thoroughly
1 Does not clean room at all

1-(67) FOOD PREPARATION
4 Prepares an adequate complete meal (may use canned or frozen food)
3 Mixes and cooks simple food, e.g., fries eggs, makes pancakes, cooks TV dinners, etc.
2 Prepares simple foods requiring no mixing or cooking, e.g., sandwiches, cold cereal, etc.
1 Does not prepare food at all

1-(68) TABLE CLEARING
2 Clears table of breakable dishes and glassware
1 Does not clear table at all

1-(69) JOB COMPLEXITY
3 Competitive employment or goes to workshop
2 In pre-vocational training in school, or trained
1 Performs no work

1-(70) INITIATIVE
4 Initiates most of his own activities, e.g., tasks, games, etc.
3 Asks if there is something for him to do or seeks out something to do, e.g., home, yard, etc.
2 Will engage in activities only if assigned or directed
1 Will not engage in assigned activities, e.g., putting away toys, etc.

1-(71) ATTENTION
5 Will pay attention to purposeful activities for more than fifteen minutes, e.g., playing games, reading, sewing up
4 Will pay attention to purposeful activities for at least ten minutes
3 Will pay attention to purposeful activities for at least five minutes
2 Will pay attention to purposeful activities for at least five minutes
1 Will not pay attention for more than a few minutes

1-(72) PERSONAL BELONGINGS
3 Very dependable - always takes care of personal belongings
2 Usually dependable - usually takes care of personal belongings
1 Undependable - seldom takes care of personal belongings

1-(73) AWARENESS OF OTHERS (Check all that apply)
a Recognizes own family
b Recognizes people other than family (if a checked, check a)
c Is aware of objects
d Knows the names of other people close to him, e.g., classmates, neighbors
e Knows the names of people not regularly encountered
NONE OF THE ABOVE

1-(74) INTERACTION WITH OTHERS
3 Interacts with others in group games
2 Interacts with others for at least a short period of time, e.g., showing or offering toys, clothing or objects
1 Interacts with other infrequently with little interaction

1-(75) PARTICIPATION IN GROUP ACTIVITIES
4 Does not respond to others in a socially acceptable manner
3 Initiates group activities spontaneously and eagerly (active participant)
2 Participates in group activities (passive participant)
1 Does not participate in group activities

MALADAPTIVE BEHAVIOR

MALADAPTIVE BEHAVIOR (Enter code number)
4 Never observed
3 Not observed within the last 4 weeks
2 Occasionally (5 times or less per week) within the last 4 weeks
1 Frequently (more than 5 times per week) within the last 4 weeks

1-(76) Damages own or other's property
1-(77) Damages own or other's property
1-(78) Disrupts other's activities
1-(79) Uses profane or hostile language
1-(80) Is rebellious, e.g. ignores regulations, resists following instructions

MALADAPTIVE BEHAVIOR (Enter code number)
4 Never observed
3 Not observed within the last 4 weeks
2 Occasionally (5 times or less per week) within the last 4 weeks
1 Frequently (more than 5 times per week) within the last 4 weeks

2-(1-8) REPEAT ISU #
2-(9) (Card #)

2-(10) Runs away or attempts to run away
2-(11) Is untrustworthy, e.g. takes other's property, lies or cheats
2-(12) Displays stereotyped behavior, e.g. rocks body, waves hand, etc. has hands in motion
2-(13) Removes or tears off own clothing inappropriately
2-(14) Injures self
2-(15) Hyperactive, e.g. will not sit still for any length of time
2-(16) Displays sexual behavior (heterosexual or homosexual) that is socially unacceptable, e.g. forcible advances, public masturbation, public exposure, etc.
2-(17) Requires restraint or timeout
2-(18) Is withdrawn, e.g. extreme inactivity, extreme shyness, extreme unresponsiveness

RESTRAINTS

2-(19,20,23) BLANK

Does this person's program include any of the following?
0 = No
1 = Yes, in written plan
2 = Yes, but not in written plan

2-(24) Time out or seclusion over 5 minutes
2-(25) Overcorrection (restoring situation to better than normal state)
2-(26) Mechanical restraint (muff, mitts, any other form of bodily...)
2-(27) Physical restraint (restriction of movement by another person)
2-(28) Isolation (in room with door closed)
2-(29) Chemical restraint (any medication given in emergency or prn to control behavior)

FAMILY/ADVOCATE INFORMATION

2-(30) In the past year, how often has the family contacted this person or program staff (by phone)?
6 No family
5 Never
4 Twice a year or less
3 About every three months
2 About once a month
1 About once a week or more

2-(31) How often did family members visit this person (in past year)?
6 No family
5 Never
4 Twice a year or less
3 About every three months
2 About once a month
1 About once a week or more

2-(32) How often did this person visit with the family at their home or on outings (in past year)?
6 No family
5 Never
4 Twice a year or less
3 About every three months
2 About once a month
1 About once a week or more

2-(33) How often did the Friend / Advocate make contact by phone to visit (in past year)?
Note: An Advocate is neither a family member nor a person whose job involves direct contact with the individual.
Leave blank if unpaid staff advocates
6 No Friend - Advocate
5 Never
4 Twice a year or less
3 About every three months
2 About once a month
1 About once a week or more

RESIDENCE INFORMATION

2-(34) How many other people live at this person's residence?
0 None
1 One
2 Two
3 3-5
4 6-10
5 11-15
6 16-20
7 21-25
8 26-30
9 More than 30

2-(35)  How many times has this person moved residences in the past year? Include any change of address. Enter number 0 to 9.

## MEDICAL INFORMATION

2-(36)  MEDICAL NEEDS: In general, how urgent is this person's need for medical care? (Enter code number)
4  Generally has no serious medical needs
3  Needs nursing care and/or regular visits to the doctor
2  Has a life-threatening condition that requires very rapid access to medical care
1  Would not survive without 24 hr. medical personnel

If this person has a life-threatening medical condition, name it.

2-(37)  SEIZURE FREQUENCY (Enter code number)
8  Continuous intermittent seizures
7  Approximately one per day
6  Approximately one per week
5  Approximately one per month
4  2-11 seizures per year
2  One seizure per year
1  Had documented history of seizures, no seizures currently
0  Does not have seizures

2-(38)  CURRENT MEDICATION: How many different prescribed medications (other than vitamins or special medication) are administered daily? (Enter number 00 to 9...). If none, enter 0. If greater than nine, enter 9) What is the medication(s) and its dosage?

| NAME | DOSAGE | TIMES PER DAY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

2-(39)  Is there a record [log] maintained at residence of all medications and their administration to this person?
1  Yes
2  No
0  Not applicable - no meds

NEXT 4 ITEMS   00 = This month
98 = Never
99 = N/A

2-(40-41)  ——  How many months since general medical checkup?

2-(42-43)  ——  How many months since blood levels were checked? (Enter 99 if not applicable. Blood levels are important for persons most likely to seize and, in turn, questionnaire at best for psychotropics.)

2-(44-45)  ——  How many months since exam by a gynecologist? (Enter 99 if male)

2-(46-47)  ——  How many months since exam by a dentist?

2-(48-49)  ——  How many days in past 4 weeks has this person required hospital care (inpatient, outpatient, emergency room)? (Enter number of days, 00-28)

2-(50-51)  ——  How many days in past 4 weeks have this person's normal activities been restricted because of health problems? (Enter number of days, 00-28)

2-(52)  What kind of medical coverage is most often used for this person?
1  Medicaid (M.A.), blue card
2  Medicaid (M.A.), green card
3  Medicaid (M.A.), pink card
4  Medicaid card (turned in for HMO membership)
5  Medicare
6  Private insurance (Blue Cross/Blue Shield, etc.)
7  Individual or family's money pays for medical care
8  CLA funds pay for medical care

PHYSICAL AIDS:
4  Needs, but does not have
3  Needs and has, but does not use or cannot use
2  Needs, has, and uses
1  Has no need

2-(53)  Glasses
2-(54)  Wheelchair, walker, braces, or cane
2-(55)  Hearing aid
2-(56)  Helmet

## INDIVIDUAL HABILITATION PLAN

2-(57)  Is there a written program plan for this person?
1  Yes, THP as required by Pennhurst court order
2  Yes, IHP as required by Pennhurst court order
3  Yes, LMP, IPP, APR, or similar written program plan
4  No

2-(58)  Is there a copy of this written program plan at the person's residence?
1  Yes
2  No
0  Not applicable, no plan

2-(59-62)  MONTH  YEAR  What is the approval date on the written plan (for Pennhurst class members, use REVIEW DATE of IHP or THP)?

2-(63-64)  ——  How many goals or objectives are present in the written program plan? (Enter number of goals, 01 to 99; blank if not applicable)

2-(65-66)  ——  How many weeks since the Case Manager visited this person at the residence? (Enter number of weeks, 01 to 97, enter 98 if never)

2-(67)  Is the name and phone number of this person's Case Manager readily available to staff of the residence?
1  Yes
2  No
9  Don't know

## PROGRAM GOALS

What are the 5 most important goal areas in this person's current Plan?

[USE GOAL CODES—EACH MAY BE USED ONLY ONCE]
2-(68-69)  1. ☐☐
2-(70-71)  2. ☐☐
2-(72-73)  3. ☐☐
2-(74-75)  4. ☐☐
2-(76-77)  5. ☐☐

## COSTS

2-(78-80)  ——/Per Day  How much is paid for this person's residential placement? This figure should not include any portion of the person's SSI or other public assistance money. Accept per day, per week, per month, per year. Convert to per day and round to 3 digits.

3-(1-8) REPEAT BSU #
3-(9)  3-(Card 4)
3-(10-12)  ——/Per  How much per month does this person receive in SSI or other assistance payments? Round to 3 digits.

# LIST OF POSSIBLE GOAL AREAS

**GOALS CONCERNING INDEPENDENT LIVING AND SELF-CARE SKILLS:**

01 Dusting
02 Toileting
03 Cleaning activities (house cleaning, bedmaking, care of belongings, clothes washing, etc.)
04 Eating (cutting, use of utensils, table manners, table setting, ordering, eating in restaurants, food preparation, etc.)
05 Bathing/washing
06 Grooming and other hygiene (toothbrushing, hair combing, etc.)
07 Understanding and use of numbers
08 Use of money and purchasing
09 Telling time
10 Handling emergencies like precaution, first aid, telephone
11 Obtaining generic community services (how to obtain medical, religious, psychological, social services and other generic services)
12 Mobility/travel (getting around home, neighbourhood, use of public transportation, etc.)
13 Personal health care (recognizing signs of illness, use of medications, nutrition, following doctor's orders, etc.)
14 Use of telephone

**GOALS CONCERNING DEVELOPMENT OF SENSORY, MOTOR, AND COMMUNICATION SKILLS:**

20 Vision (using glasses, correction of other eye problems, etc.)
21 Hearing (using aid, correction of other ear problems, etc.)
22 Motor (using physical aids when necessary, correction of other motor or orthopedic problems, etc.)
23 Development of fine eye-hand coordination (ability to grasp, to manipulate objects, to use fine motor skills, etc.) using physical apparatus to aid in muscular strength and control, etc.
24 Use of verbal language
25 Use of non-verbal communication (signing, gestures, etc.)
26 Use of written language (reading, writing, etc.)
27 Sensory awareness (sensory stimulation, sensory integration, etc.)

