settings, and excluded people who lived in large congregate settings. Next, we excluded people who had changed their type of home between 2000 and 2001. This left us with about 800 people who had been living in an ICF/MR for the entire year, and about 950 who had been in Waiver settings.

Before showing these preliminary results, however, it is extremely important to caution readers that this analysis is exploratory only. The people who live in ICFs/MR and Waiver settings are different kinds of people, with distinctly different characteristics. To drive this point home, we produced Table 16 of measures from the year 2000 round.

**Table 16**
**Characteristics of People in ICF/MR and Waiver Community Settings, 2000**

|  | ICF/MR, N=808 | Waiver, N=957 |
|---|---|---|
| Adaptive Behavior | 35.0 | 60.0 |
| Challenging Behavior | 83.2 | 74.9 |
| Choicemaking Scale | 31.9 | 52.6 |
| Quality of Life Scale | 85.8 | 83.4 |
| Integrative Activities | 21.4 | 36.9 |

Notice the large difference in adaptive behavior, with the Waiver recipients having far higher levels of ability – 60 points versus 35 points. The Waiver recipients also displayed considerably more challenging behavior than the ICF recipients. (Higher scores are favorable on this scale, meaning less challenging behavior.)

These differences between the ICF/MR and the Waiver recipients means, for one thing, that direct comparisons between the two groups must be done judiciously and interpreted with great caution and conservatism. We proceed with a comparison here, because we are "looking for clues". This is purely an exploratory attempt to see if any pattern might emerge that could lead toward an explanation of the recent findings.

With that caution, then, the following table breaks down changes in five quality indicators for the two groups.

### Table 17

### Changes In Quality Indicators, 2000 to 2001, for Two Groups:  ICF/MR and Waiver

|  | ICF/MR, N=808 | Waiver, N=957 |
|---|---|---|
| Adaptive Behavior Change | -2.1 | -1.0 |
| Challenging Behavior Change | -1.6 | -0.8 |
| Choicemaking Change | 5.5 | 3.4 |
| Quality of Life Scale Change | -0.6 | 1.5 |
| Integrative Activities Change | -2.6 | 3.0 |

While both groups lost some ground in adaptive behavior, the ICF/MR group's loss was twice the size of the Waiver group's loss.  And because the ICF/MR group started out with much lower scores, their 2.1 point loss was a larger percentage of their skill repertoires.

Similarly, the loss in challenging behavior was about twice as large for ICF/MR recipients than Waiver recipients.

At the same time, the ICF/MR people gained more in Choicemaking, the opportunity to control many minor aspects of daily life and decisions, than did the Waiver people.  This presents a pattern that is confusing to us.  The mystery is only deepened when we note that the average Mover in an ICF/MR showed a slight decrease in overall quality of life ratings from our Quality of Life Changes scale, while the Waiver Movers showed an increase.  Finally, Integrative Activities went down slightly for the ICF/MR Movers, while it went up for the Waiver Movers.

In the spirit of "looking for leads," then, we believe there is justification for much more in-depth and careful study of at least these two funding mechanisms.  The funding mechanisms

are tied to quite different methods of monitoring, licensing, and regulation, and these differences may be causing different emphases in daily service and support practices.

This exploration has <u>not</u> determined that either model is better than the other, because the people in the two models are so different in the first place. What we have done, again, is shown that this is an area that merits investigation.

This section closes with a reminder and a warning. The evidence is very clear and strong that the Movers are in most ways "better off" than they were in DCs. Moving people from institutions to community homes in California has been excellent social policy that benefited thousands of people. That fact has been established not only by the present research group, but also has been replicated by researchers at California State University, Berkeley Planning Associates, and the Citygate consulting organization.

However, we now have evidence that something is changing in the service system. There are many positive measurable changes in people's lives over the past year, but for the first time, we have seen two negative impacts on people's lives. We think these two areas, adaptive and challenging behavior, are important areas. Hence we suggest treating these findings as an "early warning system." The behavioral losses have just begun, as far as we can determine, in the past year or two. Our view is that these findings give California a chance to investigate further and weigh options carefully.

# Descriptive Results for the 2,170 Movers

## Descriptive Results 1:  Characteristics of the Movers

We completed visits with 2,170 people who moved out of Developmental Centers as a result of the Coffelt settlement agreement and who were still in the community when we visited.  We refer to this group as "Movers," that is, people who moved out of Developmental Centers and into community living situations.  Table 18 shows the distribution of basic characteristics among the 2,170 people, including gender, minority status, average age, and label for level of mental retardation.

**Table 18**
**Characteristics**

| | |
|---|---|
| Percent Male | 61.5 |
| Percent Female | 38.5 |
| | |
| Percent Minority | 30.2 |
| | |
| Average Age | 41.6 |
| | |
| Percent not labeled MR | 2.0 |
| Percent Mild | 19.5 |
| Percent Moderate | 10.7 |
| Percent Severe | 13.7 |
| Percent Profound | 54.0 |

The population is 61.5% male and 30.2% minorities.  The average age is 41.6 years old. About 68% percent of the people interviewed are labeled severely or profoundly mentally retarded, while approximately 30% are labeled mildly and moderately mentally retarded.

Marital status is another characteristic that is often used to describe people in the general population.  The majority of the people in this study (98%) have never been married, but 22 people who are now single, reported that they had been married at some point, while 14 people said they are married now.  We also asked if people had any children.  The majority answered "no", but 53 people said they have children.  Only 12 of the 53 reported parents list their children as dependents.

Many people with mental retardation also have secondary disabilities.  This information can be important for developing current and long-range community resources.  The people we visited reported the conditions shown in Table 19 as major secondary disabilities.

**Table 19**
**Percent of "Movers" who Reported**
**Major Secondary Disabilities**

| | |
|---|---|
| Ambulation | 27.4 |
| Autism | 10.8 |
| Aggressive Behavior | 34.9 |
| Brain Injury | 7.2 |
| Cerebral Palsy | 17.9 |
| Communication | 60.7 |
| Dementia | 1.7 |
| Major Health Problems | 26.7 |
| Hearing | 5.3 |
| Mental Illness | 22.5 |
| Physical Disability | 15.7 |
| Seizures | 29.1 |
| Self Abuse | 23.5 |
| Substance Abuse | 2.3 |
| Swallowing | 7.9 |
| Vision | 13.1 |
| Other | 10.5 |

Communication, aggressive behavior, seizures, problems with ambulation, and major health problems are reported as the top five secondary disabilities. The least reported secondary disabilities were dementia, substance abuse, hearing problems, brain injury, and swallowing problems.

## Descriptive Results 2:  Family Contacts

A major concern in any deinstitutionalization initiative is the maintenance of family connections. In fact, planning for relocation and decisions regarding where people will live in the community are often made with the intent of reunifying families and providing opportunities for more contact. Our Visitors therefore ask how much and what kinds of family contact has occurred in the past year. The specific questions from page 11 of the PLQ are as follows:

10.  What kinds of contact has this person had with any relatives during the past year, and about how many times? About how often in the past year? (Zero if none)

|  | 10a. | Telephone calls |
|---|---|---|
|  | 10b. | Mail |
|  | 10c. | Relative visits person here at this home |
|  | 10d. | Person goes out with relative(s) |
|  | 10e. | Program Planning Meetings |
|  | 10f. | Consent for medical care |

The results are shown in Table 20.

**Table 20**
**Frequency of Contact with Relatives**

| Type of Contact | % With No Contact | Median For Those With Any Contact |
|---|---|---|
| Telephone calls | 64% | 12.0 |
| Mail | 74% | 3.0 |
| Relative visits person here at this home | 63% | 4.0 |
| Person goes out with relative(s) | 70% | 6.0 |
| Program Planning Meetings | 80% | 2.0 |
| Consent for medical care | 86% | 1.0 |

The column headed "% With No Contact" shows that the majority of people had <u>no</u> contact with relatives in all of the listed categories. For example, approximately 80% of people had no contact with relatives in the past year via program planning meetings. For the 20% who <u>did</u> have relatives involved in program planning, the average (median) number of contacts was 2 in the past year.

The most common kind of contact with relatives was made by telephone, at about 12 times per year for the people who had any contact. To repeat, however, only 36% of the people had <u>any</u> telephone contact with relatives. The median number of 12 contacts per year is for those same 36% of the Movers who had phone contact.

Taken across all the forms of contact, more than 49% of the Movers were reported to have had no family contact <u>of any kind</u> in the past year. This showed that many of the Movers had no one in their lives other than paid professionals and direct care workers. These people were, and are, dependent on the "system" to safeguard their rights and well-being. This is in sad contrast with the fact that one of the most frequent responses given by the Movers to "If you had one wish" (see Results: Personal Interview below) was the wish for more contact with relatives.

## Descriptive Results 3:  Friendships

Many people measure their quality of life according to the numbers of friendships they enjoy.[17]  This measurement is even more important for people with disabilities, like the Movers, who have not had years of community schooling and jobs to develop friendships in the ways that most people do.  The PLQ addresses this serious issue beginning on page 12:

**11.  Number Of Friends:**  About how many people in this person's life would you describe as friends?  Do not count mere acquaintances (people one might say "Hi to, or wave to, but with whom there is no other interaction).  Friends might include housemates, co-workers, schoolmates, other people with disabilities served by the residential or day program agency, direct care workers, case managers, support coordinators, therapists, churchgoers, neighbors, merchants (workers in any commercial store), letter carriers, law officers, advocates, guardians, etc.

11a. _____ number of friends

11b. _____ number of "close" friends (see next section for explanation)

This question was often answered by whoever knew the person best, usually a staff person.  The following Table provides the results for both 11a and 11b.

### Table 21
### Number of Friends and Close Friends

|                    | None | Average |
|--------------------|------|---------|
| 11a. Friends       | 11.6 | 8.6     |
| 11b. Close Friends | 29.3 | 2.6     |

Among the 2,170 Movers, 29% reported no close friends at all.  The other 71% reported having an average of 2.6 close friends.  We did not define "friend" or "close friend" for the people being interviewed.  It is our procedure to allow the people being interviewed to make

---

[17] R. Schalock and M. Begab (Eds.) *Quality of life: Perspectives and issues* (pp. 227-234). Monograph Number 12.  Washington:  American Association on Mental Retardation.

their own decisions regarding the definitions and degrees of friendship. The responses indicated that people have a clear understanding of friendship and that they do have friends.

