**Table 74**
**Secondary Disabilities Reported as Major**

| Secondary Disabilities | Community | | Back in DC | |
|---|---|---|---|---|
| | N | % | N | % |
| Ambulation | 593 | 26.8% | 8 | 17.0% |
| Autism | 233 | 10.5% | 6 | 12.8% |
| Aggressive Behavior | 757 | 34.2% | 30 | 63.8% |
| Self Abusive Behavior | 510 | 23.0% | 14 | 29.8% |
| Brain Injury | 156 | 7.0% | 4 | 8.5% |
| Cerebral Palsy | 387 | 17.5% | 5 | 10.6% |
| Communication | 1317 | 59.5% | 14 | 29.8% |
| Dementia | 37 | 1.7% | 1 | 2.1% |
| Health Problems | 579 | 26.1% | 18 | 38.3% |
| Hearing | 115 | 5.2% | 3 | 6.4% |
| Mental Illness | 489 | 22.1% | 24 | 51.1% |
| Physical Disabilities | 341 | 15.4% | 4 | 8.5% |
| Seizures | 631 | 28.5% | 12 | 25.5% |
| Substance Abuse | 50 | 2.3% | 5 | 10.6% |
| Swallowing | 172 | 7.8% | 4 | 8.5% |
| Vision | 285 | 12.9% | 6 | 12.8% |
| Other(s) | 227 | 10.2% | 7 | 14.9% |

The differences are not quite as stark as in the previous table but there is a discernible pattern. The returnees appear to have higher percentages of those kinds of disabilities that usually result in challenging or disruptive behavior. They include autism, aggressive and self-abusive behavior, brain injury, dementia, mental illness, and substance abuse.

Finally, we examined the comparative scores of the returnees and the Movers who stayed in the community on various other dimensions.  The results are shown in Table 75

## Table 75
### Comparative Scores on Various Dimensions

| Dimensions | Community Mean | Back in DC Mean |
|---|---|---|
| Age | 41.74 | 38.21 |
| Adaptive Behavior | 48.42 | 58.95 |
| Challenging Behavior | 77.30 | 67.86 |
| Progress on Goals | 78.69 | 78.65 |
| Number of Services | 8.33 | 7.66 |
| Day Program Hours | 26.87 | 23.45 |
| Earnings | 5.93 | 21.66 |
| Number of Friends | 8.73 | 10.71 |
| Decision Control Inventory | 47.93 | 41.43 |
| Integrative Events | 29.62 | 15.68 |
| Quality of Life Now | 84.35 | 73.14 |
| Staff Satisfaction | 1.76 | 1.27 |
| Like Working w/Person | 9.31 | 9.00 |
| Sufficient Support | 4.55 | 4.64 |
| Number of medications | 4.84 | 4.79 |
| Antipsychotic Meds | 0.41 | 0.47 |
| General Health | 4.03 | 3.73 |
| Illness Past 30 Days | 0.87 | 2.73 |
| Health Care Rating | 4.33 | 4.68 |
| Dentist Visits Past Year | 1.50 | 1.78 |
| Doctor Visits Past Year | 11.84 | 45.80 |
| Relative Visits to Home | 8.30 | 9.57 |
| Individualized Practice Scale | 68.61 | 66.03 |

The scores on the dimensions listed in Table 75 reveal more information about the returnees.  Their adaptive behaviors are higher than those of the larger Mover group.  This can probably be explained by the fact that they are generally "higher functioning" as predicted by their mental retardation levels.   They exhibit less control of their challenging behavior, have less opportunities for decision making, less integrative activities, and they report that their qualities of life are lower than in the past.  On the positive side the returnees report having more friends and they make more money than the Movers in the community.  The amount of

doctor visits is also higher for the returnees. These differences are most likely a function of living in a congregate facility with daily interactions with large numbers of people. We can only assume that their higher earnings are due to large government contracts that are often available to Developmental Center contract workers. The amount of doctor visits is often higher in congregate care facilities since there is often on-site medical staff.

The respondents to our interview reported the following reasons for returns to developmental centers.

