# Clinical Judgment

Robert L. Schalock, PhD
Hastings College

Ruth Luckasson, JD
University of New Mexico

**AAMR**
American Association on Mental Retardation

© 2005 by the American Association on Mental Retardation

Published by
American Association on Mental Retardation
444 North Capitol Street, NW
Suite 846
Washington, DC 20001-1512

The points of view expressed herein are those of the authors and do not necessarily represent the official policy or opinion of the American Association on Mental Retardation. Publication does not imply endorsement by the editor, the association, or its individual members.

Printed in the United States of America

Library of Congress Cataloging-in-Publication Data

Clinical judgment / Robert L. Schalock, Ruth Luckasson.
    p. cm.
Includes bibliographical references and index.
ISBN 0-940898-89-6
1. Clinical medicine—Decision making. 2. Mental retardation—Diagnosi.
3. Medical logic. 4. Medicine—Decision making. I. Schalock, Robert L. II.
Luckasson, Ruth.

R723.C557 2005
616.85'88—dc22
                                    2005045333

# CHAPTER 1

# An Overview of Clinical Judgment in Mental Retardation

## Context

As clinicians in the field of mental retardation, we all experience situations that challenge us personally and professionally. Sometimes the situations involve evaluations we are asked to perform; others involve intervention strategies we are asked to develop; and still others involve professional or expert opinions requested of us. In each case we rely on research-based knowledge, professional practices and standards, and professional codes of ethics. But we also rely on something else—clinical judgment, even though we might not have been able to articulate clearly what it is.

Think back on situations where you had to rely on "clinical judgment." We authors think of times when parental rights were an issue; when it was necessary to determine the impact of severe burns on the quality of life of a person diagnosed as "profoundly retarded"; when a positive behavior support program needed to be developed for an individual whose positive behaviors, according to many peers and staff, were nonexistent; when a thorough social history was required in a case involving the criminal justice system; when a broad assessment strategy was used to establish eligibility for special education services; when cultural and linguistic diversity was critical in diagnosis and eligibility determination.

It is safe to say that our professional training did not prepare us well enough to make all the complex and challenging decisions set before us. Frequently we have needed more than research-based

3

knowledge, professional standards, and professional codes of ethics; indeed, we needed the fourth component of best practices: clinical judgment. We needed that special type of judgment rooted in a high level of clinical expertise and experience; the type of judgment that emerges directly from extensive data. This book is about this fourth competency involved in best practices—clinical judgment—and what it is, and what it is not.

The need for a book on clinical judgment in the field of mental retardation is critical today because of trends impacting the field, principally: (a) the power struggle and shifting alliances between self-advocates and professionals; (b) the competing models of disability, such as ecological, trait, and functional (c) the conflicting values among stakeholders in the inclusion and empowerment movements; (d) questions about the modern application of traditional scientific approaches; (e) conflicting models of resource allocation; and (f) challenges to the future of traditional professionals. These trends, either singularly or in the aggregate, explain why now there is the need to explicate clinical judgment.

Although the need for this book is apparent in today's complex world of questions that are hard to answer, its development has been slow. Its time has come, for a number of reasons, including:

- the inclusion of people with mental retardation into the mainstream of life, which raises significant and frequently hard-to-answer questions about rights and responsibilities;
- the subjective and personal-well-being revolutions with their emphasis on a life of quality and opportunities for personally satisfying lives;
- the supports paradigm with its emphasis on determining the profile and intensity of needed supports and interfacing services with the natural environment;
- the multicultural nature of clientele that frequently presents challenges regarding the need to understand and accept different attitudes, beliefs, and behaviors;
- the emergence of transdisciplinary teams with the corresponding deemphasis on "disciplinary autonomy" (Menand, 2001);

4

- the increased involvement of people with mental retardation in the legal system and the challenges inherent in assessment and adjudication;
- the emergence of the reform movement with its emphasis on accountability and data-based decision making.

*Clinical judgment* is not just a phrase to throw around, as some do. How often, for example, have you heard someone (even an expert) say, "My opinion is based on clinical judgment"? As you read this book, you will find that, as one of the four competencies composing best practices, clinical judgment involves strategies, operational actions, and guidelines. You will also find that clinical judgment is an essential component of good decision making and best practices. Finally you may find that it is something you have been using but did not name.

