UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION FOR RETARDED CITIZENS OF MASSACHUSETTS, INC., et al., | | |
| Plaintiffs | Civil Action Nos. | 72-0469-T |
| | | 74-2768-T |
| v. | | 75-3010-T |
| | | 75-5023-T |
| | | 75-5210-T |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION, et al., | | |
| Defendants | | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the attachments to the affidavits listed below have been manually filed with the Court and are available in paper form only:

Exhibit 1 to the Terry O'Hare Affidavit: Human Services Research Institute, "Results of the Survey of Current and Former Belchertown Residents and their Families" (Dec. 1992).

Exhibit 1 to the Diane Enochs Affidavit: Post Placement Satisfaction Survey form.

Exhibit 2 to the Diane Enochs Affidavit: Community Placement Survey 1993 – 1998: Monson Developmental Center (April 1999).

Exhibit 3 to the Diane Enochs Affidavit: Summary of the post-transfer experiences of Ellen Chaves (a former resident of Dever) and letters regarding her care in the community.

Exhibit 4 to the Diane Enochs Affidavit: Summary of the post-transfer experiences of Cheryl Dodd (a former resident of Monson).

Exhibit 5 to the Diane Enochs Affidavit: Report of the DMR Facility Planning Working Group (May 2002).

Exhibit 1 to the Affidavit of Bernie Murphy: Memorandum of Understanding for the Reporting and Investigation of Felonies Committed Against a Person with a Disability.

Exhibit 2 to the Affidavit of Bernie Murphy: A Listing of Partnership Projects designed to implement the recommendations of the Advisory Panel Report and improve DMR's ability to report and investigate allegations of abuse and mistreatment.

Exhibit 3 to the Affidavit of Bernie Murphy: Office of the Inspector General, Feb. 2005, "A Review of the Department of Mental Health's Employee Screening Practice."

Exhibit 1 to the Affidavit of Gail Grossman: Response to the Comments of the Wrentham and Dever plaintiffs following DMR's July 20, 2006, Presentation to the Court Monitor.

Exhibit 2 to the Affidavit of Gail Grossman: April 30, 2007 Memorandum from Disabled Persons Protection Commission responding to DMR's Request for Information.

Exhibit 3 to the Affidavit of Gail Grossman: Rates per 1,000 of All Instances of Substantiated Abuse (5/5/07).

Exhibit 4 to the Affidavit of Gail Grossman: Rates per 1,000 of Substantiated Sexual Abuse (5/5/07).

Exhibit 5 to the Affidavit of Gail Grossman: Rates per 1,000 of Substantiated Physical Abuse (5/5/07).

The original document(s) are maintained in the case file in the Clerk's Office.

        Respectfully submitted,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Robert L. Quinan, Jr.

        Robert L. Quinan, Jr.
        Assistant Attorney General
        Government Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2554
        BBO No. 553010

Date:  May 31, 2007

## Certificate of Service

I hereby certify that the attached document was filed through the Electronic Case Filing (ECF) system and thus copies have been sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF, on or before May 30, 2007, as non-registered participants. Additionally, paper copies of the exhibits appended to the affidavits filed as part of Document no. 198 (and listed above) have been mailed to all principal counsel of record.

/s/ Robert L. Quinan, Jr.
_____
Robert L. Quinan, Jr.
Assistant Attorney General