June 6, 2007

The Honorable Judge Joseph L. Tauro
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA  02210

Subject: Fernald – Proposed Order of the Court

Dear Judge Tauro:

As guardian of my brother John, a Fernald resident of nearly 52 years, I am writing to express my support and gratitude for your proposed court order to offer the option of remaining at Fernald as a residential placement choice.  I hope that after considering all of the briefs that have been filed in this case, you will be convinced that this is the right choice for the residents.

It is now clear that you and the Federal Court are the last and only protection for these residents. Governor Patrick has joined the ranks of other politicians and bureaucrats who have decided to sacrifice the 186 remaining souls at Fernald for what he calls "a broader responsibility."

The Commonwealth and self-serving groups such as the Association for Retarded Citizens (ARC) have released Fernald cost per resident figures in the press that are unsubstantiated and grossly inflated in order to make a case to the public that it is too expensive to take care of people in a facility setting. These "advocacy" groups have played a terrible role by pitting families of the mentally retarded against each other, convincing many in the community that the only reason their disabled sons/daughters cannot get the services they need is because Fernald and the other facilities are "draining money" from the community. I noted with great interest that a majority of organizations that signed the Amicus brief submitted by ARC on May 31, 2007 were providers like ARC that are paid by the Commonwealth to operate group homes and provide other community-based services to MR/DD individuals.

ARC and others have also been quite successful at manipulating public perceptions about life at Fernald vs. life in the community. While they imply that only residents in the community go to the movies, activity centers, restaurants and church; my brother does all of those things - both on and off the Fernald grounds. While they present the community as "less restrictive" with images of white picket fences and spacious backyards, one of the proposed placement options for my brother was a city housing project.

I am asking that in any forthcoming Order of the Court, you provide explicit protections of Fernald residents that cannot be misinterpreted. The Commonwealth's Department of Mental Retardation (DMR) has pushed the envelope in its legal interpretation of each and every directive you have issued in this case.

When you directed the DMR to include an address in all placement letters, the DMR thought it was sufficient to provide a guardian with any address, even of homes in which no openings were available. When you ordered a ban on all transfers out of Fernald pending the outcome of the U.S. Attorney's investigation and report, the DMR forged ahead with letters scheduling "pre-placement" meetings and informed guardians that remaining at Fernald was no longer an option. When questioned about these practices, the DMR administration responded that they were operating within the legal guidelines that had been established by the Court.

The current regulations protect residents who are transferred off-grounds but they offer no protection to residents who are transferred on-grounds. Without these protections, the DMR is allowed to use "consolidation" to move residents around the facility like so many pieces on a chess board. Moving on-grounds is still traumatic for residents even though they typically move with one or more peers and at least one familiar staff person. When my brother moved 14 years ago, he lost 20 pounds because he was upset and refused to eat. Most guardians subjected to consolidation report similar negative effects and feel that it's one more tactic by DMR to pressure them into moving their family member from Fernald rather than have him/her suffer through multiple moves on-grounds.

When you write your upcoming Order of the Court please consider the lengths to which the residents of the Fernald need to be protected from the DMR and from politically powerful groups such as ARC which will never give up until the last resident is forced to move from their home.

Sincerely,

Diane Walsh McDonald
5 Prospect Park
Hyde Park, MA  02136