

# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### Southeastern Residential Services
### 74 Kilburn Street
### New Bedford, MA 02740

Deval L. Patrick  
Governor

Timothy P. Murray  
Lieutenant Governor

JudyAnn Bigby, M.D.  
Secretary

Gerald J. Morrissey, Jr.  
Commissioner

Richard J. O'Meara  
Regional Director

Jacqueline S. Winslow  
Executive Director  
Tel: 508-910-3000  
Fax: 508-910-3055

May 29, 2007

Ms. Janet A. Topalis  
20 Standish Ave  
Plymouth, MA 02360-4165

Dear Ms. Topalis,

I am responding to your recent letter dated May 24, 2007 regarding your concerns about the proposed transfer for your sister Claudia Tetreault to 11 Long Point Road, Lakeville, MA. I believe some of the concerns you listed were discussed and addressed at her Individual Transition Planning meeting you attended on May 16, 2007 but I will review them once again in this letter. I have also attached a copy of the minutes of the ITP meeting for your review.

Our goal is to support Claudia throughout this transition with familiar staff and additional 1:1 staff, when necessary, to help reduce her anxiety. Items that may present a danger to her or others will be removed from the home and re-introduced when and if she can learn to tolerate them in the future.

The three ladies Claudia will live with have a wide range of abilities. We trust the group will complement each other.

As we discussed, alarms can be placed on the doors if the exits present a problem and the carpet can be replaced with alternative flooring. Samples will be provided for your selection.

SRS agreed to continue to bring Claudia to her current physicians and the Brockton Hospital, whenever possible. As stated, in an emergency, the local emergency response teams will bring her to the closest hospital available. Familiar staff will remain with Claudia during all hospital visits. The SRS behavioral team is also available to assist her during hospitalizations. In addition, Claudia's new team will develop a plan to help Claudia cope with her anxiety and fears during visits. It is important that we proactively address this issue to reduce the risk of injury in the future and help Claudia relax and enjoy a more comfortable life.

SRS did evaluate the possibility of transporting Claudia to her current VinFin program, after she transfers to the Lakeville home. We can provide transportation for approximately three months but long-term transportation would create a hardship for the home. We assessed the issues raised at the meeting. Transportation to and from the program is one hour each way, totaling 4 hours each day for staff and the vehicle to be away from the home. The vehicle is used for medical appointments and individuals' recreational activities. Regretfully, this would be very difficult for SRS to manage long-term. We would like to schedule a visit to the proposed new program, Open Roads, Middleboro, at your convenience. SRS will provide staff at her new program to assist Claudia with her transition.

We selected this home for Claudia because we believe it is the best opportunity within this agency for Claudia. The staff at the Lakeville home are seasoned employees with 25+ years of experience supporting people with disabilities. They have successfully and dramatically changed the lives of individuals' who present with serious and challenging behaviors similar to Claudia's behaviors. They are enthusiastic and eager to begin their work with her.

We realize the uncertainty of this major change in her life and truly appreciate your patience and willingness to work with us to make this a positive experience for Claudia.

Very truly yours,

*Jacqueline Winslow*
Jacqueline Winslow, Executive Director
Southeastern Residential Services


cc: Joseph P. Franzese, P.C.
    Judge Joseph L. Tauro
    Dennis A Murphy, Esq., Nixon Peabody
    Daryl Every, Dever Association Representative
    Barbara Mason, Esq., Rogers Monitor
    Patricia A Lewis, Co-Guardian

# Claudia Tetreault

## ITP meeting May 16, 2007

Introductions: See attached sign-in sheet

1. Any special approaches or styles we need to consider when assisting Claudia
   A. She can be mischievous/curious
   B. If in pain, it is more difficult to redirect her to her room to relax- depends on mood, if agitated, be firm and provide 1:1
   Andy discussed the need to possibly consider a Level 2 time out plan
   C. Difficult to redirect when agitated
   D. Likes open areas to walk around

2. Preferences for certain routines at certain times
   A. Loves to go for a ride – likes cars (back seat – rights of driver). Needs to have her own seat on van
   B. Likes to walk around home
   C. Likes to be outdoors and enjoys listening to music
   D. Claudia will often take staff's hand and lead them to what she wants

3. What are Claudia's routines
   A. Morning Mon – Fri Claudia gets up 7:30 am – 8:00 am; staff allow her to awaken on her own (receives 6 a.m. medication)
   B. Bathroom
   C. Breakfast
   D. ADL's
   E. Goes to program

4. Week-ends
   A. Claudia usually awakens later than usual. Allow her to self limit.
   B. Enjoys parks - places where she can walk.

