

# FERNALD LEAGUE *for the* RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

## Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

### BUILDING REPRESENTATIVE COMMITTEE MINUTES
### June 3, 2007

The Building Representative Comm. Meeting, chaired by Dorothy O'Rourke, was held on Sunday, June 3, 2007, in the Withington Conf. Room at 1:30 p.m.

General Concerns
Pres. Marilyn Meagher has concerns over weekend staff and floats. Still lack of supervisors on weekends in all buildings. Also, on May 26, 2007, 2nd shift, two male floats in an all-women's building. Regulations state gender specific when it comes to hygiene.

Why are Fernald residents being sent to Hogan for Audiologist testing? Fernald has always had their own Audiologist.

A need for hand rails to be installed going into the Activity Center. Also, Chairperson, Dorothy O'Rourke, asked bldg. reps. to check on their own family member's records data sheets on BMs. Dorothy found incident BM sheet for the month of May missing. She was checking on her own son's problem. BM Sheet could not be found. Person said maybe BM Sheet at Day Program. This was a Sunday. Maybe there should be two data sheets, one for building or cottage resident lives in and one for day programs or work programs, if necessary. Parents should also check records on programs to see if they are being carried out. Could find no record in office on data of a walking program for her son. There should be a record or data that parents can check on.

Chairperson recognized the building reps. of Farrell Hall, Ken Mallory and Grace Lerman, on the excellent reports on Farrell Hall. Farrell Hall has come a long way from two years ago when there were horrendous conditions in the building. Thanks to Regina Davidson and Dorothy Rouleau, who got the ball rolling to clean up Farrell Hall. All other bldg. reps are faithful checking on their buildings every month and always do a great job. I know it takes patience sometimes to see that your concerns are not always answered, but keep on pressing, eventually someone will listen.

The Fernald League has agreed to fund a request for $300 for a cookout for Malone Park residents in memory of Phyllis Onusseit sometime in July. A **Service of Rembrance** will be held on June 14, 2007, at 3:00 p.m. at the Fernald Chapel.

Finally, we have been informed that Elin Howe has replaced Gerald Morrissey as the new Commissioner.

## Cottage 3 A&B – Peg & Joe Hughes reporting.
1.    B-3 sunroom entire wall to the left of triple windows is very spongy and badly damaged from water flood on roof.
2.    The complete lower wall has suffered extensive damage from roof flooding. Area in question is between B-1 door and B-23 bathroom.
3.    B-23 bathroom floor and door frame all stained and dirty.
4.    B-17 bathroom sink clogged.
5.    B-side floors still dirty looking after washing. I believe they are in need of stripping and have suffered being clean in appearance due to roof flooding. Please check!

**Building Rep. Minutes**                    - 2 -                                    **June, 2007**

6.      Found no bread in fridge and another water jug empty. Can you tell me what has happened since staffs were made aware of these responsibilities? Why are water jugs empty and why is bread not available to residents should they feel the need to have a slice? Bread & water are the staples of life that should never be denied anyone less fortunate than we.
7.      Very difficult to retrieve towels from holder in bathroom B-23.
8.      B-20 door outer doorknob falling off and inner push-bar also affected.
9.      Please clean all rubbish & debris off the top roofing area of Cottage #3 and make sure all roof drains are cleaned out.

Major Concern
The last time Cottage 3-B roof flooded was when Hurricane Rita passed off the coast of Boston. The cause of the flooding was a clogged roof drain filling with rubbish. This exact problem appeared again during the torrential rainfall of May 19 & 20. After the first flood, I requested that the entire roof be cleaned of all rubbish and debris. It's very clear my request fell on deaf ears and now again we have many ceiling and wall panels with water damage. What is more important is the possibility of mold buildup. Please give item #9 serious attention. The 2007 Hurricane Season started on June 1, 2007. Let's be ready around the campus.

**Cottage 8 – Jane Webber reporting. (6/5/07)**
1.      A-22 bathroom light bulb in ceiling needs to be replaced.
2.      A-7 bathroom shower needs new light bulb.
3.      Nurse has seen a few roaches.
4.      Cottage clean on both A & B sides.

