

# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

June 12, 2007

Honorable Joseph L. Tauro
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Tauro,

Due to the recent and unexpected event that has taken place concerning our attorney, Beryl Cohen, and the fact that we are unable to obtain his services until September 1, the Fernald League Board voted that it was in our best interest for us to communicate with you our dedicated support to our strongest advocate for our residents.

Beryl has been with us for the past 34 years. He knows us, our family members and our case like the back of his hand. We would most certainly lose this case without his knowledge, expertise and persistence. We have given Beryl Cohen our vote of confidence since the very beginning and still feel that he is our Guy, sink or swim.

Our concern is the possibility of a court appearance before September 1, 2007 without him.

We thank you for the care and concern you have always had for the Commonwealth's individuals with mental retardation.

Respectfully,

*Marilyn Meagher*

Marilyn Meagher, President
Fernald League for the Retarded

cc: Attorney Beryl Cohen