UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **ROBERT SIMPSON RICCI**, *et al.*, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>**ROBERT L. OKIN**, *et al.*, )<br> )<br>Defendants. )<br> ) | CA Nos. | 72-0469-T (Belchertown)<br>74-2768-T (Fernald)<br>75-3910-T (Monson)<br>75-5023-T (Wrentham)<br>75-5210-T (Dever) |

[PROPOSED] ORDER OF IMPOUNDMENT
July ___ 2007

TAURO, J.

    Upon consideration of the Plaintiff-Intervenor's Motion to Seal and Impound Confidential Information in Motion to Confirm Absence of an Impediment for an Individual to Transfer Voluntarily to a Community Residence, IT IS HEREBY ORDERED pursuant to Local Rule 7.2(d), that the Plaintiff-Intervenor Disability Law Center may file the following documents under seal:

    1.    Motion to Confirm Absence of an Impediment for an Individual to Transfer Voluntarily to a Community Residence;

    2.    Memorandum in support of said motion;

    3.    Affidavit(s) in support of said motion.

The Plaintiff-Intervenor shall also file publicly redacted copies of these documents (without names, addresses, medical or other identifying information).

2

     These documents shall be sealed and impounded until the conclusion of this case, with the Plaintiff-Intervenor to retrieve them at that time.

                           IT IS SO ORDERED.

                           _____
                           United States District Judge