UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| **ROBERT SIMPSON RICCI**, *et al.*, | ) | | |
| Plaintiffs, | ) CA Nos. | 72-0469-T (Belchertown) |
| | ) | 74-2768-T (Fernald) |
| | ) | 75-3910-T (Monson) |
| v. | ) | 75-5023-T (Wrentham) |
| | ) | 75-5210-T (Dever) |
| **ROBERT L. OKIN**, *et al.*, | ) | |
| Defendants. | ) | |

MEMORANDUM IN SUPPORT OF PLAINTIFF-INTERVENOR'S MOTION TO SEAL AND IMPOUND CONFIDENTIAL INFORMATION IN MOTION TO CONFIRM ABSENCE OF AN IMPEDIMENT FOR AN INDIVIDUAL TO TRANSFER VOLUNTARILY TO A COMMUNITY RESIDENCE

The Plaintiff-Intervenor, Disability Law Center, Inc., herein files this Memorandum in Support of its Motion to Seal and Impound Confidential Information in a Motion to Confirm Absence of an Impediment for an Individual to Transfer Voluntarily to a Community Residence.

As set forth in the Plaintiff-Intervenor's motion accompanying this memorandum, the Plaintiff-Intervenor represents, pursuant to its authority as the Protection and Advocacy agency, 42, U.S.C. sec. 15043(a)(2)(A)(i), a guardian seeking to transfer voluntarily to his ward from Fernald to a community setting. The Court's February 8, 2006 Order originally halted transfers, voluntary or otherwise, from Fernald. The Plaintiff-Intervenor, acting on behalf of the guardian, seeks to file a motion to confirm that under these circumstances, no impediment exists for this ward to transfer voluntarily.

1

In support of this motion, the Plaintiff-Intervenor intends to file a motion and accompanying affidavit(s) alleging that the guardian and ward in question have visited the proposed community placement and strongly wish for the move to take place. These documents will also allege that guardian has sought this move for over one year, and that the Fernald resident in question continues to ask the guardian and Fernald staff when he will be permitted to move.

Before doing so, the Plaintiff-Intervenor seeks leave pursuant to Local Rule 7.2 (d) to file this motion and accompanying memorandum and affidavit(s) under seal and impounded, so as to protect the privacy of the ward. Plaitniff-Intervenor proposes to file publicly copies of all documents, redacting names, addresses, medical and other identifying information.

There is ample legal authority to support sealing and redacting the ward's personal identifying information in this case. See, N.O. v. Callahan, 110 F.R.D. 637, 646-47 (D. Mass. 1986) (issuing a protective order to prevent public disclosure in discovery of medical records of persons with mental illness living in facility); U.S. v. Amodeo, 71 F. 3d 1044, 1050 (1995) (privacy interests of innocent third parties "should weigh heavily in a court's balancing equation.") (citation omitted); See also, Capitol People First v. Department of Developmental Services (DSS), 2002 WL 33966313 (Cal. Super. 2002) (issuing protective order in state law case to protect disclosure of identifying information for residents of ICF/MR).

WHEREFORE, the Plaintiff-Intervenor Disability Law Center respectfully requests that the Court issue an order pursuant to Local Rule 7.2(d) permitting the

Plaintiff-Intervenor to file its motion, memorandum and supporting documents referred to above, to be filed under seal and impounded.

Respectfully Submitted,

DISABILITY LAW CENTER, INC.

By its Attorney,

Dated: July 5, 2007

/s/ Richard M. Glassman
Richard M. Glassman (BBO # 544381)
Stanley J. Eichner (BBO# 543139)
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723 8455
rglassman@dlc-ma.org
seichner@dlc-ma.org

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing motion, memorandum and proposed order were filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Wrentham Class**
Margaret M. Pinkham
Daniel J. Brown

3

Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**ARC**
Steven J. Schwartz, Esq.
Robert Fleishner, Esq.
Center for Public Representation (CPR)
22 Green Street
Northampton, MA 01060

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

Dated: July 5, 2007                    /s/ Richard M. Glassman
                                       Richard M. Glassman