UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.*, | ) ) ) CA Nos. | 72-0469-T (Belchertown) |
| Plaintiffs, | ) ) | 74-2768-T (Fernald) 75-3910-T (Monson) |
| v. | ) ) | 75-5023-T (Wrentham) 75-5210-T (Dever) |
| ROBERT L. OKIN, *et al.*, | ) ) | |
| Defendants. | ) ) | |

[~~PROPOSED~~] ORDER OF IMPOUNDMENT
July 9 2007

TAURO, J.

Upon consideration of the Plaintiff-Intervenor's Motion to Seal and Impound Confidential Information in Motion to Confirm Absence of an Impediment for an Individual to Transfer Voluntarily to a Community Residence, IT IS HEREBY ORDERED pursuant to Local Rule 7.2(d), that the Plaintiff-Intervenor Disability Law Center may file the following documents under seal:

1. Motion to Confirm Absence of an Impediment for an Individual to Transfer Voluntarily to a Community Residence;

2. Memorandum in support of said motion;

3. Affidavit(s) in support of said motion.

The Plaintiff-Intervenor shall also file publicly redacted copies of these documents (without names, addresses, medical or other identifying information).

Allowed
/s/ Tauro J.

1

These documents shall be sealed and impounded until the conclusion of this case, with the Plaintiff-Intervenor to retrieve them at that time.

IT IS SO ORDERED.

_____
United States District Judge