UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION FOR RETARDED CITIZENS OF MASSACHUSETTS, INC., et al., | | |
| Plaintiffs, | Civil Action Nos. | 72-0469-T |
| | | 74-2768-T |
| v. | | 75-3010-T |
| | | 75-5023-T |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION, et al., | | 75-5210-T |
| Defendants. | | |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY TO THE WRENTHAM ASSOCIATION'S RESPONSE TO THE REPORT OF THE INDEPENDENT MONITOR

The Department of Mental Retardation hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file the attached Reply to the *Wrentham Association's Response to the Report of the Independent Monitor, United States Attorney Michael J. Sullivan* (docketed as no. 193). Treading beyond the bounds of the Monitor's charge and his subsequent report (doc. no. 158), Wrentham has argued in its Response for the continuing involvement of the Monitor in these cases, to include a DMR-funded review of the entire DMR community system. Doc. no. 193 at 1. In so doing, Wrentham has introduced into the record a number of new (and, the Department submits, inaccurate) allegations against the Department that call for a written response. Simple fairness dictates that the Department be permitted this opportunity to respond to the new matters raised by the Wrentham Association.

Counsel for the Wrentham Association has graciously assented to the filing of a rebuttal, without of course agreeing to its substance. The Wrentham Association naturally reserves the

right to seek leave to address the Court further on the matters in dispute. In the interest of justice, the Department prays that the Court accept the attached reply brief.

    Respectfully submitted,

    THE DEPARTMENT OF MENTAL RETARDATION

    By its attorneys:

    MARTHA COAKLEY
    ATTORNEY GENERAL

    /s/ Marianne Meacham

    Marianne Meacham, BBO #550468
    Special Assistant Attorney General
    General Counsel
    Department of Mental Retardation
    500 Harrison Avenue
    Boston, MA  02118
    (617) 624-7701

    and

    /s/ Robert L. Quinan, Jr.

    Robert L. Quinan, Jr.  BBO No. 553010
    Assistant Attorney General
    Office of the Attorney General
    One Ashburton Place, 20th floor
    Boston, MA  02108
    (617) 727-2200, ext. 2554

Dated:  July 11, 2007

## CERTIFICATE OF SERVICE

I, Assistant Attorney General Robert L. Quinan, Jr., do hereby certify that a copy of the above *Motion for Leave to File Reply to the Wrentham Association's Response* is being mailed to all counsel of record who are not registered with the Court's Electronic Case Filing system.

Date:  July 11, 2007        /s/ Robert L. Quinan, Jr.
                                       Robert L. Quinan, Jr.

**Certification of Compliance with Local Rule 7.1 (A)(2)**

By my signature below, I hereby certify that counsel for the Department and the Wrentham Association have conferred regarding the filing of this motion. The Wrentham Association's counsel does not object to the filing of this motion.

Date: July 11, 2007                    /s/ Robert L. Quinan, Jr.