

# FERNALD LEAGUE *for the* RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

### BUILDING REPRESENTATIVE COMMITTEE MINUTES
### In lieu of Meeting July 1, 2007

Reports were sent to Secy., Marie Bortone, by Bldg. Reps. in lieu of a meeting on July 1, 2007.

Comments

Staffing employees were upset with the film shown on Channel 2, June 10th. Why do they show a film of residents over thirty years ago. They should show Fernald as it is today, a Development Center. People in the community are getting the wrong picture.

The Fernald League held a meeting at the Administration Conf. Room on June 24th. Guest Speaker was Dr. Jean Flatley McGuire, Asst. Secretary for Disability Policies and Programs. Dr. McGuire was greeted warmly by family members and guardians of the Fernald League. Dr. McGuire started her presentation acknowledging the beautiful grounds of Fernald and giving recognition to the Bldg. Reps. on their advocacy for watching over the residents and the buildings and living conditions at the Fernald Development Center. She further stated how serious the budget cuts will be for this year for Fernald and other facilities, as well as the community. There is a long waiting list of retarded citizens in the community. Mrs. O'Rourke commented on the empty cottages and buildings at Fernald. The elderly retarded who need special care do not belong in Nursing Homes in the community. Seguin Bldg. on Fernald grounds was renovated a few years ago and is empty. It is an ideal place for them with trained staff at Fernald who know how to take care of older retarded citizens.
Example...**Marquardt Center**. The Department of Retardation should look at the resources they have at Fernald. Dr. McGuire gave us the impression how bleak and serious the cuts in the budget would have on programs. Save money by using what you already have. The parents all agreed. Parent and guardians thanked Dr. McGuire for coming to Fernald to meet with us.

July 1st, Sunday, was a beautiful day and not one Fernald resident was out enjoying the beautiful grounds. We have fenced-in areas that would not take too many staff to watch over residents. We have swings, nice lawn chairs, etc. Staffing was all inside watching TV. Residents not paying attention to TV. Staff could take a ball outside and play with the residents, thereby interacting with them. Yes, some residents interact with them. Yes, some residents went out on a van ride, but they are not out enjoying fresh air. Why do we have tents, furniture, playground equipment? The community uses the grounds at Fernald more than the residents!

General Concern

It has been mentioned to us that residents from Greene have been bused to Hogan for Audiology testing. Why can't the Audiologist assigned to Fernald handled this testing here at Fernald? This was brought up in last month's report. Please look into it.

**Cottage 3 A&B** – Peg & Joe Hughes reporting.
1. B-4 bedroom ceiling water stain in far left corner has dried out and is ready to be painted.
2. Please set up a program for the B-side residents to water front porch flower boxes. Each time we checked, they needed watering.
3. B-23 bathroom hot water is inoperative and entire faucet assembly is loose. Also, bathroom door frame needs painting.

**Building Rep. Minutes** -2- July, 2007

4. B-3 Sunroom door frame needs painting.
5. B-20 doorknob was signed off as being fixed on 6/25/07. It is still in the same condition and needs repair.
6. A-20 door closer won't latch the door closed.
7. A-11 bathroom hot water faucet leaking when turned on.
8. Right arm of client's rocking chair is very loose and needs to be worked on. [3-A] This chair is very important to resident. Please fix on sight ASAP.

Comments
B-side front porch cleaned of junk and looks good. Thank you for replanting flower boxes. They look beautiful. The new chairs were a welcomed sight and a nice improvement for the residents and all to enjoy.

**Cottage 9 – Dorothy Rouleau reporting.**
1. B9 window screen needs repair or replacement. Also, window covering needs replacement. Some slats are broken.
2. Entry door to B-side (first door on right) is in very poor condition. This door also needs an automatic door device.
3. Both laundry room floors in this cottage (Room B20 and A20) need to be buffed after cleaning.
4. B20 window and screen need thorough cleaning.
5. A5 window needs to be cleaned. Also, corner wall repair needs to be painted.
6. The residents of Fernald should have personal products that are not toxic and poisonous. All products "made in China" for personal use, and especially toothpaste, should be immediately discarded. Federal health officials called the recent poisoning "an important public safety issue," and advised consumers to discard all toothpaste made in china. What steps have been taken by Fernald Administration to remove such products from use by the residents? This is an urgent matter. With regard to toothpaste, the new supply should have the ADA seal of approval. What other personal products made in China are used by the residents? Who is responsible for procurement of supplies for Fernald and what are the purchasing policies and guidelines?
7. The residents of Cottage 9, B-side ladies, lose familiar staff daily and have for two years. Direct care staff are required to transfer their daily duties away from Cottage 9 residents and sent to the clinical unit for a resident of Fernald who no longer resides in Cottage 9. This practice dramatically influences the residents of Cottage 9 who, at times and because of this practice, are left with limited staff or subjected to floats who do not know their delicate needs and care. This is an insensitive and inconsiderate pursuit for all involved as well as a public health issue. When will this be stopped?

