January 2007



# 2005 Mortality Report

**Commonwealth of Massachusetts**

**Executive Office of Health & Human Services**

**Department of Mental Retardation**

**Prepared by:**

**Center for Developmental Disabilities Evaluation and Research (CDDER)**



# Table of Contents

List of Tables and Figures ................................................................................... 2

Executive Summary .......................................................................................... 4
Overview of Population served by DMR ............................................................ 6
Mortality During 2005 ...................................................................................... 10
    Age.................................................................................................... 10
    Gender .............................................................................................. 12
    Residence ......................................................................................... 14

Age-adjusted Mortality Rates ........................................................................... 18
Trends Over Time ............................................................................................ 21
Cause of Death ................................................................................................ 23
    Cancer .............................................................................................. 26
    Causes of Deaths for Specific Groups ............................................. 28

Mortality Review Process and Committee ....................................................... 31
Investigations ................................................................................................... 32
Benchmarks ..................................................................................................... 33
Healthy People 2010 Objectives ...................................................................... 37

Appendices
    A: Methodology for Mortality Review and Analysis........................... 42
    B: Residential Codes and Definitions ............................................... 43
    C: Demographic Data........................................................................ 44
    D: Calculations for the Age-adjusted Mortality Rate......................... 45
    E: ICD-10 Codes Used in this Publication (Sorted by ICD-10 Codes).............. 46
    F: ICD-10 Codes Used in this Publication (Sorted by Category) ...... 47
    G: ICD-10 Codes for Selected Healthy People 2010 Mortality Objectives
        Used in this Publication ................................................................ 48

# List of Tables and Figures

**Tables**

Table 1: Annual DMR Population Change within Age group, A comparison of 2004 and 2005 .................................................................................................................. 8
Table 2: Distribution of Deaths by Age Group, 2005 .................................................. 11
Table 3: No. Deaths, Average Age at Death and Death Rate by Gender, 2005 ....... 13
Table 4: DMR Mortality Rate by Gender, 2001-2005 ................................................. 13
Table 5: Age and Mortality by Type of Residential Setting for Adults Served by DMR, 2005 ................................................................................................. 15
Table 6: Mortality Rate in Nursing Homes, A Comparison of US and MA DMR Populations ................................................................................................. 17
Table 7: Age-Adjusted Mortality Rates .......................................................................... 20
Table 8: Mortality Trends in DMR, 2000 – 2005 .......................................................... 21
Table 9: Top 10 Leading Causes of Death .................................................................... 24
Table 10: Cause-Specific DMR Mortality Rates, 2001-2005 ...................................... 25
Table 11: Top Cancer Causes in the DMR Population, 2005 ..................................... 26
Table 12: Cause of Death by Age Group for DMR, 2005 ........................................... 29
Table 13: Cause of Death by Age Group for Massachusetts Population, 2004 ....... 29
Table 14: Major Causes of Death for DMR Community .............................................. 30
Table 15: Major Causes of Death for Individuals Served by DMR and Residing in Their Own Home .................................................................................. 30
Table 16: Major Causes of Death for Individuals Served by DMR in Other Residential Settings ........................................................................................ 31
Table 17: Summary of Investigations, 1999 to 2005 ................................................... 32
Table 18: Comparison of the Top 5 Leading Causes of Death as Reported by Five State MR/DD Agencies ............................................................................. 34
Table 19: Comparison of the Percentage of Deaths by Gender for Three State MRDD Systems ................................................................................... 34
Table 20: Comparison of the Mortality Rate by Age for the Massachusetts DMR and Connecticut DMR .............................................................................. 35
Table 21: Comparison of the Mortality Rate by Residential Setting for the Massachusetts DMR, California DDS and Connecticut DMR ............................... 36
Table 22: Comparison of Crude Mortality Rates for Selected State MRDD Systems ............................................................................................................ 37
Table 23: Target Status for Selected Healthy People 2010 Mortality Objectives .... 39

