UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.*, | ) | |
| Plaintiffs, | ) CA Nos. | 72-0469-T (Belchertown) |
|  | ) | 74-2768-T (Fernald) |
|  | ) | 75-3910-T (Monson) |
| v. | ) | 75-5023-T (Wrentham) |
|  | ) | 75-5210-T (Dever) |
| ROBERT L. OKIN, *et al.*, | ) | |
| Defendants. | ) | |

AFFIDAVIT OF

I, _____, hereby depose and state as follows:

1. I am the brother and legal guardian of _____, a resident of the Fernald Developmental Center.

2. My brother _____ is 65 years old and has resided at Fernald for the last 50 years. Prior to this, he lived in our parents' home.

3. I have been trying for over a year to have my brother move to a group home in _____ Massachusetts.

4. I visited the group home being offered on three occasions found it to be clean, well furnished and staffed, and overall, an excellent home for _____ My brother has visited it as well.

5. The home offers the chance for _____ live in a more integrated community setting, and to share living quarters with only a small number of people.

6. In addition, the home is close by my own residence in _____

7. It is my strong desire to have my brother move.

8. In addition, I believe this is my brother's wish as well. When I visit him, he has repeatedly asked me when he will be able to move to the

    group home. Fernald staff have also told me that he has repeatedly made this request of them.

9. My understanding is that the Department of Mental Retardation (DMR) has approved this move and that the space in this group home for ▓▓▓ has been and is available for occupancy.

10. Up until this time, it is my understanding that ▓▓▓ has been unable to move because of a Court order.

11. I am aware of ▓▓▓'s rights to know that DMR (either the Superintendent of Fernald or the DMR Regional Director for the area of the group home) has certified or will certify that his living conditions in the community must be equal or better to those at Fernald.

12. I am aware that as a class member, ▓▓▓ continues to have the right to receive substantially the same services in the community for his lifetime.

13. I am aware that the future of Fernald is one issue in pending disputes in Court in this case. Any decision on this issue would not affect my desire to have ▓▓▓ move.

Sworn to under the pains and penalties of perjury this 6th day of July, 2007.

[signature redacted]

Sworn to and subscribed before me this 6th day of July, 2007.

_____
Notary Public

My commission expires: 1/3/2014

On this 6th day of July, 20 07, before me, the undersigned notary public, personally appeared ▓▓▓ (name of document signer), proved to me through satisfactory evidence of identification, which were MA drivers License, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

[signature]
My Commission Expires 1/3/2014