UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT L. OKIN, *et al.*, ) <br> ) <br> Defendants. ) | CA Nos.   72-0469-T (Belchertown) <br> 74-2768-T (Fernald) <br> 75-3910-T (Monson) <br> 75-5023-T (Wrentham) <br> 75-5210-T (Dever) |

[PROPOSED] ORDER REGARDING VOLUNTARY TRANSFER
July ___ 2007

TAURO, J.

Upon consideration of the Plaintiff-Intervenor's Motion to Confirm Absence of Impediment for Individual to Transfer Voluntarily to a Community Residence, IT IS HEREBY ORDERED that the individual referred to in the sealed and impounded version of this Motion may transfer voluntarily from Fernald to a community residence.

IT IS SO ORDERED.

_____
United States District Judge

1