UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION FOR RETARDED CITIZENS OF MASSACHUSETTS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION, et al.,<br><br>　　　　Defendants. | Civil Action Nos. | 72-0469-T<br>74-2768-T<br>75-3010-T<br>75-5023-T<br>75-5210-T |

## THE DEPARTMENT OF MENTAL RETARDATION'S
## MOTION TO DISSOLVE THE COURT'S ORDER OF FEBRUARY 8, 2006

The Department of Mental Retardation hereby moves, pursuant to Fed. R. Civ. P. 52(a) and 65(d), to dissolve the injunction entered on February 8, 2006, and any associated extension of that order still in effect in the above-captioned cases, which precludes the transfers of individuals presently residing at the Fernald Developmental Center to either a community-based residential setting or another intermediate care facility for the mentally retarded (ICF/MR). The Department submits that it should be free to engage in transfer activities with current Fernald residents (and/or their relatives or guardians) in light of the Court Monitor's findings that the Department has been in full compliance with previous orders of the Court and that no prior transfer has violated federal law. In further support of this motion, the Department relies upon the memorandum of law filed herewith.

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), the Department believes that oral argument will assist the Court and, accordingly, it wishes to be heard in connection with this motion.

Respectfully submitted,

THE DEPARTMENT OF MENTAL RETARDATION

By its attorneys:

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Marianne Meacham
_____
Marianne Meacham, BBO #550468
Special Assistant Attorney General
General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA  02118
(617) 624-7701

and


/s/ Robert L. Quinan, Jr.
_____
Robert L. Quinan, Jr.  BBO No. 553010
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 20th floor
Boston, MA  02108
(617) 727-2200, ext. 2554

Dated:  July 12, 2007


### CERTIFICATE OF SERVICE

I, Assistant Attorney General Robert L. Quinan, Jr., do hereby certify that a copy of the above *Motion to Dissolve the Court's Order of February 8, 2006* is being mailed via first class to all counsel of record who are not registered with the Court's Electronic Case Filing system.

Date:  July 12, 2007                            /s/ Robert L. Quinan, Jr._____
                                                            Robert L. Quinan, Jr.

**Certification of Compliance with Local Rule 7.1 (A)(2)**

     By my signature below, I hereby certify that counsel for the Department and the Court Monitor have communicated extensively regarding the circumstances of the individuals whose efforts to pursue outplacements from the Fernald Center were curtailed by this Court's Order of February 8, 2006. Counsel for the Plaintiffs and the Court Monitor have discussed this matter as well, and have conferred regarding the Department's position and, notwithstanding these discussions, the Department has deemed it necessary to file this motion. The Department notified counsel for the plaintiffs of its intention to file this motion at least one week prior to filing the motion.

Date: July 12, 2007                                        /s/ Robert L. Quinan, Jr.