JANET A. TOPALIS
20 STANDISH AVENUE
PLYMOUTH, MA 02360-4165

CERTIFIED MAIL
7004 1160 0003 1208 6825

July 10, 2007

Richard O'Meara
Regional Director – Southeast
Department of Mental Retardation
68 North Main Street
Carver, Massachusetts 02330

        RE:    <u>Claudia A. Tetreault – Permanent Admission to Wrentham</u>

Dear Mr. O'Meara:

      I am the co-guardian of Claudia A. Tetreault, who was admitted on June 14, 2007 to the Wrentham Developmental Center for respite services. My co-guardian, Patricia A. Lewis, and I have discussed Claudia's future care and treatment. We have decided that, as the result of Claudia's complex medical and behavioral needs, the best location for addressing Claudia's unusual needs is the Wrentham Developmental Center. Therefore, Patricia A. Lewis and I are requesting that the Department of Mental Retardation (DMR) admit Claudia to the Wrentham Developmental Center as a permanent resident.

      My co-guardian and I have put a tremendous amount of thought into this request. As you know, Claudia was transferred to the Wrentham Developmental Center following her emergency transfer from a DMR/Southeastern Residential Services's group home in East Bridgewater to the Boston Medical Center. At Boston Medical Center, Claudia was diagnosed and treated for a life threatening staph infection. Presently, Claudia is relatively stable medically, however, we are still awaiting the results of long-term antibiotic therapy to determine if her staph infection is gone. My co-guardian and I believe that, at this time, Claudia would greatly benefit from the integrated, medical model approach that Wrentham offers.

1

In addition, I wish to emphasize that Claudia is a Ricci (Dever) Class Member. On behalf of Claudia and her co-guardian, I reserve all of our rights under federal and state law, including the Transfer Statute (G.L. 123B, sec.3). I would appreciate your informing me of DMR's decision.

Very truly yours,

*Janet A. Topalis*

Janet A. Topalis

cc: Patricia A. Lewis, Co-Guardian
Robert Kirby, Esq.
Dennis A. Murphy, Esq.
✓Judge Joseph L. Tauro
Elin Howe, DMR Commissioner
Nicholas D'Alusio, Wrentham Facility Director
Jackie Winslow, DMR/SRS