UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| ROBERT SIMPSON RICCI, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) CA Nos. | 72-0469-T (Belchertown) |
| | ) | 74-2768-T (Fernald) |
| | ) | 75-3910-T (Monson) |
| v. | ) | 75-5023-T (Wrentham) |
| | ) | 75-5210-T (Dever) |
| ROBERT L. OKIN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

[~~PROPOSED~~] ORDER REGARDING VOLUNTARY TRANSFER
July 31, 2007

TAURO, J.

Upon consideration of the Plaintiff-Intervenor's Motion to Confirm Absence of Impediment for Individual to Transfer Voluntarily to a Community Residence, IT IS HEREBY ORDERED that the individual referred to in the sealed and impounded version of this Motion may transfer voluntarily from Fernald to a community residence.

IT IS SO ORDERED.

*/s/ J. Tauro*
United States District Judge

1