UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action Nos. 72-0469-T |
| v. | * | 74-2768-T |
| | * | 75-3910-T |
| ROBERT L. OKIN, et al., | * | 75-5023-T |
| | * | 75-5210-T |
| Defendants. | * | |

ORDER

August 14, 2007

TAURO, J.

    As set forth in the accompanying Memorandum, the court hereby orders:

1)    Defendant DMR's Motion to Dissolve Court's Injunction of February 8, 2006, Barring Transfers from the Fernald Developmental Center [#214] is ALLOWED.

2)    Any further communication from Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald residents and their guardians which solicits choices for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences.

IT IS SO ORDERED.

                                                                           /s/ Joseph L. Tauro
                                                        United States District Judge