UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action Nos. 72-0469-T |
| v. | * | 74-2768-T |
| | * | 75-3910-T |
| ROBERT L. OKIN, et al., | * | 75-5023-T |
| | * | 75-5210-T |
| Defendants. | * | |

ORDER

August 15, 2007

TAURO, J.

Considering the various filings in this case, the court hereby orders:

1)   Plaintiffs' Motion to Supplement its Motion for Clarification of Order Appointing Court Monitor [#143] is ALLOWED AS MOOT.  Plaintiffs' Motion for Clarification of Order Appointing Court Monitor [#136] is DENIED.  The Court Monitor has prepared a report which carefully and thoroughly addresses the issues he was appointed to address.  At this time, the court is not requesting that the Court Monitor conduct further investigation.

2)   DLC's and ARC's Motion for Extension of Time to 14 days after issuance of Court Monitor's Report to Respond to Plaintiffs' Motion for Clarification of Order Appointing Court Monitor [#147] is ALLOWED.

3)   DLC's and ARC's Motion to Modify The Court's February 8, 2006 Order [#150] is MOOT, in light of the court's order of August 14, 2007.

4)  Plaintiffs' Motion to Strike [155] Response to Motion [#157] is DENIED.

5)  Although the Court Monitor's report notes some allegations of abuse at the community residences and the Wrentham Association cites statistics which raise some concern, the facts do not, at this time, support a finding that the DMR has systematically failed to manage and oversee the community residences. As such, the request of the Wrentham Association to appoint the United States Attorney as an independent monitor to review the DMR's community based service system, as put forth in Document #193, is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge