


| | |
|---|---|
| Edis Feldhouse/MAD/01/USCOURTS<br>08/22/2007 03:29 PM | To Dale Berthiaume/MAD/01/USCOURTS@USCOURTS<br>cc<br>bcc<br>Subject Fw: US District Judge Joseph L. Tauro's Fernald decision comment. |

Just in case your Judge had an interest in seeing what type of email came in via the webmaster email, regarding a case of his.....

Edis Feldhouse
(617) 748-9114
----- Forwarded by Edis Feldhouse/MAD/01/USCOURTS on 08/22/2007 03:27 PM -----



| | |
|---|---|
| "Delorey, Frank"<br>&lt;Frank.Delorey@stratus.com&gt;<br>08/15/2007 10:48 AM | To &lt;USDC-BostonWebmaster@mad.uscourts.gov&gt;<br>cc<br>Subject US District Judge Joseph L. Tauro's Fernald decision comment. |

I am hoping that this letter will find it's way to Judge Tauro as I would like to thank him for the bravery of his ruling. I am a Republican whose wife has been a Registered Nurse at the Fernald Center for twelve years. My first impression of the Center was that it should be closed and the clients moved. My opinion has changed as the years go on. At first glance you will see profoundly retarded clients some who cannot speak or move, however as I grew to know them my view of them drastically changed. I came to realize that moving some of these clients was beyond cruel as Fernald was really the only place they have ever felt safe and cared for. Being a conservative it was very apparent to me that fiscally closing Fernald was the right thing to do but the problem is that it is not the moral thing to do. These people are the weakest we have in our society and putting what is fiscally correct above what is morally correct is of no benefit to anyone. Again I just wanted to thank the Judge for his unpopular yet morally correct decision.

Gratefully,

Frank DeLorey