Thomas H. O'Neil
107 Lockland Ave.
Framingham, MA 01701
508 872 6097

August 19, 2007

The Honorable Joseph L. Tauro
U. S. District Court
1 Court House Way
Boston, MA 02210

I have been following the newspaper reports of your controversial decision of thirty plus years ago concerning the Fernald School and your current modification of that decision, You were and are absolutely correct in your determination.

At the time you made the decision to close the "institutional" approach to care for these most vulnerable residents, I was running a construction equipment business. The engineering/maintenance department at the Fernald School asked me for a method to drill holes in the porcelain toilet bowls in order to install toilet seats. For many years they had been ordering new toilet bowls without seats, or holes to mount a seat, because the patients were destroying the seats. I first suggested that they order new toilets with molded seats as complete units from a manufacturer in Marion, Ind. They ignored my suggestion and instead paid me approximately $10,000 for equipment to drill holes (using diamond core drills) in the existing bowls. They did not accept suggestions which was a classic case of an institution not being responsive to change.

Your recommendation to move the patients to small group homes where better care could be provided was most appropriate. At that same time a friend, through his Rotary Club, picked up on one of the projects funded by the state to establish group homes. He and his fellow volunteers were immediately successful. Now that same project has become a for-profit business under the so-called privatizing scenario. At the present time a corporation called Wayside Youth Services is preparing to build a 60,000 S.F. four story commercial building in a residential neighborhood in Framingham and is calling it a "townhouse" unit for 87 residential patients/clients. These are 12 to 18 year old troubled youth with drug and other problems. This is not a group home. It is a return to an institution so the so-called non-profit contractor can make a higher profit and pay higher salaries to the executives. The state is financing the building.

My question is this: Should the state be fostering the re-institutionalization of what you had recommended be eliminated thirty years ago? If it is possible, I would appreciate your comments.

Thank you.

Thomas H. O'Neil

Thomas H. O'Neil