UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON RICCI, et al.,

Plaintiffs,

v.

ROBERT L. OKIN, et al.,

Defendants.

Civil Action Nos.  72-0469-T
74-2768-T
75-3910-T
75-5023-T
75-5210-T

## NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned cases, Deval L. Patrick,

in his capacity as Governor of the Commonwealth of Massachusetts; JudyAnn Bigby, M.D., in

her capacity as Secretary of the Executive Office of Health and Human Services; Elin M. Howe,

in her capacity as Commissioner of the Department of Mental Retardation; and the

Commonwealth of Massachusetts Department of Mental Retardation (the "State Defendants"),

hereby appeal to the United States Court of Appeals for the First Circuit from the memorandum

and order entered in these cases on August 14, 2007.

MARTHA COAKLEY
*ATTORNEY GENERAL*
Attorney for the State Defendants

  /s/ Robert L. Quinan, Jr.
Robert L. Quinan, Jr. (BBO # 553010)
Assistant Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA  02108
(617) 727-2200 ext. 2554

- 2 -

/s/ Marianne Meacham

Marianne Meacham, BBO #550468
Special Assistant Attorney General
General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA  02118
(617) 624-7701

September 12, 2007

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non-registered participants on or before September 13, 2007.

/s/ Robert L. Quinan, Jr.