UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT K. OKIN, et al., <br><br> Defendants. | CA Nos. 72-0469-T (Belchertown) <br> 74-2768-T (Fernald) <br> 75-3910-T (Monson) <br> 75-5023-T (Wrentham) <br> 75-5210-T (Dever) |

**JOINT NOTICE OF APPEAL OF PLAINTIFF MASSACHUSETTS ASSOCIATION FOR RETARDED CITIZENS, INC. AND PLAINTIFF INTERVENOR DISABILITY LAW CENTER**

Notice is hereby given that the Plaintiff, Massachusetts Association for Retarded Citizens, Inc. (now known as Arc/Massachusetts, Inc.) and the Intervenor Plaintiff, Disability Law Center, in the above named consolidated cases hereby appeal to the United States Court of Appeals for the First Circuit from an Order entered in this action on the 14th day of August, 2007, providing that any further communication from the Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald Developmental Center residents and their guardians which solicits choices for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences.

MASSACHUSETTS
ASSOCIATION OF RETARDED
CITIZENS, INC.
By its attorneys,

/s/ Steven J. Schwartz
Steven J. Schwartz (BBO # 448440)
Robert D. Fleishner (BBO # 171320)
J. Paterson Rae (BBO # 410520)
Center for Public Representation
22 Green Street
Northampton, MA 01060
(413) 587-6265
sschwartz@cpr-ma.org
rfleishner@cpr-ma.org
prae@cpr-ma.org

DISABILITY LAW CENTER
By its attorneys

/s/ Richard M. Glassman
Richard Glassman (BBO # 544381)
Stanley J. Eichner (BBO # 543139)
Matthew Engel (BBO # 547465)
Disability Law Center
11 Beacon Street   Suite 925
Boston, MA 02108
(617) 723-8455
rglassman@dlc-ma.org
seichner@dlc-ma.org

Dated: September 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Fernald/Monson/Belchertown Classes**
Beryl Cohen, Esq.
11 Beacon St., Rm. 900
Boston, MA 02108

**Wrentham Class**
Margaret M. Pinkham
Daniel J. Brown
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

**Dever Class**
Cornelius J. Moynihan, Jr., Esq.
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

Dated: September 12, 2007               /s/ Richard M. Glassman
                                        Richard M. Glassman