UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON RICCI, et al.,

                   Plaintiffs,

v.

ROBERT K. OKIN, et al.,

                   Defendants.

CA Nos. 72-0469-T (Belchertown)
          74-2768-T (Fernald)
          75-3910-T (Monson)
          75-5023-T (Wrentham)
          75-5210-T (Dever)

## **NOTICE OF APPEAL**

NOTICE IS GIVEN that AdLib, Inc., Arc of the United States, Association of Developmental Disabilities Providers of Massachusetts, Boston Center for Independent Living, Independent Living Center of the North Shore and Cape Ann, Inc., Massachusetts Advocates Standing Strong, Massachusetts Council of Human Service Providers, Inc., Massachusetts Families Organizing for Change, MetroWest Center for Independent Living, Inc., National Disability Rights Network, Northeast Independent Living Program, Self Advocates Becoming Empowered, Region 8, Service Employees International Union, Local 509 of the Service Employees International Union, Stavros Center for Independent Living, and United Cerebral Palsy (collectively known as "amici"), hereby appeal to the United States Court of Appeals for the First Circuit from the Order on the Department of Mental Retardation's Motion to Dissolve Court's Injunction of February 8, 2006, Barring Transfers from the Fernald Developmental Center entered in this action on August 14, 2007. A true and accurate copy of the district court's order is attached as Exhibit A.

Respectfully submitted,

ADLIB, INC., THE ARC OF THE UNITED STATES, ASSOCIATION OF DEVELOPMENTAL DISABILITIES PROVIDERS OF MASSACHUSETTS, BOSTON CENTER FOR INDEPENDENT LIVING, INDEPENDENT LIVING CENTER OF THE NORTH SHORE AND CAPE ANN, INC., MASSACHUSETTS ADVOCATES STANDING STRONG, MASSACHUSETTS COUNCIL OF HUMAN SERVICE PROVIDERS, INC., MASSACHUSETTS FAMILIES ORGANIZING FOR CHANGE, METROWEST CENTER FOR INDEPENDENT LIVING, INC., NATIONAL DISABILITY RIGHTS NETWORK, NORTHEAST INDEPENDENT LIVING PROGRAM, SELF ADVOCATES BECOMING EMPOWERED, REGION 8, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 509 OF THE SERVICE EMPLOYEES INTERNATIONAL UNION, STAVROS CENTER FOR INDEPENDENT LIVING, UNITED CEREBRAL PALSY

By their attorneys,

*/s/ Joshua C. Krumholz*
Joshua C. Krumholz (BBO #552573)
Lawrence R. Kulig (BBO #544656)
Gillian Rattray (not yet admitted in MA)
Benjamin M. McGovern (BBO #661611)
Edwin L. Hall (BBO #667276)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700 - Telephone
(617) 523-6850 - Facsimile
joshua.krumholz@hklaw.com

Dated: September 12, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2007, I served a copy of the foregoing document by electronic mail to all parties through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                  /s/ *Joshua C. Krumholz*
                                Joshua C. Krumholz (BBO #552573)

**EXHIBIT A**

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action Nos. 72-0469-T |
| v. | * | 74-2768-T |
| | * | 75-3910-T |
| ROBERT L. OKIN, et al., | * | 75-5023-T |
| | * | 75-5210-T |
| Defendants. | * | |

ORDER

August 14, 2007

TAURO, J.

As set forth in the accompanying Memorandum, the court hereby orders:

1) Defendant DMR's Motion to Dissolve Court's Injunction of February 8, 2006, Barring Transfers from the Fernald Developmental Center [#214] is ALLOWED.

2) Any further communication from Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald residents and their guardians which solicits choices for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge