> No ray of sunshine is ever lost,
> but the green which it awakens into existence
> needs time to sprout,
> and it is not always granted
> for the sower to see the harvest.
> All work that is worth anything is done in faith.
> — Albert Schweitzer

September 12, 2007

Dear Judge Tauro,

We rest in the shelter of your order and memorandum of August 14, 2007, sure in the knowledge that Randy and Ronnie will live out their days with their Fernald Center caregivers. Whether or not the state appeals this order, I will always hold as precious the affirmation of the Court that my twin brothers are equal citizens before the law, worthy of representation and treatment according to their individual needs.

Just as you told DMR to leave the light on so residents could stay or return to Fernald, so you told families we could return to your courtroom. How important are these places of dignity and welcome, and the individuals whose

(over)



light guides us home!
 I have struggled for weeks only to conclude that I have no words sufficient to thank you for transforming our hardships into blessings by the light of your compassion, the mercy of your actions, and the justice of your decisions for 34 years of our lives and yours.
With utmost respect,
Diane Bocher
guardian for Randall & Ronald Russo

Ray of Sunshine

Watercololor by Clifford Enright
Words by Albert Schweitzer.

Proceeds from this card help make possible our worldwide work for peace, justice, and nonviolent action.

The Fellowship of Reconciliation
Box 271, Nyack, NY 10960 • Tel: (845) 358-4601
Email: bookstore@forusa.org • Website: www.forusa.org

