UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBERT K. OKIN, et al.,<br><br>                    Defendants. | CA Nos. 72-0469-T (Belchertown)<br>             74-2768-T (Fernald)<br>             75-3910-T (Monson)<br>             75-5023-T (Wrentham)<br>             75-5210-T (Dever) |

## MOTION TO WITHDRAW NOTICE OF APPEAL

AdLib, Inc., Arc of the United States, Association of Developmental Disabilities Providers of Massachusetts, Boston Center for Independent Living, Independent Living Center of the North Shore and Cape Ann, Inc., Massachusetts Advocates Standing Strong, Massachusetts Council of Human Service Providers, Inc., Massachusetts Families Organizing for Change, MetroWest Center for Independent Living, Inc., National Disability Rights Network, Northeast Independent Living Program, Self Advocates Becoming Empowered, Region 8, Service Employees International Union, Local 509 of the Service Employees International Union, Stavros Center for Independent Living, and United Cerebral Palsy (collectively known as "Amici"), hereby move to withdraw their Notice of Appeal to the United States Court of Appeals for the First Circuit from the Order on the Department of Mental Retardation's Motion to Dissolve Court's Injunction of February 8, 2006, Barring Transfers from the Fernald Developmental Center entered in this action on August 14, 2007. In support of this motion, Amici state as follows:

1. This case involves the status of the Fernald Development Center. On May 31, 2007, Amici filed their Brief in Response to Report of Court-Appointed Monitor—Leave to File Granted on May 11, 2007.

2. On August 14, 2007, Judge Tauro entered his Order on the Department of Mental Retardation's Motion to Dissolve Court's Injunction of February 8, 2006, Barring Transfers from the Fernald Developmental Center. Amici filed a Notice of Appeal from this order on September 12, 2007.

2. Amici have decided to withdraw their Notice of Appeal. Amici will move for leave to file an amicus curiae brief at a later date.

Respectfully submitted,

ADLIB, INC., THE ARC OF THE UNITED STATES, ASSOCIATION OF DEVELOPMENTAL DISABILITIES PROVIDERS OF MASSACHUSETTS, BOSTON CENTER FOR INDEPENDENT LIVING, INDEPENDENT LIVING CENTER OF THE NORTH SHORE AND CAPE ANN, INC., MASSACHUSETTS ADVOCATES STANDING STRONG, MASSACHUSETTS COUNCIL OF HUMAN SERVICE PROVIDERS, INC., MASSACHUSETTS FAMILIES ORGANIZING FOR CHANGE, METROWEST CENTER FOR INDEPENDENT LIVING, INC., NATIONAL DISABILITY RIGHTS NETWORK, NORTHEAST INDEPENDENT LIVING PROGRAM, SELF ADVOCATES BECOMING EMPOWERED, REGION 8, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 509 OF THE SERVICE

EMPLOYEES INTERNATIONAL UNION, STAVROS CENTER FOR INDEPENDENT LIVING, UNITED CEREBRAL PALSY

By their attorneys,


/s/ *Joshua C. Krumholz*
Joshua C. Krumholz (BBO #552573)
Lawrence R. Kulig (BBO #544656)
Gillian Rattray (not yet admitted in MA)
Benjamin M. McGovern (BBO #661611)
Edwin L. Hall (BBO #667276)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700 - Telephone
(617) 523-6850 - Facsimile
joshua.krumholz@hklaw.com

Dated: September 21, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2007, I served a copy of the foregoing document by electronic mail to all parties through the Court's ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


                                                     /s/ *Joshua C. Krumholz*
                                                    Joshua C. Krumholz (BBO #552573)