UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 72-cv-0469

Robert Simpson Ricci, et al

v.

Association of Developmental Disabilities Providers

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-228

and contained in 1-VII NOA #226 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/12/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 9, 2007.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/10/07 .

*[signature]* Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06