54 Lowe Street
Leominster, MA 01453
October 12, 2007

Deval L. Patrick
Governor
Commonwealth of Massachusetts
State House
Boston, MA 02133

Dear Governor:

As a guardian of a Fernald resident, I find your letter to me of October 5, 2007, appalling for the following reasons:

Your intention to reignite the suffering of the Fernald residents and repeat the maltreatment that was inflicted upon them by the State.

Your shameful disregard and lack of compassion for the mentally retarded individuals at Fernald. This is also extended to the women who advise you on this matter and were most likely responsible for your decision – Secretary Bigby, Assistant Secretary McGuire, Commissioner Howe.

Although you state compliance with the court order, you ignore the dictates of the order by your solicitation to me of community living with no mention of the availability of Fernald. This is in direct defiance of the court order.

You have verified again the Commonwealth's inability to adequately assess the needs of the Fernald residents and you condone and continue the systemic failure for the residents within the meaning of the Final Order.

Your lack of awareness in recognizing the magnificent role Fernald plays in the lives of the mentally retarded.

Your appeal order is a disgrace and signifies a disappointing and feeble administration that embraces the special interest groups that make money off of the retarded.

Sincerely,

Dorothy Rouleau

Cc: Judge Joseph L. Tauro
    Beryl Cohen



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE DEPARTMENT
STATE HOUSE • BOSTON 02133
(617) 725-4000

DEVAL L. PATRICK
GOVERNOR

TIMOTHY P. MURRAY
LIEUTENANT GOVERNOR

October 5, 2007

Ms. Dorothy Rouleau
54 Lowe St.
Leominster, MA 1453

Dear Friend:

Thank you for your recent letter regarding the Fernald State School. I appreciate that you took the time to share your thoughts with me while I carefully considered Judge Tauro's ruling.

As you may know, on September 12, 2007 my administration filed an appeal to Judge Tauro's decision in the case of *Ricci v. Okin*. Pending appeal, my administration intends to work toward closing Fernald and transition residents based on cooperative and individualized plans. In the meantime, we intend to comply with the current order while it is in effect.

I know this is an emotional and complicated issue, and I respect and appreciate your concerns. Please know this was not an easy decision. Ultimately, I believe that community living is the best environment to ensure family connections, service access, education, training employment and full inclusion for people with mental retardation.

As we move forward in the transition process we will partner with residents and their families in developing individualized service plans in a compassionate, caring, and consistent manner. Our

highest priority is providing residential clients with the best care to suit their individual needs.

Again, thank you for sharing your views with me.

Sincerely,

*[signature]*

*Same letter sent to other guardians as well as DMR phone calls stating closure*

*Dorothy K.*