

# FERNALD LEAGUE for the RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

### BUILDING REPRESENTATIVE COMMITTEE MINUTES
November 4, 2007

The Building Rep. Comm. meeting was held November 4, 2007, at 1:30 p.m., in the Withington Conf. Room. Bldg. Reps. in attendance were: Marie Bortone, Rita Botti, Jane Gabel, Dolly & Ed Haddad, Joseph Hughes, Jim Kelly, Debbie Koziara, Grace Lerman, Marilyn Meagher, Susan O'Rourke, Walter Pearlman and Sue Surette.

The Conf. Room was very cold and members had to leave their coats on. A Maintenance person was called to turn on the heat. However, it never came up in the room, but the hallway was warm. Guess the Bldg. Chairperson will have to call the day before a meeting to make sure the heat is on.

Bldg. Reps. were very upset when they heard that very old residents are being moved out of Fernald. These residents are 90 and 73 years old. They should be allowed to stay on the grounds of Fernald. Why can't they go to Marquardt Nursing Center? The GBARC guardian who agreed to send these people out does not even know them. There is no compassion. It is heartless. There are many homeless people on grounds living at Fernald. Why do these elderly residents who have lived here for 60 years or more have to move? This is a cruel move.

Another concern the Bldg. Reps. have is the Floating that's taking place on grounds, especially on weekends. This is very upsetting to the residents.

### Cottage 3 A&B – Peg & Joe Hughes reporting.
1. B-7 bathroom wastebasket door cable stop is not secured to door and door keeps banging against towel dispenser. Hardware is needed to fasten cable to door, not sticky tape.
2. B-5 bedroom upper window won't close enough to lock for winter.
3. B-22 linen room door and door frame need to be painted on both sides. In inward side of door, the paint is in real poor condition.
4. Lower kitchen cabinet door falling off at end of counter that leads into A-dining area. Both hinges are extremely loose.
5. Will you please set up a date for painting the kitchen floor.
6. Please remind staff to remember to close and lock milk machine door. We found the indicator in the danger zone because door was unlocked.
7. A-27 door will not fully close because door closer arm is out of adjustment and restricting door from closing.
8. B-5 bedroom chair needs a good cleaning [black vinyl].
9. A-7 bathroom has one florescent light out.
10. A-2 bedroom windowsill paint chipping away. Needs scraping and painting.

### Oct. 2007 Responses checked on 11/07/07.
Item #3 – Reference to sunroom upper window frame stripping pulling away, etc. Your response "Repaired by 10/26/07". NOT DONE.
Item #9 – A-11 bathroom ceiling light out. Your response "Completed on 10/23/07". NOT DONE.
Item #8 - A-27 washroom reference made to cover missing over hose & electrical hook-ups on wall behind washer. Your response, "Area has been checked many times by Head Electrician, no problem" etc. I'm not

Building Rep. Minutes            - 2 -            November, 2007

faulting work performed. It's a safety issue for curious residents and staff handling wet clothes from washer to dryer that should be covered.

Item #3 – Reference to midnight blue drapes, etc. Response per J. Stone and J. Hill: "Curtains can be pulled back for light privacy at night, etc." We disagree with your answer after being informed by Administration that lighter gold curtains would be installed in a day or so and the midnight blue curtains would be removed.

### Cottage 8 – Jane Webber reporting (Nov. 7, 2007, 11:00 a.m.)
1. A-side: TV on and no one in the building. Cleaner was in the building and everything looked very clean.
2. B-side: Laundry room – molding on the front of the sink needs to be replaced and all the shelves need to be cleaned. They were very dusty.
3. Outside of Room B-11, stained ceiling tiles need to be replaced.
4. B-22: Shower light out.
5. B6: Shower and overhead light out.
6. B7: Fleas in bathroom and overhead light out.
7. B-side floor needs polishing.

### Cottage 11 – Ed & Dolly Haddad and Walter Pearlman reporting.
Laundry Room
1. No reason why cabinet doors cannot be repaired and painted before 2008.
2. Floor where lockers were still needs repair and paint.

