LAW OFFICES OF
# BERYL W. COHEN

Marianne Meacham
General Counsel
Department of Mental Retardation
500 Harrison Avenue
Boston, MA 02118

11 BEACON STREET
BOSTON, MASS. 02108
617-742-3322
FAX 617-742-5652

January 4, 2008

RE: Ricci et al. v. Okin et al., Civil Action Nos. 72-0469-T (Belchertown); 74-2768-T (Fernald); 75-3910-T (Monson); 75-5023-T (Wrentham); 75-210-T (Dever) (D. Mass.)

Dear Attorney Meacham,

It has recently been brought to my attention that the Department is proceeding in January with plans to transfer a substantial number of residents at Fernald to community residences and other sites.

I am writing at this time to underscore the fact that all transfers are subject to notification of the Right to Return correspondence which is to be included in the resident's file without the need for such request by a guardian together with documentation in the file compliant with Judge Tauro's order of August 14, 2007 which requires that:

> "Any further communication from Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald residents and their guardians which solicits choices for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences."

Not withstanding the Department's pending appeal to the United States Court of Appeals for the First Circuit of the Court's Order it remains in effect and is applicable to all proposed transfers at this time.

If necessary, I will seek further orders of the Court to review the documentation relative to the transfer of residents from the Fernald Development Center since August 14, 2007 in order to determine compliance with the August 14th Order and the Final Orders of the Court entered on May 15, 1993 that an "individual to be transferred will receive equal or better services to meet their needs in the new location, and that all ISP-recommended services for the individual's current needs as identified in the ISP are available at the new location."

Yours Very Truly,

Beryl W. Cohen

CC:    Joseph L. Tauro
       United States District Judge