

# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA 02118

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**JudyAnn Bigby, M.D.**
Secretary

**Elin M. Howe**
Commissioner

Area Code (617) 727-5608
TTY: (617) 624-7590

January 25, 2008

**By First Class Mail**

Beryl Cohen, Esq.
11 Beacon Street
Boston, MA 02110

Re:   Transfers from the Fernald Developmental Center

Dear Beryl:

This letter is in response to your letter dated January 4, 2008. As you note, a number of individual residents of the Fernald Developmental Center ("FDC") have recently transferred from Fernald to community-based residences or to other facilities operated by the Department. Other individuals will be transferring over the next few weeks. These transfers have been voluntary and in accordance with the guardians' decision in all cases.

The Department is aware of its obligations with respect to the Court's August 14, 2007 Order, and it is complying fully with that Order. In all cases, the guardians of these individuals were fully apprised of their right to express their preference for Fernald as the most appropriate option for residential placement, but they nonetheless chose another placement option for their individual ward.

As we do whenever an individual transfers from an ICF/MR to a community placement, the Fernald Facility Director has reviewed the services provided at FDC and the services and supports available at the proposed location and has certified that "equal or better" services are available and will be implemented in the new location. We have also complied with the Court's April 2005 directive to provide a "right to return" letter to departing individuals regardless of whether one is requested.

I am enclosing for your review redacted copies, with respect to one recent Fernald transferee, of the "right to rank Fernald as the preferred option" acknowledgment form,

the "right to return" letter, and the Ricci class member change of home address form with "equal or better" certification. I trust this documentation will satisfy your concerns.

If, however, you wish to articulate any specific example of an alleged "systemic failure" by DMR staff to abide by the provisions of the 1993 Final Order, or if you are alleging any violation of the Court's August 14th Order, then, pursuant to Paragraph 7 ( c ) of the Final Order, and as required by the Court's August 14th Memorandum, please contact me directly so that we can address the matter promptly.

Very truly yours,

Marianne Meacham

Cc:   Judge Joseph Tauro
      Commissioner Elin M. Howe
      All Counsel of Record



# The Commonwealth of Massachusetts
### Executive Office of Health & Human Services
### Department of Mental Retardation
### Fernald Developmental Center
### 200 Trapelo Road
### Waltham, MA 02452-6302
### (781) 894-3600
### FAX: (781) 398-0305

Deval L. Patrick
Governor

Timothy P. Murray
Lieutenant Governor

JudyAnn Bigby, M.D.
Secretary

Elin Howe
Commissioner

Diane Enochs
Assistant Commissioner
Facilities Management

Linda Monihaly
Facility Director

December 24, 2007

BY FIRST CLASS MAIL

~~[redacted]~~

Re: **Alternative Placement from the Fernald Developmental Center to a Community Residential Setting**

Dear ~~[redacted]~~ and ~~[redacted]~~

If you select this alternative (community) placement for your ward, ~~[redacted]~~ and it is unsuccessful after reasonable efforts by the Department to correct or ameliorate any conditions causing the placement to be unsuccessful, the Department will develop an alternative placement for your ward at one of the Intermediate Care Facilities for the Mentally Retarded (ICFs/MR) operated by the Department.

Very truly yours,

Diane Enochs
Assistant Commissioner
Facilities Management

cc:   Mandy Chalmers, Regional Director
      File



# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA  02118

Deval L. Patrick  
Governor

Timothy P. Murray  
Lieutenant Governor

JudyAnn Bigby, M.D.  
Secretary

Elin M. Howe  
Commissioner

Area Code (617) 727-5608  
TTY: (617) 624-7590

### FERNALD DEVELOPMENTAL CENTER
### Acknowledgment of Rights

I, ███████████, guardian of ███████████, hereby acknowledge that I have read and understand the August 14, 2007 Order of Judge Joseph L. Tauro (attached) and that the Department of Mental Retardation staff included the Fernald Developmental Center among the options that I may rank when expressing preferences for future residential placement.

Guardian Signature: ███████████

Date: Oct 16, 2007



# The Commonwealth of Massachusetts
## Executive Office of Health & Human Services
## Department of Mental Retardation
### 500 Harrison Avenue
### Boston, MA 02118

Deval L. Patrick  
Governor  

Timothy P. Murray  
Lieutenant Governor  

JudyAnn Bigby, M.D.  
Secretary  

Elin M. Howe  
Commissioner  

Area Code (617) 727-5608  
TTY: (617) 624-7590  

### FERNALD DEVELOPMENTAL CENTER
### Acknowledgment of Rights

I, ███████, guardian of ███████, hereby acknowledge that I have read and understand the August 14, 2007 Order of Judge Joseph L. Tauro (attached) and that the Department of Mental Retardation staff included the Fernald Developmental Center among the options that I may rank when expressing preferences for future residential placement.

Guardian Signature: ███████

Date: 10/10/2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON RICCI, et al.,

    Plaintiffs,

v.

ROBERT L. OKIN, et al.,

    Defendants.

Civil Action Nos. 72-0469-T
74-2768-T
75-3910-T
75-5023-T
75-5210-T

## ORDER

August 14, 2007

TAURO, J.

As set forth in the accompanying Memorandum, the court hereby orders:

1) Defendant DMR's Motion to Dissolve Court's Injunction of February 8, 2006 Barring Transfers from the Fernald Developmental Center [#214] is ALLOWED.

2) Any further communication from Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald residents and their guardians which solicits choices for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                                      United States District Judge

## RICCI CLASS MEMBER CHANGE OF HOME ADDRESS FORM

| NAME (Include Middle Initial): [redacted] | DATE OF MOVE: 1/8/08 |
|---|---|
| AREA OFFICE: Central Middlesex | FACILITY OF ORIGIN: Fernald |
| PREVIOUS ADDRESS:<br>Fernald Developmental Center<br>20 Trapelo Road<br>Waltham, MA 02452<br>PROVIDER: DMR - Fernald<br>CONTACT: Linda Montminy, Director<br>PHONE: (781) 894-3600 ex. 2100 | NEW ADDRESS:<br>[redacted]<br><br>PROVIDER: DMR - Northeast Residential Services<br>CONTACT: Jane Ryder, Director<br>PHONE: (978) 774-5000 ex. 102 |
| TYPE OF RESIDENTIAL SUPPORTS<br>[X] ICF/MR<br>[X] State-Operated Home<br>[ ] POS<br>[ ] N/A | TYPE OF RESIDENTIAL SUPPORTS<br>[ ] ICF/MR<br>[X] State-Operated Home<br>[ ] POS<br>[ ] N/A |

Notification of Transfer: [X] Consumer   [X] Guardian   [ ] Advocate

Date of Notification: 12/21/07

| DAY SERVICES<br>NAME: [redacted]<br>ADDRESS: [redacted]<br><br>CONTACT: [redacted]<br>PHONE: [redacted] | TYPE OF DAY SERVICES:<br>Day Habilitation Program |
|---|---|

[X] ISP Recommended Services in Place Done by Area Office after transfer    [ ] D.M.R.I.S. Updated – Will be

Reason for Transfer:
Community placement requested by guardians.

I certify that the individual to be transferred will receive equal or better services to meet their needs in the new location, and that all ISP recommended services for the individual's current needs as identified in the ISP are available at the new location.

_____
Facility/ Regional Director & Date

CC:   General Counsel's Office
      Regional Director
      Facility Director
      Ricci Class Member Program