

# FERNALD LEAGUE *for the* RETARDED, *Inc.*
### P.O. BOX 85 – BELMONT, MA 02478-0002
### Telephone: 781-891-7345

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

February 10, 2008

Honorable Joseph L. Tauro
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Tauro,

*"This is not a game-these people are very vulnerable and very fragile, let's make sure they go where they want to go."* Your spoken words in open Court on March 7, 2007.

The DMR administration recently started a process to move residents out of Fernald, including Anna Tross, a 91-year-old woman who has moderate mental retardation, congestive heart failure and is legally blind and hearing impaired. She has repeatedly said she wants to stay where she is. She has lived at Fernald for over fifty years and has many friends and longtime caregivers.

In the past several months Anna's guardians (GBARC) have changed. Anna is now represented by a new corporate (GBARC) guardian that may not be acting in her best interest. Has the new guardian truly investigated what her ward wants and deserves? Why is she ignoring her wishes? This is truly a travesty of her human rights to live in her home of so many years and now in the twilight of her life being made to make an unnecessary move. Fernald will be standing on Waltham soil long after this resident!

GBARC has approved the move, giving DMR the green light to transfer her as early as Thursday, February 14, 2008. Hopefully your words will be heard and Anna will continue to remain in her home of so many years.

All the residents and their family members thank you for the care and concern you have always had for the Fernald Developmental Center.

Respectfully,

*Marilyn Meagher*

Marilyn Meagher, President
Fernald League for the Retarded

cc: Attorney Beryl Cohen