CA 72-469-JLT

54 Lowe Street
Leominster, MA 01453
February 17, 2008

Honorable Joseph L. Tauro
United States District Court
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Tauro:

The recent transfers out of the Fernald Developmental Center involved some of the most profoundly disabled individuals from the Greene Building. These transfers were accomplished by the concerted effort of the DMR, the Fernald Administration, and the ARC of Massachusetts with guardianships assigned to GBARC. These extremely vulnerable individuals cannot speak or defend their position to remain at Fernald.

On February 13, a 91 year old woman with a GBARC guardian was abducted from her Fernald home in Cottage 11 and taken to a community home in Bedford, MA (216 Carlisle Road). Along with numerous physical problems, she is legally blind and hearing impaired. However, Anna can speak. She constantly cried out that she did not want to leave her Fernald home and she begged people not to let her go. She was forcibly removed against her will. Today, I went to the community home, rang the bell, and when a woman answered the door, I asked to visit with Anna. I was told that Anna was not there, that she was out shopping (the transportation van was in the driveway).

The DMR and the Fernald Administration has placed a gag order on all team members and staff regarding these GBARC transfers and told they are not to interfere. The team members that voiced their opinion said "It was not in Anna's best interest to leave Fernald." Those that express their opinions are written up and their jobs threatened. Staff that have been with these individuals for 10, 20, 30 years, are not allowed to advocate on their behalf.

ARC has been aggressive and ruthlessly outspoken for the closure of state institutions for the mentally retarded and in particular Fernald. This therefore jeopardizes the protection of Fernald residents that are being transferred out of Fernald by authority of GBARC. Since GBARC guardians have been assigned, those Fernald residents have been issued with Do Not Resuscitate orders. The drive by DMR to reduce the numbers at Fernald at any cost, and the self seeking interests of ARC, places the health and lives of the mentally retarded individuals at Fernald seriously at risk. This is an affront to every individual that lives at Fernald. May I ask that all GBARC transfers be stopped and those that have taken place be investigated.

Sincerely,

Dorothy Rouleau