CA 72-469
JLT

February 14, 2008

Commissioner Elin Howe
Department of Mental Retardation
500 Harrison Ave.
Boston, MA  02118

Dear Commissioner Howe:

A 91-year old, legally blind, 50+ year resident of the Fernald Development Center was moved yesterday into a community home in Bedford **DESPITE HER WISHES AND HER RIGHT** to remain at Fernald. Her paid SUPPOSED GUARDIAN (GBARC) agreed that this move was in her best interest. This individual was moved ahead of schedule during a snow/rain storm. She was told she was going out for coffee. Little did she know she would not be returning to her home of 50 years.

So the battle to close the Fernald has reached a new low--targeting and moving elderly residents that have no REAL guardian to protect them when no one is looking. DESPICABLE!

We might even consider that your explanation had some shred of validity if it at least had one new word in the standard reply to any question ....."its part of a national trend of moving individuals.....blah blah blah."  Your explanation further contends that there is a better staff-to-patient ratio at the new location and therefore better care. Strange since one of the reasons the state uses for closing the Fernald is the high personnel costs. If this women did in fact want to move --why lie to her about where she was going? One can only imagine the very real trauma this women is going through as we write this letter. Being dropped off, like some package, in totally unfamiliar surroundings with totally unfamiliar staff under the guise of doing something enjoyable-- going for coffee. CRUEL AND INHUMANE are the only words that come to mind!

DO YOU ACTUALLY EXPECT ANY ONE TO BELIEVE THIS WOMEN'S BEST INTEREST WAS THE MOTIVATION FOR THIS MOVE! YOU HAVE GOT TO BE KIDDING!!!!  I guess its really not surprising that your explanation is ridiculous. After all anyone would be hard-pressed to come up with a plausible reason to move this women against her wishes at this stage of her life.

No doubt your paperwork is totally in compliance with the courts ruling. Paperwork is so easy to manipulate. But we know, and so do you, that there is no way it can possibly be in compliance with the spirit and intent of the courts ruling. The fact that this women has lived to the age of 91 is the true testament to the quality of care provided at Fernald and serves to reinforce why she wishes to remain.

Congratulations!  You, with one stroke of the pen, have obliterated the great strides that have been made in the care and treatment of the mentally retarded. **You have TAKEN AWAY HER RIGHT TO CHOOSE.**  You have turned the clock back 30+ years when the mentally retarded were treated as less than human beings. When there was absolutely no regard for their wishes, rights, feelings, dignity, or quality of life. A time when these people were forced to endure the fear, abuse, and neglect at the hands of their supposed caregivers. You should be proud that this **ABOMINATION** took place on your watch. Quite an accomplishment considering your short tenure.

Given this persons age, we can only hope that her remaining days are not filled with the same terror and fear of her youth. One question--how do you sleep at night?

Sincerely,

Susan R. Surette

Susan DeRosa Surette
Patricia DeRosa Beaulieu
Isabelle DeRosa
20 Rhoda Street
Tewksbury, MA  01876

Cc: Joseph L. Tauro, U.S District Judge