UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2008 FEB 21 P 1:24

Robert Simpson Ricci, et al., )
)
    Plaintiffs, )
)   Civil Action No.   72-0469-T
v. )   74-2768-T
)   75-3910-T
Robert L. Okin, et al., )   75-5023-T
)   75-5210-T
    Defendants )
)

## PLAINTIFF'S MOTION TO PROHIBIT THE TRANSFER OF RESIDENTS FROM THE FERNALD DEVELOPMENTAL CENTER TO OTHER ICF/MRS AND COMMUNITY RESIDENCES UNTIL THE PENDING APPEAL OF RICCI et al v. PATRICK et al IS DECIDED BY THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Now come the Plaintiffs and move this Court to enter an Order to prohibit the transfer of residents from the Fernald Developmental Center to other ICF/MRS and community residences until the pending appeal of Ricci et al. v Patrick et al is decided by the United States Court of Appeals for the First Circuit for the following reasons:

1. On May 9th 2007, the Court entered the following order:
   "By May 31st, 2007, Defendants shall show cause why the court should not issue the following order: Any further communication from Defendant Commonwealth of Massachusetts Department of Mental Retardation to Fernald residents and their guardians which solicits choice for further residential placement shall include Fernald among the options which residents and guardians may rank when expressing their preferences."

2. On August 14th, 2007, the Court entered the exact same Order as it had proposed for comment by the Defendants on May 9th 2007.

3. On September 12th, 2007, the Commonwealth, by the Office of Attorney General, filed a Notice of Appeal of the District Court Order of August 14th to the United States Court of Appeals for the First Circuit (Docket No. 07-2522).

4. On December 27th, 2007, the Clerk of the United States Court of Appeals entered a Briefing Notice which ordered the Commonwealth to file its brief by February 5th, 2008.

5. Notwithstanding the unlimited legal resources available through the Office of Attorney General together with the knowledge since May 9th, 2007 of the exact language of the Court Order under appeal, the Defendants requested and received an extension of time to file its brief until February 15th, 2008, during which time the Department of Mental Retardation transferred a significant number of Fernald residents to other facilities.

6. Despite the extended time to file its brief on or before February 15th 2008 with the Court of Appeals, the Defendants again requested a further extension of time to file its brief until February 27th 2008, during which time the Department of Mental Retardation transferred a significant number of Fernald residents to other facilities

7. In further support of the within Motion, the Plaintiffs incorporate the Affidavit of Marilyn Meagher, President of the Fernald League, attached hereto as Exhibit One.

> Wherefore the Plaintiffs respectfully request the Court enter an Order to prohibit the transfer of residents from the Fernald Developmental Center to other ICF/MRS and community residences until the pending appeal of Ricci et al. v Patrick et al is decided by the United States Court of Appeals for the First Circuit

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d) the Plaintiffs believe that oral argument will assist the Court in its understanding of the issues alleged herein and accordingly wish to be heard.

Respectfully submitted,
Fernald Plaintiffs
By their Attorney

Dated February 21st, 2008

Beryl W. Cohen
11 Beacon Street
Boston, MA 02108
(617) 742-3322
B.B.O. 088620

## CERTIFICATE OF SERVICE

I, Beryl W. Cohen, hereby certify that a true copy of the within Motion has been served this day February 21st, 2008 by first class mail upon the Defendants' attorney, Marianne Meacham, General Counsel, Department of Mental Retardation, Commonwealth of Massachusetts, at her office, 500 Harrison Avenue, Boston, MA 02118; Robert Quinan, Assistant Attorney General, at his office, Office of the Attorney General, Government Bureau, One Ashburton Place, Boston, MA 02108; Margaret Pinkham, Brown Rudnick Berlack Israels LLP, One Financial Center, Boston, MA 02111 (Wrentham Class); Cornelius J. Moynihan, Jr., Nixon Peabody LLP, 100 Summer Street, Boston, MA 02118 (Dever Class); Michael J. Sullivan, United States Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way Suite 9200, Boston, MA 02210; Rayford A. Farquhar, United States Attorney's Office, John Josephy Moakley Federal Courthouse, 1 Courthouse Way Suite 9200, Boston, MA 02210; Stanley J. Eichner, Disability Law Center, 11 Beacon Street, Suite 925, Boston, MA 02108.

_____
Beryl W. Cohen