UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Simpson Ricci, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.   72-0469-T |
| v. ) | 74-2768-T |
| ) | 75-3910-T |
| Robert L. Okin, et al., ) | 75-5023-T |
| ) | 75-5210-T |
| Defendants ) | |

## AFFIDAVIT

1. I, Marilyn Meagher, am President of the Fernald League.

2. I am filing this affidavit in support of the Motion to prohibit transfer of residents from the Fernald Developmental Center to other ICF/MRS and community residences until the pending appeal of Ricci et al. v Patrick et al is decided by the United States Court of Appeals for the First Circuit.

3. In my capacity as President of the Fernald League and Guardian of my sister, who has been a resident at Fernald for over 54 years, I visit the Fernald Developmental Center on a weekly basis.

4. I regularly receive information concerning treatment, staffing, and housing issues from direct care and professional staff who inform me in order that I can bring these matters to the direct attention of the Fernald Administration.

5. On information and belief, I have recently learned that:

    1. A 91-year-old female who has been a resident of Fernald for over 50 years has been transferred to a community residence after her Guardian, who did not approve transfer, was replaced by the Department of Mental Retardation, for a GBARC corporate guardian, who approved the transfer over the objection of the ward.

Exhibit One

2. The Fernald administration, with the cooperation of GBARC, a corporate guardian, has transferred a significant number of residents without the specific approval of the ISP Team.

3. Professional and direct care staff have been threatened with insubordination for any opposition to the proposed transfers.

4. Corporate guardians who have refused to approve transfers have been replaced for the purpose of accomplishing transfers while the appeal of the Court Order of August 14th, 2007 is pending.

5. Residents who have been transferred are subject to a Do Not Resuscitate Order

Signed under the pains and penalties of perjury.

_____
Marilyn Meagher

Dated February 21st, 2008.