Transition Time Line

| October 2007 | New Cases transferred: Visit all Clients at Fernald |
| October 2007 | Contacted Chris Oliveria to introduce myself as the new case manager. |
| October 2007 | Scheduled an appointment to see the new Residential Program in Bedford. |
| October 2007 | Traveled to Bedford. No specific clients in mind. Fact finding visit |
| November 2007 | Visit all Clients – current photos for case file |
| November 2007 | Meeting with Jane Ryder, Director of Northeast Residential Services (NRS). Purpose of this meeting to discuss NRS, client needs and visit a NRS residential program. |
| November 2007 | AT invited to a birthday celebration for friend that would live @ Bedford house. |
| November 2007 | ArcGB Director visits Glavin Regional Center and Shrewsbury NRS residential home. Director meets with Dr. Bacotti regarding transfer of client Conti. |
| November 2007 | ArcGB team meeting regarding Bedford, Shrewsbury, and Glavin |
| December 2007 | Visit Clients – Talked with AT to find out what she thought about moving. **She expressed she would like it but worried about that people would miss her.** |
| December 2007 | Travel to Shrewsbury/ Glavin Regional – Considering placements for Conti, JS, GL |
| December 2007 | ArcGB team meeting regarding Bedford, Shrewsbury, and Glavin. Consideration of AB, BB, and GG. In regard to AT no decision. Clear she would participate in decision. |
| January 2008 | Visit Clients |
| January 2008 | Decision for transition to Bedford: AB, BB, and GG. AT with specific requests. |
| January 2008 | AT visits Bedford – **Discussed one on one - Asked her about living Bedford. Expressed Yes.** Discussed specifically how best to support AT in transition. Requested that if she transitioned to Bedford that staff get to know her prior to moving. She would visit with her former cottage mate that moved to Side A of Bedford. She would be asked if she wanted to go out or visit Bedford. She had a right to say NO. She never refused. |
| January 2008 | Travel – Visiting Day Programs AB, BB, GG and AT. |
| January 2008 | ArcGB Team Meeting |
| January 2008 | Visit Clients – Specifically AT spend time with her. |
| January 28 2008 | Transitional Meeting AB |
| January 29 | Conti transfer to Glavin |
| January 30 | Transition Meeting GG & BB |
| January 31 | Transition Meeting GL & JS |
| February 1 | Visit Conti @ Glavin |
| February 5 | Transition Meeting AT |

| February 12 | Visit AT at Bedford - AT requested time to rest in her new room at Bedford. She initiated this request to return to Bedford after outings and to rest in her new room. Case Manager Carrie Johnson and Director of Guardianship Peter Wiese went to observe and talk with AT about the transition and pending move. She seemed confused and just wanted to be left alone in her "Bedford Bed". She said to Peter Wiese, "I have two homes". Concerned with her confusion of Yes and No. Our agency discussed a new plan. Perhaps she not have a move date. |
|---|---|
| February 12 | Concern by Fernald Staff that AT not be at a Valentine Day Party on February 13th. Our agency felt it was up to AT. She was scheduled to have an outing with potentially new staff from Bedford on 13th. |
| February 13 | Fernald Supervisor gave the option to AT if she wanted to stay home and rest or would she like to go on an outing after the party. Apparently AT requested to go out after the party. |
| February 13 | Concern for AT and her transition. The Arc of Greater Boston presented a plan to DMR that gives AT an opportunity to make the decision on her own. She wouldn't be asked if she wanted to move for two weeks. She would have her medications available at Bedford if she chose to stay. AT was given the choice of staying the night at Bedford. AT wanted to stay at Bedford. |
| February 14 | AT states that she is staying at Bedford. The Director of Guardianship Peter Wiese met with AT for Breakfast. He wanted to see how she slept the night before and how she felt in the morning. As Case Manager I went to visit AT and the other three residents. I spent time with each and check-in with AT to ask how she was doing. She looked fantastic and expressed happiness. |
| February 14 to Feb 24 | Daily Updates on all residents. |
| February 22 | Team members involved with giving information out would need to know the Team Code Phrase this was implemented to insure HIPPA. The Code Phrase has been implemented in one other case I've managed and done successfully. |
| February 24 | Visit with each resident. Reviewed AT's case file to see how she's been doing. |