COMMONWEALTH OF MASSSACHUSETTS

MIDDLESEX, ss

PROBATE AND FAMILY COURT
DOCKET NO. 92P0662GR

IN RE:    Guardianship of
          B█████ B█████

DECREE

This matter was referred to a Master who has reported thereon. It is decreed that the Master's report be, and hereby is, confirmed and it is further decreed that the Greater Boston Association for Retarded Citizens, Inc., Corporate Guardianship Project in the County of Suffolk be appointed permanent guardian of the person of B█████ B█████ with the authority to consent or withhold consent to customary and usual medical and surgical treatment.

_April 15, 1992_
Date

_Sheila E. Mc____ _____
Justice of the Probate Court

10

Exhibit 3 to the
Affidavit of Carrie Johnson