**The Trial Court
Probate and Family Court**

Middlesex Division

Docket No. 01P4530GR

## PERMANENT DECREE OF GUARDIANSHIP

Name of ward: A▆▆▆ T▆▆▆▆

At a Probate and Family Court held at Cambridge, on _____
_____ presided.

All persons interested having been notified in accordance with the law and -no objections being made- after hearing-upon representations of counsel, the ward-not-being present.

The Court finds that the ward:

☐ is incapable of taking care of himself/herself by reason of mental illness

☒ is mentally retarded to the degree that he/she is incapable of making informed decisions with respect to the conduct of his/her-personal-financial affairs and that failure to appoint a guardian would create an unreasonable risk to the ward's health, welfare and property, and that the appointment of a conservator pursuant to G.L.M. c.201, Section 16 would not eliminate the risk.

☐ is unable to make or communicate informed decisions due to physical incapacity or illness.

This guardianship includes:

☐ authorization to admit or commit the ward to a mental health or mental retardation facility, the action being in the best interest of the ward.

☐ the authority to consent to the following extraordinary medical procedure
_____
_____

**IT IS DECREED** that _____ **GBArc** _____
(name of guardian)

<u>1505 COMMONWEALTH AVE</u>    <u>BOSTON</u>      MA      02135
(street address)       (city or town)    (state)         (zip code)

be appointed the permanent guardian(s) of the person -and-the estate- of the ward pursuant to G.L.M. c. 201, S.6-6A-6B. The guardian(s) first giving bond -with-without-sureties for the due performance of said trust.
Date **NOV 9 2001**                    _____ [signature] _____
                                        Justice of Probate and Family Court

CJ-P116(10-93) CG

Exhibit 4 to the
Affidavit of Carrie Johnson