COMMONWEALTH OF MASSSACHUSETTS

MIDDLESEX, ss                                    PROBATE AND FAMILY COURT
                                                 DOCKET NO. 92P0660MR

IN RE:  Guardianship of    )
        G▬▬▬ G▬▬▬          )         DECREE
                           )

    This matter was referred to a Master who has reported thereon. It is decreed that the Master's report be, and hereby is, confirmed and it is further decreed that The Greater Boston Association for Retarded Citizens, Inc., Corporate Guardianship Project of Boston in the County of Suffolk be appointed permanent guardian of the person of Gerard Green with the authority to consent or withhold consent to customary and usual medical and surgical treatment.

_April 15, 1992_                    _Sheila E. McGovern_
Date                                Justice of the Probate Court

10

Exhibit 5 to the
Affidavit of Carrie Johnson