

# The Arc
## of Greater Boston
221 North Beacon Street
Brighton, MA 02135

Phone: 617-783-3900
Fax: 617-783-9190
www.ArcGB.org

February 5, 2008

Ms. Christine Oliveira
Department of Mental Retardation
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 0254-6302

Ms. Oliveira,

The Arc of Greater Boston is the court appointed guardian of Anna Tross. I have been Anna's assigned guardianship case manager involved with Anna's transition to the community.

During the transition meeting today (February 5, 2008) the Fernald Social Worker expressed that she planned to contact the family. As the court appointed guardian our agency will contact the family regarding the pending move from Fernald to the community. The Arc of Greater Boston doesn't feel it's necessary for the Fernald Social Worker to contact the family.

If there are any questions or concerns please don't hesitate to contact me or Peter Wiese, Director of Guardianship 617-783-3900 x11.

Sincerely,

Carrie L Johnson
Guardianship Case Manager
The Arc of Greater Boston
221 N Beacon St
Boston, MA 02135
617-783-3900 x15
617-783-9190 (fax)



Realizing potential. Achieving goals.

**MEMBER OF:**
The Arc of the United States
The Arc of Massachusetts

Exhibit 6 to the
Affidavit of Carrie Johnson