

**The Arc of Greater Boston**
221 North Beacon Street
Brighton, MA 02135

Phone: 617-783-3900
Fax: 617-783-9190
www.ArcGB.org

February 5, 2008

Ms. Christine Oliveira
Department of Mental Retardation
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 0254-6302

Ms. Oliveira,

The Arc of Greater Boston is the court appointed guardian of Anna Tross. I have been Anna's assigned guardianship case manager involved with Anna's transition to the community.

This afternoon (February 5, 2008) I spent time visiting and observing Anna at her current residence Cottage 11 Fernald Grounds. I wanted to bring to your attention an incident that occurred while on that visit. Below you will find a description of what happened:

> When I first arrived at the residence I presented my card to identify who I was and why I was there. I sat with Anna for a few minutes when the staff mentioned that it was time for Anna to have lunch. They took her to the lunch room and I observed her eating her lunch behind her (in the doorway out of the way of other clients and staff). About five minutes into her lunch she expressed the need to use the bathroom. The staff person got her ready to go to the bathroom in her cottage wing. I followed to the bathroom door and the staff asked if I wanted to observe her in the bathroom. I explained I wanted to see her stand and pivot. She stood up and the staff person was assisting her to pull her pants down. I stepped back and said I would give her privacy while she was using the bathroom. A few moments later two additional staff come from the dinning area to assist with Anna in the bathroom.
>
> The staff began talking to Anna. **"You're leaving soon."** - **"You're going to leave" "You know your leaving".** Variations of these phrases were repeated until Anna responded, "No". A staff person said, **"Don't tell me Anna tell your guardian. She's out there. Tell your guardian"**. I approached the door where Anna was being assisted. I said to the staff please stop this discussion. I was asked if I heard her? I repeated please stop this conversation it's not appropriate. I was asked why. I said please don't. I finally said what is your name? The staff person told me, "Connie". Connie said go ahead write me up.

Realizing potential... ...ing goals.

MEMBER OF:
The Arc of the United States
The Arc of Massachusetts

Exhibit 7 to the
Affidavit of Carrie Johnson

Do you want me to write my name down for you? I said no. I just wanted to defuse the situation for Anna. At that moment I walked away from the bathroom door.

When Anna, and the three staff began leave the bathroom towards the dinning area. The staff person identifying her self as Connie earlier asked to speak to me in person. Connie said, "**You need to know something. She has rights, she knows what she wants, you think it's staff telling her not to go, see – did you hear her say no.**" She said she should have more say if she wants to go or not. She shouldn't have to move.

I expressed to Connie the way that she and the other two were asking Anna wasn't appropriate or fair. Not only was she trying to go to the bathroom and get transitioned back into the chair but I couldn't imagine saying over and over again without feeling frustrated.

I returned to Anna in the dinning. Anna appeared to be upset. She had a cup of soup and then was finished eating. The staff put away the rest of her lunch for her to have later if she wanted.

After careful consideration of Anna's well being The Arc of Greater Boston as the court appointed guardian of Anna Tross requests that no staff discuss her transition to the community. If Anna brings up the move or wishes to discuss the move the staff can listen but shouldn't express an opinion either way.

If there are any questions or concerns please don't hesitate to contact me or Peter Wiese, Director of Guardianship 617-783-3900 x11.

Sincerely,

Carrie L Johnson
Guardianship Case Manager
The Arc of Greater Boston
221 N Beacon St
Boston, MA 02135
617-783-3900 x15
617-783-9190 (fax)


Realizing potential...achieving goals.