

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

February 27, 2008

Zita Lovett, Session Clerk to
  the Hon. Joseph Tauro
United States District Court
John J. Moakley United States Court House
One Courthouse Way, Suite 7110
Boston, MA 02210

      Re:    *Ricci v. Okin*, et al.
              United States District Court Nos. 72-0469 et al.

Dear Ms. Lovett:

      In the middle of yesterday's proceeding, I had indicated to the Court that the Commonwealth would be submitting the affidavit of a witness who could not be present in court yesterday. Judge Tauro indicated that it would be best to submit affidavits at the close of the proceedings. I apologize for the fact that I forgot, then, to offer the attached affidavit of the Medical Director at the Fernald Developmental Center at the end of the day yesterday. I hope the Court will accept this evidentiary proffer on the understanding that, by submitting it now, the defendants are not waiving their continuing objection, on jurisdictional grounds, to further proceedings in this case in the District Court.

      Thank you for promptly bringing this matter and enclosure to Judge Tauro's attention.

                                        Very truly yours,

                                        /s/ Robert L. Quinan, Jr.

                                        Robert L. Quinan, Jr.
                                        Assistant Attorney General
                                        Government Bureau

RLQ/ss

Cc:  All counsel of record
       Rayford Farquhar, AUSA