UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASSOCIATION FOR RETARDED CITIZENS OF MASSACHUSETTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL RETARDATION, et al., <br><br> Defendants. | Civil Action Nos. | 72-0469-T <br> 74-2768-T <br> 75-3010-T <br> 75-5023-T <br> 75-5210-T |

### AFFIDAVIT OF DALE ANTANITUS

I, Dale Antanitus, do depose and say as follows:

1. I have served as the Medical Director at the Walter E. Fernald State School ("Fernald") for eight years. As the Medical Director, my responsibilities include administration of health care staff and provision of primary care. Unless otherwise indicated, the facts contained in this Affidavit are based on personal knowledge, information provided by Liberty Healthcare staff assigned to Fernald, Department staff, and Department records.

2. I received my B.S. degree from Cornell University in 1971, my M.D. from the University of Rochester in 1975, and my M.S. in neuropathology in 1976. I fellowship trained in adult and pediatric neurology at Harvard Medical School in 1979. I am a licensed medical doctor in the Commonwealth of Massachusetts and Board Certified in Pediatrics.

3. I am familiar with the eight individuals who have moved from Fernald to a community residence in Bedford, Massachusetts since January 1, 2008. Prior to their moving from Fernald, I discussed the planned transfers of these individuals with the DMR Director of Northeast Residential Services, Jane Ryder, who is responsible for developing specific programming to meet their needs in the community. During those discussions, I inquired regarding the staffing plan and nursing assigned to the home.

4. It is my professional opinion that the staffing and nursing available at the community residence is sufficient to meet the needs of these eight individuals.

5. It is my professional opinion and clinical judgment that age itself is not a bar to successful community placement. During the course of my long career, I have observed many people of advanced age successfully transition from institutional placement to community living and to enjoy an enhanced quality of life in the community as the result of their transfer.

4. It is my professional opinion that an individual's age should not be the determining factor regarding whether to explore clinically appropriate community placement options that may be available to an individual. With proper planning and execution, medical and clinical supports available at community residential programs can be equal to those available at Fernald.

Signed under the pains and penalties of perjury this 25th day of February 2008.

Dale Antantitus, Medical Director
Walter E. Fernald State School

2