UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SIMPSON RICCI, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | Civil Action Nos.  72-0469-T |
| v. | * | 74-2768-T |
| | * | 75-3910-T |
| | * | 75-5023-T |
| ROBERT L. OKIN, et al., | * | 75-5210-T |
| | * | |
| Defendants. | * | |

<u>ORDER</u>

February 27, 2008

TAURO, J.

After a Hearing held on February 26, 2008, this court hereby orders the following:

1. Plaintiffs' <u>Motion to Prohibit the Transfer of Residents From the Fernald Developmental Center to Other ICF/MRS and Community Residences Until the Pending Appeal of Ricci et al v. Patrick et al is Decided by the United States Court of Appeals for the First Circuit</u> [#243] is DENIED.

2. Defendant Department of Mental Retardation's <u>Motion to Stay Further Proceedings</u> [#245] is DENIED WITHOUT PREJUDICE.

3. Defendant Department of Mental Retardation's <u>Motion to Strike the Fernald Plaintiffs' Motion to Prohibit Transfer of FDC Residents Pending Appeal</u> [#247] is DENIED.

4. United States Attorney Michael J. Sullivan shall continue as Court Monitor with respect to the above-captioned matter.

    a. Mr. Sullivan's responsibility is to advise the court whether the circumstances surrounding the February 13, 2008 transfer of A.T., a 91-year-old, legally blind, hearing impaired, mentally retarded woman, from the Fernald Developmental Center to another facility, complied with the August 14, 2007 Memorandum [#219] and accompanying Order [#220] of this court.

    b. The Department of Mental Retardation shall grant Mr. Sullivan access to all records and information that may be relevant to his inquiry. Any dispute as to the need for such records, or the need for any protective order, shall be brought to the attention of this court for resolution.

    c. Plaintiffs' oral <u>Motion to Expand the Scope of the United States Attorney's Inquiry into All of the Transfers from Fernald that Occurred After May 14, 2007</u>, raised in open court at the Hearing, is DENIED.

IT IS SO ORDERED.

                                                       /s/ Joseph L. Tauro
                                                 United States District Judge