UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Robert Simpson Ricci, *et al*.,

v.                                    Plaintiff

Robert L. Okin, *et al*.,

                                      Defendants
_____

CIVIL ACTION Nos.
72-0469-T
74-2768-T
75-3910-T
75-5023-T
75-5210-T

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters his appearance on behalf of the ARC of Greater Boston, an interested party.

Respectfully submitted,

ARC of GREATER BOSTON,
By its counsel,

_____/s/ Alfred A. Gray, Jr._____
Alfred A. Gray, Jr. (Mass BBO #542377)
Bowditch & Dewey, LLP
One International Place, 44th Floor
Boston, MA  02110
agray@bowditch.com
Telephone:  617-757-6514
Fax:  508-929-3085

Dated:  February 27, 2008

Certificate of Service

I, Alfred A. Gray, Jr, do hereby certify that I served a copy of this response to all counsel of record by entering the document in the US District Court's electronic filing system on this 27th day of February, 2008.

_____/s/ Alfred A. Gray, Jr._____
Alfred A. Gray, Jr.