UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SIMPSON RICCI, *et al.*, | ) ) ) CA Nos. | 72-0469-T (Belchertown) |
| Plaintiffs, | ) ) | 74-2768-T (Fernald) 75-3910-T (Monson) |
| v. | ) ) | 75-5023-T (Wrentham) 75-5210-T (Dever) |
| ROBERT L. OKIN, *et al.*, | ) ) |  |
| Defendants. | ) ) |  |

### MOTION OF STANLEY J. EICHNER TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD FOR INTERVENOR DISABILITY LAW CENTER

Stanley J. Eichner, one of the attorneys representing the Disability Law Center (DLC), the intervenor in the above captioned action, respectfully moves pursuant to Local Rule 83.5.2(c) to withdraw as counsel of record. In support of its motion, counsel states the following:

1. On August 30, 2004, this Court allowed the motion of the Disability Law Center, ("DLC") the designated Protection and Advocacy agency for Massachusetts, to intervene in this action. Since that time, DLC has been represented by Christine M. Griffin, who was then Executive Director of DLC and Stanley J. Eichner, who had been Director of Litigation and then Executive Director of DLC, and Richard M. Glassman, who is currently Director of Litigation.

2.  Mr. Eichner will be leaving his employment with DLC on March 14, 2008, to pursue a new position of employment in Boston, Massachusetts.

3.  His co-counsel, Richard M. Glassman, remains counsel of record for the DLC.

WHEREFORE, counsel respectfully moves to withdraw the appearance of Stanley J. Eichner as co-counsel for the Disability Law Center.

Respectfully submitted,

/s/ Stanley J. Eichner
Stanley J. Eichner (BBO #543139)
Executive Director
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108
(617) 723-8455, ext. 145

Dated: March 6, 2008

<u>CERTIFICATE OF SERVICE</u>

I, Stanley J. Eichner, hereby certify that a copy of the foregoing document was filed electronically on this date. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dated: March 6, 2008             /s/ Stanley J. Eichner
                                                     Stanley J. Eichner