UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SIMPSON RICCI, *et al.* ) | Civil Action Nos. 72-0469-T (Belchertown) |
| ) | 74-2768-T (Fernald) |
| Plaintiffs, ) | 75-3910-T (Monson) |
| ) | 75-5023-T (Wrentham) |
| ROBERT L. OKIN, *et al.* ) | 75-5210-T (Dever) |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' JOINT MOTION TO STRIKE PLEADINGS OF
THE ASSOCIATION OF RETARDED CITIZENS OF GREATER BOSTON**

Plaintiff class members, the Wrentham Association, Fernald, Monson and Belchertown Plaintiffs and the Paul A. Dever Association (collectively "Plaintiffs"), respectfully request this court strike the following pleadings: a) Notice of Appearance of Attorney Alfred A. Gray, Jr. filed, and b) Response by the ARC of Greater Boston to Plaintiff's Motion to Prohibit the Transfer of Residents From the Fernald Development Center.

In support of this motion Plaintiffs state as follows:

1. The Association of Retarded Citizens ("ARC") of Greater Boston is not a party to this case.

2. At no time did ARC of Greater Boston, by and through Attorney Gray, file a motion to intervene in these proceedings.

3. Absent permission from this court to intervene in the action, ARC of Greater Boston has no standing to file any pleadings in this case.

4. In further support of this motion, Wrentham relies on the accompanying memorandum of law.

WHEREFORE, Plaintiffs request this court enter an order striking all pleadings, including the Notice of Appearance of Alfred A. Gray, filed on behalf of ARC of Greater Boston.

Date:   March 13, 2008                        Respectfully submitted,

| WRENTHAM ASSOCIATION | PAUL A. DEVER ASSOCIATION |
|---|---|
| /s/ Daniel J. Brown | /s/ Dennis Murphy |
| Margaret M. Pinkham (BBO#561920) | Dennis A Murphy, Esq. |
| Daniel J. Brown (BBO#654459) | Nixon Peabody, LLP |
| BROWN RUDNICK BERLACK ISRAELS LLP | 100 Summer Street |
| One Financial Center | Boston, MA 02110-2131 |
| Boston, MA 02111 | 617-345-1068 |
| (617) 856-8200 | 866-823-4234 (fax) |
| mpinkham@brownrudnick.com | dmurphy@nixonpeabody.com |
| dbrown@brownrudnick.com | |

FERNALD / MONSON / BELCHERTOWN
PLAINTIFFS

/s/ Beryl Cohen
Beryl Cohen, Esq.
11 Beacon Street
Boston, Massachusetts  02108
617-742-3322
berylwcohen@verizon.net

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), undersigned counsel hereby certifies that he contacted counsel for the ARC of Greater Boston in a good faith effort to resolve or narrow the issues presented by this motion, but to no avail.

Dated: March 13, 2008           /s/ Daniel J. Brown
                                          Daniel J. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on any counsel of record unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**ARC**
Steven J. Schwartz
Robert D. Fleischner
Center for Public Representation (CPR)
22 Green Street
Northampton, MA 01060

**Disability Law Center**
Richard M. Glassman
Disability Law Center, Inc.
11 Beacon Street, Suite 925
Boston, MA 02108

**Office of the Attorney General**
Robert Quinan, Esq.
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108

**Department of Mental Retardation**
Marianne Meacham, General Counsel
Commonwealth of Massachusetts
Executive Office of Health & Human Services
Department of Mental Retardation
500 Harrison Avenue
Boston, Massachusetts 02118

Electronic Notice will also be sent to the following non-party:

**ARC of Greater Boston**
c/o Alfred A. Gray, Jr., Esq.
Bowditch & Dewey, LLP
One International Place, 44th Floor
Boston, MA 02110

Dated: March 13, 2008           /s/ Daniel J. Brown
                                          Daniel J. Brown

# 1545383 v2 -