

# FERNALD LEAGUE *for the* RETARDED, *Inc.*
## P.O. BOX 85 – BELMONT, MA 02478-0002
### Telephone: 781-891-7345

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

March 26, 2008

Honorable Joseph L. Tauro
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Tauro,

Enclosed are copies of letters forwarded to Linda Montminy, facility director
of the Fernald Developmental Center.  The guardians are documenting and
exercising their option to rank Fernald as their preference for residential
residency of their wards in accordance with your order of August 14, 2007.

Respectfully,

Diana Zinnell

Diana Zinnell
Secretary

/dz
Enc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Charles Rose*      *Green Bldg*
Name of individual living at Fernald                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Marijean Lombarde*                           *3-21-08*
Signature of Guardian                            Date signed

MARIJEAN LOMBARDI
Print name of guardian

10960 Beach Blvd LOT 503
Print Address of guardian

Jacksonville FL 32246
Name of my ward living at Fernald Developmental Center        Residence of my ward

Charles Rose                                  Greene Bldg

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, DAVID H. LOUEBING
_____
Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian

JAMES S LOUERING SR
Print name of guardian

3/19/08
Date signed

V7 GLORY AVE FRANKLIN, NH 03235
Print Address of guardian

DAVID HOWE LOUERING
Name of my ward living at Fernald Developmental Center

GREENE
Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _John L. McCarthy_ _Greene Bldg._.
Name of individual living at Fernald    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Loretta McCarthy_                    _3/20/08_
Signature of Guardian                 Date signed

_Loretta McCarthy_
Print name of guardian

_52 Apple Tree Ln., Weymouth, MA. 02188_
Print Address of guardian

_John L. McCarthy_                    _Greene Bldg._
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, Pa H y   MacDonald                .
                         Name of individual living at Fernald              Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

R E Mor Donald                                          3 - 15 - 08
Signature of Guardian                                    Date signed

Richard E. MacDonald
Print name of guardian

57 Angelica Drive Framingham Ma 01701
Print Address of guardian

Patty MacDonald                                        GReeNe
Name of my ward living at Fernald Developmental Center   Residence of my ward

Cc:    DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Daniel Girrior___ _Green Apt._.
                                       Name of individual living at Fernald                  Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____        _3/12/08____
Signature of Guardian                                  Date signed

_Eileen Peard_____
Print name of guardian

_91 Chases Pond Rd. York, ME. 03909_
Print Address of guardian

_Daniel Girrior_             _Green Apt._
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:   DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Kathleen Hussey_      _Greene Bldg_
                        Name of Individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Helen T. Shaw_                                  _3/20/08_
Signature of Guardian                              Date signed

_Helen T. Shaw_
Print name of guardian

_26 Van Buren Ave_          _Portsmouth, NH   03801_
Print Address of guardian

_Kathleen Hussey_                          _Greene_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _MICHAEL  CARNEY_   _GREENE  BLDG  APT 4_
               Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian                          _19 MAR  08_
                                               Date signed

_JOHN J. CARNEY  BARBARA J CARNEY_
Print name of guardian

_3 DORSETT AVE  BILLERICA MA  01821_
Print Address of guardian

_MICHAEL  CARNEY_                     _GREENE BLDG  APT 4_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Shirley Louise Masitton Farrell_
                        Name of individual living at Fernald        Residence   HALL

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____                    _3/20/08_
Signature of Guardian                         Date signed

_John Magitton_
Print name of guardian

_274 Main St Agshnet Me 02743-1537_
Print Address of guardian

_Shirley Louise Magitton_                    _Farrell Hall_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:    DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Melba Cabanas_    _Farrell Hall, apt. B_
                       Name of individual living at Fernald    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Lucidia Cabanas_                                    _March 18 2008_
Signature of Guardian                                Date signed

_Lucidia Cabanas_
Print name of guardian

_14 Winston Court ; Amherst, MA 01002 - 2836_
Print Address of guardian

_Melba Cabanas_                            _Farrell Hall, Apt. B_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Richard Furtado_   _Cottage 13_.
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Signature of Guardian_                                  _3-17-08_
                                                          Date signed

_Norman F Furtado Jr._
Print name of guardian

_21 Trinity St   Danvers, Mass 01923_
Print Address of guardian

_Richard Furtado_                      _Cottage 13_
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Stephen Hinckle, Cottage 13_.

Name of individual living at Fernald                          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____                    _3/17/08_
Signature of Guardian                                         Date signed

_Janet Menta_
Print name of guardian

_106 Old Mountain Road  W. Kingston, RI  02892_
Print Address of guardian

_Stephen Hinckley_                               _Cottage 13_
Name of my ward living at Fernald Developmental Center       Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, ___KAREN DAVIDSON___ ___Cottage 9___.
                                          Name of individual living at Fernald           Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

___Jeanne Niemi___             ___3-21-08___
Signature of Guardian                       Date signed

___JeANNe Niemi___
Print name of guardian

___71 Westwood Rd, Medford MA 02155___
Print  Address of guardian

___KAREN DAVIDSON___          ___Cottage 9___
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Michael Bass,_____.
                      Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_David F. Bassi_____          _3|19|08_____
Signature of Guardian                   Date signed

_David F. Bassi_____
Print name of guardian

_5 Cobblers Ridge Danvill, NH 03819____
Print Address of guardian

_Michael Bassi_____          _Cot. 9_____
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Leslie Purdy_  _Cottage # 8_ .
                       Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Normand W. Purdy_                          _Mar. 20, 08_
Signature of Guardian                          Date signed

_NORMAD W. PURDY_
Print name of guardian

_170 ALLSTAN ST, MEDFARD, MA. 02155_
Print Address of guardian

_LESLIE PURDY_                               _COTTAGE # 8_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Alan Crawley_____.
                       Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Debra A Dunn_____          _3-19-008_____
Signature of Guardian                    Date signed

_Debra A Dunn_____
Print name of guardian

_90 Riverside St Watertown MA 02472_
Print Address of guardian

_Alan Crawley_____    _Fernald Center Cottage 8_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Alan Crowley_____.
                      Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Mary Crowley_____          _3-19-008___
Signature of Guardian                    Date signed

_Mary Crowley_____
Print name of guardian

_55 Waverly Ave #418 Watertown, Ma.___
Print  Address of guardian

_Alan Crowley_____          _Fernald Center___
Name of my ward living at Fernald Developmental Center    Residence of my ward
                                                          Cottage 8


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _John Allard_____ _Cottage 3A_____.
　　　　　　　　　　　Name of individual living at Fernald　　　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Mary M Kelly_____　　　　　　　　_3/20/08_____
Signature of Guardian　　　　　　　　　　　　　　　　　Date signed

_Mary M Kelly_____
Print name of guardian

_1 Viles Court  Waltham, MA 02453_____
Print Address of guardian

_John Allard_____　　　　　　　_Cottage 3A_____
Name of my ward living at Fernald Developmental Center　　Residence of my ward

Cc:　DMR Client Record
　　　Joseph L. Tauro, United States District Judge
　　　Marianne Meacham, DMR General Counsel
　　　Fernald League for the Retarded, Inc.

