March 28, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of
United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald
Developmental Center as my first and only preference for the residential placement of my
ward, Michelle Harvey who lives in the Greene Building.

Neither my ward nor I wish to receive any further communication from the
Commonwealth of Massachusetts Department of Mental Retardation, or from any vendor
contracted by the Department regarding further residential placement. Please place this
letter in the permanent DMR Client File of my ward, Michelle Harvey.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge
Tauro in order to make my attestation a permanent and public record of the Federal Court
that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of the Fernald
Developmental Center to meet my ward's ongoing, active treatment needs.

Signature of Guardian                                        March 28,2008
                                                             Date Signed

Joanne S. George
Print name of guardian


60 Maple Street, Unit A, Canton, MA 02021
Print address of guardian

Michelle Harvey                                  Greene Building
Name of my ward living at Fernald Developmental Center    Residence of my ward


Cc: DMR Client Record
Honorable Joseph L. Tauro, United States District Judge
Marianne Meacham, DMR General Counsel
Fernald League for the Retarded