

# FERNALD LEAGUE *for the* RETARDED, *Inc.*
### P.O. BOX 85 – BELMONT, MA 02478-0002
Telephone: 781-891-7345

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

April 17, 2008

Honorable Joseph L. Tauro
John J. Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Tauro,

Enclosed are additional copies of letters forwarded to Linda Montminy, facility director of the Fernald Developmental Center. The guardians are documenting and exercising their option to rank Fernald as their preference for residential residency of their wards in accordance with your order of August 14, 2007.

Respectfully,

Diana Zinnell
Secretary

/dz
Enc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _BRIAN Hughes_  _Cottage 3_.
   Name of individual living at Fernald            Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_[signature]_                                              _3/29/2008_
Signature of Guardian                                       Date signed

_Joseph A Hughes_
Print name of guardian

_3 Proctor St   Natick, MA 01760_
Print Address of guardian

_Brian Hughes_                                              _Cottage 3_
Name of my ward living at Fernald Developmental Center      Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __DAVID WASKO__ __COTTAGE 13 B__.
          Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

__Theresa Wasko__          __3-28-08__
Signature of Guardian          Date signed

__THERESA WASKO__
Print name of guardian

__102 D WINGFOOT DR    Jupiter, FL. 33458__
Print Address of guardian

__DAVID WASKO__          __Cottage 13 B__
Name of my ward living at Fernald Developmental Center      Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _Jean + Joan Hanlon_   _Cottage 13_
          Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Robert Hanlon_                                3-28-08
Signature of Guardian                            Date signed

ROBERT HANLON
Print name of guardian

22 LAKESHORE DR WAYLAND, MA 01778
Print Address of guardian

JEAN + JOAN HANLON            COTTAGE 13
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _Natalie Kovacev_ — _Malone Park 21_
                              Name of individual living at Fernald          Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_[signature: Capozzi]_                                   3/20/08
Signature of Guardian                                             Date signed

Sandra Capozzi
Print name of guardian

33 North Shore Rd - Windham NH 03087
Print Address of guardian

Natalia Kovacev - ICF-21
Name of my ward living at Fernald Developmental Center       Residence of my ward

Cc: DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _PAUL F CHISHOLM_   _MALONE PARK_
　　　　　　　　　　　　　　Name of individual living at Fernald　　　　　　　Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Helen L Chisholm_　　　　　　　　　　　_04-19-08_
Signature of Guardian　　　　　　　　　　　Date signed

_HELEN L CHISHOLM_
Print name of guardian

_1 HOLBORN PK GROVE HALL ROXBURY, MA 02121_
Print Address of guardian

_PAUL F. CHISHOLM_　　　　　　　　　_MALONE PARK_
Name of my ward living at Fernald Developmental Center　　　Residence of my ward


Cc:　DMR Client Record
　　　Joseph L. Tauro, United States District Judge
　　　Marianne Meacham, DMR General Counsel
　　　Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __Charles L. Magee__  __Fernald__.
　　　　　　　　　　　　　　Name of individual living at Fernald　　　　　Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Deborah A. McNamara_　　　　　　　　　　_3/23/08_
Signature of Guardian　　　　　　　　　　　　Date signed

_Deborah A. McNamara_
Print name of guardian

_23 Dartmouth Street P.O Box 372 Humarock Ma. 02047_
Print Address of guardian

_Charles L. Magee_　　　　　　　　　　_Fernald School_
Name of my ward living at Fernald Developmental Center　　　Residence of my ward
　　　　　　　　　　　　　　　　　　　　　　　　　　　GREENE

Cc:　DMR Client Record
　　　Joseph L. Tauro, United States District Judge
　　　Marianne Meacham, DMR General Counsel
　　　Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __John L. McCarthy__  __Greene Bldg.__
                                  Name of individual living at Fernald                      Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

__Kevin J. McCarthy__                        __3-25-8__
Signature of Guardian                            Date signed

__Kevin McCarthy__
Print name of guardian

__52 Appletree Lane  Weymouth, MA- 02188__
Print Address of guardian

__John L. McCarthy__                      __Greene Bldg.__
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _Theresa Haley_ _Greene Bldg_.
Name of individual living at Fernald / Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Geo. J. Haley_                        _3/24/08_
Signature of Guardian                  Date signed

_George J. Haley_
Print name of guardian

_145 Highland Ave Watertown MA. 02472_
Print Address of guardian

_Theresa Haley_                        _Greene Bldg._
Name of my ward living at Fernald Developmental Center   Residence of my ward

Cc: DMR Client Record
    Joseph L. Tauro, United States District Judge
    Marianne Meacham, DMR General Counsel
    Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _Jeffrey Wilcox_  _Fernald Developmental Center_ _Green Building_
                   Name of individual living at Fernald           Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_____   3/24/08
Signature of Guardian                              Date signed

_Richard Jay Wilcox_
Print name of guardian

_187 Deerfield Rd, Pomfret Center, CT 06259_
Print Address of guardian

_Jeffrey Wilcox_                          _Green building_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __Melba Maria Cabanas__ __Farnell Hall Apt 3B__
<sub>Name of individual living at Fernald</sub>   <sub>Residence</sub>

