UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | | |
|---|---|---|---|
| ROBERT SIMPSON RICCI, et al., | ) | | |
| | ) | CA Nos. | 72-0469-T |
| Plaintiffs, | ) | | 74-2768-T |
| | ) | | 75-3910-T |
| v. | ) | | 75-5023-T |
| | ) | | 75-5210-T |
| ROBERT L. OKIN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

NOTICE OF WITHDRAWAL

Please withdraw from the docket my appearance for the state defendants.

MARTHA COAKLEY
ATTORNEY GENERAL


_s/Juliana deHaan Rice_____
Juliana deHaan Rice, BBO No. 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place – Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2062

Dated:    April 29, 2008

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system on April 29, 2008, and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____/s/ Juliana deHaan Rice_____