54 Lowe Street
Leominster, MA  01453
April 25, 2008

Honorable Joseph L. Tauro
United States District Court
John J. Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

Dear Judge Tauro:

My concern accelerates over the fate of Anna T.  I recently received word that last week Anna returned to Fernald for a dental appointment and was despondent and had a black eye.  It was stated that she had fallen.  When spoken to, she would not lift her head.  Who is watching Anna?  We are not allowed to visit.  I understand that visits are also restricted at Glavin for those individuals transferred from Fernald.

The residents who live at Fernald have a life of dignity and fulfillment because of you.  We guardians can rest comfortably that our loved ones are well taken care of because of you.  And humanity is enriched because of you and our Federal system of government.

By the inhumane treatment of Anna, it is obvious that, if unchecked, the care of these vulnerable individuals will revert back to neglect and abuse in a less visible community setting.  It is shown daily at Fernald what the State is capable of accomplishing with coverup, ill truth, intimidation.  It is all so well hidden.

Fernald is no longer a pig pen.  As you have said, "Most citizens, including yours truly, thought that the retarded were being very well taken care of in these beautiful enclosed institutions that were there up on the hill surrounded by acres of lush green grass."  Now they are being very well taken care of because of you.  Fernald has gone through its trials and tribulations, and stands as a beacon in the excellent care of our most vulnerable citizens.

Surrounding the unfortunate circumstance of Anna, advocating staff have been reprimanded, written up, and intimidated.  The gag order on staff persists.  They are hesitant and some fearful to speak freely.   I wait in anticipation for the results of the U.S. Attorney's Office inquiry pertaining to the abduction of Anna, to the daily treatment of Anna, and a result of how Anna will live the remainder of her life.

Respectfully yours,

Dorothy Rouleau