# FERNALD LEAGUE *for the* RETARDED, Inc.

P. O. BOX 85 — BELMONT, MA 02478-0002
Telephone: 781-891-7345
24-hour Facsimile: 781-642-9517

Affiliate of: Coalition of Families and Advocates for the Retarded, Inc.

### BUILDING REPRESENTATIVE COMMITTEE MINUTES
### MAY 4, 2008

The Building Rep. Comm. Meeting, chaired by Dorothy O'Rourke, was held Sunday, May 4, 2008, in the Withington Conf. Room at 1:30 p.m. Those in attendance were: Marie Bortone, Ed & Dolly Haddad, Peg & Joe Hughes, Jim Kelly, Carole Kohler, Susan O'Rourke, Walter Pearlman, Sue Surette and Diana Zinnell.

General Concerns

Conference Room was chilly; a heating problem. Members sat with coats on. Thank you for providing us with a heater. It took the chill off the room. Also, thank you to Morrison's for the hot coffee and cookies.

1. In Cottage 3, parents & guardians discovered old and new clothes and furniture were thrown out due to orders of the Dept. of Public Health. Do they realize that parents sent checks to buy these clothes and furniture? Parents should be reimbursed.

2. Residents being sent to hospital without information or their medication.

3. Regarding gender bathing, female staff should be taking care of female resident's personal hygiene, not male staff. This is happening on grounds. This issue has been brought up many times. Committee thought it was taken care of.

4. Consent Decree states bedrooms are not to be used for offices or break rooms.

5. It has been reported that cockroaches have been seen in an apartment on the second floor of the Greene Bldg.

All building representatives, please call other representatives or Chairperson if you do not agree with a report. Do not interfere with other building representatives' reports.

Due to family illness, there will not be a report this month from Jane Webber (Cottage 8) and Marilyn Meagher (ICF-21 & 22).

**Cottage 3 A & B – Peg & Joe Hughes reporting.**
1. Bathroom B-17 toilet leaking at base of bowl.
2. Bedroom B-5 blue trim needs painting.
3. Just inside B-27 door area, the large radiator area loaded with lint inside large cover plate.
4. Lint condition is inside cover plate just inside A-24 door area.
5. Molding is missing that surrounds two flush ceiling lights in B-dining room and one light in A-dining room. Please install.
6. A-9 bedroom trim needs painting.
7. Outdoor roofed eating and recreational area (in back of cottage) needs a new table and new bench seat. Old bench is structurally dangerous and should be replaced.
8. Management for no apparent good reason has removed the large 4 ft. square service table from the A-dining room. This table was located next to the old metal food heating cabinet that hasn't been used for years. Please return the service table ASAP. This is the table used for the staff to prepare and cut

**Building Rep. Minutes**                              - 2 -                                          **May, 2008**

        up the food before serving the residents their meals. P.S....think about removing those useless metal-heating cabinets instead!
9. Much furniture has been removed from Cottage #3. Can you give me a list of the new furniture you have acquired for the A-side and B-side? [Two separate lists, please]
10. Why were the A-side clothes cabinet removed from all the residents' bedrooms minus the clothing and thrown into the A spare empty bedroom. Where are those clothes? The rumor is that all of the residents clothing that was stored by the retired day shift supervisor were pulled out of the storeroom and tossed into the dumpster on grounds. Is this true? I know for a fact that there were many brand new clothes stored in this area.
11. Too many cigarette butts and trash in front and rear entrances to A&B cottage.
12. Finding many broken plastic chairs still being used. One is outside and being used as a doorstop. Two are out on B-side porch.
13. The DPH wanting B-9 bedroom closet doors unlocked is a violation of that resident's ISP. Please inform them when they return that there is a very good reason to keep these closet doors locked.
14. If for some reason the B-9 doors must remain unlocked, then we would like to make the following request of staff and management. After dressing in A.M., these closet doors should always be maintained in the closed position until bedtime. Thank you.

**Cottage 7 – Jean Salvucci reporting.**
1. They have enough supplies.
2. They have not moved yet.

**Cottage 9 – Dorothy Rouleau reporting.**
1. B-side Dayroom – Blue sofa is shabby and needs to be replaced.
2. Automatic door necessary for B-side of this cottage.
3. Automatic door on the A-side needs repair.
4. Room B-20 Laundry – Ecolab tube should be secured to the washer. Also, there is a perpetual water backup coming up from the drain and seems to get worse when the water drains from the washing machine.
5. More shelving needed in Rooms B-20 and A-20 Laundry Rooms.
6. B-side bathrooms – There appears to be no proper ventilation systems for these bathrooms. Nothing comes from the small square silver vents on the walls nearest the ceilings.
7. All shower stalls need thorough scrubbing from top to bottom.
8. How often are the shower chairs thoroughly cleaned and what product is used?
9. Will the windows be cleaned soon?
10. There are holes in walls, and areas where wallboard is damaged.
11. Inside doorways need repair and many areas need painting.
12. Room A-5 – Corner wall needs renovation, repair, and paint (previously requested).
13. Entry carpets, especially on the A-side, are worn and should be replaced.
14. Room A-22 Bathroom – The sink was plugged during my visit and has been a problem at other times in the past. Could there be a drainage problem in this bathroom connected with the sink? Does the tub have a similar problem?
15. Patio area needs to be cleaned and the picnic table refurbished.
16. Kitchen floor needs to be painted.
17. Oven and refrigerator need to be cleaned out.
18. Entry doors are in poor condition and some need to be replaced.
19. The cottage should be painted and some of the shingles replaced.
20. How much training is provided to the staff in helping assisting residents with oral hygiene? Is training provided to staff on a regular basis? Is this encouraged by Tufts? Is there a schedule for repeated oral hygiene training?