**GOALS CONCERNING REDUCTION OF BEHAVIOR PROBLEMS:**

30 Reduction of physical violence towards others
31 Reduction of tantrums or threatening behavior
32 Reduction of property damage
33 Reduction of stealing
34 Reduction of disruption of other's activities
35 Reduction of nervous or wandering away
36 Reduction of physical violence to self
37 Reduction of self-destructive behavior
38 Reduction of stereotyped behavior, and/or repetitive behavior, and/or vocalization
39 Reduction of inappropriate verbalization or vocalization (unpleasant noises, etc.)
40 Reduction of inappropriate behavior in social settings
41 Reduction of inappropriate behavior (behaviors that tend to isolate individual from others, etc.)
42 Reduction of inappropriate use of clothing (tendency to wear or remove inappropriately, tears or garbages, etc.)

**GOALS CONCERNING DEVELOPMENT OF SOCIAL SKILLS:**

43 (Reduction of withdrawal) leaving own body, extreme anxiousness
44 Reduction of hypersexuality
45 Reduction of any kind of inappropriate sexual behavior
46 Reduction of psychological disturbance
47 Reduction of other behavior problems not listed

50 Awareness of others
51 One-to-one interaction (including conversation techniques, appropriate behavior, etc.)
52 Group interaction
53 Family interaction (with parents, siblings, other relatives and/or offspring)
54 Maintain acceptable behavior in social settings (behavior in any social setting)
55 Civic and legal (obey laws, respect for rights of others)
56 Sexual interaction
57 Awareness of property and ownership (learning when it is appropriate to share, and when it is appropriate to loan, etc.)
58 Improve attention span
59 Improve self concept, self esteem

**GOALS CONCERNING WORKING:**

60 Learn the concept of working for pay
61 Develop work habits
62 Learn specific job skills
63 Achieve a real or sheltered work placement (they be structured activities: Center, workshop, job station or custodial, competitive employment, etc.)
64 Learn job-seeking skills (they include learning where to look for jobs, applications, appropriate dress, interviewing techniques, filling out applications, etc.)
65 Learn how people are expected to relate to employers and to workers

**GOALS CONCERNING EDUCATION:**

70 Learn to operate classroom behavior (sitting still, being quiet, paying attention, remaining in one's seat, etc.)
71 Improve motivation to participate and learn in school
72 Be transferred to a more appropriate or more advanced or mainstreaming program placement
73 Achieve mastery of specific academic skills (reading, writing, arithmetic, etc.)

**GOALS CONCERNING USE OF LEISURE TIME:**

80 Learn to use leisure-appropriately (more selectively, appropriate use, etc.)
81 Develop hobby(s) (arts, crafts, music, leisure reading, etc.)
82 Develop skills in sports (individual sports, team sports, etc.)
83 Learn to use community resources (movies, restaurants, swimmings, etc.)
84 Learn to plan excursions (day trips, vacations, etc.)

---

# DEVELOPMENTAL SERVICES IN THE PAST 4 WEEKS (EXCLUDING DAY PROGRAM)

**FORMALLY STRUCTURED AND SCHEDULED SKILLS TRAINING PROGRAMS**

Specific programs providing education and training in essential activities of self-help, social interaction, and independent living.

| | EXACT #IN PAST 28 DAYS | DURATION |
|---|---|---|
| A. Social Interaction Training — e.g. interpersonal skills, manners | A 3(13-15) | |
| B. Dressing Skills Development — Teaching, not just feeding | B 3(16-18) | |
| C. Eating Skills Development — including food preparation | C 3(19-21) | |
| D. Hygiene and Grooming Skills Development — including bathing | D 3(22-24) | |
| E. Family Life and Sex Education | E 3(25-27) | |
| F. Community Living Skills Training — e.g. money handling, domestic activities, obtaining generic community services, shopping | F 3(28-30) | |
| G. Recreation Therapy — provided or supervised by a recreational therapist | G 3(31-33) | |
| H. Supervision/Training in Group or Individual Recreational Activities (sports, hobbies, use of TV, etc.) include trips, movies, camping | H 3(34-36) | |
| I. Cognitive/Academic Skills Training — Reading, arithmetic, etc. | I 3(37-39) | |
| J. Physical Therapy — Services of a physical therapist | J 3(40-42) | |
| K. Mobility Training — Movement skills, ability to get around house and community (e.g. public transportation). Include positioning. | K 3(43-45) | |
| L. Occupational Therapy — Services of an Occupational Therapist | L 3(46-48) | |
| M. Sensorimotor Skills Training — e.g. eye-hand coordination training | M 3(49-51) | |
| N. Speech and Hearing Therapy — Services to improve reception/perception of speech and language | N 3(52-54) | |
| O. Nursing Care — Nursing care other than the administration of medications | O 3(55-57) | |
| P. Psychotherapy — Intensive psychological therapy performed by a trained therapist | P 3(58-60) | |
| Q. Behavior Modification — Specific behavior change program. Enter rough # minutes on an average day. | 3(61-63) | |

DURATION
1 = 1 min.
2 = 5 min.
3 = 15 min.
4 = 30 min.
5 = 1 hr.
6 = 2 hrs.
7 = 3 hrs.
8 = 4 hrs.
9 = 5 or more hrs.

# DAY PROGRAMS
## AWAY FROM THE HOME OR LIVING AREA

DESCRIPTION OF PERSONS
CURRENT DAY PROGRAM(S)

01  **Adult Day Care**
Program of activities focusing on the basic tasks of everyday living rather than work (no wages paid)

**Pre-vocational**
02  Program of work - related training (no wages paid e.g. learning to count, sorting, etc.

03  **Work Activities Training**
Program of work - related training (wages are paid, less than 50% of minimum wage)

04  **Sheltered Employment**
Program of work or work - related training (wages are paid, more than 50% of minimum wage)

05  **Competitive Employment**

**EDUCATION**
20  Public school, regular class in regular school
21  Public school, special class in regular school
22  Public school, special school
23  Private school, paid for by school system
24  Private school, paid for by other than school system
25  Formal infant stimulation or pre-school development training program, not provided at residential setting

**OTHER**
26.
30  DAY ACTIVITIES AT THE RESIDENCE
80  HOME SCHOOL/homebound
90  NO DAY PROGRAM

3/(64-65)  **A. What Type?** (Enter code from list at left) If Two Day Programs, Record The One Where Most Time Is Spent

3/(66)  **B. How Many Days Per Week Does Person Go To Day Program?** (Enter Number, 1 to 7) If Two Day Programs, Record Total Days

3/(67)  **C. How Many Hours Per Day?** (Enter Number, 1 to 9) If Two Day Programs, record average. Exclude travel time.

3/(68-69)  What is the name and location of day program?

3/(70)  How does this person normally travel to the day program?
1  Walks or bicycles
2  Uses public transportation, escorted
3  Uses public transportation, independently
4  Residence provides transportation
5  Day program provides transportation
6  County provides transportation (e.g. paratransit)
7  Other

## Interview With Individual
(To be completed in person)

3/(71)  Are you usually happy living here? (Enter code number)
1. Yes
2. No

3/(72)  How much do you like living here?
1. Not at all
2. A little
3. Pretty much
4. A lot

3/(73)  Do you like the people who work here?
1. Not at all
2. A little
3. Pretty much
4. A lot
Comments (Record Verbatim)

3/(74)  Are you usually sad living here?
1. Yes
2. No

3/(75)  Is that anything else you'd like to tell me about living here? (Record responses verbatim) Leave box blank

## STAFF

3/(76-77)  How many full time staff work at this living area or residence - DIRECT CARE ONLY, NOT INCLUDING THERAPISTS AND OTHER PROFESSIONALS?

3/(78-80)  In an average week, how many hours are worked by these full time staff?

4/(10-11)  How many part time staff work at this living area or residence - DIRECT CARE ONLY, NOT INCLUDING THERAPISTS AND OTHER PROFESSIONALS?

4/(12-14)  In an average week, how many hours are worked by these part time staff?

4/(15-16)

## SITE REVIEW SCORES

**PASS**
4/(71)  #1 DJ
4/(72)  #2 SISA
4/(73)  #3 AA&HR
4/(74)  #4 AAP
4/(75)  #5 MC
4/(76)  #6 SO
4/(77)  #7 IND
4/(78)  #8 INT

**IMPR.**
4/(79-80)  J1
5/(10-11)  J2
5/(12-13)  J3
5/(14-15)  J4
5/(16-17)  J5
5/(18-19)  J6

**PQ (cont.)**
4/(55)  J9
4/(56)  J10
4/(57)  J11

**LS**
4/(68)  J1
4/(69)  J2
4/(60)  J3
4/(61-62)  J4
4/(63-64)  J5

**PQ**
4/(65)  J6
4/(66)  J7
4/(67)  J8

**OHMS**
4/(17)  J1
4/(18)  J2
4/(19)  J3
4/(20)  J4
4/(21)  J5
4/(22)  J6
4/(23)  J7
4/(24)  J8
4/(25)  J9
4/(26)  J10
4/(27)  J11

**PO**
4/(28)  J1
4/(29)  J2
4/(30)  J3
4/(31-35)  J4
4/(36-40)  J5
4/(41-45)  J6
4/(46-49)  J7
4/(50-54)  J8

# APPENDIX 5-1

## CONSUMER INTERVIEWS QUESTIONNAIRE

INSTITUTE FOR SURVEY RESEARCH
TEMPLE UNIVERSITY
-Of The Commonwealth System Of Higher Education-
1601 NORTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19122

STUDY #540-350-01                                    OMB No.: _____

A SURVEY OF RESIDENTS OF PENNHURST AND

COMMUNITY LIVING ARRANGEMENT PROGRAMS

Date: _____
Time interview began: _____ A.M. _____ P.M.
Time interview ended: _____ A.M. _____ P.M.

RESPONDENT'S NAME: _____

ADDRESS: _____

TELEPHONE NUMBER: _____

TO BE COMPLETED BY OFFICE BEFORE FIELD USE

Pennhurst Resident Number _____
Base Service Unit Number _____
Cottage or Agency Name _____            Cottage Code: _____
Sex: M ___ F ___  Age: _____

VERBAL CONSENT FORM (READ TO R)

Hello, I am _(YOUR NAME)_ working for Temple University, a school in Philadel-
phia. What is your name? _____ Please let me know
if you can't hear anything I say. We are talking to a lot of people (here at
Pennhurst/in homes like this one). I want to ask you some questions about
your life and what you do every day. No one but us and the people I work for
at Temple will ever find out what you say. Our talk will be kept secret and
confidential. We think it's important to find out about you and your feelings.
If you don't want to talk to me, you don't have to, and you can stop any time.
Will you talk with me?