The next section of the PLQ, the Close Friends Scale, begins on page 12 (see **Appendix B**). The matrix below was designed to capture the nature and intensity of relationships. Visitors asked people to describe their five closest friendships. Our analysis describes the percentages of friendships according to the type of relationship. The nature of these close friends was as shown in Table 22.

**Table 22**
**Close Friends: Relationships**

| Relationship | Number | Percent of Responses |
|---|---|---|
| Relative | 402 | 8.7 |
| Staff of home | 2066 | 44.6 |
| Staff of day program | 401 | 8.7 |
| Other paid | 145 | 3.1 |
| Housemate | 1094 | 23.6 |
| Co-worker | 185 | 4 |
| Neighbor | 78 | 1.7 |
| Merchant | 7 | 0.2 |
| Other | 257 | 5.5 |
| Total responses | 4635 | 100.0 |

The Table immediately reveals that most "close friends" were people who were paid to be in the person's life (56.4% when we add rows 2, 3, and 4). The second most common choice was housemates at 23.6%. The third largest group was relatives at 8.7%. Respondents listed 257 friends (5.5%) as "Other," the nature of the relationship was not known, and we could not tell whether they were paid or unpaid.

The data support an image of what the Movers considered to be close friends: mostly paid staff, and then the people they lived with (rarely by their own choice), followed by

relatives.  Outside of paid people, housemates chosen by others, and relatives, these people tended not to have many friends such as neighbors, co-workers, churchgoers, or other general members of the community.  On the other hand, almost three out of four Movers were considered to have at least one close friend, and that would seem to be a positive finding.

If the future brings an increase in real community membership and inclusion, then we should expect to see a gradual increase in friendships with other than paid staff and housemates.  Our database will enable us to test this hypothesis over the years to come.


### Descriptive Results 4:  Individual Planning

Since the mid 1970s and the beginnings of the movement towards individualized services, a person's plan has been a critical measure of quality services.  Federal regulations for residential, employment, and educational services began to require individual plans so that active treatment and progress could be monitored.  Today, the state of the art for individual plans includes a high degree of person-centered thinking and the inclusion of family members and friends in the planning process.  Table 23 shows the personal plan status for the 2,170 people interviewed this year.

**Table 23**
**Does The Person Have An Individual Plan?**

|  | Number | Percent |
|---|---|---|
| 0  No (if No, skip this section) | 47 | 2.2 |
| 1  Yes, but no copy of it is kept here | 83 | 3.8 |
| 2  Yes, and normally a copy would be here, but is not now | 59 | 2.7 |
| 3  Yes, and a copy of it is here | 1975 | 91.3 |
| Information missing | 6* | |
| Total | 2170 | 100.0 |

\* For 6 people of the 2,170, this item was left blank or an incorrect code was entered

Our data show that 91.3% of the Movers have individual plans <u>and</u> that a copy was available at the time of our Visit. There were only 47 people who did not have plans and that information was reported immediately to the proper Regional Center as part of our Quality Feedback System.

The next scale, on page 23 of the PLQ instrument, is "Elements of the Planning Process". This scale measures the degree to which a person's plan is person-centered. The first item is about the primary respondent's participation in the planning process. The results are listed in Table 24.

**Table 24**
**How Was the Primary Respondent**
**Involved in the Planning Process for This Person?**

| Value Label | # of People | % of People |
|-------------|------------|------------|
| Not at all  | 416  | 19.7  |
| Somewhat    | 68   | 3.2   |
| Half        | 43   | 2.0   |
| Mostly      | 127  | 6.0   |
| Completely  | 1459 | 69.0  |
| Total       | 2113 | 100.0 |

*57 people left this question blank.

The first item asked whether the primary respondent, (the person or the person who knew the individual best) was involved in the individual planning process for the individual. The Table shows that the majority of our primary respondents (80%) were part of the planning team to some degree. However, approximately 20% were not involved at all. Those respondents were not asked to complete the rest of the items about the Elements of the Planning Process, because they would not have first hand knowledge of how things were done. For most people, then, we were able to find out a great deal about the nature of the planning process.

A review of the average scores on this five point scale provides an accurate summary of the status of the planning process for people with disabilities statewide. The results are shown in Table 25.

**Table 25**
**Elements of the Planning Process:**

| Features of "Person-Centeredness" | Average |
|---|---|
| How involved in planning process? | 3.0 |
| Address long-term dreams? | 3.5 |
| Building a network of supports? | 2.9 |
| Meetings comfortable and relaxed? | 3.7 |
| Planning sessions scheduled as needed? | 3.4 |
| Process defined or regulated? | 3.8 |
| Process encourage creativity? | 3.6 |
| Process allow for conflict resolution? | 3.6 |
| Process flexible? | 3.7 |
| Does person have ultimate authority? | 2.5 |
| Process emphasize cooperation? | 3.7 |
| Process emphasize person's relationships? | 3.1 |
| Process consider money? | 2.7 |
| Does planning group have control over resources? | 3.0 |
| Do unpaid group members have real power? | 2.6 |
| Do you consider plan to be person-centered? | 3.8 |

The data in Table 25 identify where the planning process was most "person-centered" and where it could use improvement. Two items were tied for the highest score at 3.8. They were: *Is the planning process defined or regulated*? and *Do you consider the plan to be person-centered?*

The three lowest scores were recorded for: *Does the person have ultimate authority?* (2.5). *Do unpaid group members have real power?* (2.6). *Does the process consider money?* (2.7).

These answers seem to be contradictory in that the respondents feel strongly that the plans are person centered and yet they also report that the focus people do not have ultimate authority. The high score on the "defined or regulated" dimension also seems to be at odds with progressive notions of person-centered planning that are not governed by "one size fits all" rules and procedures. One explanation is that most respondents have accepted the philosophy of person centered planning and they see improvements from the past, even though the system needs to be more responsive to the actual preferences of the focus person.

The planning process was weakest on taking money into consideration, allowing the ultimate authority to reside with the person, and with the unpaid team members. These are three of the things that self-determination is specifically aimed at changing. Over the coming years, we will be looking for changes in these and other Elements of the Planning Process scale.

One of the most important aspects of a plan is the perception of the focus person, and those who are meant to implement it, regarding its utility. A plan is useless if the person and/or staff view it only as an annual requirement to be completed and filed away until the new year. Table 26 shows the percentages of how respondents rate a plan's usefulness.

### Table 26
### How Useful Is This Person's Plan?

| Value | Number of People | Percent |
|-------|-----------------:|--------:|
| Not at all useful | 16 | 0.8 |
| Not very useful | 34 | 1.6 |
| Somewhat useful | 266 | 12.8 |
| Very useful | 1139 | 54.7 |
| Extremely useful | 600 | 28.8 |
| Don't know or not applicable | 27 | 1.3 |
| Missing | 88* | 100.0 |
| Total | 2170 | |

\* For 88 people of the 2,170, this item was left blank or an incorrect code was entered.

Table 26 shows clearly that the great majority of people (96.3%) consider their plan to be somewhat, very, or extremely useful. This is a credit to the system and to all stakeholders who participate in planning. Several other aspects of the planning process are of interest. For example, how many planning meetings took place during the past year for each person? The average (mean) was 3.3 and the median (half had more and half had less) was 4.0. More than three meetings per year can be viewed as a positive step because it can mean that a person's planning team is being flexible in responding to personal need, not solely the requirement for an annual meeting and an annual plan.

The approximate average length of these planning meetings was 1.5 (mean) and 1.0 (median) hours. The length of the meetings suggests adequate time to review progress and explore future goals and dreams. The planning teams were composed of about 6 people on the average (5.8 mean, 6.0 median). The average number of goals per plan was reported to be about 6 (6.2 mean, 5.0 median).

One of the basic principles of person-centered planning is to include the person in the meeting and to make accommodations to facilitate maximum participation. We measured the degree of participation for each person in the project, as shown in Table 27.

**Table 27**
**Focus Person's Presence at the Planning Meetings**

| Response | Number | Percent |
|---|---|---|
| No | 108 | 5.0 |
| No, person chose not to be present | 23 | 1.1 |
| Yes, person present for small part | 146 | 6.8 |
| Yes, person present for most or all | 1884 | 87.2 |
| Total | 2161 | 100.0 |

\* For 9 people of the 2,170, this item was left blank or an incorrect code was entered.

As shown above, approximately 94% of the people visited had some level of participation in their plans. Non-participation was a relatively rare event. The Movers and the people who support them obviously place a high value on this element of the planning process.

On page 26 of the PLQ we ask about people's "Top 5 Goals" (**Appendix B**). In Table 28, the goals are listed in the order of how often they were included in individual plans.