### Table 76
### Reasons for Return to Developmental Centers

| |
|---|
| Physical decline/ behaviors/ police involvement |
| Behavior |
| Due to health problems |
| Got out of jail |
| Progressive weight loss |
| Assaulted mother |
| Improved medical care |
| Health became too fragile |
| To Agnews to stabilize medically |
| Behavior and med problemss |
| Longer term placement / court ordered |
| Med and behavioral problems |
| Decompensation at previous home |
| AWOL & inadequate support for seizures |
| Aggression and destroying property |
| Behavior & running away |
| Increase in behavior |
| Aggressive behavior & destructive behavior |
| Aggressive behavior/ non-compliance |
| Aggression / self injury behavior increased |
| Unable to control in group home |
| Assaulted care provider |
| Had behavioral issues |
| Due to out of control community behavior |
| AWOL |
| Less restrictive environment |
| Behavioral problem |
| Behaviors too much to deal with in community |
| Behaviors became too much |
| Sexual behaviors were too much to deal with |
| Increased behavioral problems in community setting |
| Behaviors, put in psychiatric hospital |
| Family moved to Santa Rosa |
| Behaviors became too much/severely underweight |
| Needed better medical care |
| 4 in home, could not accommodate health problems |
| Aggressive and self abusive behaviors |

Reading the above list gives an overall impression of challenging behavior as the primary reason for failure to succeed in a community placement. There are Movers in the community who exhibit challenging behaviors and in many cases they are learning to control those behaviors. However, our overall findings regarding some loss of ability to control challenging behavior become even more serious if a major predictor for possible return to a developmental center is challenging behavior. A fuller analysis appears to be necessary. It would be interesting to pair these returnees with Movers who exhibit similar characteristics and to identify the differences in the supports they received in the community.

# Family Survey

## Participants

At the time of this writing, we have received survey responses from 291 of the 711 families for whom we received valid addresses (40.9%). Mothers completed the survey on their own almost half of the time (49.6%) and jointly with fathers on an additional 10.7% of the responses. The respondents were distributed as shown in Table 77.

**Table 77**
**Relationship of Family Survey Respondents to Movers**

| Relation to Focus Person | Number | Percent |
|---|---|---|
| Mother | 139 | 49.6 |
| Father | 40 | 14.3 |
| Mother and Father | 30 | 10.7 |
| Sister or Brother | 45 | 16.1 |
| Other | 26 | 9.3 |
| Total | 280 | 100.0 |

\* Eleven families did not answer this question.

Legal guardianship was claimed by 61 respondents (23.6%), legal conservatorship by 106 (41.1%), and no legal status by 91 (35.3%). This item was left blank by 33 respondents who were unsure. The family respondents' ages ranged from 30 to 90, with a mean age of 63. The families reported that their relatives had lived in DCs between 0 and 65 years, with an average of 22 years.

Of the 243 family members who responded to the question of how often their relative had changed addresses since moving to the community, the average number of times reported was 1. The average number of times family members reported being able to visit their relative in the past year was 22 times, or roughly twice a month.

## Perceptions of Quality

The primary purpose of the family survey was to determine if the families believed the Movers were better off in the community than they had been in the Developmental Centers. We asked the families to describe their relatives' quality of life "Then" while living in a Developmental Center, and "Now" while living in the community. The results are shown in Table 78.

**Table 78**
**Families' Perceptions of Qualities of Relative's Life**

| Quality of Life Dimension | Now in Community | Then at DC | Change | p |
|---|---|---|---|---|
| Privacy | 4.2 | 2.4 | 1.8 | 0.000* |
| Getting out and getting around | 4.4 | 2.7 | 1.6 | 0.000* |
| Happiness | 4.3 | 2.8 | 1.5 | 0.000* |
| Comfort | 4.4 | 3.0 | 1.4 | 0.000* |
| Making choices | 3.9 | 2.5 | 1.4 | 0.000* |
| Overall Quality of Life | 4.3 | 3.0 | 1.4 | 0.000* |
| What he or she does all day | 4.2 | 2.9 | 1.3 | 0.000* |
| Food | 4.3 | 3.2 | 1.1 | 0.000* |
| Treatment by staff/attendants | 4.5 | 3.5 | 1.0 | 0.000* |
| Safety | 4.3 | 3.3 | 1.0 | 0.000* |
| Relationship with friends | 3.9 | 2.9 | 1.0 | 0.000* |
| Dental | 4.1 | 3.1 | 1.0 | 0.000* |
| Health | 4.1 | 3.3 | 0.9 | 0.000* |
| Relationship with family | 4.4 | 3.6 | 0.8 | 0.000* |

* Indicates significance at the .05 level.