The remainder of this chapter defines clinical judgment and places it in the context of best practices within the field of mental retardation. In that regard, we feel that clinicians who can best use clinical judgment are those with: training and expertise in mental retardation, extensive relevant assessment data, ongoing experience with the particular person involved, ongoing experiences and observation of individuals with mental retardation and their specific environments, and ongoing experience with individuals with mental retardation and their families.

## Purpose, Definition, and Contraindications

### Purpose of Clinical Judgment

The overall purpose of clinical judgment is to ensure best practices. The use of clinical judgment in a particular case enhances the precision, accuracy, and integrity of the clinician's decisions in that case.

### Definition of Clinical Judgment

Clinical judgment is a special type of judgment rooted in a high level of clinical expertise and experience; it emerges directly from extensive data. It is based on the clinician's explicit training, direct



CLINICAL JUDGMENT

experience with those with whom the clinician is working, and specific knowledge of the person and the person's environment. Competent clinical judgment is based on the specific strategies, operational actions, and guidelines discussed in this chapter. Clinical judgment is characterized by its being: (a) systematic (i.e., organized, sequential, and logical), (b) formal (i.e., explicit and reasoned), and (c) transparent (i.e., apparent and communicated clearly).

**Contraindications of Clinical Judgment**
Clinical judgment should not be thought of as a justification for abbreviated evaluations, a vehicle for stereotypes or prejudices, a substitute for insufficiently explored questions, an excuse for incomplete or missing data, or a way to solve political problems.

## Clinical Judgment as a Part of Best Practices

**Clinical Judgment Compared to Professional Ethics and Standards**
Clinical judgment is different from either ethical or professional judgment based on one's professional ethics and standards. Ethical judgment is generally concerned with judgments of value and obligation focusing on justice (treating all people equitably), beneficence (doing good), and autonomy (respecting the authority of every person to control actions that primarily affect him- or herself). Professional judgment is a process that follows specific professional guidelines by which a member of that profession collects, organizes, and weighs information. In distinction, clinical judgment is a special type of judgment rooted in a high level of clinical expertise and experience and is based on the use of specific strategies, actions, and guidelines. It emerges directly from extensive data and is based on training, experiences, and specific knowledge of the person and his or her environment.

Our reading of a number of organizational documents regarding professional ethics suggests strongly that most ethical guidelines can be integrated into the following five ethical principles: (a) exhibits competence, (b) exhibits professional and

6

OVERVIEW OF CLINICAL JUDGMENT

scientific responsibility, (c) shows respect for peoples' rights and dignity, (d) exhibits concern for others' welfare, and (e) contributes to community and society. Although each profession may define these principles slightly differently, collectively these five principles encompass well the purpose of a profession having a set of ethical principles, which is to describe: (a) a system of moral behavior and (b) the rules of conduct recognized in respect to a particular class of human actions or a particular group.

Thus, a primary use of a professional code of ethics is to provide a framework for the internal monitoring of a profession as a whole. Another primary use is that it also provides the partial basis for: evaluating practices and personnel preparation, accrediting or certifying education and habilitation programs, reviewing professional behavior, and enforcing rules of conduct.

Generally each profession also publishes professional standards associated with each of its professional ethical principles. These professional standards provide the basis for evaluating practices and personnel preparation and are used for accreditation or quality control; as a measure against which to compare individual performance; and/or as criteria to review professional behavior and enforce rules of conduct. Thus, for example, in reference to the ethic of competence, associated professional standards relate to: (a) maintaining knowledge of current scientific and professional information regarding services rendered and (b) participating in the objective and systematic evaluation of themselves, colleagues, and services for the purpose of continuous improvement of professional performance. In Table 1.1 we show the relationship among clinical judgment strategies and the professional ethics and professional standards gleaned from our review of professional organizations' documents. As clearly shown, each clinical judgment strategy is embedded in professional ethics and standards. As noted earlier, however, clinical judgment is not the same as professional ethics and standards.