5. Returning from Day Program
   A. Bathroom
   B. Snack
   C. Meds
   D. Supper
   E. Ride sometimes

6. Evenings
   Time Claudia goes to bed – Encourage her to remain awake as long as she wants
   A. Sometimes will self initiate going to bed
   B. Go with her mood

    C. Swimming at Wrentham – every other Wednesday evening

7. Dining – Special diet
    A. Fluid 1500 cc daily – due to sodium
    B. 2 ½ grams, no fat, low salt
    C. Eats fast – ground diet (needs cues to slow down pace)
    D. Thick it (nectar consistency)
    E. uses suction plate
    E. Takes meds whole with applesauce (small amount)
    F. '04 last OT evaluation (will request new one following move)

8. Preferred foods
    A. Likes everything

9. Foods she does not like
    A. None specified – may give food back
    B. Give drink after eating – see physician's orders

10. Bathing – depends
    A. Adaptive stool with railing will be pursued with Assistive Technology
    B. Requires total assistance
    C. Likes bathing – therapeutic – currently bathes on second shift

11. Leisure time activities
    A. Music (soft)
    B. Likes to sit with preferred staff in living area (usually when peers are in bed)

12. Community
    A. Likes to be able to walk around
    B. Has difficulty with crowds of people

13. How does Claudia make her needs known
    A. May approach staff and lead them to what she wants
    B. Sign eat/drive

14. Does Claudia prefer 1:1 or large groups for activities
    A. 1:1 preference
    B. Will interact with John (at house)

15. What situation(s) have the potential for Claudia to become bored or frustrated
    A. Waiting times: ex: when supper is not ready – 5pm, and medical appts.
    B. May awaken hungry

16. How does Claudia connect with people
    A. Through smiling, touching
    B. Will hug...especially preferred staff

17. Communication to let people know her needs
    A. Pointing
    B. Bringing staff to what she wants

18. Personal fears
    A. Hospitals
    B. Doctor's appointments – some appts.
       Require pre-sedation (see Physician's orders)
    C. PCP will get on floor – no pre-sedates required for appts. with Dr. Gerard

19. Any special/adapted equipment needed
    A. Wheelchair for distances and when sedated

20. Current Day Program
    A. If in a good mood may engage in table top sorting activities
    B. Prefers to be by herself rather than in group
    C. Has preferred staff
    D. Receives additional staff supports for behavior, as needed

21. Review Claudia's last year's health issues
    A. Hospital blood transfusion – May 06
    B. Stable now – 30's
    C. Below 30 – needs to have blood drawn
    D. Dental – goes to Tufts, last appt. 3/07 – no sedation
    E. Feb 07 breast exam – lump right auxiliary,
       biopsy negative had bilateral   ultrasound
    F. Surgery – had prolapsed rectum in 2005 (temperature must be taken auxiliary)
    G. DAP – requires 1:1 (by demand) for safety purposes – risk to self and Others
    H. Fall, April 07 – laceration to left side of head

22. Current Medical Issues
    A. Rhematoid
    B. Osteoporosis
    C. Tuberous Sclerosis
    D. Bi-polar disorder
    E. Anemia
    F. Hypertension – 3 meds
    G. Seizure disorder
    H. Increased potassium
    I. GERD
    J. Constipation (occasional)
    K. Athlete's feet (occasional)
    L. Legally blind
    M. Groin breakdown (occasional)

23. Physicians
    See List

24. Medications
    See attached Current Medication List dated 5/15/2007

25. How does she prefer to take her medication: will take medications whole in small amount of applesauce
    Any issues taking medication: past history of refusal
    Any procedures done before she gets her medication: take temp prior to giving Enbrel (injections)
    Current pharmacy – Apothecare – gets supplies
    Letters of need – up to date (thick it, briefs, gloves)
    Last physical – 3/28/07
    Last dental – 3/23/07

26. Current Behavior Plan
    Same – Team - Behavior Team includes Andy, Kevin, + 3

27. Robin Marques: overview of home

28. Day Supports: Claudia will continue to attend current program during transition to new home. Behavioral team to assist with transportation until new day supports are determined.

29. OT/PT services – Lise and Joanne available for consultation

30. Emergency skills – requires verbal and physical prompts to evacuate the home

31. Any adaptive equipment: suction plate

32. How does she respond to the fire alarm: no unusual response, requires verbal and physical prompts.

33. Does she connect alarm with the possibility of fire – No

34. Recommendations for move – Claudia's current team recommended one visit because they thought multiple visits would confuse her. Claudia will make one visit to the home prior to her move on June 13th.

35. Visits to new home – Sunday, May 27

36. Staff from new residence visiting Claudia (see attached)

37. Training of new staff: Robin, House Manger to schedule training with Andy Smith for staff assigned to Long Point Road.