**Cottage 9 – Dorothy Rouleau reporting.**
1.      Some overhead lights are out, e.g., A-side dayroom and B-7 shower area.
2.      B-7 shower hose may need repair or replacement for a spraying problem.
3.      Room B-9 – screen in one window needs thorough cleaning. Floors need to be buffed after washing.
4.      When will an audiologist be hired for Fernald, ending the practice of busing residents to Hogan for this examination and delays.
5.      I regret to disagree with you, but there are bread shortages, especially when I happen to review on weekends.

**Cottage 11 – Dolly & Ed Haddad reporting.**
Men's Side – A
1.      A-19 door doesn't close by itself.
2.      A-7 bathroom shower – floor stains.
3.      A-6 bathroom – fleas (even with bug light).
4.      A-23 environment closet smells bad. Has crack in slop sink and mop smells moldy.
5.      A-25 storage room now unlocked, but has the tray of utensils with sharp knives in it. Should be separate.
6.      A&B side lockers need replacement.
Kitchen – Looks clean and great!
7.      B20 - Laundry cabinet dirty and doors don't match.
8.      B22 – Bathroom toilet paper has feces on it.
9.      B6 bathroom smells very bad and dirty diaper on chair.
Building has a much cleaner & neater appearance. Thank you.

**Cottage 13 A&B – Dorothy O'Rourke reporting.**
1.      Floors are clean. Kitchen clean. Staff do a good job cleaning up after they cook.
2.      Dinette is cozy with pretty tablecloths and curtains.

**Building Rep. Minutes**         - 3 -         **June, 2007**

3. Still waiting for sturdy table and chairs for Dinette. Also, still waiting for living area furniture – 2 sofas and 2 chairs for A&B sides.
4. Residents all look very nice.
5. Gate always open. I am tired of reporting this issue which is falling on deaf ears. No one listens. Wait until something happens!

**Farrell Hall** - **Ken Mallory & Grace Lerman reporting.**
**(Ken Mallory)**
The entry walkway to Farrell Hall looks clean and there are no obvious problems  The front doors were closed, not kept ajar as they have been occasionally to reduce the heat inside as they have in the past.

The entry lobby was neatly arranged, with no offensive smells. Tabletops were clean and uncluttered. The cold water cooler was in working order, both bathrooms had been cleaned, although the male urinal had not been flushed and there was a paper towel on the floor. Talked with staff in the entry office and we talked about my sister, who is coping well in her room in Apt. 3. I then walked toward Apt. 1 and talked with two nurses in the nursing station. They did not report any particular problems, although we talked about the lack of a sink in this room, which I have reported on in the past. The other "nursing station" just before Apt. 2 has both a sink and bathroom, but it is now used as a medical equipment storage room and is always very hot. We also talked about the air quality in the building, which has caused complaints in the past for mold and pollen, but we agreed that we did not know how to address this issue.

Apt. 1 - I walked to the end began a survey.
1. Room 101 is an exercise room for Apt. 1 and it features a recumbent bike of some sort. There is a basketball net atop a pole, a large standup closet one of which is partially opened and the clothing in it is more or less neatly arranged. There is nothing in particular to report. The other standup closet is locked; there is a big jacket lying on the floor, the smell in the room is fine, there are two bookcases and a tray table. The window is open so the temperature is really comfortable at this time in the morning (about 10:15 a.m.). The ceiling looks clean and in good repair; there is a trash can with a new trash bag and it is empty.
2. Room C102 is a storage area with many jackets hung up on hooks on both sides of the room; the clothes are in good order, the smell is good, there is a chair in here with a towel on it and a plastic container box with shampoos, Phisohex, etc., sitting on a bookcase cupboard in the middle of the room. This is the room, which used to have a wire hanging down from the ceiling that has now been secured so that it is no longer a problem. The room smell is good and the floors are clean.
3. C103 is a bathroom; the smell a little off, although I can't be sure what is causing it. There are three rolls of toilet paper, paper towels, the soap dispenser is full, the sink is shiny clean, the toilet is clean and there is a new trash bag in the trash receptacle.
4. C102 – is a bedroom which is closed and locked.
5. C103 is a bedroom for a client. The room is clean, the temperature is really fine in here, the bedspread and pillows are neatly arranged. There is a standup closet that has folded clothes and very functional and a set of drawers, and although they don't have labels on the front of the drawers, the clothing is all neatly arranged, the smell is fine in here. There are pictures on the wall and the award certificates celebrating the residents' achievements "hardest worker", the window is not open but the temperature is fine. There are pictures on the wall.
6. C104 is a bathroom. The shower is clean, smell is good, shower curtains in place, the shower and bathtub are clean. There are paper towels in here and everything seems to be in very good shape. There is just a bathtub, no toilet here.
7. Closet C107 has lots of ADL kits with various names on them. They are all filled. There are many towels in here that are neatly arranged.