**Cottage 11 – Dolly & Ed Haddad reporting.**
Men's Side A
1. A-19 – reminding that door will be done by 7/19/07. It does not close by itself.
2. A-6 bathroom -- still has fleas.
3. A12 – storeroom floor dirty and room should be organized.
4. A23 – environment closet, electric panel should be locked. Also has fleas.
5. A10 – FLEAS.

Kitchen
6. Stove burners need cleaning and outside of draw is dirty.
7. Lockers – This is the third request that something be done with them. They are dirty, rusty and could be a health hazard.

Women's Side B
8. B12 storeroom floor is dirty.
9. B6-bathroom has fleas.

Staffing does not seem to be adequate for these aging folks. There are 2 on men's side and 2 on women's side with a staff that should be floating from side to side that does not always happen. It is questionable that, should a fire happen, everyone could be evacuated quickly. Also, if one has an emergency, it leaves one to handle the rest. These are elderly folks, some in wheelchairs, and some move very slowly. This does not seem to be very wise. Also, we have one client on a 15 minute watch, and staff must be very aware. Please help this situation by adding staff to Cottage 11. Also the FLEA problem seems to be getting worse in spite of the exterminators frequent visits. Other than these comments, the building seems to be kept quite neat.

### Cottage 13 A&B – Dorothy O'Rourke reporting.
1. No supervisors on weekends.
2. Very lax keeping data on residents.
3. Staff do not write in data books. No accident or injury report made out on injury. Staff admit they forget to write a report.
4. Gate still open July 1st. Repeat! Repeat!
5. Patio furniture should be washed. Who is in charge for having a cookout? Patio & furniture needs to be cleaned.
6. Thank you for the two leather rockers. Entertainment Center nice, but did not request. Still waiting for sturdy tables & chairs for Dinette for A&B sides, also two sofas.
7. Cottage is clean and residents look nice. However, residents look bored!

### Farrell Hall – Grace Lerman reporting. (7/5/07 – 12:00 – 15 p.m.)

Preliminary Remarks
When I entered the building at noon, a thermometer in Apt. 1 registered the temperature at 80 degrees. I continued the inspection in Apt. 1 and noticed that there were no fans available and on. I asked the nurse about the A/C situation. She immediately made a phone call to get some answers and told me that someone was being sent to the building. Asking another staff person about the absence of fans in Apts. 1 and 2, I was told due to reduced temperatures in those apts., fans would cool the areas too much. Despite this very confusing explanation, the apartments were stifling, so that fans would have made the environment much more comfortable. I then learned that the A/C was turned off two nights ago as the temperature was deemed low enough that the A/C was not needed. My concern is that by noon, today, no one had taken the responsibility to contact the right person to turn the A/C back on. Frankly, I don't understand this!!!

Much of Farrell Hall is sparkling clean and clearly being well maintained in that aspect. Today, I focused on the organization and availability of summer clothing in bureaus. All the NEW BUREAUS are roomy and easy to access with a design that lends itself to organizing clothing and personal items. However, the following clients' rooms have bureaus and/or armoires which are seriously in need of organizing (making summer clothing more available) and folding. When clients have the luxury of large winter and summer wardrobes, the clothing available would best be seasonal. Except for a few items of unseasonable weather, could most winter clothing be put away? Could the few bureaus that cannot be used by some clients be given over to seasonal clothing storage?

Apartment 1
1. Room 7 – Armoire needs organizing.
2. Room 107 – Please organize clothing in client's bureau.
3. 158 – Wet laundry was still in the washer. Hopefully, it had not been left there for long, but it was still there at 1:35 p.m.
4. C102 – There is still a pile of coats on the floor, though most are hung up. Cabinet holding ADL kits left open and unlocked. Appliance/phone charger hanging from top of wall cabinet.
5. 161 – Glad to see two milks in milk machine; is it working out well to do this?
6. 163 – Tile in ceiling hanging down.

**Building Rep. Minutes**　　　　　　　　　- 4 -　　　　　　　　　**July, 2007**

7.  Exit door – rubber strip on L side of door frame needs to be replaced. Door is very old and new one is needed. Gap remains at bottom of door despite new sweep.

Apartment 2
1.  C126 – One of the custodians kindly showed me that Environmental Closets leaky faucet is now fixed.
2.  145 – dryer's venting system is lying on floor.
3.  C114 – Please clean plexi in front of TV.
4.  C115 – Please check for flea/flies. One noted by this writer
5.  121 – Urine smell noted around bed with name Longo. Please identify and clean.
6.  122 – ADL kit incomplete and unclean in bureau. This client needs a new bureau, please.
7.  C139 – Sparsely equipped with bedding and towels. Are they stored here or elsewhere? Is there enough linen?
8.  126 – Please patch hole in corner of room.