**Figures**

Figure 1: Distribution of the Population Served by DMR by Age and Gender, 2005 ................. 7
Figure 2: Gender Distribution by Age, Adults Served by DMR in 2005 ................................... 9
Figure 3: Where People Live ............................................................................................. 9

Figure 4: Mortality Rate by Age Group, Adults Served in 2005 ............................................... 11
Figure 5: DMR Population and Deaths by Age Group, 2005 .................................................. 12
Figure 6: DMR Age at Death by Gender, 2001-2005.............................................................. 14
Figure 7: Relationship between Mortality Rate, Average Age at Death and
    Type of Residence, 2005 ....................................................................................... 16
Figure 8: Comparison of MA DMR and US Standard Populations, Percentage of
    Population by Age Group....................................................................................... 19
Figure 9: Statewide Mortality Rates, 2000-2005 .................................................................... 21
Figure 10: Average Age at Death per Year,  2000-2005......................................................... 21
Figure 11: Comparison of Mortality Rate by Age Group Over Time, 2000-2005 .................... 22
Figure 12: Decreasing Trend in Mortality Rates for Septicemia, 2002-2005 .......................... 26
Figure 13: Age Distribution of Cancer Deaths........................................................................ 27
Figure 14: Graphic Illustration of the Mortality Rate by Age for the
    Connecticut DMR and Massachusetts DMR ......................................................... 35

# Investigations

[p. 32 of original Mortality Report]

All death reports received by DMR are reported to the DMR Investigations Division which forwards all reports to the Disabled Persons Protection Commission (DPPC). Whenever there is a suspicion that the death of an individual with mental retardation was the result of abuse, neglect or omission, the Disabled Persons Protection Commission (DPPC), the DMR Investigations Division, and/or the Department of Public Health (DPH) conducts an investigation into the causes, manner, and circumstances of the death. Also subject to investigation are any deaths that meet medico-legal requirements in the Massachusetts General Laws, chapters six and thirty-eight.[1]

Some deaths may involve more than one investigation by more than one state agency. For example, DPH is charged with investigating allegations of abuse, mistreatment or neglect in certain licensed health facilities including hospitals, rehabilitation hospitals and nursing facilities. Therefore DPPC or DMR may conduct an investigation of issues in a DMR funded or licensed setting and DPH may conduct a separate, non-duplicative investigation of the care of the individual received while in an acute care hospital.

During 2005 there were nineteen (19) deaths investigated by one or more of the agencies identified above, four (4) of which also involved law enforcement investigation. There were twenty-one (21) complaints regarding deaths generated in calendar year 2005, nineteen (19) of which resulted in civil investigation. One case handled by DMR Investigations was dismissed; another was resolved without investigation. Of the fifteen (15) complaints assigned to DPPC and DMR, thirteen (13) are complete. Of the complete investigations, nine (9) were unsubstantiated and four (4) were substantiated. As can be seen in Table 17, the number of investigations in 2005 is similar the number in 2004. However, in 2005 there were more substantiated investigations than in previous years.

Table 17
**Summary of Investigations**
**1999 to 2005**

| Type of Activity | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|
| DMR Investigation | 7 | 5 | 5 | 14 | 9 | 5 | 10 |
| DPPC Investigation | 5 | 1 | 2 | 2 | 4 | 6 | 5 |
| DPH Investigation | 2 | 1 | 8 | 10 | 10 | 9 | 4 |
| District Attorney/Law Enforcement Investigation | 0 | 3 | 1 | 3 | 2 | 4 | 4 |
| Other/dismissed[2] | 5 | 3 | 5 | 4 | 2 | 1 | 2 |
| Total Number of Deaths Investigated | 19 | 13 | 21 | 33 | 27 | 20 | 19 |
| No. Substantiations | 0 | 0 | 1 | 2 | 2 | 1 | 4 |

---

[1] "Any death in which the Chief Medical Examiner takes responsibility for determining the cause and manner of death, to include all cases of suspected homicide, suicide, accidental drug overdose, or sudden and unexpected natural deaths."

[2] Complaint was Dismissed, Resolved w/o Investigation or Referred to the Regional Office for administrative review.