Kitchen
3. BVC light still noisy.
4. Building is still neat, but are anxiously waiting for painting of walls and moldings.

W. Pearlman's report)
Outside observations
11A side:
1. Right front window – top exterior molding is pulled away from frame and hanging down.
2. Same molding laying on ground below window on the side on the building, completely separated from window framing
3. Left front window screen on ground, leaning up against the building behind bushes.
4. Roof shingles, on vertical corners, missing or separating in several places around the building allowing the weather to infiltrate the under structures.

11B side:
5. Rotted wood remaining on picnic table in back courtyard, exposing metal frame.
6. Front of outside door on wheelchair ramp rotted and open at the bottom, exposing wood door framing.

Inside observations
11A – Men's side
7. Staff reports mice observed in day room on third shift, and scurrying into a resident's room when approached.
8. Staff reports flea problem is still prevalent.

### Cottage 13 – Dorothy O'Rourke reporting.
1. Need male staff on 1st shift on A-side.
2. On Nov. 4, regular staff person, morning shift. All others were floats.
3. October Response No. 5 – Do not accept that there is an appropriate number of nurses at the Facility. Why is Fernald advertising for more nurses on the Internet?
4. Found three broken chairs in the dining room – September Response from Kay C. No. 4 – not accepted. Where are the Div. Director, Asst. Dir. and Supervisors? They could not see three broken chairs? Bldg. Rep. comes in once a week and finds these problems. Other people on grounds all week!
5. Need an advocate to do shopping for residents.
6. Residents had a nice Halloween Party. Thank you to Rec. Therapist and staff.

**Building Rep. Minutes**  -3-  November, 2007

7. Oct. Response, No. 6 – Kay C. did not call the parent who she knows well. Kay had more specific information on the individual than the parent had if Kay looked into it more.
8. Kitchen is clean. Dinette clean.
9. All residents look very good.
10. Miss one resident who is still in clinical unit.
11. In the Bldg. Rep's. October report regarding the Harvest Ball, there was an oversight in not mentioning that Susie Stewart was chosen the Queen of the Ball along with David Wasko as the King. Sorry for this omission.

**Farrell Hall** – Grace Lerman reporting.

Ken Mallory and I are changing our schedule and will alternately inspect every other month beginning with the November report.

Overall, I find Farrell Hall to be consistently clean and well maintained. There are areas which show very had wear, but that is part of the normal deterioration of a building which was not always cleaned and repaired as needed.

A major commitment toward the above is the recent replacement of very old, inefficient and opaque windows in the Lobby and Apt. 3. Windows in Apts. 1 & 2 may be replaced selectively subsequent to an evaluation of clients' safety and glass issues. For many months, Ken Mallory has been highlighting the need for new windows, not only for practical but also improvement in quality of life (environmental) issues. Thank you, Ken!!!
TOO MANY LIGHTS ARE LEFT ON.

Apartment 1
1. Room 108 – Dirty towel left on floor in front of recliner.
2. Room 5 – Supply closet is very sparsely stocked and what is there needs folding.
3. Living Room -- This room is newly painted and looks lovely.
4. Room 105 – Top shelf of freestanding closet needs neatening.
5. Room 103 – Please organize bureau.
6. Room 102 – Urine smell is back. However, glad to see clothing on hooks, but electric razor and cord were left plugged in and are, therefore, accessible to clients.
7. Room 101 – The room has been cleaned up, organized and looks good.
8. Dining Room – The tablecloths are new and wisely covered with clear plastic. However, the latter are very dirty and need to be kept cleaner, free of crumbs and food stains.

Apartment 2
1. Dining Room – New tablecloths are bright and cheery.
2. Room 115 – ROACH seen in bathroom.

Apartment 3
1. Room 154 -- Please tighten knobs on bureau.
2. New bathroom - all requested solutions look great. Thanks.
3. Room 150 – The letter of the repair request was fulfilled, but the spirit is lacking. The area needs sanding and repainting.
4. Living Room – Thank you for finally cleaning the plexi and TV screen.
5. Pantry – Please fix cold water spigot of filtered water machine. Also, crumbs left on top of stove.