March, 20(

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Robert J. Bertini*        *Cottage III* .
                     Name of individual living at Fernald                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Elaine B. Bertini (mother)*                          *3-18-08*
Signature of Guardian                                 Date signed

*ELAINE B. Bertini*
Print name of guardian

*439 Dover Dr. Englewood, Fl, 34229*
Print Address of guardian

*Robert J. Bertini*                                  *Cottage III*
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:    DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

JEFF GREEN

March 17, 2008

Ms. Linda Montminy, Facility Director Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my **first and only preference** for the residential
placement of my ward, <u>Paula Green</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding further
residential placement. Please place this letter in the permanent DMR Client File of my
ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge
Tauro in order to make my attestation a permanent and public record of the Federal Court
that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian _____    Date signed <u>March 17, 2008</u>

Print name of guardian <u>Jeff Green</u>

Print Address of guardian <u>187 Bauer Dr., Melbourne, FL 32901-7816</u>

Name of my ward living at Fernald Developmental Center  <u>Paula Green</u>

Residence of my ward  <u>Cottage 23</u>

Cc: DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

187 Bauer Dr.
Melbourne, FL 32901

321-953-8745
green6930@bellsouth.net

JEFF GREEN

March 17, 2008

Ms. Linda Montminy, Facility Director Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my **first and only preference** for the residential
placement of my ward, Leslie Green, Cottage 24

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding further
residential placement. Please place this letter in the permanent DMR Client File of my
ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge
Tauro in order to make my attestation a permanent and public record of the Federal Court
that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian _____          Date signed March 17, 2008

Print name of guardian Jeff Green

Print Address of guardian 187 Bauer Dr., Melbourne, FL 32901-7816

Name of my ward living at Fernald Developmental Center   Leslie Green

Residence of my ward   Cottage 24

Cc: DMR Client Record
    Joseph L. Tauro, United States District Judge
    Marianne Meacham, DMR General Counsel
    Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _John Cicerone_____ _Malone Park____.
                      Name of individual living at Fernald      Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____          _3/14/08_____
Signature of Guardian                        Date signed

_Judi M. Leonard_____
Print name of guardian

_36 Eleanor Dr. Braintree, MA 02184___   _____
Print Address of guardian

_John Cicerone_____   _Malone Park 22_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Richard Furtado_  _Cottage 13_ .
                      Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____          _3-17-08_
Signature of Guardian                   Date signed

_Norman F Furtado Jr._
Print name of guardian

_21 Trinity St Danvers, Mass 01923_
Print Address of guardian

_Richard Furtado_          _Cottage 13_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Bessie Kollios_____ _Marquardt Center_
                      Name of individual living at Fernald      Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Nicholas Kollios_____          _3/14/08_____
Signature of Guardian                Date signed

_Nicholas Kollios_____
Print name of guardian

_39 Bayberry Road North Attleboro Ma. 02760-1062_
Print Address of guardian

_Bessie Kollios_____          _Marquardt_____
Name of my ward living at Fernald Developmental Center    Résidence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _George Rouse_          _Fernell Hall_.
                      Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____          _3/18/08_
Signature of Guardian                       Date signed

_Daniel H. Staples_
Print name of guardian

_1001 Adams St. Dorchester, MA 02124_
Print  Address of guardian

_George Rouse_                    _Fernell Hall_
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _William C Skutul FARREl Hell_
<span style="font-size:smaller">Name of individual living at Fernald        Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Gloria Skutul =Mother_                    _3-13-2008_
Signature of Guardian                                   Date signed

_Gloria Skutul_
Print name of guardian

_75 E/M Ave        Wollaston MA  02170_
Print Address of guardian

_William Skutul_                    _Farrel Hall_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____Jeffrey Hillman_____ _____Farrell Hall_____.
<span style="font-size:smaller">Name of individual living at Fernald</span>                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____Beth Goldberg_____
Signature of Guardian

_____3/14/08_____
Date signed

_____Beth Goldberg_____
Print name of guardian

_____4621 Pewter Lane    Mashus, NY 13104_____
Print Address of guardian

_____Jeffrey Hillman_____
Name of my ward living at Fernald Developmental Center

_____Farrell Hall_____
Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Jeffrey Evan Hillman*    *Farrell Hall*
                      Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Arlene S. Berkis*
Signature of Guardian

*3/13/08*
Date signed

ARLENE S. BERKIS
Print name of guardian

3301 KEYSER RD PIKESVILLE, MD. 21208
Print Address of guardian

JEFFREY E. HILLMAN
Name of my ward living at Fernald Developmental Center

*Farrell Hall*
Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, WENDY LOU LWALKER    GREEN BUILDING.
　　　　　　　　　　　　　Name of individual living at Fernald　　　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____          3-14-08
Signature of Guardian                               Date signed

WAYNE R. WALKER
Print name of guardian

15 NICHOLS STREET, WESTMINSTER, MA 01473
Print Address of guardian

WENDY LOU WALKER                         GREEN BUILDING
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward,   _Linda     De Younf_                    .
                        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____                    _3-13-08_
Signature of Guardian                         Date signed

_Ross A De Younf_
Print name of guardian

_13 Eisen Name Rd_              _Framingham, MA 01701_
Print Address of guardian

_Linda De Younf_                              _Greene_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Josepn L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _WAYNE NORDSTROM_     _GREEN BLIND BLDG._ .
        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Dorothy Nordstrom_                          _3-12-08_
Signature of Guardian                        Date signed

_DOROTHY NORDSTROM_
Print name of guardian

_9 CARLE DR.    DRACUT, MASS. 01826_
Print Address of guardian

_WAYNE NORDSTROM_              _GREEN BLIND BLDG._
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, __Mary Ann Nowak__      __Greene Bldg__.
                      Name of Individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

__Thaddeus A. Nowak__                    __March 14 2008__
Signature of Guardian                        Date signed

__Thaddeus A. Nowak__
Print name of guardian

__195 Pleasant Street Apt 903 Malden, MA 02148__
Print Address of guardian

__Mary Ann Nowak__              __Greene Bldg__
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _TERESA KACINSKI GREENE BUILDING APT 1_
<span>Name of individual living at Fernald</span>                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Maureen S. Kacinski   Richard Kacinski_   3-14-08
Signature of Guardian                              Date signed

_MAUREEN S. KACINSKI — RICHARD KACINSKI_
Print name of guardian

_172 Ashcroft Rd        Medford Mass   02155_
Print Address of guardian

_Teresa Kacinski_              _Green Building Apt 1_
Name of my ward living at Fernald Developmental Center    Residence of my ward
_Her home is Fernald - she is not to be moved —_

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____     _____ .
                        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____                    _3/14/08____
Signature of Guardian                              Date signed

_Theresa Sullo_____
Print name of guardian

_8311 San Gavilan NE   Albuquerque, NM  87113_
Print Address of guardian

_Lorraine Joyce_____               _Greene Bldg.___
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Anne E. Pompeo_____  _Greene, Apt. 2_.
                     Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Nancy Giammarco_____        _3/11/08_
Signature of Guardian                        Date signed

_Nancy Giammarco_____
Print name of guardian

_30 Longmeadow Rd. Medfield MA 02052_
Print Address of guardian

_Anne Elizabeth Pompeo_        _Greene, Apt. 2_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Joan Treitel_          _GREENE_.
      Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_(signature)_                                     _3/15/2008_
Signature of Guardian                                  Date signed

_Nancy Treitel_
Print name of guardian

_11 Ball Avenue Salem NH  03079_
Print Address of guardian

_Joan Treitel_                              _GREENE_
Name of my ward living at Fernald Developmental Center      Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Jessica Davies_    _GREENE_.
                       Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Anita D. Davies_
Signature of Guardian                                      Date signed