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

__[signature]__                             __3/24/2008__
Signature of Guardian                       Date signed

__JORGE Cabañas__
Print name of guardian

__99 Ravenwood Street   Springfield, MA 01119__
Print Address of guardian

__Melba Maria Cabanas__           __Farnell Hall Apt 3B__
Name of my ward living at Fernald Developmental Center   Residence of my ward

Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __LINDA BARRY__   __FARREL HALL__
    Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

__[signature]__                                        __3-19-08__
Signature of Guardian                                   Date signed

__LOUISE SACCO__
Print name of guardian

__92 CARLETON RD, TEWKSBURY, MA 01876__
Print Address of guardian

__LINDA BARRY__                                        __FARREL HALL__
Name of my ward living at Fernald Developmental Center   Residence of my ward


Cc: DMR Client Record
    Joseph L. Tauro, United States District Judge
    Marianne Meacham, DMR General Counsel
    Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __BRADFORD C. LEYLAND Jr.__    __GREENE__.
                                                                                    Name of individual living at Fernald                         Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

__Lucy D. Leyland__                                              __3/27/08__
Signature of Guardian                                              Date signed

__Lucy D. Leyland__
Print name of guardian

__277 Glen Rd., Weston, MA 02493__
Print Address of guardian

__BRADFORD LEYLAND__                               __GREENE Unit__
Name of my ward living at Fernald Developmental Center        Residence of my ward

Cc:   DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March, 2008


Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452


Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _Andrew Pierce_ _Fernald_ .
                            Name of individual living at Fernald                      (Residence)

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_[signature]_                                                 4/1/08
Signature of Guardian                                        Date signed

_Mark Pierce_
Print name of guardian

_2535 Honeywood Drive_        _Carrollton TX 75006_
Print Address of guardian

_Malone Park_                                            _Malone Park_
Name of my ward living at Fernald Developmental Center        Residence of my ward


Cc:   DMR Client Record
       Joseph L. Tauro, United States District Judge
       Marianne Meacham, DMR General Counsel
       Fernald League for the Retarded, Inc.

March, 2008

Ms Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __John G. WALSH__  __ICF: #23 MALONE PARK AVE__
              Name of individual living at Fernald         Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

___Diane Walsh McDonald___  ___4/1/2008___
Signature of Guardian                             Date signed

___DIANE WALSH MCDONALD___
Print name of guardian

___5 Prospect Park___
Print Address of guardian

___John G. WALSH___        ___23 MALONE PARK AVE___
Name of my ward living at Fernald Developmental Center     Residence of my ward

Cc:  DMR Client Record
      Joseph L. Tauro, United States District Judge
      Marianne Meacham, DMR General Counsel
      Fernald League for the Retarded, Inc.

March 28, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, Michelle Harvey who lives in the Greene Building.

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation, or from any vendor contracted by the Department regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward, Michelle Harvey.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of the Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_[signature]_
Signature of Guardian

Joanne S. George
Print name of guardian

March 28, 2008
Date Signed

60 Maple Street, Unit A, Canton, MA 02021
Print address of guardian

Michelle Harvey
Name of my ward living at Fernald Developmental Center

Greene Building
Residence of my ward

Cc: DMR Client Record
Honorable Joseph L. Tauro, United States District Judge
Marianne Meacham, DMR General Counsel
Fernald League for the Retarded

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, _Adriana F Conti_     _Green - Ward 2_ .
Name of individual living at Fernald                           Residence

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Lucia Conti_                                                   _April 4, 2008_
Signature of Guardian                                          Date signed

_Lucia Conti For Adriana F. Conti_
Print name of guardian

_444 Lowell Street   Andover - Mass 01810_
Print Address of guardian

_Adriana F. Conti_                  _Green - Ward 2_
Name of my ward living at Fernald Developmental Center      Residence of my ward


Cc:  DMR Client Record
     Joseph L. Tauro, United States District Judge
     Marianne Meacham, DMR General Counsel
     Fernald League for the Retarded, Inc.

March, 2008

Ms. Linda Montminy, Facility Director
Fernald Developmental Center
200 Trapelo Road
Waltham, MA 02452

Dear Ms. Montminy:

This letter is to document that I am exercising my option as provided by the order of United States District Judge Joseph L. Tauro on August 14, 2007, to rank Fernald Developmental Center as my first and only preference for the residential placement of my ward, __Keith ~~[redacted]~~ Smith__.
_Name of individual living at Fernald_       _Residence_

Neither my ward nor I wish to receive any further communication from the Commonwealth of Massachusetts Department of Mental Retardation regarding further residential placement. Please place this letter in the permanent DMR Client File of my ward.

I authorize the Fernald League for the Retarded to send a copy of this letter to Judge Tauro in order to make my attestation a permanent and public record of the Federal Court that remaining at Fernald Developmental Center is in my ward's best interests.

As guardian, I look forward to continuing to work with the staff of Fernald Developmental Center to meet my ward's ongoing, active treatment needs.

_Nancy Flaherty_                                              _3-11-8_
Signature of Guardian                                          Date signed

_Nancy Flaherty_
Print name of guardian

_500 Douglas Rd_
Print Address of guardian

_Lowell, MA 01852_                             _Farrell Hall, Apt 2_
Name of my ward living at Fernald Developmental Center    Residence of my ward

Cc: DMR Client Record
    Joseph L. Tauro United States District Judge
    Marianne Meacham, DMR General Counsel
    Fernald League for the Retarded, Inc.