**Building Rep. Minutes**                              - 3 -                                              May, 2008

21. The purchase of toothpaste from China was stopped at Fernald by the outcry of building representatives due to the dangers of its use that had been made known to the public. Is there any reason why the residents of Fernald cannot have products made in the United States? Why do they now have toothpaste made in India? These are inferior products, whether shampoo, body wash, toothpaste, and must be stopped altogether. Why can't the residents have Colgate or Crest Toothpaste? Who is responsible for such purchases? Who agrees to accept such products? Would you use them yourself? The residents should have better products for their daily living. This would also help our economy.
22. The April 2008 reply concerning the Sara Lift in Cottage 9 made mention of "...a new procedure for the maintenance and repair of the Sara Lifts and that Division II will be pursuing the purchase of a new Sara Lift that will be used within the division." Would you explain the new procedure, etc.
23. The sharing of the Sara Lift was for much too long a time period. The Sara Lift and the Maxi Lift have two different and distinct purposes. There should never be a sharing for such vital pieces of equipment.

**Cottage 11 – Dolly & Ed Haddad and Walter Pearlman reporting.**
(Haddads)
1. Outside chain link fence is broken between Cottage 11 & 10.
2. The two ladies from B-Side have moved to the other side with the men on A-side.

Kitchen
3. Oven reported last month; not done.
4. Burner bibs reported last month still dirty.
5. Microwave oven still needs cleaning.
6. Milk machine reported last month still needs cleaning & has crumbs in it.

Concerns
1. The bathroom the two ladies share has a tub in it. One of the ladies has to be taken to B-side for her showers because she cannot step into the tub. It has been requested that the tub be removed and a shower installed, but would it now be easier to switch the ladies to other rooms where the bathroom has a shower?
2. The break room the staff were using was originally a laundry room for clean linens and blankets.
3. However, the other laundry room where the washer & dyer are has been adequate for storing these items. There is also a regular storage room for storing extra clothing and other items which is pretty large. The break room has been moved to another room which previously served as a bedroom or an office. A client obtained some other furniture for this room. Two bureaus and an armoire, which were taken out of his room, has been placed in the small original break room. We have a building on grounds where furniture and other items not being used are stored.

(Walter Pearlman)
1. Residents now consolidated into A-side with a <u>Dual Gender Living arrangement</u>.
2.  How is it then, that the A-22 bathroom has a toilet with a ring of wet fungal mold completely surrounding its base? Also, a bathtub, a fixture that the direct care staff informs me is dangerous and unusable for this elderly resident group? Why hasn't a shower facility similar to the other bathroom renovation been installed?
3. The wooden ceiling support is buckling with the ceiling tiles collapsing above it.
4. Many ceiling tiles are chipped and damaged with pieces of dirty insulation observed falling through.
5. The laundry room floor is rotting and requires replacement.
Staff reminds me to request that replacement tile of a <u>uniform</u> color should be installed. Black and white tiling can cause confusion of depth perception to some residents with the contrasting colors.

**Building Rep. Minutes**          - 4 -          **May, 2008**

6. TV cabinet in the day room is broken and needs to be replaced.
7. Staff requests the cabinet on the B-side be relocated as a replacement, and that the TV still on the B-side was a donation to the building and should be moved to the A-side for use or storage before it "gets lost".
8. My brother, Michael Pearlman, a Cottage 11 resident, passed away April 13th. His sudden passing has made me realize, as we continue to discuss, sometimes with intensity, those improvements needed for the care of all the residents. 1 would like us all to reflect that he received nearly 60 years of <u>continuous care</u> at Fernald!! That's an amazing tribute to all involved, Administrators, Staff, Direct Caregivers and Volunteers.

**<u>Cottage 13</u> – Dorothy O'Rourke reporting. (5/4/08, 3:30 p.m.)**
1. Dinette and kitchen clean and neat.
2. Living area – residents suppose to be watching TV Celtics game. Staff were very good and attentive to the residents.
3. Day Room curtains a problem. Residents pulling the curtains bending the curtain rods. Valances should be enough.
4. Residents attended the services for Ann Ryan (Bernie). Thank you to staff for bringing the residents to the wake.
5. Keep a watch on keeping gates closed. Residents should be getting out with warm weather on the way.