[ ] YES     [ ] NO

(RECORD ANY RESPONSE GIVEN IN ADDITION TO YES/NO)

                                                     104: _____

INTERVIEWER'S NAME: _____

---

1.   Do you like living here?

| | |
|---|---|
| Yes | 1 |
| In between, sort of, a little, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

1a.  Have you ever lived anywhere else?
     (Have you always lived here?)

| | |
|---|---|
| Parents (Yes) | 1 |
| Other Institution (Yes) | 2 |
| No | 3 |
| CLA or group home (Yes) | 4 |
| Don't Know | 8 |
| No Answer | 9 |

2.   Do you like the people who work here?

| | |
|---|---|
| Yes | 1 |
| Some, most, not all, etc. | 2 |
| No | 3 |
| Don't know | 8 |
| No Answer | 9 |

3.   Do you want to keep on living here?

| | |
|---|---|
| Yes | 1 |
| Sort of, unsure | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

4. Do you have any real good friends? I mean people you like a lot.

| | |
|---|---|
| Yes | 1 |
| Unsure | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

(If no, skip to Q. 5)

4a. How many?

| | |
|---|---|
| A lot (5 or more) | 1 |
| A few (3 - 5) | 2 |
| A Couple (1 or 2) | 3 |

5. Do you have a girlfriend/boyfriend?

| | |
|---|---|
| Yes | 1 |
| Sort of, maybe, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

6. Do you ever see anyone in your family? I mean mother, father, brothers, sisters?

| | |
|---|---|
| Yes | 1 |
| Sometimes | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

7. Are people here mean or nice?

| | |
|---|---|
| Mean | 1 |
| Both, some of each, etc. | 2 |
| Nice | 3 |
| Don't Know | 8 |
| No Answer | 9 |

8. Are you usually happy or sad?

| | |
|---|---|
| Happy | 1 |
| In Between | 2 |
| Sad | 3 |
| Don't Know | 8 |
| No Answer | 9 |

9. Are you sick a lot of the time?

| | |
|---|---|
| Yes | 1 |
| In Between | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

10. If you had one wish, what would you wish for?

_____

_____

_____

11. Where do you go during the day? (PROBE FOR AS MUCH DETAIL AS POSSIBLE)

_____

_____

_____

**12. Do you learn a lot there?**

| | |
|---|---|
| Yes | 1 |
| Some, sometimes | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

**13. Do you like it there?**

| | |
|---|---|
| Yes | 1 |
| In between, sort of, a little, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

**14. Do you make any money?  (IF CLIENT NOT WORKING, PROBE FOR SOURCE)**

| | |
|---|---|
| Yes | 1 |
| Not much, a little, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

**15. Are you usually sad or happy?**

| | |
|---|---|
| Happy | 1 |
| In Between | 2 |
| Sad | 3 |
| Don't Know | 8 |
| No Answer | 9 |

**16. If you could, would you like to leave here and live somewhere else?**

| | |
|---|---|
| Yes | 1 |
| In between, not sure | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

(If no, skip to Q. 19)

**17. What kind of place would you like to go to?**

_____
_____
_____

**18. Are you ever unhappy?**

| | |
|---|---|
| Yes, most of the time | 1 |
| In between, some of the time | 2 |
| No never, not usually | 3 |
| Don't Know | 8 |
| No Answer | 9 |

**19. Is there anything else you'd like to tell me?**

_____
_____
_____

EMOTION LABELING INTERVIEW
SCORE SHEET

1) Show the one page glass and tap sequence.
   Ask "Tell me what is happening here, Tell me the story of what happened to the glass".

   1 point    Perceives a single object and perceives a sequence
   "The glass is getting (got) full of water"

   0 points    Ambivalent "Empty, Full, Full, Full" pointing to the pictures

   -1 point    Does not perceive a single object or a sequence. "They got water". "This one got water and this one didn't".

2) Show the picture of the girl with the flower.
   Ask "Tell me the story of this picture, How does the girl feel?"

   2 points    Perceives both action and emotion
   "She colored the picture and she's proud/happy/satisfied"

   1 point    Perceives emotion
   "She's happy". She likes the picture"

   -1 point    Incorrectly, labels emotion
   "She's mad/sad". "She stole it"

3) Show the picture of the boy and the bicycle.
   Ask "Tell me the story of this picture, How does the boy feel?"

   2 points    Perceives both action and emotion
   "His bike got a flat and he is sad/mad".

   1 point    Perceives emotion
   "he's sad", "he's mad"

   -1 point    Incorrectly labels emotion
   "he is happy", "he is glad"

---

20. Would you like to go back to Pennhurst?

| | |
|---|---|
| Yes - go back | 1 |
| In between, not sure | 2 |
| No - stay here | 3 |
| Don't Know | 8 |
| No Answer | 9 |

21. Are there any other comments or observations that you may have?

377

4) Show all 3 pictures of the Boy Fishing Set (3-5 seconds each) Ask "Look at all these pictures and tell me the story of what happens. How does the boy feel?"

2 points  Perceives the set of pictures as representing a single person (perceives a sequence) and correctly lables emotions "The boy goes (went) fishing and caught some and is real happy"

1 point  Correctly lables emotion "The boy is Happy/Glad"

-1 point  Incorrectly labels emotion "The boy is sad, the boy is bad"

5) Show all 3 pictures of the boy getting spanked Set (3-5 seconds each) Ask "Look at all these pictures and tell me the story of what happens. How does the boy feel?"

2 points  Perceives the set of pictures as representing a single person (percieves sequence) and correctly labels emotions. "The boy (was bad) and got spanked and is sad/mad/hurt"

1 point  Correctly label emotions "The boy is sad or mad or hurt"

-1 point  Incorrectly labels emotions "The boy is happy or glad"

6) Place all 3 separate "smile button" faces on the desk face up and arrange. Then place all 3 photographs face up on the desk. Ask please match the photographs with the drawings

1 point  All are matched correctly

-1 point  Any incorrect matches

Show the five "smile button faces". Leave them within respondents reach. Ask:

7) Which one is most like how you feel about living here?
Most happy  5  4  3  2  1  Least Happy

8) Which one is most like how the staff feel about you?
Most Happy  5  4  3  2  1  Least Happy

9) Which one is most like how the other residents feel about you?
Most Happy  5  4  3  2  1  Least Happy

10) Which one is most how you feel about the workshop?
Most Happy  5  4  3  2  1  Least Happy

11) Which one is most like how you feel about the staff?
Most happy  5  4  3  2  1  Least Happy

12) Which one is most like how you feel about the other residents
Most Happy  5  4  3  2  1  Least Happy

378

# APPENDIX 7-1

## BASELINE FAMILY QUESTIONNAIRE
## WITH DISTRIBUTION OF RESPONSES TO EACH ITEM

OMB NO.: 085-R-0370
EXPIRES: April, 1982

## Family Impact Survey for Pennhurst Study

This is a survey of families with a relative who is a Pennhurst resident. We are interested in how you feel you will be affected by the movement of your relative into the community. We would also like to know how you feel your relative will be affected.

You may feel you cannot give an exact answer to every question, or you may be unsure of how you felt when recalling past events. In such cases, please give us your best estimate and then go on to the next question.

Even if there are some questions you cannot answer, please return the questionnaire in the enclosed postage-paid envelope.

Please answer by putting an "X" in the box that best fits your answer, or by filling in the blank.

EXAMPLE 1:

Have you ever been interviewed in a survey?

☐ Yes    ☒ No

EXAMPLE 2:

What is today's date?

_January_ _31_ _1980_
(MONTH) (DAY) (YEAR)

---

1. Pennhurst Resident's Full Name:

   _____
   (FIRST)      (MIDDLE)      (LAST)

2. Pennhurst Resident's Age (IN YEARS): MEDIAN = 36.1 years
   (AGE)

3. Pennhurst Resident's Sex:

   ☐ Male 63.3%
   ☐ Female 36.7%

4. What is your relationship to the above Pennhurst resident? (CHECK ONE)

   ☐ Father 16.7%
   ☐ Mother 47.0%
   ☐ Other (PLEASE SPECIFY): 36.3%
   _____

   (FOR THE REMAINDER OF THE QUESTION-NAIRE, WE WILL REFER TO THE PENNHURST RESIDENT AS YOUR RELATIVE, REGARDLESS OF WHETHER THE/SHE IS YOUR CHILD, BROTHER, SISTER, ETC. THIS IS DONE TO MAKE THE QUESTIONNAIRE APPROPRIATE FOR THE MAJORITY OF THE PEOPLE FILLING IT OUT. IF THERE ARE ANY QUESTIONS, PLEASE CALL MR. DAN KEATING AT 787-1356.)

5. At what age did your relative enter Pennhurst?

   MEDIAN = 11.5 years
   (AGE)

6. Overall, how satisfied are you with the services your relative has received from Pennhurst? (CHECK ONE)

   ☐ Very satisfied 53.7%
   ☐ Somewhat satisfied 28.7%
   ☐ Neutral 10.8%
   ☐ Somewhat dissatisfied 4.8%
   ☐ Very dissatisfied 1.9%

7. Did your relative ever live anywhere besides Pennhurst or at home with (parents/other relatives)?

   ☐ Yes 36.4%
   ☐ No 63.6%

   If YES, please list the types of residence, for example, foster family, group home, other hospital, private school, etc.:
   _____
   _____

**8.** Before entering Pennhurst, did your relative participate in any of the following? (PLEASE CHECK ALL THAT APPLY)

☐ Preschool Activities (for example, Infant stimulation program, Head Start, Get Set, Special Needs, Day Care) — 26.3%

How many years? Y=15.3% N=84.7%

☐ Public or private school education — Y=26.1% N=73.9%

How many years?

☐ Post-school activities (for example, vocational training, sheltered workshop employment) — Y=4.0% N=96.0%

How many years?

**9.** How often were you able to visit your relative at Pennhurst during the last 5 years? (CHECK ONE)

☐ Weekly — 10.0%
☐ Bi-Weekly — 3.3%
☐ Monthly — 30.9%
☐ Three to four times a year — 24.7%
☐ Once a year — 10.3%
☐ Less than once a year — 17.9%
☐ Never — 2.8%

**10.** How often did your relative return home for a visit from Pennhurst during the last 5 years? (CHECK ONE)

☐ Weekly — 0.7%
☐ Bi-Weekly — 0.5%
☐ Monthly — 8.0%
☐ Three to four times a year — 16.2%
☐ Once a year — 8.0%
☐ Less than once a year — 34.0%
☐ Never — 30.6%

**11.** How urgent do you consider your relative's need for medical care? (CHECK ONE)

☐ Would not survive without 24-hour medical personnel — 26.3%
☐ Has life-threatening condition that requires very rapid access to medical care — 11.3%
☐ Needs visiting nurse and/or regular visits to the doctor — 27.4%
☐ Generally has no serious medical needs — 35.0%

**12.** If your relative were to be selected for movement from Pennhurst to the community, how likely would you be to agree with this decision? (CHECK ONE)

☐ Very likely to agree — 8.9%
☐ Somewhat likely to agree — 5.0%
☐ Unsure — 14.5%
☐ Somewhat unlikely to agree — 8.7%
☐ Very unlikely to agree — 63.0%

**13.** Have you ever been to a Community Living Arrangement (a group home in the community with 2 to 10 residents)?

☐ Yes — 22.2%
☐ No — 77.8%

**14.** Mentally retarded individuals may require a lot of care and attention. We are interested in how you think different aspects of your family's life may change if your relative was placed in the community.

Below is a scale from 1 to 5, where 1 means you think things will change for the worse, and 5 means you think things will change for the better if your relative is placed in the community.