**Table 28**
**How Often Were Various Goals Included in Plans?**

| Type of Goal | Number of Goals Out of the 9,283 | Percent of the 9,283 Goals | Percent of the People |
|---|---|---|---|
| Other self-care | 798 | 8.6 | 38.0 |
| Eating | 565 | 6.1 | 26.9 |
| Grooming | 519 | 5.6 | 24.7 |
| Other sensory, motor or communication | 451 | 4.9 | 21.5 |
| Reduction of physical violence to self | 433 | 4.7 | 20.6 |
| Domestic activities | 415 | 4.5 | 19.7 |
| Bathing and/or washing | 382 | 4.1 | 18.2 |
| Reduction of physical violence | 353 | 3.8 | 16.8 |
| Personal health care | 344 | 3.7 | 16.4 |
| Other goals regarding reduction of challenging behavior | 304 | 3.3 | 14.5 |
| Use of non-verbal communication | 282 | 3.0 | 13.4 |
| Arm use and hand-eye coordination | 266 | 2.9 | 12.7 |
| Toileting | 239 | 2.6 | 11.4 |
| Develop skills in sports/athletic activities | 237 | 2.6 | 11.3 |
| Dressing skills | 229 | 2.5 | 10.9 |
| Reduction of hostility or threatening behavior | 206 | 2.2 | 9.8 |
| Reduction of stereotyped behavior | 197 | 2.1 | 9.4 |
| Reduction of disruptive behaviors | 189 | 2.0 | 9.0 |
| Use of money and purchasing | 171 | 1.8 | 8.1 |
| Reduction of rebelliousness | 170 | 1.8 | 8.1 |
| Reduction of property damage | 159 | 1.7 | 7.6 |
| Other leisure time goals | 162 | 1.7 | 7.7 |
| Ambulation improvement | 149 | 1.6 | 7.1 |
| Reduction of inappropriate verbalization | 150 | 1.6 | 7.1 |
| Use of verbal language | 127 | 1.4 | 6.0 |
| Group interaction | 127 | 1.4 | 6.0 |
| Reduction of inappropriate sexual behavior | 107 | 1.2 | 5.1 |
| One-to-one interaction | 111 | 1.2 | 5.3 |
| Other social skill goals | 113 | 1.2 | 5.4 |
| Develop hobby(s) | 108 | 1.2 | 5.1 |
| Reduction of running away | 104 | 1.1 | 4.9 |
| Reduction of clothing problems | 90 | 1.0 | 4.3 |
| Increase motivation to work | 94 | 1.0 | 4.5 |
| Awareness of others | 79 | 0.9 | 3.8 |
| Other work goals | 88 | 0.9 | 4.2 |
| Reduction of theft, stealing | 70 | 0.8 | 3.3 |

### Table 28
### How Often Were Various Goals Included in Plans?
(continued)

| Type of Goal | Number of Goals Out of the 9,283 | Percent of the 9,283 Goals | Percent of the People |
|---|---|---|---|
| Other education goals | 72 | 0.8 | 3.4 |
| Learn to use community resources more independently | 76 | 0.8 | 3.6 |
| Mobility/Travel | 61 | 0.7 | 2.9 |
| Reduction of inappropriate interpersonal manners | 43 | 0.5 | 2.0 |
| Family interaction | 51 | 0.5 | 2.4 |
| Reduction of lying, cheating | 34 | 0.4 | 1.6 |
| Achieve a new or better work placement | 36 | 0.4 | 1.7 |
| Improve motivation to participate and learn in school | 33 | 0.4 | 1.6 |
| Learn to plan excursions | 35 | 0.4 | 1.7 |
| Obtaining generic community services | 29 | 0.3 | 1.4 |
| Learn the concept of working for pay | 30 | 0.3 | 1.4 |
| Learn specific job skills | 31 | 0.3 | 1.5 |
| Achieve mastery of specific academic skills | 24 | 0.3 | 1.1 |
| Vision: using glasses, correction of eye problems | 14 | 0.2 | 0.7 |
| Use of written language | 15 | 0.2 | 0.7 |
| Reduction of withdrawal | 16 | 0.2 | 0.8 |
| Reduction of hyperactivity | 18 | 0.2 | 0.9 |
| Manners, customs, politeness | 20 | 0.2 | 1.0 |
| Handling emergencies | 11 | 0.1 | 0.5 |
| Civic and legal duties | 8 | 0.1 | 0.4 |
| Sexual interaction | 6 | 0.1 | 0.3 |
| Learn job-seeking skills | 7 | 0.1 | 0.3 |
| Learn to use television appropriately | 8 | 0.1 | 0.4 |
| Understanding and use of numbers | 3 | 0.0 | 0.1 |
| Telling time | 3 | 0.0 | 0.1 |
| Use of telephone | 2 | 0.0 | 0.1 |
| Hearing: using hearing aid, correction of ear problems | 4 | 0.0 | 0.2 |
| Learn appropriate classroom behavior | 3 | 0.0 | 0.1 |
| Transfer to a more appropriate school placement | 2 | 0.0 | 0.1 |
| **Total Number of Goals Reported** | **9283** | **100** | |

Table 28 has two percentage columns. The first represents the goal's percentage of the total 9,283 goals. For example, the goal with the highest percentage in that column was "Other Self-Care", meaning that 8.6% of the 9,283 reported goals were "Other Self-Care". The second percentage column lists the number of people in the population of 2,170 who selected that particular goal. In the case of "Other Self-Care", 38% of the respondents included that goal in their plans. The top three types of goals selected by the focus people and their planning teams all relate to basic self care. The fourth most common kind of goal was in the area of sensory, motor, and communication skills. The fifth was behavioral, aimed at reducing or preventing self-abusive behaviors.

It is interesting to note that some goals that were previously seen as "standard" in professional circles were rarely selected for this group. Examples are "Handling emergencies," "Learn job-seeking skills", and "Manners, customs, politeness".

## Descriptive Results 5:  Day Activities, Employment, and Earnings

One of the most important ways to look at quality for all people, and especially for people leaving institutions, is to ask, "What do they do all day?" It is important that people stay engaged, that they have something to do that is fulfilling to some degree, to have something that they can "look forward to" each morning. Page 29 of the PLQ recorded information about each person's involvement in work, day activities, and school. Table 29 summarizes how many of the Movers were involved in each type of day activity.

**Table 29**
**Number and Percent of Movers Involved in Each Type of Day Activity**

| Type of Day Activity | Number of People Involved | Percent of the 2,170 Movers | Average Number of Hours |
|---|---|---|---|
| Adult Development Program | 1247 | 57.5% | 27 |
| Vocational Rehabilitation | 382 | 17.6% | 25 |
| Community Experience | 364 | 16.8% | 18 |
| Sheltered Employment | 115 | 5.3% | 22 |
| Other Day Activities | 113 | 5.2% | 26 |
| Supported Employment | 58 | 2.7% | 22 |
| Public School, Center-based | 29 | 1.3% | 26 |
| Volunteer Work | 24 | 1.1% | 12 |
| Regular Job | 16 | 0.7% | 26 |
| Public School, Regular | 14 | 0.6% | 24 |
| Senior Citizen Program/RC Funded | 12 | 0.6% | 27 |
| Private School, Center-based | 7 | 0.3% | 22 |
| Self Employed | 6 | 0.3% | 5 |
| Adult Education | 6 | 0.3% | 10 |
| Partial Hospitalization Program | 4 | 0.2% | 13 |
| Private School, Regular | 4 | 0.2% | 14 |
| Senior Citizen Program Generic | 2 | 0.1% | 2 |

For the <u>Coffelt</u> Movers, the most common type of day activity was an Adult Development Program (57.5%), and the second was Vocational Rehabilitation (17.6%). As the Table shows, very few people were involved in supported employment (2.7% or 58 people) or a regular job (0.7% or 16 people). The issue of most concern regarding day activities is that 116 people reported having zero hours per week of day activities. This number is an increase from last year's data in which 99 people reported no day program hours. This information was reported to the Regional Centers immediately following the interviews along with the stated reasons that are listed in Table 30.

**Table 30**
**Reasons Given for Lack of Day Program**

| |
|---|
| Refuses (10) |
| They said I don't belong there. |
| On a list to get a new day program, old one scaled down. (2) |
| Chooses not to participate. (3) |
| In-home activity center. |
| Because of seizures, it's difficult for him to participate in a day program. |
| Retired (6) |
| Not in day program due to being on a tube feeder. |
| Just moved, none yet. |
| Behavior problems due to fecal smearing at the day program. |
| Kept falling at day program. |
| Lost job. (2) |
| In jail. (3) |
| Trying to get a day program through resource center. |
| Quit his job a couple of weeks ago. |
| Became too difficult to handle, combative. |
| None apparently offered. |
| School was too stressful. |
| Behavior problems. (10) |
| Starting business. |
| Elopement risk, family living. |
| Too retarded and no verbal skills. |
| Health wise is unable to tolerate a day program. (2) |
| Client's choice (5) |
| Just fired from job and is just "hanging out." |
| Does not want to attend. |
| Totally dependent for all care, Mother feels it's better if she's at home. |
| Kicked out of last two day programs, looking for a new one. |
| No local program for his level of disability. |
| Broken legs and cataracts prevented her from going to a day program. |
| Lives with mother and she feels he should stay with her. |
| Physically unable to be cared for at local facility. |
| Says she doesn't want or need to attend a day activity. |
| Refused to attend day activity at level available. |
| Was just admitted to a drug rehab. |
| Recently hospitalized, recuperating. |
| Regurgitates continually and was removed. |
| Medical issues that prevent her. |
| Says he hurt his back. |
| Nobody will accept him at a day program.  Case manager trying to find a program. |

| |
|---|
| She will be attending an activity within a couple of weeks. |
| He refuses all attempts, there have been many. |
| Wants to make money at a job, but can't work around kids because of sexual behaviors. |
| AWOL behaviors prevent. |
| Still looking for a job. |
| Recovering from surgery. |
| He has aggressive behaviors and no one wants to work with him. |
| Lost job - looking right now for an evening job. |
| Physical disabilities prevent him from participating. (2) |
| Not since surgery last year. |
| Takes care of her baby. |
| Client doesn't want to go, he wants to fish. |
| Case worker hasn't signed him up yet. |
| In-home tutorial due to being wheelchair bound and can't talk. |
| Kicked out of last program. |
| This facility is beginning to discuss providing a day program. |
| Dropped from day program because of non-compliance. (2) |
| Not willing to participate recently. |
| Funding for his old program stopped, case manager looking for a new one. |
| He hasn't wanted one, moved frequently. |
| Lives with parents, they see no need. |
| Left job recently, waiting for a new placement. |
| Looking for work. |
| Unable to work due to health problems. |
| He is on his own and comes and goes as he pleases.  Does not want a day program. |
| Fell at day program, broke arm.  Removed until arm heals then place in a different one. |
| Level of retardation and health issues. |
| On the waiting list. |

Many of the listed reasons for no day activity hours are perfectly valid, e.g., "Fell at day program, broke arm.  Removed until arm heals then place in a different one" and "Takes care of her baby."  However, there are many responses that seem to indicate systemic problems.  Many responses refer to challenging behaviors and an inability or unwillingness for these problems to be addressed in day programs.  Examples of these responses are:

- Dropped from day program because of non-compliance
- He has aggressive behaviors and no one wants to work with him
- Nobody will accept him at a day program. Case manager trying to find a program that will
- Became too difficult to handle, combative

The next aspect of day activities that we examined was the level of integration that a person experiences during the day. One of the questions we use to measure integration is on page 30 of the PLQ:

5. DURING DAY ACTIVITIES, WORK, OR SCHOOL, HOW MUCH TIME DOES THE PERSON SPEND IN THE PRESENCE OF THE **PUBLIC**? (Do not count during transportation.)