Table 78 provides the p values for the statistical test, which was the t-test. The p values represent the probability that changes of these magnitudes could have happened by chance. The value "0.000" means the probability was less than 1 in 1,000. The column labeled "Change" shows the average amount of change on the 5 point scale of quality. From this column we can see that the largest perceived change in quality was a gain of 1.8 points in

"Privacy". The next largest was in "Getting Out and Getting Around" with a gain of 1.6 points. These were followed by "Happiness" with a gain of 1.5 points, and "Comfort" with a gain of 1.4 points.

Questions 8 and 9 in the Survey were about family reactions to the idea and the reality of community placement. Question 8 was: "When you first heard about the idea for your relative to move to a new home in the community, were you 'for' it or 'against' it?" Question 9 asked: "Now that it has happened, how do you feel about your relative living in a new home in the community?" Responses could range from Strongly Against to Strongly For, on a 5-point scale. The results of these two questions are presented in Table 79.

## Table 79
### Families' Opinion About Community Placement
### When First Heard Idea, Versus Now

| Response Category | At First | Now |
|-------------------|----------|-----|
| Strongly against | 16.1% | 1.1% |
| Against | 15.4% | 2.6% |
| In between | 17.6% | 5.5% |
| In Favor | 22.7% | 31.0% |
| Strongly in favor | 28.2% | 59.9% |
| Total | 100.0% | 100.0% |

Table 79 shows that opposition to community placement decreased, and support increased. Before the move, 16.1% of the families strongly opposed the idea, and after it happened, the figure dropped to 1.1%. The shift from opposition to support is clear in these data. Only 3.7% now say they are against, or strongly against, community living. Before the move, the percentage opposed was 31.5% (16.1%, "Strongly Against" and 15.4% "Against"). Similarly, the percentage of families who support, or strongly support, community living is up from 50.9% to 90.9%. The trend is obviously toward increased family support for the idea of

community living for their relatives.  The trend appears to get stronger the longer their family members are out of the Developmental Center.

To get the families' opinions about the Movers' happiness in a different way, we asked "How happy do you think your relative is with his/her living situation?"   Table 80 shows how many families answered with each rating.

### Table 80
### How Happy Do You Think Your Relative Is
### With His/Her Living Situation?

| Response Category | Number | Percent |
|---|---|---|
| Neither happy nor unhappy | 31 | 11.0 |
| Happy | 102 | 36.3 |
| Very happy | 122 | 43.4 |
| Don't know | 26 | 9.3 |
| Total | 281 | 100.0 |

* Ten families left the item blank.

Not one family responded to this question with either "Very unhappy" or "Unhappy". Almost 80% said their relative was either "Happy" (36.3%) or "Very Happy" (43.4%).  There were 10% of the respondents who did not know how to rate their relative's happiness or unhappiness.  In a very direct question, we asked "If you could, would you have your relative leave his/her new community home and move back to a Developmental Center?"  The results are shown in Table 81.

**Table 81**
**Would You Like Your Relative to Move Back to a DC?**

| Response Category | Number | Percent |
|---|---|---|
| Yes, definitely | 7 | 2.7 |
| Yes, probably | 3 | 1.1 |
| In between | 11 | 4.2 |
| No, probably not | 70 | 26.7 |
| No, definitely not | 171 | 65.3 |
| Total | 262 | 100.0 |

\* Nineteen families left the item blank.

These responses clearly show that the preference of the families is to continue with community living. Ninety-two percent of the respondents said either "No, probably not" (26.7%) or "No, definitely not" (65.3%) in response to this question. There were only 10 families (3.8%) who said they probably or definitely would like to see their relatives move back to a DC. The situations of these 10 individuals, and the opinions of their families, may require further investigation by DDS or the responsible Regional Centers.

## Satisfaction with Supports

Satisfaction with the Case Manager or Service Coordinator assigned to their relative is a major factor in a family's overall satisfaction with supports. Table 82 provides a "report card" on this issue.