38. Staffing in her new house with staff from her current residence will be provided during her transition

39. Move in date: June 13, 2007

CLAUDIA TETREAULT
ITP Meeting   May 16, 2007

12:00 pm   Daniel Perry
Krista Knight ATO
Catherine F. Cordeiro
Kathleen Simpson
Mary Gregg
Rita F. Desmarais
Allison Maul
Sheila Matthews-Forte
Arlene Lee
Elizabeth Nagel, VC Brockton
Mary-Jean Day, S.C. Taunton/Attleboro
Shirley Guillemette
Jen Payne
John Maupin

1:05 pm   Jacqueline Wink
Daryl Every, Dewi C.A.R.
Joseph P. Franzese, atty for Janet Topalis
Janet Topalis

Massachusetts Department of Mental Retardation

# CURRENT MEDICATION LIST:

For use if medication log is not otherwise provided. Please complete the following information about ALL current medications and give to the Health Care Practioner.

**Name:** Claudia Tetreault        Updated: 5/15/07        Page 1

| Routine Prescriptives | Dose | Frequency | Reason |
|---|---|---|---|
| Cozaar | 100mg | Daily | Hypertension |
| Risperdal | 1 mg | QHS | Bipolar Disorder |
| Synthroid | 0.075mg | QD | Hypothyroidism |
| Remeron | 30 mg | QHS | Bipolar Disorder |
| Percocet | 5/325mg | PRN 4 hrs | Pain |
| Klonopin | 0.5 mg/1mg | QD | Bipolar Disorder 0.5mg@8AM, 1mg@4PM |
| Fosamax | 70mg | QWK | Osteoporosis |
| Inderal | 20mg | TID | Bipolar Disorder |
| Tegretol 400mg-400mg-600mg | 200mg | TID | Seizure |
| Hydrochlorothiazide | 50mg | QD | Diuretic for Hypertension |
| Prilosec OTC | 20mg | BID | GERD |
| Kayexalate | 160cc/40 GM | QD | Reduce high Potassium |
| Miralax 3350 NF 17GM in | 240cc of fluid | QD | Severe Constipation |
| 2.5GM Potassium, 2GM Salt diet | | All meals | Hyperkalemia, Hypertension |
| Enbrel inj. | 50mg | 2xWeek | Rheumatoid Arthritis |
| Hydralazine | 10mg | BID | Hypertension |
| Oxycontin | 10mg | BID | RA pain |
| **Routine OTCs** | **Dose** | **Frequency** | **Reason** |
| Folic Acid | 1mg | QD | Supplement |
| Citracal | 200mg | QD | Calcium Supplement |
| Citracal | 400mg | BID | Calcium Supplement |
| Vitamin D | 400IU | BID | Supplement |
| Thick it to all fluids & liquid | meds to honey | consistency | Dysphasia |
| Multi Vit w/ Iron | 1tab | QD | Anemia |
| | | | |
| Milk of Magnesia | 30cc | QD | Constipation |
| Mylanta Gas | 80mg | TID | Gas |
| **Lisinopril** | 20mg | QD | HTN |
| Aveeno Soap | to bath | QD | Puritis/dry skin |
| Aveeno Lotion to face& body | | BID | Puritis/dry skin |
| Triple Care Cream to groin & | rectal area | BID | Diaper rash |
| Tolfanate powder to cotton | soaks | BID | Athletes Foot |
| Metamucil | 15ml | QD | Constipation( in 8oz of fld ) |

PRN's page 2 underneath

Massachusetts Department of Mental Retardation

## CURRENT MEDICATION LIST:

For use if medication log is not otherwise provided. Please complete the following information about ALL current medications and give to the Health Care Practioner.

**Name:** Claudia Tetreault     Updated 5/3/06     Page 2

| PRNs | Dose | Frequency | Reason |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| Benadryl | 50mg | TID | Itching |
| Milk of Magnesia | 30cc | Day 1 no BM | Constipation |
| Tylenol 500mg | 1000mg | Q4hr PRN | Pain/ Temp > 101 |
| Bisacodyl tab | 5mg | Day 2 no BM | Constipation |
| Percocet | 5/325mg | Q4hrs PRN | Pain |
|  |  |  |  |
| Aveeno Lotion |  | PRN | Pruitus/dryskin |
|  |  |  |  |
| Neosporin Oint | BID | PRN | Superficial scratches |

*Jane FYI*

## CLAUDIA TETREAULT TRANSITION SCHEDULE
### 11 Long Point Road Staff Visiting

| Date | Time | Staff |
|---|---|---|
| May 20 | 11am-2:30pm | Shirley Guillemette |
|        | 4:00pm-7:00pm | Nella Demelo |
| May 21 | 4:00pm-7:00pm | Mary Roberts |
| May 22 | 4:00pm-7:00pm | Kathy Simpson |
| May 29 | 4:00pm-7:00pm | Colleen Weakley |

Sheila,

I hope this works for you at E. Bridgewater. We'll plan the dinner visit to Long Point next week.

Any questions give me a call.

Thanks, Robin