**Building Rep. Minutes**          **- 4 -**          **June, 2007**

8.     C105 is a bathroom with a sink that is spotless. The shower curtain is in place. Smell is good. It has paper towels. There is a new trash can liner. The floor is not sticky. The smell is good and the ceiling tiles look brand new. The wall and floor tiles are fine – clean.

9.     104 is a resident's room. It has a humidifier, which is turned on. The bed is made up and bedspread looks fine with the pillows all arranged neatly. There is a low-lying set of drawers and a standup closet – all of these seem to have clothes well organized. The smell is fine, temperature is comfortable and there are pictures on the wall.

10.     C106 is a bathroom with a toilet. The smell is good. The floor is not sticky The trash receptacle has newly placed trash bags. There is toilet paper in here in a plastic container on the sink. The sink is clean. Smell is good. Toilet is also clean and the ceiling tiles look fine.

11.     Room 105 is a resident's room. The bed is tilted up. The bedspread is neat, the standup closet doors are open, but everything inside is very clean and neatly arranged. There are various pieces of artwork here, especially Van Gogh and a Monet water scene. The smell is good and the temperature is fine.

12.     The living room is empty right now, nobody here, the middle seat on the couch that I reported previously as damaged has been repaired. The smell is good, the floors are not sticky, the closet is open with a single shirt hanging there. Temperature is fine and floors clean. There is a toy on one of the chairs, otherwise room is in good order.

13.     161 is the dining room. It has all been cleaned. The tablecloths have no crumbs. The microwave oven is clean and in good working order. Temperature is good. The toaster is free of crumbs. The adjacent room with cups, utensils and glasses are neatly arranged and clean and the milk machine has no leakage. The bottom two drawers of the cabinet are locked. Generally, this entire room looks good and there is nothing unusual to report.

14.     The office of 160 is locked; room 159 for clothing storage is locked. 158 is a laundry room. Nothing is in the dryer or washer and the smell is good.

15.     Office 156 is closed.

16.     C112 is a bathroom with a toilet. The sink is clean. The smell is a little off but can't identify it. There are paper towels, the sink is clean, toilet is flushed and clean. There is a trash receptacle with a new trash bag and a clothes hamper that has nothing in it. The floor is not sticky and other than the smell, everything looks in good shape in this particular bathroom.

17.     Room 107 is a resident's room. The bed is raised, tilted with neatly arranged stuffed animals, a standup closet and a series of drawers with clothing all arranged neatly.

18.     Room 108 – temperature is fine, floors clean, and bed neatly arranged.

19.     Closet C113 closed.

20.     C114 bath has been recently cleaned, the sink is immaculate and smell is good. There are towels in dispenser. There is a sit-down mobile chair on wheels for taking a shower, the shower curtain is in place and looks fine. This is just a shower room and sink.

21.     109 is a resident's room. There is the bed that is neat with stuffed animals and pillows. Temperature is fine. There are paintings here and certificates for personal achievement. Smell is good and floor is not sticky.

22.     Supply room opposite Rm. 109 – there is linen in here and a bunch of empty ACLs with names on them. The linen is more or less neatly arranged.

<u>Apartment 2</u>

1.     Nurse's room just before Apt. 2 (now a storage room) was locked.

2.     Room 113 (Director's Office) was open. No one was inside.

3.     Environmental closet next to entrance to Dining/Living room 114.

4.     I talked with the fellow who does the cleaning. He speaks Spanish almost exclusively and we revisited the closet where he gets his water and stores cleaning stuff. The faucet there is still in terrible shape as reported a month earlier, a makeshift of tape and other measures to prevent the water from squirting everywhere. This is an important problem to fix. Please do it as soon as possible.