Apartment 3
1.  Room 152 – Bureau is stuffed and winter clothing needs to be put elsewhere.
2.  Please organize bureau with summer clothing only for the following Rooms: Rm. 148, Rm. 149, Rm. 144
3.  Room 145 – Please organize clothing in low cabinet.
4.  In Room 143, whoever is helping this client keep clothing organized is doing a great job.
5.  133 – Machine being defrosted. However, there was no milk in frig. to restock milk machine.
6.  136 – Several items remain in a pile in the corner of the room. Please give them to the clients to whom they belong.

**ICF-21 – Marilyn Meagher reporting. (7/5/07 – 11:00 a.m.)**
1.  What happened to the new van of several weeks? It has gone into the shop already!
2.  Please close the black gate in the back yard.
3.  Building was clean on several visits in the past month.

**ICF-22 – Marilyn Meagher reporting. (7/05/07 – 10:30 a.m.)**
1.  Electrical plate near main exit door broken. Needs to be replaced.
2.  Building is clean. No major problems at this time.

**ICF-23 – Diane Walsh reporting.**
1.  Back fence not in place on morning of 7/6/07, but the site is being prepared so work appears to be imminent.
2.  Bees in the back and in the courtyard. Observed a hive under the eaves of the roof in the courtyard. Nests should be removed and the area sprayed throughout.
3.  Room #11 – Grate that covers A/C has broken away from the wall with screws exposed. Needs to be secured ASAP.
4.  #10 – one of the closets was stack full of clothes; many were winter clothes. Everyone's winter clothes need to be put away and closets cleaned out so that doors will slide open when pulled.
5.  Strong smell of urine in both bathrooms.
6.  Door is missing – bottom cabinet in laundry room.

**ICF-24 – Regina Davidson reporting.**
Due to a family emergency, there will be no report on ICF24 or the Special Olympics this month.

**Building Rep. Minutes**            - 5 -            **July, 2007**

**Where there will not be a meeting in August, you are reminded to send your reports to Marie Bortone, Fax No. 617-928-9258, no later than Thursday, August 9th.**

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.

From Roze & Jim Malone - Irish Band

**Friday, March 16, 2007**

## Thursday Afternoon at Fernald
### Category: Music

It's always good, in our humble opinion, to be reminded of our good fortune from time to time. This happened for Roze and Jim this week when we played a 2-hour set of Irish Music at The Fernald Center in Waltham.

Our audience was the 15 residents of Cottage 13. All of them are severely retarded adults. Most of the folks were in wheelchairs. Only one sweet young woman one had any verbal ability at all, and that was to squeak "Hi!"

Our audience filled the common area as we set up. Some of the folks took notice, but mostly they seemed interested in the food the staffers had set out for them, or just kind of into their own worlds. Once we started, though, slowly, inexorably, we saw the residents start to rock and sway. The staffers started to get into it as well, and by the third song the staff was whipping the wheelchairs around to the music. And they kept it up for the full 2 hours. The few folks that could stand were coaxed to their feet for an impromptu jig or reel. Soon the percussion instruments appeared. There was Steven with an electronic drum pad. Gary had a little plastic drum that lit up when he hit it, which he did for the full 2 hours. Shakers, tambourines and cymbals were flying!

Fernald has a dark history, which you'll have to read about elsewhere. And even now it's likely to be closed by next St. Patrick's Day. This is a terrible dilemma for our society. We need to be compassionate. The folks we played for are utterly unable to care for themselves. And it's utterly unfair to expect their families to provide the specialized care they can get from a place like today's Fernald. Yet funds are perpetually tight. And in general, society would just as soon not be reminded of the costs, responsibilities and tragedies that are embodied in folks like our audience Thursday.

As we sang about Dirty Old Towns and lads and lasses and whiskey, and looked out on this vibrant scene of wheelchairs, noise-makers, staffers and residents all a-twirl, we were reminded of a few things:
* How fortunate most of us are to shoulder other burdens than that of a severly mentally handicapped loved one. Of course the flip side is that caring for a special family member allows us to tap into reserves of love and patience that we didn't know we had.
* How special the folks who work to take care of our residents are. It was just amazing to see the dedication and professionalism in evidence that day.
* The power of live music to move people. Even the deafest/dumbest seemed to feel the vibrations and get moving to the jigs and reels. Sara Joan, the woman who hired us, "I've never seen the clients so well behaved and so happy with a band." She let out a "Woo-hoo" when one of the men smiled for the first time in six months.

We asked everybody's name, and greeted most of them at the break. By the time we finished it was dinner time. Our new fans were wheeled and led to the dining room. We packed up and chatted. Hugs were exchanged. We said we'd be back next year. But there's unlikely to be a next year at Fernald.

No matter. We'll find them.