**ICF-21** – Marilyn Meagher reporting. (11/2, 10:30 a.m.)
1. Room #5 – Condiments are still left on the table – reported last month. Floor vents need to be cleaned and new covers put on them.
2. Room #10 – Closet is a mess; clothes on the floor.

3. Courtyard – Summer furniture still needs to be covered. Umbrella on table needs to be brought inside. Gate in patio area missing and a drain pipe has fallen off and laying on the ground.
4. Air Conditioners – All need to be covered for the winter. What is the time frame for storing these items?
5. Laundry Room - Puddle of water on the floor, but does not seem to be coming from washing machine. Floor very dirty between washer and dryer.
6. Needs paint touch-ups throughout the building.
7. Mop closet in the kitchen…empty coke cans on the floor and water faucet is leaking.
8. Four empty water bottles on the floor in the kitchen. Can a space be identified to keep the empties?
9. Visitor's log book is not being filled out. Communication book is also not being filled out at the end of each shift.

**Comments and Questions:**
Could a new bulletin board for #21 be put up under the union board outside of the kitchen?
New shades in all bedrooms look great. Thanks!

**ICF-22 – Marilyn Meagher reporting. (11/7, 10:30 a.m.)**
1. Gasket on refrigerator door does not make a tight seal and needs to be replaced. Bug light is not working.
2. Courtyard – Window screen on the ground and a long piece of metal stripping also on the ground.
3. Air Conditioners – All are covered… thank you!
4. Lounge (Next to room 4) – Floor vents extremely dirty and rusty. Can they be replaced with new covers?
5. Radiator covers need cleaning throughout the building.
6. Room #10 – Closet doors off the track again. Can these doors be removed? Closet is not being used.
7. Room #11 – Why are the closet doors off in this room?
8. Could a new bulleting board for #22 be put up under the kitchen cabinets?
9. Staff in the building commented on the great job the new Assistant Division Director is doing!
10. Have we had any word on a new handyman yet?

Comments
New shades in all the bedrooms look great! Building looks clean.

**ICF-23 – Diane Walsh reporting.**
1. A staff person reported that a cockroach was seen in one of the bathrooms.
2. The bedroom renovation is very nice. I especially liked the air conditioning unit installed into the wall rather than in the window. Can that design be used when all of the remaining residents' bedrooms are renovated? (In lieu of the central heat/AC that was originally mentioned in discussions about Malone Park renovations.)
3. AC units need to be covered for the season as does the patio set and the grill. Tent frame outside the front door needs to be taken apart and stored for the winter season.
4. I have heard that the renovations of #23 were to begin some time between January and March. If this is true, I cannot understand why this most major disruption in the residents' lives would be planned to take place during the worst possible time of the year – winter in the Northeast. There are concerns about snow and ice storms that have the great potential to cause power outages (including heat) in a location that does provide the separate heating units and back-up generator that is in place for these residents at Malone Park. Among many concerns is the plan for providing uninterrupted nursing services and medical supplies to not only the residents of #23 who will be in one of the cottages, but also to the remaining Malone Park residents after the nursing station is relocated during the renovation.
5. There was a meeting held last winter with the Malone Park Building Representatives and several Fernald administrators where one of the topics discussed was the renovation of #23. At that meeting, we discussed the lessons learned on the other Malone Park renovations so as not to repeat the same mistakes that caused re-work and/or delays in the schedule in the other buildings. Also, at that meeting

a promise was made to meet with and involve families as we got closer to the renovation date. I am requesting that Facility Director, Linda Montminy, schedule a meeting with the Malone Park Building Reps. within the month to discuss planning for the renovation of #23 Malone Park.

6. To end this report, I would like to tell a story of a recent visit to #23. During a weekend afternoon, I was so happy to hear the staff playing the "Cha Cha Slide" for the residents. The usual "characters" were clapping and waving their arms to the beat. What was so surprising was that two of the residents who do not usually participate in this kind of activity were so inspired by the music that one jumped up, smiling and clapping and the other one jumped to his feet and whirled around several times to the music. It delighted both me and the staff and definitely made our day!