_AnitA D. DAvies_
Print name of guardian

_6 McGregor St. Derry, N.H. 03038_
Print Address of guardian

_Jessica Davies_                          _GREENE_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _William McEvoy_    _Fernald Center-Green_
                      Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Eileen A. Brie_                          _3-12-08_
Signature of Guardian                      Date signed

_William McEvoy_
Print name of guardian

_22 Harkaway Rd._
Print Address of guardian

_William McEvoy_                          _Fernald Center-Green_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Lillian Tuo010_  _GreenBland Bldg_
          Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Jeanette DiBuugli_          _3/15/08_
Signature of Guardian                Date signed

_JEANETTE DiBISCEGLIA_
Print name of guardian

_39 Davis St. Revere, MA. 02151_
Print Address of guardian

_Lillian Tuo001o_       _Green Blind Bldg_
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _PETER FALCO_    _GREENE APT. 5_.
<u>Name of individual living at Fernald</u>                    <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Marguerite J. Botti_                    _March 14, 2008_
Signature of Guardian                    Date signed

_MARGUERITE J. BOTTI_
Print name of guardian

_44 BEAVER BROOK ROAD, WALTHAM, MA  02452-8106_
Print Address of guardian

_PETER FALCO_                    _GREENE Apt. 5_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, BRADFORD LEYLAND, JR    APT. 5 GREENE
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Lisa L Leiden
Signature of Guardian

3/13/08
Date signed

LISA L LEIDEN
Print name of guardian

196 BEACH RD., GLENCOE, IL 60022
Print Address of guardian

BRADFORD LEYLAND, JR        APT. 5 - GREENE
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *MARY Rose GUARAGNA*     *GREENE BLDG APT 2*
<span>Name of individual living at Fernald</span>         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____      *3/12/08*
Signature of Guardian                    Date signed

*JOHN M. GUARAGNA (BROTHER)*
Print name of guardian

*11648 WHEATFIELD LOOP HUDSON, FL. 34667*
Print Address of guardian

*MARY Rose GUARAGNA*       *GREENE BLDG. APT-2*
Name of my ward living at Fernald Developmental Center    Residence of my ward
                                      *FERNALD DEV- CENTER*

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Cathleen O'Neil_   _Green_.
Name of individual living at Fernald                 Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Henry C. O'Neil_
Signature of Guardian                                    Date signed

_Henry C. O'Neil_
Print name of guardian

_9501 Old Village Drive, Loveland, OH 45140_
Print Address of guardian

_Cathleen O'Neil_                     _Green Bldg_
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _JAMES L TOSCHI_  _COTTAGE 3A_.
                        Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____          _March 16, 2008_
Signature of Guardian                         Date signed

         _JEAN TOSCHI SHERLOCK_
         _MICHAEL E SHERLOCK_
Print name of guardian

_99 REED ST  CAMBRIDGE, MA  02140_
Print Address of guardian

_JAMES L TOSCHI_                          _COTTAGE 3A_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Steven Quinn_    _Cottage 3_
                    Name of individual living at Fernald            _Fernald, School_
                                                        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Patricia C. DesChamps_                    _3/11/08_
Signature of Guardian                        Date signed

_Patricia A. DesChamps_
Print name of guardian

_14 Butler Terrace – Claremont, N.H. 03743_
Print Address of guardian

_Steven Quinn_                    _Cottage 3_
Name of my ward living at Fernald Developmental Center        Residence of my ward
                                                _Fernald, School_

Cc:    DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Robert Bertini_        _Cottage 3_.
                     Name of individual living at Fernald       Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_(signature)_                                         _3/13/08_
Signature of Guardian                                 Date signed

_Theresa A. Flannery_
Print name of guardian

_21 Janet Rd Chelmsford, MA 01824_
Print Address of guardian

_Robert Bertini, III_              _Cottage 3_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Audrey Peters_        _Cottege # 7_     .
　　　　　　　　Name of individual living at Fernald　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Muriel T Peters_                                 _March 13/2008_

Signature of Guardian                                Date signed

Print name of guardian
_MURIE  T. PETERS  #869_
Print Address of guardian
_1000 SOUTHERN ARTERY QUINCY MA 02169_
Name of my ward living at Fernald Developmental Center       Residence of my ward
_AUDREY PETERS_                          _COTTEGE # 7_

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 200

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Audrey Peters_     _Cottage 7_.
<span style="font-size:smaller">Name of individual living at Fernald          Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Marie Troisi_                              _3/14/08_
Signature of Guardian                        Date signed

_MARIE   TROISI_
Print name of guardian

_7733 ST. BERNARD ST. #2  PLAYA DEL REY CA 90293_
Print Address of guardian

_Audrey Peters_                            _Cottage 7_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Albert S. Hirshberg Jr._    _Cottage 7A_ .
        Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Judd H. Hennessy_                           _3-12-08_
Signature of Guardian                          Date signed

_Judy H. Hennessy_
Print name of guardian

_35 Treetop Park     Westboro, MA 01581_
Print Address of guardian

_Albert S. Hirshberg Jr._          _Cottage 7A_
Name of my ward living at Fernald Developmental Center       Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Ronald  Russo_____ _Cottage 8_____.
                        Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Diane Booher  Mark Booher_____        _3/11/08_____
Signature of Guardian                          Date signed

_Diane Booher_  MARK BOOHER            _Ptty T. Ryess_ (Father)
Print name of guardian                         11 Jerome Avenue

_6 Robin Road, Westborough, MA 01581_    West Newton, MA 02465
Print Address of guardian

_Ronald Russo_____        _Cottage 8_____
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Randall  Russo_____ _Cottage 8_____.
　　　　　　　　　　　　Name of individual living at Fernald　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Diane Booher_ _Mark Booher_　　　_3/11/08_
Signature of Guardian　　　　　　　　　　　　　　Date signed

_Diane Booher_ _MARK BOOHER_　　_Peter L. Wedd (father)_
Print name of guardian　　　　　　　　　　　　　11 Jerome Avenue

_6 Robin Road, Westborough MA 01581_　_West Newton, MA 02465_
Print Address of guardian

_Randall Russo_　　　　　　　　　　_Cottage 8_
Name of my ward living at Fernald Developmental Center　　Residence of my ward


Cc:　DMR Client Record
　　Joseph L. Tauro, United States District Judge
　　Marianne Meacham, DMR General Counsel
　　Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Diane C. Valeriani*        *Cottage 9B*.
Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. *Please place this letter in the permanent DMR Client
File of my ward. + Further, however, in the event of a proposed on-grounds
move, we expect to be notified and included in that decision.*
I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Edward A. Valeriani*        *Eleanor Valeriani*        *March 15, 2008*
Signature of Guardian        Date signed

*Edward A. Valeriani / Eleanor P. Valeriani*
Print name of guardian

*1409 Sandwich Road, E. Falmouth, MA 02536-4257*
Print Address of guardian

*Diane C. Valeriani*        *Cottage 9B*
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____Bernard T Leddy_____ _____Cottage 11_____.
                        Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____Mary Berry_____                        _____March 17 2008_____
Signature of Guardian                              Date signed

_____Mary Berry_____
Print name of guardian

_____63 Elm Knoll Rd., Braintree, Ma, 02184_____
Print Address of guardian

_____Bernard T Leddy (Brother)_____        _____Cottage 11_____
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Theodore  Alperin_    _Cottage 11_ .
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____
Signature of Guardian