**<u>Farrel Hall</u> – Grace Lerman reporting.**
The lobby and much of the building was stifling. 1 was told that the heat was on (during the day) as the night was forecast to be cold. This makes absolutely no sense!!! Please address this complete waste of energy and needless expense. This issue would seem to qualify as a public health concern.

1. Lobby Men's room - Please tighten the handle on the stall door.

<u>Apartment 1</u>
1. Rm. 101 – The urine smell has been resolved..
2. Room 102 – This room is a complete mess and the issue is ongoing. It appears that the recreation equipment was moved from the room across the hall (101) to 102. The equipment was placed in the second room in a very disorganized manner and in the middle of the equipment were piles of winter jackets. This issue of the strewn clothing really could be addressed behaviorally. These men can be taught to hang up their jackets and subsequently be quite proud of their accomplishment. It seems disrespectful to continually deny the men opportunities to learn and be proud.
3. Room 109 – Please tighten knobs on bureau.

<u>Apartment 3</u>
1. Room 154 – Please replace knob on bureau.
2. Room 133, Pantry – Water machine spigot still operated with fork. Your March response was: "Business office contacted Belmont Springs for replacement cooler and are waiting for next delivery."

**Building Rep. Minutes**            - 5 -            **May, 2008**

**<u>ICF-23 & ICF-24 Renovations</u> – Diane Walsh & Regina Davidson reporting.**
On April 25th, May 2nd & May 9th walk-throughs were conducted with Anne Kelley, Jon Graves, Suzanne Kingston, (DD) and Darlene Hoey (ADD). Progress has been made, slower than we would all like, but steady.

The date of May 12th for the return of the residents to their homes has been extended. The addition of a project (new covers on baseboard heaters was added). Though we did not know about this addition, we agree that this was needed and that the job should be done and be done right. I asked my family member, "is it alright that you stay in Cottage 12 a bit longer?" She said it's all right. I spoke to other residents and staff to confirm this decision. The new date is June 4th.

Notes and Concerns
1. When will the contractor finish the list they were given. As of May 9th, there was no date.
2. Roof leaks in both buildings were addressed.
3. We will have walk-throughs until the residents return.
4. Thanks to "the Fernald crew" and all involved for their hard work.
5. Cottage 12 A&B has been consistently in good order. Residents are comfortable and some old issues remain.
6. On Tuesday, May 7th, a meeting was held on the supervision of all of Malone Park. In attendance were DD Suzanne Kingston and Marilyn Meagher and me. A frank discussion was had regarding:
   a) Residents needs
   b) Staffing
   c) The role of the DD, ADD, the ODs and shift supervisors.
   We are asking for a "New Plan" to be put in place to ensure that procedures, care and responsibility is well defined. Marilyn and I will follow up.

April Building Report
1. Weather policy (summer). <u>Responses</u> – Administration and Nursing are developing a summer policy. When is this policy coming? I would like a date. June is almost here. Why is everything <u>so</u> difficult when it concerns the residents who live and breathe at Fernald? This administration has been asked to come up to the plate. They either won't or can't. The residents of the Fernald have been ignored time and time again, subject matter over subject matter. A systematic failure for <u>one</u> reason only, removal and closure.
2. ICFs deteriorating. Rot around buildings and doors.
   <u>Response</u> – Concerns are noted and management will review. A discussion with Jon Graves on May 9th and my expressed dissatisfaction with this response. So much monies have been spent inside of Malone Park to await "STATE OPS to leave this rot. Makes no sense. Metro seems to have an endless pot, so fix this unhealthy eyesore. It is their home. I have asked Jon Graves to speak to the Facility Director. Waiting for the '09 capital budget is not acceptable.

On Saturday, May 3rd, the Handi (Kids) Games were held in Bridgewater. A highlight every year for many of our residents. It is the start of the "Olympics" season. I was showed a beautiful award, told about the best hamburger and asked how long to my overnight trip. So many questions. So much fun. Thanks to Cecil for doing her job with love and the staff who watched over them.

Building Rep. Minutes                          - 6 -                                May, 2008

The next meeting of the Building Rep. Comm. will be held on Sunday, June 1, 2008, at 1:30 p.m. in the Withington Conf. Room. The Guest Speaker will be Asst. Commissioner, Diane Enochs. It would be nice to have as many representatives attend this meeting as possible.

Please send in your report to Marie Bortone, Fax 617-928-9258, *NO LATER THEN FRIDAY, JUNE 6TH. THAN K YOU.*

*This report has been reviewed and approved by*
*Chairperson, Dorothy O'Rourke and*
*President Marilyn Meagher*

Respectfully submitted,

*Marie Bortone*

Marie Bortone
Secy. to Bldg. Rep. Comm.