(FOR EACH ITEM, PLEASE CHECK THE BOX WHICH MOST CLOSELY REPRESENTS HOW YOU THINK THAT ITEM WILL CHANGE IF YOUR RELATIVE IS MOVED FROM PENNHURST TO THE COMMUNITY.)

| | CHANGE FOR THE WORSE | | NO CHANGE | | CHANGE FOR THE BETTER | NO APPLICABLE CAT |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | 2 | 3 | 4 | 5 | |
| a. Your own social life | 20.7% | 4.4% | 43.9% | 0.5% | 3.5% | 14.0 |
| b. Your job | 15.8% | 2.5% | 37.5% | 0.7% | 1.2% | 42.2 |
| c. Your spouse's job | 11.1% | 0.5% | 31.1% | 0.5% | 1.2% | 55.3 |
| d. Family recreation activities at home | 20.6% | 5.1% | 45.9% | 1.0% | 2.2% | 20.0 |
| e. Your time alone | 24.5% | 2.1% | 41.7% | 1.0% | 3.6% | 14.2 |
| f. Your time with your spouse | 16.0% | 4.0% | 35.6% | 0.7% | 1.8% | 42.8 |
| g. Your time with your children living at home | 10.9% | 3.5% | 35.3% | 0.3% | 2.8% | 46.7 |
| h. Family vacations | 19.6% | 4.6% | 62.4% | 0.7% | 1.7% | 25.9 |
| i. Your own general happiness | 41.0% | 9.5% | 22.3% | 2.2% | 9.1% | 7.0 |
| j. Your mentally retarded relative's relationship with other people | 42.4% | 6.4% | 31.1% | 2.7% | 9.3% | 9.1 |
| k. Your mentally retarded relative's general happiness | 40.0% | 8.9% | 22.5% | 2.4% | 11.5% | 5.7 |
| l. Your mentally retarded relative's relationship with you | 22.2% | 6.4% | 51.3% | 1.2% | 10.3% | 8.6 |
| m. Your mentally retarded relative's relationship with your spouse | 12.4% | 2.8% | 36.3% | 0.5% | 4.8% | 33.3 |
| n. Your mentally retarded relative's relationship with (his/her) brothers and sisters | 19.5% | 3.4% | 47.1% | 1.7% | 8.3% | 20.0 |

| (23) The Least Restrictive Alternative says that mentally retarded persons should be allowed to live in places which are as much like normal homes as possible. In thinking about what your relative will need in the future, how much do you agree with this? ✱ | STRONGLY AGREE | SOMEWHAT AGREE | NEITHER AGREE NON DISAGREE | SOMEWHAT DISAGREE | STRONGLY DISAGREE |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| | 16.3% | 19.7% | 11.1% | 15.6% | 37.3% |
| (24) Deinstitutionalization is the moving of mentally retarded persons from the institution into places in the community. In thinking about what your relative will need in the future, how much do you agree with this? ✱ | 1 | 2 | 3 | 4 | 5 |
| | 8.6% | 10.7% | 9.3% | 15.0% | 56.5% |

(25) How familiar are you with the recent court decisions (Broderick's decision and the Circuit Court appeal decision) in the Halderman vs. Pennhurst case? (CHECK ONE)

- ☐ Very familiar — 25.4%
- ☐ Somewhat familiar — 49.0%
- ☐ Not familiar — 15.1%
- ☐ Need more information — 10.6%  ⟶ (SKIP TO Q. 28)

26. Please describe how you felt about Broderick's decision when you first heard about it. (CHECK ONE)

- ☐ Agreed completely — 3.6%
- ☐ Agreed somewhat — 6.3%
- ☐ Neutral — 4.8%
- ☐ Disagreed somewhat — 18.5%
- ☐ Disagreed completely — 66.9%

27. Please describe how you feel about the decision now. (CHECK ONE)

- ☐ Agree completely — 4.8%
- ☐ Agree somewhat — 10.8%
- ☐ Neutral — 4.2%
- ☐ Disagree somewhat — 18.9%
- ☐ Disagree completely — 61.4%

Please indicate how strongly you agree or disagree with the following statements. (CHECK ONE BOX FOR EACH QUESTION BELOW.)

| | STRONGLY AGREE | SOMEWHAT AGREE | NEITHER AGREE NON DISAGREE | SOMEWHAT DISAGREE | STRONGLY DISAGREE |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| (15) ✱ I believe that my relative has reached (his/her) highest level of educational and psychological development and will not progress much beyond the level (he/she) is at now. | 60.1% | 15.2% | 11.3% | 6.4% | 6.4% |
| (16) When my relative lives away from home, I prefer that (he/she) remain in the same place for (his/her) entire lifetime. | 61.7% | 14.8% | 15.7% | 5.1% | 2.7% |
| (17) ✱ When my relative lives away from home, I prefer that (he/she) move from a more protected residential setting to a more open setting as (he/she) achieves greater self-help skills. | 12.9% | 12.5% | 16.5% | 10.4% | 47.8% |
| (18) Persons who work in community living arrangements are knowledgeable and skillful enough to handle all situations which may arise with regard to your mentally retarded relative. | 9.2% | 11.7% | 22.8% | 19.8% | 36.6% |
| (19) ✱ I believe that funding for community living arrangements is secure and permanent. | 8.8% | 6.0% | 23.9% | 16.9% | 44.3% |
| (20) ✱ I believe that all services needed by my relative would be available to (him/her) in the community. | 8.4% | 10.0% | 15.5% | 16.4% | 49.8% |
| (21) ✱ I believe that my family will not have to assume added financial burdens for the care of our relative if (he/she) were to leave Pennhurst. | 24.9% | 13.3% | 22.6% | 12.6% | 26.7% |
| (22) ✱ Normalization means that, as much as possible, mentally retarded persons are given normal opportunities for living, working and school. In thinking about what your relative will need in the future, how much do you agree with this? | 14.4% | 18.1% | 18.4% | 12.0% | 36.3% |

(CONTINUED ON NEXT PAGE)

There are events which make us all feel tense, confused, frustrated and angry. This general feeling may be described as stress. How much stress did you feel when each of the following events happened in your life and the life of your mentally retarded relative?

(FOR EACH EVENT, PLEASE CHECK THE BOX INDICATING HOW STRESSFUL THE EVENT WAS TO YOU. IF THE EVENT DID NOT OCCUR, PLEASE CHECK THE SPACE MARKED "DID NOT OCCUR.")

| | | DID NOT OCCUR | VERY STRESSFUL 1 | 2 | SOMEWHAT STRESSFUL 3 | 4 | NOT AT ALL STRESSFUL 5 |
|---|---|---|---|---|---|---|---|
| 28 | Diagnosis: When you were officially told by a specialist that your relative was mentally retarded. | 16.1% | 69.3% | 2.3% | 10.4% | 0.2% | 1.7% |
| 29 | When your mentally retarded relative reached the age at which you would normally expect a child to begin walking. | 22.5% | 39.6% | 2.9% | 19.5% | 0.9% | 14.4% |
| 30 | When your relative began walking. | 25.2% | 21.6% | 3.3% | 20.4% | 1.3% | 20.2% |
| 31 | When your mentally retarded relative reached the age at which you would normally expect a child to begin talking. | 24.0% | 44.6% | 2.9% | 19.8% | 2.0% | 6.7% |
| 32 | When your relative became toilet trained. | 40.0% | 19.2% | 2.7% | 16.5% | 3.4% | 18.9% |
| 33 | When your mentally retarded relative's younger brother or sister began to act at a higher level. | 44.7% | 24.7% | 3.4% | 13.2% | 0.8% | 13.2% |
| 34 | Beginning of educational placement either in public or private school. | 55.3% | 23.7% | 2.1% | 10.0% | 1.8% | 7.2% |
| 35 | Placement of the mentally retarded relative into an institution outside the home. | 6.3% | 72.2% | 1.2% | 13.5% | 1.2% | 5.6% |
| 36 | When a medical (e.g., seizure) or behavioral (e.g., tantrum) crisis specific to your relative was identified. | 22.5% | 57.0% | 4.2% | 11.9% | 1.0% | 3.5% |

(CONTINUED ON NEXT PAGE)

| | | DID NOT OCCUR | VERY STRESSFUL 1 | 2 | SOMEWHAT STRESSFUL 3 | 4 | NOT AT ALL STRESSFUL 5 |
|---|---|---|---|---|---|---|---|
| 37 | Onset of puberty for your mentally retarded relative. | 76.7% | 27.0% | 2.9% | 16.7% | 4.7% | 72.4% |
| 38 | Successful completion of an educational program. | 70.6% | 7.0% | 0.8% | 6.2% | 1.0% | 13.1% |
| 39 | Mentally retarded relative's 21st birthday. | 17.3% | 24.7% | 1.5% | 19.1% | 3.3% | 34.1% |
| 40 | Initial discussion about movement of your relative from Pennhurst Center. | 8.0% | 66.4% | 2.8% | 15.3% | 1.4% | 5.9% |
| 41 | Discussion about guardianship proceedings. | 41.8% | 30.2% | 1.7% | 16.8% | 0.4% | 9.9% |



42. If your relative were to leave Pennhurst, which of the following kinds of services do you think will be more important? (CHECK UP TO THREE)

- ☐ Academic (basic reading, writing and use of numbers) — 6.8%
- ☐ Behavioral (therapy, behavior modification, eliminating problem behaviors) — 48.3%
- ☐ Medical (check-ups, surgery, physical therapy, dental, nursing) — 72.0%
- ☐ Recreation (trips, hobbies, sports, arts, crafts) — 30.9%
- ☐ Self-care (grooming, hygiene, dressing, nutrition) — 65.7%
- ☐ Speech (evaluation, therapy, training) — 30.5%
- ☐ Work and work-training (preparation and training for work) — 15.6%
- ☐ Other (DESCRIBE): — 8.3%

43. If your relative were to leave Pennhurst, what size facility would you prefer him or her to live in (living away from home)? (CHECK ONE)

- ☐ Alone or with a roommate — 15.1%
- ☐ 3 to 5 residents — 36.1%
- ☐ 6 to 10 residents — 22.8%
- ☐ 11 to 15 residents — 7.9%
- ☐ 16 to 25 residents — 4.1%
- ☐ Over 25 residents — 13.8%

44. If your relative were to leave Pennhurst, how much supervision and/or care do you think (he/she) would require? (CHECK ONE)

- ☐ None — 0.7%
- ☐ Weekly visits to make sure everything is all right — 1.6%
- ☐ Daily check-up visits to make sure everything is all right — 3.4%
- ☐ Daily visits, plus occasional minimal assistance — 1.6%
- ☐ Someone on duty at residence during waking hours, providing help in normal daily activities — 8.8%
- ☐ Someone on duty 24 hours to help with daily activities — 83.9%

(45) If your relatives were to leave Pennhurst, which of the following situations would you prefer for (him/her)? (CHECK ONE)

☐ To live with persons who function at a similar level and have similar handicaps — 55.7%

☐ To live with persons who function at a higher level and/or have no handicaps at all — 21.1%

☐ To live with persons who function at a lower level with somewhat more severe handicaps — 0.9%

☐ To live with a mixed group of persons, some of whom have more severe handicaps and some of whom have less severe handicaps — 22.0%

(46) In addition to your immediate family (those living in the same household with you) how many relatives (parents, brothers, sisters, sons, daughters, aunts, uncles, etc.) do you talk with, either on the phone or in person? (RECORD AS MANY AS APPLY)

# OF RELATIVES

a. on a daily basis?

b. on a weekly basis?

c. on a monthly basis?

d. on a yearly basis?