### Table 31
### How Often In Integrated Settings During Day Activities

| How Often Integrated | Number of People | Percent of People |
|---|---|---|
| None | 279 | 13.5 |
| Less than half | 594 | 28.8 |
| About half | 650 | 31.5 |
| More than half | 273 | 13.2 |
| All or nearly all | 269 | 13.0 |
| Total | 2065 | 100.0 |
| Response Missing | 105 | |

As Table 31 shows, there was a fairly even distribution across the five levels of integration on this item. In all, about 58% of the Movers were reported to be "in the presence of" the public about half, or more than half, of the time.

When people move from institutions to the community there is an expectation that they will be able to engage in some form of income generating activities. We therefore ask people if they earned any money through their day activity. The average weekly earning figure, including all the people who made no money at all, was $5.93.

This year's data show that 470 of the 2,170 Movers (22%) earned money in the week preceding the visit (or a typical week). Of the 470 people who did make any money, the lowest weekly amount was 25 cents, and the highest was $260. We removed the data for the people who made no money at all, and looked at the averages again. The average (mean) <u>for those who did make any money</u> was $27.36. Another measure of the average is the median, which was $10.00. The median is the figure where half the earnings were below it and half were above it. For an unusual distribution, the median is a better measure than the mean, and earnings in this group were distributed very unevenly.

The picture that emerged was one of economic bleakness and scarcity. Less than a fourth of the Movers performed any work for pay, and for them, the amount of money earned was very small, the best indicator of the average was very low, about $10 per week or $520 per year.

**<u>Descriptive Results 6: Choicemaking and Self-Determination</u>**

   The Decision Control Inventory, beginning on page 33 of the PLQ, measures who has power over 35 life areas such as clothes to wear, food to eat, places to go, and type of work or day program. The scale requires ratings from 0 to 10 on each dimension, with 0 meaning that paid staff made all decisions in that area, and 10 meaning that the focus person (and/or freely chosen unpaid allies) made the decisions in that area. A score of 5 or 6 means that decision making power is shared about equally. The 35 "0-to-10" scores can be combined into a single scale which we compute to a range from 0 to 100, with higher scores meaning more individual control over life choices, and therefore less professional domination. The Movers' average score on the Decision Control Inventory was 47.9 points out of 100.

   Table 32 provides detail about which areas of choice people had more or less control over. Examination of these scores can provide guidance for provider agency staff and other support personnel who wish to enhance people's decision making skills.

**Table 32**
**Details of Opportunities for Choicemaking**

| Life Control Area | Average Score |
|---|---|
| Taking naps in evenings | 8.5 |
| Freedom to decline activities | 8.3 |
| What to do with relaxation time | 8.1 |
| When to get up on weekends | 7.8 |
| When to go to bed on weekends | 7.7 |
| Express affection, including sexual | 7.3 |
| When, where and how to worship | 7.3 |
| When to go to bed on weekdays | 7.0 |
| Who you hang out with in and out of the home | 6.7 |
| What clothes to wear on weekends | 6.2 |
| What clothes to wear on weekdays | 6.1 |
| What to have for breakfast | 5.2 |
| What clothes to buy | 5.1 |
| What to have for dinner | 5.1 |
| Visiting with friends | 5.1 |
| Minor vices | 4.9 |
| Choosing restaurants | 4.8 |
| Choice of places to go | 4.8 |
| Time and frequency of bath | 4.8 |
| What to do with personal funds | 4.6 |
| Who goes with you on outings | 4.0 |
| What foods to buy | 3.5 |
| Type of work | 3.4 |
| Whether to have a pet in the home | 3.2 |
| Choice of house or apartment | 3.1 |
| Choice of furnishings | 3.0 |
| Amount of time spent working | 2.9 |
| How to spend day activity funds | 2.8 |
| Which service provider works with person | 2.7 |
| Choice of people to live with | 2.5 |
| Choice of support personnel: option to hire and fire | 2.4 |
| Choice of case manager | 2.2 |
| How to spend residential funds | 2.1 |
| Choice of agency's support person/staff | 2.1 |
| Type of transportation | 1.9 |

These data showed that the highest average scores were in the choice to take naps in the evenings and to decline to take part in group activities. Following those were: what to do with relaxation time, when to get up on weekends and when to go to bed on weekends. These scores reflect the methods being used in community homes to support people who are in transition from hospital-like environments, with very strict medically oriented rules and regulations, to more flexible and individually tailored community homes.

The lowest scores in the table were equally informative. Movers in California do not yet participate very much in choices about hiring and firing support personnel, selecting case managers, spending residential funds, selecting what staff will work with them, or in types of transportation. These are major control issues that can shape lives in major ways. These are also areas that are targeted specifically in self-determination initiatives. If power shifts in future years in the California service system, data like these can reveal the change from the point of view of each individual service recipient.

## Descriptive Results 7:  Integrative Activities

The scale used to measure integration was taken from the Harris poll of Americans with and without disabilities (Taylor, Kagay, & Leichenko, 1986).  Respondents were asked to report how often they engaged in a variety of community events in a typical month.  Items on the scale included activities such as: visit with friends, go shopping, go to a place of worship, engage in recreation, etc.  A second qualifier for our scale was events that involved the presence of people without disabilities.  This tool simply counts the number of "outings" to places where there might be interaction with non-disabled citizens.  It does not measure actual engagement or the degree of participation.  Information regarding participation as well as presence might be revealed through an analysis of the close friends scale and types of individual goals.

**Table 33**
**Types of Integrative Activities**

| Type of Outing | Average Number of Events Per Month |
|---|---:|
| Visit with close friends | 4.9 |
| Go to a park or playground | 4.7 |
| Go to a shopping center | 4.1 |
| Visit a grocery store | 4.0 |
| Go to a restaurant | 3.5 |
| Use public transportation | 1.9 |
| Other kinds of getting out | 1.8 |
| Go to a movie | 1.1 |
| Go to church | 0.8 |
| Go to a library | 0.7 |
| Go to a bank | 0.7 |
| Go to a sports event | 0.6 |
| Go to a theater | 0.6 |
| Go to a post office | 0.4 |
| Go to a health or exercise club | 0.3 |
| Go to bars | 0.1 |
| Total | 30.4 |

According to this scale, the Movers had opportunities for integrated activities an average of 30.4 times per month. The most frequent kind of integrated community activity reported by the focus people, or by those who knew them best, was visits to close friends, at an average of 4.9 visits per month. The next most frequent kind of outing was going to a park or playground, (4.7 times per month), followed by various kinds of shopping, to a shopping center (4.1 times per month) and to the grocery store (4.0 times per month). The least frequently reported activities were going to bars (0.1 times per month) and going to a health club (0.3 times per month). It will be interesting to track changes in this scale as people make more community connections and develop more individualized interests.

In the Integrative Activities section of the PLQ on page 34, we asked what kind(s) of transportation people had used during the past month. The results were as shown in Table 34.

**Table 34**
**Types of Transportation Utilized**

| Type of Transportation | % of People |
|---|---|
| Car or van assigned to this home | 72.9 |
| Agency car or van | 70.4 |
| Staff member's car or van | 49.4 |
| Agency bus | 30.9 |
| Family member's car or van | 24.7 |
| Public transportation | 19.9 |
| Paratransit | 18.3 |
| Friend's car or van | 7.7 |
| Taxicab | 4.8 |
| Person's own car or van | 1.7 |

The highest percentages of people had used a car or van assigned to their home (72.9%) or an agency car or van (70.4%) for transportation in the month preceding our visit. Many people (49.4%) had also been out in a staff member's vehicle. The next types of transportation used were an agency bus or a family member's car or van. Smaller groups of the Movers used public transportation (19.9%) and paratransit (18.3%). The least used forms of transportation were a friend's vehicle, a taxicab or one's own vehicle.

In one of the questions most indicative of freedom of movement, we asked:

18. ACCESS TO TRANSPORTATION: If this person wanted to go somewhere on the spur of the moment (beyond walking distance), how many times out of 10 would he/she be able to? If this person does not communicate such wants phrase the question as "If someone unpaid wanted this person to be able to go somewhere on the spur of the moment" Count only trips that are within 1 hour of home.

_____ times out of 10

The responses are listed in Table 35 and show a pattern of relatively high freedom to get out and about.

### Table 35
### Freedom to Travel at Will

| # Times | # People | % of People |
|---------|----------|-------------|
| 0 | 226 | 10.4 |
| 1 | 75 | 3.5 |
| 2 | 89 | 4.1 |
| 3 | 82 | 3.8 |
| 4 | 46 | 2.1 |
| 5 | 168 | 7.7 |
| 6 | 53 | 2.4 |
| 7 | 54 | 2.5 |
| 8 | 217 | 10.0 |
| 9 | 206 | 9.5 |
| 10 | 954 | 44.0 |
|  | 2170 | 100.0 |

Remarkably, nearly half of the people (44%) were reported to be able to go out whenever they wanted to, even on the spur of the moment, 10 times out of 10.

The corresponding figure in an otherwise reasonably progressive service system in the Midwest was 19% for a total population of 786 people. The California Movers, then, enjoyed unusually high freedom of movement. This could be related to the cultural emphasis on vehicles in California, but the result was nevertheless intriguing and, in our view, positive.