**Table 82**
**How Satisfied Are You with Your Relative's**
**Case Manager or Service Coordinator?**

| Response Category | Number | Percent |
|---|---|---|
| Very dissatisfied | 16 | 6.5 |
| Dissatisfied | 9 | 3.6 |
| In between | 27 | 10.9 |
| Satisfied | 104 | 41.9 |
| Very satisfied | 92 | 37.1 |
| Total | 248 | 100.0 |

\* Forty-three families did not answer this question.

When asked the question, "How satisfied are you with your relative's case manager or service coordinator, 79% of the families reported being either "Satisfied" (41.9%) or "Very Satisfied" (37.1%). A little over 10% of the families who responded to this question reported being either "Dissatisfied" (3.6%) or "Very Dissatisfied" (6.5%).

We asked family members to report how happy they felt their relative was with their job or other day program, Table 83 below shows the distribution of responses.

**Table 83**
**How Happy Do You Think Your Relative is with Their**
**Job or Other Day Program?**

| Response Category | Number | Percent |
|---|---|---|
| Very unhappy | 2 | 0.7 |
| Unhappy | 3 | 1.1 |
| In between | 48 | 17.5 |
| Happy | 104 | 38.0 |
| Very happy | 78 | 28.5 |
| Don't know | 39 | 14.2 |
| Total | 274 | 100.0 |

\*Seventeen families did not answer this question.

The responses were extremely positive with 66.5% of the families reporting that they felt their relative was either "Happy" (38.0%) or "Very happy" (28.5%). Only 1.8% of families responded that they felt their relative was "Unhappy" or "Very unhappy". An additional 17.5% said they felt their relative was "in between", neither happy nor unhappy with their job or other day program.

Person-centered planning has become a key element in providing services and supports for people with developmental disabilities across the nation. We asked the families to tell us whether or not they felt that their relative's individual plan was "person-centered".

### Table 84
### Is Your Relative's Plan a Result of a "Person-Centered" Process?

| Response Category | Number | Percent |
|---|---|---|
| Yes | 156 | 62.4 |
| No | 20 | 8.0 |
| Don't know | 74 | 29.6 |
| Total | 250 | 100.0 |

* Forty-one families did not answer this question.

The majority of family members (62.4%) reported that "Yes", their relative's individual plan was the result of a person-centered planning process. Eight percent responded "No" to this question, while almost 30% responded to this question with "Don't know". Perhaps families in California, as is true of families in other states we have studied, need more information about the shift in service planning from a program-centered model to the newer person-centered approach.

## Verbatim Comments

At the end of the family survey, we asked three open-ended questions:

- Please list one or more thing(s) that you like about your relative's current situation
- Please list one or more thing(s) that you are most concerned about with regard to your relative's current situation
- If you had one wish for your relative, what would it be?

These responses add substantial insight to the survey data. Some of the things that families liked about their relative's current situations were how home-like their relative's homes were, that the staff at the homes were caring and affectionate, that their relatives seemed very happy, that their relatives were closer to home, and that their relatives were in homes with less people then the situations they were in before.

Things that caused concern for family members about their relative's current situation included such things as the perception that staff turnover was a problem, that the direct care staff in the community made less money than the developmental center staff for more work, worries about the long-term stability of the homes, concerns about their relative's safety and health needs, and the lack of community activities and employment.

In terms of what families wished for their relatives, most of the wishes reflected a desire for their relatives to be safe and happy, for adequate community care to be continued, for the current placement and supports for their relatives to remain stable, and for their relatives to achieve their highest potential. Many families expressed the desire that their loved one would overcome their disability, be "normal", or be able to communicate verbally.

The verbatim responses of family members to these questions are presented in **Appendix D** and are grouped by family, in other words, in a glance across the three columns, one can see each family's responses to the three questions.

# APPENDIX A

# PRIOR REPORTS OF THE CENTER FOR OUTCOME ANALYSIS ON THE WELL BEING OF PEOPLE WHO MOVED FROM DEVELOPMENTAL CENTERS TO COMMUNITY HOMES IN CALIFORNIA

# Appendix B

# The Year 2001 Personal Life Quality Protocol

# APPENDIX C

# THE YEAR 2001 FAMILY SURVEY

# APPENDIX D

# RESPONSES TO OPEN-ENDED QUESTIONS IN THE YEAR 2001 FAMILY SURVEY