5.      Room 114 – Dining Area and Living Room.  The room was in good shape, the tablecloths neat and free of food debris, the chairs and couches more or less neatly arranged.

6.      C115 floor has just been cleaned and it is still wet.  The sink is clean, but the smell is off.  Not sure what it is.

7.      116 is a bathroom with a shower curtain.  It is properly in place, sink clean, smell good, floor not sticky, and trash receptacle has a new trash bag.

8.      Room 117 is a recreational room.  It has a basketball net with basketballs on the floor with  their coats hanging up in here.  This is the room that had a bad ceiling leak and was repaired several months ago.  It looks in good shape now.  There are some musical instruments here, including a drum, play toys.  The temperature is a little warm because windows were closed.  Smell is good.

9.      Room 118 is the recreational office.  It was closed.

10.     Across the hall from 118 is an exit door that is properly locked.

11.     BR 120 is now a sitting room for night shift people, with a phone.  It has a functioning clock and the temperature is too high.

12.     121 is a resident's room.  Everything is neat, bedspreads are neat.  Temperatures in this wing are all a little too warm.  This is the wing where most if not all of the drawers, cabinets, standup closets are empty because one the residents likes to rummage through them so clothes are stored in the storage closet 138 and 139.  There was a bottle with some unidentified solution on the bed in 121.  The smell is good.  Nothing out of the ordinary to report.

13.     122 is another room.  Bedspread neat, temperature high.  Two jackets were hung up on hangers behind the door.  Bureaus empty for the reason described earlier.

14.     C134 is a bathroom.  Smells good, floor and sink clean, toilets clean and floors recently washed.

15.     C135 is a bath.  Smells good.  The sink is very clean, shower curtain in place.  There is a dirty clothes hamper with two items in it.

16.     C136 tub/shower has shower curtain in place, smell is good, sink is clean.  Nothing else to report.

17.     123 has a mattress with no bedspread.  There is a bedspread crumpled up in the floor in a corner.  All the drawers are empty and temperature high.  Floor seems to be a little sticky.

18.     C137 recently cleaned floors.  The smell is good.  Everything is in good order.  The sink is clean – no toilet paper.

19.     124 is a resident room.  All drawers here either locked or empty.

20.     125 - bedspreads in place.  There is a standup closet where clothes are in a big pile.  There is a single slipper on the floor.  Drawers are empty.

21.     126 has a bed with a bedspread, one cabinet with drawers that are empty.  Temperature too hot.  One of the ceiling tiles has a metal edge that is rusted, but it's not too bad.

At the end of my inspection, I talked with staff about BM charts.  They said that each of the residents has charts they take with them wherever they go on the campus, but did not signal any special concerns for Farrell.  They did say that my sister had no problems of this sort, but I do not have access to any of the records without the permission of guardians.


**(Grace Lerman)**
Apartment 3
The entry and elevator halls are very clean.  The hallway into Apt. 3, just having been cleaned, was sparkling.

1.      132 Dining Room – New tablecloths are being kept clean.  Floor around door frame between pantry and dining room is badly in need of cleaning.  No back-up milk.

2.      Pantry – Could we see what a more thorough cleaning of the floor edges and toe kicks does for this room?  The edges are extremely dirty.

3.      136 – Please put plastic bag of winter boots, laundry bag of pink things and chair foot brace away and off the floor.  Items left on floor could potentially be hazardous to blind client who lives in this room.

4.      137 – New bureau looks great.

**Building Rep. Minutes**      - 6 -      **June, 2007**

5.     138 – I never received an answer to my questions in last month's report re: the window screen and TV. The window screen has been requested for 1 year in these reports. The TV reception is poor; whether staff watch or do not watch TV with the clients, the reception is a separate issue. Brown chair looks to be in need of repair.
6.     <u>Kitchen</u> – Clean, but for very dirty container on floor. No back-up milk.
7.     C154 – Please dust and wash TV screen and protective Plexiglass. Both surfaces are filthy and if the plexi needs to be unscrewed in order to clean, please do that.
8.     C156 – Wet dirty towel left in shower.
9.     186 – Door scrapes floor and cannot be fully closed.
10.     <u>Linen Storage</u> – Very neat and clean.
11.     150 – Right bottom corner outside room is not repaired.
12.     C164 and 166 – Closet between these rooms needs to be organized, please.