**ICF-24 – Regina Davidson reporting.**

During an Oct. 18th inspection, the staff informed me that a few "pests" had invaded ICF-24. An additional call to Anne Kelley was made to alert Pest Control. Also, all doors need to be checked and closed.

Nov. 1, 2007
1. No pests have been cited since.
2. The vents with continual problems are now being looked at for possible solutions.
3. Rooms are cleaner. #6 obviously was addressed. Thank you!
4. The laundry list is up. Unfortunately, 2 residents' laundry were not done. Both were soaked with urine. Asked DC staffer to wash that evening. The list does not define who are the advocates for these residents, or which shift named staff have these washing duties.
5. It was nice to see that the TV was shut off. Table top was offered. Five residents participated. Soothing music was found. Thanks to the two DC for the interaction.
6. A call to the Rec. Therapist asking for a look at the existing puzzles, etc., was made.
7. Tablecloth needs to be replaced on first table.
8. No fleas in bathroom were noted.
9. Water on floor from shower head noted in shower room. Shower head on floor. Can we find a place for shower head?
10. New shades in residents rooms. A training session was given. On my next inspection, I will get a training from the residents.
11. Work still needs to be done on toileting for our senior resident. Shadowing is not consistent. The resident cannot define these habits; staff must.
12. ADL lots all clean.
13. Thanks to ADD and DC for working on existing problems.
14. On a recent visit to Site 7, I asked if the components to the kits are always available to the residents who are working on them. The answer was no! I will follow up with a call to find out why not.

Concerns

1. In October's Bldg. Rep. Responses, Linda Roedder states "There is not a shortage of nurses." Then why on Mass.gov.com there are 4 postings for nurses for Fernald/Marquardt (RN 1, RN 11; LPN 1, LPN 11). Would the Director of Nursing please respond.
2. A Placement Coordinator has been hired at Fernald solely to remove the residents of the Fernald. Who is this person and who is paying for their salary? Would the Asst. Comm., Diane Enochs, respond. The ITP team continually drains the funds of the Fernald. The residents get no direct benefits and are not aware of the implications to their lives.
3. Once again, Malone Park is under siege. Plans are being made to renovate ICF-23 and to finish ICF-24. Once again, the residents will find themselves displaced, put at risk and all for the sake of the DMR turning Malone Park into State Ops...These renovations have never been done before in a timely fashion. 45 days came and went, the undue stress and strain put on the Division, the entire Maintenance Dept. is unacceptable. The DMR has no clue what happens to the residents during these difficult days.

4. Are we hiring two separate contractors to do both buildings? Are we hiring more painters and maintenance workers? The guardians have not been in on the planning stages of this move. Would Facility Dir., Linda Montminy, answer my concerns.

Notes

As the holidays approach, the residents of the Fernald have so much to look forward to -- Thanksgiving & Christmas Dinners, the Annual Ceramic Show, the Annual Holiday Concert and more. We see the progress that has been made during the past year and watch the Fernald community come together once again. With the hard and dedicated work from all those concerned, we sincerely thank you! The excitement and events that I speak about can never be duplicated outside the Fernald. The Fernald remains and will remain home to those residents who know only the love and safety it has offered them, and for many, all of their lives.
HAPPY THANKSGIVING TO ALL.


There will not be a meeting on December 2nd. Bldg. Reps. please send your reports to Marie Bortone (Fax: 617-928-9258) no later than December 7th. Our next meeting will be held on January 6, 2008 at the Withington Conf. Rm., at 1:30 p.m. Guest Speakers will be Facil. Dir. Linda Montminy; Asst. Comm. Diane Enochs, Paul Birmingham, Dir. of Campus Safety & Transportation and Dick Palumbo, Dir. of Life Safety.

Administration:
Please send a copy of future responses to Marie Bortone, 1766 Comm. Ave., Auburndale, MA 02466.
Thank you.

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy, Bldg. Rep. Comm.