_3/13/08_
Date signed

_E. S. Alperin_
Print name of guardian

_327 Sweetgum Dr, Knoxville, TN 37924_
Print Address of guardian

_Theodore  Alperin_
Name of my ward living at Fernald Developmental Center

_Cottage 11_
Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____*Eileen  Kelly*_____         _____*Fernald*_____.
                        Name of individual living at Fernald                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____*Michael J. Kelly*_____                        _____*3/16/08*_____
Signature of Guardian                                Date signed

_____*Michael  J.  Kelly*_____
Print name of guardian

_____*75  Jordan  RD*_____  *Franklin*  *MASS*  *02038*
Print Address of guardian

_____*Eileen  Kelly*_____                        _____*Cottage # 13  Fernald*_____
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:    DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward. _Maria  N.  GIRNIUS - Malone Park Cottage #21_
Name of individual living at Fernald                                  Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Valeria Girnius_                                      _March 15 2008_
Signature of Guardian                                   Date signed

_VALERIA GIRNIUS_
Print name of guardian

_40 Sunset Hill Road, Roslindale, MA  02131-1346_
Print Address of guardian

_MARIA N. GIRNIUS_                    _MALONE PARK Cottage #21_
Name of my ward living at Fernald Developmental Center      Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded. Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Barbara Vining_____ _Malone 23_____.
　　　　　　　　　　　Name of individual living at Fernald　　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Susan Vining March_____　　　　　　_3/13/08_____
Signature of Guardian　　　　　　　　　　　　　　　　　Date signed

_Susan Vining March_____
Print name of guardian

_12 Hillside Drive, Easton, CT 06612_____
Print Address of guardian

_Barbara Vining_____　　　　　　_Malone 23_____
Name of my ward living at Fernald Developmental Center　　　Residence of my ward

Cc:   DMR Client Record
　　　Joseph L. Tauro, United States District Judge
　　　Marianne Meacham, DMR General Counsel
　　　Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Andrew    Pierce*    *Fernald  -malon Park*
    <u>Name of individual living at Fernald</u>               <u>Residence</u>        *13*

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____        _____
Signature of Guardian                           Date signed

*DIANE  NOSNIK*
Print name of guardian

*5404  Blackhawk Dr  Plano Tx  75093*
Print Address of guardian

*Andrew  Pierce  —  Malone Park 23- Fernald*
Name of my ward living at Fernald Developmental Center        Residence of my ward

                                                  *Developmental Center*

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, *GAil M. ARoNe*    *MAloNe PARK 21*
Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

*signature*                              *march 11, 2008*
Signature of Guardian                    Date signed

*MARilyN MeAghpR*
Print name of guardian

*24 WARwick Road*     *waTerTown, MA 02472*
Print Address of guardian

*Gail M. Arone*              *malone Park 21*
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Gail  Arone_          _Malone 2_/
        Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Jane M. Webber_                              _3/11/08_
Signature of Guardian                                Date signed

_Jane M. Webber_
Print name of guardian

_28  Warwick Rd. Watertown, Ma. 02472_
Print Address of guardian

_Gail  Arone_                              _Malone 2_
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:  DMR Client Record
    Joseph L. Tauro, United States District Judge
    Marianne Meacham, DMR General Counsel
    Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Patrick Costa_ _Farrell Hall_.
                     Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Ann M. Witham_                                      _3/11/08_
Signature of Guardian                                 Date signed

_Ann M. W. tham_
Print name of guardian

_64-3 Jacqueline Rd, Waltham, MA 02452-4973_
Print Address of guardian

_Patrick Costa_                                       _Farrell Hall_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Patricia  Mac Donald_     _Green blind_
                        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_William R Mac Donald_                          _03-10-08_
Signature of Guardian                                 Date signed

_William R Mac Donald_
Print name of guardian

_12 Larchmont Ave Waltham, MA 02451_
Print Address of guardian

_Patricia Mac Donald_                           _Green Blud_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Patricia A. Devin_____ _Cottage 8_.
　　　　　　　　　　　　 Name of individual living at Fernald　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_James E. Devin_____          _5/11/08_____
Signature of Guardian                              Date signed

_James F. Devin, Jr._____
Print name of guardian

_51 Lexington Street, Unit #23, Waltham, MA 02452_
Print Address of guardian

_Patricia A. Devin_____          _Cottage 8_____
Name of my ward living at Fernald Developmental Center      Residence of my ward


Cc:　DMR Client Record
　　　Joseph L. Tauro, United States District Judge
　　　Marianne Meacham, DMR General Counsel
　　　Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Carolyn  J.  Salvucci_    _Cottage 7_ .
                      Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Jean J. Salvucci_                                      _3/11/08_
Signature of Guardian                                   Date signed

_Jean  J.  Salvucci_
Print name of guardian

_88  Lexington  St.   1-509_          _Waltham,  MA   02452_
Print  Address of guardian

_Carolyn  J.  Salvucci_                  _Cottage 7_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Laurie Lee Herald_ _cottage 13_
<u>Name of individual living at Fernald</u>          <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_George W. Herald_                              _March 10 08_
Signature of Guardian                           Date signed

_GEORGE  W  HERALD_
Print name of guardian

_HARDMORE  AVE  BURLINGTON  MASS_
Print  Address of guardian                              _01803_

_LAURIE  LEE  HERALD_        _Cottage 13_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, JOSEPh MERCuRiO    Cottage "7"
<u>Name of individual living at Fernald</u>    <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____    3/11/08
Signature of Guardian    Date signed

Roberta McDonough
Print name of guardian

20 TEuWELL DRiVE Saugus. Ma. 01906
Print Address of guardian

JosEph MERCuRiO    Cottage "7"
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Clara E. Testa_        _Cottage #7_ .
                       Name of individual living at Fernald      Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Joanne M. Margeson_                         _3/11/08_
Signature of Guardian                        Date signed

_JoANNE M. MARGESON_
Print name of guardian

_7 NORTh LANE, FRAMINGham, MA, 01701_
Print Address of guardian

_Clara E. Testa_                             _Cottage #7_
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Richard H. Brown_        _Malone Park 23_.
                       Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Elizabeth Lee Koss_                              _3/11/08_
Signature of Guardian                              Date signed

_Elizabeth Lee Koss, Sister/Co-Guardian_
Print name of guardian

_59 Stagecoach Road, Amherst, MA  01002-3526_
Print Address of guardian

_Richard H. Brown_                              _Malone Park 23_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward,  _Cheryl  Gannon_   _Cottage 8  Fernald School_
                        Name of individual living at Fernald    Residence   _Waltham_

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Constance Castelline_                    _March 11, 2008_
Signature of Guardian                           Date signed

_Constance Castelline_
Print name of guardian

_53 Whitman Road  Waltham, MA 02453_
Print Address of guardian

_Cheryl Gannon_        _Cottage 8-Fernald School,_
Name of my ward living at Fernald Developmental Center    Residence of my ward
                                                          _Waltham, MA_

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward *Margaret H. Capeless*    *Melrose Park 21.*
　　　　　　　　　　Name of individual living at Fernald　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


*Carole A. Kohler*                          *March 11, 2008*
Signature of Guardian                          Date signed