(47) Would you say that the emotional support you have received from family members as it relates to your mentally retarded relative has been: (CHECK ONE)

☐ extremely supportive--that is, you could not have done without it. — 31.5%

☐ somewhat supportive. — 28.5%

☐ mildly supportive. — 16.8%

☐ not supportive at all, or — 20.3%

☐ it made things worse? — 2.0%

(48) Now we would like to know which, if any, of the following people have provided you with information, emotional support, or other types of assistance (for example, babysitting, transportation, etc.) with regard to your mentally retarded relative. (CHECK ONE BOX ON EACH LINE BELOW)

| | NOT APPLICABLE | FREQUENCY OF ASSISTANCE | | | | NO ASSISTANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | | DAILY | WEEKLY | MONTHLY | YEARLY | |
| a. Friends? | 19.0% | 3.1% | 5.0% | 9.7% | 5.6% | 56.5% |
| b. Neighbors? | 22.9% | 1.8% | 2.8% | 4.1% | 4.5% | 63.0% |
| c. Co-workers? | 31.8% | 1.5% | 2.0% | 2.3% | 1.0% | 61.3% |
| d. Other parents? | 25.3% | 2.0% | 2.0% | 5.7% | 3.3% | 61.5% |
| e. Priest, Minister, or Rabbi? | 23.5% | 0.5% | 1.0% | 3.6% | 5.2% | 64.9% |
| f. Doctors? | 23.8% | 0.7% | 1.0% | 8.3% | 8.0% | 57.5% |
| g. Other (PLEASE SPECIFY): | 0 | 1 | 2 | 3 | 4 | 5 |
| | 59.2% | 7.7% | 5.2% | 8.5% | 5.7% | 13.7% |

(49) Now we would like to ask a few questions about yourself. How important is your religion to you? (CHECK ONE)

☐ Extremely important — 38.5%

☐ Very important — 33.3%

☐ Somewhat important — 18.0%

☐ Slightly important — 5.6%

☐ Not important — 4.5%

50. How frequently do you attend religious services?  (CHECK ONE)

☐ Once or more a week 46.4%

☐ Two to three times a month 12.0%

☐ Once a month 5.9%

☐ A few times a year or less 27.8%

☐ Never 7.9%

51. What is the highest grade of school you have completed? (CHECK ONE)

☐ No formal schooling 0.4%

☐ Elementary or Grade School (Grades 1 to 8) 21.5%

☐ Some High School (Grades 9 to 11) 24.0%

☐ High School or equivalent 29.8%

☐ Some College (1 to 3 years) 11.8%

☐ College degree 3.8%

☐ Some graduate school or degree 6.9%

☐ Other (PLEASE SPECIFY):

Technical School 1.8%

_____

_____

52. What is the highest grade of school your spouse has completed? (CHECK ONE)

☐ No formal schooling 2.2%

☐ Elementary or Grade School (Grades 1 to 8) 22.5%

☐ Some High School (Grades 9 to 11) 16.8%

☐ High School or equivalent 35.0%

☐ Some College (1 to 3 years) 8.3%

☐ College degree 7.2%

☐ Some graduate school or degree 7.9%

☐ Other (PLEASE SPECIFY):

_____

☐ Not applicable

53. What is your racial background?

☐ American Indian or Alaskan Native .9%

☐ Asian or Pacific Islander .4%

☐ Black, not of Hispanic Origin 16.5%

☐ Hispanic .4%

☐ White, not of Hispanic Origin 81.7%

(IF YOU ARE NOT THE MOTHER OR FATHER OF THE PENNHURST RESIDENT, PLEASE SKIP TO Q. 55)

54. We would like to know how many other children you have, their sex, age, and whether or not they are mentally retarded.

(IF MORE SPACE IS NEEDED, PLEASE WRITE AT THE BOTTOM OF THIS PAGE)

| AGE | SEX | MENTALLY RETARDED? |
|-----|-----|--------------------|
| ___ | ___ | ___ Yes ___ No |
| ___ | ___ | ___ Yes ___ No |
| ___ | ___ | ___ Yes ___ No |
| ___ | ___ | ___ Yes ___ No |
| ___ | ___ | ___ Yes ___ No |

55. Finally, we would like to know approximately how much total income, before taxes, you and your spouse received in the last year. Please include any pensions, retirement plans, etc. (CHECK ONE)

☐ Under $5,000 33.9%

☐ $5,000 - $9,999 27.0%

☐ $10,000 - $14,999 17.2%

☐ $15,000 - $19,999 7.5%

☐ $20,000 - $24,999 4.7%

☐ Over $25,000 9.7%

THANK YOU VERY MUCH FOR YOUR TIME AND COOPERATION. PLEASE MAIL THIS QUESTIONNAIRE BACK TO US TODAY IN THE POSTAGE-PAID ENVELOPE PROVIDED, EVEN IF YOU HAVE NOT BEEN ABLE TO FILL IN EVERY QUESTION.

# APPENDIX 7-2

## POST RELOCATION FAMILY QUESTIONNAIRE

## Right Form

FAMILY IMPACT SURVEY FOR PENNHURST STUDY

### FIRST FOLLOW-UP

(READ INTRODUCTION)

THIS IS A SURVEY OF FAMILIES WITH A RELATIVE WHO IS A FORMER PENNHURST RESIDENT. WE ARE INTERESTED IN HOW YOU FELL YOU HAVE BEEN AFFECTED BY THE MOVEMENT OF YOUR RELATIVE FROM PENNHURST. WE WOULD ALSO LIKE TO KNOW HOW YOU FEEL YOUR RELATIVE HAS BEEN AFFECTED.

YOU MAY FEEL YOU CANNOT GIVE AN EXACT ANSWER TO EVERY QUESTION, OR YOU MAY BE UNSURE OF HOW YOU FELT WHEN RECALLING PAST EVENTS. IN SUCH CASES, PLEASE GIVE US YOUR BEST ESTIMATE AND THEN WE WILL GO ON TO THE NEXT QUESTION.

IF THERE IS A QUESTION YOU CANNOT ANSWER, PLEASE INDICATE THAT YOU CANNOT ANSWER AND WE WILL GO ON TO THE NEXT QUESTION.

(1)  I'd like to verify that your relative's name is: (NAME OF FORMER PENNHURST RESIDENT).

(IF NAME IS CORRECT, CONTINUE. IF NAME IS INCORRECT, DISCONTINUE AND CALL ISR.)

(2)  What is your relationship to (FIRST NAME)?

☐ Father
☐ Mother
☐ Other (PLEASE SPECIFY): _____

(IF SAME PERSON WHO RESPONDED LAST TIME, CONTINUE.
IF SAME PERSON NOT AVAILABLE, ARRANGE TO CALL BACK.
IF SAME PERSON IS DECEASED, INTERVIEW SPOUSE ONLY.)

(3)  When did your relative leave Pennhurst?

_____ (DATE)

(4)  Where did your relative go from Pennhurst?

☐ Community living arrangement      ☐ Other institution
☐ Private school                    ☐ Nursing home
☐ Foster family                     ☐ Other (PLEASE SPECIFY): _____
☐ Natural family

## Left Form

INSTITUTE FOR SURVEY RESEARCH
TEMPLE UNIVERSITY
-Of The Commonwealth System Of Higher Education-
1601 NORTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19122

STUDY #518-296-01

FAMILY IMPACT SURVEY FOR PENNHURST STUDY

FIRST TELEPHONE FOLLOW-UP

Time interview began: _____ A.M. _____ P.M.

Time interview ended: _____ A.M. _____ P.M.

CASE NUMBER: _____

RESPONDENT'S NAME: _____

ADDRESS: _____ (STREET) _____ (APT. #)

_____ (CITY)   PA (STATE)   _____ (ZIP)

TELEPHONE NUMBER: (215) _____

(READ IF R IS SOMEONE OTHER THAN THE RESPONDENT)

INTRODUCTION: Hello, I am (your name) calling for the Institute for Survey Research at Temple University. A letter was sent to your home about the survey we are conducting about your relative's move from Pennhurst.

_____ (CHECK IF APPROPRIATE)

☐ R requests a copy of letter   ID#: _____

INTERVIEWER'S NAME: _____

**5.)** Is your relative still living in that setting?

☐ Yes
☐ No
☐ Don't know

(IF "NO," GO TO QUESTION 6.
IF "YES," GO TO QUESTION 8.)

**6.)** Where is your relative now?

☐ Community living arrangement
☐ Private school
☐ Foster family
☐ Natural family
☐ Other institution
☐ Nursing home
☐ Other (PLEASE SPECIFY): _____

**7.)** Was the move from the original placement to the current placement a move within the same agency?

☐ Yes
☐ No
☐ Don't know

**8.)** Overall, how satisfied are you with the services your relative is receiving now:

(CHECK ONE)

☐ very satisfied,
☐ somewhat satisfied,
☐ neutral,
☐ somewhat dissatisfied, or
☐ very dissatisfied?

**9.)** How often were you able to visit your relative in the last year:

(CHECK ONE)

☐ weekly,
☐ monthly,
☐ three to four times a year,
☐ once a year, or
☐ less than once a year?

**10.)** How often did your relative return home for a visit during the last year:

(CHECK ONE)

☐ weekly,
☐ monthly,
☐ three to four times a year,
☐ once a year, or
☐ less than once a year?

**11.)** How urgent do you consider your relative's need for medical care:

(CHECK ONE)

☐ would not survive without 24-hour medical personnel,
☐ has life-threatening condition that requires very rapid access to medical care,
☐ needs visiting nurse and/or regular visits to the doctor, or
☐ generally has no serious medical needs?

**12.)** Overall, since your relative was selected for movement from Pennhurst into the community, how do you feel about that move? (CHECK ONE)

☐ very comfortable,
☐ somewhat comfortable,
☐ neutral,
☐ somewhat uncomfortable, or
☐ very uncomfortable?

11) We are interested in how you think different aspects of your family's life may have changed since your relative has moved from Pennhurst.

We'd like you to imagine a scale from 1 to 5 where 1 means things have changed for the worse, 5 means you think things have changed for the better, and 3 means there has been no change.

| | CHANGE FOR THE WORSE | | NO CHANGE | | CHANGE FOR THE BETTER | NOT APPLI-CABLE |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 0 |
| a. Your own social life | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| b. Your job | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. Your spouse's job | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| d. Family recreation activities at home | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| e. Your time alone | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| f. Your time with your spouse | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| g. Your time with your children living at home | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| h. Family vacations | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| i. Your own general happiness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| j. Your mentally retarded relative's relationship with other people | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| k. Your mentally retarded relative's general happiness | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| l. Your mentally retarded relative's relationship with you | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| m. Your mentally retarded relative's relationship with your spouse | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| n. Your mentally retarded relative's relationship with (his/her) brothers and sisters | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Now I'm going to read a list of statements. For each statement, please tell me whether you strongly agree, somewhat agree, neither agree nor disagree, somewhat disagree or strongly disagree.