**Descriptive Results 8:  Health, Health Care, and Medications**

One of the strongest indicators of a quality support system is the maintenance of health and access to quality health care.  Community capacity with regard to health care for people with disabilities is a vital factor in any deinstitutionalization initiative.  The PLQ addresses these important issues in the Health Information section beginning on page 35.  Table 36 shows the responses to the question "In general, how is this person's health?"

**Table 36**
**How Is This Person's Health?**

| Rating | Number of People | Percent of People |
|--------|-----------------:|------------------:|
| Very poor | 6 | 0.3 |
| Poor | 38 | 1.8 |
| Fair | 327 | 15.2 |
| Good | 1324 | 61.5 |
| Excellent | 457 | 21.2 |
| Total | 2152 | 100.0 |
| Blank | 18 | |

Almost 83% of the respondents felt that peoples' health was "Good" or "Excellent."  Only 2.1% of the respondents felt that peoples' health was "Poor" or "Very Poor."  Table 37 summarizes a series of analyses related to health care utilization.

**Table 37**
**Indicators of Health Care Utilization**

| Health Care Dimension | |
|---|---|
| Average Dental Visits | 1.50 |
| Average Doctor Visits | 6.07 |
| Average Specialist Visits | 4.77 |
| Average Hospital Admissions | 0.27 |
| Average Emergency Room Visits | 0.74 |
| | |
| Receiving Antipsychotic Medication | 581 |
| Receiving Behavior Control Medication | 812 |
| Receiving Sleep Medication | 182 |
| Receiving Antidepressant Medication | 217 |
| Receiving Seizure Control Medication | 924 |
| Receiving Digestive Medication | 1028 |
| Receiving Chronic Health Condition Medication | 827 |
| Receiving Nutritional Supplements | 1184 |
| Receiving Other Daily Medication | 751 |

Table 36 shows that the Movers had an average of 1.5 visits to a dentist and 6.07 visits to a doctor in the past year. Additional visits to specialists were made an average of 4.77 times in the past year. The table also shows the number of people receiving certain types of medications. Antipsychotic medication, for control of psychiatric symptoms, was received by 581 people. Behavior control medication was received by 812 people. Seizure control medication was received by 924 people. Another important health related question asked "How many errors in the administration of medications occurred in the past month?" Table 38 presents a list of responses.

**Table 38**
**Number of Medication Errors in Past Month**

| Number of Medication Errors | Number of People | Percent of People |
|---|---|---|
| 0 | 2080 | 98.3 |
| 1 | 26 | 1.2 |
| 2 | 4 | 0.2 |
| 3 | 2 | 0.1 |
| 5 | 1 | 0.0 |
| 6 | 2 | 0.1 |
| 20 | 1 | 0.0 |
| Total | 2116 | 100.0 |
| Blank | 54 | |

The great majority of Movers (98.3%) did not experience any errors in the administration of their medications in the month prior to our visit. However, there were 26 people who experienced at least one error in the past month. It is important to note that medication errors is one of the items that we include in our quality feedback summaries to the Regional Centers immediately following the visit. We also asked respondents to describe the most recent medication error. Their responses are presented in Table 39.

**Table 39**
**Reasons for Most Recent Medication Errors**

| Describe most recent medical error |
| --- |
| Didn't wake up in time for meds |
| He took medication at wrong time |
| There was a missed dosage in the afternoon, however there was no need for emergency room |
| Skipped giving an antibiotic for 5 days |
| Given a dose of pepsid when it had been discontinued |
| Gave coumadin 5 blood tests |
| There was a missed dosage in the afternoon. However, there were no significant problems |
| Received someone else's medications |
| He took someone else's medication at program |
| 1 morning's doses missed, behaviors & trip to ER |
| Only 1/2 of regular dose given |
| New med order, missed on 1st dose |
| 1 dose of propulsid missed |
| Missed one of her noon meds at cap |
| During day activity - did not receive depakote tablets |
| Client refused to take med. (resistive behavior) |
| Med. Omission |
| There was a missed dosage in the afternoon. No significant problems such as ER visit |
| There was a missed dosage in the afternoon |
| Not compliant when taking meds |
| PM doses given late |
| Forgot to give a pill, given soon after |
| Forgot to give one dosage |
| Refused meds 10/16 and 10/30 pm |
| Called pharmacy who instructed what to do |
| Forgot to take morning meds.  Staff documented in chart |
| There was a missed dosage in the afternoon. There was no significant problem |
| There was a missed dose in the afternoon, no significant problems |
| He did not take 12 PM med. New staff did not send it to day program |
| Call the pharmacy to remind them that person is low on ibuprofen |
| He does not come back to the house for meds |
| Missed morning dose, nurse notified, no problems |
| Noon meds. Missed 1 week ago but given later |

Table 40 illustrates the responses to the question "How easy is it to get health care?"

**Table 40**
**Ease Of Getting Medical Care For This Person**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Very difficult | 65 | 3.1 |
| Difficult | 102 | 4.8 |
| About average | 372 | 17.7 |
| Easy | 974 | 46.2 |
| Very easy | 594 | 28.2 |
| Total | 2107 | 100.0 |

Table 40 show that over 74% of the respondents believed that it was "Easy" or "Very Easy" to obtain healthcare for the Movers. Only about three percent of the respondents felt that it was "Very Difficult." Table 41 shows the responses to the question "Overall, how good is this person's health care?"

**Table 41**
**How Good Is The Health Care This Person Is Getting?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Very poor | 4 | 0.2 |
| Poor | 5 | 0.2 |
| Fair | 97 | 4.6 |
| Good | 1207 | 56.7 |
| Excellent | 816 | 38.3 |
| Total | 2129 | 100.0 |

Table 41 shows that 95% of the respondents felt that the peoples' quality of health care was "Good" or "Excellent." Less than one percent of the respondent's felt that the peoples' quality of health care was "Very Poor."

A very important aspect of any quality tracking and assurance program is monitoring allegations of abuse.  Table 42 lists the respondents' descriptions of allegations of abuse in the past year.

**Table 42**
**Allegations of Abuse in Past Year**

| Describe most recent allegation of abuse |
| --- |
| No knowledge of previous problems no records |
| Accused mom of slapping, but it all worked out |
| Picked up stick & threatened house manager |
| Allegations of staff yelling at her. Tendency to make false allegations. |
| Episode of bus driver hitting. Bus driver was fired |
| Reported that resident was rolled over by staff while changing |
| Staff drug her on carpet, left rug burns |
| Mom made derogatory comments to regarding staff care (unfounded) |
| Says that staff at his old home started a fight with him. |
| Suspected physical abuse by prior care provider |
| Report of neglect filed because night staff member deserted his position. |
| Abuse was alleged in previous home |
| When returning from shopping with a group from the day activity staff |
| Lost control & as a result there were abrasions when brought under control |
| Sexual abuse allegation |
| Abuse by prior care provider |
| Alleged abuse at previous home |
| Abuse by prior care provider |
| Sexual advances from brother and his friend in sister's home. |
| Alleges that the administrator at the day program made an advance. |
| Allegedly sprayed disinfectant in her face. Employee dismissed |
| Someone heard her screaming and someone slapping her. It was investigated |
| Incident of rape by attacker when she snuck out. She is very proud of herself |
| Staff person raised her voice |
| Lost her wallet and asked if she would be spanked for it. Investigated. |
| He was whipped with a cord. Investigation resulted in arrest and conviction |
| Refuses to go to doctor appointments. Case worker filed a licensing report. |
| Staff member alleged he was hit on the arm by another staff member. |
| Old residence using my ss money for drugs. Reported to RC |
| Housemate grabbed him & caused abrasions & a bump on his head. |
| I don't want to talk about it |
| Mother took him out, ended up in ER. Social services was called. |
| Says staff are beating her up, calling her names and hitting her |
| Abuse at the day program, employee was terminated |
| Said staff at day program hit him. This resulted into investigation. |
| Multiple allegations against staff when she first moved. |
| Suspected of being involved in the sexual abuse of another patient. |
| Job coach allegedly pushed him from chair. Job coach terminated |
| Claimed a male peer forced him to have oral sex |
| Claims that a teacher attacked him. Charges pressed. |
| Called 911, said he needed to be straightened out |
| TV was stolen from room staff member staff |
| Former staff member pulled him to the bathroom by his feet no apparent injury |
| Claimed that staff hit him in the head. Finding was inconclusive. |
| Staff member grabbed her by the throat to lead her, no physical injury. |
| Physical abuse by day program staff |

## Descriptive Results 9:  Personal Interviews

The personal interview is one of the most interesting sections of the PLQ.  It records the opinions and comments of people with disabilities in their own words.  As possible, this interview is conducted privately.  Prime requisites for COA Visitors are experience in working with people with disabilities and demonstrated sensitivity to disability related interviewing factors such as non-verbal communication, short attention spans, repetitive physical and verbal mannerisms, limited vocabulary skills, and tendencies to agree or disagree regardless of question content.  Visitor training includes instructions on gathering pre-interview information on these kinds of issues and on requesting methods and strategies for individual communication preferences.  The location, timing and presence of a person who knows the focus person very well are additional factors that are considered in designing an optimal interview environment.

Visitors begin with an explanation of the purpose of the interview and assurances regarding confidentiality.  Simple language is used to stress the fact that there are no wrong answers, that the interview is not a test or a licensing inspection, and that the Visitor will not tell anyone else individual answers.  For example, "I will ask you a question like *how do you like the food here?*  I will write down your answer but I will not tell your staff, house manager, case manager or anyone else what you said.  When we finish our report, there will be a section that says something like *most of the people like the food, or 25% of the people don't like the food,* but no one will know what you said."

Visitors then gather general information and try to develop a rapport with the focus person.  The person is free to come and go during the interview and to participate as much as possible.  Visitors, with the assistance of the person who knows the focus person very well, make a judgment decision about when to try the personal interview.