**ICF-21 – Marilyn Meagher reporting. (6/5/07)**
1.     Swing outside in side yard is off the runner.
2.     Bathroom #3 – radiator cover is on the floor. Fins are getting bent and are very sharp.
3.     Rubber gloves loose on table in Leisure Dayroom. Please remind staff not to leave gloves around.
4.     Room 11 – Radiator cover needs repair. Please remove weight chair from resident's room. Also, hydraulic lift needs to be removed from hall.
5.     Please close back iron gate.
6.     MP 21 van has broken down several times this past month. When is the new van going to be delivered?
7.     How are BMs of residents being tracked in all of Malone Park? Is data being taken?

**ICF-22 – Marilyn Meagher reporting.**
1.     Bedroom door locked. Resident was in Living Room.
2.     Refrig. door not closing. This is a new refrig. and there was no problem with it last month. It is now off balance and the door is out of alignment and gasket is coming off. Handyman has tried on several occasions to fix it…not staying shut. Anne Kelley was called and response was immediately taken, sending a refrigeration person to the cottage. What happened to it and how was this reported by staff when it first happened?
3.     Building was clean.
4.     On different occasions outside of Malone Park residences, there is trash on the ground, papers, crushed plastic bottles, cigarette butts, etc.
5.     FD gave permission for DD to purchase four new picnic tables for Malone Park. When will they be purchased? The annual cookout is set for July 21 and tables need to be there.

**ICF-23 – Diane Walsh reporting.**
1.     Back fence removed. The courtyard has been cleaned up and flowers are planted for the residents and staff to enjoy. Staff will not bring residents out there because a few individuals will take off if no fence is there. The courtyard needs some kind of fence to block it off ASAP.
2.     Broken blind in living room.
3.     Dead bees in window of back day room. Good news is that pest control must be working, sills, however, need to be cleaned and dead bees removed.
4.     Many closets overcrowded and messy. Summer is here! Need definitive date on when will the changeover to summer clothes take place and winter clothes put away and stored in labeled containers in the spare room. Needs to be soon.
5.     The May birthday party was delightful. Thanks to all staff who did a great job and a special thanks to Wendy Smith for her fine culinary skills. Birthday guys and gals enjoyed the food and their gifts enormously. Good time was had by all!

**Building Rep. Minutes**                           - 7 -                                    **June, 2007**

**ICF-24 – Regina Davidson reporting.**
(May 16th)
| | |
|---|---|
| 1. | #6 – Advocate washing clothes at 3:00 p.m. and bed cleaned up. |
| 2. | At 6:00 p.m., same advocate still washing & folding clothes of other residents. |
| 3. | 2nd shift has two residents to care for their clothes. Seems to me this DC is doing, as usual, more than her share. |
| 4. | Kitchen floor looking poorly. |
| 5. | Bread in refrig. and some snacks. |
| 6. | What happened to tablecloths and plastic covers? |
| 7. | Dentist suggests that toothbrushes be changed every 2 months or less. I would like to see a schedule for change of toothbrushes ASAP. |
| 8. | Could I have a copy of Morrison's Summer Food Selections (posted in #24)? |
| 9. | When I brought #6 back, five residents and 2 staff were in the SDR. There was chit-chat and laughter, so we joined in. It was so nice to see the interaction with a big Birthday Party plannned for the next day. The "birthday girl" hardly could contain herself. Thanks to the staff and residents for a relaxing end of my day and theirs. |

May 17th – 12:00 noon – ICF #23
| | |
|---|---|
| 10. | The birthday part was well on its way for four residents (23 & 24). Many thanks to Wendy Smith, QMRP, for organizing this yearly event. Also, to the staff of ICF 23 & 24 for cooking and caring for the residents' needs. I enjoyed seeing staff and team members along with the "smiles" on all of the residents faces. |