*CAROLE A. Kohler*
Print name of guardian

*26 Dune Terrace, Randolph, Ma. 02368*
Print Address of guardian

*Margaret H. Capeless*            *Melrose Park 21*
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:   DMR Client Record
　　　Joseph L. Tauro, United States District Judge
　　　Marianne Meacham, DMR General Counsel
　　　Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _SUSAN C. BOLGEN_    _GREENE BLDG. APT. 4_
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Marianne Bolgen_                          _11 March 2008_
Signature of Guardian                      Date signed

_MARIANNE BOLGEN_
Print name of guardian

_144 VALE ST. TEWKSBURY MA 01876_
Print Address of guardian

_SUSAN C. BOLGEN_          _GREENE BLDG. APT #4_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____JOHN WALSH_____     _____23 MALONE PARK_____
                              Name of individual living at Fernald                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____                    _3/13/08_____
Signature of Guardian                                         Date signed

_TERESA WALSH_____
Print name of guardian

_281 1/2 MAIN ST. CHARLESTOWN, MA 02129_____
Print Address of guardian

_JOHN WALSH_____                    _23 MALONE PARK_
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Brian J. Morrison  Jc F-24- Malone Park_
<u>Name of individual living at Fernald</u>            <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Marie Drugan_                              _3-11-08_
Signature of Guardian                            Date signed

_MARIE DRUGAN_
Print name of guardian

_136 HEATHER LANE_
Print Address of guardian

_Brian J. Morrison_              _Jc F-24- Malone Park_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _JOHN SOLAS_____    FARRELL HALL
                       Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Diane McKenzie_____        _3/13/08_____
Signature of Guardian                            Date signed

_DIANE MCKENZIE_____
Print name of guardian

_309 SUMMER ST. ARLINGTON, MA 02474_____
Print Address of guardian

_JOHN SOLAS_____                _FARRELL HALL_____
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward,  *Grace Curtis*   *Cottage 11*  .
        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


*Eileen G. Murphy*                              *3/13/2008*
Signature of Guardian                            Date signed

*EILEEN C MURPHY*
Print name of guardian

*61 WATER ST   P O BOX 391   EPPING NH 03042*
Print Address of guardian

*GRACE CURTIS*                              *COTTAGE 11*
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Alan Baker_  _FC K NACD_
       Name of individual living at Fernald           Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Shirley Goldberg_              _3/13/08_
Signature of Guardian                      Date signed

_Shirley Goldberg_
Print name of guardian

_5/88M  EUROPA  DR  BOYNTON BEACH, FL 33437_
Print Address of guardian

_Alan Baker_                _FERALD  Cottage 8_
Name of my ward living at Fernald Developmental Center      Residence of my ward


Cc:   DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _JANICE BELMONTE_  _FERNALD_ .
<span>Name of individual living at Fernald</span>          <span>Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Richard J. Belmonte_
Signature of Guardian

_3-14-08_
Date signed

_RICHARD J. BELMONTE_
Print name of guardian

_652 East 6th St. So. Boston, MA 02127_
Print Address of guardian

_JANICE BELMONTE_
Name of my ward living at Fernald Developmental Center

_FERNALD Malone Park    ICF 3H_
Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _JANICE BELMONTE_    _FERNALD_.
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Fay R. Medico_                              _3-14-08_
Signature of Guardian                         Date signed

_FAY R. MEDICO_
Print name of guardian

_731 East 6th St. So. Boston, MA. 02127_
Print Address of guardian

_JANICE M. BELMONTE_              _FERNALD MALONE PARK 34_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _EILEEN R. KELLY_    _COTTAGE 13B_.
               Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_James H. Kelly_    3/10/08
Signature of Guardian    Date signed

_JAMES H. KELLY_
Print name of guardian

_167 WINTER ST., WALTHAM, MA 02451-0924_
Print Address of guardian

_EILEEN R. KELLY_    _COTTAGE 13 B_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Walter E. McMullen    Cottage 11_ .
                        Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_[signature]_                                      _3/10/08_
Signature of Guardian                               Date Signed

_Dana McMullen_
Print name of guardian

_12 Rockelle Dr    Wakefield, MA. 01880_          _Fernald Center_
Print Address of guardian                          _200 Trapelo Rd._
                                                   _Waltham, MA. 02452_
_[signature]_                                      _Cottage 11_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Stephen F. Hinckley   Cottage .13_
                      Name of individual living at Fernald          Residence
                                                      Fernald Development
Neither my ward nor I wish to receive any further communication from the    Center
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____          _0_3/16/2008___
Signature of Guardian                       Date signed

_Ann  E   Hinckley_____
Print name of guardian

_811  Maple  St   Manchester, N.H 03104_
Print Address of guardian

_Stephen F Hinckley_____  _Cottage 13 Fernald Dev._
Name of my ward living at Fernald Developmental Center   Residence of my ward
                                                              Center

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Richard D. Whalen_.
Name of individual living at Fernald                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Patricia C. Whalen (mother)_              _03/11/08_
Signature of Guardian                                    Date signed

_Patricia C. Whalen_
Print name of guardian

_779 Congress St. Portland, Me. 04102-3333_
Print Address of guardian

_Richard D. Whalen_                          _FARRELL HALL_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Philip G. McGowan_ _Fernald_
　　　　　　　　　Name of individual living at Fernald　　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Jacqueline McGowan_

_Mary Me Gowan_　　　　　　　　　_03-10-08_
Signature of Guardian　　　　　　　　　　　　　Date signed

_Mary E. McGowan, Jacqueline M Gowan_
Print name of guardian

_25 Cook St. Charlestown, Ma 02129_
Print Address of guardian

_Philip G. McGowan_　　　_Green Bldg -Fernald_
Name of my ward living at Fernald Developmental Center　　Residence of my ward

Cc:　DMR Client Record
　　Joseph L. Tauro, United States District Judge
　　Marianne Meacham, DMR General Counsel
　　Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Ann Frances "Nancy" Shea*    *Cottage 9*
<u>Name of individual living at Fernald</u>    <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


*Adeline M. Callan*    *3-11-08*
Signature of Guardian    Date signed

*Adeline M. Callan*
Print name of guardian

*91 Aberdeen Drive, Scituate, MA 02066*
Print Address of guardian

*Ann Frances "Nancy" Shea*    *Cottage 9*
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward,  *ANNE FRANCES (NANCY) SHEA* .
                        Name of individual living at Fernald                Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Gerard F. Shea*                                    *3/11/08*
Signature of Guardian                                Date signed

*GERARD FRANCIS SHEA*
Print name of guardian

*862 E. 4th St. South Boston, MA. 02127*
Print Address of guardian

*NANCY SHEA*                              *Cottage 9B*
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Ann X Shea_ _____ _Cottage 9_ .
                  Name of individual living at Fernald           Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Jacqueline M. Brown_                  _3-11-08_
Signature of Guardian                                   Date signed

_Jacqueline M. Brown_
Print name of guardian

_801½ East 3Rd ST. South Boston MA 02127_
Print Address of guardian

_Ann F Shea "Nancy"_                  _Cottage 9_
Name of my ward living at Fernald Developmental Center         Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _MARY ANN KAUFman_____.
                      Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Laetta a Zannis_                          _3/12/08_
Signature of Guardian                       Date signed

_LORETTA A ZANNIS...._
Print name of guardian

_55 MERRYmount Rd    Quincy MA 02169_
Print Address of guardian

_MARY ANN Kaufman_                 _Fernald School_
Name of my ward living at Fernald Developmental Center    Residence of my ward