(CIRCLE RESPONSE CODE FOR 14 BELOW AND REPEAT PROCEDURE FOR ITEMS 15-23)

(FOR ITEMS 17 AND 21, READ ALTERNATIVES)

Now would you say you strongly agree, somewhat agree, neither agree nor disagree, somewhat disagree, or strongly disagree with the statement: (READ 14)

| | STRONGLY AGREE | SOMEWHAT AGREE | NEITHER AGREE NOR DISAGREE | SOMEWHAT DISAGREE | STRONGLY DISAGREE |
|---|---|---|---|---|---|
| 14) I believe that my relative has reached (his/her) highest level of educational and psychological development and will not progress much beyond the level (he/she) is at now. | 1 | 2 | 3 | 4 | 5 |
| 15) When my relative lives away from home, I prefer that (he/she) remain in the same place for (his/her) entire lifetime. | 1 | 2 | 3 | 4 | 5 |
| 16) When my relative lives away from home, I prefer that (he/she) move from a more protected residential setting to a more open setting as (he/she) achieves greater self-help skills. | 1 | 2 | 3 | 4 | 5 |
| (READ ALTERNATIVES) | | | | | |
| 17) Persons who work in community living arrangements are knowledgeable and skillful enough to handle all situations which may arise with regard to your mentally retarded relative. | 1 | 2 | 3 | 4 | 5 |
| 18) I believe that funding for community living arrangements is secure and permanent. | 1 | 2 | 3 | 4 | 5 |

(CONTINUED ON NEXT PAGE)

390

| | STRONGLY AGREE | SOMEWHAT AGREE | NEITHER AGREE NOR DISAGREE | SOMEWHAT DISAGREE | STRONGLY DISAGREE |
|---|---|---|---|---|---|
| 19. I believe that all services needed by my relative are available to (him/her) in the community. | 1 | 2 | 3 | 4 | 5 |
| 20. I believe that my family has not had to assume added financial burdens for the care of our relative since (he/she) has left Pennhurst. | 1 | 2 | 3 | 4 | 5 |
| (READ ALTERNATIVES) | | | | | |
| 21. Normalization means that, as much as possible, mentally retarded persons are given normal opportunities for living, working, and school. In thinking about what your relative will need in the future, how much do you agree with this? | 1 | 2 | 3 | 4 | 5 |
| 22. The Least Restrictive Alternative says that mentally retarded persons should be allowed to live in places which are as much like normal homes as possible. In thinking about what your relative will need in the future, how much do you agree with this? | 1 | 2 | 3 | 4 | 5 |
| 23. Deinstitutionalization is the moving of mentally retarded persons from the institution into places in the community. In thinking about what your relative will need in the future, how much do you agree with this? | 1 | 2 | 3 | 4 | 5 |

24. Please describe how you feel about Judge Broderick's original decision in the Halderman versus Pennhurst case. Do you:

(CHECK ONE)

☐ agree completely,

☐ agree somewhat,

☐ neutral,

☐ disagree somewhat,

☐ disagree completely?

25. Since your relative has left Pennhurst, which of the following kinds of services do you think are still needed:   (CHECK ALL THAT APPLY)

☐ Academic (basic reading, writing and use of numbers)

☐ Behavioral (therapy, behavior modification, eliminating problem behaviors)

☐ Medical (check-ups, surgery, physical therapy, dental, nursing)

☐ Recreation (trips, hobbies, sports, arts, crafts)

☐ Self-care (grooming, hygiene, dressing, nutrition)

☐ Speech (evaluation, therapy, training)

☐ Work and work-training (preparation and training for work)

☐ Other? (DESCRIBE):

_____

_____

_____

26. Finally, we would like to know approximately how much total income, before taxes, you and your spouse received in the last year. Please include any pension, retirement plans, etc. Was it:

☐ Under $5,000

☐ $5,000 - $9,999

☐ $10,000 - $14,999

☐ $15,000 - $19,999

☐ $20,000 - $24,999

☐ Over $25,000?

# APPENDIX 8-1
## NEIGHBOR ATTITUDES QUESTIONNAIRE

INSTITUTE FOR SURVEY RESEARCH
TEMPLE UNIVERSITY
-Of The Commonwealth System Of Higher Education-
1601 NORTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19122

STUDY #540-350-01                                    OMB No.:

A SURVEY OF RESIDENTS OF PENNHURST AND

COMMUNITY LIVING ARRANGEMENT PROGRAMS

**Date:**

Time interview began: _____ A.M. _____ P.M.

Time interview ended: _____ A.M. _____ P.M.

RESPONDENT'S NAME:

ADDRESS:

TELEPHONE NUMBER:

TO BE COMPLETED BY OFFICE BEFORE FIELD USE

Pennhurst Resident Number

Base Service Unit Number

Cottage or Agency Name                          Cottage Code:

Sex: M   F     Age:

VERBAL CONSENT FORM (READ TO R)

Hello, I am (YOUR NAME) working for Temple University, a school in Philadelphia. What is your name? We are talking to a lot of people (here at Pennhurst/in homes like this unit). I want to ask you some questions about your life and what you do every day. No one but us and the people I work for at Temple will ever find out what you say. Our talk will be kept secret and confidential. We think it's important to find out how you and your feelings. If you don't want to talk to me, you don't have to, and you can stop any time. Will you talk with me?

        [ ] YES        [ ] NO

(RECORD ANY RESPONSE GIVEN IN ADDITION TO YES/NO)

INTERVIEWER'S NAME:                                            19JF:

---

1. Do you like living here?

| | |
|---|---|
| Yes | 1 |
| In between, sort of, a little, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

1a. Have you ever lived anywhere else? (Have you always lived here?)

| | |
|---|---|
| Parents (Yes) | 1 |
| Other Institution (Yes) | 2 |
| No | 3 |
| CLA or group home (Yes) | 4 |
| Don't Know | 8 |
| No Answer | 9 |

2. Do you like the people who work here?

| | |
|---|---|
| Yes | 1 |
| Some, most, not all, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

3. Do you want to keep on living here?

| | |
|---|---|
| Yes | 1 |
| Sort of, unsure | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

4. Do you have any real good friends? I mean people you like a lot.

| | |
|---|---|
| Yes | 1 |
| Unsure | 2 |
| (If no, skip to Q. 5) No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

4a. How many?

| | |
|---|---|
| A lot (5 or more) | 1 |
| A few (3 - 5) | 2 |
| A Couple (1 or 2) | 3 |

5. Do you have a girlfriend/boyfriend?

| | |
|---|---|
| Yes | 1 |
| Sort of, maybe, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

6. Do you ever see anyone in your family? I mean mother, father, brothers, sisters?

| | |
|---|---|
| Yes | 1 |
| Sometimes | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

7. Are people here mean or nice?

| | |
|---|---|
| Mean | 1 |
| Both, some of each, etc. | 2 |
| Nice | 3 |
| Don't Know | 8 |
| No Answer | 9 |

8. Are you usually happy or sad?

| | |
|---|---|
| Happy | 1 |
| In Between | 2 |
| Sad | 3 |
| Don't Know | 8 |
| No Answer | 9 |

9. Are you sick a lot of the time?

| | |
|---|---|
| Yes | 1 |
| In Between | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

10. If you had one wish, what would you wish for?

_____

_____

_____

11. Where do you go during the day? (PROBE FOR AS MUCH DETAIL AS POSSIBLE)

_____

_____

_____

12. Do you learn a lot there?

| | |
|---|---|
| Yes | 1 |
| Some, sometimes | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

13. Do you like it there?

| | |
|---|---|
| Yes | 1 |
| In between, sort of, a little, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

14. Do you make any money?  (IF CLIENT NOT WORKING, PROBE FOR SOURCE)

| | |
|---|---|
| Yes | 1 |
| Not much, a little, etc. | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

15. Are you usually sad or happy?

| | |
|---|---|
| Happy | 1 |
| In Between | 2 |
| Sad | 3 |
| Don't Know | 8 |
| No Answer | 9 |

16. If you could, would you like to leave here and live somewhere else?

(If no, skip to Q. 19)

| | |
|---|---|
| Yes | 1 |
| In between, not sure | 2 |
| No | 3 |
| Don't Know | 8 |
| No Answer | 9 |

17. What kind of place would you like to go to?

_____

_____

_____

18. Are you ever unhappy?

| | |
|---|---|
| Yes, most of the time | 1 |
| In between, some of the time | 2 |
| No never, not usually | 3 |
| Don't Know | 8 |
| No Answer | 9 |

19. Is there anything else you'd like to tell me?

_____

_____

_____

## EMOTION LABELING INTERVIEW
### SCORE SHEET

1) Show the one page glass and tap sequence.
Ask "Tell me what is happening here, Tell me the story of what happened to the glass".

1 point — Perceives a single object and perceives a sequence
"The glass is getting (got) full of water"

0 points — Ambivalent "Empty, full, Full" pointing to the pictures

-1 point — Does not perceive a single object or a sequence. "They got water". "This one got water and this one didn't".

2) Show the picture of the girl with the flower,
Ask "Tell me the story of this picture, How does the girl feel?"

2 points — Perceives both action and emotion
"She colored the picture and she's proud/happy/satisfied"

1 point — Perceives emotion
"She's happy", She likes the picture"

-1 point — Incorrectly, labels emotion
"She's mad/sad", "She stole it"

3) Show the picture of the boy and the bicycle.
Ask "Tell me the story of this picture, How does the boy feel?"

2 points — Perceives both action and emotion
"His bike got a flat and he is sad/mad".

1 point — Perceives emotion
"he's sad", "he's mad"

-1 point — Incorrectly labels emotion
"He is happy", "He is glad"

---

20. Would you like to go back to Pennhurst?

| Yes - go back | 1 |
| In between, not sure | 2 |
| No - stay here | 3 |
| Don't Know | 8 |
| No Answer | 9 |

21. Are there any other comments or observations that you may have?

8) Which one is most like how the staff feel about you?
   Most happy   5   4   3   2   1   Least Happy

9) Which one is most like how the other residents feel about you?
   Most Happy   5   4   3   2   1   Least Happy

10) Which one is most how you feel about the workshop?
    Most Happy   5   4   3   2   1   Least Happy

11) Which one is most like how you feel about the staff?
    Most Happy   5   4   3   2   1   Least Happy

12) Which one is most like how you feel about the other residents?
    Most Happy   5   4   3   2   1   Least Happy



4) Show all 3 pictures of the Boy Fishing Set (3-5 seconds each)
   Ask "Look at all these pictures and tell me the story of what happens. How does the boy feel?"

2 points — Perceives the set of pictures as representing a single person (perceives a sequence) and correctly lables emotions.
"The boy goes (went) fishing and caught some and is real happy"

1 point — Correctly lables emotion
"The boy is Happy/Glad"

-1 point — Incorrectly labels emotion
"The boy is sad, the boy is bad"

5) Show all 3 pictures of the boy getting spanked Set (3-5 seconds each)
   Ask "Look at all these pictures and tell me the story of what happens. How does the boy feel?"