Following are individual discussions of the questions on the personal interview.  In this year's visits, 667 Movers were able to communicate directly with the Visitor and answer these

questions. Most answers were recorded on a five-point scale, from very poor, poor, fair, to good, and very good. The remaining questions involved the use of a Likert scale, a yes, no or don't know choice. The respondents did not all answer every question so individual response numbers are presented. It is important to note that the PLQ often includes several questions on the same topic as a reliability tool. The questions do not follow each other in the personal interview but are grouped together in this report for ease of comparison.

**Table 43**
**How do You Feel About Living Here?**

| Feeling | Number of People | Percent of People |
|---------|-----------------|-------------------|
| Very poor | 22 | 3.7 |
| Poor | 33 | 5.5 |
| Fair | 79 | 13.3 |
| Good | 259 | 43.5 |
| Very good | 202 | 33.9 |
|  |  |  |
| Total | 595 | 100.0 |

Table 43 shows that the majority of people (77.4%) answered good or very good to this question. This was followed by 13.3% who answered fair. The next level, poor, was the response of 33 people (5.5%). Only 22 people (3.7%) answered very poor. This question is very broad and of course may reflect a person's feelings about what occurred on the actual day of the interview. However, the percentage of positive responses indicates a significant level of satisfaction.

**Table 44**
**Do You Want to Move Back to a Developmental Center?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Definitely not | 312 | 67.0 |
| Probably not | 43 | 9.2 |
| Maybe | 42 | 9.0 |
| Yes, probably | 32 | 6.9 |
| Yes, definitely | 37 | 7.9 |
| Total | 466 | 100.0 |

The answers to this question were also significantly positive. Of the 466 people who answered, 76.2 % said they would definitely not or probably not choose to return to a developmental center. This majority was followed by 9 % of the respondents who answered maybe, and 14.8 % who answered probably or definitely yes. COA has found in other studies that people who consider a return to a developmental center often make that choice because of a personal connection that has been lost, either with staff or peers.

**Table 45**
**Do You Want to Move?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| No | 301 | 55.2 |
| Not sure | 29 | 5.3 |
| Yes | 215 | 39.4 |
| Total | 545 | 100.0 |

This is a general question and a positive response could reflect a desire to move to a family home, to another community living arrangement, to a more independent community living arrangement or back to a developmental center. It is important to note that a desire to move does not necessarily reflect negatively on a provider or the service system. A

move may indicate personal growth and independence and a stable support system that has provided opportunities for developing community connections, and for learning personal choice and decision making.

There were three choices for this question, yes, no, and not sure. A total of 545 people answered and 301 (55.2%) answered no, they did not want to move. There were 215 people (39.4%) who did want to move and 29 people (5.3%) who were not sure.

A recommendation for further measurement and monitoring of changes in this question would include comparisons with the decision control inventory, especially with the, *who chose where and with whom you live,* questions.

### Table 46
### How is The Food Here?

| Feeling | Number of People | Percent of People |
|---------|------------------|-------------------|
| Very poor | 9 | 1.6 |
| Poor | 23 | 4.0 |
| Fair | 57 | 9.9 |
| Good | 287 | 49.8 |
| Very good | 200 | 34.7 |
| Total | 576 | 100.0 |

Approximately 84.5% of the 576 people who answered this question answered good or very good. It is apparent that most people feel that food in community programs in California is generally good. A description of food as fair was reported by 57 people, and 32 people answered poor or very poor. The negative responses are low but further study of those responses could be done with comparisons by provider agency and the decision control inventory scores.

### Table 47
### Please Let me Check-Did You Say The Food Here is Good or Bad?

| Feeling | Number of People | Percent of People |
|---|---|---|
| Very poor | 14 | 2.8 |
| Poor | 14 | 2.8 |
| Fair | 48 | 9.6 |
| Good | 258 | 51.6 |
| Very good | 166 | 33.2 |
| Total | 500 | 100.0 |

The responses to this question are consistent with the answers to the earlier food question. Fewer people (500 versus 576) answered this question but 84.8% reported that the food was good or very good, compared to 84.5% in the first question. There were 28 answers of poor and very poor in this group and 32 in the other question. The largest difference in answers was in the fair category, 48 for this question and 57 for the other.

### Table 48
### How do You Feel About The People You Live With?

| Feeling | Number of People | Percent of People |
|---|---|---|
| Very poor | 9 | 1.6 |
| Poor | 28 | 5.0 |
| Fair | 110 | 19.5 |
| Good | 221 | 39.3 |
| Very good | 91 | 16.2 |
| Not applicable | 104 | 18.5 |
| Total | 563 | 100.0 |

A total of 563 people answered this question. Of that number, 104 answered not applicable, most likely because they live alone. A majority (55.5%) felt good or very good

about the people they live with.  Unfortunately, there were 26.1% of the respondents who answered fair, poor or very poor to this question.  It is hoped that future personal interviews will reflect an increase in satisfaction with housemates as people make more personal connections and are able to change their living arrangements through the individual planning process.

**Table 49**
**Do You Have Enough Privacy?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Definitely not | 21 | 4.2 |
| Probably not | 33 | 6.6 |
| Maybe | 49 | 9.8 |
| Yes, probably | 179 | 35.9 |
| Yes, definitely | 216 | 43.4 |
| Total | 498 | 100.0 |

An increase in privacy is an early and significant quality of life change for most persons moving from developmental centers to the community, and the 498 Movers who responded to this question reflect that trend.  A significant majority (79.3%) reported that they definitely or probably have enough privacy.  The next group of 49 people (9.8%) answered maybe and only 54 people (10.8%) said that they definitely, or probably, did not have enough privacy.  This issue may be related to feelings about housemates and their levels of challenging behavior. This is another quality of life factor that would be expected to show positive growth in future surveys.

**Table 50**
**How do You Feel About The People Who Work With You Here (the Staff)?**

| Feeling | Number of People | Percent of People |
|---------|------------------|-------------------|
| Very poor | 8 | 1.6 |
| Poor | 7 | 1.4 |
| Fair | 66 | 13.2 |
| Good | 250 | 50.0 |
| Very good | 169 | 33.8 |
| Total | 500 | 100.0 |

Satisfaction with direct and indirect support staff is very important in measuring the overall life quality for a person moving from a developmental center to the community. This factor can make or break the development and implementation of individual plans and have a major impact on a person's general motivation and attitude toward community life.

The answers to this question were significantly positive. A total of 500 people answered this question and 419 of them (83.8%), answered that they felt good or very good about the people who support them. There were 66 respondents who answered fair (13.2%), and only 15, (3%) who felt poor or very poor about the people who work with them.

This level of satisfaction is very encouraging and is often an indication of quality staff recruitment and training. Further study of this issue would compare satisfaction levels by providers and staff job satisfaction.

**Table 51**
**Are There a Lot of Rules You Have to Obey Here?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Definitely not | 50 | 11.4 |
| Probably not | 49 | 11.2 |
| Maybe | 57 | 13.0 |
| Yes, probably | 138 | 31.6 |
| Yes, definitely | 143 | 32.7 |
| Total | 437 | 100.0 |

Rules, and an emphasis on compliance to rules, play a major role in congregate living arrangements. There is a need for structure in any specialized living arrangement, especially with regard to health, safety and preservation of personal privacy and property. However, a homelike atmosphere should incorporate these safeguards without the appearance of rigidity. This question was used to elicit a general feeling regarding the amount of rules.

The majority of the 437 respondents (64.3%) felt that there were definitely or probably a lot of rules. A smaller number (22.6%) reported that there definitely or probably were not a lot of rules. The remaining 57 respondents (13%) answered that maybe there were a lot of rules to obey.

**Table 52**
**Are There Some Rules You Don't Like?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Definitely not | 87 | 23.0 |
| Probably not | 94 | 24.9 |
| Maybe | 72 | 19.0 |
| Yes, probably | 81 | 21.4 |
| Yes, definitely | 44 | 11.6 |
| Total | 378 | 100.0 |

The transition from a large congregate facility to a small community home involves significant change. A total absence of rules, after many years of institutional life could be confusing and stressful. COA therefore included a follow up question to gauge the general attitude regarding existing rules. A majority of the 378 respondents (47.9%) stated that there were definitely not or probably not any rules that they did not like. There were 125 people (33%) who said yes, there definitely or probably were rules they did not like, while 72 people (19%) answered maybe.

**Table 53**
**How do You Feel About Your Job, Day Program, Workshop, Etc.?**

| Feeling | Number of People | Percent of People |
|---------|-----------------:|------------------:|
| Very poor | 17 | 3.6 |
| Poor | 27 | 5.7 |
| Fair | 65 | 13.7 |
| Good | 219 | 46.0 |
| Very good | 148 | 31.1 |
| Total | 476 | 100.0 |

The level of satisfaction with jobs and day programs has a strong impact on overall life quality. A significant number of the 476 respondents (77.1%) answered that they felt good or very good about their jobs. They were followed by 65 people (13.7%) who answered fair, and only 44 people (9.3%) who answered poor or very poor. A recommendation for further study is to compare this positive response rate with the number of people engaged in competitive employment, pay rates, and progress toward vocational goals.

**Table 54**
**Do You Have Friends?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| No friends | 23 | 4.3 |
| Just one | 27 | 5.1 |
| A few | 137 | 25.7 |
| Yes, some | 161 | 30.2 |
| Yes, a lot | 185 | 34.7 |
| Total | 533 | 100.0 |

The PLQ asks several questions regarding friends because the answers yield rich information about a person's level of integration and satisfaction with the transition to community life. In the personal interview section, 64.9% of the 533 respondents stated that they had a lot, or some, friends. There were 50 people (9.4%) who reported having only one or no friends and 137 (25.7%) who said they had a few friends.

**Table 55**
**Who is Your Best Friend?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Direct care staff | 59 | 13.3 |
| Paid professional | 89 | 20.1 |
| Advocate, guardian | 1 | 0.2 |
| Family member | 49 | 11.1 |
| Peer with a disability | 201 | 45.4 |
| Unpaid person without a disability | 44 | 9.9 |
| Total | 443 | 100.0 |

It is interesting to note the categories of the people who are reported as best friends. For most people in the general population, a best friend is not someone who is paid to be in their

lives. This is consistent with the friends noted by 55.3% of the 443 respondents, if the peer with a disability and the unpaid person without a disability categories are combined. A large number, (33.4%) of the people, listed direct care or paid professional staff as their best friend. The remaining 11.3% of respondents listed a family (including foster family) member, advocate or guardian as best friends.