May 31st – CF#24
| | |
|---|---|
| 1. | #6 ADL kit put back on bureau in room – clean! |
| 2. | #6 – dust again in room, including bureaus. Advocate still washing clothes and bedding; not only #6. |
| 3. | Washing machine reported leaking. |
| 4. | No bread in refrig. One snack – would like to see some <u>consistency</u> with snacks. |
| 5. | New floor looking like an old floor per Anne Kelley. Tom will be working on floor next week. Scarce money wasted. Did Home Depot take responsibility for 1st floor? Who put in the second floor? |
| 6. | Some baseboards look better already. |
| 7. | A giant thank you goes to our <u>new handy woman</u>. She is making a difference. |
| 8. | ADL Kits look good. |
| 9. | Asked DC to wash elder residents wet clothes in hamper. He did. |
| 10. | Elder resident needs shadowing to bathroom. This is a constant problem. I see this almost every visit to ICF24. He cannot take care of himself. Please redirect DC for this gentleman. |
| 11. | Still no tablecloths or covers. I do like the new flower arrangements. |
| 12. | Checked air conditioning and filters. |
| 13. | SDR vents – dirty. |
| 14. | 1 on 1 together. |
| 15. | Tabletop activities started. TV shut off. |
| 16. | Please ask that the 2 bookcases be organized each evening (11-7). |
| 17. | Thanks to Anne's team for the grounds cleanup. |

Notes and Concerns
On Sat., 5/26, a resident fell in the shower. <u>Floats</u> in the building. Resident taken to hospital and returned with stitches.
| | |
|---|---|
| 1. | Were proper procedures followed? |
| 2. | Why wasn't the DC on Friday asked to come in or stay (11-7) knowing the staffing problems for Saturday? We need <u>familiar floats</u>. |
| 3. | Sunday resident taken out with breathing issues. Procedure was followed. |
| 4. | Both residents recovering (May 31st). |
| 5. | We need set procedures. Vacations are coming. The residents are at risk! |

**Building Rep. Minutes**                    - 8 -                    **June, 2007**

The Fernald Staff are some of the finest and dedicated people I have had the great privilege to know. In July, Eunice Richards (ADD Malone Park) retires after decades of service to the Fernald and its residents. Eunice always shows great concern and love for the residents of Malone Park. Our loss is here family's gain. Her first grandson was born this month. The guardians and residents will surely miss her. She will be the best Grandma ever!

In June 2007, Kathy Majka retired from the Fernald after 30 years of dedicated service. Kathy was a Hab-Co at Site 7. Our friendship goes back to Hillside and will continue regardless of whatever the site decides to do. She will always be a part of our family as well as the Fernald family. The residents of Fernald were really her family. The compassion she has shown and the love she felt was real and tender. Our residents lives would not be as full or as complete without Kathy's guidance and hard work.

We wish these two special women the best in the future of life. They both gave their best to the Fernald.

Concerns
On Monday, June 4th, around 11:00 a.m., a guardian was called regarding her family member. The nurse that called told the guardian to call the operator and get in touch with a particular nurse. The operator said that she had written instructions that it had to be an emergency and refused to get in touch with the nurse in question. Who deems an emergency when a resident is having a problem and a nurse gives instructions to a guardian who is refused! When a resident is having signs of discomfort and/or is hurt, who should be refusing access to another professional?

For months, I have had grave concerns over the welfare of the Rec. Therapists at Fernald. I have requested the Administration set down and have constructive discussions regarding the resident's programs and the time flexibility so that the Recs. can work as a team as they used to. Instead, we have conflicts at every turn about everything. Many, most, or all of the existing programs were started, initiated and followed through by these creative people. Bottom line, the residents are being hurt by the constant struggles whether it be personality conflicts or control issues. The upcoming "Special Olympics" has become a battleground with the residents in the middle of the crossfire.

All guardians and building reps., please ask your rec. therapist how we can support them and ensure that the residents programs, classes and "special trips" are not being micro-managed by the Administration. I will report on the Special Olympics in July. Recreation for our family members is the most important part of a full and happy life.

To the Facility Director
I would like the cost information regarding the new Union Office at Withington. Where did the monies come from?

**There will be no meetings for building reps during July and August. However, please check your building and send in your reports. For July, the due date is Thursday, July 5th, and for August, the due date will be Thursday, August 9th. Marie's Fax No. is 617-928-9258.**

**The next meeting will be on Sunday, September 9, 2007, at the Withington Conf. Room, at 1:30 p.m. Guest Speakers will be Asst. Commissioner Diane Enochs, and Legal Counsel, Kim LaDue.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.