                                    _200 TRapelo Rd._
                                    _Waltham MA 02452_

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, JOHN CICERONE    MALONE PK. # 22
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Mary Sbordone - sister - guardian.                3-12-08
Signature of/Guardian                              Date signed

MARY SBORDONE
Print name of guardian

101 BELMONT ST.    QUINCY, MA. 02170
Print Address of guardian

JOHN CICERONE                      MALONE PK. #22
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _John Hovrihan_ _Cottage 23_ .
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____                    _3/10/0V_
Signature of Guardian                               Date signed

_Ann Hovrihan_
Print name of guardian

_73 Treeton Drive Braintree MA 02184_
Print Address of guardian

_John Hovrihan_                                     _Cottage 23_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *James Jeffrey Brudreau*         *cottage 9*         .
                    Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Lorraine A. Lyons*                                    *3/11/08*
Signature of Guardian                                   Date signed

*Lorraine A. Lyons*
Print name of guardian

*41 Herschel St Lynn. MA. 01902*
Print Address of guardian

*James Jeffrey Boudreau*                    *cottage 9 - Fernald*
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _KAREN E. LA COUNT_      _FARRELL HALL APT 3 CD_
                        Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Kevin M LaCount_                          _3/11/08_
Signature of Guardian                       Date signed

_Kevin M La Count_
Print name of guardian

_180 Everett Ave    Chelsea, MA. 02150_
Print Address of guardian

_KAREN E. LA COUNT_                        _FARRELL HALL APT 3 CD_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _STEPHEN_    _CORDER_             .
                      Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

March 11  20480

Signature of Guardian                          Date signed
_Bernice De Roche_            CHELSEA MA SS  02180
Print name of guardian
BERNICE  DE ROCHE        49 CARROLL ST
Print Address of guardian
49  CARROLL ST.          STEPHEN CORDER

Name of my ward living at Fernald Developmental Center     Residence of my ward

Cottage 7

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Barbara Vining* - *Malone Park # 23*
<span>Name of individual living at Fernald</span>                    <span>Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


*Vivian Vining*
Signature of Guardian                                         Date signed

*Vivian Vining*
Print name of guardian

*18 Calvin St., Lexington, Mass. 02420*
Print Address of guardian

*Barbara Vining*                          *Malone Park 23*
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____STCVIN bLASS_____  _____COTTAGE 8_____.
                         Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Mudull Dlwun_                                    _3/12/08_
Signature of Guardian                              Date signed

_Marshall F. NEWMAN_
Print name of guardian

_25 Willacp RD,    Brooklne MA 02441-_
Print Address of guardian

_STEVEN bLASS_                                    _Cottage 8_
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *James Gabel* *Cottage 9* .
<span>Name of individual living at Fernald</span>          <span>Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


*Jane W. Gabel*                          *March 12, '08*
Signature of Guardian                          Date signed


Prir
    Ms. Jane Gabel
    302 Linden Ponds Way Unit 305
    Hingham, MA 02043-3766
Prir

*James Gabel*                          *Cottage 9*
Name of my ward living at Fernald Developmental Center          Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, EDWARD GALVIN _____ Cottage 3 _____.
<span style="font-size:smaller">Name of individual living at Fernald                    Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____        3/10/08
Signature of Guardian                            Date signed

JOHN GALVIN
_____
Print name of guardian

11 LEDGEROCK ROAD   MEDFIELD  MA  02052
_____
Print Address of guardian

EDWARD GALVIN                          Cottage 3
_____        _____
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _EDWIN C. LINCOLN III_  _MALONE_ _24_.
　　　　　　　　　　　　　　　　 Name of individual living at Fernald 　　　　　 Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Edwin C. Lincoln_
Signature of Guardian

_3/10/08_
Date signed

_EDWIN C. LINCOLN_
Print name of guardian

_52 WHEELWRIGHT FARM, COHASSET, MA 02025_
Print Address of guardian

_EDWIN C. LINCOLN, III_
Name of my ward living at Fernald Developmental Center

_MALONE 24_
Residence of my ward

Cc:   DMR Client Record
　　　 Joseph L. Tauro, United States District Judge
　　　 Marianne Meacham, DMR General Counsel
　　　 Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Michael    Pearlman    Cottage 11_ .
                      Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Walter Pearlman_                          _March 11 2008_
Signature of Guardian                       Date signed

_WALTER    PEARLMAN_
Print name of guardian

_99 Fitchburg Road_
Print Address of guardian

_MICHAEL    PEARLMAN_                       _Cottage 11_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Margaret Rouleau*     *Fernald /Cottage 9*
<u>Name of individual living at Fernald</u>                                    <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Dorothy Rouleau*                          *3-11-08*
<u>Signature of Guardian</u>                          <u>Date signed</u>

*Dorothy Rouleau*
<u>Print name of guardian</u>

*54 Lowe Street, Leominster, MA 01453*
<u>Print  Address of guardian</u>

*Margaret Rouleau*                          *Cottage 9*
<u>Name of my ward living at Fernald Developmental Center</u>          <u>Residence of my ward</u>

Cc:   DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Margaret Rouleau          Cottage 9*
                        Name of individual living at Fernald              Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Barbara Rouleau*                                    *3/11/08*
Signature of Guardian                                Date signed

*Barbara Rouleau*
Print name of guardian

*54 Lowe St., Leominster, MA 01453*
Print Address of guardian

*Margaret Rouleau*                          *Cottage 9*
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Carolyn____Salvucci_____Cottage__7__.
                       Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____          _3/11/08_____
Signature of Guardian                     Date signed

_Peter_E._Salvucci___
Print name of guardian

_2_Sunset_Dr._Milton,_MA____01757_____
Print Address of guardian

_Carolyn_Salvucci___                      _Cottage_7___
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____David Wasko_____ Cottage 13B_____ .
                          Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____Deborah M. Koziara_____          _3-11-08_
Signature of Guardian                 Date signed

_____Deborah M. Koziara_____
Print name of guardian

_____8 Monroe St   Shrewsbury , MA_____
Print Address of guardian

_____David Wasko    Fernald -_____      _Cottage 13B_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Brenda Rankin*              *Cottage 9*              .

    Name of individual living at Fernald           Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


*Margaret Dwyer*                                    *3/11/2008*
Signature of Guardian                               Date signed

*MARGARET DWYER*
Print name of guardian

*130 CEDAR TER. APT. D        NATICK MA 01760*
Print Address of guardian

*Brenda Rankin*                                    *Cottage 9*
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Luigi'_____.