2 points — Perceives the set of pictures as representing a single person (percieves sequence) and correctly labels emotions.
"The boy (was bad) and got spanked and is sad/mad/hurt"

1 point — Correctly label emotions
"The boy is sad or mad or hurt"

-1 point — Incorrectly labels emotions
"The boy is happy or glad"

6) Place all 3 separate "smile button" faces on the desk face up and arrange. Then place all 3 photographs face up on the desk. Ask please match the photographs with the drawings

1 point — All are matched correctly

-1 point — Any incorrect matches

7) Show the five "smile button faces". Leave them within respondents reach.
   Ask:
   Which one is most like how you feel about living here?
   Most happy   5   4   3   2   1   Least Happy

INSTITUTE FOR SURVEY RESEARCH
TEMPLE UNIVERSITY
-Of The Commonwealth System of Higher Education-
1601 NORTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19122

STUDY #540-350-02
SPRING 1981

OMB NO.: 085-R-0370
EXPIRES: April, 1982

REINTERVIEW FOR

A TELEPHONE SURVEY OF COMMUNITY ATTITUDES

Time interview began: _____ A.M. _____ P.M.

Time interview ended: _____ A.M. _____ P.M.

Date: _____

CASE NUMBER: _____

RESPONDENT'S NAME: _____

ADDRESS: _____ _____
(STREET)                          (APT.#)

_____ PA. _____ -
(CITY)                        (ZIP)

TELEPHONE NUMBER: (215) _____

(READ IF R IS SCHEDULE OTHER THAN THE SCREENING INFORMANT)

INTRODUCTION: Hello, I am _____ (YOUR NAME) calling for the Institute for Survey Research of Temple University. A letter was sent to your house about the survey we are conducting about community attitudes. "All answers to questions are completely confidential. Individuals or families will in no way be identified."

(CHECK IF APPROPRIATE) [ ]

R requests a copy of letter

ID #: _____

INTERVIEWER'S NAME: _____

---

1. Overall, would you say that your neighborhood is:

| | |
|---|---|
| very tight knit, | 1 |
| fairly tight knit, | 2 |
| slightly tight knit, or | 3 |
| not at all tight knit? | 4 |
| (DO NOT READ)  Don't Know, No Answer | 9 |

2. Now I'll be asking a series of questions about different kinds of people as neighbors. How much would it bother you if two to five people who are physically disabled moved into your neighborhood? Would it bother you a lot, some, very little, or not at all?

(CIRCLE RESPONSE CODE FOR a. BELOW AND REPEAT FOR b.-e.)

| | A LOT | SOME | VERY LITTLE | NOT AT ALL |
|---|---|---|---|---|
| a. Who are physically disabled? | 4 | 3 | 2 | 1 |
| b. Who are mildly mentally retarded? | 4 | 3 | 2 | 1 |
| c. Who are severely mentally retarded? | 4 | 3 | 2 | 1 |
| d. Who are mentally ill? | 4 | 3 | 2 | 1 |
| e. Of a different race from your own? | 4 | 3 | 2 | 1 |

3. Now I'll be asking a different question about the same kinds of people. How much do you think the value of your house would change if two to five people who are physically disabled moved into your neighborhood?

(CIRCLE RESPONSE CODE FOR a. BELOW AND REPEAT FOR b.-e.)

| | A LOT | SOME | VERY LITTLE | NOT AT ALL |
|---|---|---|---|---|
| a. Who are physically disabled? | 4 | 3 | 2 | 1 |
| b. Who are mildly mentally retarded? | 4 | 3 | 2 | 1 |
| c. Who are severely mentally retarded? | 4 | 3 | 2 | 1 |
| d. Who are mentally ill? | 4 | 3 | 2 | 1 |
| e. Of a different race from your own? | 4 | 3 | 2 | 1 |

4. Overall, how often would you say you have contact with mentally retarded people? Would you say:

| | |
|---|---|
| nearly every day (daily). | 4 |
| once or twice a week (weekly). | 3 |
| less than once a week (monthly), or | 2 |
| less often? | 1 |
| (DO NOT READ)  Don't Know, No Answer | 9 |

5. Now there are some questions about severely mentally ill people. These people find it difficult to function and take care of themselves on a day-to-day basis. To the best of your knowledge, are the following statements true or false?

| | TRUE | FALSE | NO IDEA, DON'T KNOW |
|---|---|---|---|
| a. Severe mental illness is always inherited. | 1 | 2 | 9 |
| b. Severe mental illness is always permanent. | 1 | 2 | 9 |
| c. Severely mentally ill people have to live in institutions. | 1 | 2 | 9 |

6. Now there are some questions about severely mentally retarded people. These people find it difficult to communicate and take care of themselves without help. To the best of your knowledge, are the following statements true or false?

(CIRCLE RESPONSES FOR ITEMS a.-i.)

| | TRUE | FALSE | NO IDEA, DON'T KNOW |
|---|---|---|---|
| a. A severely retarded person can learn. | 1 | 2 | 9 |
| b. Severely retarded people can make friends with other people. | 1 | 2 | 9 |
| c. Severely retarded people are more loose about sex than nonretarded people. | 1 | 2 | 9 |
| d. Severe mental retardation is always inherited. | 1 | 2 | 9 |
| e. Severely retarded people have to live in institutions. | 1 | 2 | 9 |
| f. Severely retarded people can hold tax-paying jobs. | 1 | 2 | 9 |
| g. Severely retarded people usually require constant medical care. | 1 | 2 | 9 |
| h. Severely retarded people are bigger and stronger than normal people. | 1 | 2 | 9 |
| i. Severe mental retardation is always permanent. | 1 | 2 | 9 |

8. How sure are you that you would be able to recognize a mentally retarded person if you saw him or her on the street? Would you say that you would be:

| | |
|---|---|
| very sure, | 3 |
| fairly sure, or | 2 |
| not at all sure? | 1 |
| (DO NOT RE.A.D) Don't know | 9 |

9. Now we have a few questions about yourself. Are you currently:

| | |
|---|---|
| married, | 1 |
| widowed, | 2 |
| divorced, | 3 |
| separated, or | 4 |
| have you never married? | 5 |

10. What is the highest grade of school you have completed?

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Didn't attend school | 0 | | | | | | | |
| Grammar School | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| High School | 9 | 10 | 11 | 12 | | | | |
| College or higher | 13 | 14 | 15 | 16 | 17+ | | | |

Now I am going to ask you a few questions concerning your feelings about group homes for retarded people. A group home is a house or apartment where a small number of retarded people live with supervisory staff.

11. Are there any group homes for retarded people in your neighborhood?

| | |
|---|---|
| Yes | 1 |
| No | 2 |
| Don't know | 9 |
| Refused | 6 |

(SKIP TO Q. 16)

---

7. Now I'm going to read a list of statements about different people. For each statement, please tell me whether you strongly agree, agree, neither agree nor disagree, disagree, or strongly disagree.

(CIRCLE RESPONSE CODE FOR a. BELOW AND REPEAT PROCEDURE FOR ITEMS b.-m.)

(FOR Q. c. and Q. f., READ ALTERNATIVE RESPONSES)

Now would you say you strongly agree, agree, neither agree nor disagree, disagree, or strongly disagree with the statement:

a. "There is good reason to fear severely retarded people."

| | STRONGLY AGREE | AGREE | NEITHER AGREE NOR DISAGREE | DIS-AGREE | STRONGLY DISAGREE | [DO NOT READ] NO IDEA, DON'T KNOW |
|---|---|---|---|---|---|---|
| a. There is good reason to fear severely retarded people. | 5 | 4 | 3 | 2 | 1 | 9 |
| b. Most people feel uncomfortable when they are around physically disabled people. | 5 | 4 | 3 | 2 | 1 | 9 |
| c. Severely retarded people should not marry. | 5 | 4 | 3 | 2 | 1 | 9 |
| d. It would be okay with me if my children play with severely retarded children. | 5 | 4 | 3 | 2 | 1 | 9 |
| e. Severely retarded people should have the same rights as any citizen. | 5 | 4 | 3 | 2 | 1 | 9 |
| f. I wouldn't mind if a severely retarded person worked where I do. | 5 | 4 | 3 | 2 | 1 | 9 |
| g. A married severely retarded couple should not have children. | 5 | 4 | 3 | 2 | 1 | 9 |
| h. I don't think severely mentally ill people should vote. | 5 | 4 | 3 | 2 | 1 | 9 |
| i. Severely retarded people have no morality. | 5 | 4 | 3 | 2 | 1 | 9 |
| j. Severely retarded children should be allowed to go to public school. | 5 | 4 | 3 | 2 | 1 | 9 |
| k. Severely retarded people can be as happy as anyone. | 5 | 4 | 3 | 2 | 1 | 9 |
| l. Severely retarded people are sexually aggressive. | 5 | 4 | 3 | 2 | 1 | 9 |
| m. Physically disabled people can be as happy as anyone. | 5 | 4 | 3 | 2 | 1 | 9 |

17. Finally, we would like to know approximately how much total income your household received from all sources in 1980--that is, including Social Security benefits, pension, earnings, etc. Was it:

| | |
|---|---|
| under $3,000 | 1 |
| $3,000 - $4,999 | 2 |
| $5,000 - $9,999 | 3 |
| $10,000 - $14,999 | 4 |
| $15,000 - $19,999 | 5 |
| $20,000 - $25,000, or | 6 |
| over $25,000? | 7 |
| Refusal | 8 |
| Don't know | 9 |

THANK YOU VERY MUCH FOR YOUR PARTICIPATION. I'VE ENJOYED TALKING TO YOU. GOODBYE.

18. RECORD ANY OBSERVATIONS ABOUT THE INTERVIEW. (BE SURE TO NOTE ANY REFERENCES TO THE PENNHURST DECISION AND/OR OTHER SURVEYS.)