**Table 56**
**Do You Have a Special Friend, Like a Girlfriend or Boyfriend?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Definitely not | 178 | 39.0 |
| Probably not | 30 | 6.6 |
| Maybe | 21 | 4.6 |
| Yes, probably | 68 | 14.9 |
| Yes, definitely | 159 | 34.9 |
| Total | 456 | 100.0 |

There were slightly more people who reported having a special friend than those who did not have a special friend. There were 227 people who answered probably yes or definitely yes to this question, and 208 who answered probably not or definitely not. The remaining 21 of the 456 respondents answered maybe. The opportunity to form intimate relationships was not widely available to people living in developmental centers. A future increase in the number of people reporting special friends could be viewed as a positive sign of community integration and personal independence. This is another area that would be interesting to study further, e.g., differences according to other variables such as levels of disability or employment status.

**Table 57**
**Do You Get Lonely?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Yes, often | 64 | 14.0 |
| Yes, sometimes | 166 | 36.2 |
| In between | 44 | 9.6 |
| No or very rarely | 57 | 12.4 |
| No, never | 127 | 27.7 |
| Total | 458 | 100.0 |

Many professionals and parents worry about the potential for loneliness in small community homes, especially for people who spent many years in an environment that included large numbers of peers and staff. A small majority of the 458 respondents (50.2%) felt that yes, they were often or sometimes lonely. There were 184 people (40.1%) who felt that they were never or very rarely lonely. Future trends with regard to this question should be monitored closely and cross-referenced with the sections on community outings and friendships.

**Table 58**
**Do You Have a Pet?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| No | 364 | 71.0 |
| Not sure | 6 | 1.2 |
| Yes, shared with others | 86 | 16.8 |
| Yes, my own | 57 | 11.1 |
| Total | 513 | 100.0 |

Person centered plans, especially the sections that refer to wishes or dreams, often refer to pets. The opportunity to own a pet is sometimes the first obvious sign of choice, and for many it is a major element in creating a homelike environment. There are many reasons why it

is difficult to include pets in community living arrangements, allergies, cost, and housemate preferences. The data indicate a low frequency of pet ownership. Only 57 of the 513 respondents (11.1%) had their own pet, while an additional 86 people (16.8%) shared pets. The great majority (72.2%) did not have a pet or were not sure.

**Table 59**
**How Important is Having This Pet?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Not at all important | 12 | 7.5 |
| Not much | 6 | 3.8 |
| In between, not sure | 16 | 10.1 |
| Yes, some | 39 | 24.5 |
| Yes, very important | 86 | 54.1 |
| Total | 159 | 100.0 |

The people who had pets (143) were asked to rate their pet's importance. The majority (78.6%) answered that having their pet was either very important or of some importance. A smaller group (11.3%) felt that their pet was not at all important or not of much importance. Finally, 10.1% of the pet owners were unsure of how they felt about their pet's importance.

**Table 60**
**Would You Like To Have A Pet?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Definitely not | 76 | 23.2 |
| Probably not | 22 | 6.7 |
| Maybe | 28 | 8.6 |
| Yes, probably | 70 | 21.4 |
| Yes, definitely | 131 | 40.1 |
| Total | 327 | 100.0 |

This question sought more information regarding choice and pets. The data would appear to indicate that there are people who want pets who do not have them. When asked if they want to have a pet, 201 of the 327 respondents (61.5%) answered probably or definitely yes. An additional 28 people (8.6%) said maybe they would like a pet and 29.9% answered probably or definitely not.

**Table 61**
**When You Go Places (Field Trips, Shopping, Movies, Parks, Walks, or Any Other Outings), Who Picks Where You Go?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Others choose | 59 | 13.9 |
| Person has some say, | 19 | 4.5 |
| Person has little say | 36 | 8.5 |
| Person has major say | 139 | 32.7 |
| Person chooses | 172 | 40.5 |
| Total | 425 | 100.0 |

The answers above are related to community integration and choice. The majority of the 425 respondents (73.2%) answered that they either choose where to go in the community or

have a major say in where to go. There were 55 people (13%) who answered that they have little or some say in where to go and 59 people (13.9%) who reported that others choose where they go. Choices for community outings are often dependent on cost, transportation, staff ratios and housemate preferences. This is an important measure to be monitored and cross referenced with the decision control inventory and integration questions that appear elsewhere in the PLQ. A further recommendation would be to identify the 59 respondents for whom others make the choices and check their annual goals for training in choice making.

**Table 62**
**Do You Like Going Out To Those Places?**

| Feeling | Number of People | Percent of People |
|---------|------------------|-------------------|
| Not at all | 3 | 0.6 |
| Not much | 4 | 0.8 |
| In between | 20 | 4.1 |
| Yes, some | 92 | 19.1 |
| Yes, very much | 363 | 75.3 |
| Total | 482 | 100.0 |

The point of this question is to double-check the issue of choice making. Some people may report that they choose to go certain places. However, if they do not really like where they are going then the apparent choice may be the result of limited options. In this case, the data appear to support the fact that the 482 respondents are choosing to go to places they like. Their overwhelming (94.4%) answers were yes, some, or yes, very much. The remaining 5.5% of the answers were in between, not much or not at all.

**Table 63**
**Would You Like To Go Out More Often, Or Less Often?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| More often | 358 | 74.7 |
| About the same | 91 | 19.0 |
| Less often | 30 | 6.3 |
| Total | 479 | 100.0 |

It seems that the residential providers are doing such a good job at identifying places that people like to go that the 479 respondents want to go out even more. The majority, (74.7%) want to go out more often and 19% are content with about the same amount of outings. There were only 30 people (6.3%) who answered that they want to go out less often.

**Table 64**
**Do You Have Someone Who Visits You**
**Called a Regional Center Case Manager?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| No | 30 | 6.1 |
| Not sure | 79 | 16.1 |
| Yes | 381 | 77.8 |
| Total | 490 | 100.0 |

Case management services are a crucial factor in community transition and stability. The majority of the 490 respondents, (77.8%) answered that yes, they are visited by a regional case manager. There were 79 people (16.1%) who were not sure and 30 people (6.1%) who said no. Further study of the 22.2% of these Movers who were not sure, or said no, could include cross-references to discharge dates and regional centers.

**Table 65**
**Can You Call (reach) This Case Manager if You Need To?**

| Feeling | Number of People | Percent of People |
|---------|------------------|-------------------|
| No | 44 | 9.1 |
| Not sure | 105 | 21.7 |
| Yes | 334 | 69.2 |
| Total | 483 | 100.0 |

It is important for people living in the community to understand that they can contact their case manager.  For many people, the case manager may be the only contact that is independent of the residential provider agency.  Although the majority of the 483 respondents (69.2%) said yes, they can reach their case manager, it is a concern that 105 people (21.7%) were not sure and 44 people (9.1%) said no.  This may be a training issue, assuring people that they can contact their case manager and providing them with assistance with the phone to do so.  It may also be indicative of a confusion between regional center case management and provider staff who may have similar titles, or who may perform functions that these Movers associate with case management.

**Table 66**
**Does the Case Manager Help You?**

| Feeling | Number of People | Percent of People |
|---|---|---|
| Not at all helpful | 11 | 2.8 |
| Not helpful | 18 | 4.7 |
| Somewhat helpful | 74 | 19.2 |
| Helpful | 167 | 43.3 |
| Very helpful | 116 | 30.1 |
| Total | 386 | 100.0 |

It is important that Movers view their case managers as helpful, as the kind of person they can turn to for support. Approximately 73.4% of the 386 respondents felt that their case managers were either helpful or very helpful. Only 7.5% of these people answered that their case managers were either not helpful or not at all helpful. The remaining 19.2% felt that their case managers were somewhat helpful. The responses to this question could also be further analyzed according to time in the community and by regional center.

**Table 67**
**How Was This Interview Conducted?**

| Present | Number of People | Percent of People |
|---|---|---|
| Staff person was present | 150 | 22.5 |
| In private with the focus person | 489 | 73.3 |
| Other situation | 28 | 4.2 |
| Total | 667 | 100.0 |

The final question on the personal interview asks if a staff person was present for the interview, if it was conducted privately, or if there were some other situation such as the presence of a friend or family member. There were 667 respondents, 73.3% of whom were

interviewed privately.  Staff were present for 22.5% of the interviews and 4.2% of the
interviews were described as being conducted under some other situation.

### If You Had One Wish....

The answers to the one wish question range from funny to heart breakingly sad.  It is
perhaps the one response that best illustrates how much the Movers are just like anyone else in
our society.  The wishes can be categorized in many ways, and many wishes fit more than one
category.  In general, they break down according to wealth or possessions (stuff), relationships,
adventures, and homes.  Within each category there is a wide range of wishes that may reflect
levels of disability.  The wishes that seem most related to being a Mover have to do,
appropriately, with moving and being more independent.  The best way to share the responses
to these questions is with direct quotes.  Below are selected wishes from the PLQs.

**Wealth/Stuff**
Brand new bowling ball and bag- I want to get a computer
Catalogs, to see what I'll get for Xmas & birthday
I want a car
Candy bars, cigarettes, box of candy, 6 pack of coke
A dollar and an alarm clock
I wish that I had one million dollars
Bigger refrigerator
A lot of money
To have a lot money
Millionaire
To go to Reno, gamble and make a lot of money
Radios, telephones, watch
Money lots of money
Wish I could have some cocoa
To get $100,000 and spend it on junk food
A new radio
Lots of money

I like to watch TV I like music
I wish that I had my own car
For a joint
Chocolate peanut cups, chocolate candy
A guitar
A car
A bike & a VCR
PJs with no buttons and pull over tops
I want to have a car, can you get me a car?