<span style="margin-left:3em">Name of individual living at Fernald</span>                          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Dina De Amicis_____          _3-12-08_____
Signature of Guardian                                        Date signed

_Dina De Amicis_____
Print name of guardian

_DINA DE AMICIS_____
Print Address of guardian

_16 MIDDLE ST, LEOMINSTER MASS_    _Ward B.___
Name of my ward living at Fernald Developmental Center      Residence of my ward

                                               _Farwell Hall_

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Philip DeRosa_ _Cottage 3A_ .
                      Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Susan E. Surette_                                    _3/11/08_
Signature of Guardian                                  Date signed

_Susan E. Surette_
Print name of guardian

_34 So. Shore Dr. Pelham NH 03076_
Print Address of guardian

_Philip DeRosa_                                       _Cottage 3A._
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Jackie Roberts_     _Greene_    .
                     Name of Individual living at Fernald             Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Marie L. Burchfield_                                  _3-11-08_
Signature of Guardian                                  Date signed

_Marie L. Burchfield_
Print name of guardian

_16 Rogers St.     Plymouth, MA 02360_
Print Address of guardian

_Jackie Roberts_                         _Apt 4 Greene Bldg_
Name of my ward living at Fernald Developmental Center     Residence of my ward


Cc:    DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____Susan Stuart_____ _____Greene_____.
                       Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____Elizabeth Pratt_____                    _3-13-08_
Signature of Guardian                        Date signed

_Elizabeth Pratt_
Print name of guardian

_15 TREE Hill_        _ESSex MA 08929_
Print Address of guardian

_Susan Stuart_                               _Greene_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Daniel Girrior___ _Greene Bld Apt #6_
                       Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Alice Girrior_____        _3/13/08_____
Signature of Guardian                     Date signed

_Alice Girrior_____
Print name of guardian

_4-2 Trestle Way  Georgetown, MA  01833_____
Print Address of guardian

_Daniel Girrior_____        _Greene Bld apt #6_____
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Charles L. Magee Jr._    _Greene Blvd unit_
<span>Name of Individual living at Fernald</span>    <span>Residence</span>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Marion M. Dailey_                    _7-11-2008_
Signature of Guardian                 Date signed

_MARION M. DAILEY_
Print name of guardian

_1000 President Way Apt 1102  DEDham Ma 02026_
Print Address of guardian

_CharLES L. Magee Jr._         _Blind UniT-GREENE_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Neil Greenlaw_          _Greem B. Unit._
                        Name of individual living at Fernald          Residence
                                                                    FERNALD

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_Ann E. Buxton_                          _3 / 11 / 08_
Signature of Guardian                       Date signed

_ANN E BUXTON_
Print name of guardian

_1613 GABLE CT    MERRITT ISL,  FL,  32953_
Print Address of guardian

_NEIL E. GREENLAW_                    _FERNALD  G.B.U._
Name of my ward living at Fernald Developmental Center          Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *DONNA   L. EATON      GREENE*    .
                 Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Phyllis M. Papadi_               _03-12-08_
Signature of Guardian                                 Date signed

*PHYLLIS M. PARSKI*
Print name of guardian

*201 BROOKSBY VI. DR. PEABODY, MA 01960*
Print Address of guardian

*DONNA L EATON*               *GREENE*
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Robert Caterino* *Greene* .
                          Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Jean Sullivan*                  *3/11/08*
Signature of Guardian                      Date signed

*M. Jean Sullivan Caterino*
Print name of guardian

*95 Paul Revere Rd   ARL, 02476*
Print Address of guardian

*Robert Caterino*          *Greene Building*
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Anne Byrne_ - _MAR QUARDT_.-
                        Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Susan C Byrne_                                    _3-11-08_
Signature of Guardian                              Date signed

_Susan C. Byrne_
Print name of guardian

_16 Rose Clark Street. Dorchester ma. 02125_
Print Address of guardian

_Anne Byrne_                                _MARQUARDT-_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *Marilyn A. Davidson*        *TCF 24*        .
                        Name of Individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Regina M. Davidson / A. Paulen*                              *3-11-08*
Signature of Guardians                                        Date signed

*REGINA M. + ALBERT H. DAVIDSON*
Print name of guardians

*52 Beacon St. Johnston RM 04074*
Print Address of guardian

*Marilyn A Davidson*                                          *TCF-24*
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the c
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _FRAN CIS  H  BURNS  JR_____.
  <u>Name of individual living at Fernald</u>                    <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian                                    _3 -11- 2008_
                                                         Date signed

_CARMELLA J. HARRIS_
Print name of guardian

_128 TUCKER DR. CON TOO COOK, N.H. 03229_
Print Address of guardian

_FRANCIS H. BURNS JR._                    _MALONE  23_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, Barbara   Moran                                    .
                        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement.  Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian                                    3-12-08
                                                         Date signed

Joan E. Moran
Print name of guardian

125 Granite Place, Quincy MA 02169   Apt. 401
Print Address of guardian

Barbara Moran                                    M.P. 21
Name of my ward living at Fernald Developmental Center   Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _BRIAN F HUGHES_  _FERVALD CTR. WALTHAM MA_
    Name of individual living at Fernald      Residence    _COTTAGE 3-B_

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Joseph C. Hughes_         _March 13, 2008_
Signature of Guardian                 Date signed
_JOSEPH A. HUGHES_
Print name of guardian

_120 C-1 TALL OAKS DRIVE WEYMOUTH, MA 02190_
Print Address of guardian

_BRIAN F. HUGHES_         _COTTAGE 3-B FERNALD CTR_
Name of my ward living at Fernald Developmental Center     Residence of my ward
                         _200 TRAPELO RD_
                         _WALTHAM MA. 02452_

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the or     of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, ___Susan___ Meissner___ ___Cottage 7___.
                     Name of individual living at Fernald              Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

H. Cody Meissner, MD                          March 11, 2008
Signature of Guardian                          Date signed
H. Cody Meissner
Print name of guardian
28 Candleberry Lane     Weston, MA
Print Address of guardian
Susan Meissner                                 Cottage 7
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, ___Manuel___ ___Barreiro___.
    Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Jwsa Barreiro_
_____                    ___3/11/08___
Signature of Guardian                                          Date signed

_Isabel Mills + Rosa Barreiro_
Print name of guardian

_1 Tamaruck Ter_
Print Address of guardian

_Manuel Barreiro_          _Cottage 7_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Mary Ann_ _Saunders_ _Cottage_.
<br>Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Mary Saunders_                                    _3/12/08_
Signature of Guardian                                Date signed

_Mary Saunders_
Print name of guardian

_7 Montclair Circle, Billerica, MA 01821_
Print Address of guardian

_Mary Ann Saunders_                          _Cottage 8_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:    DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _RICHARD PIZZELLA COTTAGE 8_ .
                                     Name of individual living at Fernald                      Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Celia M. Pizzella_                    _3/12/08_
Signature of Guardian                               Date signed

_CELIA M. PIZZELLA_
Print name of guardian

_X ANDERSON RD._     _HINGHAM MASS. 02043_
Print Address of guardian

_RICHARD PIZZELLA_                  _COTTAGE 8_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward,_____.
                        Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Lillian S. White_____          _____
Signature of Guardian                                   Date signed

_Lillian S. White_____
Print name of guardian

_185 Main St Malden Ma. 02148_
Print Address of guardian

_HUMAN Sher____ Cottage 9_
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *MARYANNE SAMPSON*          *Cottage 9*
                    Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Paula M. Lenton*                                    *3/12/08*
Signature of Guardian                                  Date signed

*Paula M. Lenton (sister)*
Print name of guardian

*180 Hamilton Ave, Quincy, MA 02171*
Print Address of guardian

*MARY ANNE SAMPSON*                    *Cottage 9*
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _SHELDON  RAVECH_____  _COTTAGE  9_.
　　　　　　　　　　　　Name of individual living at Fernald　　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian

_JACK  L,  RAVECH_
Print name of guardian

_49  TILLOTSON ROAD #1_   _NEEDHAM_  _MA_  _02494_
Print Address of guardian

_3 -12 -08_
Date signed

_SHELDON  RAVECH_
Name of my ward living at Fernald Developmental Center

_COTTAGE  9_
Residence of my ward

Cc:  DMR Client Record
　　Joseph L. Tauro, United States District Judge
　　Marianne Meacham, DMR General Counsel
　　Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _$S T E P H E N   C O R D E R$_ _$F e r N A L D$_

<u>Name of individual living at Fernald</u>    <u>Residence</u>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Edward J. Aronsult_                           3 - 12 - 08
Signature of Guardian                          Date signed
_Edward J. ARSENAULT_
Print name of guardian

_185 Lowell St   Peabody   MA   01960_
Print Address of guardian

_STEphen Corder_                    _Fernald Developmental_
Name of my ward living at Fernald Developmental Center        Residence of my ward

                                    _Cottage 7_

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *MARIANNE SAMPSON*    *COTTAGE N 9*.
<div style="margin-left:2em;font-size:smaller">Name of individual living at Fernald        Residence</div>

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_____          *3-11-08*
Signature of Guardian                                              Date signed

*JAMES L SAMPSON*
Print name of guardian

*37 SHEFFIELD AVE BRAINTREE MA. 02184*
Print Address of guardian

*MARIANNE SAMPSON*                        *COTTAGE 9*
Name of my ward living at Fernald Developmental Center          Residence of my ward


Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center, as my first and only preference for the residential
placement of my ward, _Laurence O'Rourke_ _Cottage 13 A side_
                        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Dorothy O'Rourke_                              _____
Signature of Guardian                           Date signed

_DOROTHY C. ROURKE_
Print name of guardian

_91 CLIFTON ST, CAMBRIDGE, MASS 02140_
Print Address of guardian

_Laurence O'Rourke_   _Cottage 13 A side_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _____Stephen  Pickering_____ _Cottage #13_.
                        Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Kathleen M. Sullivan_                          _3/12/08_
Signature of Guardian                          Date signed

_Kathleen  M.  Sullivan_
Print name of guardian

_One  Aerial  Street_ , _Lexington_ , _MA_  _02421_
Print Address of guardian

_Stephen  Pickering_                          _Cottage #13_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _JANE DEUTSCHMANN_ _FARRELL HALL_
                      Name of individual living at Fernald      Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Grace Lerman_                          _3/11/08_
Signature of Guardian                       Date signed

_GRACE LERMAN_
Print name of guardian

_15 D'ORLANDO WAY    DANVERS, MA 01923_
Print Address of guardian

_JANE DEUTSCHMANN_                    _FARRELL HALL_
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _BRIAN    MORRISON_ _ICF -24- MAlone_
                        Name of individual living at Fernald        Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


_John J Morson_                              _3-12-08_
Signature of Guardian                          Date signed

_John   J   Morrison_
Print name of guardian

_26  Eastview  Ave  Billerica, MA  01891_
Print Address of guardian

_Brian  Morrison_                            _ICF-24- MAlone_
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007. to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _LARRY O'ROURKE_ _COTTAGE 13 A_.
Name of individual living at Fernald                                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Susan O'Rourke_                           _3/12/08_
Signature of Guardian                           Date signed

_SUSAN O'ROURKE_
Print name of guardian

_153 WELLMAN AVE NORTH CHELMSFORD MA 01823_
Print Address of guardian

_LARRY O'ROURKE_                        _COTTAGE 13A_
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Philip J. DeRosa_    _Cottage 3_.
Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Patricia Beaulieu_                          _Mar. 12 2008_
Signature of Guardian                         Date signed

_PATRICIA BEAULIEU_
Print name of guardian

_20 Rhoda St, Tewksbury MA 01876_
Print Address of guardian

_Philip J. DeRosa_                           _Cottage 3_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Femald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Eileen Bradley_ _Cottage 1B Fernald Center_
        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Paula M. Murphy_                    _3-11-08_
Signature of Guardian                          Date signed

_Paula M. Murphy_
Print name of guardian

_99 Chandler Rd. Medford, MA 02155_
Print Address of guardian

_Eileen Bradley_              _Cottage 7B_
Name of my ward living at Fernald Developmental Center       Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided ʊ,        ːr of
United States District Judge Joseph L. Tauro on August 14, 2007, to ranκ
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _Joyce   nickless_ ~~MARGBLAED~~
            Name of Individual living at Fernald                    Residence
                                                                              *mARguARDt*

Neither my ward nor I wish to receive any further communication from the   *nursing*
Commonwealth of Massachusetts Department of Mental Retardation regarding        *center*
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Jean M Dolan_                                    _3-10-08_
Signature of Guardian                              Date signed

_Jean M Dolan_
Print name of guardian

_40 mAphe St, melrose, mA, 02176_
Print Address of guardian

_Joyce Nickless_                  _mARquARDt nursing_
Name of my ward living at Fernald Developmental Center    Residence of my ward *center*


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

*Summer/Seasonal Address*
*20 Garrison Ave.*
*York, me 03909*

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _DAVID 1 JOHNSTON Jr.    GREEN BLIND UNIT_
        Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_____    _3/12/08_
Signature of Guardian    Date signed

_DAVID 1 JOHNSTON Sr._
Print name of guardian

_DAVID F. JOHNSTON JR. 20 PINE ROCK RD. NAPLES ME 04055_
Print Address of guardian

_DAVID 1 JOHNSTON Jr._    _GREEN BRINN UNIT_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _MARIO GAILUCCIO_ _WAlter Fernald_
 Name of individual living at Fernald                    Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

_Roberta Galleen_                          _3/12/08_
Signature of Guardian                          Date signed

_Roberta Gallucci_
Print name of guardian

_18 Crest view Circle_          _Unit 198 Londonderry_
Print Address of guardian                            _NH 03053_

_MARIO GALLUCCIO_             _Fernald_
Name of my ward living at Fernald Developmental Center      Residence of my ward
                                   _MALONE PARK 23_

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, ___Gretchen Lyne___ ___Greene Bldg.___
                        Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.


___Helene G. Lyne___                          ___March 13, 2008___
Signature of Guardian                              Date signed

___Helene G. Lyne___
Print name of guardian

___9 Chauncy St. Cambridge, MA 02138___
Print Address of guardian

___Gretchen Lyne___                           ___Greene___
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, *ANNE BYRNE*     *MARQUARDT NURSING CENTER*
                        Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

*Jane Crowley*                                    *March 11, 2008*
Signature of Guardian                                 Date signed

*ANNE C ROWLEY*
Print name of guardian

*36 GRANGER ST, QUINCY MASS 02170*
Print Address of guardian

*ANNE BYRNE*                        *MARQUARDT NURSING CENTER*
Name of my ward living at Fernald Developmental Center          Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank
Fernald Developmental Center as my first and only preference for the residential
placement of my ward, _MARY ROSE GUARAGNA_   _GREENE-APT2_ .
                          Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation regarding
further residential placement. Please place this letter in the permanent DMR Client
File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to
Judge Tauro in order to make my attestation a permanent and public record of the
Federal Court that remaining at Fernald Developmental Center is in my ward's best
interests.

As guardian, I look forward to continuing to work with the staff of Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian                                      _3/12/08_
                                                            Date signed

_PETER  J.  GUARAGNA_
Print name of guardian

_// FELLS  RD.  STONEHAM, MA. 02180-2856_
Print Address of guardian

_MARY  ROSE  GUARAGNA_                    _GREENE - APT2_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.