_____

_____

_____

_____

_____

_____

_____

_____

12. For about how many months has the newest group home in your neighborhood been operating?

_____
(NUMBER OF MONTHS)    No idea ... 9

13. When did you first hear about the operation of that group home? (PROBE FOR MONTH AND YEAR)

_____          _____
(MONTH)           (YEAR)

14. Thinking back to the time when you first heard about it, how did you feel about having a group home in your neighborhood? Would you say you were:

| | |
|---|---|
| strongly in favor, | 5 |
| somewhat in favor, | 4 |
| without an opinion, | 3 |
| mildly opposed, or | 2 |
| strongly opposed? | 1 |

15. And how do you feel about that group home now? Would you say that you are:

| | |
|---|---|
| strongly in favor, | 5 |
| somewhat in favor, | 4 |
| without an opinion, | 3 |
| mildly opposed, or | 2 |
| strongly opposed? | 1 |

(ALL SKIP TO Q. 17)

16. Imagine that a group home was located in your neighborhood, thinking about your feelings, would you be:

| | |
|---|---|
| strongly in favor, | 5 |
| somewhat in favor, | 4 |
| without an opinion, | 3 |
| mildly opposed, or | 2 |
| strongly opposed? | 1 |

402

# LIST OF PUBLICATIONS

# REPORTS OF THE PENNHURST LONGITUDINAL STUDY
# TEMPLE UNIVERSITY

| CODE NO. | TITLE (Authors) | DATE | PRICE |
|---|---|---|---|
| PC-79-2 | Report on Assessment of Institutional Environments (Conroy) | 10/79 | $6.00 |
| PC-80-2 | Attitudes Toward the Mentally Retarded in Selected Communities: Technical Report of Preliminary Findings (Institute for Survey Research) | 11/80 | $6.00 |
| PC-80-3 | Family Impacts Baseline: A Survey of the Families of the Residents of Pennhurst (Keating, Conroy, Walker) | 12/80 | $8.00 |
| PC-80-4 | A Report on Client Progress at Pennhurst (Lemanowicz, Feinstein, Efthimiou, Conroy) | 02/81 | $4.00 |
| PC-81-1 | Preliminary Analysis of Client Progress, Pre and Post Relocation: A Matched Comparison Study (Conroy, Efthimiou, Lemanowicz) | 02/81 | $4.00 |
| PC-81-2 | Year 02 Client Satisfaction Report (Baseline): Interviews with 56 Pennhurst Clients (Walsh, Conroy) | 07/81 | $6.00 |
| PC-81-4 | Models of Change in Attitudes Toward Mentally Retarded Persons (Walbridge, Whaley, Conroy) | 08/81 | $6.00 |
| PC-81-5 | Changes in Community Attitudes: Technical Report (Walbridge, Conroy) | 10/81 | $6.00 |
| PC-82-1 | Family Impacts: Prepost Attitudes of 119 Families of Clients Deinstitutionalized June 1980 to May 1982 (Latib, Conroy) | 08/82 | $6.00 |
| PC-83-1 | The Pennhurst Longitudinal Study: Third Year Comprehensive Report (Bradley, Conroy) | 10/82 | $12.00 |
| PC-83-3 | Temple University and Human Services Research Institute. Pennhurst Longitudinal Study, 1979 to 1983: Fourth Year Summary | 11/83 | $6.00 |

# BRIEF REPORTS

| CODE | TITLE (Authors) | DATE | PRICE |
|------|-----------------|------|-------|
| BR-1 | Development of Former Pennhurst Residents Who Are Now in CLAs in Montgomery County (Conroy, Lemanowicz, Sokol, Pollack) | 10/16/80 | $2.00 |
| BR-2 | Reliability of the Behavior Development Survey: Services Received by Clients (Lemanowicz, Feinstein, Conroy) | 11/18/80 | $2.00 |
| BR-3 | Matched Comparison Study of Adaptive Behavior Growth Among Deinstitutionalized Clients (Conroy, Efthimiou, Lemanowicz) | 11/10/80 | $2.00 |
| BR-4 | Trends in Residential Service Patterns in Southeast Pennsylvania (Efthimiou, Conroy) | 11/21/80 | $2.00 |
| BR-5 | Trends in Discharges and Releases From Pennhurst (Conroy, Pollack) | 12/11/80 | $2.00 |
| BR-6 | Medical Needs of Clients: Perceptions of Relatives and of Staff (Conroy, Feinstein Lemanowicz) | 02/17/81 | $2.00 |
| BR-7 | Summary of Services Reported at Pennhurst Center (Lemanowicz) | 03/04/81 | $2.00 |
| BR-8 | Developmental Growth Among the Residents of Pennhurst: What Factors Are Related to Growth (Conroy, Lemanowicz) | 03/24/81 | $2.00 |
| BR-9 | Update of the Status of the Pennhurst Deinstitutionalization, March 1, 1981 (Feinstein) | 03/30/81 | $2.00 |
| BR-10 | Survey of Families of Clients Deinstitutionalized From the Date of the Court Order to April 30,1980 (Conroy) | 07/31/81 | $2.00 |
| BR-11 | Reliability of the Behavior Development Survey Maladaptive Behavior Section (Conroy, Efthimiou, Lemanowicz) | 08/05/81 | $2.00 |
| BR-12 | Update of the Status of the Pennhurst Deinstitutionalization (Feinstein, Conroy) | 08/31/82 | $2.00 |
| BR-13 | Progress of Clients in CLAs: Class Members Compared to Others (Feinstein, Lemanowicz, Conroy) | 09/19/81 | $2.00 |
| BR-14 | The Pattern of Discharges from Pennhurst Under Court Order, March 1978 to August 1981 (Lemanowicz, Efthimiou) | 09/30/81 | $2.00 |

| CODE | TITLE (Authors) | DATE | PRICE |
|------|-----------------|------|-------|
| BR-15 | The Progress of Phila. CLA Residents from 1981 to 1982: A Matched Comparison of Class and Non-Class Members (Lemanowicz, Kilkenny) | 03/10/83 | $2.00 |
| BR-16 | A Quantitative Overview of Pennhurst Center: 1978 to 1983  (Lemanowicz, Conroy, Feinstein) | | $2.00 |
| BR-17 | Increase in IQ Among Pennhurst Plaintiff Class (Baus, Conroy, Hess) | | $2.00 |
| BR-18 | Stability of CLA's in SE Pennsylvania, 1980-84 (Conroy, Feinstein, Weiss) | | $2.00 |

---------------------------------------------------------------

# ORDER FORM

| QUANTITY | CODE NO. | PRICE | TOTAL |
|----------|----------|-------|-------|
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |
| ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ | ‾‾‾‾ |

Name _____

Organization _____

Address _____

_____

City _____ State _____

Zip Code _____

TOTAL ENCLOSED = $ _____

Please enclose check payable to TEMPLE UNIVERSITY with order form and mail to: Kathy Ann Baus, Developmental Disabilities Center, Ritter Hall Annex -- 9th Floor, Temple University, Philadelphia, PA 19122.

Note:   1.  Orders must be prepaid.
        2.  Price includes postage and handling.
        3.  Please allow 30 days for delivery.

# HUMAN SERVICES RESEARCH INSTITUTE

| CODE NO. | TITLE | DATE | PRICE* |
|---|---|---|---|
| HOI | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Historical Overview I (Pre-litigation through December 13, 1979) | 04/07/80 | $18.00 |
| IAOSM | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Implementation Analysis: Office of the Special Master | 12/10/80 | $10.00 |
| HOII | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Historical Overview II and Legislative Analysis (December 1979 to July 1980) | 01/15/81 | $10.00 |
| HOIII | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Historical Overview III | 07/15/81 | $14.00 |
| HOIV | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Historical Overview IV (March 3, 1981 to August 31, 1981) | 12/21/81 | $18.00 |
| IADPW | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Implementation Analysis: Department of Public Welfare | 03/05/82 | $10.00 |
| HOV | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Historical Overview V (September 1, 1981 to March 31, 1982) | 07/13/82 | $14.00 |
| HOVI | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Historical Overview VI (April 1, 1982 to September 30, 1982) | 01/21/83 | $10.00 |
| IAIII | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Implementation Analysis #3: Issues Affecting Complex Litigation | 08/15/83 | $10.00 |

# AVAILABLE REPORTS

| CODE NO. | TITLE | DATE | PRICE* |
|----------|-------|------|--------|
| BU83 | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Brief Update (October 1, 1982 to June 30, 1983) | 08/15/83 | $ 5.00 |
| COMPAN | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Comparative Analysis of the Costs of Residential and Day Services Within Institutional and Community Settings | 12/15/83 | $10.00 |
| COANAL | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Comparative Analysis of the Costs of Residential, Day and Other Programs Within Institutional and Community Settings/Final Report | 08/15/84 | $15.00 |
| IAIV | Longitudinal Study of the Court-Ordered Deinstitutionalization of Pennhurst -- Implementation Analysis #4 -- Impact of the Decree in Pennsylvania | 03/01/85 | $10.00 |

* Prices include printing and postage.

# REPORTS OF THE PENNHURST LONGITUDINAL STUDY

The Pennhurst Longitudinal Study is concerned with the Federal Court order of March 17, 1978, to relocate the 1155 residents of Pennhurst to small community-based settings, i.e., "group home" or "group apartments." The study is concerned with the policy issues of national scope that have been raised by the case, with the cost of care, with the impact on the service delivery system, and with the impacts upon the clients, their families, and the receiving communities. Human Services Research Institute (HSRI) is primarily concerned with the former issues. HSRI's work falls into three major areas:

(1) The assessment of major events, decisions, and issues surrounding the Pennhurst litigation (i.e., Historical Overviews);

(2) Analyses of specific issues arising out of the Pennhurst litigation (i.e., Implementation Analyses);

(3) Analyses of the relative costs of institutional services and community living arrangements (Cost Analyses).

------------------------------------------------------------

# ORDER FORM

| QUANTITY | CODE NO. | PRICE | TOTAL | |
|----------|----------|-------|-------|---|
| | | | | Name _____ |
| _____ | _____ | ____ | ____ | Organization _____ |
| _____ | _____ | ____ | ____ | Address _____ |
| _____ | _____ | ____ | ____ | |
| _____ | _____ | ____ | ____ | City _____ State _____ |
| _____ | _____ | ____ | ____ | Zip Code _____ |
| _____ | _____ | ____ | ____ | |
| _____ | _____ | ____ | ____ | |

TOTAL ENCLOSED = $ _____

Please enclose check payable to Human Services Research Institute with order form and mail to Emily Cravedi; Publications Coordinator, Human Services Research Institute, 120 Milk Street -- 8th Floor, Boston, MA 02109.

Note:   1. Orders must be prepaid.
        2. Price includes postage and handling.
        3. Please allow 30 days for delivery.

THANK YOU VERY MUCH FOR YOUR INTEREST.

# PUBLISHED MATERIALS

Bradley, V.J. (1985).  Implementation of Court and Consent Decrees.
In R. Bruininks and C. Lakin (Eds.), Living and Learning in the
Least Restrictive Environment, (pp. 81-96).

Conroy, J., Efthimiou, J., and Lemanowicz, J. (1981).  A matched comparison
of the developmental growth of institutionalized and deinstitutionalized
mentally retarded clients. American Journal of Mental Deficiency, 86,
581-587.

Latib, A., Conroy, J., and Hess, C. (1984).  Family attitudes toward
deinstitutionalization.  In N. Ellis and N. Bray (Eds.), International
Review of Research in Mental Retardation, Vol. 12 (pp. 67-93). Orlando:
Academic Press.

Sokol-Kessler, L., Conroy, J., Feinstein, C., Lemanowicz, J., and McGurrin,
M. (1983).  Developmental progress in institutional and community
settings. The Journal of the Association for the Severely Handicapped,
8 (Fall), 43-48.

Conroy, J. (1985).  Reactions to deinstitutionalization among parents of
mentally retarded persons.  In R. Bruininks and C. Lakin (Eds.), Living
and Learning in the Least Restrictive Environment, (pp. 141-152).
Baltimore: Paul H. Brookes.

Jones, P., Conroy, J., Feinstein, C., and Lemanowicz, J. (1985).  A
matched comparison study of cost-effectiveness: Institutionalized and
deinstitutionalized people.  The Journal of the Association for Persons
with Severe Handicaps, 9 (4) (Winter).

**Temple University**
**Developmental Disabilities Center/UAF**
972 Ritter Hall Annex
Philadelphia, PA 19122

**Human Services Research Institute**
120 Milk Street, Eighth floor
Boston, MA 02100