**Relationships and Family**
To be with my sister-in-law, go shopping and eat out and go to another school
To visit my family
I want to live with my sister
To take my girlfriend out someplace and talk to her
Get married
I wish I could have my kids back
To be with my parents
To have even more friends

**House**
A house out in the country
My own place
To be with my girlfriend and get an apartment
To buy a house of our own in Modesto
I wish that I could get my own place
For me and my family to get completely out of debt and to buy a mansion
Get own apartment with kids

**Adventure and Experiences**
I want to visit my friend in Hawaii
To go to another country (Mexico or something)
Meet Elvis
To meet Connie Francis
I wish for Alice in Wonderland
Wish I could have a vacation to Disneyland where I wouldn't have to worry
A letter from England and to go to England
To meet Aretha Franklin
To fly a hot air balloon

Go to the Bahamas
To get laid in Hawaii
To visit the city of Washington

**Self Improvement**
Get better job
Better job- more money
To be back on my own
To get out, to be released, to be a free man

**Sad**
Wants baby girl back
That I could walk
To have his brother & aunt come back (they both passed away)

### Descriptive Results 10:  Perceived Quality of Life Changes

This scale addressed fourteen dimensions of quality of life, including health, friendships, safety, and comfort.  The person, or whoever knew the person best, gave numeric ratings of the person's qualities of life at the developmental center (then) and in the community home (now).  If the respondent did not have first hand knowledge of conditions at the developmental center, we accepted their perceptions based on what they had read, heard, and been told by the person and others close to the person.  It is important to note that this scale measured perceptions only.

**Table 68**
**Perceived Changes in Qualities of Life "Then" to "Now"**

| Quality of Life Dimension | Now | Then | Change | p |
|---|---|---|---|---|
| Relationship with family | 3.3 | 2.8 | 0.5 | 0.000* |
| Dental care | 4.2 | 3.4 | 0.8 | 0.000* |
| Health | 4.2 | 3.4 | 0.8 | 0.000* |
| Relationship with friends | 3.9 | 3.0 | 0.9 | 0.000* |
| Safety | 4.6 | 3.6 | 1.0 | 0.000* |
| Treatment by staff | 4.7 | 3.6 | 1.1 | 0.000* |
| Food | 4.4 | 3.3 | 1.1 | 0.000* |
| Running own life, making choices | 4.0 | 2.9 | 1.1 | 0.000* |
| What he/she does all day | 4.3 | 3.1 | 1.1 | 0.000* |
| Getting out/getting around | 4.3 | 3.0 | 1.2 | 0.000* |
| Overall quality of life | 4.5 | 3.2 | 1.2 | 0.000* |
| Comfort | 4.6 | 3.3 | 1.3 | 0.000* |
| Happiness | 4.4 | 3.1 | 1.3 | 0.000* |
| Privacy | 4.4 | 3.1 | 1.3 | 0.000* |

Table 68 shows that the perceived changes in the fourteen quality of life areas were all positive and significant. The largest perceived changes were in privacy, happiness and comfort. The change in the perception of privacy was an expected result with a move from a large congregate living facility to a small community home, but it is interesting to note that along with the increased perception of privacy, people perceived increases in their levels of comfort and happiness. The next highest changes were in overall quality of life and getting out and getting around. The smallest recorded perceived change was in relationship with family. This is fairly consistent with our findings in other studies, and our findings in California as shown in Report 2. Family relationships may improve slightly with a move to the community, mainly due to proximity and improved access. However, people who had strong family ties while living in the developmental centers tended to maintain those same relationships. Unfortunately, the same pattern held true for those who had little family contact prior to their community move. Finally, it is important to note that there were also perceived positive changes in health and safety, two areas that are of great concern in planning and implementing deinstitutionalization initiatives.

**Chart 4**
**Qualities of Life, Then and Now**
**(Perceptions of Community Staff)**



## Descriptive Results 11: Qualities of the Homes

There are three general measures of environmental quality in this study: the Individualized Practices scale, the Environmental Ratings scale and the Visitor's Subjective Impressions ratings. These scales are generally completed after the visit, based on the interview, observation, and a tour of the home. Table 69 shows the average scores on the Individualized Practices scale.

**Table 69**
**Individualized Practices Scale**

| Weekend/Holiday Schedule | Average Score |
|---|---|
| Waking time | 1.8 |
| Bed time | 1.9 |
| Dinner time | 0.9 |
| TV, Radio and Music time | 1.9 |
| **Weekday/Workday Schedule** | |
| Waking time | 1.0 |
| Bed time | 1.4 |
| Dinner time | 0.7 |
| TV, Radio and Music time | 1.7 |
| **General Activities** | |
| Going to work/day program | 1.1 |
| Recreational trips | 1.1 |
| Shopping for food | 1.4 |
| Doctor, dental, psychiatric | 1.7 |
| Restaurants | 1.0 |
| Worship | 1.3 |
| Birthdays | 1.8 |

The level of Individualized Practices was measured on a three-point scale ranging from 0 to 2. For weekend/holiday and weekday/workday schedules, a response of "0" indicated the selected time was fixed-same for all persons in the home. A response of "1" indicated the selected time was fixed-but with exceptions. A response of "2" indicated the selected time was flexible allowing for individual choice. On the weekend/holiday schedule, the average scores leaned toward a flexible environment with the exception of dinnertime. It seems that dinner was served at a fixed time during both weekend and weekday schedules but exceptions were permitted. During the weekday/workday schedule, the average scores were not quite as flexible as the weekend/holiday schedule but again, exceptions were allowed.

Under general activities, we found that on average, people celebrated birthdays and attended health care appointments individually. Going to work, recreational trips and going to

restaurants tended towards being group activities, while shopping for food and attending worship services were more individualized.

Table 70 shows the average scores on the Environmental Ratings scale.

**Table 70**
**Environmental Ratings**

| Location | Average Score |
|---|---|
| Describe person's own room | 2.6 |
| Describe the outside of the home | 2.7 |
| Describe the inside of the home | 2.7 |
| Describe the home's grounds | 2.7 |
| Describe the area around the home | 2.7 |

The Environmental Ratings scale was measured on a five-point scale which ranged from 1 to 5, from very unpleasant, unpleasant, ordinary, pleasant, to very pleasant. On average, the scores rated between ordinary and pleasant.

On the Visitor's Subjective Impressions section, we asked five questions that were measured on a ten-point scale. The range was from 0 to 10 with a low score indicating a negative response and a high score indicating a positive response. A response of "5" indicated a neutral or in between position. The average ratings of the Visitors are shown below in Table 71.

**Table 71**
**Visitor's Subjective Impressions**

| Question | Average Score |
|---|---|
| How happy do you think this person is? | 7.3 |
| Quality of staff/consumer interactions | 7.9 |
| Quality of consumer/consumer interactions | 6.5 |
| Staff attitudes and expectations | 7.5 |
| Want relative to live here? | 6.6 |

The first question asked was "How happy do you think this person is?" The average score was a 7.3, indicating that the Visitors felt that the people were "happy". On the second question, "What is the quality of staff-consumer interactions?" the average score was a 7.9, indicating that the Visitors believed the quality of interactions was positive leaning towards "warm and personal".

The third question "What is the quality of consumer-consumer interactions?" was scored at 6.5, indicating "tolerant". The fourth question concerned staff attitudes and expectations about growth, progress, and development. Here, the average score was a 7.5 indicating optimism. The last question was, "If you had a close relative with a major disability, how would you feel about him or her living in this home?" The average score was a 6.6 indicating a more neutral position in reference to this question.

## Returnees

In every deinstitutionalization project there are some people who do not have a successful transition to the community. In some cases, usually very few, the problems are resolved by the person returning to live at a developmental center. In this quality tracking project, COA continues to visit the people who have returned to developmental centers so that we can learn more about what caused the return and perhaps identify the kinds of community

resources that may have prevented that return.  In this year's study, there were 47 people that we visited at Developmental Centers.  The numbers and current places of residence are listed in Table 72.

**Table 72**
**People who Returned to**
**Developmental Centers from the Community**

| Number | Developmental Center |
|--------|----------------------|
| 9      | Agnews               |
| 10     | Fairview             |
| 1      | Lanterman            |
| 17     | Porterville          |
| 10     | Sonoma               |
| 47     |                      |

A comparison of the characteristics of the returnees and the people who remained in the community reveals very few differences.  Table 73 compares their major characteristics.

**Table 73**
**Characteristics of the Returnees**

| Characteristic | Community | | Back in DC | |
|---|---|---|---|---|
| **Gender** | N | % | N | % |
| Male | 1335 | 60.3% | 29 | 61.7% |
| Female | 835 | 37.7% | 16 | 34.0% |
| **Ethnicity** | | | | |
| White | 1512 | 68.3% | 33 | 70.2% |
| African American | 216 | 9.8% | 6 | 12.8% |
| Hispanic | 338 | 15.3% | 6 | 12.8% |
| Native American | 10 | 0.5% | 0 | 0.0% |
| Asian | 48 | 2.2% | 0 | 0.0% |
| Filipino | 12 | 0.5% | 0 | 0.0% |
| Other | 31 | 1.4% | 0 | 0.0% |
| **Level of MR Label** | | | | |
| Not labeled MR | 42 | 1.9% | 1 | 2.1% |
| Mild | 413 | 18.6% | 20 | 42.6% |
| Moderate | 227 | 10.2% | 8 | 17.0% |
| Severe | 291 | 13.1% | 6 | 12.8% |
| Profound | 1144 | 51.6% | 10 | 21.3% |

The distributions by gender and ethnicity vary very little. The area that does appear to show differences is the levels of mental retardation. Note that 60% of the returnees are labeled mildly or moderately mentally retarded while only 29% of the Movers are similarly labeled. The trend is reversed for people with severe and profound mental retardation with only 34% of the returnees carrying that label compared to 65% of the Movers.

Do these numbers mean that the community system is designed to better support people with severe and profound disabilities? Further investigation shows that the returnees share additional distinguishing characteristics. Table 74 compares their status to that of the Movers who remained in the community with regard to major secondary disabilities.